**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Sanchez Energy Corporation, et. al., | § | Case No. 19-34508 |
| | § | |
| Reorganized Debtors.[1] | § | (Jointly Administered) |
| | § | |
| | § | |
| Carnero G&P, LLC | § | Adversary No. 22-03035 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SN EF UnSub LP, Eagle Ford TX LP, Venado EF L.P., Mitsui E&P Texas LP, SN EF Maverick, LLC, and Mesquite Energy, Inc., | § | |
| Defendants. | § | |

# Carnero G&P, LLC's Designation of Record and Statement of Issues on Appeal

Appellant Carnero G&P, LLC ("Carnero") files this Designation of Items to be Included in the Record on Appeal and Statement of Issues on Appeal pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure.

[1] The "Reorganized Debtors," along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102) (now known as Mesquite Energy, Inc.); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

[2] For purposes of this Statement of Issues, "Carnero" refers to Plaintiff Carnero G&P, LLC. "Defendants" collectively refers to Defendants SN EF UnSub, LP, Eagle Ford Tx LP, Venado EF L.P. n/k/a Javelin EF L.P., Mitsui E&P Texas LP, SN EF Maverick, LLC, Mesquite Comanche Holdings, LLC, and Mesquite Energy, Inc. "Debtors" refers to SN EF Maverick, LLC and Mesquite Energy, Inc. The "Carnero Agreement" refers to the contract that Carnero alleges was breached—the April 1, 2018 Firm Gas Gathering, Processing, and Purchase Agreement. The "Midstream Restructuring" refers to the agreements between among the Defendants entered into in connection with the December 21, 2021 settlement of the Oxy/Wes Adversary Proceeding.

## Designation of Record on Appeal

Appellant designates each of the following documents from the above-captioned proceedings for inclusion in the record on appeal. The following designations of pleadings and matters of record include all exhibits attached or referred to in the designated items.

**Adversary Proceeding (Adv. Pro. No. 22-03035)**

| Date | Docket Number | Pleading |
|---|---|---|
| n/a | n/a | Docket Sheet in Adversary Proceeding No. 22-3035 |
| 02/28/2022 | 1 | Notice of Removal |
| 03/08/2022 | 5 | Corrected Answer to Complaint |
| 03/30/2022 | 6 | Motion for Remand |
| 04/04/2022 | 7 | Adversary Plaintiff's Supplement to its Motion to Remand to State Court or for Abstention |
| 04/06/2022 | 9 | Courtroom Minutes |
| 04/14/2022 | 12 | Stipulation and Scheduling Order Governing Briefing on Plaintiff's Motion to Remand to State Court or For Abstention |
| 04/27/2022 | 14 | Objection to Plaintiff's Motion to Remand to State Court or For Abstention |
| 04/29/2022 | 16 | Stipulated Protective Order |
| 05/09/2022 | 18 | Adversary Plaintiff's Reply in Support of Its Motion to Remand to State Court or for Abstention |
| 05/11/2022 | 19 | Defendants' Motion for Judgment on the Pleadings |
| 05/11/2022 | 20 | Sealed Exhibits to Doc. No. 19 |
| 05/16/2022 | 21 | Sur-Reply in Opposition to Plaintiff's Motion to Remand to State Court or for Abstention |
| 05/17/2022 | 22 | Emergency Motion to Schedule a Status Conference and a Common Hearing Date for the Motion to Remand, Motion to Dismiss, and the Motion for Summary Judgment on the Pleadings |
| 05/18/2022 | 23 | Carnero G&P's Objection to Emergency Motion to Schedule a Status Conference and a Common Hearing Date for the Motion to Remand, Motion to Dismiss, and the Motion for Summary Judgment on the Pleadings |

| **Date** | **Docket Number** | **Pleading** |
|---|---|---|
| 05/18/2022 | 24 | Order on Emergency Motion to Schedule a Status Conference and a Common Hearing Date for the Motion to Remand, Motion to Dismiss, and the Motion for Summary Judgment on the Pleadings |
| 05/19/2022 | 25 | Plaintiff's Witness List |
| 05/19/2022 | 26 | Defendant's Witness List |
| 05/22/2022 | 28 | Exhibit List |
| 05/23/2022 | 29 | Courtroom Minutes |
| 06/01/2022 | 33 | Transcript of hearing held on May 23, 2022 |
| 06/13/2022 | 36 | Courtroom Minutes |
| 06/17/2022 | 41 | Scheduling and Disclosure Order |
| 07/05/2022 | 48 | Transcript of hearing held on June 13, 2022 |
| 07/12/2022 | 51 | (Redacted) Defendants' Motion for Judgment on the Pleadings |
| 07/12/2022 | 52 | Sealed Exhibits to Doc. No. 51 |
| 07/12/2022 | 53 | Sealed Carnero G&P, LLC's Emergency Motion for Leave to File Second Amended Complaint |
| 07/12/2022 | 54 | Carnero G&P, LLC's Emergency Motion for Entry of an Order (I) Authorizing the Filing of Emergency Motion for Leave to File Second Amended Complaint and its Exh. A Under Seal and (II) Granting Related Relief |
| 07/13/2022 | 55 | Defendants' Response to Carnero G&P, LLC's Emergency Motion for Leave to File Second Amended Complaint |
| 07/14/2022 | 56 | Carnero's Reply in Support of Its Emergency Motion for Leave to File Second Amended Complaint |
| 07/14/2022 | 57 | Order on Motion for Leave to File Second Amended Complaint |
| 08/01/2022 | 61 | Summons Service Executed on Mesquite Comanche Holdings, LLC |
| 08/03/2022 | 62 | Order (I) Authorizing the Filing of Carnero's Emergency Motion for Leave to File Second Amended Complaint and its Ex. A Second Amended Complaint Under Seal and (II) Granting Related Relief |
| 08/22/2022 | 63 | Carnero G&P, LLC's Motion to Authorize Carnero Business Representatives to Review Highly Confidential Material |
| 08/24/22 | 66 | Defendants' Answer to Plaintiff's Second Amended Complaint |
| 08/24/2022 | 67 | Sealed Defendants' Motion for Judgment on the Pleadings |

| Date | Docket Number | Pleading |
|---|---|---|
| 08/24/2022 | 68 | Additional Exhibits to Doc. No. 67 |
| 09/12/2022 | 70 | Response filed by Enterprise Products Operating, LLC |
| 09/12/2022 | 71 | Motion to Intervene Filed by Springfield Pipeline LLC, et al. |
| 09/12/2022 | 72 | Objection to Carnero G&P's Motion to Autorize Carnero Business Represenatives to Review Highly Confidential Material |
| 09/12/2022 | 73 | Declaration of Craig W. Collins in Support of the WES Parties' Objection to Carnero G&P's Motion to Authorize Carnero Business Representatives to Review Highly Confidential Material |
| 09/12/2022 | 74 | Motion to Intervene filed by ETC Texas Pipeline Ltd. |
| 09/12/2022 | 75 | Non-Party ETC Texas Pipeline Ltd.'s Objection to Carnero G&P's Motion to Authorize Carnero Business Representatives to Review Highly Confidential Material |
| 09/13/2022 | 77 | Motion to Intervene Filed by Enterprise Products Operating LLC |
| 09/14/2022 | 78 | Sealed Carnero G&P, LLC's Objection to Defendants' Motion for Judgment on the Pleadings |
| 09/14/2022 | 79 | Carnero G&P LLC's Emergency Motion for Entry of an Order (I) Authorizing the Filing of its Objection to Defendants' Motion for Judgment on the Pleadings Under Seal and (II) Granting Related Relief |
| 09/15/2022 | 80 | Sealed Carnero's Witness and Exhibit List for Hearing on September 19, 2022 |
| 09/15/2022 | 81 | Witness and Exhibit List |
| 09/15/2022 | 83 | Witness and Exhibit List |
| 09/15/2022 | 85 | Witness and Exhibit List |
| 09/15/2022 | 88 | Witness and Exhibit List |
| 09/17/2022 | 89 | Declaration of Todd McEuen |
| 09/19/2022 | 90 | Courtroom Minutes |
| 09/21/2022 | 94 | Transcript of hearing held on September 19, 2022 |
| 09/28/2022 | 99 | Sealed Defendants' Reply in Support of Their Motion for Judgment on the Pleadings |
| 09/28/2022 | 100 | Additional Attachments to Doc. No. 99 |
| 10/03/2022 | 102 | Carnero's Exhibit List |
| 10/03/2022 | 103 | Defendants Exhibit List |
| 10/05/2022 | 104 | Courtroom Minutes |

| Date | Docket Number | Pleading |
|---|---|---|
| 10/06/2022 | 108 | Order Authorizing the Filing of Carnero G&P, LLC's Emergency Motion for Entry of an Order (I) Authorizing the Filing of its Objection to Defendants' Motion for Judgment on the Pleadings Under Seal and (II) Granting Related Relief |
| 10/18/2022 | 112 | Sealed Transcript of hearing held on October 5, 2022 |
| 10/25/2022 | 114 | Agreed Stipulation and Order Regarding Additional Briefing Requested by the Court at October 5, 2022 Hearing |
| 11/04/2022 | 116 | Sealed Defendants' Supplemental Briefing in Response to Issues Raised During the October 5 Hearing |
| 11/04/2022 | 117 | Sealed Carnero G&P, LLC's Post-Hearing Brief |
| 11/04/2022 | 118 | Carnero G&P, LLC's Emergency Motion for Entry of an Order (I) Authorizing the Filing of its Post-Hearing Brief Under Seal and (II) Granting Related Relief |
| 11/18/2022 | 119 | Emergency Motion for Leave to File Responses to Supplemental Briefs |
| 11/21/2022 | 120 | Order Granting Defendant's Emergency Motion for Leave to File Responses to Supplemental Briefs |
| 11/28/2022 | 122 | Order Authorizing the Filing of Carnero G&P, LLC's Emergency Motion for Entry of an Order (I) Authorizing the Filing of its Post-Hearing Brief Under Seal and (II) Granting Related Relief |
| 11/30/2022 | 123 | Sealed Carnero G&P, LLC's Response to Defendants' Supplemental Briefing in Response to Issues Raised during the October 5 Hearing |
| 11/30/2022 | 124 | Carnero G&P, LLC's Emergency Motion for Entry of an Order (I) Authorizing the Filing of its - Carnero G&P LLC's Response to Defendants' Supplemental Briefing in Response to Issues Raised during the October 5 Hearing Under Seal and (II) Granting Related Relief |
| 11/30/2022 | 125 | Sealed Defendants' Supplemental Reply Brief in Response to Issues Raised During the October 5 Hearing |

| Date | Docket Number | Pleading |
|---|---|---|
| 12/22/2022 | 126 | Order Authorizing the Filing of Carnero G&P, LLC's Response to Defendants' Supplemental Briefing in Response to Issues Raised During the October 5 Hearing Under Seal and (II) Granting Related Relief |
| 01/12/2023 | 127 | Sealed Emergency Motion for Status Conference |
| 01/13/2023 | 128 | Case Management Order |
| 01/19/2023 | 130 | Sealed Amended Emergency Motion for Status Conference |
| 01/25/2023 | 131 | Sealed Carnero's Response to the Emergency Motion of Mesquite Defendants for Status Conference |
| 01/25/2023 | 132 | Carnero G&P, LLCs Emergency Motion for Entry of an Order (I) Authorizing the Filing of its Objection to the Amended Emergency Motion of Mesquite Defendants for Status Conference Under Seal and (II) Granting Related Relief |
| 01/26/2023 | 133 | Courtroom Minutes |
| 02/01/2023 | 135 | REDACTED Defendants' Motion for Judgment on the Pleadings |
| 02/01/2023 | 136 | Defendants' Motion for Judgment on the Pleadings |
| 02/02/2023 | 137 | Memorandum Opinion |
| 02/02/2023 | 138 | Judgment |
| 02/15/2023 | 141 | Notice of Appeal |
| 02/16/2023 | 143 | Order Authorizing the Filing of Carnero G&P, LLC’s (I) Objection to the Amended Emergency Motion of Mesquite Defendants for Status Conference Under Seal and (II) Granting Related Relief |
| 02/23/2023 | 149 | Order Granting Defendants’ Emergency Motion for Entry of an Order (i) Authorizing the Defendants’ Motion for Judgment on the Pleadings to Remain Under Seal, and (ii) Granting Related Relief |

**<u>Main Bankruptcy Case (Case No. 19-34508)</u>**

| Date | Docket Number | Pleading |
|---|---|---|
| n/a | n/a | Docket Sheet in Main Case No. 19-34508 |
| 4/29/2020 | 1197 | Notice of Filing of Amended Exhibits B and C of the Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation And Its Debtor Affiliates |

| Date | Docket Number | Pleading |
|---|---|---|
| 04/30/2020 | 1205 | Second Amended Chapter 11 Plan |
| 04/30/2020 | 1212 | Order Approving Disclosure Statement and Confirming Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and Its Debtor Affiliates |
| 6/17/2020 | 1326 | Notice of Filing of Fourth Amended Exhibits B and C of the Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and Its Debtor Affiliates |
| 6/30/2020 | 1417 | Notice of Plan Effective Date |
| 6/28/21 | 1983 | Stipulation of Dismissal and Agreed Order (UnSub) |
| 12/21/2021 | 2249 | Stipulation and Agreed Order By Anadarko E&P Onshore LLC, Anadarko Energy Services Company, Anadarko Petroleum Corporation, Kerr-McGee Oil & Gas Onshore LP, Mesquite Energy, Inc., Occidental Petroleum Corporation, SN Catarina, LLC, SN EF Maverick, LLC, Springfield Pipeline LLC, WGR Operating, LP, Western Midstream Partners, LP |
| 12/21/2021 | 2250 | Notice of (I) Filing Proposed Stipulation and Agreed Order Regarding Assumption and Rejection of Certain OXY/WES Agreements and (II) Settlement Implementation Hearing. |
| 12/21/2021 | 2253 | Stipulation and Agreed Order |
| 12/23/2021 | 2263 | Notice of Effective Date of OXY/WES Settlement |
| 01/10/2022 | 2294 | Transcript of Hearing held on 12/21/2021 |
| 3/8/2022 | 2424 | Allowed Claim (under Midstream Restructuring) |
| 3/14/2022 | 2428 | Allowed Claim (under Midstream Restructuring) |

**Oxy/Wes Adversary (Case No. 20-03198)**

| Date | Docket Number | Pleading |
|---|---|---|
| 12/21/2021 | 159 | Stipulation of Dismissal and Agreed Order |

**Carnero I Adversary (Case No. 21-03908)**

| Date | Docket Number | Pleading |
|---|---|---|
| 10/8/2021 | 6 | Carnero’s Motion to Remand |
| 12/10/2021 | 31 | Carnero’s Notice of Dismissal |

**Mesquite Adversary (Case No. 21-04419)**

| Date | Docket Number | Pleading |
|---|---|---|
| 12/21/2021 | 1 | Original Complaint |
| 12/21/2021 | 3 | Amended Complaint |

| Date | Docket Number | Pleading |
|---|---|---|
| 3/7/2022 | 27 | Carnero's Notice of No Opposition to Amended and Supplemental Complaint |
| 3/23/2022 | 29 | Amended and Supplemental Complaint |

## Statement of Issues on Appeal[2]

1. Whether the bankruptcy court erred in granting judgment on the pleadings for Defendants under Rule 12(c) of the Federal Rules of Civil Procedure and in finding as a matter of law that the Midstream Restructuring Agreements did not breach the Carnero Agreement?

2. Whether the bankruptcy court erred in granting judgment on the pleadings for Defendants under Rule 12(c) of the Federal Rules of Civil Procedure and in finding as a matter of law that the Midstream Restructuring Agreements did not breach the Carnero Agreement because, among other things, the court:

    a. failed to apply the controlling standards of review and to accept well-pleaded facts as true and construe them in the light most favorable to Carnero;

    b. improperly construed Carnero's claims as objections to the assumption of contracts under 11 U.S.C. § 365 rather than post-assumption state law causes of action for breach of the Carnero Agreement;

    c. improperly interpreted the Plan as requiring Carnero to file an objection to the Midstream Restructuring, which occurred in December 2021, by the Contract Objection Deadline, which occurred in June 2020;

    d. improperly determined that the Plan barred Carnero's claims because Carnero did not file an objection or reservation of rights regarding the Plan's post-Effective Date assumption and rejection feature;

    e. erroneously construed the impact of amendments to the Midstream Restructuring Agreements in concluding that the Plan's provision providing that assumed contracts, even if amended, retain their prepetition nature and precluded Carnero's claims, and in further deciding that the simultaneous assumption of the Carnero Agreement and Midstream Restructuring incorporated a finding that the Midstream Restructuring did not cause a default;

[2] For purposes of this Statement of Issues, "Carnero" refers to Plaintiff Carnero G&P, LLC. "Defendants" collectively refers to Defendants SN EF UnSub, LP, Eagle Ford Tx LP, Venado EF L.P. n/k/a Javelin EF L.P., Mitsui E&P Texas LP, SN EF Maverick, LLC, Mesquite Comanche Holdings, LLC, and Mesquite Energy, Inc. "Debtors" refers to SN EF Maverick, LLC and Mesquite Energy, Inc. The "Carnero Agreement" refers to the contract that Carnero alleges was breached—the April 1, 2018 Firm Gas Gathering, Processing, and Purchase Agreement. The "Midstream Restructuring" refers to the agreements between among the Defendants entered into in connection with the December 21, 2021 settlement of the Oxy/Wes Adversary Proceeding.

f. erroneously construed provisions of the Carnero Agreement and/or the Midstream Restructuring Agreements in deciding that the Midstream Restructuring did not cause defendants to fail to fulfill their obligation under the Carnero Agreement to terminate Existing commitments as early as possible; and

g. erroneously construed provisions of the Carnero Agreement and/or the Midstream Restructuring Agreements in deciding that there was no breach of the Carnero Agreement by "blocking" Carnero's right to receive gas at certain points or otherwise frustrate Carnero's right to choose or create new receipt points.

3. Whether the bankruptcy court's finding that Carnero's claims were barred and/or waived because it failed to object to the Midstream Settlement or otherwise preserve its rights through other means, was in error and deprived Carnero of its right to due process (U.S. CONST. amend. XIV) because, among other reasons:

a. the court enforced a June 22, 2020 deadline for objections to the assumption of a contract to which Carnero was not a party, and any facts giving rise to Carnero's breach of contract claims could not have been known until after the Midstream Settlement was consummated in December 2021, given the confidential nature of those agreements;

b. Carnero had no right or standing to object to agreements or amendments to agreements to which neither Carnero nor Debtors were parties; and

c. claims against non-Debtors could not be barred by the Plan?

4. Whether the bankruptcy court's granting of judgment on the pleadings for Defendants under Rule 12(c) of the Federal Rules of Civil Procedure should be reversed because the court granted judgment precluding all Carnero's claims, and failed to differentiate between the non-debtor parties, such as Mesquite Comanche Holdings, LLC ("MCom"), and the reorganized debtors?

5. Whether the bankruptcy court erred in determining it retained jurisdiction to adjudicate the merits of Carnero's state law breach of contract claims once it determined that Carnero's contract claims were barred by the Plan?

6. Whether the bankruptcy court erroneously denied Carnero's Motion to Remand to State Court or for Abstention?

7. Whether the bankruptcy court erroneously concluded that it retained jurisdiction over this matter under 28 U.S.C. §1334 as "related to" the Debtors' Reorganization Plan following confirmation, and improperly denied Carnero's motion to remand this case to state court or for abstention?

8. Whether the bankruptcy court erroneously granted judgment on the pleadings in favor of Defendants under Rule 12(c) of the Federal Rules of Civil Procedure in concluding that the parties' performance under the Carnero Agreement did not give rise to any implied duty to cooperate?

9. Whether the bankruptcy court erroneously granted judgment on the pleadings for Defendants under Rule 12(c) of the Federal Rules of Civil Procedure in concluding that the Midstream Restructuring did not demonstrate an anticipatory breach of the Carnero Agreement?

10. Whether the bankruptcy court committed reversible error in declining to grant declaratory relief to Carnero when an actual controversy exists between the parties relating to conflicts between the Midstream Restructuring agreements and the Carnero Agreement?

11. Whether the bankruptcy court erred in denying Carnero's request for equitable relief from the Plan under applicable procedural rules?

12. Whether the bankruptcy court erred in denying Carnero the recovery of its attorneys' fees based on the court's finding that Carnero's claims for breach and anticipatory breach of contract fail as a matter of law?

13. Whether the bankruptcy court erroneously denied Carnero's Motion to Authorize Carnero Business Representatives to Review Highly Confidential Material which included contracts entered into as part of the Midstream Settlement?

**Dated: March 1, 2023**

**Porter Hedges LLP**

By: /s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl SBN 24038592
Aaron J. Power SBN 24058058
Eugene M. Nettles SBN 14927300
Amy C. Falcon SBN 24053576
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6295
jwolfshohl@porterhedges.com
apower@porterhedges.com
enettles@porterhedges.com
afalcon@porterhedges.com

**Attorneys for Appellant Carnero G&P, LLC**

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing instrument was filed with the Court and served by electronic transmission to all registered ECF users appearing in the case on March 1, 2022.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl