**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | ) | Case No. 19-34508 (MI) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FILING OF AMENDED EXHIBITS B AND C OF THE PLAN SUPPLEMENT FOR THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF SANCHEZ ENERGY CORPORATION AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that as contemplated by the *Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and Its Debtor Affiliates* (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan"), the above-captioned Debtors filed Plan Supplement[2] **Exhibit D—the Schedule of Retained Causes of Action** on April 24, 2020 [Docket No. 1148].

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2020, the Debtor filed the Notice of Filing of Exhibits B and C of the plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates [ECF No. 1187].

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2020, the Debtors filed the Notice of Filing Exhibit A of the Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates [ECF No. 1194].

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2020, the Debtors filed the Notice of Filing of Exhibit E to the Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates [ECF No. 1196].

**PLEASE TAKE FURTHER NOTICE** that attached hereto are the amended **Exhibit B—the Schedule of Rejected Executory Contracts and Unexpired Leases** and the amended **Exhibit C—the Schedule of Assumed Executory Contracts and Unexpired Leases** to the Plan Supplement, as may be further modified, amended, or supplemented from time to time to the extent permitted by the Confirmation Order, Plan and the Plan Supplement.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is a redline reflecting changes to the amended Exhibits B and C.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan to alter, amend, modify or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan; *provided* that, if any document in this Plan Supplement is altered, amended, modified or supplemented in any material respect prior to the Combined Hearing, the Debtors will file a redline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek confirmation of the Plan at the Combined Hearing set for **April 30, 2020 at 9:00 a.m., prevailing Central Time** before United States Bankruptcy Judge Marvin Isgur, Courtroom No. 404, 515 Rusk Avenue, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in this Chapter 11 Case are available free of charge by visiting https://cases.primeclerk.com/sanchezenergy/ or by calling U.S. toll free: (844) 232-0067 or (917) 942-6393 (International). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

Houston, Texas
Dated: April 29, 2020

/s/ *Matthew D. Cavenaugh*

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Elizabeth Freeman (TX Bar No. 24009222)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4284
Facsimile: (713) 308-4184
mcavenaugh@jw.com

*Counsel for the Debtors and*
*Debtors in Possession*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (TX Bar No. 00793386)
Lacy M. Lawrence (TX Bar No. 24055913)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

- and -

Ira S. Dizengoff (*pro hac vice*)
Lisa Beckerman (*pro hac vice*)
Jason P. Rubin (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com

- and -

James Savin (*pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

*Counsel for the Debtors and*
*Debtors in Possession*

**Certificate of Service**

I certify that on April 29, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh

# Exhibit B

## Schedule of Rejected Executory Contracts and Unexpired Leases

**Schedule of Rejected**

**Executory Contracts and Unexpired Leases**

On April 26, 2020, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1149] (as may be amended, modified, and/or supplemented, the "Plan")[3] authorizing the Debtors to reject certain of the Executory Contracts and Unexpired Leases (each, a "Rejected Contract") listed on this Schedule of Rejected Contracts and Unexpired Leases (this "Schedule"), upon the Effective Date unless otherwise specified.

Each of the contracts, agreements, documents, and instruments listed on this Schedule is listed solely to the extent it is an Executory Contract or Unexpired Lease of one or more of the Debtors, and nothing herein shall be deemed an admission that such contract, agreement, document or instrument is in fact an Executory Contract or Unexpired Lease of any Debtor.

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is Rejected shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Unless expressly assumed in the Schedule of Assumed Contracts and Unexpired Leases attached as follows below, all contracts to which a Debtor and any of Sanchez Oil & Gas Corporation, SN EF UnSub, LP, and/or Sanchez Midstream Partners LP (or its direct or indirect subsidiaries) are parties are rejected.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from this Schedule until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

## Schedule of Rejected Executory Contracts and Unexpired Leases

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SN Services, LLC | Designated Charter Agreement | |
| Sanchez Energy Corporation | Excel Aircraft, LLC dba Excel Mulching | Master Service Contract | |
| Sanchez Energy Corporation | SN Services, LLC | Lease Agreement | |
| Sanchez Energy Corporation | Beechcraft Corporation | Aircraft Purchase Agreement | |
| Sanchez Energy Corporation | Daryl Stewart d/b/a Charter One | Designated Charter Agreement | |
| Sanchez Energy Corporation | Daryl Stewart d/b/a Charter One as lessee | Charter Agreement | |
| SN Operating, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC<br>SN Cotulla Assets, LLC | U.S. Bank National Association | First Supplemental Indenture | |
| SN Catarina, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation | U.S. Bank National Association | Second Supplemental Indenture | |
| Rockin L Ranch Company, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SR TMS, LLC<br>SN Catarina, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Fourth Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Delaware Trust Company | Indenture | |
| SN TMS, LLC<br>SN Catarina, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Delaware Trust Company | First Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Second Supplemental Indenture | |
| Sanchez Energy Corporation | Royal Bank of Canada Agency Services Group | Third Amended and Restated Credit Agreement | |
| SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>SN Marquis, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation | Delaware Trust Company<br>Royal Bank of Canada | Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC | Delaware Trust Company<br>Royal Bank of Canada | First Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | | | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC | U.S. Bank National Association | First Supplemental Indenture | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC | U.S. Bank National Association | Indenture | |
| SN TMS, LLC<br>SN Operating, LLC<br>SN Catarina, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN Palmetto, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Fourth Supplemental Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>SN Catarina, LLC | U.S. Bank National Association | Second Supplemental Indenture | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC | U.S. Bank National Association | Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN TMS, LLC<br>SN Catarina, LLC | | | |
| SN Catarina, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Delaware Trust Company | First Supplemental Indenture | |
| SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>Sanchez Energy Corporation<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN Cotulla Assets, LLC | Delaware Trust Company | First Supplement Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Second Supplemental Indenture | |
| SN Payables, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC | Royal Bank of Canada<br>Delaware Trust Company | First Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Marquis, LLC<br>Sanchez Energy Corporation | | | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| Sanchez Energy Corporation | Delaware Trust Company as Trustee<br>Cede & Co. | 7.25% Senior Secured First Lien Note due 2023 | |
| Sanchez Energy Corporation | Cede & Co.<br>Delaware Trust Company, as Trustee | Face of Initial Regulation S Note | |
| Sanchez Energy Corporation | Delaware Trust Company<br>U.S. Bank National Association | Instrument of Resignation, Appointment, and Acceptance | |
| Sanchez Energy Corporation | Delaware Trust Company<br>U.S. Bank National Association | Instrument of Resignation, Appointment, and Acceptance | |
| Sanchez Energy Corporation | Societe Generale | Schedule to the Master Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Wilmington's Savings Fund Society, FSB<br>Delaware Trust Company | Agreement of Resignation, Appointment and Acceptance Indenture, Dated as of February 14, 2018 Relating to the Company's 7.25% Senior Secured First Lien Notes Due 2023 | |
| SN Palmetto, LLC | SEP Holdings III, LLC<br>SEP I, LP | Agency Agreement | |
| SN Palmetto, LLC | SEP I, LP<br>SEP Holdings III, LLC | Agency Agreement | |
| SN Palmetto, LLC | Macquarie Bank Limited | Novation Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | Novation Agreement to ISDA Master Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | Novation Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | Confirmation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Comerica Bank | Confirmation Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | Confirmation Agreement | |
| Sanchez Energy Corporation | ABN AMRO Bank N.V. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | 2002 Master Agreement | |
| Sanchez Energy Corporation | BP Energy Company | 2002 Master Agreement | |
| Sanchez Energy Corporation | BP Energy Company | Schedule to the 2002 Master Agreement | |
| Sanchez Energy Corporation | Capital One, National Association | 2002 Master Agreement | |
| Sanchez Energy Corporation | Citigroup Energy, Inc. Citigroup Global Markets Holding, Inc. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Credit Suisse International | 2002 Master Agreement | |
| Sanchez Energy Corporation | Fifth Third Bank | 2002 Master Agreement | |
| Sanchez Energy Corporation | ING Capital Markets, LLC | 2002 Master Agreement | |
| Sanchez Energy Corporation | Macquarie Bank Limited | 2002 Master Agreement | |
| Sanchez Energy Corporation | Morgan Stanley Capital Group, Inc. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | 2002 Master Agreement | |
| Sanchez Energy Corporation | Shell Trading Risk Management, LLC | Novation and Amendment Agreement to Master Swap Agreement | |
| Sanchez Energy Corporation | Societe Generale | Swaps Master Agreement | |
| Sanchez Energy Corporation | Societe Generale | Schedule to the Swaps Master Agreement | |
| Sanchez Energy Corporation | Suntrust Bank | 2002 Master Agreement | |
| Sanchez Energy Corporation | SunTrust Bank | Schedule to the 2002 Master Agreement | |
| Sanchez Energy Corporation | Societe Generale | Master Agreement | |
| Sanchez Energy Corporation | SEP Management I, LLC | Registration Rights Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC c/o Intrepid Private Equity Fund GP, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Amendment No. 1 to Rights Agreement | |
| Sanchez Energy Corporation | GSO Funds c/o GSO Capital Partners | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | GSO Funds | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Amendment No. 2 to Rights Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Registration Rights Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Marquis, LLC | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Sanexco, Ltd.<br>SEP Management I, LLC<br>San Juan Oil & Gas No. 2, Ltd. | Waiver of Registration Rights | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC | RBC Capital Markets, LLC | Registration Rights Agreement | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | Registration Rights Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SEP Holdings III, LLC<br>Sanchez Production Partners LP | Registration Rights Agreement | |
| SN Palmetto, LLC | Sanchez Production Partners LP<br>SEP Holdings III, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - A, LLC<br>Gavilan Resources Holdings - B, LLC<br>Gavilan Resources Holdings - C, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources HoldCo, LLC | Shareholders Agreement | |
| Sanchez Energy Corporation | Gavilan Resources HoldCo, LLC<br>Gavilan Resources Holdings - A, LLC<br>Gavilan Resources Holdings - B, LLC<br>Gavilan Resources Holdings - C, LLC | Letter Agreement | |
| Sanchez Energy Corporation | Blackstone Energy Partners II, LP<br>Blackstone Capital Partners VII, LP | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - A, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - B, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - C, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Intrepid Private Equity Fund I, LP<br>Intrepid Private Equity V-A, LLC | Warrant Assignment | |
| Sanchez Energy Corporation | The GSO Funds | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation | GSO Capital Partners, LP | Non-Solicitation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | The GSO Funds | Registration Rights Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | GSO ST Holdings Associates, LLC<br>GSO ST Holdings, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity SPV-A, LP<br>Intrepid Private Equity V-A, LLC | Warrant Assignment | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-D LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Energy Market Opportunities Fund II LP<br>GSO Capital Solutions Fund II (Luxembourg) SARL<br>GSO Energy Select Opportunities Fund LP<br>GSO Capital Solutions Fund II LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Capital Opportunities Fund III LP | Standstill and Voting Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-B LP<br>GSO Energy Partners-C II LP<br>GCO Credit Alpha Trading (Cayman) LP | Amendment No. 1 to Standstill and Voting Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-D LP<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Solutions Fund II LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP | | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Sanchez Oil & Gas Corporation<br>GSO Capital Partners LP | Non-Solicitation Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Capital Opportunities Fund III LP<br>GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Capital Solutions Fund II LP | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Intrepid Private Equity V-A LLC<br>Sanchez Oil & Gas Corporation | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Gavilan Resources Holdings A LLC<br>Gavilan Resources Holdings B LLC<br>Gavilan Resources Holdings C LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources HoldCo, LLC | Shareholders Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Blackstone Capital Partners VII LP<br>Blackstone Energy Partners II LP | Standstill and Voting Agreement | |
| SN UR Holdings, LLC | Lonestar Resources US Inc. | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Blackstone Capital Partners VII LP<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>Aguila Production, HoldCo, LLC<br>Blackstone Energy Partners II LP<br>Blackstone Energy Partners II LP<br>Blackstone Capital Partners VII LP<br>Aguila Production, LLC<br>Aguila Production, HoldCo, LLC<br>Aguila Production, LLC | Interim Investors Agreement | |
| SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Credit Suisse Securities (USA) LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>RBC Capital Markets, LLC<br>SN Palmetto, LLC | Registration Rights Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Marquis, LLC<br>SN Catarina, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation | SN Marquis LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>RBC Capital Markets, LLC<br>Sanchez Energy Corporation<br>SN Palmetto, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>Credit Suisse Securities (USA) LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | | |
| SN UR Holdings, LLC | Sanchez Production Partners LP | Registration Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Amendment No. 2 to Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Agreement for Stock Transfer Services | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Letter Re: Issuance of Shares | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Antonio R. Sanchez, III | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | A.R. Sanchez, Jr. | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Cameron W. George | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Gregory B. Kopel | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Antonio R. Sanchez, III | Executive Services Agreement | |
| Sanchez Energy Corporation | A.R. Sanchez, Jr. | Executive Services Agreement | |
| Sanchez Energy Corporation | Cameron W. George | Executive Services Agreement | |
| Sanchez Energy Corporation | Gregory B. Kopel | Executive Services Agreement | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Executive Services Agreement | |
| Sanchez Energy Corporation | Gerald Gleeson Van Riet | Indemnification Agreement | |
| Sanchez Energy Corporation | Howard J. Thill | Indemnification Agreement | |
| Sanchez Energy Corporation | Antonio R Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Michael G. Long | Indemnification Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Gilbert R. Garcia | Indemnification Agreement | |
| Sanchez Energy Corporation | Alan G. Jackson | Indemnification Agreement | |
| Sanchez Energy Corporation | Joseph R. DeDominic | Indemnification Agreement | |
| Sanchez Energy Corporation | A.R. Sanchez Jr. | Indemnification Agreement | |
| Sanchez Energy Corporation | Sean Maher | Indemnification Agreement | |
| Sanchez Energy Corporation | Brian Carney | Indemnification Agreement | |
| Sanchez Energy Corporation | Eugene I. Davis | Indemnification Agreement[4] | |
| Sanchez Energy Corporation | Cameron W. George | Indemnification Agreement[5] | |
| Sanchez Energy Corporation | Christopher Heinson | Indemnification Agreement | |
| Sanchez Energy Corporation | Garrick Hill | Indemnification Agreement | |
| Sanchez Energy Corporation | Kirsten A. Hink | Indemnification Agreement | |
| Sanchez Energy Corporation | Gregory B Kopel | Indemnification Agreement[6] | |
| Sanchez Energy Corporation | Robert V. Nelson, III | Indemnification Agreement | |
| Sanchez Energy Corporation | Eduardo Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Adam C. Zylman | Indemnification Agreement[7] | |
| Sanchez Energy Corporation | Greg Colvin | Indemnification Agreement | |
| Sanchez Energy Corporation | Team Housing Solutions, Inc. | Lodging Service Agreement | |
| Sanchez Energy Corporation | ARI Fleet LT | Motor Vehicle Lease Agreement | |

[4] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

[5] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

[6] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

[7] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | ARI Fleet LT | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | ARI Fleet LT | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | ARI Fleet Automotive Rentals, Inc. | Lease And Fleet Management Services Agreement | |
| Sanchez Energy Corporation | Eagle Ford Villiage Suites Dilley LLC | Residential Tenancy Agreement | |
| Sanchez Energy Corporation | Credence Gas Services, LLC | Master Equipment Lease Agreement | |
| Sanchez Energy Corporation | Houston NFL Holdings, LP | First Addendum to NRG Stadium Suite Lease Agreement | |
| Sanchez Energy Corporation | Houston NFL Holdings, LP Kirkland & Ellis, LLP | NRG Stadium Suite Lease Agreement | |
| SN EF Maverick, LLC | Eagle Ford TX LP | Amendment No. 1 to Assignment Agreement | |
| Sanchez Energy Corporation | Arrowhead Gathering Company, LLC | Guaranty Agreement | |
| Sanchez Energy Corporation | Automotive Rentals, Inc. / ARI Fleet LT | Parent Company Guaranty dated 3/30/2017 | |
| Sanchez Energy Corporation | NuStar Logistics, L.P. | Guaranty Agreement | |
| Sanchez Energy Corporation | Merrill Communications LLC | Merrill Bridge Services Agreement | |
| Sanchez Energy Corporation | Cornerstone | Statement of Work | |
| Sanchez Energy Corporation | Core Trust, a division of HealthTrust Purchasing Group, L.P. | Participation Agreement | |
| Sanchez Energy Corporation | MapR Technologies Inc. | Order Form for MAPR Software & Services | |
| Sanchez Energy Corporation | MapR Technologies, Inc. | Order Form for MapR Software and Services | |
| Sanchez Energy Corporation | MapR Technologies, Inc. | Order Form for MapR Software & Services | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | NET (net), Inc. | Master Services Agreement | |
| Sanchez Energy Corporation | Drilling Info, Inc. | Order Form | |
| Sanchez Energy Corporation | AVI Systems, Inc. | Change Order to Retail Sales Agreement | |
| Sanchez Energy Corporation | AVI Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | AVI Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | AVI Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | KnowBe4 | Security Awareness Training Subscription | 5/10/2020 |
| Sanchez Energy Corporation | Actenum Corp. | Ordering Document | |
| Sanchez Energy Corporation | Actenum Corp. | Master Software Subscription License Agreement | |
| Sanchez Energy Corporation | SimpleLegal | Master Services Agreement | |
| Sanchez Energy Corporation | SimpleLegal | Order Form | |
| SN EF MAVERICK LLC | WORTHEY PROPERTIES LTD | TOWER SITE (COMMUNICATIONS) | |
| Sanchez Energy Corporation | Drilling Info, Inc. | Order Form | |
| Sanchez Energy Corporation | Intelligize, Inc. | Order Form | |
| Sanchez Energy Corporation | Thomson Reuters (Tax & Accounting) Inc. | Order Form | |
| Sanchez Energy Corporation | Nasdaq Corporate Solutions LLC | Service Order under TR Services Contract | |
| Sanchez Energy Corporation | Merrill Communications LLC | Subscription Services Agreement | |
| Sanchez Energy Corporation | Thomson Reuters (Markets) LLC | Order Form | |
| Sanchez Energy Corporation | Thomson Reuters (Markets) LLC | Order Form | |
| SN EF Maverick, LLC | Nabors Drilling USA | Work Order WOA-D19-008 - Rig X23 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Nabors Drilling Technologies USA (a division of Nabors Drilling Technologies USA Inc.) | Amendment 1 To Work Order-D18-012 - Rig X41 | |
| SN EF Maverick, LLC | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Work Order WOA-D18-012 - Rig X41 | |
| Sanchez Energy Corporation | Orion Drilling Company, Inc. | Drilling Bid Proposal and Daywork Drilling Contract | |
| Sanchez Energy Corporation | Orion Drilling Company, Inc. | Drilling Bid Proposal and Daywork Drilling Contract - U.S. | |
| Sanchez Energy Corporation | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Work Order WOA-D18-011 - Rig X-29 | |
| Sanchez Energy Corporation | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Amendment No. 1 to Work Order WOA-D18-011 - Rig X-29 | |
| Sanchez Energy Corporation | Phoenix Silica, Inc. | Master Product Purchase Agreement | |
| SN Operating, LLC | Phoenix Silica, Inc. | First Amendment To The Master Product Purchase Agreement | |
| Sanchez Energy Corporation | Merrill Communications LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Energists | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Poetic Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bull Dawg Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Empire, LLC DBA Empire Gas Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Titanium Oil & Gas Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Varel International. Ind., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 2-M Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 4H Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 4M Field Solutions LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 9/0 Transport & Sales, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A&E OILFIELD SERVICES, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A&M Technical Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A & W Wireline Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AAA Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AAR Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ABB Inc., | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ACOCK CONSULTING, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ACUREN INSPECTION, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Advanced Center for Wellness, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aereon | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Affirm Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Agar Corporation Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AJ's Logistic Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alamo Filter Company, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Al-Dai Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alert Systems Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alvarado Trucking & Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AMERICAN ENVIRONMENTAL LANDFILL, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AmeriGas Propane | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Amigos Recertification & Inspection Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Amrex, Inc. dba Falco Pest Management | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Anchor Drilling Fluids USA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Angus Measurement Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | APEX REMINGTON, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arapahoe Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arck Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ARDENT SERVICES, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ARKLATEX Energy Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arredondo Dozer Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arrow-Tek Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ASC Environmental; ASC Production Chemical Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ashley Electric, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AVI SYSTEMS, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aztec Well Servicing Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Basic Energy Services, LP | Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Basin Chemical Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bass Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bayou Well Services, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bear Creek Engineering, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bear Creek Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Synergy Energy Holdings, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bexar Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Big Six Torque & Test, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwall Process, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwater SWD, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwater SWD, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Bobby Wayne Beach dba W&S Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | BOE Oil Tools, Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Lease Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Swabbing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Well Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | BOS Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Brigade Energy Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bright Automation, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mathew Salinas dba Blade Right Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Blade Right Services, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bruington Engineering, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bullet Production Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bull’s Eye Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bullzeye Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | BURROW GLOBAL CONSTRUCTION LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Burton Oil Service Operations, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Butch’s Rat Hole & Anchor Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & E Production, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & H Welding and Fabricating, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & R Keck Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C4 Vacuum & Oilfield Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Calfrac Well Services Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | CAM INTEGRATED SOLUTIONS, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Camino Agave, INC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Camino Real Mineral Company, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Canary, LLC dba Canary Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Shannon April Seidensticker dba Cannon Well Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Carousel Specialty Products, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cec Corrosion Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cenergy International Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ceniza 7 Enterprises LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cenizo Slickline Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Centex Supply & Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Central Rig Services, LLC dba Petrotex | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Certarus (USA), Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Cessac Welding Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chad Buesing DBA Buesing Production Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Challenger Deepwell Servicing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chalmers, Collins & Alwell, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chapa's Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemical Conditioning Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemical Weed Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemix Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemoil Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | ChemTreat, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cielo Energy Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Circle T Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clarkco Oilfield Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clementson, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clyde Kazmir Const., Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | CNC Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Chemical Co., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Chemical., LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Corrosion Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Salt Water Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Code Red Safety & Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coil Tubing Partners, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cold Creek Construction, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Comm Engineering, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Common Disposal, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Concan Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Connexa Energy, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Conquest Completion Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Consolidated Wellsite Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Continental Laboratories, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coonrod Electric Co., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Datalog LWT, Inc. dba Cordax Evaluation Technologies | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mansour Rahmatian dba Core Mineralogy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Excellence Logging US Inc. Core-Tech Wireline Services of Texas, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Core-Tech Wireline Services of Texas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Corpac Steel Products Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Covenant Testing Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Directional Drilling, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Drilling & Production, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Services LLC and its affiliates and subsidiaries | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cretic Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cross Roads Oil Field Supply LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crossland Oilfield Services, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Crude Starr LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ctap, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cudd Pressure Control, Inc. and Cudd Pumping Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC/ Cutter Drilling Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dalton Crane, LC dba Dalton Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHV Transport & Logistics, LLC dba DHV Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dan Blocker Petroleum Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dashiell Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dawson Geophysical Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | DCAF Inc. dba G&F Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Decca Consulting, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DeLaune Drilling Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Savage Services Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sunland Capital, LLC dba Delta Daylighting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DeRouen Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHV Transport & Logistics, LLC dba DHV Oilfield | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHW Well Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond J Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Diamond K Operating, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond P. Lease & Well Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Di-Trol Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Divine Wireline Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | D-Jax Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DKM Enterprises LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Doggett Equipment Services Group, LTD dba Toyota Lift of Texas | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Double Rafter H Construction Company, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dover Energy Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
| --- | --- | --- | --- |
| Sanchez Energy Corporation | Down Hole Inspection, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Downing Wellhead Equipment, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Doyon Universal Services, LLC and Affiliates: Denali Universal Services, LL and Sodexo Remote Sites Partnership | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dragon Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dragonfly Aviation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drilformance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drilling Tools International, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drillwell, LLC dba Drillwell Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drover Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | DSS Construction Services, Inc. dba DSS Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DW Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynasty Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Environmental Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E&R Vacuum Truck Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.L.S. Surveying & Mapping, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle Automation Limited | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Eagle Logistics | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle NDT, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle's Den Suites at Carrizo Springs | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eastern Fishing & Rental Tools Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ECM Energy Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eco Bright Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ecoloop Energy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Edge Vacuum Service Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EE Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | EE Water Company, LLC dba McKinley Drilling Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.G. Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.L. Farmer & Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Element Materials Technology Houston Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elite Employment Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elite Leasing and Oilfield Services, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elkhorn Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ellington & Associates, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elliott Electric Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Ely and Associates Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Embark Transport, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EMS USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Encore Pipe & Consultation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Energes, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Energy First Engineering & Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EnhanceCo, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enovation Controls, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Entec Pest Management, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Entegra LLP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enventure Global Technology, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental & Safety Support Group, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental & Safety Systems International dba ESSI Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental Safety & Health Consulting Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EPI Group US, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EPI Vegetation Management Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Equipment Transport LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Erna Frac Sand, L.C. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | ETS Oilfield Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Evergreen Environmental Services, LLC dba Evergreen Industrial Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Exact Valve Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Extreme Well Testing, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | F. Garcia Hauling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil & Gas Process Specialist, LLC dba Facility Service & Supply | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fairway Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Falcon Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Falcon Flowback Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | F/C Trucking, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fields Water Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flawless Pipeline Maintenance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flexim Americas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | FloCap Injection Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flogistix, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flo-Rite Fluids, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flow Data, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flozone Measurement, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Flying V Rentals, INC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flying V Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fortis Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fortress Environmental Services (DC), LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Forum US, Inc. dba Forum Flow Equipment | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fox NDE, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fox Tank Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Freese and Nichols, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | FIS Operations, LLC dbs Frontier Integrity Solutions | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Full Hole Inspection Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Furry Industries, Inc. dba Commercial Electric Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fusion Directional, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | G&P Automation and Electric, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gaertner Leasing, Inc. | Master Service Contract (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GAR Energy Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Analytical Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Tech-Flow, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gate Guard Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vetco Gray, Inc.<br>GE Oil & Gas Pressure Control, LP | Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GE Oil & Gas Pressure Control, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Genco Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Geo Exploration Service, Inc. dba Geo Med Waste of Texas | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Geokinetics USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GJR Meyer Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Nitrogen Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Pipeline, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Vessel & Tank, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gold Star Eagle Ford Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Granbury Excavating, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Grand Isle Shipyard, Inc. and its affiliated companies | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gravity Oilfield Services, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Globe Energy Services, LLC and Globe Chemical, LLC dba Tech Management | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Light Tower Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Greenwell Energy Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GSM Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GSS Transport, LLC dba GSS Construction & Oilfield Supply | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GTI Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Guard 1 Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Brokerage, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Services, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Weed Control, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulfstream Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Guyline Safety Anchors, Inc dba Guyline Anchor Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Gyro Technologies, Inc. dba Vaughn Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H&M Acid Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Raul Munoz Jr. dba H&R Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H & S Constructors Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H II Land Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H&E Equipment Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Halcyon Equipment, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Haller Enterprises, LLC dba Earl's Tank Truck Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hamman Swabbing & Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | HardRock Directional Drilling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HBM Capillary Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Heckmann Water Resources (CVR), Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hero Flare, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HG Eagle, LLC dba ACG Materials | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hydroline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Himarc Environmental Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HORIZON MUD CO., INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Horizon Power Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Houston Inspection Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Houston Procurement and Logistics International, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hunt Oilfield Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hydroline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | i2i Pipelines Americas, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ignition Systems & Controls, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Indepth Production Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Industrial Sand Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Team Oil Tools, LP | Master Service Agreement | |
| Sanchez Energy Corporation | Integrity Directional Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Integrity Telecommunications, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Intercept Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Intertek Asset Integrity Management, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irasel Sand, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Iron Horse Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irongate Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & J Excavating and Materials, Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & J Oilfield Electric Company, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & L Morales Oil Construction | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drillwell, LLC<br>J4 Fluid Services, LLC | Amendment 1 to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J4 Fluid Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jacobra Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JAG Energy Holdings, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jaguar Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jake Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JCP Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J H Walker Inc. dba J H Walker Trucking | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JNP Energy Services, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Johnnie R. Gresham Operating Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Johnson Specialty Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Joseph Lemaire, LLC dba J & D Trucking | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JPL Global Logistics Solutions, LLC dba JPL RFID | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JHT Operating, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Juan Chavarria | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J-W Power Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JW Rentals, Inc. dba Environmental Evolutions National | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K&B Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K&C Hose and Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K C AG Supply, Inc. dba K C True Value | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K-3 Resources, LP dba K-3 BMI dba K-3 Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kasper Pro Vac Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KB Wellbore Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K-C Lease Service, Inc dba Matagorda Construction and Materials | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K/C Livestock | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KDR Supply Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Kenergy Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kimber Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Knight Oil Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KST Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | L.O. Construction, Inc. dba Los Olmos Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lagarto Rental Tools, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Laredo Occupational Center, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Green & Hansen LLC dba Legacy Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lenorah Operators Holdco, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Liberty Materials, Inc | First Amendment to Master Services Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Liberty Materials, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Limon's Road Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LK Pipeline Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lone Star Power Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lone Wolf 3K Trucking, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lonestar Prospects, Ltd. Vista Sand | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Longhorn Paving and Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Longnecker Investment Group Inc. dba Longnecker & Associates, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lotus, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Louisiana Crane & Construction, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LQT Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LR Commercial Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Luera's Welding Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lukiven Global, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LV Logistics LLC dba Vac-U-Rat Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | M & J Valve Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Magnum Oil Tools International, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Manning Safety Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Martin Electric Company Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Martin Marietta | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Matador Well Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mathena, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Maverick Engineering, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Maxum Oilfield Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MBaughman Enterprises, Inc. dba Precision Catalyst | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | McAda Drilling Fluids, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Merrill Communications LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mesa Southern CWS Acquisition, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Microseismic, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MID-SHIP GROUP, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Midway Oilfield Constructors, Inc. dba Midway Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mike Walters Specialty Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MineralTech Gulf Coast Abrasives, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mission Vacuum & Pump Truck Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mistras Group, Inc | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MJE Transport & Logistics, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MKS Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MMR Constructors, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mobile Maintenance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mobile Mini, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Momentum Water Transfer Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Moncla Workover & Drilling Operations, LLC and its Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Moore Control Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MoStar Communications LP | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Motive Drilling Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mo-Vac Service Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MPS Enterprises, Inc. dba Milford | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MRC Global (US) Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MTZ Vacuum Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | M. W. Rentals & Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Nalco Company LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NDE Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Network-Interstate Co. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NVI, LLC dba Nondestructive & Visual Inspection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NXT Energy Services, LLC dba NXT Oilfield Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Nyati Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ochoa Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Odessa Pumps and Equipment, Inc. | Master Service Agreement | |
| Sanchez Energy Corporation | Odessa Separator, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Offshore Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil Field Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil States Energy Services, L.L.C. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Aldonsa, Inc., d/b/a Oilfield Instrumentation, USA | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Equipment Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Labs of America, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Support Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oleum Energy Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Winfred W. Stanfield dba On Point Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oncorp, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | One Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Optimax Services & Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Outlaw Petroleum Partners, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | OverWatch Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P & C Oilfield Service LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P and J Electric Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P&P Hot Oil, Inc. | Master Service Agreement | |
| Sanchez Energy Corporation | Padre Tubular Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Paladin Surface Logging LLC/Paladin Geological Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patco Completion Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Freight Group, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patterson Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Paws Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pay Zone Mud Logging Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Payzone Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Peak Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pegasus Construction and Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pentair Filtration Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Permian Tank & Manufacturing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petro Amigos Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroleum Pipe Americas Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroleum Solutions International, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PetroSkills, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petro Waste Environmental LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PFM Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PGH Petroleum & Environmental Engineers, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R&D LLC dba Philco | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Phoenix Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PICO Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pine Island Chemical Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pinnergy, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pioneer Wireline Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pipe Exchange | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pipe Pros, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PJP4 Fluid Management, LLC dba PJP4 FM, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Platinum PTS, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Polyflow, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Power Torque Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Powerhouse Energy Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PPP Sanitational Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Directional Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Solids Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Tech LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Preferred Pipeline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sand Mining of Texas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Directional Drilling, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Pipe, LLC | Amendment 1 to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Pipe, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC and Cutter Drilling Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Prime M&C, Inc. dba Prime Maintenance & Construction | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pro Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pro Torque Services, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Proactive Diagnostic Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PROCOR Chemicals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Professional Directional Enterprises, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Protech Oil & Gas Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PTW Energy Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Leske Oil Company Incorporated DBA Legacy Fueling & Lubricants | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pyramid Tubular Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | QCSA Logistics, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Altus Intervention USA, Inc. (f/k/a Qinterra Technologies, Inc. ) | Amendment 2 to the Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Qinterra Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quail Tools, L.P. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quality South Texas Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quantico Energy Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quantum Petrophysics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quinn Artificial Lift Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R&D Pipe Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R & R Rentals and Hotshot, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R Construction Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R.P.M. Swabbing Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ranger Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RCI Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RDZ Oilfield Lease Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Redback Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reliable Wireline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Renegade Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rental Xpress, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Margarito Requenez dba Requenez Welding Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ricardo Calderon dba R.C. Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Richard's Lease Service, Inc dba Richard's Hot Oil & Lease Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ricks Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rig Runners Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RigSite Transport LLC/ Wellbore Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rocket Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rockin' B Environmental Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RockStim Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reef Services, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roma Bridge Logistics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rosen USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roto-Versal Compression Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ROW Plus, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ROWC Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roxann Atkinson | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roywell, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RPW Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RS Equipment Company, LLC dba Hotsy Carlson Equipment Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RSK Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RWLS, LLC dba Renegade Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kendra Hays dba Safari Welding & Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Safety & Pressure Control, LLC dba Alliance Oil and Gas Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SAMCO Enterprises, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Saulsbury Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Scarecrow Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Scheele Engineering Corporation dba SECOR | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Security Integrated, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sendero Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SGS North America, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SGV International, LLC/ SGV Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shamrock Management, LLC dba Shamrock Energy Solutions | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shermco Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SIERRA FRAC SAND, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SIERRA HAMILTON LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SIR, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sitton Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Smart Talk Transport Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Solansky Welding and Pump, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | South Texas Aggregates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | South Texas Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Connections & Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Oil Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Petroleum Laboratories | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Specialties Transportation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sparkman Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Spectrum Tracer Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sprint Industrial Holdings, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stallion Oilfield Services LTD. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Standard Well Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | STEP Energy Services (USA) Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stepchange Global Consultancy, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sterling Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stevens Tanker Division, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stillman Enterprises, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stillman Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stokes and Spiehler USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Storm Oilfield Servies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | STREAM-FLO USA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stric-Lan Companies LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Strike, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stryder Construction & Pipeline, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Stuart Petroleum Testers, Inc. dba Stuart Pressure Control | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bradley J Fish, Inc. dba Sullair of Houston | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sun Coast Resources | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Superior Optimization, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Supreme Service & Specialty Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Supreme Source Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SWCA, Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Swire Water Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Synergy Service & Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | T & T Pipe Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T.G. Mercer Consulting Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tactical Completions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TAM Completion Systems, Inc. dba TAM INTERNATIONAL US | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tanmar Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Target Well Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TD Enerserv and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TDJ Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TDS-PRO, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | TEC Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kelley Ventures, LLC dba TechMark International | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | FMC TECHNOLOGIES, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Techniques U.S.A., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TEREX UTILITIES, INC. D/B/A TEREX SERVICES | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TETRA Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Cementing Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TEXAS FIRST RENTALS LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Gold Hydraulics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Texas Industrial Engine & Oilfield Equipment, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Pride Hot Shot Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Quality Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Rental and Tire, LLC dba Shield Wellhead Protection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T.F. HUDGINS INCORPORATED | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bureau Veritas North America, Inc. dba TH Hill Associates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | QUALITY CONSTRUCTION & PRODUCTION, L.L.C. QUALITY PRODUCTION MANAGEMENT, L.L.C. TRACO PRODUCTION SERVICES, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Reach Group Americas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TRG The Response Group | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Three Garcias, LLC dba Modern Crane Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Thomas Services LA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tier One Security, Inc.<br>Timekeepers, Inc.<br>Specialized Onsite Safety, LLC.<br>Tier One Group and its subsidiaries | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tierra Lease Service, LLC | Master Service Agreement | |
| Sanchez Energy Corporation | Tifco Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TIMBERLAND DOZER SERVICES, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Titan Directional Drilling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TitanLiner, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TNR Technical, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | TNT Crane & Rigging, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tomax Drilling Technology, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | THL Top Hand Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Topographic Land Surveyors | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Total Tank Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TRAVIS INDUSTRIES, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trend Services Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TRENDSETTER CONSTRUCTION, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Triad Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Tri-Co Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trillium Resources, Inc./Olistica Environmental Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trimac Transportation Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trinity Environmental Service SMD 1, LLC<br>Trinity Envioronmental Services<br>Trinity Environmental Service 1, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Triple L Vacuum Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | V&A Enterprises, LLC dba Trois Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trojan Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Truespec Energy Products, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TSI Flow Products, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Towing Network, LLC dba TTN Fleet Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tubular Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tulsa Inspection Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Turbo Drill Industries, Inc. dba Scout Downhole, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Turnco, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Two Girls & a Bucket | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TwoPro Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Universal Wellhead Services Holdings, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | University of Houston | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | USA Compression Partners, LLC | Gas Compression Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | V&M Oil and Gas Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vac Carriers Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vac-U-Rat Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vallen Distribution, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Valley Boring Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vantage Pump and Compressor, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Variable Bore Rams, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | VersaTech Automation Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vision Oil and Gas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | VT Interests, LLC dba Vibration Technology | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bobby E Walters LLC dba Walters Electric | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Waste Management of Texas<br>Waste Management of Texas | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Water Science Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Water Well Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | WaterFleet, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | WeldTek Specialty Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | WellBenders Directional Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wellbore Fishing & Rental Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Welltec, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Welltech Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Westward Environmental, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wet Tech Energy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | W&M Specialty Co., Inc. dba White Water Equipment Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wildcat Fluids, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | O'Brien's Response Management, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Elkhorn Construction, Inc.<br>Swaggart Brother's Inc.<br>Wood Group PSN, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wrangler Trucking LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Yellowjacket Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zahroof Valves, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zealous Clay and Domingue, LLC dba Zealous Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zedi US, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fast Trac Transportation, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reservoir Data Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Samaripa Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | The Integration Group of Americas, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Excalibur Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&A Rentals and Supply d/b/a Gulf Coast Machine Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&L Pipeco Services, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&T Rentals, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B.C. Henderson Construction, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Baro Holdings Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Blackwolf Oilfields Services<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | JTH Operating, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Knight Energy Holdings, LLC d/b/a Knight Oil Tools, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Well Drilling Corporation<br>Sanchez Oil & Gas Corporation | Master Drilling Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Sanchez Oil & Gas Corporation<br>Nexus Integrity Management, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nickel Rock, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nitro Downhole LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nitro-Lift Technologies<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nordon Corporation<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | North American Tubular Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | NPC Energy Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Quail Energy Services, LP<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Tubular Maintenance & Manufacturing dba Kelly's Pipe Inspection<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | B.C. Henderson Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| SN Palmetto, LLC | Odessa Pumps and Equipment, Inc. | Master Service Agreement | |
| Sanchez Energy Corporation | Texas Rental and Tire, LLC d/b/a Shield Wellhead Protection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| SN Palmetto, LLC | Marathon Oil EF LLC | Marketing Agreement | |
| SN Catarina, LLC | SWEPI LP<br>Eagle Ford Gathering LLC | Interconnect Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Interconnect Agreement | |
| Sanchez Energy Corporation | Frio LaSalle Pipeline, LP | Fourth Amendment to Gas Gathering Agreement | |
| SN Cotulla Assets, LLC | Eagle Ford Gathering LLC | Amendment to Gas Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Marquis, LLC | American Midstream (Lavaca) LLC | Firm Gas Gathering Agreement | |
| SN Cotulla Assets, LLC | Regency Field Services LLC | Natural Gas Sale and Purchase Contract | |
| SN Cotulla Assets, LLC | Frio LaSalle Pipeline LP | Letter Agreement | |
| SN Cotulla Assets, LLC | ETC Field Services LLC | First Amendment to Gas Gathering Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, LTD.<br>Shell Western E&P | Gathering and Natural Gas Services Agreement | |
| SN CATARINA, LLC | Houston Pipe Line Company, LP<br>Shell Western E&P<br>SWEPI, LP<br>Houston Pipe Line Company LP | Intrastate Natural Gas Transportation Service Agreement | |
| SN CATARINA, LLC | Houston Pipe Line Company LP<br>SWEPI LP d/b/a Shell Western E&P<br>Houston Pipe Line Company LP | Interruptible Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>Shell Western E&P | Gathering and Natural Gas Services Agreement | |
| SN Catarina, LLC | SWEPI LP dba Shell Western E&P<br>Houston Pipe Line Company LP | Intrastate Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | Eagle Ford<br>SWEPI LP | Gas Services Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | SWEPI LP<br>Eagle Ford | Gas Services Agreement | |
| SN Catarina, LLC | SWEPI LP<br>Velocity South Texas Gathering, LLC<br>Velocity Midstream Partners, LLC | Oil Gathering Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, LTD<br>SWEPI LP, dba Shell Western E&P | Gathering and Processing Agreement | |
| SN Catarina, LLC | Plains Gas Solutions, LLC<br>SWEPI LP | Interruptible Condensate Stabilization Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>SWEPI LP, dba Shell Western E&P | Second Amendment to Individual Transaction Confirmation | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>SWEPI LP, dba Shell Weestern E&P | First Amendment to Individual Transaction Confirmation | |
| SN Catarina, LLC | SWEPI LP<br>PLAINS GAS SOLUTIONS, LLC | Interruptible Condensate Stabilization Agreement | |
| SN Catarina, LLC | SWEPI LP, dba Shell Western E&P<br>ETC Texas Pipeline, Ltd. | Gathering and Processing Agreement | |
| SN Catarina, LLC | Gazelle Transportation Inc.<br>Shell Exploration & Production Company (SEPCO) on behalf of SWEPI LP | Sale to and Purchase from Gazelle Transportation, Inc. | |
| SN Catarina, LLC | Shell Exploration & Production Company (SEPCO) on behalf of SWEPI LP<br>Gazelle Transportation Inc. | Amendment to Purchase and Sale Agreement | |
| SN Catarina, LLC | Gazelle Transportation<br>Shell Exploration & Production Company | Amendment to Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | (SEPCO) on behalf of SWEPI LP | | |
| SN CATARINA, LLC | JAG Energy USA, Inc. SWEPI LP | Natural Gas Liquids. Commercial Terms Confirmation | |
| SN Catarina, LLC | Eagle Ford Gathering LLC | First Amendment to Gas Services Agreement | 04.30.2020 |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Extension Rider for License Agreement | |
| SN Catarina, LLC | Anadarko E&P Onshore, LLC Eagle Ford Gathering, LLC | Gas Service Agreement | 04.30.2020 |
| SN Catarina, LLC | Axis Marketing, LLC | Raw Make Purchase/Sales Agreement | |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | First Amendment to Gas Gathering Agreement | 04.30.2020 |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | Second Agreement Gas Services | 04.30.2020 |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | Third Amendment to Gas Services Agreement | 04.30.2020 |
| SN Catarina, LLC | Swepl LP Eagle Ford Gathering LLC | Gas Services Agreement | 04.30.2020 |
| SN Catarina, LLC | Swepi LP, doing business as Shell Western E&P ETC Texas Pipeline, LTD | Individual Transaction Confirmation to Gathering and Processing Agreement | |
| SN Catarina, LLC | Swepi LP, doing business as Swepi LP, doing business as Shell Western E&P ETC Texas Pipeline, Ltd. | Gathering and Processing Agreement | |
| SN Catarina, LLC | Plains Gas Solutions, LLC Swepi LP | Interruptible Condensate Stabilization Agreement | |
| SN Catarina, LLC | Velocity Midstream Partners, LLC Swepi LP Velocity South Texas Gathering, LLC | Oil Gathering Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to the Purchase Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Amendment 2 to the Purchase Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to the Purchase Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Crude Oil Purchase Agreement | |
| SN Catarina, LLC | Seco Pipeline, LLC | Firm Transportation Service Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Kerr-McGee Oil & Gas Onshore, LP<br>Gavilan Resources, LLC | Specified Gathering Assumption Agreement | |
| SN EF Maverick, LLC | Kerr-McGee Oil & Gas Onshore, LP<br>Anadarko E&P Onshore, LLC | Specified Midstream Assumption Agreement | |
| Sanchez Energy Corporation | Anadarko E&P Onshore, LLC<br>Kerr-McGee Oil & Gas Onshore, LP<br>Gavilan Resources, LLC | Springfield Gathering Assumption Agreement | |
| SN EF Maverick, LLC | BP Products North America, Inc.<br>Anadarko E&P Onshore, LLC | First Amendment to Service Contract | |
| SN EF Maverick, LLC | BP Oil Supply, a Division of BP Products North America, Inc. | Amendment to the Purchase Agreeement | |
| SN EF Maverick, LLC | BP Products North America, Inc.<br>Anadarko E&P Onshore, LLC | Crude Oil Purchase Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Double Eagle Pipeline, LLC c/o Copano Double Eagle, LLC<br>Kinder Morgan Crude & Condensate, LLC | Throughput and Deficiency Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC, f.k.a. Anadarko E&P Company, LP<br>WGR Operating, LP by Western Gas Operating, LLC, its General Partner | Treating and Handling Fees - Brasada Gas Processing Plant | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 1 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 2 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 3 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 4 | |
| SN EF Maverick, LLC | WGR Operating, LP by Western Gas Operating, LLC, its General Partner<br>Anadarko E&P Company, LP | Gas Processing Agreement | |
| SN EF Maverick, LLC<br>SN Catarina, LLC | WGR Operating, LP | WGR Gas Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP by NET General Partners, LLC, its General Partner | First Amendment to Firm Agreement NGPA Sec. 311 Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP by NET General Partners, LLC, its General Partner | First Amendment to Firm Intrastate Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | Firm NGPA Section 311 Gas Transportation Agreement | |
| SN EF Maverick, LLC | Eagle Ford Midstream, LP<br>Anadarko Energy Services Company | Firm Intrastate Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC | Gas Gathering Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Endeavor Natural Gas, LP<br>CIMA Energy, LTD<br>Upstream Energy Services, LLC | | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | First Amendment to Gas Gathering Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Enterprise Products Operating, LLC, by Enterprise Products OLPGP, Inc. | Purchase Agreement | |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC<br>Anadarko Energy Services Company | Transportation Services Agreement | |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC, by Enterprise Products OLPGP, Inc.<br>Anadarko Petroleum Corporation | First Amendment to Gas Gathering, Processing and Purchase Contract | |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation<br>Enterprise South Texas Gathering, LP | Second Amendment to Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation<br>Enterprise South Texas Gathering, LP | Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC | Anadarko E&P Company, LP, c/o Anadarko Petroleum Corporation<br>Enterprise Hydrocarbons L.P., by Enterprise Products Operating, LLC, its general partner | Gas Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Enterprise Hydrocarbons LP, by Enterprise Products Operating LLC, its general partner, by Enterprise | Second Amendment to Gas Processing Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Products OLPGP, Inc., its sole manager | | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons, LP; by Enterprise Products Operating, LLC; by Enterprise Products OLPGP, Inc. | Third Amendment to Gas Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>ETC Texas Pipeline, LTD; by LG PL, LLC | Individual Transaction Confirmation | |
| SN EF Maverick, LLC | ETC Texas Pipeline, Ltd.<br>Anadarko E&P Company LP | Gathering and Processing Agreement | |
| SN EF Maverick, LLC | ETC Texas Pipeline, Ltd.; by LG PL, LLC<br>Anadarko E&P Company LP | Second Amendment to Amended and Restated Individual Transaction Confirmation | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company, LP | First Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company, LP | Second Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Texas Pipeline, LLC | Third Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company LP | Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Texas Pipeline LLC | Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Texas Pipeline, LLC, by Howard Midstream Energy Partners, LLC<br>Allocation Specialists, Ltd., by Petroleum Documentation, LLC | NGL Bank Service Agreement | |
| SN EF Maverick, LLC | AMID Crude Trucking, LLC | Truck Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Anadarko E&P Company, LP<br>Trimac Transportation Central, Inc. | Motor Transportation Contract | |
| SN EF Maverick, LLC | Plains Gas Solutions, LLC<br>Anadarko E&P Onshore, LLC | First Amendment to Firm Condensate Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Plains Gas Solutions, LLC | Condensate Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Plains Gas Solutions, LLC | Raw Make (Y-Grade) Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Plains South Texas Gathering, LLC<br>Anadarko E&P Onshore, LLC | Shipping Agreement | |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Crude Oil Production Marketing Agreement | |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Natural Gas Liquids Marketing Agreement | |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Residue Gas Marketing Agreement | |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Crude Oil Production Marketing Agreement | |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Natural Gas Liquids Marketing Agreement | |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Residue Gas Marketing Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, | Maverick Crude Oil Marketing Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | LLC<br>Mitsui E&P Texas, LP | | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Natural Gas Liquids Marketing Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Residue Gas Marketing Agreement | |
| SN EF Maverick, LLC | SM Energy Company<br>Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC | Maverick Residue Gas Marketing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC , f/k/a Anadarko E&P Company LP<br>Anadarko Energy Services Company<br>SM Energy Company | Maverick Natural Gas Liquids Marketing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC , f/k/a Anadarko E&P Company LP<br>Anadarko Energy Services Company<br>SM Energy Company | Maverick Oil Production Marketing Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Anadarko Energy Services Company<br>Kerr-McGee Oil & Gas Onshore LP | First Amendment to the Retained Marketing Contracts Services Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Kerr-McGee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Gavilan Resources, LLC, f/k/a Aguila Production, LLC<br>Anadarko E&P Onshore, LLC | Third Amendment to Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | Assignment and Consent to Assignment Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Anadarko E&P Onshore, LLC<br>Kerr-McGee Oil & Gas Onshore, LP | Retained Midstream Contracts Services Agreement | |
| SN Catarina, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Anadarko E&P Onshore LLC<br>Kerr-McGee Oil & Gas Onshore LP<br>Anadarko Energy Services Company | Retained Marketing Contracts Services Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Kerr-McGee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC | Second Amendment to the Retained Marketing Contracts Services Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Second Amended and Restated Lease Dedication and Gas Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Second Amended and Restated Lease Dedication and Oil Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Agreement to Amend Gas Gathering Agreements | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Springfield Pipeline LLC | Attachment to Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Springfield Pipeline, LLC | Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC | Tauber Oil Company | Purchase Contract | |
| SN EF Maverick, LLC | Tauber Oil Company | Sales Contract | |
| SN EF Maverick, LLC | WGR Operating, LP | Confirmation for Delivery | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | WGR Operating, LP | Master Agreement for Purchase, Sale or Exchange of Liquid Hydrocarbons | |
| SN EF Maverick, LLC | Kinder Morgan Tejas Pipeline, LLC | Confirmation Email | |
| SN EF Maverick, LLC | Kinder Morgan Tejas Pipeline, LLC | Confirmation Email | |
| SN Catarina, LLC | WTG Gas Marketing, Inc. | Transaction Confirmation for Immediate Delivery | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Techgen SA de CV | Transaction Confirmation | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Memorandum of Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy Marketing, Inc. | First Amendment to Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy Marketing, LLC | Second Amendment to Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy Marketing, Inc. | Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | Flint Hills Resources, LP | Purchase Agreement | |
| SN Cotulla Assets, LLC | Flint Hills Resources, LP | Purchase Agreement | |
| SN Cotulla Assets, LLC | Enterprise Hydrocarbons, LP<br>EXCO Operating Company, LP | Gas Processing Agreement | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP | Gas Gathering Contract | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Mockingbird Midstream Gas Services, LLC | | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC Buffco Production, Inc. | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC Buffco Production, Inc. | Gas Gathering Contract | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 5 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 6 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 7 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 10 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 11 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 12 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 5 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 6 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 7 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 8 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 9 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 13 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 14 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 15 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 16 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 17 to Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 18 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 19 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 20 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 21 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 22 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 23 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 24 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 25 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 26 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 27 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 28 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 29 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 30 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| SN Cotulla Assets, LLC | Trafigura Trading, LLC | Amendment to Purchase Agreement | |
| SN Cotulla Assets, LLC | Buffco Production, Inc. Upstream Energy Services, LP | Natural Gas Marketing, Transportation and Processing Agency Agreement | |
| SN Cotulla Assets, LLC | Upstream Energy Services, LLC | Natural Gas Marketing, Transportation and | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Processing Agency Agreement Amended | |
| SN Cotulla Assets, LLC | Upstream Energy Services, LLC | Natural Gas Marketing, Transportation and Processing Agency Agreement | |
| SN Cotulla Assets, LLC | EP Energy E&P Company, LP | Letter Agreement to Purchase Oil and Gas Interests | |
| Sanchez Energy Corporation | SN Midstream, LLC Sanchez Midstream Partners LP | Gathering Letter Agreement | |
| Sanchez Energy Corporation | NGL Crude Terminals, LLC | Letter Agreement | |
| SN EF Maverick, LLC | VENADO EF L.P. | Approval Letter to Natural Gas Liquids Marketing Agreement | |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Owner's Consent to Commercial Arrangements for Gas Volumes | |
| SN EF Maverick, LLC | Mitsui E&P Texas, LP | Take-In-Kind Letter Agreement with Mitsui | |
| SN Catarina, LLC | NextEra Energy Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | |
| SN PALMETTO LLC | MARATHON OIL EF LLC | MARKETING AGREEMENT (OIL-GAS) | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons LP | Gas Processing Agreement | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons LP | Amendment No. 2 to Gas Processing Agreement | |
| SN EF Maverick, LLC | Enterprise South Texas Gathering LP | Amendment No. 2 to Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC SN EF Maverick, LLC | Enterprise South Texas Gathering LP Anadarko Petroleum Corporation | Gas Gathering, Processing, and Purchase Contract | |
| SN EF Maverick, LLC | JAG Energy USA, Inc. | Purchase Order | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Marquis, LLC | Lonestar Resources US Inc. | Amendment No. 1 to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Springfield Pipeline LLC<br>Anadarko E&P Onshore LLC | Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Central Inc.<br>Anadarko E&P Company LP | Motor Transportation Contract | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Central Inc.<br>Anadarko E&P Onshore LLC | Revised Appendix A | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Inc.<br>Anadarko E&P Onshore LLC | Revised Appendix A | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Letter Agreement Re Carnero Gathering Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Letter Agreement Re Carnero Processing Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC | EP Energy E&P Company LP | Letter Agreement Re Agreement to Purchase Oil & Gas Interests | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Exco Operating Company LP<br>Enterprise Hydrocarbons LP | Base Contract for Sale and Purchase of Natural Gas | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Sanchez Energy Corporation<br>SN EF Unsub LLC<br>SN EF Maverick, LLC<br>SN EF Unsub LLC | Letter Agreement Re: Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Anadarko Energy Services Company<br>Kerr McGee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Anadarko Energy Services Company<br>Kerr McGee Oil & Gas | Marketing Transition Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Onshore LP<br>Anadarko E&P Onshore LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | | |
| SN EF Maverick, LLC | Eagle Ford TX LP | Letter Agreement Re: Gas Agreements | |
| SN EF Maverick, LLC | Venado EF LP | Letter Agreement Re: Gas Agreements | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment No. 1 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Oil Delivery Contract | |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Downstream Marketing Agreements Assumption Agreement | |
| SN Cotulla Assets, LLC | Flint Hills Resources LP | Purchase Agreement | |
| SN Catarina, LLC | Catarina Midstream, LLC | Letter Re: Notice of Rate Adjustment | |
| SN Catarina, LLC | ConocoPhillips Company | Transaction Confirmation | |
| SN EF Maverick, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Texas Pipeline Webb County Lean System LLC<br>SN Catarina, LLC<br>Texas Pipeline Webb County Lean System LLC<br>SN EF Maverick, LLC | Interruptible Transport Service Agreement | |
| SN EF Maverick, LLC | BP Energy Company | Transaction Confirmation | |
| SN EF Maverick, LLC | ConocoPhillips Company | Transaction Confirmation | |
| SN EF Maverick, LLC | Eagle Ford Midstream, LP | Natural Gas Transportation Service Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Shell Energy North America (US), L.P.<br>SN EF Maverick, LLC<br>Shell Energy North America (US), L.P.<br>SN EF Maverick, LLC | Transaction Confirmation | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Shell Trading (US) Company | STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment 002 to STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment 0001 to STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Gas Transaction Confirmation | |
| Sanchez Energy Corporation SN Catarina, LLC | Shell Trading (US) Company | Supply Agreement | |
| Sanchez Energy Corporation SN Catarina, LLC | Shell Trading (US) Company | Price Amendment to Supply Agreement | |
| Sanchez Energy Corporation SN Payables, LLC | Shell Trading (US) Company | Price Amendment to Supply Agreement | |
| Sanchez Energy Corporation SN Catarina, LLC | Shell Trading (US) Company | Abstract of Amendment No. 3 to Price Contract | |
| SN EF Maverick, LLC | BP Oil Supply | Oil Trade Confirmation | |
| SN EF Maverick, LLC | BP Oil Supply | Trade Confirmation | |
| SN EF Maverick, LLC | Flint Hills Resources LP | Purchase Agreement | |
| Sanchez Energy Corporation | 1000 Main LLC | First Amendment to Lease | |
| SN CATARINA, LLC | SWEPI, LP<br>Joe Villarreal<br>Corporate Real Estate, Shell Oil Company | Lease Agreement | |
| Sanchez Energy Corporation | 1000 Main, LLC | Lease Agreement | |
| SN EF Maverick, LLC | Kerr-McGee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Aguila Production, LLC | Terms Of The Proposes Lease Agreement | |
| Sanchez Energy Corporation | Colliers International Houston, Inc. a Texas corporation d/b/a Colliers International | Exclusive Sublease Listing Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Wurzbach/NW Military Partners, Ltd. | Shopping Center Lease | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Kerr McGee Oil & Gas Onshore LP<br>SN EF Unsub, LP<br>Gavilan Resources, LLC<br>Anadarko E&P Onshore LLC | Development Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Gavilan Resources, LLC<br>Gavilan Resources, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Joint Development Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Gavilan Resources (f/k/a Aguila Production, LLC)<br>Gavilan Resources (f/k/a Aguila Production, LLC)<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Memorandum of Joint Development Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Gavilan Resources, LLC<br>Sanchez Energy Corporation<br>Gavilan Resources, LLC<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Letter Agreement re: Joint Development Agreement | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 04/17/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 04/17/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | THILL, HOWARD J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | THILL, HOWARD J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | MARLOW, PAUL B. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | MARLOW, PAUL B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | AHMADI, TAYEB | Phantom Award dated 10/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | ALANIZ, TONY G. | Phantom Award dated 07/01/2017 | |
| Sanchez Energy Corporation | ALANIZ, TONY G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ALFORD, JULIA S. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | ALFORD, JULIA S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ALLEMAN, LAUREN E. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | ALLEMAN, LAUREN E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ALLEN, MARY C. | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | AVRA, GREGORY A. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | BABBITT, BLAKE E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BABBITT, BLAKE E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BARBER, GERARD M. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | BARBER, GERARD M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BARCENES, JEFFREY | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BARCENES, JEFFREY | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BARRINGER, CHRISTOPHER W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BARRINGER, CHRISTOPHER W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BENDER, JUSTIN M. | Phantom Award dated 05/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLANCHE, THOMAS C. | Phantom Award dated 02/01/2017 | |
| Sanchez Energy Corporation | BLANCHE, THOMAS C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLINCOW, RICHARD M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | BOECKING, EMILY M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | BORDEN, MERVILLE L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BORDEN, MERVILLE L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BOSTICK, BRANDON L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BOSTICK, BRANDON L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BROWN, MICHAEL J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BROWN, MICHAEL J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BULLOCK, SALLY H. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BULLOCK, SALLY H. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BURELL, MARCUS C. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | BUTLER, ALLISON R. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | BUTLER, ALLISON R. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | CANSINO, JUAN J. | Phantom Award dated 10/01/2016 | |
| Sanchez Energy Corporation | CANSINO, JUAN J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CANSINO, JUAN J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CANTU, ARTURO | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CARRANCO, JORGE | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CARTER, ELLIS P. | Phantom Award dated 08/01/2017 | |
| Sanchez Energy Corporation | CARTER, ELLIS P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CARTER, THERESA G. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CARTER, THERESA G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CASAS, LUIS A. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CASAS, LUIS A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CHIOVITTI, KIMBERLY A. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CHIOVITTI, KIMBERLY A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CHRISS, ANDREA L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CHRISS, ANDREA L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Phantom Award dated 09/01/2016 | |
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CLEM, LINDA P. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | COLWELL, ROBERT N. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | CORDOVA, PETER G. | Phantom Award dated 01/01/2017 | |
| Sanchez Energy Corporation | CORDOVA, PETER G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CRAWFORD, CARI L. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | CREMAR, LAURA E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CREMAR, LAURA E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CRUZ, RAMSEY | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CRUZ, RAMSEY | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DAVIS, ADA F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DAVIS, ADA F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DAY, MICHAEL C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DAY, MICHAEL C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DUNEK, KENNETH L. | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | DUNEK, KENNETH L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 08/01/2017 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Phantom Award dated 12/01/2016 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | FERNANDEZ, BEATRICE M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FONTENELLE, LUCAS K. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | FORMA, LAURA J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FORMA, LAURA J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | FRAZIER, HOLLY W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FRAZIER, HOLLY W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GARCIA, MOISES R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GARCIA, MOISES R. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | GARCIA, SARAH D. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | GARCIA, SARAH D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GARZA, DANIEL E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GARZA, DANIEL E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GEORGE, TINA R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GEORGE, TINA R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GIANELLONI, IGNATIUS L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GIANELLONI, IGNATIUS L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GIL COHEN, MARIA J. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | GIL COHEN, MARIA J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GLEASON, KELSEY C. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | GLENN, MARC P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GLENN, MARC P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GOLVACH, MARK M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GOLVACH, MARK M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GONZALEZ, JACOB E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GONZALEZ, JACOB E. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | GONZALEZ, MATTHEW R. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | GONZALEZ, MATTHEW R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GOUGH, MICHAEL B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GOUGH, MICHAEL B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GRIFFIN, HOLLY F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GRIFFIN, HOLLY F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUERRA, FRANCISCO A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUERRA, FRANCISCO A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUPTA, ANKUSH | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | GUTIERREZ, ALFREDO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUTIERREZ, ALFREDO R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUZZETTA, ALIDA C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUZZETTA, ALIDA C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HAGELSTEIN, MEAGAN E. | Phantom Award dated 06/01/2017 | |
| Sanchez Energy Corporation | HAGELSTEIN, MEAGAN E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HAINES, LISA C. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | HAINES, LISA C. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | HANSARD, MARK R. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HARDISON, JOY O. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | HARRIS, AUSTIN E. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | HARRIS, AUSTIN E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HARRISON, ANDREW S. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | HECKER, NICOLE M. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | HECKER, NICOLE M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HELLER, TOM J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HELLER, TOM J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HERMES, CHEYNE A. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | HERMES, CHEYNE A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HERMES, CHEYNE A. | Phantom Award dated 09/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | HOES, LAUREN P. | Phantom Award dated 02/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HUDDLESTON, DON C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | INAMPUDI, ANURADHA | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | INAMPUDI, ANURADHA | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | JOHNSON, RYAN P. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | KALYANARAMAN, NISHKRIYA | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KALYANARAMAN, NISHKRIYA | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KAY, JUSTIN M. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | KEALLER, RYAN J. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | KELLEY, STEPHEN R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KELLEY, STEPHEN R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KELLNER, CHARLES E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 04/17/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KISS, JOHN E. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | KISS, JOHN E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KONSEN, TOMAS A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KONSEN, TOMAS A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KOTHARE, SUNNY K. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | KOTHARE, SUNNY K. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KOTLARZ, KARA J. | Phantom Award dated 09/01/2017 | |
| Sanchez Energy Corporation | KOTLARZ, KARA J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KOY, SAMNANG L. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | KOY, SAMNANG L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KRET, LINH L. | Phantom Award dated 06/01/2017 | |
| Sanchez Energy Corporation | KRET, LINH L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KRUEGER, SCOTT R. | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | KRUEGER, SCOTT R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KUHL, CHRISTINA L. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | LEACH, JEREMY R. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | LEWANDOWSKI STEINMETZ, KRISTEN R. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | LILLIS, ASHLEY M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LILLIS, ASHLEY M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LONG, ANDREW M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LONG, ANDREW M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LOPEZ, CARLOS D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, CARLOS D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LOPEZ, FRANCIS G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, FRANCIS G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LOPEZ, MARK A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, SEVERO M. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, SEVERO M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LU, JIE | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | LUCKEN, KIMBERLYN M. | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | LUCKEN, KIMBERLYN M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MABRY, JAMES E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MABRY, JAMES E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MALDONADO, JOE B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MALDONADO, JOE B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MARES, JORGE A. | Phantom Award dated 09/01/2017 | |
| Sanchez Energy Corporation | MARES, JORGE A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MARTIN, JACLYN M. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | MARTINEZ, JOEL | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, JOEL | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MARTINEZ, MATEO L. | Phantom Award dated 10/01/2016 | |
| Sanchez Energy Corporation | MARTINEZ, MATEO L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, SANDRA S. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, SANDRA S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MCGONIGLE, MARK N. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MCGONIGLE, MARK N. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MEAUX, BRYCE T. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | MENDEZ, ALEJANDRO | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDEZ, ALEJANDRO | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MENDOZA, FRANCISCO F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, FRANCISCO F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MENDOZA, JORGE A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, JORGE A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MILLER, RICHARD M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MILLER, RICHARD M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MOLLARD, BRANDIE L. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | MORTELLARO, BILL M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MORTELLARO, BILL M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MORTON, STEFFANI L. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | NADAL, JAVIER F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | NADAL, JAVIER F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | NAGORSKI, JOHN J. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | NEEDHAM, MARSHALL B. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | NELSON, RICKY D. | Phantom Award dated 04/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | NEULIST, WILLIAM R. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | NGUYEN, JANE D. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | NGUYEN, JANE D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | NGUYEN, KIM T. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | NURSEMENT, JEREMY P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | NURSEMENT, JEREMY P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | O'CONNOR, JAMES C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | PENG, YAO | Phantom Award dated 01/01/2019 | |
| Sanchez Energy Corporation | PHAM, THIEN-HUONG T. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | PHAM, THIEN-HUONG T. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | PURNELL, ROSIE B. | Phantom Award dated 07/01/2017 | |
| Sanchez Energy Corporation | PURNELL, ROSIE B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | QURESHI, FAHAD | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | QURESHI, FAHAD | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | RAMOS, JOSHUA R. | Phantom Award dated 07/01/2018 | |
| Sanchez Energy Corporation | RICCI, KEVIN M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RICCI, KEVIN M. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ROBERSON, SHURRON S. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | ROBERSON, SHURRON S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ROBINSON, SHONTELL M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | ROBISON, JORDAN D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | ROBISON, JORDAN D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | RODRIGUEZ, RODOLFO R. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | RODRIGUEZ, RODOLFO R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SANCHEZ, MARCOS A. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, MELVA G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, MELVA G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SANTANA, LUIS A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANTANA, LUIS A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SCOTT, TRELISIA L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SCOTT, TRELISIA L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SETTLE, LON G. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | SETTLE, LON G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SHARMA, PANKAJ | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | SHIAH, FENG L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SHIAH, FENG L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SHRODE, SHEILA M. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | SINGH, RICHARD E. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | SMITH, JAMIE I. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | SMITH, JAMIE I. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SMOLIK, LESLIE G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SMOLIK, LESLIE G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | STADTFELD, AIMEE D. | Phantom Award dated 12/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | STANLEY, WILLIAM R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | STEVENSON, ANGELA M. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | STEVENSON, ANGELA M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | TAYLOR, JENNIFER A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | THIAGARAJAN, DINESH KRISHNA | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | THIBODAUX, JOSHUA D. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | THIBODAUX, JOSHUA D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | THOMPSON, JOHN R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | THOMPSON, JOHN R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | THOMSON, TROY M. | Phantom Award dated 06/01/2018 | |
| Sanchez Energy Corporation | THORP, MEAGAN M. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | THORP, MEAGAN M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | TROXELL, SANDRA L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | TROXELL, SANDRA L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | TURNER, KENNETH D. | Phantom Award dated 07/01/2018 | |
| Sanchez Energy Corporation | UMBERGER, GENE T. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | VALLE, ZULEMA | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | VALLE, ZULEMA | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | VASQUEZ, RICARDO | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | VASQUEZ, RICARDO | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | VAZQUEZ, JANETH | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | VAZQUEZ, JANETH | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | VEA, KRYSTIE K. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | VERM, DAVID | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | WANG, KAINAN | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | WANG, KAINAN | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WATSON III, CLYDE | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | WHEAT, AMANDA K. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | WHEAT, AMANDA K. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WIGGINS, MELANIE A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WIGGINS, MELANIE A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WIKE, BENJAMIN S. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WIKE, BENJAMIN S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Phantom Award dated 04/15/2016 (3 yr.) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Phantom Award dated 06/05/2018 | |
| Sanchez Energy Corporation | WILLINGHAM, JEREMY G. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | WOLF, CLARA L. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | YU, HENRY C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | YU, HENRY C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | FURBEE, DANIEL W. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | FURBEE, DANIEL W. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | GATLIN, GREET L. | Phantom Award dated 04/15/2016 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | GRIFFIN, HOLLY F. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | HEINSON, CHRISTOPHER D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | HEINSON, CHRISTOPHER D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | KNOX II, WILLIAM D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | KNOX II, WILLIAM D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | LOGAN, RACHEL L. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | PHILLIPS, LOUIS A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | ROBINSON, HOLLY C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | TALIAFERRO, KIERA C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | TOMASELLI, JOHN C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | YU, HENRY C. | Phantom Award dated 04/15/2016 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | ZIEGLER, MICHAEL T. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Greg Colvin | Power of Attorney | |
| Sanchez Energy Corporation | PricewaterhouseCoopers LLP | Letter of Engagement | |
| Sanchez Energy Corporation | PricewaterhouseCoopers LLP | Letter of Engagement | |
| Sanchez Energy Corporation | Advocate Consulting Legal Group, PLLC | Letter of Engagement | |
| Sanchez Energy Corporation | Deloitte Tax LLP | Engagement Letter | |
| Sanchez Energy Corporation | Deloitte & Touche LLP | Engagement Letter | |
| Sanchez Energy Corporation | Deloitte Tax LLP | Work Order | |
| Sanchez Energy Corporation | KPMG, LLP | Engagement Letter | |
| Sanchez Energy Corporation | KPMG LLP | Engagement Letter | |
| Sanchez Energy Corporation | KPMG LLP | Services Contract | |
| SN EF Maverick, LLC | T-Cot, Inc. d/b/a/ Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | |
| SN Operating, LLC | T-COT, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | |
| Sanchez Energy Corporation | Okapi Partners LLC | Letter of Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | Consulting Agreement | |
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | RTS Independent Diligence | |
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | RTS Transformation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | McKinsey & Company, Inc. United States and its affiliates | Solutions Agreement | |
| Sanchez Energy Corporation | Cornerstone OnDemand, Inc. | Order for Cloud Subscription Agreement | |
| Sanchez Energy Corporation | Cornerstone OnDemand, Inc. | Master Agreement for Data Processing Services | |
| Sanchez Energy Corporation | Addison Group | Letter Contract Agreement | |
| Sanchez Energy Corporation | The Barracuda Group | Fee Agreement on Recruitment of candidates | |
| Sanchez Energy Corporation | Bradsby Group | Contingency Service Agreement | |
| Sanchez Energy Corporation | EEG Recruiting | Contingency Recruiting Contract | |
| Sanchez Energy Corporation | Miller Jones, Inc. | Schedule of Fees, Terms and Conditions | |
| Sanchez Energy Corporation | VP Energy Division (Oil and Gas) | Contingency Fee Agreement | |
| Sanchez Energy Corporation | MSI International Monroe, LA | Client Paid Fee Schedule Agreement | |
| Sanchez Energy Corporation | Progressive Global Energy | Amendment to Professional Service Contract | |
| Sanchez Energy Corporation | The Morrow Group, LLC | Client Services Agreement | |
| Sanchez Energy Corporation | Whitaker IT, LLC, DBA Whitaker Technical | Agreement for Services | |
| Sanchez Energy Corporation | National Financial Services, LLC | Stock Plan Custody Agreement | |
| Sanchez Energy Corporation | Fidelity Stock Plan Services | Service and Fee Acknowledgement | |
| Sanchez Energy Corporation | Fidelity Stock Plan Services, LLC | Recordkeeping and Administrative Services Agreement | |
| Sanchez Energy Corporation | Baker Communications, Inc. | Private Workshop Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Infosight, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Protiviti Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Key Ventures | Professional Services Agreement | |
| Sanchez Energy Corporation | West Woods Technologies, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Jesse Lomask | Professional Services Agreement | |
| Sanchez Energy Corporation | Joseph Sonnier | Professional Services Agreement | |
| Sanchez Energy Corporation | Luis Canales | Professional Services Agreement | |
| Sanchez Energy Corporation | Phillip Alex Dalke | Professional Services Agreement | |
| Sanchez Energy Corporation | Sean Newton | Professional Services Agreement | |
| Sanchez Energy Corporation | Stefano Mazzoni | Professional Services Agreement | |
| Sanchez Energy Corporation | Valen D. Ott | Professional Services Agreement | |
| Sanchez Energy Corporation | Arcadis U.S., Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Ascentergy Corporation | Professional Services Agreement | |
| Sanchez Energy Corporation | Bear Creek Engineering, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Bernard Coons | Professional Services Agreement | |
| Sanchez Energy Corporation | Camin Cargo Control Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | CD Consulting & Operating Co | Professional Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Civil Engineering Consultants | Professional Services Agreement | |
| Sanchez Energy Corporation | Cole Blancett Consulting | Professional Services Agreement | |
| Sanchez Energy Corporation | CSE ICON, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Deyo Consulting Services | Professional Services Agreement | |
| Sanchez Energy Corporation | EAG Services Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | EnergyIQ, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | EXP Engineering International LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | FC&E Engineering, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Infosight, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Integrated GeoSolutions, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | JCS Construction, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Klie Tech Consulting, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | LOGIC Solutions Group, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Lon Settle | Professional Services Agreement | |
| Sanchez Energy Corporation | Nagoo & Associates, L.L.C. | Professional Services Agreement | |
| Sanchez Energy Corporation | OpTech Enterprise Solutions, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Pariveda Solutions, Inc. | Professional Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Paul Hayden Dunning | Professional Services Agreement | |
| Sanchez Energy Corporation | Plaster & Wald Consulting Corp. | Professional Services Agreement | |
| Sanchez Energy Corporation | Revenew International, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Revolutionary Security LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Robert W. Ramsey | Professional Services Agreement | |
| Sanchez Energy Corporation | Scott Foxwell Consulting | Professional Services Agreement | |
| Sanchez Energy Corporation | SE Controls, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | SeismicCity Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | SoftServe, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Sullexis, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Task Fronterra Geoscience, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Thomas Keith Posey | Professional Services Agreement | |
| Sanchez Energy Corporation | Varnell Consulting, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Wise Rock, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Zco Corporation | Professional Services Agreement | |
| Sanchez Energy Corporation | Longnecker & Associates | Professional Services Contract | |
| Sanchez Energy Corporation | Lyons, Benenson & Company, Inc. | Engagement Letter | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Stefano Mazzoni | Professional Services Agreement | |
| Sanchez Energy Corporation | Deloitte Tax, LLP | Work Order to the Engagement Letter | |
| Sanchez Energy Corporation | Thomson Reuters (Tax & Accounting), Inc. | Order Form to the Master Services Agreement | |
| Sanchez Energy Corporation | Weaver and Tidwell, L.L.P. | Engagement Letter for IT Audit Assistance | |
| Sanchez Energy Corporation | STANCIL PROPERTY TAX LLC | Engagement Letter | |
| Sanchez Energy Corporation | BAKER BOTTS | Engagement Letter | |
| Sanchez Energy Corporation | ROSS ARONSTAM & MORITZ LLP | Engagement Letter | |
| Sanchez Energy Corporation | W A WATERMAN & CO | Engagement Letter | |
| Sanchez Energy Corporation | MCCLURE & CROSS LLP | Engagement Letter | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW - 2017 Comanche Integration Management | |
| Sanchez Energy Corporation | Alvarez & Marsal | 2018 MSA | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW - Embedded Derivatives | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW - LTIP Valuation | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW - Purchase Price Valuation | |
| Sanchez Energy Corporation | Ares Management LLC Moelis & Company | Letter Re: Preliminary Indication of Interest | |
| Sanchez Energy Corporation | Equity Group Investments | Letter Re: Expense Reimbursement Letter Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Contribution Agreement | |
| Sanchez Energy Corporation | Sanchez Energy Partners I, LP | Contribution, Conveyance, and Assumption Agreement | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Palmetto, LLC | SEP Holdings IV, LLC | Partial Wellbore Assignment and Bill of Sale | |
| SN Palmetto, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC<br>SN Palmetto, LLC | Sanchez Production Partners LP<br>SEP Holdings IV, LLC | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN TMS, LLC | SR Acquisition I, LLC | Wellbore Assignment and Bill of Sale | |
| SN TMS, LLC | SR Acquisition I, LLC | Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation | Hess Corporation | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Contribution Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Contribution, Conveyance and Assumption Agreement | |
| SN Catarina, LLC | AEP Texas Central Company<br>SWEPI LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC | Hess Corporation<br>Warrior Gas Co. | Assignment of Purchase and Sale Agreement dated March 18, 2013 | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC | Hess Corporation | Transition Services Agreement | |
| Sanchez Energy Corporation | SWEPI LP<br>STUSCO: Shell Trading (US) Company | Purchase and Sale Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Swepi LP<br>Shell Gulf of Mexico, Inc. | Assignment of Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | SWEPI LP | Assignment, Conveyance and Bill of Sale | |
| SN Operating, LLC | SWEPI LP<br>Shell Gulf of Mexico Inc. | Transition Services Agreement | |
| SN Palmetto, LLC | SEP Holdings III, LLC<br>SEP Holdings IV, LLC<br>Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN Palmetto, LLC | SEP Holdings IV, LLC<br>SEP Holdings III, LLC | Partial Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | SEP Holdings III, LLC<br>Catarina Midstream, LLC | Distribution and Contribution Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN CATARINA, LLC | SWEPI LP<br>Wade Lindeman | Purchase and Sale Agreement | |
| SN EF Maverick, LLC | SM Energy<br>Eagle Ford Texas LP<br>Adarko Petroleum Corporation<br>Mitsui E&P Texas LP | Agreement to Extend Area of Mutual Interest | |
| SN EF MAVERICK, LLC | Mitsui E&P Texas LP<br>Eagle Ford<br>SM Energy Company<br>Anadarko E&P Onshore LLC | Letter Agreement Effecting Dissolution of Units | |
| SN EF Maverick, LLC | SM Energy<br>Anadarko E&P Onshore LLC<br>Mitsui E&P Texas LP<br>Eagle Ford TX LP | Amendment - Confidentiality of Information | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>SM Energy Company<br>Eagle Ford TX LP<br>Mitsui E&P TX LP | Second Agreement to Extend Area of Mutual Interest | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Aguila Production, LLC<br>Anadarko E& P Onshore, LLC<br>Kerr-McGee Oil & Gas Onshore, LLC | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC<br>Sanchez Energy Corporation | Carrizo (Eagle Ford), LLC / Carrizo Oil & Gas, Inc. | Purchase and Sale Agreement | |
| SN Palmetto, LLC | Sanchez Production Partners, LP<br>SEP Holdings III, LLC<br>SEP Holdings IV, LLC | Purchase and Sale Agreement | |
| SN Catarina, LLC | Sanchez Production Partners, LP | Assignment of Membership Interests | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | SEP Holdings III, LLC<br>Catarina Midstream, LLC | Distribution and Contribution Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Midstream Partners LP<br>SN Midstream, LLC | Letter Agreement to Processing Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC<br>SN Palmetto, LLC | SEP Holdings IV, LLC<br>Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SN Terminal, LLC<br>Sanchez Midstream Partners LP | Mutual Written Consent to Terminate Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Gavilan Resources HoldCo, LLC | Management Services Agreement | |
| Sanchez Energy Corporation | Shell Gulf of Mexico<br>SWEPI LP | Purchase and Sale Agreement | |
| SN COTULLA ASSETS LLC | EXCO OPERATING COMPANY LP | PURCHASE AND SALE AGMT | |
| SANCHEZ ENERGY CORPORATION | SHELL GULF OF MEXICO INC | PURCHASE AND SALE AGMT | |
| SANCHEZ ENERGY CORPORATION | SWEPI LP | PURCHASE AND SALE AGMT | |
| SN EF MAVERICK LLC | AGUILA PRODUCTION LLC | PURCHASE AND SALE AGMT | |
| SN EF MAVERICK LLC | ANADARKO E&P ONSHORE LLC | PURCHASE AND SALE AGMT | |
| SN EF MAVERICK LLC | KIRKLAND & ELLIS LLP | PURCHASE AND SALE AGMT | |
| SN EF MAVERICK LLC | SN EF UNSUB LP | PURCHASE AND SALE AGMT | |
| SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>SN EF UnSub GP LLC<br>SN EF Unsub, LP<br>GSO Capital Partners LP<br>SN EF UnSub Holdings, LLC<br>Janey Briscoe Marmion GST Trust<br>El Pescado Minerals Ltd<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC | Purchase and Sale Agreement | |



25731090v.2

013884

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Kerr McGee Oil & Gas Onshore LP<br>Aguila Production, LLC<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>Aguila Production, LLC<br>Aguila Production, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>Aguila Production, LLC<br>Anadarko E&P Onshore LLC<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>Kerr McGee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN EF UnSub GP LLC<br>SN EF Unsub, LP<br>GSO Capital Partners LP<br>SN EF UnSub Holdings, LLC<br>Briscoe Ranch, Inc.<br>Aguila Production, LLC<br>Miramar Holdings LP<br>Rancho La Cochina Minerals Ltd | | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Kerr McGee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Gavilan Resources<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC | Amendment No 3 to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP | Amendment to Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Gavilan Resources, LLC<br>SN EF Unsub, LP | | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Gavilan Resources HoldCo, LLC<br>SN Comanche Manager, LLC | Management Services Agreement | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN UR Holdings, LLC<br>Sanchez Capital Advisors LLC<br>Sanchez Energy Holdings LLC<br>Sanchez Energy Corporation<br>Sanchez Capital Advisors LLC<br>Sanchez Energy Holdings LLC | Assignment of Assumption of Membership Interest and Amendment of Limited Liability Company Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC | SN Catarina, LLC<br>Sanchez Production Partners LP<br>Sanchez Energy Corporation<br>Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | SN EF Maverick, LLC<br>GSO LLC<br>SN EF UnSub Holdings, LLC<br>SN UR Holdings, LLC<br>SN EF Maverick, LLC<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>GSO LLC<br>SN EF UnSub Holdings, LLC<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>GSO LLC<br>SN EF UnSub Holdings, LLC<br>Sanchez Energy Corporation | Tolling Agreement | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | SCA Energy Holdings LLC<br>Sanchez Capital Advisors | Assignment and Assumption of Membership Interest and | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | LLC<br>Sanchez Resources, LLC | Amendment of Limited Liability Company Agreement | |
| SN EF Maverick, LLC | AMID Crude Trucking LLC | Truck Transportation Agreement | |
| Sanchez Energy Corporation | Actenum Corporation | Purchase Order | |
| Sanchez Energy Corporation | Actenum Corporation | Purchase Order | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP<br>Santerra Midstream Company, LLC | Purchase Order | |
| SN EF Maverick, LLC | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Amendment 2 to Work Order Agreement WOA-D18-012 - X41 | |
| Sanchez Energy Corporation | Navex Global | Order Form 305383 | |
| SN EF Maverick, LLC | Nabors Drilling USA | Amendment No. 1 to Work Order WOA-D19-008 - X23 | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | EMS USA, Inc.<br>Sanchez Oil & Gas Corporation | Letter Re: Assignment of Service Contract | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Contract Operating Agreement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Services Agreement | |
| SN TMS, LLC<br>SN UR Holdings, LLC<br>Sanchez Resources, LLC<br>Sanchez Energy Corporation | | Contribution Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Membership Interest Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Membership Interest Assignment | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Membership Interest Assignment | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Geophysical Seismic Data Use License Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | Sanchez Production Partners LP<br>Catarina Midstream, LLC | Assignment of Membership Interests | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | | Equity Interests Assignment Agreement | |
| SN Payables, LLC<br>SN EF Maverick, LLC | | Agency Authorization Agreement | |
| SN Payables, LLC<br>SN Operating, LLC | | Agency Authorization Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | | Hydrocarbons Purchase and Marketing Agreement | |
| SN UR Holdings, LLC<br>SN Marquis, LLC | | Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | | Letter to Firm Gas Gathering, Processing and Purchase Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | | First Amendment to Rolling Credit Facility Agreement | |
| SN TMS LLC | SANCHEZ OIL & GAS CORPORATION | JOINT OPERATING AGMT | |
| SANCHEZ ENERGY CORPORATION | SANCHEZ OIL & GAS CORPORATION | MASTER LAND SERVICE CONTRACT | |
| SANCHEZ ENERGY CORPORATION | SANCHEZ OIL & GAS CORPORATION | JOINT OPERATING AGMT | |
| SN EF Maverick | SN EF UNSUB LP; Gavilan Resources LLC; Anadarko E&P Onshore; Kerr-McGee Oil & Gas Onshore LP | Assignment Notification to Buyer | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Amendment to Purchase and Sale Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Letter Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Agreement to Assign Right to Control Legal Defense in Pending Litigation | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Letter Re: Subject Intercompany Agreements | |
| Sanchez Energy Corporation | Joseph R. DeDominic | Restricted Stock Agreement | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 08/01/2015 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | MARLOW, PAUL B. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | MARLOW, PAUL B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | HILL, GARRICK A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | ALLEMAN, LAUREN E. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | ALLEMAN, LAUREN E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | AVRA, GREGORY A. | Restricted Award dated 12/01/2018 | |
| Sanchez Energy Corporation | BARCENES, JEFFREY | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BARRINGER, CHRISTOPHER W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BARRINGER, CHRISTOPHER W. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BENDER, JUSTIN M. | Restricted Award dated 05/01/2018 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLANCHE, THOMAS C. | Restricted Award dated 02/01/2017 | |
| Sanchez Energy Corporation | BLINCOW, RICHARD M. | Restricted Award dated 08/01/2018 | |
| Sanchez Energy Corporation | BOECKING, EMILY M. | Restricted Award dated 08/01/2018 | |
| Sanchez Energy Corporation | BORDEN, MERVILLE L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BOSTICK, BRANDON L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BROWN, MICHAEL J. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | BROWN, MICHAEL J. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BULLOCK, SALLY H. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BUTLER, ALLISON R. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CANSINO, JUAN J. | Restricted Award dated 10/01/2016 | |
| Sanchez Energy Corporation | CANSINO, JUAN J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CARRANCO, JORGE | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CASAS, LUIS A. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CHRISS, ANDREA L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Restricted Award dated 09/01/2016 | |
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CORDOVA, PETER G. | Restricted Award dated 01/01/2017 | |
| Sanchez Energy Corporation | CREMAR, LAURA E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CREMAR, LAURA E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CRUZ, RAMSEY | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DAVIS, ADA F. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | DAVIS, ADA F. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DAY, MICHAEL C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DUNEK, KENNETH L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DUNEK, KENNETH L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Restricted Award dated 08/01/2017 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Restricted Award dated 12/01/2016 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | FERNANDEZ, BEATRICE M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FORMA, LAURA J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FRAZIER, HOLLY W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GARCIA, MOISES R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GARZA, DANIEL E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GEORGE, TINA R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GIANELLONI, IGNATIUS L. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | GLENN, MARC P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GLENN, MARC P. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GOLVACH, MARK M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GONZALEZ, JACOB E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GOUGH, MICHAEL B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GOUGH, MICHAEL B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GRIFFIN, HOLLY F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUERRA, FRANCISCO A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUERRA, FRANCISCO A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUTIERREZ, ALFREDO R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUTIERREZ, ALFREDO R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUZZETTA, ALIDA C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HAGELSTEIN, MEAGAN E. | Restricted Award dated 06/01/2017 | |
| Sanchez Energy Corporation | HAGELSTEIN, MEAGAN E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HAINES, LISA C. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | HAINES, LISA C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | HAPP, JOHN H. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HELLER, TOM J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Restricted Award dated 02/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KALYANARAMAN, NISHKRIYA | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KELLEY, STEPHEN R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KISS, JOHN E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KONSEN, TOMAS A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KONSEN, TOMAS A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KOTLARZ, KARA J. | Restricted Award dated 09/01/2017 | |
| Sanchez Energy Corporation | KOTLARZ, KARA J. | Restricted Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | KOY, SAMNANG L. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | KRUEGER, SCOTT R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KRUEGER, SCOTT R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KUHL, CHRISTINA L. | Restricted Award dated 09/01/2018 | |
| Sanchez Energy Corporation | LEWANDOWSKI STEINMETZ, KRISTEN R. | Restricted Award dated 02/01/2018 | |
| Sanchez Energy Corporation | LILLIS, ASHLEY M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LILLIS, ASHLEY M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LONG, ANDREW M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, CARLOS D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, CARLOS D. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LOPEZ, FRANCIS G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, MARK A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LUCKEN, KIMBERLYN M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LUCKEN, KIMBERLYN M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MABRY, JAMES E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MABRY, JAMES E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MALDONADO, JOE B. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | MALDONADO, JOE B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MARTINEZ, JOEL | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, MATEO L. | Restricted Award dated 10/01/2016 | |
| Sanchez Energy Corporation | MARTINEZ, MATEO L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, SANDRA S. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MCGONIGLE, MARK N. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MCGONIGLE, MARK N. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MENDEZ, ALEJANDRO | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, FRANCISCO F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, FRANCISCO F. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MENDOZA, JORGE A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, JORGE A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MILLER, RICHARD M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MILLER, RICHARD M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MORTELLARO, BILL M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | NADAL, JAVIER F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | NEULIST, WILLIAM R. | Restricted Award dated 11/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | NGUYEN, JANE D. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | NURSEMENT, JEREMY P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | O'CONNOR, JAMES C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | PHAM, THIEN-HUONG T. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | QURESHI, FAHAD | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RICCI, KEVIN M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RICCI, KEVIN M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ROBISON, JORDAN D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RODRIGUEZ, RODOLFO R. | Restricted Award dated 10/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, MELVA G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, MELVA G. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SANTANA, LUIS A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANTANA, LUIS A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SCOTT, TRELISIA L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SHIAH, FENG L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SHIAH, FENG L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SHRODE, SHEILA M. | Restricted Award dated 01/01/2018 | |
| Sanchez Energy Corporation | SMITH, JAMIE I. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | SMOLIK, LESLIE G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | THOMPSON, JOHN R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | THOMPSON, JOHN R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | THORP, MEAGAN M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | TROXELL, SANDRA L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | TROXELL, SANDRA L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | VALLE, ZULEMA | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | VASQUEZ, RICARDO | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | VAZQUEZ, JANETH | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WANG, KAINAN | Restricted Award dated 04/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | WIGGINS, MELANIE A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WIKE, BENJAMIN S. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WIKE, BENJAMIN S. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Restricted Award dated 06/05/2018 | |
| Sanchez Energy Corporation | YU, HENRY C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | YU, HENRY C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Restricted Award dated 04/15/2016 | |
| Sanchez Energy Corporation | HEINSON, CHRISTOPHER D. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | HEINSON, CHRISTOPHER D. | Restricted Award dated 04/15/2016 (3 yr.) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | KNOX II, WILLIAM D. | Restricted Award dated 04/15/2016 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Triangle Peak Partners, LP<br>MTP Energy Management LLC | Joinder Agreement | |
| Sanchez Energy Corporation | AT MLP Fund, LLC | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Cushing MLP Asset Management, LP | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | FAMCO MLP | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Harvest Fund Advisors, LLC | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Placement Agency Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Marquis, LLC | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Partners, LP | Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | RBC Capital Markets, LLC<br>Goldman Sachs & Co.<br>Aristeia Capital, LLC and Aristeia Master LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Aristeia Captial, LLC<br>Goldman Sachs & Co. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | AAI Aristeia Fund PLC by Aristela Capital, LLC | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Aviva Investors | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Basso Holdings Ltd. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Curian/Franklin Templeton Natural Resources Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Income Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Placement Agency Agreement | |
| Sanchez Energy Corporation | Alpine Associates, a Limited Partnership | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Heritage, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Heritage II, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC<br>SN Catarina, LLC | RBC Capital Markets, LLC c/o RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC c/o RBC Capital Markets, LLC<br>RBC Capital Markets, LLC c/o RBC Capital Markets, LLC | Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Cotulla Assets, LLC<br>Sanchez Energy Corporation<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN Marquis, LLC | Credit Suisse Securities (USA) LLC<br>RBC Capital Markets c/o RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| Sanchez Energy Corporation | Franklin Investors Securities Trust- Franklin Balanced Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Investors Securities Trust-Franklin Convertible Securities Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Strategic Series- Franklin Natural Resources Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds- Framklin Global Convertible Securities Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds- Franklin Income Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds- Franklin Natural Resources Fund by: Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | JNLI Franklin Templeton Income Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Highbridge International LLC | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Liberty Harbor Master Fund I, LP | Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | O'Connor Global Multi-Strategy Alpha Master Limited | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Goldman Sachs Profit Sharing Master Trust | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Oz Eureka Fund, L.P. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | OZ Special Funding (OZMD), LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Orchard Hill Master Fund Ltd. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Thornburg Investment Management<br>State Street Global Services | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Western Asset Management Company | Securities Purchase Agreement | |
| Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN EF Maverick, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | Citigroup Global Markets Inc., as Representative of the several Initial Purchasers listed in Schedule 1 | Purchase Agreement | |
| Sanchez Energy Corporation | Citigroup Global Markets, Inc. | Cross Receipt to the Purchase Agreement | |
| SN UR Holdings, LLC | Sanchez Production Partners, LP | Common Unit Purchase Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | GSO Energy Partners-A LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Energy Partners-B LP<br>SF EF Unsub Holdings LLC<br>SN UR Holdings, LLC<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>SN UR Holdings, LLC<br>SN EF UnSub Holdings, LLC<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP? | Amended and Restated Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SN EF Unsub, LP | | |
| Sanchez Energy Corporation | SN EF UnSub GP LLC | | |
| SN UR Holdings, LLC | GSO ST Holdings | | |
| SN UR Holdings, LLC | Associates LLC | | |
| SN UR Holdings, LLC | GSO ST Holdings LP? | | |
| SN UR Holdings, LLC | Sanchez Energy | | |
| Sanchez Energy Corporation | Corporation | | |
| Sanchez Energy Corporation | SN EF UnSub Holdings, LLC | | |
| Sanchez Energy Corporation | SN EF Unsub, LP | | |
| Sanchez Energy Corporation | SN EF UnSub GP LLC | | |
| Sanchez Energy Corporation | SN EF Maverick, LLC | | |
| SN UR Holdings, LLC | SN EF Unsub, LP | | |
| SN UR Holdings, LLC | Sanchez Energy | | |
| SN UR Holdings, LLC | Corporation | | |
| Sanchez Energy Corporation | SN EF Unsub, LP | | |
| Sanchez Energy Corporation | GSO Capital Partners LP | | |
| Sanchez Energy Corporation | Kerr McGee Oil & Gas | | |
| Sanchez Energy Corporation | Onshore LP | | |
| Sanchez Energy Corporation | SN UR Holdings, LLC | | |
| Sanchez Energy Corporation | SN EF Unsub GP LLC | | |
| SN UR Holdings, LLC | SN EF UnSub Holdings, LLC | | |
| SN UR Holdings, LLC | GSO Capital Partners LP | | |
| Sanchez Energy Corporation | SN EF Unsub, LP | | |
| SN UR Holdings, LLC | Anadarko E&P Onshore | | |
| SN UR Holdings, LLC | LLC | | |
| SN UR Holdings, LLC | GSO Capital Opportunities | | |
| SN UR Holdings, LLC | Fund III LP | | |
| SN UR Holdings, LLC | GSO Capital Solutions | | |
| SN UR Holdings, LLC | Fund II LP | | |
| Sanchez Energy Corporation | SN EF Unsub GP LLC | | |
| SN UR Holdings, LLC | GSO Capital Opportunities | | |
| SN UR Holdings, LLC | Fund III LP | | |
| SN UR Holdings, LLC | GSO Energy Partners-C LP | | |
| SN UR Holdings, LLC | GSO Energy Partners-C II | | |
| SN UR Holdings, LLC | LP | | |
| SN UR Holdings, LLC | GSO Energy Partners-D LP | | |
| SN UR Holdings, LLC | SN EF Unsub, LP | | |
| SN UR Holdings, LLC | SF EF Unsub Holdings LLC | | |
| Sanchez Energy Corporation | Sanchez Energy | | |
| Sanchez Energy Corporation | Corporation | | |
| Sanchez Energy Corporation | GSO Credit Alpha Fund LP | | |
| Sanchez Energy Corporation | GSO Energy Select | | |
| Sanchez Energy Corporation | Opportunities Fund LP | | |
| Sanchez Energy Corporation | GSO Energy Partners-A LP | | |
| Sanchez Energy Corporation | GSO Energy Partners-B LP | | |
| Sanchez Energy Corporation | GSO Energy Partners-C LP | | |
| Sanchez Energy Corporation | GSO Energy Partners-C II | | |
| Sanchez Energy Corporation | LP | | |
| Sanchez Energy Corporation | GSO Energy Partners-D LP | | |
| Sanchez Energy Corporation | GSO Market | | |
| Sanchez Energy Corporation | Opportunities Fund II LP | | |
| Sanchez Energy Corporation | GSO Credit Alpha Trading | | |
| Sanchez Energy Corporation | (Cayman) LP | | |
| Sanchez Energy Corporation | GSO Harrington Credit | | |
| Sanchez Energy Corporation | Alpha Fund (Cayman) LP | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | SN EF Unsub, LP<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>GSO Capital Solutions Fund II LP<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Select Opportunities Fund LP<br>GSO Capital Solutions Fund II (Luxembourg) SARL<br>GSO Capital Solutions Fund II LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>SN EF Unsub, LP<br>Kerr McGee Oil & Gas Onshore LP<br>Sanchez Energy Corporation<br>SN EF Unsub GP LLC<br>SN EF UnSub Holdings, LLC<br>Anadarko E&P Onshore LLC<br>GSO Credit Alpha Fund LP<br>GSO Energy Select Opportunities Fund LP<br>SN EF Unsub GP LLC<br>GSO Energy Partners-C LP<br>SN EF Unsub, LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP | | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | CitiGroup Global Markets Inc<br>Capital One Securities, Inc.<br>SunTrust Robinson Humphrey, Inc.<br>BMO Capital Markets Corp.<br>RBC Capital Markets, LLC | Equity Distribution Agreement | |
| SN UR Holdings, LLC | Sanchez Production Partners LP | Common Unit Purchase Agreement | |
| Sanchez Energy Corporation | J. P. Morgan Securities LLC | Underwriting Agreement | |
| SN Marquis, LLC<br>Sanchez Energy Corporation | SEP Holdings III, LLC | Geophysical Seismic Data Use License Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Geophysical Pursuit, Inc. | Master Geophysical Data-Use License Agreement | |
| SN Payables, LLC | Royal Bank of Canada | Collateral Trust Agreement-Additional Grantor | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC | U.S. Bank National Association | Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| SN Operating, LLC<br>Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC | Delaware Trust Company<br>Royal Bank of Canada - Agency Services Group | Indenture | |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | Trustee's Certificate | |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | Collateral Trust Agreement | |

# **Exhibit C**

## Schedule of Assumed Executory Contracts and Unexpired Leases

**Schedule of Assumed**

**Executory Contracts and Unexpired Leases**

On April 26, 2020, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1149] (as may be amended, modified, and/or supplemented, the "Plan")[8] authorizing the Debtors to assume certain of the Executory Contracts and Unexpired Leases (each, an "Assumed Contract") listed on this Schedule of Assumed Contracts and Unexpired Leases (this "Schedule"), upon the Effective Date unless otherwise specified by the Debtors. The Debtors have conducted a review of their books and records and have determined that the cure amount for any claim based upon a Debtors' default(s) prior to the Effective Date under an Assumed Contract by such Debtor under section 365 of the Bankruptcy Code (the "Cure Claims") is as set forth on this Schedule.

Each of the contracts, agreements, documents, and instruments listed on this Schedule is listed solely to the extent it is an Executory Contract or Unexpired Lease of one or more of the Debtors, and nothing herein shall be deemed an admission that such contract, agreement, document or instrument is in fact an Executory Contract or Unexpired Lease of any Debtor.

Any Executory Contract or Unexpired Lease that is not listed on this Schedule or is listed on this Schedule without a Cure Claim but is otherwise assumed by the Debtors has a proposed Cure Claim of $0.00. Any proposed Cure Claims, if any, under each Assumed Contract that is undisputed or, if disputed, resolved consensually by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, (a) by payment in Cash as soon as reasonably practicable following the Effective Date or (b) as otherwise agreed by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease. If there is a dispute regarding (1) the amount of any Cure Claim, (2) the ability of the Reorganized Debtors or any assignee, as applicable, to provide adequate assurance of future performance (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (3) any other matter pertaining to assumption, the Cure Claims required by section 365(b)(1) of the Bankruptcy Code shall only be paid following the entry of a Final Order resolving the dispute and approving the assumption. For the avoidance of doubt, the Cure Claims schedule below shall not include amounts that have been incurred as of the Effective Date but are not yet due and payable. Such amounts shall be paid by the Reorganized Debtors in the ordinary course of business subsequent to the Effective Date.

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of

[8] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from this Schedule until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection.

Assumption of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure Claims, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption. Any liabilities reflected in this Schedule and any Proofs of Claim filed with respect to an Executory Contract or Unexpired Lease that has been assumed shall be deemed Disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

## Schedule of Assumed Executory Contracts and Unexpired Leases

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jesus Abrego | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Freddie Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jairo Aguillon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Akers | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Abelardo Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dylan Alejandro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Alfaro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sonia D. Alfaro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Almanza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Amaya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis J. Banuelos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Barrett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jacqueline M. Barrientos | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Edgar Beattie | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Becerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Besancon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Blake | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jim Blakely | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Blood | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joshua Bourgeois | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Brandos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Simon Briseño | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Laly Bronson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clinton D. Brown | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stuart Bruce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Bryce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriel Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josefina Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Caballero | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Robert Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Calvillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sergio Calvillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brent Campbell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Campbell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jimmy Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo A. Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcelino Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Martin Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Saul Cardona | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ron Carlson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Laura Castañeda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Castillo Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Cazares | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Silvestre Cerna | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | John Cervantez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Cervantez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Rene Champion | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lee Chandler | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Chavez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph Cirilo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Cisneros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricky Collins | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melody Condry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | CHAD CONING | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Contreras | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Contreras | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cal Cormier | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anacani Coronado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roger Cortez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kade Courville | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Covarrubias | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eliza Cruz | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jesse Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stacey Cuellar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Will T. Curnutte | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kenny Daigle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Taher Darolywala | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Davis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Levi Davis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rueben De La Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfonso De La Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco De La Paz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert de Leon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aldo De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramon De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David DeHoyos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar DeHoyos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Del Bosque | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Greg Del Toro | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Andrew DeLeon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reyvin DeLeon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Delgado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eva DeLuna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael D. Dennis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge A. Diaz Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kendall Dickinson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel W Dixon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Dominguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Douglas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Dreyer | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brandon Driskill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Duarte | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Dunn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Travis Dupuis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | WB Dyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Escamilla | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Espinoza | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Eulogio Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Manuel R Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Margarito Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Xavier Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Esquivel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Estrada | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kareem Etienne | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Randy Finley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andres Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Martin Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vianney Flores | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Ricardo Flores Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Fontenot | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Fontenot | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Scott Foreman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Donavan Franco | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ronald Fruge | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ervey Fuentes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Galan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Galan Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Humberto Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Yanira Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ademar Galvan Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnaldo Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eduardo Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gennise Garcia | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | JJ Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julian Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pete Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Samuel Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Garcia (Automation Tech) | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julianita Garcia Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jordan Garibay | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andres Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Constantino Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernest M. Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Franco Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Garza | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Lauro Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rafael Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Lee Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rogelio Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sergio Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Colin Gaspard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Gaspard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tim Gauntt | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Gerstberger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pat Gibson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Courtney B. Glass | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvaro Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mauro Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Miguel Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Gomez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Ruben Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santiago Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lexi K. Gonzales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chance Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eduardo Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gamaliel Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hector Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jonathan Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reynaldo Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wally Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Jaime Gonzalez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Gonzalez Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hector Gonzalez(Lazer) | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Mary E. Granberry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Damian Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eloy Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lauro Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eutiquio Guerrero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario E. Guerrero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lee Guillory | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Gulliory | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Humberto Gutierrez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Gutierrez III | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gustavo Guzman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Gwyn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Harlan Hansel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | HANK HARRIS | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tayler Hearn | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | David Heath | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Hebert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tony Henderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eugene HerberT | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Keith Herbert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnold Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cristina Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fernando Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jennipher N. Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A. Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kevin Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Margarito Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Orlando Hernandez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Israel Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles A. Hill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgar Hinojosa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tom Hinson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph Hodges | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christian Holguin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hayden Holmes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marshall Hornsby | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kyle Horton | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Hurtado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myrle Ingle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myrle W. Ingle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Ivy | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Derrick W. Jack | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chance Jackson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Paul Jackson | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jeff Jacobs | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Claudio Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rogelio Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tommy John | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bruce Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eddie Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jack Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joey Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Jones | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Juarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Juno | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kishore Kandasamy | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victoria Keen | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kimmie Kellum | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tab Key | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyson Jordan Kirkpatrick | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Kevin R. Kolos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Kyle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyler Landry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Lane | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melton LaPoint | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cobie LaPointe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ashley Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernesto Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alec LeGros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nikolas LeGros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dylan LeJeune | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Shane Lewing | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvin Lewis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eugene Lewis | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Ruben Loera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tucker Long | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Longoria | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fred Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse A Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse M Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Lopez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Lopez Sr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Grant Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Keith Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Leonard G. (Grant) Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Lozano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Lozano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Luevanos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rodolfo Macias Jr. | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Christian Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Madrid | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Mariscal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Marquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Octavio Marquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brittani Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Enrique Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Janio Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sarita Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Martinez Jr | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Alfredo Martinez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Mata | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Darrell McDonald | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Trent McFarlain | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Blanca Mchazlett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clay McKnight | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tim Mclean | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robbie McMillin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Janie Medina | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arthur Medrano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Mena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Celestino Mendez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Mendez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jason Mendiola | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Amy Messieha | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josh Minor | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Chad Mitchell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Molina | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lespaul Moncada | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esteban Moncivais | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Moncivais | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Montalvo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Montero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Montoya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santiago Montoya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reymundo Moreno | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fabiana Morris | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Muro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabino Muzquiz | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Nathan Nelson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roy Nesmith | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Weston (Kent) Norman Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vicente Ochoa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Oliva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stuart Ondrasek | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zach Ondrasek | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Orellana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Abelardo Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edward Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lizzette Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Miguel Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Palomo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Palos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felix Pardo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Paulino | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Josue Pena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rodolfo Z Pena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Frank Peña | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Perales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felipe Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Frankie Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Troy Perry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Perusquia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James M. Peters | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cuong T. (Coty) Phan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Pinales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Plemons | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Ramiro Ponce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Ponce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ponce III | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Preston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gerardo Puente | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Pullara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Quintana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Diego Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Elizabeth Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alan Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bob Ramsey | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Rangel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Warner Rankin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Reed | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Eliazar Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnoldo Reyes Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Homero Reynaga Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | PAUL RICCO | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Doyle Rice | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Adam Richard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Riojas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Elias Rios | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Rios | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Agustin Robledo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Adrian Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felipe Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | George Rodriguez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Joe Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Rodriguez Sr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ethan Rogers | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Roiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michele R. Ruiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Rutherford | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ryan Rylander | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Diego Saenz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan J Salas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ray Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Saldana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Benjamin Salinas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Salmon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco San Roman | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Gabriel Sanchez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jennifer Sanchez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Sanroman Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victor M. Sauceda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Russell Scogin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Scott | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Serda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esteban Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Federico Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Federico Serna Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Short | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyler Sieckenius | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Silvis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Sims | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Solis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sasha Soria | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Spittler | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Stephens | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Chris Steward | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kirk Stokes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nathan Stone | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bill Storms | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Garrard Taylor | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Thurston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Titsworth | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Moises Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Trevino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raefel Triplett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Trujillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Umphres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Leonel Vela | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julie Velasquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alberto Venegas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ivan Villa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Limhi Villagran | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Fernando Villarreal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vivian Villarreal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Villarreal Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeremy Watson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Taylor Weekley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Shayne Weekly | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brooke Weinkauf | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff White | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Derek Whitman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Williams | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Woods | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tracy Woodson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Yauger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher S. Zachry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Zamudio | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rafael Zapeda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgardo Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marvin Aguilar | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Seve Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eleazar Alejandro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reinaldo Alvarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mark Anderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Manny Armenta | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Consuelo Balderas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stephen Balderas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dioseline Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Patsy Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rose Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Ballew | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernesto Bass | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wendell Baxter | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sammie Beran | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernest (Ray) Berger | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Zachariah Bradshaw | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Howard Brobston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvaro Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mauro Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Chavera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brandon Crowsey | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph L. Daugherty | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mason Denson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Fuller | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Gajewsky | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Henderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lance Herpin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Hill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Isaac Hodges | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esmeralda Huerta | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stephanie C. Husky | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Jasso | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Prasanna Jeganathan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Refujio Juarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Lund | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Mallet | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Mallet | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anthony Mason | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Duke McGee | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zach McMillan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victor Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Moore | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melody Moore | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Amatullah Motiwala | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hendrix Nelson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cole Nesloney | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeremy Onken | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Payma | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bihn Phan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Pruitt | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Charles Pruitt, Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dario Ramos-Veloquio | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clay Rankin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Recinos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Paula J. Revis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Flavio Reyna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Rivera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Roberge | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brian Rode | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aalan Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julio Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mark Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nick Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Rodriguez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Roiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brendan Rojas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Roman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myriam Romero | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Riley Romero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andy Ruiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Catarino Ruiz III | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Salinas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Santos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Saucedo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Self | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ezequiel Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Short | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Sierra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dillon Silva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriella Silva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Khuzema Sunel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | STEVEN SWARTZ | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Tapia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Tapia | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Perla Tellez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles A. (Andy) Todd | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cynthia Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Morgan Townsen | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Isamari Urrabazo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anna Victorino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Villalobos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Villanueva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Vu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hans Warren | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chrisn Watso | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lanaya Willis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Wilson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Woolley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Wright | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Agustin D Garcia | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Daniel Canales Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ray Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | William Storms | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | WEX Bank | Deposit Agreement | $0.00 |
| Sanchez Energy Corporation | Wex Bank | Card Application | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | WEX Inc.<br>Sanchez Energy Corporation<br>WEX Inc.<br>SN EF Maverick, LLC | Private Site Agreement | $0.00 |
| Sanchez Energy Corporation | WEX Bank | Account Agreement | $0.00 |
| Sanchez Energy Corporation | WEX Inc. | Business Charge Account Agreement | $0.00 |
| SN UR Holdings, LLC | Sanchez Production Partners, LP | Registration Rights Agreement | $0.00 |
| Sanchez Energy Corporation | Barry J. Rozas, (LaBas Law Offices) Intervenor for Seabright Insurance Company<br>Edwin G. Preis, Jr. and M. Benjamin Alexander, Counsel for Sanchez Oil and Gas and Nabors Drillin USA, LP | Waiver Release and Settlement of all Claims and Indemnity Agreement | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company | Policyholder Notice | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>Beazley Insurance Company, Inc. | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>Freedom Specialty Insurance Company | Excess Insurance Policy | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | QBE Insurance Corporation | Excess Liability Policy | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>XL Specialty Insurance Company | Excess Policy Declarations | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company | Executive and Corporate Securities Liability Policy Declarations | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company | Policyholder Notice | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company<br>North American Specialty Insurance Company | SwissRe Policy | $0.00 |
| Sanchez Energy Corporation | Allied World National Assurance Company | Excess Directors & Officers Liability Insurance | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company<br>Freedom Specialty Insurance Company | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Endurance American Insurance Company | Follow Form Excess Management Liability Insurance Declarations | $0.00 |
| Sanchez Energy Corporation | Beazley Insurance Company, Inc. | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Certain Underwriters of Lloyd's of London | Lloyd's Certificate | $0.00 |
| Sanchez Energy Corporation | Stonington Insurance Company | Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Safe Harbor Pollution | Marine Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Endurance American Insurance Company | Marine Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Stonington Insurance Company | Policy of Insurance | $0.00 |
| SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy | Sanchez Oil & Gas Corporation<br>Safe Harbor Pollution<br>Sanchez Energy Corporation<br>Sanchez Resources, LLC<br>Safe Harbor Pollution<br>SR TMS LLC<br>Sanchez Oil & Gas Corporation<br>Sanchez Resources, LLC<br>SR Acquisition I, LLC<br>SR Acquisition III, LLC<br>SR TMS LLC | Pollution Insurance Policy | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC | SN UR Holdings, LLC<br>SR Acquisition I, LLC<br>SR Acquisition III, LLC | | |
| Sanchez Energy Corporation | North American Specialty Insurance Company | Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Nationwide | Letter Re: Insurance Policy | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) A Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) C Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Declaration of Pooled Unit Barnhart (EF) C Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Pooled Unit Agreement Barnhart (EF) D Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Barnhart Facility Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Second Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals L.P. | Pooled Unit Agreement Barnhart (EF) Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals LP | Pooled Unit Agreement Barnhart (EF) D Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) L Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) L Unit | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals L.P. | Pooled Unit Agreement Barnhart (EF) G Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) J Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) E Unit | $0.00 |
| SN Palmetto, LLC | Barnhart Ranch Minerals L.P.<br>Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Catarina, LLC | Shell Gulf of Mexico Inc. | Conveyance of Non-Participating Royalty Interests | $0.00 |
| SN Catarina, LLC | SWEPI LP | Mineral Deed | $0.00 |
| SN Cotulla Assets, LLC | Espada Properties, LTD. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Espada Properties, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | LVDB Investments, LTD. | Drill Site Surface Use Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation | Nancy Wheeler Plumlee | Surface Damages Agreement | $0.00 |
| SN Cotulla Assets, LLC | Triola Investments, LTD. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Valentine Ventures, LTD. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Valentine Ventures, LTD | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | EnerQuest Oil & Gas, LLC | Marketing Election and Facilities Agreement | $0.00 |
| SN Cotulla Assets, LLC | La Corona Ranch, Ltd. c/o Mr. Bart Koontz | Ratification and Amendment to Surface Use Agreement | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation, | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Firm Interstate Gas Transportation Service Agreement, as amended | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Firm Intrastate Gas Transportation Service Agreement, as amended | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC, SN Midstream, LLC | TPL SouthTex Processing Company LP | Netting Agreement, as amended | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Interruptible Intrastate Gas Transportation Service Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI, LP | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | SWEPI LP<br>Harrison Interests, Ltd. | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI LP | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI, LP | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | SWEPI LP, a Delaware limited partnership and successor in interest to P Ranch Royalty Interest, LLC<br>Dan J. Harrison III | Partial Release of Re-Conveyance of Non-Participating Royalty Interests | $0.00 |
| SN CATARINA, LLC | SWEPI, a Delaware limited partnership and successor in interest to P Ranch Royalty Interest, LLC<br>P Ranch Royalty Interest, LLC<br>BFH Mining, Ltd. | Partial Release and Re-Conveyance of Non-Participating Royalty Interests | $0.00 |
| SN CATARINA, LLC | BFH Mining, Ltd<br>Harrison Interests, Ltd.<br>P Ranch Royalty Interest, LLC | Conveyance of Non-Participating Royalty Interest | $0.00 |
| SN CATARINA, LLC | Dan J. Harrison III<br>Harrison Interests, Ltd.<br>P Ranch Royalty Interest,LLC | Conveyance of Non-Participating Royalty Interest | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Cotulla Assets, LLC | La Corona Ranch, Ltd.<br>ZAZA Energy, LLC | Surface Use Agreement | $0.00 |
| SN CATARINA, LLC | Texas General Land Office<br>SWEPI LP | Letter Agreement Regarding Pooling Application | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI LP, dba Shell Western Exploration & Production | Produced Water Injection Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI LP | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI LP, dba Shell Western Exploration & Production | Produced Water Injection Agreement | $0.00 |
| SN Catarina, LLC | AEP Texas Central Company<br>SWEPI LP | Letter Agreement | $0.00 |
| SN CATARINA, LLC | Wade Lindeman<br>SWEPI LP | Special Warranty Deed | $0.00 |
| SN CATARINA, LLC | Shell Gulf of Mexico Inc., successor in interest to P Ranch royalty Interest, LLC<br>BFH Mining, Ltd.<br>SWEPI LP | Corrected Partial Release and Reconveyance of Non-Participating Royalty Interests | $0.00 |
| SN CATARINA, LLC | Shell Gulf of Mexico Inc., successor in interest to P Ranch Royalty Interest, LLC<br>Dan J. Harrison III<br>SWEPI LP | Corrected Partial Release and Re-Conveyance of Non-Participating Royalty Interests | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation | Marathon Oil EF, LLC | Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC | Tri-City Distributors, L.P., a Texas limited partnership | General Warranty Deed | $0.00 |
| Rockin L Ranch Company, LLC | Tri-City Distributors, LP | Tax Proration Agreement | $0.00 |
| SN Palmetto, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | $0.00 |
| SN Palmetto, LLC | SEP Holdings IV, LLC | Partial Wellbore Assignment and Bill of Sale | $0.00 |
| SN UR HOLDINGS LLC | NRG Land Resources Inc | Master Land Service Contract | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SANCHEZ ENERGY CORPORATION | J Mark Smith & Associates Inc | Master Land Service Contract | $0.00 |
| SANCHEZ ENERGY CORPORATION | SR Acquisition I LLC | Participation Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Australis TMS INC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Acquisition | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Signal LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Comstock OIL & GAS LP | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | ENCANA OIL & GAS (USA) INC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company Llc | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | HK TMS LLC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Sheldon Devon Crawford & Wife | Pipeline And Surface Site Agmt. | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pipeline And Surface Site Agmt. | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN Cotulla Assets LLC | HFT LLC | Water Usage Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP HOLDINGS IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP HOLDINGS IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Burlington Resources Oil & Gas Co | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Participation Agreement | $0.00 |
| SN Palmetto LLC | EOG Resources Inc | Acreage Exchange Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Letter Agreement | $0.00 |
| SN Cotulla Assets LLC | Guy Robert Buschman | Surface Use Agreement | $0.00 |
| SN Cotulla Assets LLC | Hausser Ranch Minerals Ltd | Salt Water Disposal | $0.00 |
| SN Palmetto LLC | Jamn Ventures L.L.C. | Water Usage Agreement | $0.00 |
| SN Palmetto LLC | Salvador Soliz and Wife | Water Usage Agreement | $0.00 |
| SN Cotulla Assets LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Cotulla AssetsLLC | L & J Exploration LLC | Letter Agreement | $0.00 |
| SN Catarina LLC | Harrison Interests LTD | Salt Water Disposal | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Participation Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Participation Agreement | $0.00 |
| SN EF Maverick LLC | Law Office Of Francisco Saldana Jr | Pipeline And Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | Law Office Of Francisco Saldana Jr | Pipeline And Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | Law Office Of Francisco Saldana Jr | Pipeline And Surface Site Agmt. | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Briscoe Ranch, Inc. | Central Processing Facility (Cochina West CPF-C) | $0.00 |
| SN EF Maverick LLC | Briscoe Ranch, Inc. | Central Processing Facility (Cochina East CPF-F) | $0.00 |
| SN EF Maverick LLC | Briscoe Ranch, Inc. | Central Processing Facility (Cochina East CPF-E) | $0.00 |
| SN EF Maverick LLC | EP Energy E&P Company LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | VenadO EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | BILL D BASSORE | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | CAROLYN S WISE | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | DONALD POWELL | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | KATHY KENNEDY | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | BLACKBRUSH OIL & GAS LP | SURFACE USE AGREEMENT | $0.00 |
| SN EF Maverick LLC | ENDEAVOR NATURAL GAS LP | WATER USAGE AGREEMENT | $0.00 |
| SN EF Maverick LLC | LA BANDERA RANCH LP | WATER USAGE AGREEMENT | $0.00 |
| SN EF Maverick LLC | LA BANDERA RANCH LP | WATER USAGE AGREEMENT | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick, LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick, LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick, LLC | Comanche Maverick Ranch | Surface Use Agreement | $0.00 |
| SN EF Maverick, LLC | Locke Lord LLP | Surface Use Agreement | $0.00 |
| SN EF Maverick, LLC | Indio Faith Land Co LLC | Surface Use Agreement | $0.00 |
| SN EF Maverick, LLC | Rio Bravo Land Co | Surface Use Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP | Assignment of Participation Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP | Assignment Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP | Amendment No. 1 to Assignment Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford Water and Disposal | Water Use Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock Partners Operating LLC | Addendum to Master Compression Services Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX, LP<br>Carnero G&P, LLC | Ratification and Assumption Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Venado EF, L.P | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>Gavilan Resources, LLC | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Eagle Ford TX, LP<br>Venado EF, LP<br>Gavilan Resources, LLC | Owner's Consent Letter | $0.00 |
| SN EF Maverick, LLC | CARNERO G&P LLC | MEMORANDUM OF AGREEMENT RELATING TO FIRM GAS GATHERING AGREEMENT | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>SN EF Unsub, LP | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>Eagle Ford TX LP | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Venado EF, L.P<br>Carnero G&P, LLC | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Gavilan Resources, LLC | Memorandum of Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A of Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Rental Compressor Quotation | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Credence Gas Services, LLC | Lease Order | $0.00 |
| Sanchez Energy Corporation | Enterprise Fleet Management, Inc. | Maintenance Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise Fleet Management, Inc | Maintenance Management and Fleet Rental Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise FM Trust | Master Walkaway Lease Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN UR Holdings, LLC | SR Acquisition I, LLC | Support Agreement | $0.00 |
| Sanchez Energy Corporation | BFH Mining, Ltd.<br>Harrison Interests, Ltd.<br>Dan J. Harrison III | Guaranty | $0.00 |
| Sanchez Energy Corporation | Citigroup Global Markets Holdings Inc. | Guarantee Agreement | $0.00 |
| Sanchez Energy Corporation | ING Bank N.V. | Guarantee No. NY2018/05 | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | Carnero Gathering, LLC<br>Sanchez Production Partners LP | Assignment of Membership Interests and Adoption Agreement | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | BASF Corporation | Guaranty | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Centrica PLC | Guarantee | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | DTE Energy Company | Guaranty Agreement | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | ENGIE S.A. | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Mercuria Energy Group Limited | Guarantee | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co., Ltd. | Guaranty | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Occidental Petroleum Corporation | Guarantee | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Sumitomo Corporation of Americas | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Targa Resources GP LLC | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Tenaska Energy, Inc. | Guarantee | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | West Texas Gas, Inc. | Guaranty | $0.00 |
| SN EF Maverick, LLC | BP Corporation North America | Guaranty Agreement | $0.00 |
| SN EF Maverick, LLC | Tecpetrol Internacional S.L.U. | Guaranty | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Ternium Investments S.ar.1 | Guaranty | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Standby Letter of Credit | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC<br>SN Cotulla Assets, LLC | Trafigura Group PTE. LTD. | On Demand Guarantee | $0.00 |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Carnero G&P LLC | Irrevocable Standby Letter of Credit | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | U.S. Specialty Insurance Company<br>DJH Minerals LP<br>DJH Ranching LP<br>Cathexis Royalties & Minerals, LP<br>Cat HIL Piloncillo, LLC | Performance Bond #B010410 | $0.00 |
| SN Catarina, LLC | NextEra Energy Capital Holdings, Inc. | Guaranty to NAESB Master Agreement | $0.00 |
| SN EF Maverick, LLC | NextEra Energy Capital Holdings, Inc. | Guaranty to NAESB Master Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise Texas Pipeline LLC | Parent Company Guaranty dated 6/1/2017 | $0.00 |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 6/1/2017 | $0.00 |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 5/30/2017 | $0.00 |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 1/12/2017 | $0.00 |
| Sanchez Energy Corporation | Plains All American Pipeline, L.P. | Parent Company Guaranty dated 9/15/2016 | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Plains Gas Solutions, LLC | Parent Company Guaranty dated 9/15/2016 | $0.00 |
| Sanchez Energy Corporation | Plains Pipeline, L.P. | Parent Company Guaranty dated 9/15/2016 | $0.00 |
| Sanchez Energy Corporation | Plains South Texas Gathering LLC | Parent Company Guaranty dated 9/15/2016 | $0.00 |
| Sanchez Energy Corporation | Trafigura Trading LLC | Parent Company Guaranty dated 10/1/2017 | $0.00 |
| Sanchez Energy Corporation | Trimac Transportation Inc. | Parent Company Guaranty dated 6/23/2017 | $0.00 |
| Sanchez Energy Corporation | Venado EF L.P. | Parent Company Guaranty dated 5/30/2017 | $0.00 |
| SN EF Maverick, LLC | BNP Paribas | Letter of Credit | $0.00 |
| SN EF Maverick, LLC | Techgen, S.A. de C.V. | Guaranty Agreement | $0.00 |
| Sanchez Energy Corporation | Shell North America (US) LP | Guaranty | $0.00 |
| Sanchez Energy Corporation | Royal Bank of Canada, as Administrative Agent | Guaranty Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Royal Bank of Canada, as Administrative Agent | Security and Pledge Agreement Joinder | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Order for Services | $91,022.39 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Master Software License Agreement | $8,399.01 |
| Sanchez Energy Corporation | OFS Portal, LLC | Electronic Data Agreement | $0.00 |
| Sanchez Energy Corporation | Pitney Bowes | Lease Agreement | $0.00 |
| Sanchez Energy Corporation | Thomson Reuters | Order Form to the Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Detechtion | Master Customer Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Fleetmatics USA, LLC | Services Order Form | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Addendum To Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform License Agreement Part A: Master Agreement | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| SN Operating, LLC | SEMPCheck Services, Inc. | Terms of Service | $0.00 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Amendment to the Master Software License Agreement | $0.00 |
| SN Operating, LLC | Micro- Smart Systems, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Micro-Smart Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | iMEC US LLC | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | iMEC US LLC<br>iMec Corporation | Assignment and Novation to the Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQOD785 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQSD710 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQYZ947 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQYZ948 | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WRAJ274 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WRAN373 | $0.00 |
| Sanchez Energy Corporation | Opportune Technologies LLC | Contract Invoice for Maintenance Services | $0.00 |
| Sanchez Energy Corporation | Nabors Driling Technologies USA, Inc. | Master Drilling Agreement (Daywork Onshore US) | $0.00 |
| SN EF Maverick, LLC | Monarch Silica, LLC | Master Product Purchase Agreement | $93,665.84 |
| Sanchez Energy Corporation | US Silica | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Monarch Silica LLC | Amendment No. 1 to Master Product Purchase Agreement | $0.00 |
| Sanchez Energy Corporation | Danos, LLC | Master Service Agreement | $158,876.27 |
| Sanchez Energy Corporation | RUSCO Operating, LLC | Master Service Agreement | $115,496.67 |
| Sanchez Energy Corporation | Weeks Environmental LLC | Master Service Agreement | $97,660.00 |
| Sanchez Energy Corporation | Fesco, Ltd. | Master Service Agreement | $74,911.81 |
| Sanchez Energy Corporation | MAC Automation, Inc. | Master Service Agreement | $7,013.50 |
| Sanchez Energy Corporation | Gateway Printing & Office Supply, Inc. | Master Service Agreement | $2,095.90 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | New Tech Global Ventures, LLC and its affiliates<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $945.00 |
| Sanchez Energy Corporation | Basic Energy Services, L.P. | Master Service Agreement | $360.00 |
| Sanchez Energy Corporation | Koru Advisors, LLC | Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Pro-Gas Services, LLC | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Taurex Drill Bits, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | 3S Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | A&D Rentals, LLC dba A&D Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Accudata Systems, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ace NDT, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Acme Truck Line, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ACTS OILFIELD SERVICES, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aegis Chemical Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aerion Rental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Affordable WM, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aggreko, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alamo Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Allesco | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ALPHA SERVICES, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alpha Tanks and Pumps II, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ALY ENERGY SERVICES INC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ambyint Corporation | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | American Eagle Logistics, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | American Sales and Service, Inc. | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock Partners Operating LLC | Addendum to Master Compression Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock | Revised Amendment of Schedule A's for Compression Services | $0.00 |
| SN EF Maverick, LLC | Archrock | Amendment of Schedule A's for Compression Services | $0.00 |
| Sanchez Energy Corporation | Arguindegui Oil Co II, LTD | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Automation-X Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | AWC, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | AXIO WIRELINE TX LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Badger Daylighting Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Baker Hughes Oilfield Operations, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Baseline Energy Services, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bassler Energy Services, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bayou Oilfield Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Beacon Supply Co, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bedrock Petroleum Consultants, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bestway Oilfield, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Big Star Trucking LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Black Gold Rental Tools, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | BlackHawk Datacom | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bluebonnet Energy Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bobby's Industrial & Oilfield Repair, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bobwhite Energy Resources, L.P. and its affiliate Bobwhite Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bottom Line Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bowman Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Buck Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Amendment to Master Services Contract | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Second Amendment to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | C&M Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cactus Pipe & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cactus Wellhead, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cdm Smith Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Century Graphics & Sign Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chase Controls, LP | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Chase Welding Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chemostrat Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chess Well Service, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chirality Research, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cinch Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Circle 8 Fluid Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Circle H Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cirildo Rodriguez | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Clements Fluids South Texas, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Coastal Supply Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cogent Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Colorado Materials, LTD | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Commercial Radio, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Complete Chemical Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Complete Chemical Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cook Pump & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crawford Electric Supply Company, Inc. | Amendment 1 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crawford Electric Supply Company, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Crest Process Systems, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crest Pumping Technologies, LLC dba Nine Energy Service | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Compressco Operating LLC | Master Compression Services Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Inspection, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cypress Industries Oilfield Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | D&B Flowback, LLC dba D&B Flowback and Well Testing | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Dlugosch IV, LLC dba D&B Rental Service | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Deepwell Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Delta Fuel Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Delta Oil Tools, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Derrick Equipment Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Desert NDT, LLC dba shawcor | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Diamond G Inspection, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Diversified Well Logging, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | DR3 Hose & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Dupre Logistics, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Eastern Oil Well Service Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Edge Finance, LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Elite Oil Field & Construction Services, LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Emergency Site Protection LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | $0.00 |
| Sanchez Energy Corporation | Energy Fishing & Rental Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ensign United States Drilling Inc. dba Ensign Well Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Epic Lift Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Exceed Oilfield Equipment, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Expro Americas, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | FP Fabricators, LLC dba ProFab Construction | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Firebird Bulk Carriers, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Five O'clock Holdings, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flatrock Compression, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flatrock Compression, LTD | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fleaux Services of Louisiana LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fleet Maintenance Pro | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | FlexSteel USA, LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flow-Zone, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flowco Production Solutions, LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Flowfect, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | FTS International Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Francis Drilling Fluids, LTD. dba Envirochem | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Frio Energy Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Frontier Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Genesis Endeavors, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | GeoMark Research Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Gonzalez Weed Control & Construction, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Grand Slam Energy Services dba BOL, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Great Texas Compression, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Green Production Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Greene's Energy Group, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Grinning Bull, LLC dba Orkin Pest Control | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H & S Valve Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H5 Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Halliburton Energy Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ST Hans Brothers Industries, LP dba Hans Brothers Industries | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hawk Oil Field Service, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Hawkins Lease Service, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Headwaters Group, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Herring Gas Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | High Tide Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H-I-S Paint Manufacturing Company, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Houston Modular Installation, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Howland Engineering and Surveying Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hy-Bon Engineering Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Industrial Piping Specialists, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Infinity Valve & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Infrastructure Networks, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Independence Oilfield Chemicals, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Innovex Downhole Solutions, Inc. | First Amendment To Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ivy Rod, Inc. dba Frontier Surveying Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J & J Pipe and Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J&M Premier Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | JF Ralston Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Jet Specialty, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jim Davis Seed & Fertilizer Inc. dba Texas Custom Coaters | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kennedy Wire Rope and Sling Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Key Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kingsley Constructors, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kingsley Water Company, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | KLX Inc. dba KLX Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Knowles Enterprises, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kodiak Gas Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | KV Power, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Lean Drilling Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Legend Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Liberty Lift Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bud Griffin and Associates – San Antonio, LLC dba Liebert UPS Systems | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Magic Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Maverick Field Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McCoy-Rockford, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McMahan Welding Service, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mercer Valve Company, Inc | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Michelle Villegas dba Michelle's Cleaning Service | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mid-Coast Electric Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Miller Environmental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MMJ Pumps, LLC dba TXAM Pumps | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Momentum Pressure Control, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Monarch Silica, LLC | First Amendment to the Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Monarch Silica, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Morales Machine Shop & Transportation LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Moy's Water Well Drilling & Services of Texas, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MS Directional, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | New Prospect Company | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Choya Operating, LLC | Master Water Disposal Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| Sanchez Energy Corporation | Novosad Enterprises, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Oil Patch Petroleum, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Completion Resources, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Oilfield Tracking Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Orozco's, Inc | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | OSC Energy, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | OTA Compression, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | P and J Electric Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Park Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Patmo Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pegasus Construction & Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Performance Wellhead & Frac Components, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Performance Chemical Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pico Propane Operating, LLC dba Pico Propane & Fuels | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pilot Thomas Logistics LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Through Completion, LLC | Amendment 1 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Through Completion, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Precision Pump & Valve, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Premier Fleet Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Premier Pump & Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Priority Energy Holdings, LLC & Subsidiaries | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pro Field Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Production Fire & Safety, LLC dba AmPro Strategic Alliance | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Profire Energy, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Puffer-Sweiven, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Quail Tools, L.P. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Quintana Energy Services LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Qwik Pipe, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | R360 Environmental Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rat Pac Enterprises, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rebel Testers Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Red-D-Arc Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Regio Express Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rem Torque Test, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Remote Operations Center, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | RioTex Swabbing, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rod and Tubing Services LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aveda Transportation Energy Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Micro Motion Inc. and Rosemount Inc. Instrument and Valve Services Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | RSI - Refinery Specialties, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tercel Oilfield Products USA, LLC dba Rubicon Oilfield International | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | RUDTUK Operating, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | R. W. DELANEY CONSTRUCTION CO. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | SageRider, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sanco Measurement Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sanford Water Works & Landscaping, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Scout Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Select Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | SEMPCheck Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sertek Oil and Gas Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Setpoint Intergrated Solutions, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McGuire Construction, LLC DBA Shoreline Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Slick Operating Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Smitty's Heavy Hauling, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | South Texas Speciality, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stellar Drilling Fluids, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stellar Oilfield Rentals LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stewart & Stevencon Power Products, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | STi Trucking, LLC d/b/a Stone Trucking | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Straight Line Construction, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stratagen, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | STRONG SERVICES, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | STX Process Equipment LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Suarez Bros. Crane & Heavy Haul, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Summit Pump & Safety. Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sunbelt Rental Industrial Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Technologies, L.L.C<br>H.B. Rentals, L.C.<br>Integrated Production Services, Inc.<br>International Snubbing Services, L.L.C.<br>Monument Well Service Co.<br>Texas CES, Inc.<br>Warrior Energy Services Corporation<br>Wild Well Control, Inc.<br>Workstrings International, L.L.C.<br>Alliance Energy Service Co. LLC<br>Superior Energy Services, L.L.C. and its Affiliates<br>Complete Energy Services, Inc.<br>Concentric Pipe and Tool Rentals, L.L.C.<br>Connection Technology, L.L.C<br>Production Management Industries, L.L.C<br>Pumpco Energy Services, Inc.<br>Stabil Dril Specialties, L.L.C.<br>Sub-Surface Tools, L.L.C<br>Superior Inspection Services, L.L.C | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Supreme Production Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Supreme Rental Services, LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Swift Technical Services, LLC dba Airswift | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | T & A Services Of Breaux Bridge, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tavo's Towing, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tenacious Torque, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tenaris Global Services USA Corp | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Automation Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Premier Lease Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Swabbing Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | The Compliance Group, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Thru Tubing Solutions, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tiger Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Timberwolf Environmental, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Titan Chemical, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Top Gun Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tornado Production Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trans-Tech Energy, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trident Steel Corporation | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Trifecta Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trio Equip. Rental & Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Triple S Trucking Co., Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ulterra Drilling Technologies, L.P. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | UltraQuip, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | United Engines LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | UV Logistics, LLC d/b/a United Vision Logistics | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Uvalde Fire Equipment, Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Vac Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Veolia Water Technologies, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Viper Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | W.W. Wireline Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Warrior Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Waukesha-Pearce Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Wayne Enterprises, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | We Mean Clean | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Weatherford International, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Well Master Corporation | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | White's T&J Oilfield Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Willda Beast, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Wildcat Oil Tools, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Williams Well Service, Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Windham Well Service, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | WS Energy Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crossfire Compression and Vibration, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rock N Roll Caliche Sales, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tidal Logistics, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Express Energy Services Operation, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hadco Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | JK Protector Recovery Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mac NDT Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rathole Drilling, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Safety Skills, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | S&B Infrastructure Private, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | 5J Oilfield Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Apollo Lighting Solutions Inc. d/b/a Cleantek Industries, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | CLM Energy Services, LLC | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Crenshaw Enterprises, LLC d/b/a Tiger Industrial Rentals | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | J. Mark Smith & Associates, Inc. | Master Land Services Agreement | $0.00 |
| SN UR Holdings, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation | Geo Cam Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Golden Ranch Energy Services | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | National Oilwell Varco LP | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Profire Energy Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Quality Energy | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B.enviroSAFE, LLC dba BAIR<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Chemoil Energy Services LLC<br>Chemoil Corporation<br>Sanchez Oil & Gas Corporation | Letter Re: Assignment of Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J. Mark & Associates, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Kent & Smith Holdings, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| SN Operating, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN UR Holdings, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Newpark Drilling Fluids LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | NewTec Energy Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | P&L Testing, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Coastal Chemical Co., LLC<br>Sanchez Oil & Gas Corporation | Sale of Products Rider to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Scientific Drilling International Inc<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Tucker Energy Solutions, LLC<br>Sanchez Oil & Gas Corporation | Letter Agreement Re Major Service Agreement Party Name Change | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cudd Pressure Control, Inc. and Cudd Pumping Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | F P Fabricators, LLC d/b/a ProFab Construction | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MPS Enterprises, Inc. d/b/a Milford | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tuboscope, a Division of National Oilwell Varco, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | CJ Holding Co | Amendment to Master Services Contract | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Scientific Drilling International Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC<br>SN EF Maverick, LLC | CJ Holding Co | Amendment No. 2 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tercel Oilfield Products USA LLC d/b/a Rubicon Oilfield International | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | UV Logistics, LLC d/b/a United Vision Logistics and its Affiliates | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Dupre Logistics, LLC | Truck Transportation Agreement | $0.00 |
| SN Catarina, LLC | BASF Intertrade Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | BASF Intertrade Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ENGIE Energy Marketing NA, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | ENGIE Energy Marketing NA, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Anadarko Energy Services Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Air Liquide Large Industries US, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ARM Energy Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | BG Energy Merchants, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC<br>SN Catarina, LLC | BP Energy Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | CIMA Energy, LTD | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Coahuila Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | ConocoPhillips Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ConocoPhillips Company | Special Provisions to NAESB Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Direct Energy Business Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | DTE Energy Trading, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Hartree Partners, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Houston Pipe Line Company, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Howard Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Koch Energy Services, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Kinder Morgan Texas Pipeline, LLC<br>Kinder Morgan Tejas Pipeline, LLC | Amendment to Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Kinder Morgan Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Macquarie Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Mercuria Energy America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | MMGS, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | WTG Gas Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Occidental Energy Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Pacific Summit Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Petrochina International (America), Inc | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Repsol Energy North America Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | Sempra Gas & Power Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Sempra Gas & Power Marketing, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC Sanchez Energy Corporation | Shell Energy North America (US), LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Targa Gas Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tenaska Marketing Ventures | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tenaska Marketing Ventures | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trafigura Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trafigura Trading, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trailstone Na Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tripolarity Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Twin Eagle Resource Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | United Energy Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | BP Energy Comopany | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | Kinder Morgan Texas Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | Texla Energy Management, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Occidental Energy Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Anadarko Energy Services Company | Master Agreement for Purchase, Sale or Exchange of Liquid Hydrocarbons | $0.00 |
| SN EF Maverick, LLC | Air Liquide Large Industries US, LP | Master Agreement for Purchase, Sale and Exchange of Liquid Hydrocarbons | $0.00 |
| SN EF Maverick, LLC | ARM Energy Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | BP Energy Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Calpine Energy Services, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | CIMA Energy, LTD | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Coahuila Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Cokinos Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | ConocoPhillips Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | ConocoPhillips Company | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Diamond Shamrock Refining Company, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Direct Energy Business Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | DTE Energy Trading, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Hartree Partners, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Houston Pipe Line Comapny, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Koch Energy Services, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Kinder Morgan Texas Pipeline, LLC Kinder Morgan Texas Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Macquarie Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Mercuria Energy America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co. Energy Marketing and Services (USA), Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | WTG Gas Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Pacific Summit Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Petrochina International (America), Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Sempra Gas & Power Markering,LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Sempra Gas & Power Marketing, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Shell Energy North America (US), LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Superior Natural Gas Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Superior Natural Gas Corporation | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Techgen SA DE CV | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tenaska Marketing Ventures | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tenaska Marketing Ventures | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trafigura Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trafigura Trading, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trailstone Na Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Tripolarity Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | United Energy Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Valero Refining - Texas, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Targa Gas Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| Sanchez Energy Corporation | Tenaris Global Services (USA) Corporation | Agreement For The Provision Of Goods | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co. Energy Marketing and Services (USA), Inc. | Amendment to Special Provisions to Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | NextEra Energy Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | WWM Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | WWM Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | TOTAL Gas & Power North America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | SN EF Maverick, LLC<br>SN Catarina, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | TOTAL Gas & Power North America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Western Gas Partners, LP | Sublease Agreement | $12,245.64 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to JOA | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to Letter Agreement Regarding Amendment to JOA dated March 14, 2012 | $0.00 |
| SN Marquis, LLC | Devon Energy Production Company L.P. | Operating Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Geosouthern Lavaca Properties, LLC | Operating Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2013 Amendment to JOA | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2013 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2014 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2015 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Operating, LLC<br>SN Cotulla Assets, LLC | Milagro Producing LLC<br>F-250, LLC<br>EnerQuest Oil and Gas, LLC | Operating Agreement | $0.00 |
| SN Cotulla Assets, LLC<br>SN Operating, LLC | F-250 LLC<br>Milagro Producing LLC<br>EnerQuest Oil and Gas LLC | Operating Agreement | $0.00 |
| SN EF MAVERICK, LLC | TXCO Energy Corp.<br>Anadarko E&P Company LP | Joint Exploration Agreement | $0.00 |
| SN EF MAVERICK, LLC | St. Mary Land & Exploration Company<br>TXCO Resources, Inc. | Ratification of Joint Exploration Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Eagle Ford TX LP<br>SM Energy Company<br>Mitsui E&P Texas LP | Amendment to Joint Exploration Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Encana Oil & Gas (USA) Inc | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Australis TMS INC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Australis TMS INC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Burlington Resources Oil & Gas Co | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | BXP Partners IV LP | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | JWT Resources I LTD | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | RTM Production LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | US Enercorp LTD | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Walter Oil & Gas Corporation | Joint Operating Agmt | $0.00 |
| SN Cotulla Assets LLC | OOGC America LLC | Joint Operating Agmt | $0.00 |
| SN Cotulla Assets LLC | Jamestown Resources LLC | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Cotulla Assets LLC | OOGC America LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | XTO Energy Inc | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Bill D Bassore | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Carolyn S Wise | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Donald Powell | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Kathy Kennedy | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | TPL SouthTex Processing Company, LP | Interruptible Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | TPL SouthTex Processing Company, LP by TPL SouthTex Processing Company, LLC, its General Partner | First Amendment to the Interruptible Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Enterprise Texas Pipeline, LLC | Interruptible Gas Transportation Agreement for Intrastate Service | $0.00 |
| SN EF Maverick, LLC | Enterprise Texas Pipeline, LLC | Interruptible Gas Transportation Agreement for NGPA Section 311 Service | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Gatlin, Greet L. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Logan, Rachel L. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Phillips, Louis A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Robinson, Holly C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Taliaferro, Kiera C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Tomaselli, John C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Ziegler, Michael T. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Preminor Inc | Proposal for Consulting Services | $55,543.88 |
| SN EF Maverick, LLC | T-COT, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | $55,140.94 |
| SN Operating, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | $10,469.23 |
| Sanchez Energy Corporation | McGinnis Lochbridge & Kilgore | Engagement Letter | $3,512.00 |
| SN EF Maverick, LLC | KPMG LLP | Engagement Letter Amendment | $0.00 |
| Sanchez Energy Corporation | KPMG LLP | Master Engagement Letter and Amendment | $0.00 |
| SN EF Maverick, LLC | T-COT, Inc. d/b/a Tax Consultants of Texas | Tax Examination Agreement | $0.00 |
| SN Operating, LLC | T-COT, Inc. d/b/a Tax Consultants of Texas | Tax Examination Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | The Compliance Group, Inc. | Railroad Commission of Texas T-4 Management Program | $0.00 |
| SN Operating, LLC | The Compliance Group, Inc. | Railroad Commission of Texas T-4 Management Program | $0.00 |
| Sanchez Energy Corporation | CDM Smith Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Thru Completion, LLC | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Coax Solutions | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | HTK Consultants, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Prisma Info Systems Pvt Ltd | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Diversified Project Services International, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Medic First Aid International, Inc | Professional Services Agreement - #PSA-19-008 | $0.00 |
| Sanchez Energy Corporation | C&J Safety Solutions | Professional Services Contract | $0.00 |
| Sanchez Energy Corporation | Don Ray George & Associates, Inc. | Engineering Services Contract | $0.00 |
| Sanchez Energy Corporation | Gibbs & Bruns | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Aegis Energy Risk LLC | Agreement | $0.00 |
| Sanchez Energy Corporation | Norton Rose Fulbright US LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Richards Layton & Finger | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Dodson & Everett | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Huddleston Law Group | Engagement Letter | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Ernst & Young US LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Shipley Snell Montgomery LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | K & L Gates LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Heyman Enerio Gattuso & Hirzel LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Christopher D. Heinson | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Steven W. Adam | Professional Services Agreement | $0.00 |
| Sanchez Energy Corpration | Gibbs & Bruns | Amended Engagement Letter | $0.00 |
| Sanchez Energy Corporation | KPMG LLP | Engagement Letter | $0.00 |
| SN EF Maverick, LLC | Kodiak Services, LLC | Work Order | $86,683.07 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Service Order Number: 129506 Date: 05/17/2017 | $0.00 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Blanket Service Order | $0.00 |
| SN EF Maverick, LLC | Anadarko Petroleum Corp - Carrizo Springs | Contract Addendum - Transfer of Equipment | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas, LP<br>Carnero G&P, LLC | Letter Agreement | $0.00 |
| Sanchez Energy Corporation | Axip Energy Services, LP | Schedule to Services Contract | $0.00 |
| Sanchez Energy Corporation | Chemoil Corporation | Quick Pay Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Compressco | Service Order | $0.00 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Blanket Service Order | $0.00 |
| Sanchez Energy Corporation | Flogistix, LP | Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | AGI Industries | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | ARC Energy Equipment, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Aztec Bolting Services, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Charter Pipe, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Charter Pipe, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Stim-Lab Inc. (A Core Labortories Company) | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Davenport Drilling | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | DW Industries | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Eagle Pipe | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Endress + Hauser Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Endress+Hausser Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corp. | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Fiberspar Corp | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Flexsteel USA, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Flexsteel USA, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Gardner Denver Petroleum Pumps, LLC | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Global Vessel & Tank | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Holt/Cat | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Intertek Upstream Services | Purchase Order | $0.00 |
| Sanchez Energy Corporation | JAG Energy Holdings | Purchase Order | $0.00 |
| SN EF Maverick, LLC | JAG Energy USA, Inc. | Purchase Contract | $0.00 |
| Sanchez Energy Corporation | JM Test Systems | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation<br>SN Operating, LLC | Kimber Oilfield Services LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Macon Concrete Products, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Macon Concrete Products, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | GJR Meyer Service, Inc. dba Meyer | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ModFlex | Purchase Order | $0.00 |
| SN Operating, LLC | Fiberspar Corporation | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | National Oilwell Varco, LP | Purchase Order | $0.00 |
| SN Operating, LLC | Fiberspar Corporation | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Nov-Tuboscope | Purchase Order | $0.00 |
| Sanchez Energy Corporation | NOV- Tuboscope | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | National Oilwell Varco, L.P. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation (NOV- Fiber Glass Systems) | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation (NOV- Fiber Glass Systems) | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | National Oilwell Varco, L.P. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Odessa Pumps-Boerne | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | OverWatch Enterprise | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Pan Tech Corporation | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Petro Amigos Supply Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Petro Amigos Supply Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Petroleum Pipe Americas Corp. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Petroskills | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Polyco Pipe, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Romco Equipment Co. | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Shield Wellhead Protection/Speedy Containers | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Operating, LLC<br>Sanchez Energy Corporation | Shield Wellhead Protection/Speedy Containers | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Tavo's Towing, LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Tenaris | Purchase Order | $0.00 |
| SN Operating, LLC | Tenaris | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Tes-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC<br>SN Catarina, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Tractor Supply Co. | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Transsupply, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Trident Steel | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Twopro Energy Services LLC | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Wellflex Energy Solutions | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Wellflex Energy Solutions | Purchase Order | $0.00 |
| SN Operating, LLC Sanchez Energy Corporation | Fiix | Purchase Order | $0.00 |
| SN Operating, LLC | Milford - South Texas | Purchase Order | $0.00 |
| SN Operating, LLC Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Pruitt's Frac Tanks South Texas LLC dba TP Services | Work Order | $0.00 |
| Sanchez Energy Corporation SN EF Maverick, LLC | Tenaris Global Services (USA) Corporation | Agreement for the Provision of Goods | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company LLC | Amendment No. 1 to Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company, LLC | Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company, LLC | Water Supply Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC<br>SN Catarina, LLC | | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | | Consent Agreement | $0.00 |
| SN TMS LLC | Sanchez Oil & Gas Corporation | Pipeline And Surface Site Agmt. | $0.00 |
| SN Cotulla Assets LLC | Sanchez Oil & Gas Corporation | Water Usage Agreement | $0.00 |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC | Non-Exclusive Data Use License and Access Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Restricted Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| SN Catarina, LLC | Swepi LP | Seismic Data License Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation Gavilan Resources, LLC (fka Aguila Production, LLC) | Non-Exclusive Seismic Data Use License Cochina 3D; Pelon 3D DID# | $0.00 |
| SN Palmetto, LLC | CML Exploration, LLC | Assignment of Ownership Rights in 3D Seismic Data and Data Use License Agreement | $0.00 |
| Sanchez Energy Corporation | CML Exploration, LLC | Data Use License | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Letter of Intent - Seismic License Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Letter Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Supplemental Agreement to the Master Geophysical Data Use License- SEI Reference Number 18-0429-3D | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Volume License Agreement | $0.00 |
| SANCHEZ ENERGY CORPORATION | Seismic Exchange Inc | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | Chesapeake Energy Corporation | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | OOGC AMERICA LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | Petty Energy LP | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | Chesapeake Exploration Limited Part | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | OOGC America LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | Petty Energy LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Eng San Miguel Development LLC | Seismic Lic & Exp Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Etna Energy, LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Fitzsimons Oil and Gas Management Trust<br>Galivan Resources LLC<br>Eagle Ford TX LP<br>Venado EF LP<br>Mitsui E&P Texas LP<br>ENG San Miguel Development LLC<br>Etna Energy LLC<br>SN EF UnSub Holdings, LLC | Amendment No. 1 to Geophysical and Seismic Data Use Agreement | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Fitzsimons Oil and Gas Management Trust<br>Galivan Resources LLC<br>Eagle Ford TX LP<br>Venado EF LP<br>Mitsui E&P Texas LP<br>ENG San Miguel Development LLC<br>Etna Energy LLC<br>SN EF Unsub, LP | Geophysical and Seismic Data Use Agreement | $0.00 |
| Sanchez Energy Corporation | Aguilar, Marvin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Ammoune, Brahim | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Arar, Sherin | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Auguillard, Rhiana | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bayer, Scott | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Beyer, Keith | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Brandon, Tracy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Browder, Jay | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Calderon, Ramon | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Canales, Luis | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Cohen, Benjamin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Condry, James | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Countryman, Amy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Cuevas, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | D'Souza, Danfix | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Dunning, Hayden | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | El Awad Ibrahim, Salim | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Falconer, Eric | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Farmer, David | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Foley, Justin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Garvin, Maria | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Gifford, Will | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gonzalez Jr., Edwin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Green, Lucas | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Guedry, Joseph | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Hernandez, Yvonne | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Kellum, Russell | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Kong, Xianhui | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | MacLeod, C.W. | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Maldonado, Tomas | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Martinez, Marcos | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mendez, Adela | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Milano, Lourdes | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miller, Taminia | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Montes, Omar | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Moreno, Mike | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Munoz, Jesse | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Narvaiz, Melissa | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Norman Jr, Kent | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Olson, Matthew | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Peters, Christella | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Popp, Dana | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Rangel, Roger | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Refunjol, Xavier | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Reinhardt, Connor | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Roman, Jeff | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Shen, Yijie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Smith, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Solis, Stefanie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Thompson, Amy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Trevino, Jesse | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Valin, Garry | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Varghese, Cybil | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Washington, Charlie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Wedgewood, Melinda | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Williams, Anjelica | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Williams, Christy | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Woolley, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Yan, Bicheng | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Yu, Brian | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Zornes, Karen | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bailey, Angela | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bender, Justin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gooden-Baker, Theresa | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Lane, David | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Lucken, Kimberlyn | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mabry III., James | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Marlow, Paul | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miller, Richard | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mollard, Brandie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Ramos, Joshua | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Settle, Lon | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Thompson, John | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Turner, Kenneth | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miguel, Moreno | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | U.S. Specialty Insurance Company | Performance Bond | $0.00 |
| SN Operating, LLC | RLI Insurance Company | Collateral Agreement and Receipt Bond #RLB0016002 and #RLB0015120 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company | Blanket Performance Bond #B010411 | $0.00 |
| SN EF Maverick, LLC | State of Texas, Railroad Commission of Texas, Oil and Gas Division<br>U.S. Specialty Insurance Company | Blanket Performance Bond P-5PB(2) Continuation Certificate #B010411 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Blanket Performance Bond P-5PB(2) Continuation Certificate #B010411 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>Railroad Commission of Texas | Blanket Performance Bond - Bond #B011105 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Railroad Commission of Texas - Continuation Certificate - Bond #B011105 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>Railroad Commission of Texas | Blanket Performance Bond #RIB0015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>ate of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate / Blanket Performance Bond #RIB015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate - Blanket Performance Bond #RLB0016002 | $0.00 |
| Sanchez Energy Corporation | RLI Indemnity Company<br>RLI Insurance Company | Indemnity Agreement | $0.00 |
| Sanchez Energy Corporation | U.S. Specialty Insurance Company | Payment and Indemnity Agreement No. 1058 | $0.00 |
| SN EF Maverick, LLC | IndemCo | Additional Named Principal Supplement | $0.00 |
| SN Operating, LLC | State of Texas, Railroad Commission of Texas, Oil and Gas Division<br>RLI Insurance Company | Continuation Certificate Bond #RLB0015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate Bond #RLB0016002 | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | TPL SouthTex Transmission Company LP | Interruptible Interstate Gas Transportation Service Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL SouthTex Processing Company LP | Firm Gas Gathering Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL SouthTex Processing Company LP<br>Carnero Processing, LLC | Omnibus Amendment to the Gathering LLC and the Processing LLC Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Catarina, LLC | TPL Southtex Processing Company LP by TPL Southtex Pipeline Company LLC, its general partner | Amendment Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL Southtex Processing Company LP | Firm Gas Processing Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL Southtex Processing Company LP by TPL Southtex Pipeline Company LLC, its general partner | First Amendment to Firm Gas Processing Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Eagle Ford TX LP<br>Venado EF L.P.<br>Gavilan Resources, LLC | Amendment to Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX, LP<br>Carnero G&P, LLC<br>Gavilan Resources, LLC<br>Venado EF, LP | Amendment to Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Memorandum of Firm Gas Gathering Agreement | $0.00 |
| SN Catarina, LLC | Catarina Midstream, LLC | Firm Gathering and Processing Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Catarina Midstream, LLC | Amendment No.1 to Firm Gathering and Processing Agreement | $0.00 |

**Redline**

**Schedule of Rejected**

**Executory Contracts and Unexpired Leases**

On April 26, 2020, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1149] (as may be amended, modified, and/or supplemented, the "Plan")[3] authorizing the Debtors to reject certain of the Executory Contracts and Unexpired Leases (each, a "Rejected Contract") listed on this Schedule of Rejected Contracts and Unexpired Leases (this "Schedule"), upon the Effective Date unless otherwise specified.

Each of the contracts, agreements, documents, and instruments listed on this Schedule is listed solely to the extent it is an Executory Contract or Unexpired Lease of one or more of the Debtors, and nothing herein shall be deemed an admission that such contract, agreement, document or instrument is in fact an Executory Contract or Unexpired Lease of any Debtor.

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is Rejected shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Unless expressly assumed in the Schedule of Assumed Contracts and Unexpired Leases attached as follows below, all contracts to which a Debtor and any of Sanchez Oil & Gas Corporation, SN EF UnSub, LP, and/or Sanchez Midstream Partners LP (or its direct or indirect subsidiaries) are parties are rejected.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from this Schedule until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

## Schedule of Rejected Executory Contracts and Unexpired Leases

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SN Services, LLC | Designated Charter Agreement | |
| Sanchez Energy Corporation | Excel Aircraft, LLC dba Excel Mulching | Master Service Contract | |
| Sanchez Energy Corporation | SN Services, LLC | Lease Agreement | |
| Sanchez Energy Corporation | Beechcraft Corporation | Aircraft Purchase Agreement | |
| Sanchez Energy Corporation | Daryl Stewart d/b/a Charter One | Designated Charter Agreement | |
| Sanchez Energy Corporation | Daryl Stewart d/b/a Charter One as lessee | Charter Agreement | |
| SN Operating, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC<br>SN Cotulla Assets, LLC | U.S. Bank National Association | First Supplemental Indenture | |
| SN Catarina, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation | U.S. Bank National Association | Second Supplemental Indenture | |
| Rockin L Ranch Company, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SR TMS, LLC<br>SN Catarina, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Delaware Trust Company | Fourth Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Rockin L Ranch Company, LLC | | | |
| Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Delaware Trust Company | Indenture | |
| SN TMS, LLC<br>SN Catarina, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Delaware Trust Company | First Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Second Supplemental Indenture | |
| Sanchez Energy Corporation | Royal Bank of Canada Agency Services Group | Third Amended and Restated Credit Agreement | |
| SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>SN Marquis, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation | Delaware Trust Company<br>Royal Bank of Canada | Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | Delaware Trust Company<br>Royal Bank of Canada | First Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | | | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC | U.S. Bank National Association | First Supplemental Indenture | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC | U.S. Bank National Association | Indenture | |
| SN TMS, LLC<br>SN Operating, LLC<br>SN Catarina, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN Palmetto, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Fourth Supplemental Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>SN Catarina, LLC | U.S. Bank National Association | Second Supplemental Indenture | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | U.S. Bank National Association | Indenture | |
| SN Catarina, LLC<br>SN Marquis, LLC | Delaware Trust Company | First Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Operating, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | | | |
| SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>Sanchez Energy Corporation<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN Cotulla Assets, LLC | Delaware Trust Company | First Supplement Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Second Supplemental Indenture | |
| SN Payables, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | First Supplemental Indenture | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| Sanchez Energy Corporation | Delaware Trust Company as Trustee<br>Cede & Co. | 7.25% Senior Secured First Lien Note due 2023 | |
| Sanchez Energy Corporation | Cede & Co.<br>Delaware Trust Company, as Trustee | Face of Initial Regulation S Note | |
| Sanchez Energy Corporation | Delaware Trust Company<br>U.S. Bank National Association | Instrument of Resignation, Appointment, and Acceptance | |
| Sanchez Energy Corporation | Delaware Trust Company<br>U.S. Bank National Association | Instrument of Resignation, Appointment, and Acceptance | |
| Sanchez Energy Corporation | Societe Generale | Schedule to the Master Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Wilmington's Savings Fund Society, FSB<br>Delaware Trust Company | Agreement of Resignation, Appointment and Acceptance Indenture, Dated as of February 14, 2018 Relating to the Company's 7.25% Senior Secured First Lien Notes Due 2023 | |
| SN Palmetto, LLC | SEP Holdings III, LLC<br>SEP I, LP | Agency Agreement | |
| SN Palmetto, LLC | SEP I, LP<br>SEP Holdings III, LLC | Agency Agreement | |
| SN Palmetto, LLC | Macquarie Bank Limited | Novation Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | Novation Agreement to ISDA Master Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | Novation Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | Confirmation Agreement | |
| Sanchez Energy Corporation | Comerica Bank | Confirmation Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | Confirmation Agreement | |
| Sanchez Energy Corporation | ABN AMRO Bank N.V. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | 2002 Master Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | BP Energy Company | 2002 Master Agreement | |
| Sanchez Energy Corporation | BP Energy Company | Schedule to the 2002 Master Agreement | |
| Sanchez Energy Corporation | Capital One, National Association | 2002 Master Agreement | |
| Sanchez Energy Corporation | Citigroup Energy, Inc. Citigroup Global Markets Holding, Inc. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Credit Suisse International | 2002 Master Agreement | |
| Sanchez Energy Corporation | Fifth Third Bank | 2002 Master Agreement | |
| Sanchez Energy Corporation | ING Capital Markets, LLC | 2002 Master Agreement | |
| Sanchez Energy Corporation | Macquarie Bank Limited | 2002 Master Agreement | |
| Sanchez Energy Corporation | Morgan Stanley Capital Group, Inc. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | 2002 Master Agreement | |
| Sanchez Energy Corporation | Shell Trading Risk Management, LLC | Novation and Amendment Agreement to Master Swap Agreement | |
| Sanchez Energy Corporation | Societe Generale | Swaps Master Agreement | |
| Sanchez Energy Corporation | Societe Generale | Schedule to the Swaps Master Agreement | |
| Sanchez Energy Corporation | Suntrust Bank | 2002 Master Agreement | |
| Sanchez Energy Corporation | SunTrust Bank | Schedule to the 2002 Master Agreement | |
| Sanchez Energy Corporation | Societe Generale | Master Agreement | |
| Sanchez Energy Corporation | SEP Management I, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC c/o Intrepid Private Equity Fund GP, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Continental Stock Transfer | Amendment No. 1 to Rights | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | & Trust Company | Agreement | |
| Sanchez Energy Corporation | GSO Funds c/o GSO Capital Partners | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | GSO Funds | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Amendment No. 2 to Rights Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Registration Rights Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Marquis, LLC | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Sanexco, Ltd.<br>SEP Management I, LLC<br>San Juan Oil & Gas No. 2, Ltd. | Waiver of Registration Rights | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC | RBC Capital Markets, LLC | Registration Rights Agreement | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | SEP Holdings III, LLC<br>Sanchez Production Partners LP | Registration Rights Agreement | |
| SN Palmetto, LLC | Sanchez Production Partners LP | Registration Rights Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | SEP Holdings III, LLC | | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - A, LLC<br>Gavilan Resources Holdings - B, LLC<br>Gavilan Resources Holdings - C, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources HoldCo, LLC | Shareholders Agreement | |
| Sanchez Energy Corporation | Gavilan Resources HoldCo, LLC<br>Gavilan Resources Holdings - A, LLC<br>Gavilan Resources Holdings - B, LLC<br>Gavilan Resources Holdings - C, LLC | Letter Agreement | |
| Sanchez Energy Corporation | Blackstone Energy Partners II, LP<br>Blackstone Capital Partners VII, LP | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - A, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - B, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - C, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Intrepid Private Equity Fund I, LP<br>Intrepid Private Equity V-A, LLC | Warrant Assignment | |
| Sanchez Energy Corporation | The GSO Funds | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation | GSO Capital Partners, LP | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Registration Rights Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Standstill and Voting | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | GSO ST Holdings Associates, LLC<br>GSO ST Holdings, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity SPV-A, LP<br>Intrepid Private Equity V-A, LLC | Warrant Assignment | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-D LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Energy Market Opportunities Fund II LP<br>GSO Capital Solutions Fund II (Luxembourg) SARL<br>GSO Energy Select Opportunities Fund LP<br>GSO Capital Solutions Fund II LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Capital Opportunities Fund III LP | Standstill and Voting Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-B LP<br>GSO Energy Partners-C II LP<br>GCO Credit Alpha Trading (Cayman) LP<br>GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP | Amendment No. 1 to Standstill and Voting Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-C LP<br>GSO Energy Partners-D LP<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Solutions Fund II LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP | | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Sanchez Oil & Gas Corporation<br>GSO Capital Partners LP | Non-Solicitation Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Capital Opportunities Fund III LP<br>GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Capital Solutions Fund II LP | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Intrepid Private Equity V-A LLC<br>Sanchez Oil & Gas Corporation | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Gavilan Resources Holdings A LLC<br>Gavilan Resources Holdings B LLC<br>Gavilan Resources Holdings C LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources HoldCo, LLC | Shareholders Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Blackstone Capital Partners VII LP<br>Blackstone Energy | Standstill and Voting Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Partners II LP | | |
| SN UR Holdings, LLC | Lonestar Resources US Inc. | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Blackstone Capital Partners VII LP<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>Aguila Production, HoldCo, LLC<br>Blackstone Energy Partners II LP<br>Blackstone Energy Partners II LP<br>Blackstone Capital Partners VII LP<br>Aguila Production, LLC<br>Aguila Production, HoldCo, LLC<br>Aguila Production, LLC | Interim Investors Agreement | |
| SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Credit Suisse Securities (USA) LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>RBC Capital Markets, LLC<br>SN Palmetto, LLC<br>SN Marquis LLC | Registration Rights Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>SN Marquis, LLC<br>SN Catarina, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation | SN Operating, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>RBC Capital Markets, LLC<br>Sanchez Energy Corporation<br>SN Palmetto, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>Credit Suisse Securities (USA) LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | | |
| SN UR Holdings, LLC | Sanchez Production Partners LP | Registration Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Amendment No. 2 to Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Agreement for Stock Transfer Services | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer and Trust Company | Letter Re: Issuance of Shares | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Antonio R. Sanchez, III | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | A.R. Sanchez, Jr. | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Cameron W. George | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Gregory B. Kopel | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Antonio R. Sanchez, III | Executive Services Agreement | |
| Sanchez Energy Corporation | A.R. Sanchez, Jr. | Executive Services Agreement | |
| Sanchez Energy Corporation | Cameron W. George | Executive Services Agreement | |
| Sanchez Energy Corporation | Gregory B. Kopel | Executive Services Agreement | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Executive Services Agreement | |
| Sanchez Energy Corporation | Gerald Gleeson Van Riet | Indemnification Agreement | |
| Sanchez Energy Corporation | Howard J. Thill | Indemnification Agreement | |
| Sanchez Energy Corporation | Antonio R Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Michael G. Long | Indemnification Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Gilbert R. Garcia | Indemnification Agreement | |
| Sanchez Energy Corporation | Alan G. Jackson | Indemnification Agreement | |
| Sanchez Energy Corporation | Joseph R. DeDominic | Indemnification Agreement | |
| Sanchez Energy Corporation | A.R. Sanchez Jr. | Indemnification Agreement | |
| Sanchez Energy Corporation | Sean Maher | Indemnification Agreement | |
| Sanchez Energy Corporation | Brian Carney | Indemnification Agreement | |
| Sanchez Energy Corporation | Eugene I. Davis | Indemnification Agreement[4] | |
| Sanchez Energy Corporation | Cameron W. George | Indemnification Agreement[5] | |
| Sanchez Energy Corporation | Christopher Heinson | Indemnification Agreement | |
| Sanchez Energy Corporation | Garrick Hill | Indemnification Agreement | |
| Sanchez Energy Corporation | Kirsten A. Hink | Indemnification Agreement | |
| Sanchez Energy Corporation | Gregory B Kopel | Indemnification Agreement[6] | |
| Sanchez Energy Corporation | Robert V. Nelson, III | Indemnification Agreement | |
| Sanchez Energy Corporation | Eduardo Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Adam C. Zylman | Indemnification Agreement[7] | |
| Sanchez Energy Corporation | Greg Colvin | Indemnification Agreement | |
| Sanchez Energy Corporation | Team Housing Solutions, Inc. | Lodging Service Agreement | |
| Sanchez Energy Corporation | ARI Fleet LT | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | ARI Fleet LT | Motor Vehicle Lease Agreement | |

[4] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.
[5] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.
[6] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.
[7] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | ARI Fleet LT | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | ARI Fleet Automotive Rentals, Inc. | Lease And Fleet Management Services Agreement | |
| Sanchez Energy Corporation | Eagle Ford Villiage Suites Dilley LLC | Residential Tenancy Agreement | |
| Sanchez Energy Corporation | Credence Gas Services, LLC | Master Equipment Lease Agreement | |
| Sanchez Energy Corporation | Houston NFL Holdings, LP | First Addendum to NRG Stadium Suite Lease Agreement | |
| Sanchez Energy Corporation | Houston NFL Holdings, LP Kirkland & Ellis, LLP | NRG Stadium Suite Lease Agreement | |
| SN EF Maverick, LLC | Eagle Ford TX LP | Amendment No. 1 to Assignment Agreement | |
| Sanchez Energy Corporation | Arrowhead Gathering Company, LLC | Guaranty Agreement | |
| Sanchez Energy Corporation | Automotive Rentals, Inc. / ARI Fleet LT | Parent Company Guaranty dated 3/30/2017 | |
| Sanchez Energy Corporation | NuStar Logistics, L.P. | Guaranty Agreement | |
| Sanchez Energy Corporation | Merrill Communications LLC | Merrill Bridge Services Agreement | |
| Sanchez Energy Corporation | Cornerstone | Statement of Work | |
| Sanchez Energy Corporation | Core Trust, a division of HealthTrust Purchasing Group, L.P. | Participation Agreement | |
| Sanchez Energy Corporation | MapR Technologies Inc. | Order Form for MAPR Software & Services | |
| Sanchez Energy Corporation | MapR Technologies, Inc. | Order Form for MapR Software and Services | |
| Sanchez Energy Corporation | MapR Technologies, Inc. | Order Form for MapR Software & Services | |
| Sanchez Energy Corporation | NET (net), Inc. | Master Services Agreement | |
| Sanchez Energy Corporation | Drilling Info, Inc. | Order Form | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | AVI Systems, Inc. | Change Order to Retail Sales Agreement | |
| Sanchez Energy Corporation | AVI Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | AVI Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | AVI Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | KnowBe4 | Security Awareness Training Subscription | 5/10/2020 |
| Sanchez Energy Corporation | Actenum Corp. | Ordering Document | |
| Sanchez Energy Corporation | Actenum Corp. | Master Software Subscription License Agreement | |
| Sanchez Energy Corporation | SimpleLegal | Master Services Agreement | |
| Sanchez Energy Corporation | SimpleLegal | Order Form | |
| SN EF MAVERICK LLC | WORTHEY PROPERTIES LTD | TOWER SITE (COMMUNICATIONS) | |
| Sanchez Energy Corporation | Drilling Info, Inc. | Order Form | |
| Sanchez Energy Corporation | Intelligize, Inc. | Order Form | |
| Sanchez Energy Corporation | Thomson Reuters (Tax & Accounting) Inc. | Order Form | |
| Sanchez Energy Corporation | Nasdaq Corporate Solutions LLC | Service Order under TR Services Contract | |
| Sanchez Energy Corporation | Merrill Communications LLC | Subscription Services Agreement | |
| Sanchez Energy Corporation | Thomson Reuters (Markets) LLC | Order Form | |
| Sanchez Energy Corporation | Thomson Reuters (Markets) LLC | Order Form | |
| SN EF Maverick, LLC | Nabors Drilling USA | Work Order WOA-D19-008 - Rig X23 | |
| SN EF Maverick, LLC | Nabors Drilling Technologies USA (a division of Nabors Drilling Technologies USA Inc.) | Amendment 1 To Work Order-D18-012 - Rig X41 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Work Order WOA-D18-012 - Rig X41 | |
| Sanchez Energy Corporation | Orion Drilling Company, Inc. | Drilling Bid Proposal and Daywork Drilling Contract | |
| Sanchez Energy Corporation | Orion Drilling Company, Inc. | Drilling Bid Proposal and Daywork Drilling Contract - U.S. | |
| Sanchez Energy Corporation | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Work Order WOA-D18-011 - Rig X-29 | |
| Sanchez Energy Corporation | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Amendment No. 1 to Work Order WOA-D18-011 - Rig X-29 | |
| Sanchez Energy Corporation | Phoenix Silica, Inc. | Master Product Purchase Agreement | |
| SN Operating, LLC | Phoenix Silica, Inc. | First Amendment To The Master Product Purchase Agreement | |
| Sanchez Energy Corporation | Merrill Communications LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Energists | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Poetic Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bull Dawg Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Empire, LLC DBA Empire Gas Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Titanium Oil & Gas Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Varel International. Ind., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 2-M Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 4H Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 4M Field Solutions LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 9/0 Transport & Sales, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A&E OILFIELD SERVICES, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A&M Technical Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A & W Wireline Service, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AAA Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AAR Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ABB Inc., | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ACOCK CONSULTING, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ACUREN INSPECTION, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Advanced Center for Wellness, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aereon | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Affirm Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Agar Corporation Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AJ's Logistic Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alamo Filter Company, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Al-Dai Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alert Systems Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alvarado Trucking & Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AMERICAN ENVIRONMENTAL LANDFILL, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AmeriGas Propane | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Amigos Recertification & | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Inspection Services, Inc. | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Amrex, Inc. dba Falco Pest Management | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Anchor Drilling Fluids USA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Angus Measurement Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | APEX REMINGTON, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arapahoe Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arck Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ARDENT SERVICES, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ARKLATEX Energy Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Arredondo Dozer Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arrow-Tek Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ASC Environmental; ASC Production Chemical Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ashley Electric, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AVI SYSTEMS, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aztec Well Servicing Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Basic Energy Services, LP | Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Basin Chemical Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Bass Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bayou Well Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bear Creek Engineering, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bear Creek Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Synergy Energy Holdings, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bexar Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Big Six Torque & Test, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwall Process, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwater SWD, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Blackwater SWD, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bobby Wayne Beach dba W&S Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | BOE Oil Tools, Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Lease Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Swabbing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Well Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | BOS Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Brigade Energy Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bright Automation, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Mathew Salinas dba Blade Right Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blade Right Services, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bruington Engineering, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bullet Production Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bull's Eye Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bullzeye Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | BURROW GLOBAL CONSTRUCTION LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Burton Oil Service Operations, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Butch's Rat Hole & Anchor Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | C & E Production, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & H Welding and Fabricating, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & R Keck Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C4 Vacuum & Oilfield Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Calfrac Well Services Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | CAM INTEGRATED SOLUTIONS, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Camino Agave, INC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Camino Real Mineral Company, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Canary, LLC dba Canary | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Production Services, LLC | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shannon April Seidensticker dba Cannon Well Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Carousel Specialty Products, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cec Corrosion Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cenergy International Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ceniza 7 Enterprises LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cenizo Slickline Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Centex Supply & Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Central Rig Services, LLC dba Petrotex | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Certarus (USA), Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cessac Welding Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chad Buesing DBA Buesing Production Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Challenger Deepwell Servicing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chalmers, Collins & Alwell, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chapa's Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemical Conditioning Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemical Weed Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemix Energy Services, | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | LLC | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemoil Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ChemTreat, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cielo Energy Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Circle T Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clarkco Oilfield Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clementson, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clyde Kazmir Const., Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | CNC Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Chemical Co., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Chemical., LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Corrosion Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Salt Water Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Code Red Safety & Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coil Tubing Partners, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cold Creek Construction, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Comm Engineering, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Common Disposal, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Concan Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Connexa Energy, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Conquest Completion Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Consolidated Wellsite Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Continental Laboratories, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coonrod Electric Co., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Datalog LWT, Inc. dba Cordax Evaluation Technologies | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Mansour Rahmatian dba Core Mineralogy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Excellence Logging US Inc. Core-Tech Wireline Services of Texas, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Core-Tech Wireline Services of Texas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Corpac Steel Products Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Covenant Testing Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Directional Drilling, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Drilling & Production, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Services LLC and its affiliates and subsidiaries | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cretic Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Cross Roads Oil Field Supply LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crossland Oilfield Services, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crude Starr LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ctap, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cudd Pressure Control, Inc. and Cudd Pumping Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC/ Cutter Drilling Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dalton Crane, LC dba Dalton Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHV Transport & Logistics, LLC dba DHV Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dan Blocker Petroleum | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Consultants, Inc. | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dashiell Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dawson Geophysical Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DCAF Inc. dba G&F Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Decca Consulting, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DeLaune Drilling Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Savage Services Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sunland Capital, LLC dba Delta Daylighting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DeRouen Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | DHV Transport & Logistics, LLC dba DHV Oilfield | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHW Well Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond J Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond K Operating, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond P. Lease & Well Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Di-Trol Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Divine Wireline Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | D-Jax Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DKM Enterprises LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Doggett Equipment Services Group, LTD dba Toyota Lift of Texas | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Double Rafter H Construction Company, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dover Energy Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Down Hole Inspection, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Downing Wellhead Equipment, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Doyon Universal Services, LLC and Affiliates: Denali Universal Services, LL and Sodexo Remote Sites Partnership | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dragon Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dragonfly Aviation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Drilformance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drilling Tools International, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drillwell, LLC dba Drillwell Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drover Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DSS Construction Services, Inc. dba DSS Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DW Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynasty Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Environmental | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Services, LLC | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E&R Vacuum Truck Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.L.S. Surveying & Mapping, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle Automation Limited | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle Logistics | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle NDT, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle's Den Suites at Carrizo Springs | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eastern Fishing & Rental Tools Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | ECM Energy Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eco Bright Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ecoloop Energy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Edge Vacuum Service Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EE Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EE Water Company, LLC dba McKinley Drilling Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.G. Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.L. Farmer & Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Element Materials | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Technology Houston Inc. | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elite Employment Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elite Leasing and Oilfield Services, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elkhorn Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ellington & Associates, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elliott Electric Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ely and Associates Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Embark Transport, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EMS USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Encore Pipe & Consultation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Energes, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Energy First Engineering & Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EnhanceCo, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enovation Controls, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Entec Pest Management, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Entegra LLP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enventure Global Technology, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental & Safety | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Support Group, LLC | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental & Safety Systems International dba ESSI Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental Safety & Health Consulting Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EPI Group US, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EPI Vegetation Management Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Equipment Transport LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Erna Frac Sand, L.C. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ETS Oilfield Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Evergreen Environmental Services, LLC dba Evergreen Industrial | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Services | as of the Petition Date) | |
| Sanchez Energy Corporation | Exact Valve Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Extreme Well Testing, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | F. Garcia Hauling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil & Gas Process Specialist, LLC dba Facility Service & Supply | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fairway Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Falcon Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Falcon Flowback Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | F/C Trucking, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fields Water Services, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flawless Pipeline Maintenance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flexim Americas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | FloCap Injection Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flogistix, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flo-Rite Fluids, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flow Data, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flozone Measurement, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flying V Rentals, INC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flying V Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fortis Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fortress Environmental Services (DC), LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Forum US, Inc. dba Forum Flow Equipment | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fox NDE, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fox Tank Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Freese and Nichols, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | FIS Operations, LLC dbs Frontier Integrity Solutions | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Full Hole Inspection Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Furry Industries, Inc. dba Commercial Electric Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fusion Directional, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | G&P Automation and Electric, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gaertner Leasing, Inc. | Master Service Contract (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GAR Energy Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Analytical Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Tech-Flow, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Gate Guard Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vetco Gray, Inc.<br>GE Oil & Gas Pressure Control, LP | Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GE Oil & Gas Pressure Control, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Genco Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Geo Exploration Service, Inc. dba Geo Med Waste of Texas | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Geokinetics USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GJR Meyer Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Nitrogen Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Pipeline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Global Vessel & Tank, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gold Star Eagle Ford Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Granbury Excavating, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Grand Isle Shipyard, Inc. and its affiliated companies | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gravity Oilfield Services, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Globe Energy Services, LLC and Globe Chemical, LLC dba Tech Management | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Light Tower Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Greenwell Energy Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GSM Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GSS Transport, LLC dba GSS Construction & Oilfield Supply | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GTI Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Guard 1 Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Brokerage, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Services, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Weed Control, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulfstream Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Guyline Safety Anchors, Inc dba Guyline Anchor Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Gyro Technologies, Inc. dba Vaughn Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H&M Acid Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Raul Munoz Jr. dba H&R Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H & S Constructors Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H II Land Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H&E Equipment Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Halcyon Equipment, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Haller Enterprises, LLC dba Earl's Tank Truck Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hamman Swabbing & | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Oilfield Services, Inc. | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HardRock Directional Drilling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HBM Capillary Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Heckmann Water Resources (CVR), Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hero Flare, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HG Eagle, LLC dba ACG Materials | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hydroline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Himarc Environmental Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HORIZON MUD CO., INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Horizon Power Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Houston Inspection Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Houston Procurement and Logistics International, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hunt Oilfield Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hydroline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | i2i Pipelines Americas, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ignition Systems & Controls, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Indepth Production Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Industrial Sand Products, | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | LLC | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Team Oil Tools, LP | Master Service Agreement | |
| Sanchez Energy Corporation | Integrity Directional Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Integrity Telecommunications, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Intercept Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Intertek Asset Integrity Management, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irasel Sand, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Iron Horse Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irongate Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & J Excavating and | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Materials, Co. | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & J Oilfield Electric Company, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & L Morales Oil Construction | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drillwell, LLC<br>J4 Fluid Services, LLC | Amendment 1 to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J4 Fluid Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jacobra Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JAG Energy Holdings, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jaguar Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jake Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JCP Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J H Walker Inc. dba J H Walker Trucking | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JNP Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Johnnie R. Gresham Operating Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Johnson Specialty Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Joseph Lemaire, LLC dba J & D Trucking | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JPL Global Logistics Solutions, LLC dba JPL RFID | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JHT Operating, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Juan Chavarria | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J-W Power Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JW Rentals, Inc. dba Environmental Evolutions National | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K&B Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K&C Hose and Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K C AG Supply, Inc. dba K C True Value | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K-3 Resources, LP dba K-3 BMI dba K-3 Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kasper Pro Vac Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KB Wellbore Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | K-C Lease Service, Inc dba Matagorda Construction and Materials | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K/C Livestock | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KDR Supply Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kenergy Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kimber Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Knight Oil Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KST Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | L.O. Construction, Inc. dba Los Olmos Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lagarto Rental Tools, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Laredo Occupational Center, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Green & Hansen LLC dba Legacy Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lenorah Operators Holdco, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Liberty Materials, Inc | First Amendment to Master Services Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Liberty Materials, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Limon's Road Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LK Pipeline Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lone Star Power Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lone Wolf 3K Trucking, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Lonestar Prospects, Ltd. Vista Sand | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Longhorn Paving and Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Longnecker Investment Group Inc. dba Longnecker & Associates, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lotus, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Louisiana Crane & Construction, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LQT Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LR Commercial Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Luera's Welding Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lukiven Global, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LV Logistics LLC dba Vac-U-Rat Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | M & J Valve Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Magnum Oil Tools International, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Manning Safety Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Martin Electric Company Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Martin Marietta | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Matador Well Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mathena, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Maverick Engineering, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Maxum Oilfield Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MBaughman Enterprises, Inc. dba Precision Catalyst | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | McAda Drilling Fluids, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Merrill Communications LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mesa Southern CWS Acquisition, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Microseismic, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MID-SHIP GROUP, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Midway Oilfield Constructors, Inc. dba | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Midway Energy Services | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mike Walters Specialty Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MineralTech Gulf Coast Abrasives, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mission Vacuum & Pump Truck Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mistras Group, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MJE Transport & Logistics, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MKS Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MMR Constructors, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mobile Maintenance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Mobile Mini, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Momentum Water Transfer Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Moncla Workover & Drilling Operations, LLC and its Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Moore Control Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MoStar Communications LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Motive Drilling Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mo-Vac Service Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MPS Enterprises, Inc. dba Milford | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MRC Global (US) Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MTZ Vacuum Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | M. W. Rentals & Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Nalco Company LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NDE Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Network-Interstate Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NVI, LLC dba Nondestructive & Visual Inspection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NXT Energy Services, LLC dba NXT Oilfield Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Nyati Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Ochoa Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Odessa Pumps and Equipment, Inc. | Master Service Agreement | |
| Sanchez Energy Corporation | Odessa Separator, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Offshore Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil Field Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil States Energy Services, L.L.C. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aldonsa, Inc., d/b/a Oilfield Instrumentation, USA | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Equipment Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Labs of America, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Support Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oleum Energy Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Winfred W. Stanfield dba On Point Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oncorp, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | One Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Optimax Services & Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Outlaw Petroleum Partners, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | OverWatch Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P & C Oilfield Service LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P and J Electric Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P&P Hot Oil, Inc. | Master Service Agreement | |
| Sanchez Energy Corporation | Padre Tubular Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Paladin Surface Logging LLC/Paladin Geological Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patco Completion Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Freight Group, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Tubular Services, | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | LLC | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patterson Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Paws Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pay Zone Mud Logging Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Payzone Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Peak Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pegasus Construction and Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pentair Filtration Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Permian Tank & Manufacturing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Petro Amigos Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroleum Pipe Americas Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroleum Solutions International, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PetroSkills, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petro Waste Environmental LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PFM Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PGH Petroleum & Environmental Engineers, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R&D LLC dba Philco | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Phoenix Services, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PICO Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pine Island Chemical Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pinnergy, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pioneer Wireline Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pipe Exchange | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pipe Pros, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PJP4 Fluid Management, LLC dba PJP4 FM, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Platinum PTS, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Polyflow, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Power Torque Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Powerhouse Energy Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PPP Sanitational Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Directional Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Solids Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Tech LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Preferred Pipeline, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sand Mining of Texas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Directional Drilling, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Pipe, LLC | Amendment 1 to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Pipe, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC and Cutter Drilling Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Prime M&C, Inc. dba Prime Maintenance & Construction | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pro Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pro Torque Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Proactive Diagnostic Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PROCOR Chemicals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Professional Directional Enterprises, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Protech Oil & Gas Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PTW Energy Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Leske Oil Company Incorporated DBA Legacy Fueling & Lubricants | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pyramid Tubular Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | QCSA Logistics, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Altus Intervention USA, Inc. (f/k/a Qinterra Technologies, Inc. ) | Amendment 2 to the Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Qinterra Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quail Tools, L.P. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quality South Texas Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quantico Energy Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quantum Petrophysics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quinn Artificial Lift Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R&D Pipe Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | R & R Rentals and Hotshot, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R Construction Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R.P.M. Swabbing Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ranger Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RCI Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RDZ Oilfield Lease Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Redback Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reliable Wireline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Renegade Automation, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rental Xpress, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Margarito Requenez dba Requenez Welding Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ricardo Calderon dba R.C. Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Richard's Lease Service, Inc dba Richard's Hot Oil & Lease Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ricks Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rig Runners Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RigSite Transport LLC/ Wellbore Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rocket Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Rockin' B Environmental Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RockStim Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reef Services, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roma Bridge Logistics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rosen USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roto-Versal Compression Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ROW Plus, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ROWC Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roxann Atkinson | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roywell, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RPW Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RS Equipment Company, LLC dba Hotsy Carlson Equipment Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RSK Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RWLS, LLC dba Renegade Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kendra Hays dba Safari Welding & Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Safety & Pressure Control, LLC dba Alliance Oil and Gas Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SAMCO Enterprises, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Saulsbury Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Scarecrow Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Scheele Engineering Corporation dba SECOR | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Security Integrated, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sendero Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SGS North America, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SGV International, LLC/ SGV Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shamrock Management, LLC dba Shamrock Energy Solutions | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shermco Industries, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SIERRA FRAC SAND, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SIERRA HAMILTON LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SIR, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sitton Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Smart Talk Transport Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Solansky Welding and Pump, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | South Texas Aggregates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | South Texas Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Connections & Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Oil Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Petroleum Laboratories | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Specialties Transportation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sparkman Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Spectrum Tracer Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sprint Industrial Holdings, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stallion Oilfield Services LTD. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Standard Well Services LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | STEP Energy Services (USA) Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stepchange Global Consultancy, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sterling Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stevens Tanker Division, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stillman Enterprises, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stillman Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stokes and Spiehler USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Storm Oilfield Servies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | STREAM-FLO USA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stric-Lan Companies LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Strike, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stryder Construction & Pipeline, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stuart Petroleum Testers, Inc. dba Stuart Pressure Control | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bradley J Fish, Inc. dba Sullair of Houston | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sun Coast Resources | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Superior Optimization, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Supreme Service & Specialty Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Supreme Source Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SWCA, Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Swire Water Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Synergy Service & Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T & T Pipe Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T.G. Mercer Consulting Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tactical Completions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TAM Completion Systems, Inc. dba TAM INTERNATIONAL US | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Tanmar Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Target Well Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TD Enerserv and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TDJ Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TDS-PRO, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TEC Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kelley Ventures, LLC dba TechMark International | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | FMC TECHNOLOGIES, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Techniques U.S.A., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | TEREX UTILITIES, INC. D/B/A TEREX SERVICES | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TETRA Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Cementing Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TEXAS FIRST RENTALS LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Gold Hydraulics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Industrial Engine & Oilfield Equipment, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Pride Hot Shot Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Quality Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Rental and Tire, LLC dba Shield Wellhead Protection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | T.F. HUDGINS INCORPORATED | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bureau Veritas North America, Inc. dba TH Hill Associates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | QUALITY CONSTRUCTION & PRODUCTION, L.L.C.<br>QUALITY PRODUCTION MANAGEMENT, L.L.C.<br>TRACO PRODUCTION SERVICES, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Reach Group Americas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TRG The Response Group | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Three Garcias, LLC dba Modern Crane Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Thomas Services LA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tier One Security, Inc.<br>Timekeepers, Inc.<br>Specialized Onsite Safety, LLC.<br>Tier One Group and its subsidiaries | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tierra Lease Service, LLC | Master Service Agreement | |
| Sanchez Energy Corporation | Tifco Industries, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TIMBERLAND DOZER SERVICES, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Titan Directional Drilling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TitanLiner, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TNR Technical, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TNT Crane & Rigging, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tomax Drilling Technology, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | THL Top Hand Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Topographic Land Surveyors | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Total Tank Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TRAVIS INDUSTRIES, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trend Services Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TRENDSETTER CONSTRUCTION, INC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Triad Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tri-Co Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trillium Resources, Inc./Olistica Environmental Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trimac Transportation Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trinity Environmental Service SMD 1, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Trinity Envioronmental Services<br>Trinity Environmental Service 1, LLC | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Triple L Vacuum Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | V&A Enterprises, LLC dba Trois Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trojan Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Truespec Energy Products, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TSI Flow Products, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Towing Network, LLC dba TTN Fleet Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tubular Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tulsa Inspection | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Resources, LLC | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Turbo Drill Industries, Inc. dba Scout Downhole, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Turnco, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Two Girls & a Bucket | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TwoPro Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Universal Wellhead Services Holdings, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | University of Houston | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | USA Compression Partners, LLC | Gas Compression Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | V&M Oil and Gas Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vac Carriers Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vac-U-Rat Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vallen Distribution, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Valley Boring Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vantage Pump and Compressor, LTD | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Variable Bore Rams, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | VersaTech Automation Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vision Oil and Gas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | VT Interests, LLC dba Vibration Technology | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bobby E Walters LLC dba Walters Electric | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Waste Management of Texas<br>Waste Management of Texas | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Water Science Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Water Well Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | WaterFleet, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | WeldTek Specialty Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | WellBenders Directional Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wellbore Fishing & Rental Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Welltec, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Welltech Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Westward Environmental, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wet Tech Energy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | W&M Specialty Co., Inc. dba White Water Equipment Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wildcat Fluids, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | O'Brien's Response Management, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elkhorn Construction, Inc. Swaggart Brother's Inc. Wood Group PSN, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wrangler Trucking LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Yellowjacket Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zahroof Valves, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zealous Clay and Domingue, LLC dba Zealous Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zedi US, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fast Trac Transportation, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reservoir Data Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Samaripa Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Integration Group of Americas, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Excalibur Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&A Rentals and Supply d/b/a Gulf Coast Machine Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&L Pipeco Services, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&T Rentals, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B.C. Henderson Construction, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Baro Holdings Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Blackwolf Oilfields Services<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | JTH Operating, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Knight Energy Holdings, LLC d/b/a Knight Oil Tools, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Well Drilling Corporation<br>Sanchez Oil & Gas Corporation | Master Drilling Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Sanchez Oil & Gas Corporation<br>Nexus Integrity Management, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nickel Rock, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nitro Downhole LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nitro-Lift Technologies<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nordon Corporation<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | North American Tubular Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | NPC Energy Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Quail Energy Services, LP<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Tubular Maintenance & Manufacturing dba Kelly's Pipe Inspection<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | B.C. Henderson Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| SN Palmetto, LLC | Odessa Pumps and Equipment, Inc. | Master Service Agreement | |
| Sanchez Energy Corporation | Texas Rental and Tire, LLC d/b/a Shield Wellhead Protection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| SN Palmetto, LLC | Marathon Oil EF LLC | Marketing Agreement | |
| SN Catarina, LLC | SWEPI LP<br>Eagle Ford Gathering LLC | Interconnect Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Interconnect Agreement | |
| Sanchez Energy Corporation | Frio LaSalle Pipeline, LP | Fourth Amendment to Gas Gathering Agreement | |
| SN Cotulla Assets, LLC | Eagle Ford Gathering LLC | Amendment to Gas Services Agreement | |
| SN Marquis, LLC | American Midstream (Lavaca) LLC | Firm Gas Gathering Agreement | |
| SN Cotulla Assets, LLC | Regency Field Services LLC | Natural Gas Sale and Purchase Contract | |
| SN Cotulla Assets, LLC | Frio LaSalle Pipeline LP | Letter Agreement | |
| SN Cotulla Assets, LLC | ETC Field Services LLC | First Amendment to Gas Gathering Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | ETC Texas Pipeline, LTD.<br>Shell Western E&P | Gathering and Natural Gas Services Agreement | |
| SN CATARINA, LLC | Houston Pipe Line Company, LP<br>Shell Western E&P<br>SWEPI, LP<br>Houston Pipe Line Company LP | Intrastate Natural Gas Transportation Service Agreement | |
| SN CATARINA, LLC | Houston Pipe Line Company LP<br>SWEPI LP d/b/a Shell Western E&P<br>Houston Pipe Line Company LP | Interruptible Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>Shell Western E&P | Gathering and Natural Gas Services Agreement | |
| SN Catarina, LLC | SWEPI LP dba Shell Western E&P<br>Houston Pipe Line Company LP | Intrastate Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | Eagle Ford<br>SWEPI LP | Gas Services Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | SWEPI LP<br>Eagle Ford | Gas Services Agreement | |
| SN Catarina, LLC | SWEPI LP<br>Velocity South Texas Gathering, LLC<br>Velocity Midstream Partners, LLC | Oil Gathering Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | ETC Texas Pipeline, LTD<br>SWEPI LP, dba Shell Western E&P | Gathering and Processing Agreement | |
| SN Catarina, LLC | Plains Gas Solutions, LLC<br>SWEPI LP | Interruptible Condensate Stabilization Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>SWEPI LP, dba Shell Western E&P | Second Amendment to Individual Transaction Confirmation | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>SWEPI LP, dba Shell Weestern E&P | First Amendment to Individual Transaction Confirmation | |
| SN Catarina, LLC | SWEPI LP<br>PLAINS GAS SOLUTIONS, LLC | Interruptible Condensate Stabilization Agreement | |
| SN Catarina, LLC | SWEPI LP, dba Shell Western E&P<br>ETC Texas Pipeline, Ltd. | Gathering and Processing Agreement | |
| SN Catarina, LLC | Gazelle Transportation Inc.<br>Shell Exploration & Production Company (SEPCO) on behalf of SWEPI LP | Sale to and Purchase from Gazelle Transportation, Inc. | |
| SN Catarina, LLC | Shell Exploration & Production Company (SEPCO) on behalf of SWEPI LP<br>Gazelle Transportation Inc. | Amendment to Purchase and Sale Agreement | |
| SN Catarina, LLC | Gazelle Transportation<br>Shell Exploration & Production Company (SEPCO) on behalf of SWEPI LP | Amendment to Purchase and Sale Agreement | |
| SN CATARINA, LLC | JAG Energy USA, Inc.<br>SWEPI LP | Natural Gas Liquids. Commercial Terms Confirmation | |
| SN Catarina, LLC | Eagle Ford Gathering LLC | First Amendment to Gas Services Agreement | 04.30.2020 |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Extension Rider for License Agreement | |
| SN Catarina, LLC | Anadarko E&P Onshore, LLC | Gas Service Agreement | 04.30.2020 |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Eagle Ford Gathering, LLC | | |
| SN Catarina, LLC | Axis Marketing, LLC | Raw Make Purchase/Sales Agreement | |
| ~~Sanchez Energy Corporation SN Catarina, LLC~~ | ~~TPL Southtex Processing Company LP by TPL Southtex Pipeline Company LLC, its general partner~~ | ~~First Amendment to Firm Gas Gathering Agreement~~ | |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | First Amendment to Gas Gathering Agreement | 04.30.2020 |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | Second Agreement Gas Services | 04.30.2020 |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | Third Amendment to Gas Services Agreement | 04.30.2020 |
| SN Catarina, LLC | Swepl LP<br>Eagle Ford Gathering LLC | Gas Services Agreement | 04.30.2020 |
| SN Catarina, LLC | Swepi LP, doing business as Shell Western E&P<br>ETC Texas Pipeline, LTD | Individual Transaction Confirmation to Gathering and Processing Agreement | |
| SN Catarina, LLC | Swepi LP, doing business as Swepi LP, doing business as Shell Western E&P<br>ETC Texas Pipeline, Ltd. | Gathering and Processing Agreement | |
| SN Catarina, LLC | Plains Gas Solutions, LLC<br>Swepi LP | Interruptible Condensate Stabilization Agreement | |
| SN Catarina, LLC | Velocity Midstream Partners, LLC<br>Swepi LP<br>Velocity South Texas Gathering, LLC | Oil Gathering Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to the Purchase Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Amendment 2 to the Purchase Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to the Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Crude Oil Purchase Agreement | |
| SN Catarina, LLC | Seco Pipeline, LLC | Firm Transportation Service Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Kerr-McGee Oil & Gas Onshore, LP<br>Gavilan Resources, LLC | Specified Gathering Assumption Agreement | |
| SN EF Maverick, LLC | Kerr-McGee Oil & Gas Onshore, LP<br>Anadarko E&P Onshore, LLC | Specified Midstream Assumption Agreement | |
| Sanchez Energy Corporation | Anadarko E&P Onshore, LLC<br>Kerr-McGee Oil & Gas Onshore, LP<br>Gavilan Resources, LLC | Springfield Gathering Assumption Agreement | |
| SN EF Maverick, LLC | BP Products North America, Inc.<br>Anadarko E&P Onshore, LLC | First Amendment to Service Contract | |
| SN EF Maverick, LLC | BP Oil Supply, a Division of BP Products North America, Inc. | Amendment to the Purchase Agreeement | |
| SN EF Maverick, LLC | BP Products North America, Inc.<br>Anadarko E&P Onshore, LLC | Crude Oil Purchase Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Double Eagle Pipeline, LLC c/o Copano Double Eagle, LLC<br>Kinder Morgan Crude & Condensate, LLC | Throughput and Deficiency Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC, f.k.a. Anadarko E&P Company, LP<br>WGR Operating, LP by Western Gas Operating, LLC, its General Partner | Treating and Handling Fees - Brasada Gas Processing Plant | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC | Gas Processing Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | WGR Operating, LP | Amendment No. 1 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 2 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 3 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 4 | |
| SN EF Maverick, LLC | WGR Operating, LP by Western Gas Operating, LLC, its General Partner<br>Anadarko E&P Company, LP | Gas Processing Agreement | |
| SN EF Maverick, LLC<br>SN Catarina, LLC | WGR Operating, LP | WGR Gas Agreement | |
| ~~SN EF Maverick, LLC~~ | ~~TPL SouthTex Processing Company, LP by TPL SouthTex Processing Company, LLC, its General Partner~~ | ~~First Amendment to the Interruptible Gas Gathering, Processing and Purchase Agreement~~ | |
| ~~SN EF Maverick, LLC~~<br>~~Sanchez Energy Corporation~~ | ~~TPL SouthTex Processing Company, LP~~ | ~~Interruptible Gas Gathering, Processing and Purchase Agreement~~ | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP by NET General Partners, LLC, its General Partner | First Amendment to Firm Agreement NGPA Sec. 311 Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP by NET General Partners, LLC, its General Partner | First Amendment to Firm Intrastate Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | Firm NGPA Section 311 Gas Transportation Agreement | |
| SN EF Maverick, LLC | Eagle Ford Midstream, LP<br>Anadarko Energy Services | Firm Intrastate Gas Transportation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Company | | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP<br>CIMA Energy, LTD<br>Upstream Energy Services, LLC | Gas Gathering Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | First Amendment to Gas Gathering Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Enterprise Products Operating, LLC, by Enterprise Products OLPGP, Inc. | Purchase Agreement | |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC<br>Anadarko Energy Services Company | Transportation Services Agreement | |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC, by Enterprise Products OLPGP, Inc.<br>Anadarko Petroleum Corporation | First Amendment to Gas Gathering, Processing and Purchase Contract | |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation<br>Enterprise South Texas Gathering, LP | Second Amendment to Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation<br>Enterprise South Texas Gathering, LP | Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC | Anadarko E&P Company, LP, c/o Anadarko Petroleum Corporation<br>Enterprise Hydrocarbons L.P., by Enterprise Products Operating, LLC, its general partner | Gas Processing Agreement | |
| ~~SN EF Maverick, LLC~~ | ~~Enterprise Texas Pipeline,~~ | ~~Interruptible Gas Transportation Agreement~~ | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | ~~LLC~~ | ~~for Intrastate Service~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Enterprise Texas Pipeline, LLC~~ | ~~Interruptible Gas Transportation Agreement for NGPA Section 311 Service~~ | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Enterprise Hydrocarbons LP, by Enterprise Products Operating LLC, its general partner, by Enterprise Products OLPGP, Inc., its sole manager | Second Amendment to Gas Processing Agreement | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons, LP; by Enterprise Products Operating, LLC; by Enterprise Products OLPGP, Inc. | Third Amendment to Gas Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>ETC Texas Pipeline, LTD; by LG PL, LLC | Individual Transaction Confirmation | |
| SN EF Maverick, LLC | ETC Texas Pipeline, Ltd.<br>Anadarko E&P Company LP | Gathering and Processing Agreement | |
| SN EF Maverick, LLC | ETC Texas Pipeline, Ltd.; by LG PL, LLC<br>Anadarko E&P Company LP | Second Amendment to Amended and Restated Individual Transaction Confirmation | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company, LP | First Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company, LP | Second Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Texas Pipeline, LLC | Third Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company LP | Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC | Amendment to Firm | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Texas Pipeline LLC | Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Texas Pipeline, LLC, by Howard Midstream Energy Partners, LLC<br>Allocation Specialists, Ltd., by Petroleum Documentation, LLC | NGL Bank Service Agreement | |
| SN EF Maverick, LLC | AMID Crude Trucking, LLC | Truck Purchase Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Company, LP<br>Trimac Transportation Central, Inc. | Motor Transportation Contract | |
| SN EF Maverick, LLC | Plains Gas Solutions, LLC<br>Anadarko E&P Onshore, LLC | First Amendment to Firm Condensate Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Plains Gas Solutions, LLC | Condensate Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Plains Gas Solutions, LLC | Raw Make (Y-Grade) Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Plains South Texas Gathering, LLC<br>Anadarko E&P Onshore, LLC | Shipping Agreement | |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Crude Oil Production Marketing Agreement | |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Natural Gas Liquids Marketing Agreement | |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Residue Gas Marketing Agreement | |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Crude Oil Production Marketing Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Natural Gas Liquids Marketing Agreement | |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Residue Gas Marketing Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Crude Oil Marketing Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Natural Gas Liquids Marketing Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Residue Gas Marketing Agreement | |
| SN EF Maverick, LLC | SM Energy Company<br>Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC | Maverick Residue Gas Marketing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC , f/k/a Anadarko E&P Company LP<br>Anadarko Energy Services Company<br>SM Energy Company | Maverick Natural Gas Liquids Marketing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC , f/k/a Anadarko E&P Company LP<br>Anadarko Energy Services Company<br>SM Energy Company | Maverick Oil Production Marketing Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Anadarko Energy Services Company | First Amendment to the Retained Marketing Contracts Services | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Kerr-McGee Oil & Gas Onshore LP | Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Kerr-McGee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Gavilan Resources, LLC, f/k/a Aguila Production, LLC<br>Anadarko E&P Onshore, LLC | Third Amendment to Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | Assignment and Consent to Assignment Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Anadarko E&P Onshore, LLC<br>Kerr-McGee Oil & Gas Onshore, LP | Retained Midstream Contracts Services Agreement | |
| SN Catarina, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Anadarko E&P Onshore LLC<br>Kerr-McGee Oil & Gas Onshore LP<br>Anadarko Energy Services Company | Retained Marketing Contracts Services Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Kerr-McGee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC | Second Amendment to the Retained Marketing Contracts Services Agreement | |
| ~~SN EF Maverick, LLC~~ | ~~TPL SouthTex Transmission Company, LP~~ | ~~Interruptible Interstate Gas Transportation Service Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~TPL SouthTex Transmission Company, LP~~ | ~~Interruptible Interstate Gas Transportation Service Agreement~~ | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Second Amended and Restated Lease Dedication and Gas Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Second Amended and Restated Lease Dedication | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | and Oil Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Agreement to Amend Gas Gathering Agreements | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Springfield Pipeline LLC | Attachment to Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Springfield Pipeline, LLC | Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC | Tauber Oil Company | Purchase Contract | |
| SN EF Maverick, LLC | Tauber Oil Company | Sales Contract | |
| SN EF Maverick, LLC | WGR Operating, LP | Confirmation for Delivery | |
| Sanchez Energy Corporation | WGR Operating, LP | Master Agreement for Purchase, Sale or Exchange of Liquid Hydrocarbons | |
| SN EF Maverick, LLC | Kinder Morgan Tejas Pipeline, LLC | Confirmation Email | |
| SN EF Maverick, LLC | Kinder Morgan Tejas Pipeline, LLC | Confirmation Email | |
| SN Catarina, LLC | WTG Gas Marketing, Inc. | Transaction Confirmation for Immediate Delivery | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Techgen SA de CV | Transaction Confirmation | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Memorandum of Petroleum Transportation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy Marketing, Inc. | First Amendment to Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy Marketing, LLC | Second Amendment to Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy Marketing, Inc. | Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | Flint Hills Resources, LP | Purchase Agreement | |
| SN Cotulla Assets, LLC | Flint Hills Resources, LP | Purchase Agreement | |
| SN Cotulla Assets, LLC | Enterprise Hydrocarbons, LP<br>EXCO Operating Company, LP | Gas Processing Agreement | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Mockingbird Midstream Gas Services, LLC | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC<br>Buffco Production, Inc. | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC<br>Buffco Production, Inc. | Gas Gathering Contract | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 5 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 6 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 7 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 10 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 11 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 12 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 5 to Purchase | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 6 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 7 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 8 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 9 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 13 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 14 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 15 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 16 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 17 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 18 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 19 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 20 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 21 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 22 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 23 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 24 to Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 25 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 26 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 27 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 28 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 29 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 30 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| SN Cotulla Assets, LLC | Trafigura Trading, LLC | Amendment to Purchase Agreement | |
| SN Cotulla Assets, LLC | Buffco Production, Inc. Upstream Energy Services, LP | Natural Gas Marketing, Transportation and Processing Agency Agreement | |
| SN Cotulla Assets, LLC | Upstream Energy Services, LLC | Natural Gas Marketing, Transportation and Processing Agency Agreement Amended | |
| SN Cotulla Assets, LLC | Upstream Energy Services, LLC | Natural Gas Marketing, Transportation and Processing Agency Agreement | |
| SN Cotulla Assets, LLC | EP Energy E&P Company, LP | Letter Agreement to Purchase Oil and Gas Interests | |
| Sanchez Energy Corporation | SN Midstream, LLC Sanchez Midstream Partners LP | Gathering Letter Agreement | |
| Sanchez Energy Corporation | NGL Crude Terminals, LLC | Letter Agreement | |
| ~~SN EF Maverick, LLC~~ | ~~Carnero G&P, LLC~~ | ~~Firm Gas Gathering, Processing and Purchase Agreement~~ | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| ~~SN EF Maverick, LLC~~ | ~~Eagle Ford TX, LP~~<br>~~Carnero G&P, LLC~~<br>~~Gavilan Resources, LLC~~<br>~~Venado EF, LP~~ | ~~Amendment to Firm Gas Gathering, Processing and Purchase Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Carnero G&P, LLC~~ | ~~Ratification and Assumption Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~CARNERO G&P LLC~~ | ~~Memorandum of Firm Gas Gathering Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~CARNERO G&P LLC~~ | ~~FIRM GAS GATHERING, PROCESSING, AND PURCHASING AGREEMENT~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Eagle Ford TX, LP~~<br>~~Carnero G&P, LLC~~ | ~~Ratification and Assumption Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~CARNERO G&P LLC~~ | ~~MEMORANDUM OF AGREEMENT RELATING TO FIRM GAS GATHERING AGREEMENT~~ | |
| SN EF Maverick, LLC | VENADO EF L.P. | Approval Letter to Natural Gas Liquids Marketing Agreement | |
| ~~SN EF Maverick, LLC~~ | ~~Carnero G&P, LLC~~<br>~~Venado EF, L.P~~ | ~~Ratification and Assumption Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Venado EF, L.P~~<br>~~Carnero G&P, LLC~~ | ~~Memorandum of Agreement~~ | |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Owner's Consent to Commercial Arrangements for Gas Volumes | |
| ~~SN EF Maverick, LLC~~ | ~~Carnero G&P LLC~~<br>~~Gavilan Resources, LLC~~ | ~~Ratification and Assumption Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Carnero G&P, LLC~~<br>~~Gavilan Resources, LLC~~ | ~~Memorandum of Agreement~~ | |
| SN EF Maverick, LLC | Mitsui E&P Texas, LP | Take-In-Kind Letter Agreement with Mitsui | |
| ~~SN EF Maverick, LLC~~ | ~~Mitsui E&P Texas, LP~~<br>~~Carnero G&P, LLC~~ | ~~Letter Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Carnero G&P, LLC~~<br>~~Eagle Ford TX, LP~~<br>~~Venado EF, LP~~ | ~~Owner's Consent Letter~~ | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Gavilan Resources, LLC | | |
| SN Catarina, LLC | NextEra Energy Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | |
| SN PALMETTO LLC | MARATHON OIL EF LLC | MARKETING AGREEMENT (OIL-GAS) | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons LP | Gas Processing Agreement | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons LP | Amendment No. 2 to Gas Processing Agreement | |
| SN EF Maverick, LLC | Enterprise South Texas Gathering LP | Amendment No. 2 to Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Enterprise South Texas Gathering LP<br>Anadarko Petroleum Corporation | Gas Gathering, Processing, and Purchase Contract | |
| SN EF Maverick, LLC | JAG Energy USA, Inc. | Purchase Order | |
| SN Marquis, LLC | Lonestar Resources US Inc. | Amendment No. 1 to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Springfield Pipeline LLC<br>Anadarko E&P Onshore LLC | Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Central Inc.<br>Anadarko E&P Company LP | Motor Transportation Contract | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Central Inc.<br>Anadarko E&P Onshore LLC | Revised Appendix A | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Inc.<br>Anadarko E&P Onshore LLC | Revised Appendix A | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Letter Agreement Re Carnero Gathering Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Letter Agreement Re Carnero Processing Purchase and Sale | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Agreement | |
| SN Cotulla Assets, LLC | EP Energy E&P Company LP | Letter Agreement Re Agreement to Purchase Oil & Gas Interests | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Exco Operating Company LP<br>Enterprise Hydrocarbons LP | Base Contract for Sale and Purchase of Natural Gas | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Sanchez Energy Corporation<br>SN EF Unsub LLC<br>SN EF Maverick, LLC<br>SN EF Unsub LLC | Letter Agreement Re: Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Anadarko Energy Services Company<br>Kerr McGee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Anadarko Energy Services Company<br>Kerr McGee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Marketing Transition Services Agreement | |
| ~~SN EF Maverick, LLC~~<br>~~SN EF Maverick, LLC~~ | ~~Carnero G&P LLC~~<br>~~SN EF Unsub, LP~~ | ~~Memorandum of Agreement~~ | |
| SN EF Maverick, LLC | Eagle Ford TX LP | Letter Agreement Re: Gas Agreements | |
| ~~SN EF Maverick, LLC~~<br>~~SN EF Maverick, LLC~~ | ~~Carnero G&P LLC~~<br>~~Eagle Ford TX LP~~ | ~~Memorandum of Agreement~~ | |
| SN EF Maverick, LLC | Venado EF LP | Letter Agreement Re: Gas Agreements | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment No. 1 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Oil Delivery Contract | |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Downstream Marketing Agreements Assumption Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Cotulla Assets, LLC | Flint Hills Resources LP | Purchase Agreement | |
| SN Catarina, LLC | Catarina Midstream, LLC | Letter Re: Notice of Rate Adjustment | |
| SN Catarina, LLC | ConocoPhillips Company | Transaction Confirmation | |
| SN EF Maverick, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Texas Pipeline Webb County Lean System LLC<br>SN Catarina, LLC<br>Texas Pipeline Webb County Lean System LLC<br>SN EF Maverick, LLC | Interruptible Transport Service Agreement | |
| SN EF Maverick, LLC | BP Energy Company | Transaction Confirmation | |
| SN EF Maverick, LLC | ConocoPhillips Company | Transaction Confirmation | |
| SN EF Maverick, LLC | Eagle Ford Midstream, LP | Natural Gas Transportation Service Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Shell Energy North America (US), L.P.<br>SN EF Maverick, LLC<br>Shell Energy North America (US), L.P.<br>SN EF Maverick, LLC | Transaction Confirmation | |
| SN EF Maverick, LLC | Shell Trading (US) Company | STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment 002 to STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment 0001 to STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Gas Transaction Confirmation | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Supply Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Price Amendment to Supply Agreement | |
| Sanchez Energy Corporation<br>SN Payables, LLC | Shell Trading (US) Company | Price Amendment to Supply Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Abstract of Amendment No. | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | | 3 to Price Contract | |
| SN EF Maverick, LLC | BP Oil Supply | Oil Trade Confirmation | |
| SN EF Maverick, LLC | BP Oil Supply | Trade Confirmation | |
| SN EF Maverick, LLC | Flint Hills Resources LP | Purchase Agreement | |
| Sanchez Energy Corporation | 1000 Main LLC | First Amendment to Lease | |
| SN CATARINA, LLC | SWEPI, LP<br>Joe Villarreal<br>Corporate Real Estate, Shell Oil Company | Lease Agreement | |
| Sanchez Energy Corporation | 1000 Main, LLC | Lease Agreement | |
| SN EF Maverick, LLC | Kerr-McGee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Aguila Production, LLC | Terms Of The Proposes Lease Agreement | |
| Sanchez Energy Corporation | Colliers International Houston, Inc. a Texas corporation d/b/a Colliers International | Exclusive Sublease Listing Agreement | |
| Sanchez Energy Corporation | Wurzbach/NW Military Partners, Ltd. | Shopping Center Lease | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Kerr McGee Oil & Gas Onshore LP<br>SN EF Unsub, LP<br>Gavilan Resources, LLC<br>Anadarko E&P Onshore LLC | Development Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Gavilan Resources, LLC<br>Gavilan Resources, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Joint Development Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Gavilan Resources (f/k/a Aguila Production, LLC)<br>Gavilan Resources (f/k/a Aguila Production, LLC)<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy | Memorandum of Joint Development Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP | | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Gavilan Resources, LLC<br>Sanchez Energy Corporation<br>Gavilan Resources, LLC<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Letter Agreement re: Joint Development Agreement | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 04/17/2018 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | THILL, HOWARD J. | Phantom Award dated 04/17/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | THILL, HOWARD J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | MARLOW, PAUL B. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | MARLOW, PAUL B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | AHMADI, TAYEB | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | ALANIZ, TONY G. | Phantom Award dated 07/01/2017 | |
| Sanchez Energy Corporation | ALANIZ, TONY G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ALFORD, JULIA S. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | ALFORD, JULIA S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ALLEMAN, LAUREN E. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | ALLEMAN, LAUREN E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ALLEN, MARY C. | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | AVRA, GREGORY A. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | BABBITT, BLAKE E. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2017 | |
| Sanchez Energy Corporation | BABBITT, BLAKE E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BARBER, GERARD M. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | BARBER, GERARD M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BARCENES, JEFFREY | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BARCENES, JEFFREY | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BARRINGER, CHRISTOPHER W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BARRINGER, CHRISTOPHER W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BENDER, JUSTIN M. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLANCHE, THOMAS C. | Phantom Award dated 02/01/2017 | |
| Sanchez Energy Corporation | BLANCHE, THOMAS C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLINCOW, RICHARD M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | BOECKING, EMILY M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | BORDEN, MERVILLE L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BORDEN, MERVILLE L. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | BOSTICK, BRANDON L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BOSTICK, BRANDON L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BROWN, MICHAEL J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BROWN, MICHAEL J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BULLOCK, SALLY H. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BULLOCK, SALLY H. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BURELL, MARCUS C. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | BUTLER, ALLISON R. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | BUTLER, ALLISON R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CANSINO, JUAN J. | Phantom Award dated 10/01/2016 | |
| Sanchez Energy Corporation | CANSINO, JUAN J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CANSINO, JUAN J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CANTU, ARTURO | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CARRANCO, JORGE | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CARTER, ELLIS P. | Phantom Award dated 08/01/2017 | |
| Sanchez Energy Corporation | CARTER, ELLIS P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CARTER, THERESA G. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CARTER, THERESA G. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2018 | |
| Sanchez Energy Corporation | CASAS, LUIS A. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CASAS, LUIS A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CHIOVITTI, KIMBERLY A. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CHIOVITTI, KIMBERLY A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CHRISS, ANDREA L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CHRISS, ANDREA L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Phantom Award dated 09/01/2016 | |
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CLEM, LINDA P. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | COLWELL, ROBERT N. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | CORDOVA, PETER G. | Phantom Award dated 01/01/2017 | |
| Sanchez Energy Corporation | CORDOVA, PETER G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CRAWFORD, CARI L. | Phantom Award dated 09/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | CREMAR, LAURA E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CREMAR, LAURA E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CRUZ, RAMSEY | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CRUZ, RAMSEY | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DAVIS, ADA F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DAVIS, ADA F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DAY, MICHAEL C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DAY, MICHAEL C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DUNEK, KENNETH L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DUNEK, KENNETH L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 08/01/2017 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Phantom Award dated 12/01/2016 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2018 | |
| Sanchez Energy Corporation | FERNANDEZ, BEATRICE M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FONTENELLE, LUCAS K. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | FORMA, LAURA J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FORMA, LAURA J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | FRAZIER, HOLLY W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FRAZIER, HOLLY W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GARCIA, MOISES R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GARCIA, MOISES R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GARCIA, SARAH D. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | GARCIA, SARAH D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GARZA, DANIEL E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GARZA, DANIEL E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GEORGE, TINA R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GEORGE, TINA R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GIANELLONI, IGNATIUS L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GIANELLONI, IGNATIUS L. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | GIL COHEN, MARIA J. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | GIL COHEN, MARIA J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GLEASON, KELSEY C. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | GLENN, MARC P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GLENN, MARC P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GOLVACH, MARK M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GOLVACH, MARK M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GONZALEZ, JACOB E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GONZALEZ, JACOB E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GONZALEZ, MATTHEW R. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | GONZALEZ, MATTHEW R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GOUGH, MICHAEL B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GOUGH, MICHAEL B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GRIFFIN, HOLLY F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GRIFFIN, HOLLY F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUERRA, FRANCISCO A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUERRA, FRANCISCO A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUPTA, ANKUSH | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 05/01/2018 | |
| Sanchez Energy Corporation | GUTIERREZ, ALFREDO R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUTIERREZ, ALFREDO R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUZZETTA, ALIDA C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUZZETTA, ALIDA C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HAGELSTEIN, MEAGAN E. | Phantom Award dated 06/01/2017 | |
| Sanchez Energy Corporation | HAGELSTEIN, MEAGAN E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HAINES, LISA C. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | HAINES, LISA C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HANSARD, MARK R. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HARDISON, JOY O. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | HARRIS, AUSTIN E. | Phantom Award dated 11/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | HARRIS, AUSTIN E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HARRISON, ANDREW S. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | HECKER, NICOLE M. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | HECKER, NICOLE M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HELLER, TOM J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HELLER, TOM J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HERMES, CHEYNE A. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | HERMES, CHEYNE A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HERMES, CHEYNE A. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Phantom Award dated 02/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HUDDLESTON, DON C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | INAMPUDI, ANURADHA | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | INAMPUDI, ANURADHA | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | JOHNSON, RYAN P. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | KALYANARAMAN, NISHKRIYA | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KALYANARAMAN, | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | NISHKRIYA | 03/01/2018 | |
| Sanchez Energy Corporation | KAY, JUSTIN M. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | KEALLER, RYAN J. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | KELLEY, STEPHEN R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KELLEY, STEPHEN R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KELLNER, CHARLES E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KISS, JOHN E. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | KISS, JOHN E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KONSEN, TOMAS A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KONSEN, TOMAS A. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | KOTHARE, SUNNY K. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | KOTHARE, SUNNY K. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KOTLARZ, KARA J. | Phantom Award dated 09/01/2017 | |
| Sanchez Energy Corporation | KOTLARZ, KARA J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KOY, SAMNANG L. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | KOY, SAMNANG L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KRET, LINH L. | Phantom Award dated 06/01/2017 | |
| Sanchez Energy Corporation | KRET, LINH L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KRUEGER, SCOTT R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KRUEGER, SCOTT R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KUHL, CHRISTINA L. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | LEACH, JEREMY R. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | LEWANDOWSKI STEINMETZ, KRISTEN R. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | LILLIS, ASHLEY M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LILLIS, ASHLEY M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LONG, ANDREW M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LONG, ANDREW M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LOPEZ, CARLOS D. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, CARLOS D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LOPEZ, FRANCIS G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, FRANCIS G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LOPEZ, MARK A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, SEVERO M. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, SEVERO M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LU, JIE | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | LUCKEN, KIMBERLYN M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LUCKEN, KIMBERLYN M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MABRY, JAMES E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MABRY, JAMES E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MALDONADO, JOE B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MALDONADO, JOE B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MARES, JORGE A. | Phantom Award dated 09/01/2017 | |
| Sanchez Energy Corporation | MARES, JORGE A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MARTIN, JACLYN M. | Phantom Award dated 04/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | MARTINEZ, JOEL | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, JOEL | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MARTINEZ, MATEO L. | Phantom Award dated 10/01/2016 | |
| Sanchez Energy Corporation | MARTINEZ, MATEO L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, SANDRA S. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, SANDRA S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MCGONIGLE, MARK N. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MCGONIGLE, MARK N. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MEAUX, BRYCE T. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MENDEZ, ALEJANDRO | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDEZ, ALEJANDRO | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MENDOZA, FRANCISCO F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, FRANCISCO F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MENDOZA, JORGE A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, JORGE A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MILLER, RICHARD M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MILLER, RICHARD M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MOLLARD, BRANDIE L. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 04/01/2018 | |
| Sanchez Energy Corporation | MORTELLARO, BILL M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MORTELLARO, BILL M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MORTON, STEFFANI L. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | NADAL, JAVIER F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | NADAL, JAVIER F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | NAGORSKI, JOHN J. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | NEEDHAM, MARSHALL B. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | NELSON, RICKY D. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | NEULIST, WILLIAM R. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | NGUYEN, JANE D. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | NGUYEN, JANE D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | NGUYEN, KIM T. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | NURSEMENT, JEREMY P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | NURSEMENT, JEREMY P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | O'CONNOR, JAMES C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | PENG, YAO | Phantom Award dated 01/01/2019 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | PHAM, THIEN-HUONG T. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | PHAM, THIEN-HUONG T. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | PURNELL, ROSIE B. | Phantom Award dated 07/01/2017 | |
| Sanchez Energy Corporation | PURNELL, ROSIE B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | QURESHI, FAHAD | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | QURESHI, FAHAD | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | RAMOS, JOSHUA R. | Phantom Award dated 07/01/2018 | |
| Sanchez Energy Corporation | RICCI, KEVIN M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RICCI, KEVIN M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ROBERSON, SHURRON S. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | ROBERSON, SHURRON S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ROBINSON, SHONTELL M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | ROBISON, JORDAN D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | ROBISON, JORDAN D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | RODRIGUEZ, RODOLFO R. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | RODRIGUEZ, RODOLFO R. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2018 | |
| Sanchez Energy Corporation | SANCHEZ, MARCOS A. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, MELVA G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, MELVA G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SANTANA, LUIS A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANTANA, LUIS A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SCOTT, TRELISIA L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SCOTT, TRELISIA L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SETTLE, LON G. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | SETTLE, LON G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SHARMA, PANKAJ | Phantom Award dated 12/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SHIAH, FENG L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SHIAH, FENG L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SHRODE, SHEILA M. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | SINGH, RICHARD E. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | SMITH, JAMIE I. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | SMITH, JAMIE I. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SMOLIK, LESLIE G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SMOLIK, LESLIE G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | STADTFELD, AIMEE D. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | STANLEY, WILLIAM R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | STEVENSON, ANGELA M. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | STEVENSON, ANGELA M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | TAYLOR, JENNIFER A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | THIAGARAJAN, DINESH KRISHNA | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | THIBODAUX, JOSHUA D. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | THIBODAUX, JOSHUA D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | THOMPSON, JOHN R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | THOMPSON, JOHN R. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2018 | |
| Sanchez Energy Corporation | THOMSON, TROY M. | Phantom Award dated 06/01/2018 | |
| Sanchez Energy Corporation | THORP, MEAGAN M. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | THORP, MEAGAN M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | TROXELL, SANDRA L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | TROXELL, SANDRA L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | TURNER, KENNETH D. | Phantom Award dated 07/01/2018 | |
| Sanchez Energy Corporation | UMBERGER, GENE T. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | VALLE, ZULEMA | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | VALLE, ZULEMA | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | VASQUEZ, RICARDO | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | VASQUEZ, RICARDO | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | VAZQUEZ, JANETH | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | VAZQUEZ, JANETH | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | VEA, KRYSTIE K. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | VERM, DAVID | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | WANG, KAINAN | Phantom Award dated 04/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | WANG, KAINAN | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WATSON III, CLYDE | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | WHEAT, AMANDA K. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | WHEAT, AMANDA K. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WIGGINS, MELANIE A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WIGGINS, MELANIE A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WIKE, BENJAMIN S. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WIKE, BENJAMIN S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Phantom Award dated 06/05/2018 | |
| Sanchez Energy Corporation | WILLINGHAM, JEREMY G. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | WOLF, CLARA L. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | YU, HENRY C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | YU, HENRY C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | FURBEE, DANIEL W. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | FURBEE, DANIEL W. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | GATLIN, GREET L. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | GRIFFIN, HOLLY F. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | HEINSON, CHRISTOPHER D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | HEINSON, CHRISTOPHER D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | KING, CHAM J. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | KNOX II, WILLIAM D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | KNOX II, WILLIAM D. | Phantom Award dated 04/15/2016 (3 yr.) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | LOGAN, RACHEL L. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | PHILLIPS, LOUIS A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | ROBINSON, HOLLY C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | TALIAFERRO, KIERA C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | TOMASELLI, JOHN C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | YU, HENRY C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | ZIEGLER, MICHAEL T. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Greg Colvin | Power of Attorney | |
| Sanchez Energy Corporation | PricewaterhouseCoopers LLP | Letter of Engagement | |
| Sanchez Energy Corporation | PricewaterhouseCoopers LLP | Letter of Engagement | |
| Sanchez Energy Corporation | Advocate Consulting Legal Group, PLLC | Letter of Engagement | |
| Sanchez Energy Corporation | Deloitte Tax LLP | Engagement Letter | |
| Sanchez Energy Corporation | Deloitte & Touche LLP | Engagement Letter | |
| Sanchez Energy Corporation | Deloitte Tax LLP | Work Order | |
| Sanchez Energy Corporation | KPMG, LLP | Engagement Letter | |
| Sanchez Energy Corporation | KPMG LLP | Engagement Letter | |
| Sanchez Energy Corporation | KPMG LLP | Services Contract | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | T-Cot, Inc. d/b/a/ Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | |
| SN Operating, LLC | T-COT, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | |
| Sanchez Energy Corporation | Okapi Partners LLC | Letter of Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | Consulting Agreement | |
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | RTS Independent Diligence | |
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | RTS Transformation Agreement | |
| Sanchez Energy Corporation | McKinsey & Company, Inc. United States and its affiliates | Solutions Agreement | |
| Sanchez Energy Corporation | Cornerstone OnDemand, Inc. | Order for Cloud Subscription Agreement | |
| Sanchez Energy Corporation | Cornerstone OnDemand, Inc. | Master Agreement for Data Processing Services | |
| Sanchez Energy Corporation | Addison Group | Letter Contract Agreement | |
| Sanchez Energy Corporation | The Barracuda Group | Fee Agreement on Recruitment of candidates | |
| Sanchez Energy Corporation | Bradsby Group | Contingency Service Agreement | |
| Sanchez Energy Corporation | EEG Recruiting | Contingency Recruiting Contract | |
| Sanchez Energy Corporation | Miller Jones, Inc. | Schedule of Fees, Terms and Conditions | |
| Sanchez Energy Corporation | VP Energy Division (Oil and Gas) | Contingency Fee Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | MSI International Monroe, LA | Client Paid Fee Schedule Agreement | |
| Sanchez Energy Corporation | Progressive Global Energy | Amendment to Professional Service Contract | |
| Sanchez Energy Corporation | The Morrow Group, LLC | Client Services Agreement | |
| Sanchez Energy Corporation | Whitaker IT, LLC, DBA Whitaker Technical | Agreement for Services | |
| Sanchez Energy Corporation | National Financial Services, LLC | Stock Plan Custody Agreement | |
| Sanchez Energy Corporation | Fidelity Stock Plan Services | Service and Fee Acknowledgement | |
| Sanchez Energy Corporation | Fidelity Stock Plan Services, LLC | Recordkeeping and Administrative Services Agreement | |
| Sanchez Energy Corporation | Baker Communications, Inc. | Private Workshop Agreement | |
| Sanchez Energy Corporation | Infosight, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Protiviti Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Key Ventures | Professional Services Agreement | |
| Sanchez Energy Corporation | West Woods Technologies, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Jesse Lomask | Professional Services Agreement | |
| Sanchez Energy Corporation | Joseph Sonnier | Professional Services Agreement | |
| Sanchez Energy Corporation | Luis Canales | Professional Services Agreement | |
| Sanchez Energy Corporation | Phillip Alex Dalke | Professional Services Agreement | |
| Sanchez Energy Corporation | Sean Newton | Professional Services Agreement | |
| Sanchez Energy Corporation | Stefano Mazzoni | Professional Services | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Agreement | |
| Sanchez Energy Corporation | Valen D. Ott | Professional Services Agreement | |
| Sanchez Energy Corporation | Arcadis U.S., Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Ascentergy Corporation | Professional Services Agreement | |
| Sanchez Energy Corporation | Bear Creek Engineering, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Bernard Coons | Professional Services Agreement | |
| Sanchez Energy Corporation | Camin Cargo Control Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | CD Consulting & Operating Co | Professional Services Agreement | |
| Sanchez Energy Corporation | Civil Engineering Consultants | Professional Services Agreement | |
| Sanchez Energy Corporation | Cole Blancett Consulting | Professional Services Agreement | |
| Sanchez Energy Corporation | CSE ICON, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Deyo Consulting Services | Professional Services Agreement | |
| Sanchez Energy Corporation | EAG Services Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | EnergyIQ, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | EXP Engineering International LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | FC&E Engineering, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Infosight, Inc. | Professional Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Integrated GeoSolutions, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | JCS Construction, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Klie Tech Consulting, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | LOGIC Solutions Group, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Lon Settle | Professional Services Agreement | |
| Sanchez Energy Corporation | Nagoo & Associates, L.L.C. | Professional Services Agreement | |
| Sanchez Energy Corporation | OpTech Enterprise Solutions, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Pariveda Solutions, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Paul Hayden Dunning | Professional Services Agreement | |
| Sanchez Energy Corporation | Plaster & Wald Consulting Corp. | Professional Services Agreement | |
| Sanchez Energy Corporation | Revenew International, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Revolutionary Security LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Robert W. Ramsey | Professional Services Agreement | |
| Sanchez Energy Corporation | Scott Foxwell Consulting | Professional Services Agreement | |
| Sanchez Energy Corporation | SE Controls, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | SeismicCity Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | SoftServe, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Sullexis, LLC | Professional Services | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Agreement | |
| Sanchez Energy Corporation | Task Fronterra Geoscience, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Thomas Keith Posey | Professional Services Agreement | |
| Sanchez Energy Corporation | Varnell Consulting, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Wise Rock, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Zco Corporation | Professional Services Agreement | |
| Sanchez Energy Corporation | Longnecker & Associates | Professional Services Contract | |
| Sanchez Energy Corporation | Lyons, Benenson & Company, Inc. | Engagement Letter | |
| Sanchez Energy Corporation | Stefano Mazzoni | Professional Services Agreement | |
| Sanchez Energy Corporation | Deloitte Tax, LLP | Work Order to the Engagement Letter | |
| Sanchez Energy Corporation | Thomson Reuters (Tax & Accounting), Inc. | Order Form to the Master Services Agreement | |
| Sanchez Energy Corporation | Weaver and Tidwell, L.L.P. | Engagement Letter for IT Audit Assistance | |
| Sanchez Energy Corporation | STANCIL PROPERTY TAX LLC | Engagement Letter | |
| Sanchez Energy Corporation | BAKER BOTTS | Engagement Letter | |
| Sanchez Energy Corporation | ROSS ARONSTAM & MORITZ LLP | Engagement Letter | |
| Sanchez Energy Corporation | W A WATERMAN & CO | Engagement Letter | |
| Sanchez Energy Corporation | MCCLURE & CROSS LLP | Engagement Letter | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW - 2017 Comanche Integration Management | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Alvarez & Marsal | 2018 MSA | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW - Embedded Derivatives | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW - LTIP Valuation | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW - Purchase Price Valuation | |
| Sanchez Energy Corporation | Ares Management LLC<br>Moelis & Company | Letter Re: Preliminary Indication of Interest | |
| Sanchez Energy Corporation | Equity Group Investments | Letter Re: Expense Reimbursement Letter Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Contribution Agreement | |
| Sanchez Energy Corporation | Sanchez Energy Partners I, LP | Contribution, Conveyance, and Assumption Agreement | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Palmetto, LLC | SEP Holdings IV, LLC | Partial Wellbore Assignment and Bill of Sale | |
| SN Palmetto, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC<br>SN Palmetto, LLC | Sanchez Production Partners LP<br>SEP Holdings IV, LLC | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN TMS, LLC | SR Acquisition I, LLC | Wellbore Assignment and Bill of Sale | |
| SN TMS, LLC | SR Acquisition I, LLC | Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation | Hess Corporation | Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Ross Exploration, Inc. | Contribution Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Contribution, Conveyance and Assumption Agreement | |
| SN Catarina, LLC | AEP Texas Central Company<br>SWEPI LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC | Hess Corporation<br>Warrior Gas Co. | Assignment of Purchase and Sale Agreement dated March 18, 2013 | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC | Hess Corporation | Transition Services Agreement | |
| Sanchez Energy Corporation | SWEPI LP<br>STUSCO: Shell Trading (US) Company | Purchase and Sale Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Swepi LP<br>Shell Gulf of Mexico, Inc. | Assignment of Purchase and Sale Agreement | |
| SN Catarina, LLC | SWEPI LP | Assignment, Conveyance and Bill of Sale | |
| SN Operating, LLC | SWEPI LP<br>Shell Gulf of Mexico Inc. | Transition Services Agreement | |
| SN Palmetto, LLC | SEP Holdings III, LLC<br>SEP Holdings IV, LLC<br>Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN Palmetto, LLC | SEP Holdings IV, LLC<br>SEP Holdings III, LLC | Partial Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | SEP Holdings III, LLC<br>Catarina Midstream, LLC | Distribution and Contribution Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN CATARINA, LLC | SWEPI LP<br>Wade Lindeman | Purchase and Sale Agreement | |
| SN EF Maverick, LLC | SM Energy<br>Eagle Ford Texas LP<br>Adarko Petroleum Corporation | Agreement to Extend Area of Mutual Interest | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Mitsui E&P Texas LP | | |
| SN EF MAVERICK, LLC | Mitsui E&P Texas LP<br>Eagle Ford<br>SM Energy Company<br>Anadarko E&P Onshore LLC | Letter Agreement Effecting Dissolution of Units | |
| SN EF Maverick, LLC | SM Energy<br>Anadarko E&P Onshore LLC<br>Mitsui E&P Texas LP<br>Eagle Ford TX LP | Amendment - Confidentiality of Information | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>SM Energy Company<br>Eagle Ford TX LP<br>Mitsui E&P TX LP | Second Agreement to Extend Area of Mutual Interest | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Aguila Production, LLC<br>Anadarko E& P Onshore, LLC<br>Kerr-McGee Oil & Gas Onshore, LLC | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC<br>Sanchez Energy Corporation | Carrizo (Eagle Ford), LLC / Carrizo Oil & Gas, Inc. | Purchase and Sale Agreement | |
| SN Palmetto, LLC | Sanchez Production Partners, LP<br>SEP Holdings III, LLC<br>SEP Holdings IV, LLC | Purchase and Sale Agreement | |
| SN Catarina, LLC | Sanchez Production Partners, LP | Assignment of Membership Interests | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | SEP Holdings III, LLC<br>Catarina Midstream, LLC | Distribution and Contribution Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Midstream Partners LP<br>SN Midstream, LLC | Letter Agreement to Processing Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC<br>SN Palmetto, LLC | SEP Holdings IV, LLC<br>Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | SN Terminal, LLC<br>Sanchez Midstream Partners LP | Mutual Written Consent to Terminate Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Gavilan Resources HoldCo, LLC | Management Services Agreement | |
| Sanchez Energy Corporation | Shell Gulf of Mexico<br>SWEPI LP | Purchase and Sale Agreement | |
| SN COTULLA ASSETS LLC | EXCO OPERATING COMPANY LP | PURCHASE AND SALE AGMT | |
| SANCHEZ ENERGY CORPORATION | SHELL GULF OF MEXICO INC | PURCHASE AND SALE AGMT | |
| SANCHEZ ENERGY CORPORATION | SWEPI LP | PURCHASE AND SALE AGMT | |
| SN EF MAVERICK LLC | AGUILA PRODUCTION LLC | PURCHASE AND SALE AGMT | |
| SN EF MAVERICK LLC | ANADARKO E&P ONSHORE LLC | PURCHASE AND SALE AGMT | |
| SN EF MAVERICK LLC | KIRKLAND & ELLIS LLP | PURCHASE AND SALE AGMT | |
| SN EF MAVERICK LLC | SN EF UNSUB LP | PURCHASE AND SALE AGMT | |
| SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC | Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas | Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Onshore LP<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>SN EF UnSub GP LLC<br>SN EF Unsub, LP<br>GSO Capital Partners LP<br>SN EF UnSub Holdings, LLC<br>Janey Briscoe Marmion GST Trust<br>El Pescado Minerals Ltd<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>Aguila Production, LLC<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>Aguila Production, LLC<br>Aguila Production, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>Aguila Production, LLC<br>Anadarko E&P Onshore LLC<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>Kerr McGee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN EF UnSub GP LLC | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | SN EF Unsub, LP<br>GSO Capital Partners LP<br>SN EF UnSub Holdings, LLC<br>Briscoe Ranch, Inc.<br>Aguila Production, LLC<br>Miramar Holdings LP<br>Rancho La Cochina Minerals Ltd | | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Kerr McGee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Gavilan Resources<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC | Amendment No 3 to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Kerr McGee Oil & Gas Onshore LP<br>Gavilan Resources, LLC<br>SN EF Unsub, LP | Amendment to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Gavilan Resources HoldCo, LLC<br>SN Comanche Manager, LLC | Management Services Agreement | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN UR Holdings, LLC<br>Sanchez Capital Advisors LLC<br>Sanchez Energy Holdings LLC<br>Sanchez Energy Corporation<br>Sanchez Capital Advisors LLC<br>Sanchez Energy Holdings LLC | Assignment of Assumption of Membership Interest and Amendment of Limited Liability Company Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Catarina, LLC | SN Catarina, LLC<br>Sanchez Production Partners LP<br>Sanchez Energy Corporation | Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | Sanchez Production Partners LP | | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | SN EF Maverick, LLC<br>GSO LLC<br>SN EF UnSub Holdings, LLC<br>SN UR Holdings, LLC<br>SN EF Maverick, LLC<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>GSO LLC<br>SN EF UnSub Holdings, LLC<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>GSO LLC<br>SN EF UnSub Holdings, LLC<br>Sanchez Energy Corporation | Tolling Agreement | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | SCA Energy Holdings LLC<br>Sanchez Capital Advisors LLC<br>Sanchez Resources, LLC | Assignment and Assumption of Membership Interest and Amendment of Limited Liability Company Agreement | |
| SN EF Maverick, LLC | AMID Crude Trucking LLC | Truck Transportation Agreement | |
| Sanchez Energy Corporation | Actenum Corporation | Purchase Order | |
| Sanchez Energy Corporation | Actenum Corporation | Purchase Order | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP<br>Santerra Midstream Company, LLC | Purchase Order | |
| SN EF Maverick, LLC | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Amendment 2 to Work Order Agreement WOA-D18-012 - X41 | |
| Sanchez Energy Corporation | Navex Global | Order Form 305383 | |
| SN EF Maverick, LLC | Nabors Drilling USA | Amendment No. 1 to Work Order WOA-D19-008 - X23 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | EMS USA, Inc.<br>Sanchez Oil & Gas Corporation | Letter Re: Assignment of Service Contract | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Contract Operating Agreement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Services Agreement | |
| SN TMS, LLC<br>SN UR Holdings, LLC<br>Sanchez Resources, LLC<br>Sanchez Energy Corporation | | Contribution Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Membership Interest Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Membership Interest Assignment | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Membership Interest Assignment | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Geophysical Seismic Data Use License Agreement | |
| SN Catarina, LLC | Sanchez Production Partners LP<br>Catarina Midstream, LLC | Assignment of Membership Interests | |
| ~~SN Catarina, LLC~~ | ~~Carnero Gathering, LLC~~<br>~~Sanchez Production Partners LP~~ | ~~Assignment of Membership Interests and Adoption Agreement~~ | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | | Equity Interests Assignment Agreement | |
| SN Payables, LLC<br>SN EF Maverick, LLC | | Agency Authorization Agreement | |
| SN Payables, LLC<br>SN Operating, LLC | | Agency Authorization Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | | Hydrocarbons Purchase and Marketing Agreement | |
| SN UR Holdings, LLC<br>SN Marquis, LLC | | Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | | Letter to Firm Gas Gathering, Processing and | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Purchase Agreement | |
| SN EF Maverick, LLC Sanchez Energy Corporation | | First Amendment to Rolling Credit Facility Agreement | |
| SN TMS LLC | SANCHEZ OIL & GAS CORPORATION | JOINT OPERATING AGMT | |
| SANCHEZ ENERGY CORPORATION | SANCHEZ OIL & GAS CORPORATION | MASTER LAND SERVICE CONTRACT | |
| SANCHEZ ENERGY CORPORATION | SANCHEZ OIL & GAS CORPORATION | JOINT OPERATING AGMT | |
| SN EF Maverick | SN EF UNSUB LP; Gavilan Resources LLC; Anadarko E&P Onshore; Kerr-McGee Oil & Gas Onshore LP | Assignment Notification to Buyer | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Amendment to Purchase and Sale Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Letter Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; | Memorandum of Development Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Kerr-McGee Oil & Gas Onshore LP | | |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-McGee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Agreement to Assign Right to Control Legal Defense in Pending Litigation | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Letter Re: Subject Intercompany Agreements | |
| Sanchez Energy Corporation | Joseph R. DeDominic | Restricted Stock Agreement | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ JR., ANTONIO R. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ III, ANTONIO R. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GEORGE, CAMERON W. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Restricted Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2017 | |
| Sanchez Energy Corporation | KOPEL, GREGORY B. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 08/01/2015 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | MARLOW, PAUL B. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | MARLOW, PAUL B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HILL, GARRICK A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | ALLEMAN, LAUREN E. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | ALLEMAN, LAUREN E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | AVRA, GREGORY A. | Restricted Award dated 12/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | BARCENES, JEFFREY | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BARRINGER, CHRISTOPHER W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BARRINGER, CHRISTOPHER W. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BENDER, JUSTIN M. | Restricted Award dated 05/01/2018 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLANCHE, THOMAS C. | Restricted Award dated 02/01/2017 | |
| Sanchez Energy Corporation | BLINCOW, RICHARD M. | Restricted Award dated 08/01/2018 | |
| Sanchez Energy Corporation | BOECKING, EMILY M. | Restricted Award dated 08/01/2018 | |
| Sanchez Energy Corporation | BORDEN, MERVILLE L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BOSTICK, BRANDON L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BROWN, MICHAEL J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BROWN, MICHAEL J. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BULLOCK, SALLY H. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | BUTLER, ALLISON R. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CANSINO, JUAN J. | Restricted Award dated 10/01/2016 | |
| Sanchez Energy Corporation | CANSINO, JUAN J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CARRANCO, JORGE | Restricted Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2017 | |
| Sanchez Energy Corporation | CASAS, LUIS A. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | CHRISS, ANDREA L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Restricted Award dated 09/01/2016 | |
| Sanchez Energy Corporation | CLARKE, ANDREW W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CLARKE, MARK W. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CORDOVA, PETER G. | Restricted Award dated 01/01/2017 | |
| Sanchez Energy Corporation | CREMAR, LAURA E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | CREMAR, LAURA E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | CRUZ, RAMSEY | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DAVIS, ADA F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DAVIS, ADA F. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DAY, MICHAEL C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DUNEK, KENNETH L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | DUNEK, KENNETH L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Restricted Award dated 08/01/2017 | |
| Sanchez Energy Corporation | DUNLAP, SCOTT A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Restricted Award dated 12/01/2016 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FENN, DAVID R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | FERNANDEZ, BEATRICE M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FORMA, LAURA J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | FRAZIER, HOLLY W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GARCIA, MOISES R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GARZA, DANIEL E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GEORGE, TINA R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GIANELLONI, IGNATIUS L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GLENN, MARC P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GLENN, MARC P. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GOLVACH, MARK M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GONZALEZ, JACOB E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GOUGH, MICHAEL B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GOUGH, MICHAEL B. | Restricted Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2018 | |
| Sanchez Energy Corporation | GRIFFIN, HOLLY F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUERRA, FRANCISCO A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUERRA, FRANCISCO A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUTIERREZ, ALFREDO R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | GUTIERREZ, ALFREDO R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | GUZZETTA, ALIDA C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HAGELSTEIN, MEAGAN E. | Restricted Award dated 06/01/2017 | |
| Sanchez Energy Corporation | HAGELSTEIN, MEAGAN E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HAINES, LISA C. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | HAINES, LISA C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | HELLER, TOM J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Restricted Award dated 02/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HOES, LAUREN P. | Restricted Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | KALYANARAMAN, NISHKRIYA | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KELLEY, STEPHEN R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KING, CHAM J. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | KISS, JOHN E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KONSEN, TOMAS A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KONSEN, TOMAS A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KOTLARZ, KARA J. | Restricted Award dated 09/01/2017 | |
| Sanchez Energy Corporation | KOTLARZ, KARA J. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KOY, SAMNANG L. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | KRUEGER, SCOTT R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KRUEGER, SCOTT R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | KUHL, CHRISTINA L. | Restricted Award dated 09/01/2018 | |
| Sanchez Energy Corporation | LEWANDOWSKI STEINMETZ, KRISTEN R. | Restricted Award dated 02/01/2018 | |
| Sanchez Energy Corporation | LILLIS, ASHLEY M. | Restricted Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2017 | |
| Sanchez Energy Corporation | LILLIS, ASHLEY M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LONG, ANDREW M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, CARLOS D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, CARLOS D. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | LOPEZ, FRANCIS G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LOPEZ, MARK A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LUCKEN, KIMBERLYN M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | LUCKEN, KIMBERLYN M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MABRY, JAMES E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MABRY, JAMES E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MALDONADO, JOE B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MALDONADO, JOE B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MARTINEZ, JOEL | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, MATEO L. | Restricted Award dated 10/01/2016 | |
| Sanchez Energy Corporation | MARTINEZ, MATEO L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MARTINEZ, SANDRA S. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | MCGONIGLE, MARK N. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MCGONIGLE, MARK N. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MENDEZ, ALEJANDRO | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, FRANCISCO F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, FRANCISCO F. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MENDOZA, JORGE A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MENDOZA, JORGE A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MILLER, RICHARD M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | MILLER, RICHARD M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | MORTELLARO, BILL M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | NADAL, JAVIER F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | NEULIST, WILLIAM R. | Restricted Award dated 11/01/2018 | |
| Sanchez Energy Corporation | NGUYEN, JANE D. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | NURSEMENT, JEREMY P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | O'CONNOR, JAMES C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | PHAM, THIEN-HUONG T. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | QURESHI, FAHAD | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RICCI, KEVIN M. | Restricted Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2017 | |
| Sanchez Energy Corporation | RICCI, KEVIN M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RIDINGS, MICHAEL B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | ROBISON, JORDAN D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | RODRIGUEZ, RODOLFO R. | Restricted Award dated 10/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, MELVA G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANCHEZ, MELVA G. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SANTANA, LUIS A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SANTANA, LUIS A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | SCOTT, TRELISIA L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SHIAH, FENG L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | SHIAH, FENG L. | Restricted Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SHRODE, SHEILA M. | Restricted Award dated 01/01/2018 | |
| Sanchez Energy Corporation | SMITH, JAMIE I. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | SMOLIK, LESLIE G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | THOMPSON, JOHN R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | THOMPSON, JOHN R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | THORP, MEAGAN M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | TROXELL, SANDRA L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | TROXELL, SANDRA L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | VALLE, ZULEMA | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | VASQUEZ, RICARDO | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | VAZQUEZ, JANETH | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WANG, KAINAN | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | WIGGINS, MELANIE A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WIKE, BENJAMIN S. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WIKE, BENJAMIN S. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Restricted Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 06/05/2018 | |
| Sanchez Energy Corporation | YU, HENRY C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | YU, HENRY C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | BLAKEWAY, AMY E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | KLAUS, HOLLY C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | HINK, KIRSTEN A. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | SANCHEZ, PATRICIO D. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | ADAM, STEVEN W. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | HAPP, JOHN H. | Restricted Award dated 04/15/2016 | |
| Sanchez Energy Corporation | HEINSON, CHRISTOPHER D. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | HEINSON, CHRISTOPHER D. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | KNOX II, WILLIAM D. | Restricted Award dated 04/15/2016 | |
| Sanchez Energy Corporation | SATTERFIELD, WILLIAM M. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | WILLINGER, GERALD F. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Triangle Peak Partners, LP MTP Energy Management LLC | Joinder Agreement | |
| Sanchez Energy Corporation | AT MLP Fund, LLC | Private Placement and Confidentiality Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Cushing MLP Asset Management, LP | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | FAMCO MLP | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Harvest Fund Advisors, LLC | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Placement Agency Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Marquis, LLC | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Partners, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC<br>Goldman Sachs & Co.<br>Aristeia Capital, LLC and Aristeia Master LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Aristeia Captial, LLC<br>Goldman Sachs & Co. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | AAI Aristeia Fund PLC by Aristela Capital, LLC | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Aviva Investors | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Basso Holdings Ltd. | Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Curian/Franklin Templeton Natural Resources Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Income Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Placement Agency Agreement | |
| Sanchez Energy Corporation | Alpine Associates, a Limited Partnership | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Heritage, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Heritage II, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC<br>SN Catarina, LLC | RBC Capital Markets, LLC c/o RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC c/o RBC Capital Markets, LLC<br>RBC Capital Markets, LLC c/o RBC Capital Markets, LLC | Purchase Agreement | |
| SN Cotulla Assets, LLC<br>Sanchez Energy Corporation<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN Marquis, LLC | Credit Suisse Securities (USA) LLC<br>RBC Capital Markets c/o RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| Sanchez Energy Corporation | Franklin Investors Securities Trust- Franklin Balanced Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Investors Securities Trust-Franklin Convertible Securities Fund by Franklin Advisers, | Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Inc. | | |
| Sanchez Energy Corporation | Franklin Strategic Series-Franklin Natural Resources Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds-Framklin Global Convertible Securities Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds-Franklin Income Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds- Franklin Natural Resources Fund by: Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | JNLI Franklin Templeton Income Fund by Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Highbridge International LLC | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Liberty Harbor Master Fund I, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | O'Connor Global Multi-Strategy Alpha Master Limited | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Goldman Sachs Profit Sharing Master Trust | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Oz Eureka Fund, L.P. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | OZ Special Funding (OZMD), LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Orchard Hill Master Fund Ltd. | Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Thornburg Investment Management<br>State Street Global Services | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Western Asset Management Company | Securities Purchase Agreement | |
| Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN EF Maverick, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | Citigroup Global Markets Inc., as Representative of the several Initial Purchasers listed in Schedule 1 | Purchase Agreement | |
| Sanchez Energy Corporation | Citigroup Global Markets, Inc. | Cross Receipt to the Purchase Agreement | |
| SN UR Holdings, LLC | Sanchez Production Partners, LP | Common Unit Purchase Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-A LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Energy Partners-B LP<br>SF EF Unsub Holdings LLC<br>SN UR Holdings, LLC<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>SN UR Holdings, LLC<br>SN EF UnSub Holdings, LLC<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>SN EF Unsub, LP<br>SN EF UnSub GP LLC<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>Sanchez Energy Corporation<br>SN EF UnSub Holdings, LLC<br>SN EF Unsub, LP<br>SN EF UnSub GP LLC<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>GSO Capital Partners LP<br>Kerr McGee Oil & Gas Onshore LP<br>SN UR Holdings, LLC | Amended and Restated Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | SN EF Unsub GP LLC<br>SN EF UnSub Holdings, LLC<br>GSO Capital Partners LP<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Solutions Fund II LP<br>SN EF Unsub GP LLC<br>GSO Capital Opportunities Fund III LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>SN EF Unsub, LP<br>SF EF Unsub Holdings LLC<br>Sanchez Energy Corporation<br>GSO Credit Alpha Fund LP<br>GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>GSO Market Opportunities Fund II LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>SN EF Unsub, LP<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>GSO Capital Solutions Fund II LP<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Select Opportunities Fund LP<br>GSO Capital Solutions Fund II (Luxembourg) SARL<br>GSO Capital Solutions Fund II LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>SN EF Unsub, LP<br>Kerr McGee Oil & Gas | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Onshore LP<br>Sanchez Energy Corporation<br>SN EF Unsub GP LLC<br>SN EF UnSub Holdings, LLC<br>Anadarko E&P Onshore LLC<br>GSO Credit Alpha Fund LP<br>GSO Energy Select Opportunities Fund LP<br>SN EF Unsub GP LLC<br>GSO Energy Partners-C LP<br>SN EF Unsub, LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP | | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | CitiGroup Global Markets Inc<br>Capital One Securities, Inc.<br>SunTrust Robinson Humphrey, Inc.<br>BMO Capital Markets Corp.<br>RBC Capital Markets, LLC | Equity Distribution Agreement | |
| SN UR Holdings, LLC | Sanchez Production Partners LP | Common Unit Purchase Agreement | |
| Sanchez Energy Corporation | J. P. Morgan Securities LLC | Underwriting Agreement | |
| SN Marquis, LLC<br>Sanchez Energy Corporation | SEP Holdings III, LLC | Geophysical Seismic Data Use License Agreement | |
| Sanchez Energy Corporation | Geophysical Pursuit, Inc. | Master Geophysical Data-Use License Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Payables, LLC | Royal Bank of Canada | Collateral Trust Agreement-Additional Grantor | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC | U.S. Bank National Association | Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| SN Operating, LLC<br>Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC | Delaware Trust Company<br>Royal Bank of Canada - Agency Services Group | Indenture | |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | Trustee's Certificate | |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | Collateral Trust Agreement | |

# **Exhibit C**

## Schedule of Assumed Executory Contracts and Unexpired Leases

**Schedule of Assumed**

**Executory Contracts and Unexpired Leases**

On April 26, 2020, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1149] (as may be amended, modified, and/or supplemented, the "Plan")[8] authorizing the Debtors to assume certain of the Executory Contracts and Unexpired Leases (each, an "Assumed Contract") listed on this Schedule of Assumed Contracts and Unexpired Leases (this "Schedule"), upon the Effective Date unless otherwise specified by the Debtors. The Debtors have conducted a review of their books and records and have determined that the cure amount for any claim based upon a Debtors' default(s) prior to the Effective Date under an Assumed Contract by such Debtor under section 365 of the Bankruptcy Code (the "Cure Claims") is as set forth on this Schedule.

Each of the contracts, agreements, documents, and instruments listed on this Schedule is listed solely to the extent it is an Executory Contract or Unexpired Lease of one or more of the Debtors, and nothing herein shall be deemed an admission that such contract, agreement, document or instrument is in fact an Executory Contract or Unexpired Lease of any Debtor.

Any Executory Contract or Unexpired Lease that is not listed on this Schedule or is listed on this Schedule without a Cure Claim but is otherwise assumed by the Debtors has a proposed Cure Claim of $0.00. Any proposed Cure Claims, if any, under each Assumed Contract that is undisputed or, if disputed, resolved consensually by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, (a) by payment in Cash as soon as reasonably practicable following the Effective Date or (b) as otherwise agreed by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease. If there is a dispute regarding (1) the amount of any Cure Claim, (2) the ability of the Reorganized Debtors or any assignee, as applicable, to provide adequate assurance of future performance (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (3) any other matter pertaining to assumption, the Cure Claims required by section 365(b)(1) of the Bankruptcy Code shall only be paid following the entry of a Final Order resolving the dispute and approving the assumption. For the avoidance of doubt, the Cure Claims schedule below shall not include amounts that have been incurred as of the Effective Date but are not yet due and payable. Such amounts shall be paid by the Reorganized Debtors in the ordinary course of business subsequent to the Effective Date.

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests,

[8] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from this Schedule until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection.

Assumption of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure Claims, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption. Any liabilities reflected in this Schedule and any Proofs of Claim filed with respect to an Executory Contract or Unexpired Lease that has been assumed shall be deemed Disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

## Schedule of Assumed Executory Contracts and Unexpired Leases

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jesus Abrego | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Freddie Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jairo Aguillon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Akers | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Abelardo Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dylan Alejandro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Alfaro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sonia D. Alfaro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Almanza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Amaya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis J. Banuelos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Barrett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Jacqueline M. Barrientos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgar Beattie | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Becerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Besancon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Blake | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jim Blakely | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Blood | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joshua Bourgeois | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Brandos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Simon Briseño | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Laly Bronson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clinton D. Brown | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stuart Bruce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Bryce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriel Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josefina Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Jaime Caballero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Calvillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sergio Calvillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brent Campbell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Campbell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jimmy Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo A. Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcelino Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Martin Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Saul Cardona | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ron Carlson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Laura Castañeda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Castillo Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Cazares | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Silvestre Cerna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Cervantez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Cervantez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Rene Champion | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lee Chandler | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Chavez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph Cirilo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Cisneros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricky Collins | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melody Condry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | CHAD CONING | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Contreras | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Contreras | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cal Cormier | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anacani Coronado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roger Cortez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kade Courville | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Covarrubias | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Eliza Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stacey Cuellar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Will T. Curnutte | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kenny Daigle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Taher Darolywala | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Davis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Levi Davis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rueben De La Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfonso De La Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco De La Paz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert de Leon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aldo De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramon De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David DeHoyos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar DeHoyos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Del Bosque | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Greg Del Toro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew DeLeon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reyvin DeLeon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Delgado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eva DeLuna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael D. Dennis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge A. Diaz Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kendall Dickinson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel W Dixon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Dominguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Douglas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Dreyer | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brandon Driskill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Duarte | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Dunn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Travis Dupuis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | WB Dyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Escamilla | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Carlos Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eulogio Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Manuel R Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Margarito Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Xavier Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Esquivel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Estrada | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kareem Etienne | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Randy Finley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andres Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Martin Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Vianney Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Flores Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Fontenot | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Fontenot | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Scott Foreman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Donavan Franco | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ronald Fruge | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ervey Fuentes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Galan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Galan Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Humberto Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Yanira Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ademar Galvan Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnaldo Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eduardo Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Gennise Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | JJ Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julian Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pete Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Samuel Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Garcia (Automation Tech) | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julianita Garcia Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jordan Garibay | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andres Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Constantino Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernest M. Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Franco Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Henry Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lauro Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rafael Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Lee Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rogelio Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sergio Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Colin Gaspard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Gaspard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tim Gauntt | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Gerstberger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pat Gibson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Courtney B. Glass | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvaro Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mauro Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Miguel Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Omar Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santiago Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lexi K. Gonzales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chance Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eduardo Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gamaliel Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hector Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jonathan Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reynaldo Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wally Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Jaime Gonzalez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Gonzalez Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Hector Gonzalez(Lazer) | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mary E. Granberry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Damian Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eloy Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lauro Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eutiquio Guerrero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario E. Guerrero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lee Guillory | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Gulliory | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Humberto Gutierrez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Gutierrez III | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gustavo Guzman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Gwyn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Harlan Hansel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | HANK HARRIS | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Tayler Hearn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Heath | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Hebert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tony Henderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eugene HerberT | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Keith Herbert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnold Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cristina Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fernando Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jennipher N. Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A. Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kevin Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Margarito Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Orlando Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles A. Hill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgar Hinojosa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tom Hinson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph Hodges | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christian Holguin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hayden Holmes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marshall Hornsby | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kyle Horton | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Hurtado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myrle Ingle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myrle W. Ingle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Ivy | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Derrick W. Jack | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chance Jackson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Paul Jackson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Jacobs | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Claudio Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rogelio Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tommy John | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bruce Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eddie Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jack Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joey Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Jones | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Juarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Juno | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kishore Kandasamy | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victoria Keen | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kimmie Kellum | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tab Key | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Tyson Jordan Kirkpatrick | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kevin R. Kolos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Kyle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyler Landry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Lane | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melton LaPoint | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cobie LaPointe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ashley Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernesto Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alec LeGros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nikolas LeGros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dylan LeJeune | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Shane Lewing | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvin Lewis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Eugene Lewis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Loera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tucker Long | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Longoria | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fred Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse A Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse M Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Lopez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Lopez Sr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Grant Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Keith Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Leonard G. (Grant) Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Lozano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Lozano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Luevanos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Rodolfo Macias Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christian Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Madrid | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Mariscal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Marquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Octavio Marquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brittani Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Enrique Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Janio Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sarita Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Alfredo Martinez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Martinez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Mata | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Darrell McDonald | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Trent McFarlain | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Blanca Mchazlett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clay McKnight | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tim Mclean | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robbie McMillin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Janie Medina | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arthur Medrano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Mena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Celestino Mendez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Mendez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jason Mendiola | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Amy Messieha | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Josh Minor | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Mitchell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Molina | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lespaul Moncada | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esteban Moncivais | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Moncivais | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Montalvo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Montero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Montoya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santiago Montoya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reymundo Moreno | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fabiana Morris | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Muro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Gabino Muzquiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nathan Nelson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roy Nesmith | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Weston (Kent) Norman Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vicente Ochoa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Oliva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stuart Ondrasek | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zach Ondrasek | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Orellana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Abelardo Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edward Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lizzette Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Miguel Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Palomo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Palos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felix Pardo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Jesse Paulino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Pena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rodolfo Z Pena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Frank Peña | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Perales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felipe Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Frankie Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Troy Perry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Perusquia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James M. Peters | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cuong T. (Coty) Phan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Pinales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Joe Plemons | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ponce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Ponce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ponce III | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Preston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gerardo Puente | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Pullara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Quintana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Diego Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Elizabeth Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alan Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bob Ramsey | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Rangel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Warner Rankin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Chris Reed | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eliazar Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnoldo Reyes Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Homero Reynaga Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | PAUL RICCO | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Doyle Rice | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Adam Richard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Riojas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Elias Rios | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Rios | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Agustin Robledo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Adrian Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felipe Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | George Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Rodriguez Sr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ethan Rogers | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Roiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michele R. Ruiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Rutherford | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ryan Rylander | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Diego Saenz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan J Salas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ray Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Saldana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Benjamin Salinas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Salmon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Francisco San Roman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriel Sanchez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jennifer Sanchez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Sanroman Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victor M. Sauceda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Russell Scogin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Scott | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Serda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esteban Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Federico Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Federico Serna Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Short | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyler Sieckenius | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Silvis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Sims | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Solis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sasha Soria | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Spittler | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Christopher Stephens | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Steward | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kirk Stokes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nathan Stone | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bill Storms | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Garrard Taylor | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Thurston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Titsworth | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Moises Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Trevino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raefel Triplett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Trujillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Umphres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Leonel Vela | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julie Velasquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alberto Venegas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ivan Villa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Limhi Villagran | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fernando Villarreal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vivian Villarreal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Villarreal Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeremy Watson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Taylor Weekley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Shayne Weekly | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brooke Weinkauf | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff White | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Derek Whitman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Williams | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Woods | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tracy Woodson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Yauger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher S. Zachry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Zamudio | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rafael Zapeda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgardo Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Marvin Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Seve Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eleazar Alejandro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reinaldo Alvarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mark Anderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Manny Armenta | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Consuelo Balderas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stephen Balderas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dioseline Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Patsy Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rose Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Ballew | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernesto Bass | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wendell Baxter | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sammie Beran | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Ernest (Ray) Berger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zachariah Bradshaw | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Howard Brobston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvaro Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mauro Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Chavera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brandon Crowsey | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph L. Daugherty | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mason Denson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Fuller | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Gajewsky | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Henderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lance Herpin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Hill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Isaac Hodges | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esmeralda Huerta | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stephanie C. Husky | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Juan Jasso | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Prasanna Jeganathan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Refujio Juarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Lund | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Mallet | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Mallet | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anthony Mason | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Duke McGee | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zach McMillan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victor Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Moore | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melody Moore | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Amatullah Motiwala | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hendrix Nelson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cole Nesloney | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeremy Onken | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Payma | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bihn Phan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Charles Pruitt | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Pruitt, Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dario Ramos-Veloquio | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clay Rankin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Recinos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Paula J. Revis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Flavio Reyna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Rivera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Roberge | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brian Rode | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aalan Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julio Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mark Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nick Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Rodriguez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Roiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brendan Rojas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Roman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Myriam Romero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Riley Romero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andy Ruiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Catarino Ruiz III | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Salinas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Santos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Saucedo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Self | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ezequiel Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Short | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Sierra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dillon Silva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriella Silva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Khuzema Sunel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | STEVEN SWARTZ | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Tapia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Marco Tapia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Perla Tellez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles A. (Andy) Todd | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cynthia Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Morgan Townsen | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Isamari Urrabazo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anna Victorino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Villalobos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Villanueva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Vu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hans Warren | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chrisn Watso | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lanaya Willis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Wilson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Woolley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Wright | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Agustin D Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Canales Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ray Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | William Storms | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | WEX Bank | Deposit Agreement | $0.00 |
| Sanchez Energy Corporation | Wex Bank | Card Application | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | WEX Inc.<br>Sanchez Energy Corporation<br>WEX Inc.<br>SN EF Maverick, LLC | Private Site Agreement | $0.00 |
| Sanchez Energy Corporation | WEX Bank | Account Agreement | $0.00 |
| Sanchez Energy Corporation | WEX Inc. | Business Charge Account Agreement | $0.00 |
| SN UR Holdings, LLC | Sanchez Production Partners, LP | Registration Rights Agreement | $0.00 |
| Sanchez Energy Corporation | Barry J. Rozas, (LaBas Law Offices) Intervenor for Seabright Insurance Company<br>Edwin G. Preis, Jr. and M. Benjamin Alexander, Counsel for Sanchez Oil and Gas and Nabors Drillin USA, LP | Waiver Release and Settlement of all Claims and Indemnity Agreement | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company | Policyholder Notice | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>Beazley Insurance Company, Inc. | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>Freedom Specialty Insurance Company | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | QBE Insurance Corporation | Excess Liability Policy | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Illinois National Insurance Company<br>XL Specialty Insurance Company | Excess Policy Declarations | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company | Executive and Corporate Securities Liability Policy Declarations | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company | Policyholder Notice | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company<br>North American Specialty Insurance Company | SwissRe Policy | $0.00 |
| Sanchez Energy Corporation | Allied World National Assurance Company | Excess Directors & Officers Liability Insurance | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company<br>Freedom Specialty Insurance Company | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Endurance American Insurance Company | Follow Form Excess Management Liability Insurance Declarations | $0.00 |
| Sanchez Energy Corporation | Beazley Insurance Company, Inc. | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Certain Underwriters of Lloyd's of London | Lloyd's Certificate | $0.00 |
| Sanchez Energy Corporation | Stonington Insurance Company | Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Safe Harbor Pollution | Marine Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Endurance American Insurance Company | Marine Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Stonington Insurance Company | Policy of Insurance | $0.00 |
| SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy | Sanchez Oil & Gas Corporation<br>Safe Harbor Pollution<br>Sanchez Energy Corporation<br>Sanchez Resources, LLC<br>Safe Harbor Pollution<br>SR TMS LLC<br>Sanchez Oil & Gas Corporation<br>Sanchez Resources, LLC<br>SR Acquisition I, LLC<br>SR Acquisition III, LLC<br>SR TMS LLC<br>SN UR Holdings, LLC<br>SR Acquisition I, LLC | Pollution Insurance Policy | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC | SR Acquisition III, LLC | | |
| Sanchez Energy Corporation | North American Specialty Insurance Company | Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Nationwide | Letter Re: Insurance Policy | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) A Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) C Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Declaration of Pooled Unit Barnhart (EF) C Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Pooled Unit Agreement Barnhart (EF) D Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Barnhart Facility Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Second Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals L.P. | Pooled Unit Agreement Barnhart (EF) Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals LP | Pooled Unit Agreement Barnhart (EF) D Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) L Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) L Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals L.P. | Pooled Unit Agreement Barnhart (EF) G Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) J Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) E Unit | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Palmetto, LLC | Barnhart Ranch Minerals L.P. Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Catarina, LLC | Shell Gulf of Mexico Inc. | Conveyance of Non-Participating Royalty Interests | $0.00 |
| SN Catarina, LLC | SWEPI LP | Mineral Deed | $0.00 |
| SN Cotulla Assets, LLC | Espada Properties, LTD. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Espada Properties, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | LVDB Investments, LTD. | Drill Site Surface Use Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation | Nancy Wheeler Plumlee | Surface Damages Agreement | $0.00 |
| SN Cotulla Assets, LLC | Triola Investments, LTD. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Valentine Ventures, LTD. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Valentine Ventures, LTD | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | EnerQuest Oil & Gas, LLC | Marketing Election and Facilities Agreement | $0.00 |
| SN Cotulla Assets, LLC | La Corona Ranch, Ltd. c/o Mr. Bart Koontz | Ratification and Amendment to Surface Use Agreement | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation, | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Firm Interstate Gas Transportation Service Agreement, as amended | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Firm Intrastate Gas Transportation Service Agreement, as amended | $0.00 |
| Sanchez Energy Corporation, SN | TPL SouthTex Processing Company LP | Netting Agreement, as amended | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| CATARINA, LLC, SN Midstream, LLC | | | |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Interruptible Intrastate Gas Transportation Service Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI, LP | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | SWEPI LP<br>Harrison Interests, Ltd. | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI LP | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI, LP | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | SWEPI LP, a Delaware limited partnership and successor in interest to P Ranch Royalty Interest, LLC<br>Dan J. Harrison III | Partial Release of Re-Conveyance of Non-Participating Royalty Interests | $0.00 |
| SN CATARINA, LLC | SWEPI, a Delaware limited partnership and successor in interest to P Ranch Royalty Interest, LLC<br>P Ranch Royalty Interest, LLC<br>BFH Mining, Ltd. | Partial Release and Re-Conveyance of Non-Participating Royalty Interests | $0.00 |
| SN CATARINA, LLC | BFH Mining, Ltd<br>Harrison Interests, Ltd.<br>P Ranch Royalty Interest, LLC | Conveyance of Non-Participating Royalty Interest | $0.00 |
| SN CATARINA, LLC | Dan J. Harrison III<br>Harrison Interests, Ltd.<br>P Ranch Royalty Interest,LLC | Conveyance of Non-Participating Royalty Interest | $0.00 |
| SN Cotulla Assets, LLC | La Corona Ranch, Ltd.<br>ZAZA Energy, LLC | Surface Use Agreement | $0.00 |
| SN CATARINA, LLC | Texas General Land Office<br>SWEPI LP | Letter Agreement Regarding Pooling Application | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI LP, dba Shell Western Exploration & Production | Produced Water Injection Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI LP | Voluntary Pooling Agreement | $0.00 |
| SN CATARINA, LLC | Harrison Interests, Ltd.<br>SWEPI LP, dba Shell Western Exploration | Produced Water Injection Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | & Production | | |
| SN Catarina, LLC | AEP Texas Central Company<br>SWEPI LP | Letter Agreement | $0.00 |
| SN CATARINA, LLC | Wade Lindeman<br>SWEPI LP | Special Warranty Deed | $0.00 |
| SN CATARINA, LLC | Shell Gulf of Mexico Inc., successor in interest to P Ranch royalty Interest, LLC<br>BFH Mining, Ltd.<br>SWEPI LP | Corrected Partial Release and Reconveyance of Non-Participating Royalty Interests | $0.00 |
| SN CATARINA, LLC | Shell Gulf of Mexico Inc., successor in interest to P Ranch Royalty Interest, LLC<br>Dan J. Harrison III<br>SWEPI LP | Corrected Partial Release and Re-Conveyance of Non-Participating Royalty Interests | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation | Marathon Oil EF, LLC | Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC | Tri-City Distributors, L.P., a Texas limited partnership | General Warranty Deed | $0.00 |
| Rockin L Ranch Company, LLC | Tri-City Distributors, LP | Tax Proration Agreement | $0.00 |
| SN Palmetto, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | $0.00 |
| SN Palmetto, LLC | SEP Holdings IV, LLC | Partial Wellbore Assignment and Bill of Sale | $0.00 |
| SN UR HOLDINGS LLC | NRG Land Resources Inc | Master Land Service Contract | $0.00 |
| SANCHEZ ENERGY CORPORATION | J Mark Smith & Associates Inc | Master Land Service Contract | $0.00 |
| SANCHEZ ENERGY CORPORATION | SR Acquisition I LLC | Participation Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Australis TMS INC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Acquisition | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Signal LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Comstock OIL & GAS LP | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | ENCANA OIL & GAS (USA) INC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company Llc | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | HK TMS LLC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Sheldon Devon Crawford & Wife | Pipeline And Surface Site Agmt. | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pipeline And Surface Site Agmt. | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN Cotulla Assets LLC | HFT LLC | Water Usage Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP HOLDINGS IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP HOLDINGS IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Burlington Resources Oil & Gas Co | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Participation Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Palmetto LLC | EOG Resources Inc | Acreage Exchange Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Letter Agreement | $0.00 |
| SN Cotulla Assets LLC | Guy Robert Buschman | Surface Use Agreement | $0.00 |
| SN Cotulla Assets LLC | Hausser Ranch Minerals Ltd | Salt Water Disposal | $0.00 |
| SN Palmetto LLC | Jamn Ventures L.L.C. | Water Usage Agreement | $0.00 |
| SN Palmetto LLC | Salvador Soliz and Wife | Water Usage Agreement | $0.00 |
| SN Cotulla Assets LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Cotulla AssetsLLC | L & J Exploration LLC | Letter Agreement | $0.00 |
| SN Catarina LLC | Harrison Interests LTD | Salt Water Disposal | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Participation Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Participation Agreement | $0.00 |
| SN EF Maverick LLC | Law Office Of Francisco Saldana Jr | Pipeline And Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | Law Office Of Francisco Saldana Jr | Pipeline And Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | Law Office Of Francisco Saldana Jr | Pipeline And Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | Briscoe Ranch, Inc. | Central Processing Facility (Cochina West CPF-C) | $0.00 |
| SN EF Maverick LLC | ~~Dolph~~ Briscoe ~~III~~Ranch, Inc. | Central Processing ~~Faclity~~Facility (Cochina East CPF-F) | $0.00 |
| SN EF Maverick LLC | Briscoe Ranch, Inc. | Central Processing Facility (Cochina East CPF-E) | $0.00 |
| SN EF Maverick LLC | EP Energy E&P Company LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | VenadO EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | BILL D BASSORE | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | CAROLYN S WISE | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | DONALD POWELL | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | KATHY KENNEDY | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | BLACKBRUSH OIL & GAS LP | SURFACE USE AGREEMENT | $0.00 |
| SN EF Maverick LLC | ENDEAVOR NATURAL GAS LP | WATER USAGE AGREEMENT | $0.00 |
| SN EF Maverick LLC | LA BANDERA RANCH LP | WATER USAGE AGREEMENT | $0.00 |
| SN EF Maverick LLC | LA BANDERA RANCH LP | WATER USAGE AGREEMENT | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick, LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick, LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick, LLC | Comanche Maverick Ranch | Surface Use Agreement | $0.00 |
| SN EF Maverick, LLC | Locke Lord LLP | Surface Use Agreement | $0.00 |
| SN EF Maverick, LLC | Indio Faith Land Co LLC | Surface Use Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Rio Bravo Land Co | Surface Use Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP | Assignment of Participation Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP | Assignment Agreement | $0.00 |
| ~~Sanchez Energy Corporation~~ | ~~Briscoe Ranch~~ | ~~Letter Agreement~~ | ~~$0.00~~ |
| SN EF Maverick, LLC | Eagle Ford TX LP | Amendment No. 1 to Assignment Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford Water and Disposal | Water Use Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock Partners Operating LLC | Addendum to Master Compression Services Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX, LP<br>Carnero G&P, LLC | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Venado EF, L.P | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>Gavilan Resources, LLC | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Eagle Ford TX, LP<br>Venado EF, LP<br>Gavilan Resources, LLC | Owner's Consent Letter | $0.00 |
| SN EF Maverick, LLC | CARNERO G&P LLC | MEMORANDUM OF AGREEMENT RELATING TO FIRM GAS GATHERING AGREEMENT | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>SN EF Unsub, LP | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>Eagle Ford TX LP | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Venado EF, L.P<br>Carnero G&P, LLC | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Gavilan Resources, LLC | Memorandum of Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A of Rental Compressor Quotation | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Rental Compressor Quotation | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| Sanchez Energy Corporation | Credence Gas Services, LLC | Lease Order | $0.00 |
| Sanchez Energy Corporation | Enterprise Fleet Management, Inc. | Maintenance Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise Fleet Management, Inc | Maintenance Management and Fleet Rental Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise FM Trust | Master Walkaway Lease Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN UR Holdings, LLC | SR Acquisition I, LLC | Support Agreement | $0.00 |
| Sanchez Energy Corporation | BFH Mining, Ltd.<br>Harrison Interests, Ltd.<br>Dan J. Harrison III | Guaranty | $0.00 |
| Sanchez Energy Corporation | Citigroup Global Markets Holdings Inc. | Guarantee Agreement | $0.00 |
| Sanchez Energy Corporation | ING Bank N.V. | Guarantee No. NY2018/05 | $0.00 |
| SN Catarina, LLC | Carnero Gathering, LLC<br>Sanchez Production Partners LP | Assignment of Membership Interests and Adoption Agreement | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | BASF Corporation | Guaranty | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Centrica PLC | Guarantee | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | DTE Energy Company | Guaranty Agreement | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | ENGIE S.A. | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Mercuria Energy Group Limited | Guarantee | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co., Ltd. | Guaranty | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Occidental Petroleum Corporation | Guarantee | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Sumitomo Corporation of Americas | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Targa Resources GP LLC | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Tenaska Energy, Inc. | Guarantee | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | West Texas Gas, Inc. | Guaranty | $0.00 |
| SN EF Maverick, LLC | BP Corporation North America | Guaranty Agreement | $0.00 |
| SN EF Maverick, LLC | Tecpetrol Internacional S.L.U. | Guaranty | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Ternium Investments S.ar.1 | Guaranty | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Standby Letter of Credit | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC<br>SN Cotulla Assets, LLC | Trafigura Group PTE. LTD. | On Demand Guarantee | $0.00 |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Carnero G&P LLC | Irrevocable Standby Letter of Credit | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | U.S. Specialty Insurance Company<br>DJH Minerals LP<br>DJH Ranching LP<br>Cathexis Royalties & Minerals, LP<br>Cat HIL Piloncillo, LLC | Performance Bond #B010410 | $0.00 |
| SN Catarina, LLC | NextEra Energy Capital Holdings, Inc. | Guaranty to NAESB Master Agreement | $0.00 |
| SN EF Maverick, LLC | NextEra Energy Capital Holdings, Inc. | Guaranty to NAESB Master Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise Texas Pipeline LLC | Parent Company Guaranty dated 6/1/2017 | $0.00 |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 6/1/2017 | $0.00 |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 5/30/2017 | $0.00 |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 1/12/2017 | $0.00 |
| Sanchez Energy Corporation | Plains All American Pipeline, L.P. | Parent Company Guaranty dated 9/15/2016 | $0.00 |
| Sanchez Energy Corporation | Plains Gas Solutions, LLC | Parent Company Guaranty dated 9/15/2016 | $0.00 |
| Sanchez Energy Corporation | Plains Pipeline, L.P. | Parent Company Guaranty dated 9/15/2016 | $0.00 |
| Sanchez Energy Corporation | Plains South Texas Gathering LLC | Parent Company Guaranty dated 9/15/2016 | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Trafigura Trading LLC | Parent Company Guaranty dated 10/1/2017 | $0.00 |
| Sanchez Energy Corporation | Trimac Transportation Inc. | Parent Company Guaranty dated 6/23/2017 | $0.00 |
| Sanchez Energy Corporation | Venado EF L.P. | Parent Company Guaranty dated 5/30/2017 | $0.00 |
| SN EF Maverick, LLC | BNP Paribas | Letter of Credit | $0.00 |
| SN EF Maverick, LLC | Techgen, S.A. de C.V. | Guaranty Agreement | $0.00 |
| Sanchez Energy Corporation | Shell North America (US) LP | Guaranty | $0.00 |
| Sanchez Energy Corporation | Royal Bank of Canada, as Administrative Agent | Guaranty Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Royal Bank of Canada, as Administrative Agent | Security and Pledge Agreement Joinder | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Order for Services | $91,022.39 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Master Software License Agreement | $8,399.01 |
| Sanchez Energy Corporation | OFS Portal, LLC | Electronic Data Agreement | $0.00 |
| Sanchez Energy Corporation | Pitney Bowes | Lease Agreement | $0.00 |
| Sanchez Energy Corporation | Thomson Reuters | Order Form to the Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Detechtion | Master Customer Agreement | $0.00 |
| SN EF Maverick, LLC | Fleetmatics USA, LLC | Services Order Form | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Addendum To Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform License Agreement Part A: Master Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| SN Operating, LLC | SEMPCheck Services, Inc. | Terms of Service | $0.00 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Amendment to the Master Software License Agreement | $0.00 |
| SN Operating, LLC | Micro- Smart Systems, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Micro-Smart Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | iMEC US LLC | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | iMEC US LLC<br>iMec Corporation | Assignment and Novation to the Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQOD785 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQSD710 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQYZ947 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQYZ948 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WRAJ274 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WRAN373 | $0.00 |
| Sanchez Energy Corporation | Opportune Technologies LLC | Contract Invoice for Maintenance Services | $0.00 |
| Sanchez Energy Corporation | Nabors Driling Technologies USA, Inc. | Master Drilling Agreement (Daywork Onshore US) | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Monarch Silica, LLC | Master Product Purchase Agreement | $93,665.84 |
| Sanchez Energy Corporation | US Silica | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Monarch Silica LLC | Amendment No. 1 to Master Product Purchase Agreement | $0.00 |
| Sanchez Energy Corporation | Danos, LLC | Master Service Agreement | $158,876.27 |
| Sanchez Energy Corporation | RUSCO Operating, LLC | Master Service Agreement | $115,496.67 |
| Sanchez Energy Corporation | Weeks Environmental LLC | Master Service Agreement | $97,660.00 |
| Sanchez Energy Corporation | Fesco, Ltd. | Master Service Agreement | $74,911.81 |
| Sanchez Energy Corporation | MAC Automation, Inc. | Master Service Agreement | $7,013.50 |
| Sanchez Energy Corporation | Gateway Printing & Office Supply, Inc. | Master Service Agreement | $2,095.90 |
| Sanchez Energy Corporation Sanchez Energy Corporation | New Tech Global Ventures, LLC and its affiliates Sanchez Oil & Gas Corporation | Master Service Agreement | $945.00 |
| Sanchez Energy Corporation | Basic Energy Services, L.P. | Master Service Agreement | $360.00 |
| Sanchez Energy Corporation | Koru Advisors, LLC | Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pro-Gas Services, LLC | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Taurex Drill Bits, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | 3S Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | A&D Rentals, LLC dba A&D Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Accudata Systems, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy | Ace NDT, LLC | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | $0.00 |
| Sanchez Energy Corporation | Acme Truck Line, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ACTS OILFIELD SERVICES, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aegis Chemical Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aerion Rental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Affordable WM, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aggreko, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alamo Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Allesco | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ALPHA SERVICES, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alpha Tanks and Pumps II, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ALY ENERGY SERVICES INC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ambyint Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | American Eagle Logistics, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | American Sales and Service, Inc. | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock Partners Operating LLC | Addendum to Master Compression Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock | Revised Amendment of Schedule A's for Compression Services | $0.00 |
| SN EF Maverick, LLC | Archrock | Amendment of Schedule A's for Compression Services | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Arguindegui Oil Co II, LTD | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Automation-X Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | AWC, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | AXIO WIRELINE TX LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Badger Daylighting Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Baker Hughes Oilfield Operations, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Baseline Energy Services, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bassler Energy Services, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bayou Oilfield Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Beacon Supply Co, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bedrock Petroleum Consultants, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bestway Oilfield, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Big Star Trucking LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Black Gold Rental Tools, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | BlackHawk Datacom | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bluebonnet Energy Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bobby’s Industrial & Oilfield Repair, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bobwhite Energy Resources, L.P. and its affiliate Bobwhite Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Bottom Line Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bowman Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Buck Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Amendment to Master Services Contract | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Second Amendment to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | C&M Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cactus Pipe & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cactus Wellhead, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cdm Smith Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Century Graphics & Sign Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chase Controls, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chase Welding Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chemostrat Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chess Well Service, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chirality Research, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cinch Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Circle 8 Fluid Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Circle H Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cirildo Rodriguez | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Clements Fluids South Texas, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Coastal Supply Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cogent Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Colorado Materials, LTD | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Commercial Radio, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Complete Chemical Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Complete Chemical Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cook Pump & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crawford Electric Supply Company, Inc. | Amendment 1 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crawford Electric Supply Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crest Process Systems, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crest Pumping Technologies, LLC dba Nine Energy Service | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Compressco Operating LLC | Master Compression Services Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Inspection, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cypress Industries Oilfield Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy | D&B Flowback, LLC dba D&B Flowback | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | and Well Testing | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Dlugosch IV, LLC dba D&B Rental Service | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Deepwell Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Delta Fuel Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Delta Oil Tools, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Derrick Equipment Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Desert NDT, LLC dba shawcor | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Diamond G Inspection, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Diversified Well Logging, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | DR3 Hose & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Dupre Logistics, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Eastern Oil Well Service Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Edge Finance, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Elite Oil Field & Construction Services, LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Emergency Site Protection LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | $0.00 |
| Sanchez Energy Corporation | Energy Fishing & Rental Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ensign United States Drilling Inc. dba Ensign Well Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy | Epic Lift Systems, LLC | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | $0.00 |
| Sanchez Energy Corporation | Exceed Oilfield Equipment, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Expro Americas, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | FP Fabricators, LLC dba ProFab Construction | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Firebird Bulk Carriers, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Five O'clock Holdings, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flatrock Compression, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flatrock Compression, LTD | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fleaux Services of Louisiana LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fleet Maintenance Pro | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | FlexSteel USA, LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flow-Zone, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flowco Production Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flowfect, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | FTS International Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Francis Drilling Fluids, LTD. dba Envirochem | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Frio Energy Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Frontier Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Genesis Endeavors, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | GeoMark Research Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Gonzalez Weed Control & Construction, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Grand Slam Energy Services dba BOL, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Great Texas Compression, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Green Production Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Greene's Energy Group, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Grinning Bull, LLC dba Orkin Pest Control | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H & S Valve Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H5 Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Halliburton Energy Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ST Hans Brothers Industries, LP dba Hans Brothers Industries | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hawk Oil Field Service, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hawkins Lease Service, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Headwaters Group, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Herring Gas Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | High Tide Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H-I-S Paint Manufacturing Company, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Houston Modular Installation, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Howland Engineering and Surveying Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hy-Bon Engineering Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Industrial Piping Specialists, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Infinity Valve & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Infrastructure Networks, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Independence Oilfield Chemicals, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Innovex Downhole Solutions, Inc. | First Amendment To Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ivy Rod, Inc. dba Frontier Surveying Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J & J Pipe and Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J&M Premier Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | JF Ralston Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Jet Specialty, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Jim Davis Seed & Fertilizer Inc. dba Texas Custom Coaters | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kennedy Wire Rope and Sling Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Key Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kingsley Constructors, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kingsley Water Company, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | KLX Inc. dba KLX Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Knowles Enterprises, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kodiak Gas Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | KV Power, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Lean Drilling Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Legend Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Liberty Lift Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bud Griffin and Associates – San Antonio, LLC dba Liebert UPS Systems | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Magic Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Maverick Field Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McCoy-Rockford, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McMahan Welding Service, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mercer Valve Company, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Michelle Villegas dba Michelle's Cleaning Service | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mid-Coast Electric Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Miller Environmental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MMJ Pumps, LLC dba TXAM Pumps | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Momentum Pressure Control, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | | First Amendment to the Master Services | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Monarch Silica, LLC | Agreement | $0.00 |
| Sanchez Energy Corporation | Monarch Silica, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Morales Machine Shop & Transportation LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Moy's Water Well Drilling & Services of Texas, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MS Directional, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | New Prospect Company | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Choya Operating, LLC | Master Water Disposal Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| Sanchez Energy Corporation | Novosad Enterprises, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Oil Patch Petroleum, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Completion Resources, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Oilfield Tracking Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Orozco's, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | OSC Energy, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | OTA Compression, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | P and J Electric Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Park Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Patmo Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Pegasus Construction & Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Performance Wellhead & Frac Components, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Performance Chemical Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pico Propane Operating, LLC dba Pico Propane & Fuels | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pilot Thomas Logistics LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Through Completion, LLC | Amendment 1 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Through Completion, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Precision Pump & Valve, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Premier Fleet Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Premier Pump & Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Priority Energy Holdings, LLC & Subsidiaries | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pro Field Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Production Fire & Safety, LLC dba AmPro Strategic Alliance | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Profire Energy, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Puffer-Sweiven, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Quail Tools, L.P. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Quintana Energy Services LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Qwik Pipe, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | R360 Environmental Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rat Pac Enterprises, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rebel Testers Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Red-D-Arc Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Regio Express Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rem Torque Test, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Remote Operations Center, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | RioTex Swabbing, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rod and Tubing Services LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aveda Transportation Energy Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Micro Motion Inc. and Rosemount Inc. Instrument and Valve Services Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | RSI - Refinery Specialties, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tercel Oilfield Products USA, LLC dba Rubicon Oilfield International | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | RUDTUK Operating, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | R. W. DELANEY CONSTRUCTION CO. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | SageRider, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sanco Measurement Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sanford Water Works & Landscaping, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Scout Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Select Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | SEMPCheck Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sertek Oil and Gas Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Setpoint Intergrated Solutions, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McGuire Construction, LLC DBA Shoreline Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Slick Operating Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Smitty's Heavy Hauling, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | South Texas Speciality, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stellar Drilling Fluids, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stellar Oilfield Rentals LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stewart & Stevencon Power Products, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | STi Trucking, LLC d/b/a Stone Trucking | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Straight Line Construction, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stratagen, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | STRONG SERVICES, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | STX Process Equipment LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Suarez Bros. Crane & Heavy Haul, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Summit Pump & Safety. Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sunbelt Rental Industrial Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Technologies, L.L.C<br>H.B. Rentals, L.C.<br>Integrated Production Services, Inc.<br>International Snubbing Services, L.L.C.<br>Monument Well Service Co.<br>Texas CES, Inc.<br>Warrior Energy Services Corporation<br>Wild Well Control, Inc.<br>Workstrings International, L.L.C.<br>Alliance Energy Service Co. LLC<br>Superior Energy Services, L.L.C. and its Affiliates<br>Complete Energy Services, Inc.<br>Concentric Pipe and Tool Rentals, L.L.C.<br>Connection Technology, L.L.C<br>Production Management Industries, L.L.C<br>Pumpco Energy Services, Inc.<br>Stabil Dril Specialties, L.L.C.<br>Sub-Surface Tools, L.L.C<br>Superior Inspection Services, L.L.C | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Supreme Production Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Supreme Rental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Swift Technical Services, LLC dba Airswift | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | T & A Services Of Breaux Bridge, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tavo's Towing, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tenacious Torque, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tenaris Global Services USA Corp | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Automation Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Texas Premier Lease Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Swabbing Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | The Compliance Group, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Thru Tubing Solutions, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tiger Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Timberwolf Environmental, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Titan Chemical, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Top Gun Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tornado Production Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trans-Tech Energy, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trident Steel Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trifecta Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trio Equip. Rental & Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Triple S Trucking Co., Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ulterra Drilling Technologies, L.P. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | UltraQuip, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | United Engines LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | UV Logistics, LLC d/b/a United Vision | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Logistics | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Uvalde Fire Equipment, Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Vac Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Veolia Water Technologies, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Viper Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | W.W. Wireline Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Warrior Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Waukesha-Pearce Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Wayne Enterprises, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | We Mean Clean | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Weatherford International, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Well Master Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | White's T&J Oilfield Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Willda Beast, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Wildcat Oil Tools, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Williams Well Service, Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Windham Well Service, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | WS Energy Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Crossfire Compression and Vibration, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rock N Roll Caliche Sales, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tidal Logistics, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Express Energy Services Operation, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hadco Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | JK Protector Recovery Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mac NDT Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rathole Drilling, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Safety Skills, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | S&B Infrastructure Private, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | 5J Oilfield Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Apollo Lighting Solutions Inc. d/b/a Cleantek Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CLM Energy Services, LLC | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Crenshaw Enterprises, LLC d/b/a Tiger Industrial Rentals | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | J. Mark Smith & Associates, Inc. | Master Land Services Agreement | $0.00 |
| SN UR Holdings, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation | Geo Cam Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Golden Ranch Energy Services | Master Services Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | National Oilwell Varco LP | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Profire Energy Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Quality Energy | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B.enviroSAFE, LLC dba BAIR<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Chemoil Energy Services LLC<br>Chemoil Corporation<br>Sanchez Oil & Gas Corporation | Letter Re: Assignment of Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J. Mark & Associates, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Kent & Smith Holdings, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| SN Operating, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| SN UR Holdings, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Newpark Drilling Fluids LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | NewTec Energy Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | P&L Testing, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy | Coastal Chemical Co., LLC<br>Sanchez Oil & Gas Corporation | Sale of Products Rider to Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Scientific Drilling International Inc<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Tucker Energy Solutions, LLC<br>Sanchez Oil & Gas Corporation | Letter Agreement Re Major Service Agreement Party Name Change | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cudd Pressure Control, Inc. and Cudd Pumping Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | F P Fabricators, LLC d/b/a ProFab Construction | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MPS Enterprises, Inc. d/b/a Milford | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tuboscope, a Division of National Oilwell Varco, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | CJ Holding Co | Amendment to Master Services Contract | $0.00 |
| Sanchez Energy Corporation | Scientific Drilling International Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC<br>SN EF Maverick, LLC | CJ Holding Co | Amendment No. 2 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tercel Oilfield Products USA LLC d/b/a Rubicon Oilfield International | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | UV Logistics, LLC d/b/a United Vision Logistics and its Affiliates | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Dupre Logistics, LLC | Truck Transportation Agreement | $0.00 |
| SN Catarina, LLC | BASF Intertrade Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | BASF Intertrade Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | ENGIE Energy Marketing NA, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | ENGIE Energy Marketing NA, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Anadarko Energy Services Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Air Liquide Large Industries US, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ARM Energy Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | BG Energy Merchants, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC<br>SN Catarina, LLC | BP Energy Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | CIMA Energy, LTD | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Coahuila Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ConocoPhillips Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ConocoPhillips Company | Special Provisions to NAESB Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Direct Energy Business Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | DTE Energy Trading, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Hartree Partners, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Houston Pipe Line Company, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Howard Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Koch Energy Services, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Kinder Morgan Texas Pipeline, LLC | Amendment to Base Contract for Sale and | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | Kinder Morgan Tejas Pipeline, LLC | Purchase of Natural Gas | |
| SN Catarina, LLC | Kinder Morgan Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Macquarie Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Mercuria Energy America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | MMGS, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | WTG Gas Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Occidental Energy Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Pacific Summit Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Petrochina International (America), Inc | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Repsol Energy North America Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Sempra Gas & Power Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Sempra Gas & Power Marketing, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC Sanchez Energy Corporation | Shell Energy North America (US), LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Targa Gas Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tenaska Marketing Ventures | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tenaska Marketing Ventures | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trafigura Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | Trafigura Trading, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trailstone Na Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tripolarity Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Twin Eagle Resource Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | United Energy Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | BP Energy Comopany | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | Kinder Morgan Texas Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | Texla Energy Management, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Occidental Energy Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Master Agreement for Purchase, Sale or Exchange of Liquid Hydrocarbons | $0.00 |
| SN EF Maverick, LLC | Air Liquide Large Industries US, LP | Master Agreement for Purchase, Sale and Exchange of Liquid Hydrocarbons | $0.00 |
| SN EF Maverick, LLC | ARM Energy Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | BP Energy Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Calpine Energy Services, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | CIMA Energy, LTD | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Coahuila Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Cokinos Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | ConocoPhillips Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | ConocoPhillips Company | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Diamond Shamrock Refining Company, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Direct Energy Business Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | DTE Energy Trading, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Hartree Partners, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Houston Pipe Line Comapny, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Koch Energy Services, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Kinder Morgan Texas Pipeline, LLC<br>Kinder Morgan Texas Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Macquarie Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Mercuria Energy America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co. Energy Marketing and Services (USA), Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | WTG Gas Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Pacific Summit Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Petrochina International (America), Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Sempra Gas & Power Markering,LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Sempra Gas & Power Marketing, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC Sanchez Energy Corporation | Shell Energy North America (US), LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Superior Natural Gas Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Superior Natural Gas Corporation | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Techgen SA DE CV | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tenaska Marketing Ventures | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tenaska Marketing Ventures | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trafigura Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trafigura Trading, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trailstone Na Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tripolarity Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | United Energy Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Valero Refining - Texas, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Targa Gas Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| Sanchez Energy Corporation | Tenaris Global Services (USA) Corporation | Agreement For The Provision Of Goods | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co. Energy Marketing and Services (USA), Inc. | Amendment to Special Provisions to Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | NextEra Energy Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | WWM Logistics, LLC | Base Contract for Sale and Purchase of | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | | Natural Gas | |
| SN EF Maverick, LLC | WWM Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | TOTAL Gas & Power North America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | SN EF Maverick, LLC<br>SN Catarina, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | TOTAL Gas & Power North America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Western Gas Partners, LP | Sublease Agreement | $12,245.64 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to JOA | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to Letter Agreement Regarding Amendment to JOA dated March 14, 2012 | $0.00 |
| SN Marquis, LLC | Devon Energy Production Company L.P. | Operating Agreement | $0.00 |
| Sanchez Energy Corporation | Geosouthern Lavaca Properties, LLC | Operating Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2013 Amendment to JOA | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2013 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2014 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2015 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Operating, LLC<br>SN Cotulla Assets, LLC | Milagro Producing LLC<br>F-250, LLC<br>EnerQuest Oil and Gas, LLC | Operating Agreement | $0.00 |
| SN Cotulla Assets, LLC<br>SN Operating, LLC | F-250 LLC<br>Milagro Producing LLC<br>EnerQuest Oil and Gas LLC | Operating Agreement | $0.00 |
| SN EF MAVERICK, LLC | TXCO Energy Corp.<br>Anadarko E&P Company LP | Joint Exploration Agreement | $0.00 |
| SN EF MAVERICK, LLC | St. Mary Land & Exploration Company<br>TXCO Resources, Inc. | Ratification of Joint Exploration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Eagle Ford TX LP<br>SM Energy Company<br>Mitsui E&P Texas LP | Amendment to Joint Exploration Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Encana Oil & Gas (USA) Inc | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Australis TMS INC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Australis TMS INC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Palmetto LLC | SEP Holdings IV LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Burlington Resources Oil & Gas Co | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | BXP Partners IV LP | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | JWT Resources I LTD | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | RTM Production LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | US Enercorp LTD | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Walter Oil & Gas Corporation | Joint Operating Agmt | $0.00 |
| SN Cotulla Assets LLC | OOGC America LLC | Joint Operating Agmt | $0.00 |
| SN Cotulla Assets LLC | Jamestown Resources LLC | Joint Operating Agmt | $0.00 |
| SN Cotulla Assets LLC | OOGC America LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | XTO Energy Inc | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Bill D Bassore | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Carolyn S Wise | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Donald Powell | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Kathy Kennedy | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick, LLC Sanchez Energy Corporation | TPL SouthTex Processing Company, LP | Interruptible Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | TPL SouthTex Processing Company, LP by TPL SouthTex Processing Company, LLC, | First Amendment to the Interruptible Gas Gathering, Processing and Purchase | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | its General Partner | Agreement | |
| SN EF Maverick, LLC | Enterprise Texas Pipeline, LLC | Interruptible Gas Transportation Agreement for Intrastate Service | $0.00 |
| SN EF Maverick, LLC | Enterprise Texas Pipeline, LLC | Interruptible Gas Transportation Agreement for NGPA Section 311 Service | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Gatlin, Greet L. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy | | Phantom Award dated 04/15/2016 (5 yr.) - | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Heinson, Christopher D. | Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Logan, Rachel L. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Phillips, Louis A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Robinson, Holly C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Taliaferro, Kiera C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Tomaselli, John C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Ziegler, Michael T. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Preminor Inc | Proposal for Consulting Services | $55,543.88 |
| SN EF Maverick, LLC | T-COT, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | $55,140.94 |
| SN Operating, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | $10,469.23 |
| Sanchez Energy Corporation | McGinnis Lochbridge & Kilgore | Engagement Letter | $3,512.00 |
| SN EF Maverick, LLC | KPMG LLP | Engagement Letter Amendment | $0.00 |
| Sanchez Energy Corporation | KPMG LLP | Master Engagement Letter and Amendment | $0.00 |
| SN EF Maverick, LLC | T-COT, Inc. d/b/a Tax Consultants of Texas | Tax Examination Agreement | $0.00 |
| SN Operating, LLC | T-COT, Inc. d/b/a Tax Consultants of Texas | Tax Examination Agreement | $0.00 |
| SN EF Maverick, LLC | The Compliance Group, Inc. | Railroad Commission of Texas T-4 Management Program | $0.00 |
| SN Operating, LLC | The Compliance Group, Inc. | Railroad Commission of Texas T-4 Management Program | $0.00 |
| Sanchez Energy Corporation | CDM Smith Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Thru Completion, LLC | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Coax Solutions | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | HTK Consultants, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Prisma Info Systems Pvt Ltd | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Diversified Project Services International, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Medic First Aid International, Inc | Professional Services Agreement - #PSA-19-008 | $0.00 |
| Sanchez Energy Corporation | C&J Safety Solutions | Professional Services Contract | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Don Ray George & Associates, Inc. | Engineering Services Contract | $0.00 |
| Sanchez Energy Corporation | Gibbs & Bruns | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Aegis Energy Risk LLC | Agreement | $0.00 |
| Sanchez Energy Corporation | Norton Rose Fulbright US LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Richards Layton & Finger | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Dodson & Everett | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Huddleston Law Group | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Ernst & Young US LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Shipley Snell Montgomery LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | K & L Gates LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Heyman Enerio Gattuso & Hirzel LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Christopher D. Heinson | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Steven W. Adam | Professional Services Agreement | $0.00 |
| Sanchez Energy Corpration | Gibbs & Bruns | Amended Engagement Letter | $0.00 |
| Sanchez Energy Corporation | KPMG LLP | Engagement Letter | $0.00 |
| SN EF Maverick, LLC | Kodiak Services, LLC | Work Order | $86,683.07 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Service Order Number: 129506 Date: 05/17/2017 | $0.00 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Blanket Service Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Anadarko Petroleum Corp - Carrizo Springs | Contract Addendum - Transfer of Equipment | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas, LP<br>Carnero G&P, LLC | Letter Agreement | $0.00 |
| Sanchez Energy Corporation | Axip Energy Services, LP | Schedule to Services Contract | $0.00 |
| Sanchez Energy Corporation | Chemoil Corporation | Quick Pay Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Compressco | Service Order | $0.00 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Blanket Service Order | $0.00 |
| Sanchez Energy Corporation | Flogistix, LP | Service Agreement | $0.00 |
| Sanchez Energy Corporation | AGI Industries | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | ARC Energy Equipment, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Aztec Bolting Services, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Charter Pipe, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Charter Pipe, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Stim-Lab Inc. (A Core Labortories Company) | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Davenport Drilling | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy | DW Industries | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| Sanchez Energy Corporation | Eagle Pipe | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Endress + Hauser Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Endress+Hausser Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corp. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corp | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Flexsteel USA, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC Sanchez Energy Corporation | Flexsteel USA, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Gardner Denver Petroleum Pumps, LLC | Purchase Order | $0.00 |
| SN Operating, LLC Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Global Vessel & Tank | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation<br>SN Operating, LLC | Holt/Cat | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Intertek Upstream Services | Purchase Order | $0.00 |
| Sanchez Energy Corporation | JAG Energy Holdings | Purchase Order | $0.00 |
| SN EF Maverick, LLC | JAG Energy USA, Inc. | Purchase Contract | $0.00 |
| Sanchez Energy Corporation | JM Test Systems | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Kimber Oilfield Services LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Macon Concrete Products, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Macon Concrete Products, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | GJR Meyer Service, Inc. dba Meyer | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ModFlex | Purchase Order | $0.00 |
| SN Operating, LLC | Fiberspar Corporation | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | National Oilwell Varco, LP | Purchase Order | $0.00 |
| SN Operating, LLC | Fiberspar Corporation | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Nov-Tuboscope | Purchase Order | $0.00 |
| Sanchez Energy Corporation | NOV- Tuboscope | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | National Oilwell Varco, L.P. | Purchase Order | $0.00 |
| Sanchez Energy | Fiberspar Corporation (NOV- Fiber Glass | Purchase Order | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Systems) | | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation (NOV- Fiber Glass Systems) | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | National Oilwell Varco, L.P. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Odessa Pumps-Boerne | Purchase Order | $0.00 |
| Sanchez Energy Corporation | OverWatch Enterprise | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Pan Tech Corporation | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Petro Amigos Supply Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Petro Amigos Supply Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Petroleum Pipe Americas Corp. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Petroskills | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Polyco Pipe, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation<br>SN Operating, LLC | Romco Equipment Co. | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Shield Wellhead Protection/Speedy Containers | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Shield Wellhead Protection/Speedy Containers | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Tavo's Towing, LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Tenaris | Purchase Order | $0.00 |
| SN Operating, LLC | Tenaris | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Tes-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC<br>SN Catarina, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Tractor Supply Co. | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Transsupply, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Trident Steel | Purchase Order | $0.00 |
| SN EF Maverick, LLC | | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Twopro Energy Services LLC | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Wellflex Energy Solutions | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Wellflex Energy Solutions | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Fiix | Purchase Order | $0.00 |
| SN Operating, LLC | Milford - South Texas | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Pruitt's Frac Tanks South Texas LLC dba TP Services | Work Order | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Tenaris Global Services (USA) Corporation | Agreement for the Provision of Goods | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company LLC | Amendment No. 1 to Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company, LLC | Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company, LLC | Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC | | Base Contract for Sale and Purchase of | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | | Natural Gas | $0.00 |
| SN Catarina, LLC Sanchez Energy Corporation | | Consent Agreement | $0.00 |
| SN TMS LLC | Sanchez Oil & Gas Corporation | Pipeline And Surface Site Agmt. | $0.00 |
| SN Cotulla Assets LLC | Sanchez Oil & Gas Corporation | Water Usage Agreement | $0.00 |
| SN EF Maverick | SN EF UnSub; Anadarko E&P Onshore LLC; Gavilan Resources LLC | Non-Exclusive Data Use License and Access Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Restricted Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy | | Restricted Award dated 04/15/2016 (5 yr.) - | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Willinger, Gerald F. | Restrictive Covenant Agreement | $0.00 |
| SN Catarina, LLC | Swepi LP | Seismic Data License Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation Gavilan Resources, LLC (fka Aguila Production, LLC) | Non-Exclusive Seismic Data Use License Cochina 3D; Pelon 3D DID# | $0.00 |
| SN Palmetto, LLC | CML Exploration, LLC | Assignment of Ownership Rights in 3D Seismic Data and Data Use License Agreement | $0.00 |
| Sanchez Energy Corporation | CML Exploration, LLC | Data Use License | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Letter of Intent - Seismic License Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Letter Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Supplemental Agreement to the Master Geophysical Data Use License- SEI Reference Number 18-0429-3D | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Volume License Agreement | $0.00 |
| SANCHEZ ENERGY CORPORATION | Seismic Exchange Inc | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | Chesapeake Energy Corporation | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | OOGC AMERICA LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | Petty Energy LP | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | Chesapeake Exploration Limited Part | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | OOGC America LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN CATARINA LLC | Petty Energy LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Eng San Miguel Development LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Etna Energy, LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Seismic Lic & Exp Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Mitsui E&P Texas LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Fitzsimons Oil and Gas Management Trust<br>Galivan Resources LLC<br>Eagle Ford TX LP<br>Venado EF LP<br>Mitsui E&P Texas LP<br>ENG San Miguel Development LLC<br>Etna Energy LLC<br>SN EF UnSub Holdings, LLC | Amendment No. 1 to Geophysical and Seismic Data Use Agreement | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Fitzsimons Oil and Gas Management Trust<br>Galivan Resources LLC<br>Eagle Ford TX LP<br>Venado EF LP<br>Mitsui E&P Texas LP<br>ENG San Miguel Development LLC<br>Etna Energy LLC<br>SN EF Unsub, LP | Geophysical and Seismic Data Use Agreement | $0.00 |
| Sanchez Energy Corporation | Aguilar, Marvin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Ammoune, Brahim | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Arar, Sherin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Auguillard, Rhiana | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bayer, Scott | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Beyer, Keith | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Brandon, Tracy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Browder, Jay | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Calderon, Ramon | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy | | Confidential Separation Agreement and | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Canales, Luis | General Release | $0.00 |
| Sanchez Energy Corporation | Cohen, Benjamin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Condry, James | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Countryman, Amy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Cuevas, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | D'Souza, Danfix | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Dunning, Hayden | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | El Awad Ibrahim, Salim | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Falconer, Eric | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Farmer, David | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Foley, Justin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Garvin, Maria | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gifford, Will | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gonzalez Jr., Edwin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Green, Lucas | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Guedry, Joseph | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Hernandez, Yvonne | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Kellum, Russell | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy | | Confidential Separation Agreement and | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Kong, Xianhui | General Release | $0.00 |
| Sanchez Energy Corporation | MacLeod, C.W. | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Maldonado, Tomas | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Martinez, Marcos | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mendez, Adela | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Milano, Lourdes | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miller, Taminia | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Montes, Omar | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Moreno, Mike | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Munoz, Jesse | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Narvaiz, Melissa | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Norman Jr, Kent | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Olson, Matthew | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Peters, Christella | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Popp, Dana | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Rangel, Roger | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Refunjol, Xavier | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Reinhardt, Connor | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy | | Confidential Separation Agreement and | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Roman, Jeff | General Release | $0.00 |
| Sanchez Energy Corporation | Shen, Yijie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Smith, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Solis, Stefanie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Thompson, Amy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Trevino, Jesse | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Valin, Garry | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Varghese, Cybil | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Washington, Charlie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Wedgewood, Melinda | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Williams, Anjelica | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Williams, Christy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Woolley, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Yan, Bicheng | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Yu, Brian | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Zornes, Karen | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bailey, Angela | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bender, Justin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy | | Confidential Separation Agreement and | |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Gooden-Baker, Theresa | General Release | $0.00 |
| Sanchez Energy Corporation | Lane, David | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Lucken, Kimberlyn | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mabry III., James | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Marlow, Paul | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miller, Richard | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mollard, Brandie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Ramos, Joshua | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Settle, Lon | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Thompson, John | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Turner, Kenneth | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miguel, Moreno | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | U.S. Specialty Insurance Company | Performance Bond | $0.00 |
| SN Operating, LLC | RLI Insurance Company | Collateral Agreement and Receipt Bond #RLB0016002 and #RLB0015120 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company | Blanket Performance Bond #B010411 | $0.00 |
| SN EF Maverick, LLC | State of Texas, Railroad Commission of Texas, Oil and Gas Division<br>U.S. Specialty Insurance Company | Blanket Performance Bond P-5PB(2) Continuation Certificate #B010411 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Blanket Performance Bond P-5PB(2) Continuation Certificate #B010411 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company | Blanket Performance Bond - Bond #B011105 | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | Railroad Commission of Texas | | |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Railroad Commission of Texas - Continuation Certificate - Bond #B011105 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>Railroad Commission of Texas | Blanket Performance Bond #RlB0015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>ate of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate / Blanket Performance Bond #RlB015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate - Blanket Performance Bond #RLB0016002 | $0.00 |
| Sanchez Energy Corporation | RLI Indemnity Company<br>RLI Insurance Company | Indemnity Agreement | $0.00 |
| Sanchez Energy Corporation | U.S. Specialty Insurance Company | Payment and Indemnity Agreement No. 1058 | $0.00 |
| SN EF Maverick, LLC | IndemCo | Additional Named Principal Supplement | $0.00 |
| SN Operating, LLC | State of Texas, Railroad Commission of Texas, Oil and Gas Division<br>RLI Insurance Company | Continuation Certificate Bond #RLB0015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate Bond #RLB0016002 | $0.00 |
| SN EF Maverick, LLC | TPL SouthTex Transmission Company LP | Interruptible Interstate Gas Transportation Service Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL SouthTex Processing Company LP | Firm Gas Gathering Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL SouthTex Processing Company LP<br>Carnero Processing, LLC | Omnibus Amendment to the Gathering LLC and the Processing LLC Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Catarina, LLC | TPL Southtex Processing Company LP by TPL Southtex Pipeline Company LLC, its general partner | Amendment Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL Southtex Processing Company LP | Firm Gas Processing Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL Southtex Processing Company LP by TPL Southtex Pipeline Company LLC, its general partner | First Amendment to Firm Gas Processing Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Eagle Ford TX LP<br>Venado EF L.P.<br>Gavilan Resources, LLC | Amendment to Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX, LP<br>Carnero G&P, LLC<br>Gavilan Resources, LLC<br>Venado EF, LP | Memorandum of Amendment to Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Memorandum of Firm Gas Gathering Agreement | $0.00 |
| SN Catarina, LLC | Catarina Midstream, LLC | Firm Gathering and Processing Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Catarina Midstream, LLC | Amendment No.1 to Firm Gathering and Processing Agreement | $0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | ) | Case No. 19-34508 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF**
**SANCHEZ ENERGY CORPORATION AND ITS DEBTOR AFFILIATES**

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Elizabeth Freeman (TX Bar No. 24009222)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4284
Facsimile: (713) 308-4184
mcavenaugh@jw.com
efreeman@jw.com

*Counsel for the Debtors and*
*Debtors in Possession*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (TX Bar No. 00793386)
Lacy M. Lawrence (TX Bar No. 24055913)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

- and -

Ira S. Dizengoff (*pro hac vice*)
Lisa Beckerman (*pro hac vice*)
Jason P. Rubin (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com

- and -

James Savin (*pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

*Counsel for the Debtors and*
*Debtors in Possession*

Dated: April 30, 2020

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

**ARTICLE I. DEFINED TERMS, RULES OF INTERPRETATION, COMPUTATION OF TIME, GOVERNING LAW, AND OTHER REFERENCES ........ 1**
A. Defined Terms ........ 1
B. Rules of Interpretation ........ 11
C. Computation of Time ........ 12
D. Governing Law ........ 12
E. Reference to Monetary Figures ........ 12
F. Reference to the Debtors or the Reorganized Debtors ........ 12
G. Controlling Document ........ 12
**ARTICLE II. ADMINISTRATIVE AND PRIORITY CLAIMS ........ 12**
A. Administrative Claims ........ 12
B. Professional Fee Claims ........ 13
C. Priority Tax Claims ........ 14
D. Statutory Fees ........ 14
**ARTICLE III. CLASSIFICATION, TREATMENT, AND VOTING OF CLAIMS AND INTERESTS ........ 14**
A. Formation of Debtor Group for Convenience Purposes Only ........ 14
B. Classification of Claims and Interests ........ 15
C. Treatment of Classes of Claims and Interests ........ 15
D. Special Provision Governing Unimpaired Claims ........ 18
E. Elimination of Vacant Classes ........ 18
F. Voting Classes; Presumed Acceptance by Non-Voting Classes ........ 18
G. Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy Code ........ 19
H. Intercompany Interests ........ 19
I. Subordinated Claims and Interests ........ 19
**ARTICLE IV. PROVISIONS FOR IMPLEMENTATION OF THE PLAN ........ 19**
A. General Settlement of Claims, Interests, and Causes of Action ........ 19
B. Restructuring Transactions ........ 19
C. Sources of Consideration for Plan of Reorganization Distributions ........ 20
D. Lien-Related Litigation ........ 21
E. Continuation of Gavilan Proceeding ........ 22
F. Corporate Existence ........ 22
G. Vesting of Assets in the Reorganized Debtors ........ 22
H. Corporate Action ........ 23
I. New Organizational Documents ........ 23
J. Directors and Officers of Reorganized SN ........ 23
K. Retention of Current Workforce by Reorganized SN; Severance Payments ........ 23
L. Management Incentive Plan ........ 24
M. Effectuating Documents; Further Transactions ........ 24
N. Preservation of Causes of Action ........ 24
O. Exemption from Registration Requirements ........ 24
P. Cancellation of Instruments, Certificates, and Other Documents ........ 25
Q. Section 1146(a) Exemption ........ 25
R. DIP Agent Fees and Expenses ........ 26
**ARTICLE V. TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES ........ 26**
A. Assumption or Rejection of Executory Contracts and Unexpired Leases ........ 26
B. Claims Based on Rejection of Executory Contracts or Unexpired Leases ........ 26
C. Cure of Defaults for Assumed Executory Contracts and Unexpired Leases ........ 27
D. Indemnification Obligations ........ 28
E. Insurance Policies ........ 28
F. Modifications, Amendments, Supplements, Restatements, or Other Agreements ........ 28
G. Contracts and Leases After the Petition Date ........ 28
H. Reservation of Rights ........ 28
**ARTICLE VI. PROVISIONS GOVERNING DISTRIBUTIONS ........ 29**
A. Distributions on Account of Claims Allowed as of the Effective Date ........ 29
B. Rights and Powers of the Disbursing Agent ........ 29
C. Special Rules for Distributions to Holders of Disputed Claims ........ 29

**TABLE OF CONTENTS (CONT'D)**

**Page**


D. Delivery of Distributions ....30
E. Claims Paid or Payable by Third Parties ....32
F. Setoffs ....33
G. Allocation Between Principal and Accrued Interest ....33
H. No Postpetition Interest on Claims ....33

**ARTICLE VII. PROCEDURES FOR RESOLVING DISPUTED CLAIMS ....34**

A. Allowance of Claims ....34
B. Claims Administration Responsibilities ....34
C. Estimation of Claims ....34
D. Adjustment to Claims Without Objection ....35
E. Time to File Objections to Claims ....35
F. Disallowance of Claims ....35
G. Amendments to Claims ....35
H. No Distributions Pending Allowance ....35
I. Distributions After Allowance ....35

**ARTICLE VIII. EFFECT OF CONFIRMATION OF THE PLAN ....36**

A. Discharge of Claims and Termination of Interests ....36
B. Exculpation ....36
C. Injunction ....36
D. Protection Against Discriminatory Treatment ....37
E. Release of Liens ....37
F. Reimbursement or Contribution ....38
G. Recoupment ....38
H. Subordination Rights ....38

**ARTICLE IX. DEADLINE FOR EFFECTIVE DATE; CONDITIONS PRECEDENT TO THE EFFECTIVE DATE ....38**

A. Deadline for Occurrence of the Effective Date ....38
B. Conditions Precedent to the Effective Date of the Plan ....38
C. Waiver of Conditions ....39
D. Effect of Non-Occurrence of Conditions to Consummation ....39
E. Substantial Consummation ....39

**ARTICLE X. MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE PLAN ....39**

A. Modification of Plan ....39
B. Effect of Confirmation on Modifications ....39
C. Revocation or Withdrawal of Plan ....39

**ARTICLE XI. RETENTION OF JURISDICTION ....40**

**ARTICLE XII. MISCELLANEOUS PROVISIONS ....41**

A. Immediate Binding Effect ....41
B. Additional Documents ....41
C. Dissolution of the Creditors' Committee ....42
D. Payment of Statutory Fees ....42
E. Reservation of Rights ....42
F. Successors and Assigns ....42
G. Service of Documents ....43
H. Term of Injunctions or Stays ....43
I. Entire Agreement ....44
J. Plan Supplement ....44
K. Non-Severability ....44
L. Votes Solicited in Good Faith ....44
M. Closing of Chapter 11 Cases ....44
N. Waiver or Estoppel ....44

# INTRODUCTION

Sanchez Energy Corporation and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases propose this amended joint chapter 11 plan of reorganization pursuant to chapter 11 of title 11 of the United States Code. Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in Article I.A hereof. Although proposed jointly for administrative purposes, the Plan constitutes a separate plan for each of the foregoing entities and each of the foregoing entities is a proponent of the Plan within the meaning of section 1129 of the Bankruptcy Code.

Reference is made to the accompanying *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and Its Debtor Affiliates* for a discussion of the Debtors' history, business, properties and operations, valuation, projections, risk factors, a summary and analysis of the Plan and the transactions contemplated thereby, and certain related matters.

ALL HOLDERS OF CLAIMS AND INTERESTS, TO THE EXTENT APPLICABLE, ARE ENCOURAGED TO READ THIS PLAN AND THE DISCLOSURE STATEMENT IN THEIR ENTIRETY BEFORE VOTING TO ACCEPT OR REJECT THIS PLAN.

## ARTICLE I.
## DEFINED TERMS, RULES OF INTERPRETATION, COMPUTATION OF TIME, GOVERNING LAW, AND OTHER REFERENCES

A. Defined Terms

As used in the Plan, capitalized terms have the meanings set forth below.

1. "*2020 Non-Executive Bonus Program*" means the employee bonus program for 2020.

2. "*2021 Unsecured Notes Indenture*" means that certain Indenture, dated as of June 13, 2013, among SN, the guarantors party thereto and Delaware Trust Company, as successor trustee, for 7.75% senior notes due June 15, 2021.

3. "*2023 Unsecured Notes Indenture*" means that certain Indenture, dated as of June 27, 2014, among SN, the guarantors party thereto and Delaware Trust Company, as successor trustee, for 6.125% senior notes due January 15, 2023.

4. "*Administrative Claim*" means a Claim incurred by the Debtors on or after the Petition Date and before the Effective Date constituting a cost or expense of administration of the Chapter 11 Cases of a kind specified under section 503(b) and entitled to priority under sections 507(a)(2) or 507(b) of the Bankruptcy Code, including: (a) the actual and necessary costs and expenses incurred on or after the Petition Date until and including the Effective Date of preserving the Estates and operating the Debtors' businesses; (b) Allowed Professional Fee Claims; (c) any Allowed Claim of Royal Bank of Canada as predecessor collateral trustee under the Collateral Trust Agreement in the amount of any reasonable documented fees and expenses for services rendered in connection with outstanding First-Out Obligations (as defined in the Final DIP Order) and solely to the extent provided for in the Collateral Trust Agreement; and (d) all fees and charges assessed against the Estates pursuant to section 1930 of chapter 123 of title 28 of the United States Code.

5. "*Administrative Claims Bar Date*" means the deadline for Filing requests for payment of Administrative Claims, which: (i) with respect to Administrative Claims other than Professional Fee Claims, shall be 30 days after the Effective Date; and (ii) with respect to Professional Fee Claims, shall be 60 days after the Effective Date.

6. "*Affiliate*" means, with respect to any Person, all Persons that would fall within the definition assigned to such term in section 101(2) of the Bankruptcy Code, if such Person was a debtor in a case under the Bankruptcy Code.

7. "*Allowed*" means with respect to any Claim or Interest: (a) a Claim or Interest as to which no objection has been filed within the applicable time period fixed by the Plan, the Bankruptcy Code, the Bankruptcy Rules or the Bankruptcy Court and that is evidenced by a Proof of Claim or Interest, as applicable, timely filed by the applicable Bar Date, or that is not required to be evidenced by a filed Proof of Claim or Interest, as applicable, under the Plan, the Bankruptcy Code, or a Final Order; (b) a Claim or Interest that is scheduled by the Debtors as neither disputed, contingent, nor unliquidated, and as for which no Proof of Claim or Interest, as applicable, has been timely filed; or (c) a Claim or Interest that is Allowed (i) pursuant to the Plan or Final Order, (ii) in any stipulation that is approved by the Bankruptcy Court, or (iii) pursuant to any contract, instrument, indenture, or other agreement entered into or assumed in connection herewith. Except as otherwise specified in the Plan or any Final Order, the amount of an Allowed Claim shall not include interest or other charges on such Claim from and after the Petition Date. No Claim of any Entity subject to section 502(d) of the Bankruptcy Code shall be deemed Allowed unless and until such Entity pays in full the amount that it owes such Debtor or Reorganized Debtor, as applicable.

8. "*Authorized Plan Distribution Shares*" means the shares of New Common Stock available for distribution under the Plan on account of Claims, which shares shall be authorized on the Effective Date and issued in accordance with the Plan.

9. "*Avoidance Actions*" means any and all avoidance, recovery, subordination, or other Claims, actions, or remedies that may be brought by or on behalf of the Debtors or their Estates or other authorized parties in interest under chapter 5 of the Bankruptcy Code or related applicable non-bankruptcy law, including actions or remedies under sections 502, 510, 542, 544, 545, and 547 through and including 553 of the Bankruptcy Code.

10. "*Bankruptcy Code*" means title 11 of the United States Code, 11 U.S.C. § § 101-1532, as amended from time to time as applicable to these Chapter 11 Cases.

11. "*Bankruptcy Court*" means the United States Bankruptcy Court for the Southern District of Texas, having jurisdiction over the Chapter 11 Cases, and, to the extent of the withdrawal of reference under 28 U.S.C. § 157 and/or the General Order of the District Court pursuant to section 151 of title 28 of the United States Code, the United States District Court for the Southern District of Texas.

12. "*Bankruptcy Rules*" means the Federal Rules of Bankruptcy Procedure promulgated under section 2075 of title 28 of the United States Code, and the general, local, and chambers rules of the Bankruptcy Court as applicable to these Chapter 11 Cases.

13. "*Bar Date*" means the date established by the Bankruptcy Court by which Proofs of Claim must be filed pursuant to the *Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; and (IV) Approving Notice of Bar Dates* [Docket No. 617] (the "Bar Date Order"), which is January 10, 2020 at 5:00 p.m., prevailing Central Time for all Holders of Claims except for (i) governmental units, for which the Bar Date is February 7, 2020 at 5:00 p.m., prevailing Central Time and (ii) certain other exceptions as set forth in the Bar Date Order.

14. "*Carve-Out Trigger Notice Reserves*" means the Pre-Carve-Out Trigger Notice Reserve and the Post-Carve-Out Trigger Notice Reserve.

15. "*Cash*" means the legal tender of the United States of America or the equivalent thereof, including bank deposits and checks.

16. "*Causes of Action*" means any Claims, Interests, damages, remedies, causes of action, demands, rights, actions, suits, obligations, liabilities, accounts, defenses, offsets, powers, privileges, licenses, and franchises of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, matured or unmatured, suspected or unsuspected, in tort, law, equity, or otherwise. Causes of Action also include: (a) all rights of setoff, counterclaim, or recoupment and claims on contracts or for breaches of duties imposed by law; (b) the right to object to or otherwise contest Claims or Interests; (c) claims

pursuant to sections 362, 510, 542, 543, 544 through 550, or 553 of the Bankruptcy Code; and (d) such claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in section 558 of the Bankruptcy Code.

17. "*Certificate*" means any instrument evidencing a Claim or an Interest.

18. "*Chapter 11 Cases*" means when used with reference to a particular Debtor, the case pending for that Debtor under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and when used with reference to more than one Debtor, the procedurally consolidated and jointly administered chapter 11 cases pending for all such Debtors in the Bankruptcy Court.

19. "*Claim*" has the meaning set forth in section 101(5) of the Bankruptcy Code.

20. "*Claims, Noticing and Solicitation Agent*" means Prime Clerk, LLC, the claims, noticing and solicitation agent retained by the Debtors in the Chapter 11 Cases.

21. "*Claims Objection Bar Date*" means the deadline for objecting to a Claim, which shall be on the date that is the later of (a) 180 days after the Effective Date and (b) such other period of limitation as may be specifically fixed by the Debtors or the Reorganized Debtors, as applicable, or by an order of the Bankruptcy Court for objecting to Claims.

22. "*Claims Register*" means the official register of Claims maintained by the Claims, Noticing and Solicitation Agent or the Bankruptcy Court.

23. "*Class*" means a category of Holders of Claims or Interests pursuant to section 1122(a) of the Bankruptcy Code.

24. "*Collateral Trust Agreement*" means the Collateral Trust Agreement, dated as of February 14, 2018, among SN, the grantors and guarantors from time to time party hereto, the First-Out Representative (as defined in the Collateral Trust Agreement), the First Lien Representative (as defined in the Collateral Trust Agreement), the other Priority Lien Representatives (as defined in the Collateral Trust Agreement) and the Collateral Trustee.

25. "*Collateral Trustee*" means Wilmington Trust, N.A., in its capacity as successor collateral trustee under the Collateral Trust Agreement.

26. "*Confirmation*" means entry of the Confirmation Order on the docket of the Chapter 11 Cases, subject to the conditions set forth in the Plan.

27. "*Confirmation Date*" means the date on which the Bankruptcy Court enters the Confirmation Order on the docket of the Chapter 11 Cases within the meaning of Bankruptcy Rules 5003 and 9021.

28. "*Confirmation Hearing*" means the hearing held by the Bankruptcy Court to consider Confirmation of the Plan pursuant to section 1129 of the Bankruptcy Code.

29. "*Confirmation Order*" means an order of the Bankruptcy Court confirming the Plan pursuant to section 1129 of the Bankruptcy Code.

30. "*Consummation*" means the occurrence of the Effective Date, subject to the conditions set forth in the Plan.

31. "*Creditor*" has the meaning set forth in section 101(10) of the Bankruptcy Code.

32. "*Creditors' Committee*" means the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases.

33. "*CRO*" means the Debtors' chief restructuring officer, Mohsin Y. Meghji.

34. "*Cure Claim*" means a Claim (unless waived or modified by the applicable counterparty) based upon a Debtors' default(s) prior to the Effective Date under an Executory Contract or an Unexpired Lease assumed, or assumed and assigned, by such Debtor under section 365 of the Bankruptcy Code, other than a default that is not required to be cured pursuant to section 365 of the Bankruptcy Code.

35. "*D&O Liability Insurance Policies*" means all insurance policies (including any "tail policy") of any of the Debtors for liability of any current or former directors, managers, officers, and members.

36. "*Debtors*" means SN and its direct and indirect subsidiaries that filed petitions under chapter 11 on the Petition Date.

37. "*DIP Agent*" means Wilmington Savings Fund Society, FSB, or any successor thereto, as administrative agent and collateral agent under the DIP Credit Agreement, solely in its capacity as such.

38. "*DIP Agent Fees and Expenses*" means the reasonable and documented compensation, fees, expenses, disbursements, and indemnity claims incurred by the DIP Agent, including, without limitation, attorneys' and agents' fees, expenses, and disbursements incurred by the DIP Agent, to the extent payable or reimbursable under the DIP Credit Agreement. For the avoidance of doubt, the DIP Agent Fees and Expenses shall include, but are not limited to, the reasonable and documented fees, expenses, and disbursements of counsel.

39. "*DIP Claims*" means all Claims held by the DIP Lenders or the DIP Agent in the amount of $150,000,000 plus (a) all amounts previously paid pursuant to the Final DIP Order, and (b) all accrued and unpaid interest, fees, costs, expenses and other amounts due and owing under the Final DIP Order, the DIP Credit Agreement, or otherwise. The DIP Claims are hereby Allowed Secured Claims and/or Administrative Claims in an amount no less than the value of the DIP Equity Distribution.

40. "*DIP Credit Agreement*" means that certain Amended and Restated Senior Secured Debtor-in-Possession Term Loan Credit Agreement, dated as of January 28, 2020, by and among SN, as borrower, each of the other applicable Debtors, as guarantors, each of the lenders from time to time party thereto, and the DIP Agent, with any permitted amendments, modifications, or supplements thereto.

41. "*DIP Equity Distribution*" means 20% of the Authorized Plan Distribution Shares, which shall constitute 100% of the shares of New Common Stock issued by the Reorganized Debtors on the Effective Date.

42. "*DIP Fee Claims*" means (a) the DIP Agent Fees and Expenses, (b) the Secured Trustees Fees and Expenses and (c) the Secured Ad Hoc Group Fees.

43. "*DIP Lenders*" means lenders under the DIP Credit Agreement, solely in their capacity as such.

44. "*Disallowed*" means, with respect to any Claim, a Claim or any portion thereof that: (a) has been disallowed by a Final Order; (b) is listed in the Schedules as zero or as contingent, disputed, or unliquidated and as to which no Proof of Claim or request for payment of an Administrative Claim has been timely Filed or deemed timely Filed with the Bankruptcy Court or the Claims, Noticing and Solicitation Agent pursuant to either the Bankruptcy Code or any Final Order of the Bankruptcy Court or otherwise deemed timely Filed under applicable law or the Plan; (c) is not listed in the Schedules and as to which no Proof of Claim or request for payment of an Administrative Claim has been timely Filed or deemed timely Filed with the Bankruptcy Court or the Claims, Noticing and Solicitation Agent pursuant to either the Bankruptcy Code or any Final Order of the Bankruptcy Court or otherwise deemed timely Filed under applicable law or the Plan; (d) has been withdrawn by agreement of the applicable Debtor and the Holder thereof; or (e) has been withdrawn by the Holder thereof.

45. "*Disbursing Agent*" means the Debtors or the Reorganized Debtors, as applicable, or the Entity or Entities selected by the Debtors or the Reorganized Debtors to make or facilitate distributions contemplated under the Plan.

46. "*Disclosure Statement*" means the disclosure statement for the Plan, as supplemented from time to time, including all exhibits, supplements, modifications, amendments, annexes, attachments, and schedules thereto.

47. "*Disclosure Statement Order*" means the order entered by the Bankruptcy Court conditionally approving the Disclosure Statement, entered on April 9, 2020 [Docket No. 1118].

48. "*Disputed*" means, with respect to any Claim, any Claim that is neither Allowed nor Disallowed.

49. "*Distribution Date*" means, except as otherwise set forth herein and except with respect to distributions to holders of securities held through DTC, the date or dates determined by the Debtors or Reorganized Debtors, as applicable, on or after the Effective Date, upon which the Disbursing Agent shall make distributions to Holders of Allowed Claims entitled to receive distributions under the Plan.

50. "*DTC*" means Depository Trust Company.

51. "*Effective Date*" means, with respect to the Plan, the date that is a Business Day selected by the Debtors on which: (a) no stay of the Confirmation Order is in effect; (b) all conditions precedent specified in Article IX. hereof have been satisfied or waived (in accordance with Article IX.C); and (c) the Plan is declared effective by the Debtors.

52. "*Entity*" means as defined in section 101(15) of the Bankruptcy Code.

53. "*Estate*" means as to each Debtor, the estate created for the Debtor in its Chapter 11 Case pursuant to section 541 of the Bankruptcy Code.

54. "*Exculpated Parties*" means collectively, and in each case in its capacity as such: (a) the Debtors and the Reorganized Debtors; (b) the Creditors' Committee and its current and former members; and (c) with respect to each of the foregoing Entities in clauses (a) and (b), each of their respective current and former directors, officers, members, employees, partners, managers, independent contractors, agents, representatives, principals, professionals, consultants, financial advisors, attorneys, accountants, investment bankers, and other professional advisors, in each case, solely in their capacity as such. For the avoidance of doubt, the Exculpated Parties shall not include the Sanchez Parties, SOG, SNMP or direct or indirect non-Debtor subsidiaries of SN.

55. "*Exculpation Claims*" has the meaning set forth in Article VIII.B.

56. "*Executory Contract*" means a contract to which one or more of the Debtors is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

57. "*Existing Interests*" means, collectively, (a) the Existing SN Preferred Interests and (b) the Existing SN Common Interests.

58. "*Existing SN Common Interests*" means Interests in SN arising from or related to the Existing SN Common Stock.

59. "*Existing SN Common Stock*" means the shares of common stock issued by SN.

60. "*Existing SN Preferred Interests* means Interests in SN arising from or related to the Existing SN Preferred Stock.

61. "*Existing SN Preferred Stock*" means the shares of (a) 4.875% Convertible Perpetual Preferred Stock, Series A and (b) 6.500% Convertible Perpetual Preferred Stock, Series B, each with a par value of $0.01 per share.

62. "*File*," "*Filed*," and "*Filing*" means file, filed, or filing in the Chapter 11 Cases with the Bankruptcy Court, or, with respect to the filing of a Proof Claim or proof of Interest, the Claims, Noticing and Solicitation Agent.

63. "*Final DIP Order*" means the *Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. §§ 363 and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* [Docket No. 865].

64. "*Final Fee Application*" means an application for final request for payment of Professional Fee Claims.

65. "*Final Order*" means, as applicable, an order or judgment of the Bankruptcy Court or other court of competent jurisdiction with respect to the relevant subject matter that has not been reversed, stayed, modified, or amended, and as to which the time to appeal or seek certiorari has expired and no appeal or petition for certiorari has been timely taken, or as to which any appeal that has been taken or any petition for certiorari that has been or may be filed has been resolved by the highest court to which the order or judgment could be appealed or from which certiorari could be sought; *provided* that the possibility that a request for relief under Rule 60 of the Federal Rules of Civil Procedure or any analogous rule under the Bankruptcy Rules or the Local Bankruptcy Rules of the Bankruptcy Court or applicable non-bankruptcy law may be filed relating to such order shall not prevent such order from being a Final Order.

66. "*Final Shared Services Order*" means the *Final Order Authorizing Debtors to Continue Performance of Obligations Under the Shared Services Arrangements* [Docket No. 733].

67. "*Gavilan*" means Gavilan Resources, LLC.

68. "*Gavilan Proceeding*" means the adversary proceeding commenced against SN EF Maverick, LLC, et al., by Gavilan (Adv. Pro. No. 20-03021).

69. "*General Unsecured Claim*" means any Claims other than: (a) an Administrative Claim; (b) an Other Secured Claim; (c) an Other Priority Claim; (d) a Priority Tax Claim; (e) a Secured Notes Claim; (f) an Intercompany Claim; (g) a Section 510(b) Claim; or (h) a DIP Claim.

70. "*Holder*" means an entity holding a Claim or Interest, as applicable.

71. "*Impaired*" means with respect to any Class of Claims or Interests, a Class of Claims or Interests that is impaired within the meaning of section 1124 of the Bankruptcy Code.

72. "*Indentures*" means, collectively, the Secured Notes Indenture, the 2021 Unsecured Notes Indenture and the 2023 Unsecured Notes Indenture.

73. "*Indenture Trustees*" means the Secured Notes Indenture Trustee and the Unsecured Notes Indenture Trustee.

74. "*Indemnified Parties*" means the following Exculpated Parties in their capacities as such: (i) members of the Debtors' current workforce who are employed by the Reorganized Debtors after the Effective Date; (ii) Mohsin Y. Meghji; (iii) Eugene I. Davis; (iv) Adam C. Zylman; (v) Cameron W. George; and (vi) Gregory B. Kopel.

75. "*Indemnification Obligations*" means each of the Debtors' existing indemnification provisions in place and effect as of the Effective Date, whether in the Debtors' bylaws, certificates of incorporation, other formation documents, board resolutions, management or indemnification agreements, employment contracts, or otherwise, for the current and former directors, officers, managers, attorneys, accountants, investment bankers, and other professionals, advisors and agents of the Debtors, as applicable.

76. "*Intercompany Claim*" means a Claim held by a Debtor against another Debtor.

77. "*Intercompany Interest*" means an Interest in any Debtor other than SN.

78. "*Interest*" means any equity security (as defined in section 101(16) of the Bankruptcy Code) in any Debtor, including issued, unissued, authorized, or outstanding shares of stock, together with any warrants, options or rights to purchase or acquire such interests at any time.

79. "*Lien*" has the meaning set forth in section 101(37) of the Bankruptcy Code.

80. "*Lien Challenge Complaint*" means the complaint filed by the Debtors on March 10, 2020 in the adversary proceeding titled Sanchez Energy Corporation, et al. v. Royal Bank of Canada, Wilmington Savings Fund Society, FSB and Wilmington Trust, National Association (Adv. Pro. No. 20-03057).

81. "*Lien-Related Litigation*" means all litigation related to challenges to the allowance, priority, scope or validity of the liens and/or Claims of the Prepetition Secured Parties (as defined in the Final DIP Order) or the priority or scope of the liens and/or Claims of the DIP Lenders, including any litigation regarding (i) the interpretation of the Final DIP Order and other matters regarding the scope of the collateral securing the DIP Claims, (ii) the amount and characterization of the DIP Claims (including the Final DIP Order's treatment of new-money DIP Claims and roll-up DIP Claims), (iii) the amount of any deficiency claim of the DIP Lenders, (iv) adequate protection claims pursuant to section 507(b) of the Bankruptcy Code (including issues regarding diminution in value, and any recharacterization or disgorgement of adequate protection payments made pursuant to the Final DIP Order, or any prior interim order), (v) the applicability of the equities of the case doctrine under section 552 of the Bankruptcy Code, (vi) all Causes of Action referenced and asserted in the Lien Challenge Complaint, (vii) the claim objections filed by the Creditors' Committee on March 10, 2020, at Docket No. 1027, (viii) the value of Causes of Action, and (ix) the relative value of encumbered and unencumbered assets. For purposes of clarification, nothing in the Plan or the Confirmation Order shall alter, amend, or otherwise limit any rights, claims, or defenses that may or could be asserted by the DIP Lenders, DIP Agent, Collateral Trustee, Secured Notes Indenture Trustee, or any Holders of DIP Claims or Senior Notes Claims in connection with or in defense of the Lien-Related Litigation, irrespective of whether such rights, claims, or defenses arose before or after the Petition Date and whether provided or arising under the Final DIP Order, applicable agreements, applicable law, or otherwise.

82. "*Lien-Related Litigation Creditor Representative*" means a representative, as selected by the Creditors' Committee, of general unsecured creditors in the Lien-Related Litigation.

83. "*Management Incentive Plan*" means a post-Effective Date management incentive plan for the directors and officers of the Reorganized Debtors, which shall be implemented in accordance with Article IV of the Plan.

84. "*New Common Stock*" means the common stock of Reorganized SN to be issued pursuant to the Plan.

85. "*New Executive Employment Agreements*" means the new employment agreements, dated as of the Effective Date, to employ (a) Cameron W. George and (b) Gregory B. Kopel.

86. "*New Organizational Documents*" means the form of the certificates or articles of incorporation, certificates of designation, bylaws, or such other applicable formation documents, of each of the Reorganized Debtors, including the New Stockholders' Agreement, if any.

87. "*New Stockholders' Agreement*" means the stockholder or similar agreement, if any, with respect to the New Common Stock.

88. "*Non-Participating Professional*" means any Professional that is not a Participating Professional on or before the Confirmation Date.

89. "*Notice of Assumption*" means a notice to be sent to each applicable counterparty identified in the Schedule of Assumed Executory Contracts and Unexpired Leases as set forth in Article VI.C.

90. "*Notice of Rejection*" means a notice to be sent to each applicable counterparty identified in the Schedule of Rejected Executory Contracts and Unexpired Leases as set forth in Article VI.B.

91. "*Other Priority Claim*" means any Claim entitled to priority in right of payment under section 507(a) of the Bankruptcy Code, to the extent such Claim has not already been paid during the Chapter 11 Cases, other than an Administrative Claim or a Priority Tax Claim.

92. "*Other Secured Claim*" means any Secured Claim other than the DIP Claims and the Secured Notes Claims.

93. "*Participating Professionals*" means all Professionals that have elected to participate in the Professional Fee Settlement on or before the Confirmation Date, specifically: Akin Gump Strauss Hauer & Feld LLP, Alvarez & Marsal North America, LLC, Gibbs & Bruns LLP, Jackson Walker LLP, KPMG LLP, M-III Advisory Partners LP, Moelis & Company LLC, Prime Clerk LLC, Ropes & Gray LLP, and Richards Layton & Finger, P.A. No Participating Professionals may be added to this list without the consent of the Requisite DIP Lenders.

94. "*Person*" means an individual, corporation, partnership, limited liability company, joint venture, trust, estate, unincorporated association, governmental entity, or political subdivision thereof, or any other Entity.

95. "*Petition Date*" means the date on which the Debtors commenced the Chapter 11 Cases.

96. "*Plan*" means this amended joint chapter 11 plan (as it may be amended or supplemented from time to time, including all exhibits, schedules, supplements, appendices, annexes and attachments hereto).

97. "*Plan Supplement*" means the compilation of documents and forms of documents, schedules, and exhibits to the Plan, to be Filed by the Debtors as soon as reasonably practicable prior to the Confirmation Hearing, or such later date as may be approved by the Bankruptcy Court on notice to parties in interest, and any additional documents Filed with the Bankruptcy Court prior to the Effective Date as amendments to the Plan Supplement. The Plan Supplement shall include the following (a) the New Organizational Documents; (b) the Schedule of Rejected Executory Contracts and Unexpired Leases; (c) the Schedule of Assumed Executory Contracts and Unexpired Leases; (d) a schedule of retained Causes of Action; (e) a disclosure of the members of the Reorganized SN Board; and (f) the New Executive Employment Agreements and the identities of the officers of Reorganized SN.

98. "*Post-Carve-Out Trigger Notice Reserve*" has the meaning ascribed to it in the Final DIP Order.

99. "*Post-Effective Date Equity Distribution*" means 80% of the Authorized Plan Distribution Shares, which shall be issued and distributed to Holders of Allowed Claims in Classes 3, 4 and/or 5 as ordered by the Bankruptcy Court in connection with adjudication or other resolution of the Lien-Related Litigation.

100. "*Pre-Carve-Out Trigger Notice Reserve*" has the meaning ascribed to it in the Final DIP Order.

101. "*Priority Tax Claims*" means Claims of governmental units of the type described in section 507(a)(8) of the Bankruptcy Code.

102. "*Pro Rata*" means (a) when referring to Claims or Interests within a single Class, the proportion that an Allowed Claim or Interest in such Class bears to the aggregate amount of the Allowed Claims or Interests in that Class, or (b) when referring to Claims or Interests within more than one Class, the proportion that an Allowed Claim or Interest bears to the aggregate amount of the Allowed Claims or Interests within all applicable Classes.

103. "*Professional*" means an entity employed pursuant to a Bankruptcy Court order in accordance with sections 327 or 1103 of the Bankruptcy Code and to be compensated for services rendered before or on the confirmation date, pursuant to sections 327, 328, 329, 330, or 331 of the Bankruptcy Code.

104. "*Professional Fee Claims*" means all Administrative Claims for the compensation of Professionals and the reimbursement of expenses incurred by such Professionals through and including the Effective Date.

105. "*Professional Fee Settlement*" means the settlement between and among the Participating Professionals, the Debtors and the Secured Ad Hoc Group set forth in Article II.B.

106. "*Professional Fee Settlement Reserve*" means an interest bearing escrow account to hold the amounts set forth in Article II.B pursuant to the Professional Fee Settlement, which escrow account shall be funded on the Effective Date and maintained at a financial institution selected by the Debtors, with the consent of the Participating Professionals, solely for the purpose of paying all Allowed and unpaid Professional Fee Claims of Participating Professionals consistent with the Professional Fee Settlement. All fees and expenses of the escrow agent shall be paid from the interest accruing on funds in the Professional Fee Settlement Reserve; *provided that* any fees and expenses due up front or in excess of the interest accruing on the funds in the Professional Fee Settlement Reserve shall be paid by the Reorganized Debtors. The Professional Fee Settlement Reserve may be a segregated account, with similar protections as an escrow account, maintained by the Reorganized Debtors in trust solely for the Participating Professionals with the consent of the Participating Professionals.

107. "*Professional Fee Settlement Reserve Amount*" means $22.9 million, which shall be adjusted solely to the extent additional Professionals become Participating Professionals.

108. "*Proof of Claim*" means a proof of Claim filed against any of the Debtors in the Chapter 11 Cases, if applicable, by the applicable Bar Date.

109. "*Reinstated*" or "*Reinstatement*" means with respect to any Claim or Interest, that the Claim or Interest shall be rendered Unimpaired in accordance with section 1124 of the Bankruptcy Code.

110. "*Reorganized Boards*" means the initial board of directors of members, or managers, as applicable of each Reorganized Debtor.

111. "*Reorganized Debtors*" means the Debtors, as reorganized pursuant to and under the Restructuring Transactions or any successor thereto, including Reorganized SN.

112. "*Reorganized SN*" means SN, as reorganized pursuant to and under the Restructuring Transactions or any successor thereto.

113. "*Reorganized SN Board*" means the initial board of directors of Reorganized SN.

114. "*Requisite DIP Lenders*" means DIP Lenders holding at least 50.01% of the outstanding principal amount of loan issued under the DIP Credit Agreement.

115. "*Restructuring Fee*" has the meaning ascribed to it in the engagement letter between SN and Moelis & Company LLC, attached as Exhibit 1 to the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Moelis & Company LLC as Financial Advisor and Investment Banker for the Debtors, Nunc Pro Tunc to the Petition Date; (II) Waiving Certain Time-Keeping Requirements; and (III) Granting Related Relief* [Docket No. 271].

116. "*Restructuring Transactions*" means those mergers, amalgamations, consolidations, arrangements, continuances, restructurings, transfers, conversions, sales, dispositions, liquidations, dissolutions, or other corporate transactions necessary or appropriate to implement the Plan.

117. "*Sanchez Parties*" means (i) A.R. Sanchez, Jr., Antonio R. Sanchez, III, and Patricio D. Sanchez, and any other individual related to Antonio R. Sanchez, III by consanguinity or marriage, (ii) any trusts or similar Entities of which Sanchez Parties are individually or in the aggregate the majority direct or indirect beneficiaries, and (iii) any other Entities (other than SOG) for which the Sanchez Parties own, control or hold 50.01% or more of the voting interests. For the avoidance of doubt, the Sanchez Parties shall not include SOG or SNMP.

118. "*Schedule of Assumed Executory Contracts and Unexpired Leases*" means the schedule (including any modifications or amendments thereto) of certain Executory Contracts and Unexpired Leases, to be identified by

the Secured Ad Hoc Group, to be assumed by the Debtors pursuant to the Plan, as set forth in the Plan Supplement, as amended at the direction of the Secured Ad Hoc Group from time to time, prior to the Confirmation Date or otherwise, in accordance with the Plan.

119. "*Schedule of Rejected Executory Contracts and Unexpired Leases*" means the schedule (including any amendments or modifications thereto) of the Executory Contracts and Unexpired Leases, to be identified by the Secured Ad Hoc Group, to be rejected by the Debtors pursuant to the Plan, as set forth in the Plan Supplement, as amended at the direction of the Secured Ad Hoc Group from time to time, prior to the Confirmation Date or otherwise, in accordance with the Plan.

120. "*Schedules*" means, collectively, the schedules of assets and liabilities and statements of financial affairs Filed by the Debtors.

121. "*Section 510(b) Claim*" means any Claim subject to subordination under section 510(b) of the Bankruptcy Code.

122. "*Secured*" means when referring to a Claim: (a) secured by a lien on property in which any of Debtors has an interest, which lien is valid, perfected, and enforceable pursuant to applicable law or by reason of a Bankruptcy Court order, or that is subject to setoff pursuant to section 553 of the Bankruptcy Code, to the extent of the value of the creditor's interest in the Debtors' interest in such property or to the extent of the amount subject to setoff, as applicable, as determined pursuant to section 506(a) of the Bankruptcy Code; or (b) Allowed pursuant to the Plan, or separate order of the Bankruptcy Court (including the Final DIP Order), as a secured claim.

123. "*Secured Ad Hoc Group*" means the ad hoc group of unaffiliated funds, accounts, and advisors of funds or accounts, as Holders of Secured Notes Claims and DIP Claims.

124. "*Secured Ad Hoc Group Fees*" means all unpaid fees and expenses, including professional fees and expenses, due and payable to the Secured Ad Hoc Group's advisors and professionals, including fees and expenses payable under the Final DIP Order.

125. "*Secured Notes*" means the 7.25% Senior Secured First Lien Notes due 2023 issued pursuant to the Secured Notes Indenture.

126. "*Secured Notes Claim*" means any Secured Claim against the Debtors under, with respect to, on account of, arising from, based upon, or in connection with, the Secured Notes Indenture, the Secured Notes, or the Final DIP Order, including any Claim for principal amounts outstanding, unpaid interest, fees or expenses.

127. "*Secured Notes Indenture*" means that certain Indenture, dated February 14, 2018, among SN, the guarantors party thereto, Delaware Trust Company, as trustee, and Wilmington Trust, NA., in its capacity as successor collateral trustee, for the 7.25% senior secured first lien notes due February 15, 2023.

128. "*Secured Notes Indenture Trustee*" means WSFS, and any successor thereto, as trustee under the Secured Notes Indenture.

129. "*Security*" means a security as defined in section 2(a)(1) of the Securities Act.

130. "*Secured Trustees Fees and Expenses*" means the reasonable and documented compensation, fees, expenses, disbursements, and indemnity claims incurred by WSFS, solely in its capacity as the Secured Notes Indenture Trustee, and the Collateral Trustee, including, without limitation, attorneys' and agents' fees, expenses, and disbursements incurred by WSFS, solely in its capacity as the Secured Notes Indenture Trustee, and the Collateral Trustee, to the extent payable or reimbursable under the Secured Notes Indenture or Collateral Trust Agreement, as applicable. For the avoidance of doubt, the Secured Trustees Fees and Expenses shall include, but are not limited to, the reasonable and documented fees, expenses, and disbursements of counsel.

131. "*Securities Act*" means the Securities Act of 1933, 15 U.S.C. §§ 77a-77aa, together with the rules and regulations promulgated thereunder, as amended from time to time.

132. "*Servicer*" means an agent or other authorized representative of Holders of Claims or Interests.

133. "*SN*" means Sanchez Energy Corporation.

134. "*SNMP*" means Sanchez Midstream Partners LP and its subsidiaries and affiliates, including Catarina Midstream, LLC.

135. "*SOG*" means Sanchez Oil & Gas Corporation.

136. "*Unclaimed Distribution*" means any distribution under the Plan on account of an Allowed Claim to a Holder that has not: (a) accepted a particular distribution or, in the case of distributions made by check, negotiated such check; (b) given notice to the Reorganized Debtors of an intent to accept a particular distribution; (c) responded to requests of the Debtors or the Reorganized Debtors, as applicable, for information necessary to facilitate a particular distribution; or (d) taken any other action necessary to facilitate such distribution.

137. "*Unexpired Lease*" means a lease to which one or more of the Debtors is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

138. "*Unimpaired*" means with respect to a Class of Claims or Interests, a Class of Claims or Interests that is not Impaired.

139. "*Unsecured Notes Claim*" means any Claim against the Debtors arising from or based upon the 2021 Unsecured Notes Indenture or the 2023 Unsecured Notes Indenture.

140. "*Unsecured Notes Indentures*" means, collectively, the 2021 Unsecured Notes Indenture and the 2023 Unsecured Notes Indenture.

141. "*Unsecured Notes Indenture Trustee*" means the Delaware Trust Company, and any successor thereto, as trustee under the 2021 Unsecured Notes Indenture and the 2023 Unsecured Notes Indenture, respectively.

142. "*U.S. Trustee*" Means the Office of the United States Trustee for the Southern District of Texas.

143. "*WSFS*" means Wilmington Savings Fund Society, FSB.

B. *Rules of Interpretation*

For purposes herein: (1) in the appropriate context, each term, whether stated in the singular or the plural, shall include both the singular and the plural, and pronouns stated in the masculine, feminine, or neuter gender shall include the masculine, feminine, and the neuter gender; (2) unless otherwise specified, any reference herein to a contract, lease, instrument, release, indenture, or other agreement or document being in a particular form or on particular terms and conditions means that such document shall be substantially in such form or substantially on such terms and conditions; (3) unless otherwise specified, any reference herein to an existing document, schedule, or exhibit, shall mean such document, schedule, or exhibit, as it may have been or may be amended, modified, or supplemented; (4) unless otherwise specified, all references herein to "Articles" and "Sections" are references to Articles and Sections, respectively, hereof or hereto; (5) the words "herein," "hereof," and "hereto" refer to the Plan in its entirety rather than to any particular portion of the Plan; (6) captions and headings to Articles and Sections are inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of the Plan; (7) unless otherwise specified herein, the rules of construction set forth in section 102 of the Bankruptcy Code shall apply; (8) any term used in capitalized form herein that is not otherwise defined but that is used in the Bankruptcy Code or the Bankruptcy Rules shall have the meaning assigned to such term in the Bankruptcy Code or the Bankruptcy Rules, as applicable; (9) references to docket numbers of documents Filed in the Chapter 11 Cases are references to the docket numbers under the Bankruptcy Court's CM/ECF system; (10) all references to statutes, regulations, orders,

rules of courts, and the like shall mean as amended from time to time; (11) references to "shareholders," "directors," and/or "officers" shall also include "members" and/or "managers," as applicable, as such terms are defined under the applicable state limited liability company laws; (12) the words "include" and "including" and variations thereof shall not be deemed to be terms of limitation, and shall be deemed to be followed by the words "without limitation," and (13) any immaterial effectuating provisions may be interpreted by the Debtors or the Reorganized Debtors in such a manner that is consistent with the overall purpose and intent of the Plan and without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

C. *Computation of Time*

Unless otherwise specifically stated herein, the provisions of Bankruptcy Rule 9006(a) shall apply in computing any period of time prescribed or allowed herein. If the date on which a transaction may occur pursuant to the Plan shall occur on a day that is not a business day, then such transaction shall instead occur on the next succeeding business day.

D. *Governing Law*

Except to the extent a rule of law or procedure is supplied by federal law (including the Bankruptcy Code or Bankruptcy Rules), and subject to the provisions of any contract, lease, instrument, release, indenture, or other agreement or document entered into expressly in connection herewith, the rights and obligations arising hereunder shall be governed by, and construed and enforced in accordance with, the laws of the State of Texas, without giving effect to conflict of laws principles.

E. *Reference to Monetary Figures*

All references in the Plan to monetary figures refer to currency of the United States of America, unless otherwise expressly provided.

F. *Reference to the Debtors or the Reorganized Debtors*

Except as otherwise specifically provided in the Plan to the contrary, references in the Plan to the Debtors or to the Reorganized Debtors mean the Debtors and the Reorganized Debtors, as applicable, to the extent the context requires.

G. *Controlling Document*

In the event of an inconsistency between the Plan and the Disclosure Statement, the terms of the Plan shall control in all respects. In the event of an inconsistency between the Plan and any document included in the Plan Supplement, the applicable Plan Supplement document shall control. In the event of an inconsistency between the Confirmation Order and any of the Plan, the Disclosure Statement, or the Plan Supplement, the Confirmation Order shall control.

## ARTICLE II.
## ADMINISTRATIVE AND PRIORITY CLAIMS

In accordance with section 1123(a)(1) of the Bankruptcy Code, Administrative Claims, Professional Fee Claims, and Priority Tax Claims have not been classified and thus are excluded from the Classes of Claims and Interests set forth in Article III of the Plan.

A. *Administrative Claims*

Except as otherwise provided in this Article II.A and except with respect to claims pursuant to 28 U.S.C. § 1930 and Administrative Claims that are Professional Fee Claims, DIP Claims, or subject to 11 U.S.C. § 503(b)(1)(D), or otherwise allowed by a Final Order, requests for payment of Allowed Administrative Claims must be Filed and served on the Reorganized Debtors pursuant to the procedures specified in the Confirmation Order and

the notice of entry of the Confirmation Order no later than the Administrative Claims Bar Date. Holders of Administrative Claims that are required to, but do not, File and serve a request for payment of such Administrative Claims by such date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or their property, and such Administrative Claims shall be deemed discharged as of the Effective Date.

Except with respect to Administrative Claims that are Professional Fee Claims or DIP Claims (but excluding DIP Fee Claims), and except to the extent that an Administrative Claim has already been paid during the Chapter 11 Cases or a Holder of an Allowed Administrative Claim and the applicable Debtor(s) agree to less favorable treatment, each Holder of an Allowed Administrative Claim shall receive, in full and final satisfaction, compromise, settlement, and release of and in exchange for its Claim, payment in full in Cash on the Effective Date or as soon as reasonably practicable thereafter.

The DIP Claims that are not DIP Fee Claims shall receive the treatment set forth in Article III.C.3. DIP Agent Fees and Expenses shall receive payment in accordance with Article IV.R. The parties entitled to (a) Secured Trustees Fees and Expenses and (b) Secured Ad Hoc Group Fees have agreed that the Administrative Claims relating to such amounts may be paid following the outcome of the applicable Lien-Related Litigation.

B. *Professional Fee Claims*

1. <u>Professional Fee Settlement</u>

Pursuant to the Professional Fee Settlement, (a) Participating Professionals agree to (i) limit the payment on account of their unpaid Professional Fee Claims (except as provided in clauses (b) and (c)) to 90% of the amount of such Participating Professional's accrued and unpaid fees and 100% of the amount of such Participating Professional's unpaid expenses, in each case, through March 27, 2020, plus an additional $5 million to Moelis & Company LLC on account of its Restructuring Fee and (ii) reduce the amount of unpaid Allowed Professional Fee Claims payable upon approval of their respective Final Fee Application by an amount equal to 10% of fees paid to such Participating Professional since the Petition Date, excluding the Professional Fee Claims in (i) above which already account for the 10% reduction of fees; (b) $1 million (in addition to the amounts in (a) above) shall be available exclusively for Professional Fee Claims of Professionals of the Debtors in connection with filing, prosecuting, confirming and consummating the Plan incurred after March 27, 2020; (c) $100,000 (in addition to any amounts in (a) and (b) above), shall be made available exclusively for KPMG for fees incurred after March 27, 2020, and (d) Participating Professionals otherwise waive all rights to seek payment of any additional Professional Fee Claims, either as an Administrative Claim or otherwise. For purposes of clarification, the aggregate amount identified in this paragraph shall not exceed the Professional Fee Settlement Reserve Amount.

As part of the Professional Fee Settlement, upon the Effective Date, the DIP Agent shall release the Carve-Out Trigger Notice Reserves to the Reorganized Debtors, and the Reorganized Debtors shall immediately fund the Professional Fee Settlement Reserve with the Professional Fee Settlement Reserve Amount, solely for the unpaid Professional Fee Claims of the Participating Professionals. The Professional Fee Settlement Reserve shall be an escrow account or segregated account, with similar protections as an escrow account, maintained in trust solely for the Participating Professionals with the consent of the Participating Professionals. Such funds shall not be considered property of the Estates of the Debtors or the Reorganized Debtors. The amount of Professional Fee Claims owing to the Participating Professionals, as limited by the Professional Fee Settlement, shall be paid in Cash to such Participating Professionals by the Reorganized Debtors from the Professional Fee Settlement Reserve within two (2) business days after such Professional Fee Claims are Allowed by an order of the Bankruptcy Court. When all such Allowed amounts owing to Participating Professionals have been paid in full consistent with the Professional Fee Settlement, any remaining amount in the Professional Fee Settlement Reserve shall promptly be paid to the Reorganized Debtors without any further action or order of the Bankruptcy Court.

Finally, as part of the Professional Fee Settlement, the Debtors, Reorganized Debtors and the Secured Ad Hoc Group, including each of its individual members, shall not (a) seek, directly or indirectly, any further reductions, discounts or concessions of any kind from the Participating Professionals or (b) object, directly or indirectly, to any Final Fee Applications of any Participating Professional.

If the Effective Date does not occur within 45 days of the Confirmation Date, (a) the Professional Fee Settlement shall be withdrawn, (b) the Participating Professionals shall reserve any and all rights under the Final DIP Order, the Bankruptcy Code and otherwise and (c) all agreements not to seek reductions or to object to any Final Fee Applications of the Participating Professionals shall be withdrawn, and all rights of all parties are reserved.

2. Final Fee Applications

All Professionals shall file Final Fee Applications no later than 60 days after the Effective Date. The Professional Fee Claims of any Participating Professional shall be Allowed in the event that no objection to such Final Fee Application is Filed within 21 days of the filing of such Final Fee Application in accordance with the Professional Fee Settlement.

C. *Priority Tax Claims*

Except to the extent that a Holder of an Allowed Priority Tax Claim and the Debtor against which such Allowed Priority Tax Claim is asserted agree to a less favorable treatment for such Holder, in full and final satisfaction, settlement, release, and discharge of and in exchange for each Allowed Priority Tax Claim, each Holder of such Allowed Priority Tax Claim shall receive, at the Debtors' election, (1) payment in full in Cash of its Allowed Priority Tax Claim or (2) treatment in accordance with the terms set forth in section 1129(a)(9)(C) of the Bankruptcy Code and, for the avoidance of doubt, Holders of Allowed Priority Tax Claims will receive interest on such Allowed Priority Tax Claims after the Effective Date in accordance with sections 511 and 1129(a)(9)(C) of the Bankruptcy Code.

D. *Statutory Fees*

All fees due and payable pursuant to section 1930 of title 28 of the United States Code prior to the Effective Date shall be paid by the Debtors. On and after the Effective Date, the Reorganized Debtors shall pay any and all such fees when due and payable, and shall File with the Bankruptcy Court quarterly reports in a form reasonably acceptable to the U.S. Trustee. Each Debtor shall remain obligated to pay quarterly fees to the U.S. Trustee until the earliest of that particular Debtor's case being closed, dismissed, or converted to a case under Chapter 7 of the Bankruptcy Code.

## ARTICLE III.
## CLASSIFICATION, TREATMENT, AND VOTING OF CLAIMS AND INTERESTS

A. *Formation of Debtor Group for Convenience Purposes Only*

The Plan (including, but not limited to, Article II and Article III of the Plan) groups the Debtors together solely for the purpose of describing treatment under the Plan and distributions to be made in respect of Claims against and Interests in the Debtors under the Plan. Such groupings shall not affect each Debtor's status as a separate legal entity, change the organizational structure of the Debtors' business enterprise, constitute a change of control of any Debtor for any purpose, cause a merger of consolidation of any legal entities, or cause the transfer of any assets. Except as otherwise provided by or permitted under the Plan, all Debtors shall continue to exist as separate legal entities. The Plan is not premised on, and does not provide for, the substantive consolidation of the Debtors with respect to the Classes of Claims or Interests set forth in the Plan, or otherwise.

The Plan constitutes a separate chapter 11 plan of reorganization for each Debtor within the meaning of section 1121 of the Bankruptcy Code, and the classifications set forth in Classes 1 through 10 shall be deemed to apply to each Debtor in accordance with section 1122 of the Bankruptcy Code, except where a Debtor does not have any Claim or Interest qualifying within a particular class. For voting purposes, each Class of Claims against or Interests in the Debtors shall be deemed to constitute separate sub-Classes of Claims against and Interests in each of the Debtors, as applicable. Each such sub-Class shall vote as a single separate Class for each of the Debtors, as applicable; *provided*

that any Class that does not contain any Allowed Claims or Existing Interests with respect to a particular Debtor will be treated in accordance with Article III.E below.

B. *Classification of Claims and Interests*

| Class | Claim or Interest | Status | Voting Rights |
|---|---|---|---|
| 1 | Other Secured Claims | Unimpaired | Presumed to Accept |
| 2 | Other Priority Claims | Unimpaired | Presumed to Accept |
| 3 | DIP Claims | Impaired | Entitled to Vote |
| 4 | Secured Notes Claims | Impaired | Entitled to Vote |
| 5 | General Unsecured Claims | Impaired | Entitled to Vote |
| 6 | Intercompany Claims | Unimpaired/Impaired | Not Entitled to Vote |
| 7 | Intercompany Interests | Unimpaired | Presumed to Accept |
| 8 | Existing SN Preferred Interests | Impaired | Deemed to Reject |
| 9 | Existing SN Common Interests | Impaired | Deemed to Reject |
| 10 | Section 510(b) Claims | Impaired | Deemed to Reject |

C. *Treatment of Classes of Claims and Interests*

Subject to Article VI hereof, each Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive under the Plan the treatment described below in full and final satisfaction, compromise, settlement, release, and discharge of, and in exchange for, such Holder's Allowed Claim or Allowed Interest, except to the extent different treatment is agreed to by the Debtors and the Holder of such Allowed Claim or Allowed Interest, as applicable. The Debtors will not agree to different treatment of any Allowed Claim or Allowed Interest prior to the Effective Date without the consent of the Requisite DIP Lenders. Unless otherwise indicated, the Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive such treatment on the later of the Effective Date and the date such Holder's Claim or Interest becomes an Allowed Claim or Allowed Interest or as soon as reasonably practicable thereafter.

1. Class 1 — Other Secured Claims

a. *Classification*: Class 1 consists of all Other Secured Claims against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed Other Secured Claim against the Debtors, each Holder of an Allowed Other Secured Claim shall receive, at the option of the applicable Debtor:

i. payment in full in Cash;

ii. delivery of the collateral securing any such Other Secured Claim and payment of any interest required under section 506(b) of the Bankruptcy Code;

iii. Reinstatement of such Other Secured Claim; or

iv. other treatment rendering such Claim Unimpaired.

c. *Voting*: Class 1 is Unimpaired. Holders of Allowed Other Secured Claims in Class 1 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy

Code. Holders of Allowed Other Secured Claims in Class 1 are not entitled to vote to accept or reject the Plan.

2. <u>Class 2 — Other Priority Claims</u>

a. *Classification*: Class 2 consists of all Other Priority Claims against the Debtors.

b. *Treatment*: Except to the extent that a Holder of an Allowed Other Priority Claim and the Debtor against which such Allowed Other Priority Claim is asserted agree to less favorable treatment for such Holder, in full and final satisfaction of each Allowed Other Priority Claim against the Debtors, each Holder of an Allowed Other Priority Claim shall receive either:

i. Cash in an amount equal to such Allowed Other Priority Claim; or

ii. such other treatment rendering such Other Priority Claim Unimpaired.

c. *Voting*: Class 2 is Unimpaired. Holders of Allowed Other Priority Claims in Class 2 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code. Holders of Allowed Other Priority Claims in Class 2 are not entitled to vote to accept or reject the Plan.

3. <u>Class 3 – DIP Claims</u>

a. *Classification*: Class 3 consists of all DIP Claims (other than DIP Fee Claims) against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed DIP Claim (other than DIP Fee Claims), each Holder of an Allowed DIP Claim (other than DIP Fee Claims) shall receive its Pro Rata share of:

i. the DIP Equity Distribution on the Effective Date; and

ii. 100% of the Post-Effective Date Equity Distribution less any amount of such Post-Effective Date Equity Distribution, if any, allocated to Holders of Allowed Claims in Classes 4 and/or 5 based upon the outcome of the Lien-Related Litigation, which allocation shall be consistent with, as applicable, the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code.

c. *Voting*: Class 3 is Impaired. Holders of DIP Claims in Class 3 are entitled to vote to accept or reject the Plan.

4. <u>Class 4 — Secured Notes Claims</u>

a. *Classification*: Class 4 consists of all Secured Notes Claims against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed Secured Notes Claim (other than DIP Fee Claims), each Holder of an Allowed Secured Notes Claim (other than DIP Fee Claims) shall receive its Pro Rata share of the Post-Effective Date Equity Distribution, if any, allocated to the Secured Notes Claims based upon the outcome of the Lien-Related Litigation, which allocation shall be consistent with, as applicable, the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code.

c. *Voting*: Class 4 is Impaired. Holders of Secured Notes Claims in Class 4 are entitled to vote to accept or reject the Plan.

5. Class 5 — General Unsecured Claims

a. *Classification*: Class 5 consists of all General Unsecured Claims against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed General Unsecured Claim, each Holder of an Allowed General Unsecured Claim shall receive its Pro Rata share of the Post-Effective Date Equity Distribution, if any, allocated to the General Unsecured Claims based upon the outcome of the Lien-Related Litigation, which allocation shall be consistent with, as applicable, the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code.

c. *Voting*: Class 5 is Impaired. Holders of General Unsecured Claims in Class 5 are entitled to vote to accept or reject the Plan.

6. Class 6 — Intercompany Claims

a. *Classification*: Class 6 consists of any Intercompany Claims.

b. *Treatment*: On the Effective Date, Intercompany Claims shall be, at the election of the Debtors:

i. Reinstated;

ii. compromised;

iii. released; or

iv. offset, contributed, and/or distributed to the applicable Debtor.

c. *Voting*: Class 6 is either Unimpaired or Impaired. Holders of Allowed Intercompany Claims in Class 6 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code or conclusively deemed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code. Therefore, Holders of Allowed Intercompany Claims in Class 6 are not entitled to vote to accept or reject the Plan.

7. Class 7 — Intercompany Interests

a. *Classification*: Class 7 consists of all Intercompany Interests.

b. *Treatment*: On the Effective Date, Intercompany Interests shall receive no recovery or distributions and be Reinstated or contributed to the applicable Debtor solely to maintain the Debtors' corporate structure.

c. *Voting*: Class 7 is Unimpaired. Holders of Allowed Intercompany Interests in Class 7 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code. Holders of Allowed Intercompany Claims in Class 7 are not entitled to vote to accept or reject the Plan.

8. Class 8 — Existing SN Preferred Interests

a. *Classification*: Class 8 consists of all Existing SN Preferred Interests.

b. *Treatment*: On the Effective Date, each Existing SN Preferred Interest shall be cancelled, released and extinguished and shall be of no further force and effect. No Holder of any

Existing SN Preferred Interest shall be entitled to any recovery or distribution under the Plan on account of such Interest.

c. *Voting*: Class 8 is Impaired. Holders of Existing SN Preferred Interests in Class 8 are conclusively deemed to have rejected the Plan under section 1126(f) of the Bankruptcy Code. Holders of Existing SN Preferred Interests in Class 8 are not entitled to vote to accept or reject the Plan.

9. Class 9 — Existing SN Common Interests

a. *Classification*: Class 9 consists of all Existing SN Common Interests.

b. *Treatment*: On the Effective Date, each Existing SN Common Interest shall be cancelled, released and extinguished and shall be of no further force and effect. No Holder of any Existing SN Common Interest shall be entitled to any recovery or distribution under the Plan on account of such Interest.

c. *Voting*: Class 9 is Impaired. Holders of Existing Common Interests in Class 9 are conclusively deemed to have rejected the Plan under section 1126(f) of the Bankruptcy Code. Holders of Existing SN Common Interests in Class 9 are not entitled to vote to accept or reject the Plan.

10. Class 10 – Section 510(b) Claims

a. *Classification*: Class 10 consists of all Section 510(b) Claims.

b. *Treatment*: On the Effective Date, each Section 510(b) Claim will be cancelled, released and extinguished and shall be of no further force and effect. No Holder of any Section 510(b) Claim shall be entitled to any recovery or distribution under the Plan on account of such Claim.

c. *Voting*: Class 10 is Impaired. Holders of Section 510(b) Claims in Class 10 are conclusively deemed to have rejected the Plan under section 1126(f) of the Bankruptcy Code. Holders of Section 510(b) Claims in Class 10 are not entitled to vote to accept or reject the Plan.

D. *Special Provision Governing Unimpaired Claims*

Except as otherwise provided in the Plan, nothing under the Plan shall affect the Debtors' or the Reorganized Debtors' rights regarding any Unimpaired Claim, including all rights regarding legal and equitable defenses to, or setoffs or recoupments against, any such Unimpaired Claim.

E. *Elimination of Vacant Classes*

Any Class of Claims or Interests that does not have a Holder of an Allowed Claim or Interest, or a Claim or Interest temporarily Allowed by the Bankruptcy Court as of the date of the Confirmation Hearing, shall be deemed eliminated from the Plan for purposes of voting to accept or reject the Plan and for purposes of determining acceptance or rejection of the Plan by such Class pursuant to section 1129(a)(8) of the Bankruptcy Code.

F. *Voting Classes; Presumed Acceptance by Non-Voting Classes*

If a Class contains Claims eligible to vote on the Plan and no Holder of Claims eligible to vote in such Class votes to accept or reject the Plan, the Plan shall be presumed accepted by the Holders of such Claims in such Class.

G. *Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy Code*

Section 1129(a)(10) of the Bankruptcy Code shall be satisfied for purposes of Confirmation by acceptance of the Plan by at least one Impaired Class of Claims. The Debtors shall seek Confirmation of the Plan pursuant to section 1129(b) of the Bankruptcy Code with respect to any rejecting Class(es) of Claims or Interests. The Debtors reserve the right to modify the Plan in accordance with Article X of the Plan to the extent, if any, that Confirmation pursuant to section 1129(b) of the Bankruptcy Code requires modification, including by modifying the treatment applicable to a Class of Claims or Interests to render such Class of Claims or Interests Unimpaired to the extent permitted by the Bankruptcy Code and the Bankruptcy Rules.

H. *Intercompany Interests*

To the extent Reinstated under the Plan, the Intercompany Interests shall be Reinstated for the ultimate benefit of the Holders of Claims that receive New Common Stock under the Plan, and shall receive no recovery or distribution. For the avoidance of doubt, to the extent Reinstated pursuant to the Plan, on and after the Effective Date, all Intercompany Interests shall be owned by the same Reorganized Debtor that corresponds with the Debtor that owned such Intercompany Interests prior to the Effective Date (subject to the Restructuring Transactions).

I. *Subordinated Claims and Interests*

The allowance, classification, and treatment of all Allowed Claims and Interests and their respective distributions and treatments under the Plan take into account and conform to the relative priority and rights of the Claims and Interests in each Class in connection with any contractual, legal, and equitable subordination rights relating thereto, whether arising under general principles of equitable subordination, section 510(b) of the Bankruptcy Code, or otherwise. Pursuant to section 510 of the Bankruptcy Code, the Debtors or Reorganized Debtors, as applicable, reserve the right to re-classify any Allowed Claim or Interest in accordance with any contractual, legal, or equitable subordination relating thereto.

## ARTICLE IV.
## PROVISIONS FOR IMPLEMENTATION OF THE PLAN

A. *General Settlement of Claims, Interests, and Causes of Action*

Pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019, and in consideration for the classification, distributions, releases, and other benefits provided under the Plan, upon the Effective Date, the provisions of the Plan shall constitute a good faith compromise and settlement of all Claims, Interests, Causes of Action, and controversies released, settled, compromised, discharged, satisfied, or otherwise resolved pursuant to the Plan, including any dispute regarding the treatment of any Intercompany Claims. The Plan shall be deemed a motion to approve the good faith compromise and settlement of all such Claims, Interests, Causes of Action, and controversies, including the Professional Fee Settlement, pursuant to Bankruptcy Rule 9019, and the entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of the compromise and settlement of all such Claims, Interests, Causes of Action, and controversies, as well as a finding by the Bankruptcy Court that such compromise and settlement, including the Professional Fee Settlement, is in the best interests of the Debtors, their Estates, and Holders of Claims and Interests and is fair, equitable and reasonable.

B. *Restructuring Transactions*

On the Effective Date or as soon as reasonably practicable thereafter, the Reorganized Debtors shall consummate the Restructuring Transactions and take all actions as may be necessary or appropriate to effectuate the Restructuring Transactions, including: (1) the execution and delivery of any appropriate agreements or other documents of merger, consolidation, restructuring, conversion, disposition, transfer, formation, organization, dissolution, or liquidation containing terms that are consistent with the terms of the Plan and that satisfy the requirements of applicable law and any other terms to which the applicable Entities may agree, including, but not limited to the documents comprising the Plan Supplement and the New Organizational Documents, as applicable; (2) the execution and delivery of appropriate instruments of transfer, assignment, assumption, or delegation of any asset,

property, right, liability, debt, or obligation on terms consistent with the terms of the Plan and having other terms for which the applicable Entities may agree; (3) the execution, delivery and filing, if applicable, of appropriate certificates or articles of incorporation, formation, reincorporation, merger, consolidation, conversion, or dissolution pursuant to applicable state law, including any applicable New Organizational Documents; (4) such other transactions that are required to effectuate the Restructuring Transactions; and (5) all other actions that the applicable Entities determine to be necessary or appropriate, including making filings or recordings that may be required by applicable law.

C. *Sources of Consideration for Plan of Reorganization Distributions*

The Reorganized Debtors will fund distributions under the Plan with Cash on hand on the Effective Date and the New Common Stock.

1. Issuance and Distribution of New Common Stock

On the Effective Date, or as soon as reasonably practicable thereafter, the Reorganized Debtors shall issue the New Common Stock to fund distributions to Holders of Allowed Claims in accordance with Article III of the Plan; *provided that* New Common Stock issued on account of the Post-Effective Date Equity Distribution shall occur in accordance with Article IV.C.2. The issuance of New Common Stock, as well as options, or other equity awards of interests in the Reorganized Debtors, if any, reserved under the Management Incentive Plan, is duly authorized without the need for any further corporate action and without any further action by the Debtors or Reorganized Debtors or the Holders of Claims. All shares of New Common Stock issued under the Plan shall be duly authorized, validly issued, fully paid, and non-assessable.

The Secured Ad Hoc Group shall prepare a New Stockholders' Agreement as part of the Plan Supplement. Each Entity intended to become a Holder of New Common Stock, as a condition to receiving such New Common Stock, shall be required to deliver an executed signature page to the New Stockholders' Agreement. Each Holder of New Common Stock shall be deemed a party to the New Stockholders' Agreement, without regard to whether such signature page is actually delivered. On the Effective Date, the Reorganized Debtors shall enter into and deliver the New Stockholders' Agreement to each known Entity that is intended to be a party thereto at such time, and such New Stockholders' Agreement shall be deemed to be valid, binding, and enforceable in accordance with its terms, and each Holder of New Common Stock shall be bound thereby.

2. Distribution of Post-Effective Date Equity Distribution

The shares of New Common Stock comprising the Post-Effective Date Equity Distribution shall remain authorized but unissued pending the outcome of all or a portion of the Lien-Related Litigation, which shall occur following the Effective Date. Upon adjudication or other resolution of all or a portion of the Lien-Related Litigation, the Reorganized Debtors shall issue the Post-Effective Date Equity Distribution in the amount of New Common Stock allocated to Class 3, 4 and/or 5 Claims, to the extent such Claims are entitled to receive New Common Stock, pursuant to an order of the Bankruptcy Court. No shares of New Common Stock shall be issued on account of the Post-Effective Date Equity Distribution except as provided in an order of the Bankruptcy Court with respect to the Lien-Related Litigation, which order shall designate the allocation of New Common Stock as between the Holders of Allowed DIP Claims, if any, Holders of Allowed Secured Notes Claims, if any, and Holders of Allowed General Unsecured Claims, if any. Upon such order of allocation from the Bankruptcy Court, to the extent the New Stockholders' Agreement is not terminated in accordance with its terms, each proposed Holder of New Common Stock under such order shall, as a condition to receiving such New Common Stock, be required to deliver an executed signature page to the New

Stockholders' Agreement. Each Holder shall be deemed a party to the New Stockholders' Agreement, if any, without regard to whether an executed signature pages is actually delivered.

D. *Lien-Related Litigation*

The Lien-Related Litigation shall be adjudicated following the Confirmation Date by the Bankruptcy Court according to the following timeline:

- *Phase 1:* The parties to the Lien-Related Litigation shall seek a final hearing date that is not more than 30 days after the Effective Date to determine the interpretation of the Final DIP Order. This phase shall be initiated by a pleading filed by the DIP Lenders or DIP Agent.

- *Phase 2:* If the Bankruptcy Court determines that any additional Lien-Related Litigation is necessary in light of the determinations in Phase 1, other than as to the valuation of Causes of Action, the relevant parties shall seek a hearing for determination of such additional issues not more than 30 days after the Bankruptcy Court's determination of issues presented in Phase 1 and in no event 60 days after the Effective Date. This phase shall be initiated by a pleading filed by the Lien-Related Litigation Creditor Representative on or before the 35th day following the Effective Date.

- *Phase 3:* If the Bankruptcy Court determines that the valuation of any Causes of Action are necessary as part of any Lien-Related Litigation in light of Phases 1 and 2, the relevant parties may seek a hearing for determination of such additional issues after the Bankruptcy Court's determination of issues presented in Phases 1 and 2. This phase shall be initiated by a pleading filed by the Lien-Related Litigation Creditor Representative not more than 30 days after the Bankruptcy Court's determination of issues presented in Phase 2.

- *Post-Effective Date Equity Distribution Allocations:* The Bankruptcy Court may, in its discretion, issue a final ruling as to the allocation of all or a part of the Post-Effective Date Equity Distribution at the conclusion of any of the three phases.

Discovery shall not occur except to the extent permitted and deemed necessary by the Bankruptcy Court. Expert reports, if any, shall be exchanged 14 days prior to any hearing. Any and all claims, objections, or challenges within the definition Lien-Related Litigation shall be dismissed with prejudice, released, and forever barred if not asserted and determined in accordance with the foregoing schedule and otherwise in accordance with the provisions of the Plan. The liquidation and valuation findings and conclusions in the Confirmation Order and in connection with Confirmation shall have preclusive effect in the Lien-Related Litigation, provided, however, such preclusive effect shall not apply to the valuation of the Debtors' Causes of Action, which shall be subject to valuation, if at all, in accordance with Phase 3 of the Lien-Related Litigation described in this section. .

The parties to the Lien-Related Litigation shall use all reasonable efforts to minimize the costs of such litigation. All costs of prosecuting the Lien-Related Litigation shall be borne by the respective parties to the litigation, and no costs shall be borne by the Reorganized Debtors or payable by one group of parties to the other; *provided that* in the event that (i) the DIP Lenders retain at least 50.01% of the New Common Stock following the Post-Effective Date Equity Distribution, nothing herein shall restrict the ability of the Reorganized Debtors to pay the fees and expenses of the DIP Lenders or Secured Ad Hoc Group at any time following the Effective Date or (ii) the holders of General Unsecured Claims hold at least 50.01% of the New Common Stock following the Post-Effective Date Equity Distribution, nothing herein shall restrict the ability of the Reorganized Debtors to pay the fees and expenses of the Lien-Related Litigation Creditor Representative at any time following the Effective Date. Notwithstanding the foregoing, nothing in this paragraph shall alter the rights of the DIP Lenders or DIP Agent to repayment or reimbursement to the extent provided under the Final DIP Order or DIP Credit Agreement. Notwithstanding anything in this Plan to the contrary, in connection with determining the Lien-Related Litigation, for purposes of clarification, all rights, claims, and defenses of the Holders of the DIP Claims, including all rights under sections 1129(a)(9)(A) and 726 of the Bankruptcy Code shall be deemed preserved. Without limiting the foregoing, for purposes of clarification, nothing herein restricts the ability of the Lien-Related Litigation Creditor Representative to employ

professionals and seek or secure funding or financing to pay for the reasonable fees and expenses incurred in connection with the Lien-Related Litigation to the extent permitted by otherwise applicable law.

There shall be no issuance and distribution of New Common Stock pursuant to the Post-Effective Date Equity Distribution except pursuant to an order entered by the Bankruptcy Court with respect to or following the resolution of the Lien-Related Litigation. Any and all issues regarding the proper allocation of the Post-Effective Date Equity Distribution shall be determined by the Bankruptcy Court in connection with the Lien-Related Litigation and consistent with the Final DIP Order and the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code, which determination regarding such allocation may include, among other things, the consideration of the value, if any, of any Causes of Action preserved by the Reorganized Debtors pursuant to the Plan and whether such value should be allocated to or offset by Secured Claims or Administrative Claims. The New Common Stock shall be issued pursuant to the Post-Effective Date Equity Distribution upon an order of the Bankruptcy Court, which order shall designate the allocation of New Common Stock as between the Holders of Allowed DIP Claims, if any, Holders of Allowed Secured Notes Claims, if any, and Holders of Allowed General Unsecured Claims, if any.

Reorganized SN shall not declare, pay, or make any dividend or other similar distribution on account of the New Common Stock or make any similar transfer with respect to the New Common Stock until the Post-Effective Date Equity Distribution has occurred. Prior to the earlier of (i) the resolution of the Lien-Related Litigation and (ii) the distribution of all New Common Stock comprising the Post-Effective Date Equity Distribution, the Reorganized Debtors will seek approval of any settlement or compromise of any Causes of Action against the Sanchez Parties, SOG, SNMP, or their respective transferees (within the meaning of section 550 of the Bankruptcy Code) or Lien-Related Litigation, following consultation with the Lien-Related Litigation Creditor Representative, pursuant to Bankruptcy Rule 9019, after notice and opportunity for a hearing.

E. *Continuation of Gavilan Proceeding*

The Gavilan Proceeding shall be litigated or compromised after the Effective Date exclusively by the Reorganized Debtors.

F. *Corporate Existence*

Except as otherwise provided in the Plan, the New Organizational Documents, or any agreement, instrument, or other document incorporated in the Plan or the Plan Supplement, on the Effective Date, each Debtor shall continue to exist after the Effective Date as a separate corporation, limited liability company, partnership, or other form of entity, as the case may be, with all the powers of a corporation, limited liability company, partnership, or other form of entity, as the case may be, pursuant to the applicable law in the jurisdiction in which each applicable Debtor is incorporated or formed and pursuant to the respective certificate of incorporation and bylaws (or other analogous formation documents) in effect before the Effective Date, except to the extent such certificate of incorporation and bylaws (or other analogous formation documents) are amended by the Plan or otherwise, and to the extent such documents are amended, such documents are deemed to be amended pursuant to the Plan and require no further action or approval.

G. *Vesting of Assets in the Reorganized Debtors*

Except as otherwise provided in the Plan, the Confirmation Order, or any agreement, instrument, or other document incorporated herein or therein, or any agreement, instrument, or other document incorporated in the Plan or the Plan Supplement, on the Effective Date, all property in each Estate, all Causes of Action, and any property acquired by any of the Debtors, including interests held by the Debtors in their respective non-Debtor subsidiaries, shall vest in each applicable Reorganized Debtor, free and clear of all Liens, Claims, charges, or other encumbrances. On and after the Effective Date, each Reorganized Debtor may operate its business and may use, acquire, or dispose of property, and compromise or settle any Claims, Interests, or Causes of Action without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules.

H. *Corporate Action*

Upon the Effective Date, or as soon thereafter as is reasonably practicable, all actions contemplated by the Plan shall be deemed authorized and approved by the Bankruptcy Court in all respects, including, as applicable: (1) the implementation of the Restructuring Transactions; (2) the selection of the directors and officers for the Reorganized Debtors; (3) the adoption of the Management Incentive Plan, if any, by the Reorganized SN Board; (4) the issuance and distribution of the New Common Stock; and (5) all other actions contemplated under or necessary to implement the Plan (whether to occur before, on, or after the Effective Date). Upon the Effective Date, all matters provided for in the Plan involving the corporate structure of the Reorganized Debtors, and any corporate action required by the Debtors, or the Reorganized Debtors in connection with the Plan, shall be deemed to have occurred and shall be in effect, without any requirement of further action by the security holders, directors, or officers of the Debtors, or the Reorganized Debtors. On or (as applicable) before the Effective Date, the appropriate officers of the Debtors or the Reorganized Debtors shall be authorized and (as applicable) directed to issue, execute, and deliver the agreements, documents, securities, and instruments contemplated by the Plan (or necessary or desirable to effect the transactions contemplated by the Plan) in the name of and on behalf of the Reorganized Debtors, and any and all other agreements, documents, securities, and instruments relating to the foregoing, to the extent not previously authorized by the Bankruptcy Court. The authorizations and approvals contemplated by this Article IV.H shall be effective notwithstanding any requirements under non-bankruptcy law.

I. *New Organizational Documents*

Prior to the Effective Date, the Secured Ad Hoc Group shall prepare the form of New Organizational Documents, which shall be included in the Plan Supplement. On the Effective Date, to the extent legally required, each of the Reorganized Debtors will file its New Organizational Documents with the applicable Secretaries of State and/or other applicable authorities in its respective state of incorporation or formation in accordance with the applicable laws of the respective state of incorporation or formation. The New Organizational Documents shall be consistent with section 1123(a)(6) of the Bankruptcy Code. Pursuant to section 1123(a)(6) of the Bankruptcy Code, the New Organizational Documents will prohibit the issuance of non-voting equity securities. After the Effective Date, the Reorganized Debtors may amend and restate their respective New Organizational Documents and other constituent documents as permitted by the laws of their respective states of incorporation and their respective New Organizational Documents. Neither the preparation nor the filing of the New Organizational Documents shall be deemed to create a new corporate or other legal entity, and the New Organizational Documents shall be deemed amendments to or amendments and restatements of applicable organizational documents for purposes of any change of control determination.

J. *Directors and Officers of Reorganized SN*

The composition and membership of the Reorganized SN Board shall be determined prior to the Effective Date by the Secured Ad Hoc Group and included in the Plan Supplement. Thereafter, the members of the Reorganized SN Board shall be elected in accordance with the New Organizational Documents. Provisions regarding the removal, appointment, and replacement of members of the Reorganized SN Board in subsequent terms will be disclosed in the New Organizational Documents.

If the Secured Ad Hoc Group, the CRO and each applicable executive reach an agreement with respect to the terms and form of the New Executive Agreements, such agreement shall be included in the Plan Supplement and, on the Effective Date, the Reorganized Debtors shall enter into the New Executive Employment Agreements.

K. *Retention of Current Workforce by Reorganized SN; Severance Payments*

The CRO and the Secured Ad Hoc Group shall agree upon the members of the Debtors' current workforce that shall be retained and employed by the Reorganized Debtors as of the Effective Date. Such individuals shall be offered employment as soon as practicable. The continuation of SN's obligations by Reorganized SN under the 2020 Non-Executive Bonus Program for such retained employees will be set forth in the Plan Supplement.

Severance consisting of up to six (6) weeks' severance pay up to an aggregate amount of up to $1.4 million shall be provided to all members of the Debtors' current workforce who are SOG employees that provide services to the Debtors, other than the Sanchez Parties, that are not offered employment with the Reorganized Debtors, provided such member of the Debtors' workforce has not been paid severance by SOG. All such payments will be subject to any customary or required withholdings and other requirements of law.

L. *Management Incentive Plan*

The Reorganized SN Board shall be authorized to implement the Management Incentive Plan on terms to be determined by the Reorganized SN Board.

M. *Effectuating Documents; Further Transactions*

On and after the Effective Date, the Reorganized Debtors, their officers, and the members of the Reorganized Boards are authorized to and may issue, execute, deliver, file, or record such contracts, Securities, instruments, releases, and other agreements or documents and take such actions as may be necessary or appropriate to effectuate, implement, and further evidence the terms and conditions of the Plan and the Securities issued pursuant to the Plan, including the New Common Stock, in the name of and on behalf of the Reorganized Debtors, without the need for any approvals, authorization, or consents.

N. *Preservation of Causes of Action*

Unless expressly waived, relinquished, exculpated, released, compromised, or settled under the Plan or a Final Order, in accordance with section 1123(b) of the Bankruptcy Code, the Reorganized Debtors shall retain and may enforce all rights to commence and pursue, as appropriate, any and all Causes of Action (including all Avoidance Actions), whether arising before or after the Petition Date, including any actions specifically enumerated in the Plan Supplement, and such rights to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date. No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Reorganized Debtors will not pursue any and all available Causes of Action against it. The Reorganized Debtors expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan. Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised, or settled under the Plan or pursuant to a Bankruptcy Court order, the Reorganized Debtors, as applicable, expressly reserve all Causes of Action for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of the Confirmation or Consummation. In accordance with section 1123(b)(3) of the Bankruptcy Code, except as otherwise provided herein, any Causes of Action that a Debtor may hold against any Entity shall vest in the Reorganized Debtors.

The applicable Reorganized Debtor, through its authorized agents or representatives, shall retain and may exclusively enforce any and all such Causes of Action, as applicable. The Reorganized Debtors shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action, and to decline to do any of the foregoing without the consent or approval of any third party or further notice to, or action, order, or approval of, the Bankruptcy Court.

Notwithstanding the foregoing, the Lien-Related Litigation Creditor Representative shall have standing to pursue, prosecute and sole authority to settle all Causes of Action referenced and asserted in the Lien Challenge Complaint as of the date hereof, solely to the extent and in accordance with the process and timing set forth in the Plan. The Bankruptcy Court shall retain exclusive jurisdiction to resolve all Causes of Action.

O. *Exemption from Registration Requirements*

The authorization, issuance, and distribution of all New Common Stock pursuant to the Plan, including the shares of New Common Stock issued pursuant to the DIP Equity Distribution and the Post-Effective Date Equity

Distribution, regardless of whether issued on or as soon as reasonably practicable after the Effective Date or following the outcome of the Lien-Related Litigation, will be exempt from the registration requirements of section 5 of the Securities Act and any similar federal, state, or local law in reliance on section 1145 of the Bankruptcy Code or, only to the extent such exemption under section 1145 of the Bankruptcy Code is not available, any other available exemption from registration under the Securities Act and such similar federal, state and local laws.

All New Common Stock authorized, issued and distributed pursuant to the Plan in reliance upon the exemption from registration provided in section 1145 of the Bankruptcy Code may be resold without registration under the Securities Act by the recipients thereof that are not "underwriters" (as defined in section 2(a)(11) of the Securities Act and in the Bankruptcy Code) pursuant to the Plan, subject to: (1) compliance with any applicable state and foreign securities laws and obtaining any other applicable regulatory approval; and (2) the transfer restrictions set forth in the New Organizational Documents, if any. For the avoidance of doubt, if any shares of New Common Stock are issued pursuant to the exemption from registration in section 4(a)(2) of the Securities Act, such shares of New Common Stock will be considered "restricted securities" and may not be resold by the recipients thereof except pursuant to an effective registration statement under the Securities Act or an available exemption thereunder. Reorganized SN will not be a public reporting company as of the Effective Date.

P. *Cancellation of Instruments, Certificates, and Other Documents*

Except for the purpose of evidencing a right to and allowing Holders of Claims to receive a distribution under the Plan and except as otherwise provided in the Plan or any agreement, instrument, or other document incorporated in the Plan or the Plan Supplement, on the Effective Date, all notes, instruments, Certificates, and other documents evidencing Claims or Interests, and any other credit agreements and indentures evidencing or creating a prepetition Claim or Interest, shall be terminated and canceled, and the obligations of the Debtors thereunder or in any way related thereto shall be discharged. Notwithstanding the foregoing, DIP Credit Agreement, Indentures, and the Collateral Trust Agreement, as applicable, shall continue in effect solely to the extent necessary to: (i) allow the DIP Agent, a disbursing agent, or the Indenture Trustees to make distributions to the Holders of DIP Claims, Secured Notes Claims and Unsecured Notes Claims, as applicable; (ii) permit the DIP Agent, the Indenture Trustees, and the Collateral Trustee to assert their charging liens; and (iii) allow the DIP Agent, the Indenture Trustees, Holders of Secured and Unsecured Notes, and the Collateral Trustee to maintain any right of indemnification, contribution, subrogation or any other claim or entitlement they may have under the DIP Credit Agreement, the Indentures, or the Collateral Trust Agreement, as applicable, with respect to any party other than the Debtors or Reorganized Debtors. The provisions of the DIP Credit Agreement, the Indentures, and the Collateral Trust Agreement governing the relationships of each of the DIP Agent, the DIP Lenders, the Indenture Trustees, the respective Holders of Secured Notes and Unsecured Notes, and the Collateral Trustee shall not be affected by the Plan, Confirmation, or Effective Date. Notwithstanding confirmation or consummation of this Plan (and for the avoidance of doubt), the Unsecured Notes Indentures and any agreement that governs the rights of the Holders of Unsecured Notes Claims shall continue in effect (and the Unsecured Notes Indenture Trustee shall remain as trustee, register and paying agent) for the purposes of: (1) preserving any rights of the Unsecured Notes Indenture Trustee to payment of fees, expenses, and indemnification obligations as against any money or property distributable to the Holders under the relevant Indenture, including any rights to priority of payment and/or to exercise charging liens; (2) permitting the Unsecured Notes Indenture Trustee to enforce any obligations owed to it under the Plan; and (3) permitting the Unsecured Notes Indenture Trustee to appear in the case or any proceeding in the case in which it is or may become a party.

Q. *Section 1146(a) Exemption*

To the fullest extent permitted by section 1146(a) of the Bankruptcy Code, any transfers (whether from a Debtor to a Reorganized Debtor or to any other Person) of property under the Plan (including the Restructuring Transactions) or pursuant to: (1) the issuance, distribution, transfer, or exchange of any debt, equity Security, or other interest in the Debtors or the Reorganized Debtors; (2) the creation, modification, consolidation, termination, refinancing, and/or recording of any mortgage, deed of trust, or other security interest, or the securing of additional indebtedness by such or other means; (3) the making, assignment, or recording of any lease or sublease; or (4) the making, delivery, or recording of any deed or other instrument of transfer under, in furtherance of, or in connection with, the Plan, including any deeds, bills of sale, assignments, or other instrument of transfer executed in connection with any transaction arising out of, contemplated by, or in any way related to the Plan (including the Restructuring Transactions), shall not be subject to any document recording tax, stamp tax, conveyance fee, intangibles or similar

tax, mortgage tax, real estate transfer tax, mortgage recording tax, Uniform Commercial Code filing or recording fee, regulatory filing or recording fee, or other similar tax or governmental assessment, and upon entry of the Confirmation Order, the appropriate state or local governmental officials or agents shall forego the collection of any such tax or governmental assessment and accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax, recordation fee, or governmental assessment. All filing or recording officers (or any other Person with authority over any of the foregoing), wherever located and by whomever appointed, shall comply with the requirements of section 1146(a) of the Bankruptcy Code, shall forego the collection of any such tax or governmental assessment, and shall accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax or governmental assessment.

R. *DIP Agent Fees and Expenses*

On the Effective Date, the Debtors or the Reorganized Debtors, as applicable, shall pay in Cash all DIP Agent Fees and Expenses without the need for the DIP Agent to file fee applications or any other applications or motions with the Bankruptcy Court, and from and after the Effective Date, the Reorganized Debtors shall pay in Cash all DIP Agent Fees and Expenses incurred. For the avoidance of doubt, nothing herein shall be deemed to impair, waive, discharge, or negatively impact or affect the rights of the DIP Agent to exercise its charging liens pursuant to the terms of the DIP Credit Agreement.

## ARTICLE V.
## TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

A. *Assumption or Rejection of Executory Contracts and Unexpired Leases*

Except as otherwise provided in the Plan or otherwise agreed to by the Debtors and the counterparty to an Executory Contract or Unexpired Lease, all Executory Contracts or Unexpired Leases not previously assumed, assumed and assigned, or rejected in the Chapter 11 Cases, shall be assumed by the Reorganized Debtors, effective as of the Effective Date, in accordance with the requirements of sections 365 and 1123 of the Bankruptcy Code and regardless of whether such Executory Contract or Unexpired Lease is set forth on the Schedule of Assumed Executory Contracts and Unexpired Leases, other than: (1) those that are identified on the Schedule of Rejected Executory Contracts and Unexpired Leases; (2) those that have been previously rejected by a Final Order; (3) those that are the subject of a motion to reject Executory Contracts or Unexpired Leases that is pending on the Confirmation Date; or (4) those that are subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the Effective Date. Entry of the Confirmation Order shall constitute a Bankruptcy Court order approving the assumptions, assumptions and assignments, or rejections of such Executory Contracts or Unexpired Leases as set forth in the Plan, the Schedule of Assumed Executory Contracts and Unexpired Leases, or the Schedule of Rejected Executory Contracts and Unexpired Leases, pursuant to sections 365(a) and 1123 of the Bankruptcy Code, except as otherwise provided in the Plan or the Confirmation Order. Unless otherwise indicated or agreed by the Debtors and the applicable contract counterparties, assumptions, assumptions and assignments, or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan are effective as of the Effective Date, notwithstanding the fact that the deadline to object to assumption or rejection of an Executory Contract or Unexpired Lease may be after the Effective Date.

Each Executory Contract or Unexpired Lease assumed by Bankruptcy Court order but not assigned to a third party before the Effective Date shall re-vest in and be fully enforceable by the applicable contracting Reorganized Debtor in accordance with its terms, except as such terms may have been modified by any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law or as otherwise agreed by the Debtors and the applicable counterparty to the Executory Contract or Unexpired Lease. Notwithstanding anything to the contrary in this Article V, the New Executive Employment Agreements shall be deemed to be entered into or assumed, as applicable, on the Effective Date.

B. *Claims Based on Rejection of Executory Contracts or Unexpired Leases*

Prior to the Confirmation Hearing, the Secured Ad Hoc Group will identify the Executory Contracts and Unexpired Leases to be included in the Schedule of Rejected Executory Contracts and Unexpired Leases, and the Debtors shall cause Notices of Rejection to be sent to the applicable counterparties in the Schedule of Rejected

Executory Contracts and Unexpired Leases setting forth the date by which objections to the proposed rejection, if any, must be Filed. The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from the Schedule of Rejected Executory Contracts and Unexpired Leases until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection. Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts and Unexpired Leases, if any, must be Filed with the Bankruptcy Court by no later than the date provided in the Notice of Rejection, Confirmation Order or any other order of the Bankruptcy Court establishing the date by which such Proofs of Claim must be Filed. Any and all negotiation, litigation (including of any objection to rejection), dispute resolution or any other matters regarding the rejection of Executory Contracts and Unexpired Leases shall be carried out by the Reorganized Debtors after the Effective Date.

**Any Claims arising from the rejection of an Executory Contract or Unexpired Lease that are not Filed within such time set in the Notice of Rejection or by the Bankruptcy Court in the Confirmation Order will be automatically Disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Reorganized Debtors, the Estates, or property of the foregoing parties, without the need for any objection by the Debtors or Reorganized Debtors, as applicable, or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in a Proof of Claim to the contrary.** All Allowed Claims arising from the rejection of the Debtors' Executory Contracts and Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with Article III of the Plan.

C. *Cure of Defaults for Assumed Executory Contracts and Unexpired Leases*

Any Cure Claims under each Executory Contract and Unexpired Lease to be assumed shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by payment of the Cure Claim in Cash as soon as reasonably practicable, subject to the limitations described below, by the Reorganized Debtors or on such other terms as the parties to such Executory Contracts or Unexpired Leases may otherwise agree. In the event of a dispute regarding (1) the amount of the Cure Claim, (2) the ability of the Reorganized Debtors or any assignee, as applicable, to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (3) any other matter pertaining to assumption, the Cure Claims required by section 365(b)(1) of the Bankruptcy Code shall only be paid following the entry of a Final Order resolving the dispute and approving the assumption.

Prior to the Confirmation Hearing, the Secured Ad Hoc Group will identify the Executory Contracts and Unexpired Leases to be included in the Schedule of Assumed Executory Contracts and Unexpired Leases, and the Debtors shall cause Notices of Assumption to be sent to applicable counterparties. Any objection to the proposed assumption or cure amount by such counterparty must be Filed by no later than the date provided in the Notice of Assumption, Confirmation Order or any other order of the Bankruptcy Court establishing the date by which such objections must be Filed. The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from the Schedule of Assumed Executory Contracts and Unexpired Leases and move it to the Schedule of Rejected Executory Contracts and Unexpired Leases until the later of (a) the date by which objections to the proposed assumption must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection. Any such objection shall be heard after the Confirmation Date at a date determined by the Bankruptcy Court. Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or cure amount will be deemed to have assented to such assumption or Cure Claim. Any and all negotiation, litigation (including of any objection to assumption), dispute resolution or any other matters regarding the assumption of Executory Contracts and Unexpired Leases shall be carried out by the Reorganized Debtors after the Effective Date

Assumption (or assumption and assignment) of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure Claims, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption and/or assignment. **Any liabilities reflected in the Schedules and any Proofs of Claim Filed with respect to an Executory Contract or Unexpired Lease that has been assumed and assigned**

**shall be deemed Disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.**

D. *Indemnification Obligations*

On and as of the Effective Date, the Indemnification Obligations to indemnify any Indemnified Parties with respect to the Exculpation Claims (i) will be assumed; (ii) will survive the effectiveness of the Plan; (iii) will not be discharged, impaired, or otherwise affected in any way, including by the Plan, the Plan Supplement, the Confirmation Order or the New Organizational Documents; (iv) will not be limited, reduced, or terminated after the Effective Date; and (v) will survive unimpaired and unaffected. Any payment of Indemnification Obligations by the Reorganized Debtors shall be sought first to the extent of any available coverage under existing insurance policies.

E. *Insurance Policies*

Notwithstanding anything in the Plan to the contrary, unless otherwise listed on the Schedule of Rejected Executory Contracts and Unexpired Leases (provided that no D&O Liability Insurance Policies shall be rejected), all of the Debtors' insurance policies and any agreements, documents, or instruments relating thereto to which a Debtor is a party, named insured or beneficiary as of the Effective Date are treated as and deemed to be Executory Contracts under the Plan. On the Effective Date, pursuant to section 365(a) of the Bankruptcy Code, the Reorganized Debtors shall be deemed to have assumed all insurance policies and any agreements, documents, and instruments related thereto, including all D&O Liability Insurance Policies (including tail coverage liability insurance). Entry of the Confirmation Order will constitute the Bankruptcy Court's approval of the Reorganized Debtors' assumption of all such insurance policies, including the D&O Liability Insurance Policies. Notwithstanding anything to the contrary contained in the Plan, Confirmation of the Plan shall not discharge, impair, or otherwise modify any indemnity obligations assumed by the foregoing assumption of insurance policies, including the D&O Liability Insurance Policies, and each such indemnity obligation will be deemed and treated as an Executory Contract that has been assumed by the Reorganized Debtors under the Plan as to which no Proof of Claim or Cure Claim need be Filed, and shall survive the Effective Date.

F. *Modifications, Amendments, Supplements, Restatements, or Other Agreements*

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

G. *Contracts and Leases After the Petition Date*

Contracts and leases entered into after the Petition Date by any Debtor, including any Executory Contracts and Unexpired Leases assumed under section 365 of the Bankruptcy Code, will be performed by the applicable Debtor or Reorganized Debtor liable thereunder in the ordinary course of its business. Such contracts and leases that are not rejected under the Plan shall survive and remain unaffected by entry of the Confirmation Order.

H. *Reservation of Rights*

Nothing contained in the Plan or the Plan Supplement shall constitute an admission by the Debtors or any other party that any contract or lease is in fact an Executory Contract or Unexpired Lease or that any Reorganized Debtor has any liability thereunder. If there is a dispute regarding (1) whether a contract or lease is or was executory

or unexpired at the time of assumption, (2) the amount of any Cure Claim, (3) the ability of the Reorganized Debtors or any assignee, as applicable, to provide adequate assurance of future performance (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (4) any other matter pertaining to assumption, the Reorganized Debtors shall have 45 days following entry of a Final Order resolving such dispute to alter their treatment of such contract or lease.

## ARTICLE VI.
## PROVISIONS GOVERNING DISTRIBUTIONS

A. *Distributions on Account of Claims Allowed as of the Effective Date*

Except with respect to the New Common Stock subject to the Post-Effective Date Equity Distribution, or except as provided in a Final Order, or as otherwise agreed to by the Debtors or the Reorganized Debtors, as the case may be, and the Holder of the applicable Claim or Interest, on the first Distribution Date, the Disbursing Agent shall make initial distributions under the Plan on account of Claims Allowed on or before the Effective Date; *provided*, *however*, that (1) Allowed Administrative Claims with respect to liabilities incurred by the Debtors in the ordinary course of business shall be paid or performed in the ordinary course of business in accordance with the terms and conditions of any controlling agreements, course of dealing, course of business, or industry practice, and (2) Allowed Priority Tax Claims shall be paid in accordance with Article II.C. To the extent any Allowed Priority Tax Claim is not due and owing on the Effective Date, such Claim shall be paid in full in Cash in accordance with the terms of any agreement between the Debtors and the Holder of such Claim or as may be due and payable under applicable non-bankruptcy law or in the ordinary course of business. Except as may be provided by an order of the Bankruptcy Court for the release of the New Common Stock subject to the Post-Effective Date Equity Distribution, which New Common Stock shall be released as soon as practicable following the entry of such order, a Distribution Date shall occur no more frequently than once in every 90-day period after the Effective Date, as necessary, in the sole discretion of the Reorganized Debtors.

B. *Rights and Powers of the Disbursing Agent*

1. Powers of Disbursing Agent

The Disbursing Agent shall be empowered to: (a) effect all actions and execute all agreements, instruments, and other documents necessary to perform its duties under the Plan; (b) make all distributions contemplated hereby; (c) employ professionals to represent it with respect to its responsibilities; and (d) exercise such other powers as may be vested in the Disbursing Agent by order of the Bankruptcy Court, pursuant to the Plan, or as deemed by the Disbursing Agent to be necessary and proper to implement the provisions hereof.

2. Expenses Incurred On or After the Effective Date

Except as otherwise ordered by the Bankruptcy Court, the amount of any reasonable fees and expenses incurred by the Disbursing Agent on or after the Effective Date (including taxes) and any reasonable compensation and expense reimbursement claims (including reasonable attorney fees and expenses) made by the Disbursing Agent shall be paid in Cash by the Reorganized Debtors.

C. *Special Rules for Distributions to Holders of Disputed Claims*

Except as otherwise agreed by the relevant parties: (1) no partial payments and no partial distributions shall be made with respect to a Disputed Claim until all such disputes in connection with such Disputed Claim have been resolved by settlement or Final Order; and (2) any Entity that holds both an Allowed Claim and a Disputed Claim shall not receive any distribution on the Allowed Claim unless and until all objections to the Disputed Claim have been resolved by settlement or Final Order for the Claims have been Allowed or expunged. Any dividends or other distributions arising from property distributed to Holders of Allowed Claims in a Class and paid to such Holders under the Plan shall also be paid, in the applicable amounts, to any Holder of a Disputed Claim in such Class that becomes an Allowed Claim after the date or dates that such dividends or other distributions were earlier paid to Holders of Allowed Claims in such Class.

D. *Delivery of Distributions*

1. Record Date for Distributions

Except for distributions to holders of public securities, three (3) business days before the Effective Date, the Claims Register and the various transfer registers for each Class of Claims as maintained by the Debtors or their respective agents shall be deemed closed, and there shall be no further changes in the record Holders of any Claims. The Disbursing Agent shall have no obligation to recognize any transfer of Claims or Interests occurring on or after three (3) business days before the Effective Date. In addition, with respect to payment of any Cure amounts or disputes over any Cure amounts, neither the Debtors nor the Disbursing Agent shall have any obligation to recognize or deal with any party other than the non-Debtor party to the applicable Executory Contract or Unexpired Lease as of the Effective Date, even if such non-Debtor party has sold, assigned, or otherwise transferred its Claim for a Cure amount. For the avoidance of doubt, no record date for distributions shall apply to holders of public securities.

2. Distribution Process

The Disbursing Agent shall make all distributions required under the Plan, except with respect to distributions to Holders of Allowed DIP Claims, Allowed Secured Notes Claims and Allowed Unsecured Notes Claims, as set forth herein, and shall exercise commercially reasonable efforts to implement appropriate mechanics governing such distributions in accordance with the Plan and the terms of the relevant governing agreement. Except as otherwise provided herein, and notwithstanding any authority to the contrary, distributions to Holders of Allowed Claims, including Claims that become Allowed after the Effective Date, shall be made to Holders of record or their respective designees as of three (3) business days before the Effective Date: (a) to the address of such Holder or designee as set forth in the Debtors' books and records, provided that the address of such Holder shall be deemed to be the address set forth in any Proof of Claim filed by such Holder (or if the appropriate notice has been provided pursuant to the governing agreement in writing, on or before the date that is ten (10) calendar days before the Effective Date, of a change of address or an identification of designee, to the changed address or to such designee, as applicable); or (b) in accordance with Federal Rule of Civil Procedure 4, as modified and made applicable by Bankruptcy Rule 7004, if no address exists in the applicable register or the Debtors' books and records, no Proof of Claim has been Filed, and the Disbursing Agent has not received a written notice of a change of address on or before the date that is ten (10) calendar days before the Effective Date. The Debtors, the Reorganized Debtors, and the Disbursing Agent, as applicable, shall not incur any liability whatsoever on account of any distributions under the Plan. Except as otherwise provided in the Plan, Holders of Claims shall not be entitled to interest or accruals on the distributions provided for in the Plan, regardless of whether such distributions are delivered on or at any time after the Effective Date.

3. Delivery of Distributions to Holders of Allowed DIP Claims

Except as otherwise provided in the Plan or reasonably requested by the DIP Agent, all distributions to Holders of Allowed DIP Claims shall be deemed completed when made to (or with the consent of) the DIP Agent, which shall be deemed to be the Holder of all Allowed DIP Claims for purposes of distributions to be made hereunder. The DIP Agent shall hold or direct such distributions for the benefit of the Holders of Allowed DIP Claims, as applicable. As soon as practicable in accordance with the requirements set forth in this Article VI, the DIP Agent shall arrange to deliver such distributions to or on behalf of such Holders of Allowed DIP Claims, at the sole expense of the Debtors or the Reorganized Debtors, as applicable. The DIP Agent shall not incur any liability on account of any distributions under the Plan.

4. Delivery of Distributions to Holders of Allowed Secured Notes Claims

Except as otherwise provided in the Plan or reasonably requested by the Secured Notes Indenture Trustee, all distributions to Holders of Allowed Secured Notes Claims shall be deemed completed when made to (or with the consent of) the Secured Notes Indenture Trustee, which shall be deemed to be the Holder of all Allowed Secured Notes Claims for purposes of distributions to be made hereunder. The Secured Notes Indenture Trustee shall hold or direct such distributions for the benefit of the Holders of Allowed Secured Notes Claims, as applicable. As soon as practicable in accordance with the requirements set forth in this Article VI, the Secured Notes Indenture Trustee shall arrange to deliver such distributions to or on behalf of such Holders of Allowed Secured Notes Claims, at the sole expense of the Debtors or the Reorganized Debtors, as applicable. Notwithstanding anything to the contrary in

the Plan, the Secured Notes Indenture Trustee may transfer or direct that the distribution be made to the holders of the Secured Notes directly on the books and records of the Reorganized SN's transfer agent or through the facilities of DTC (whether by means of book-entry exchange, free delivery, or otherwise) consistent with the customary practices of DTC. Such distributions shall be subject in all respects to the right of the Secured Notes Indenture Trustee or Collateral Trustee, as applicable, to assert its applicable charging liens against such distributions. The Reorganized Debtors reserve the right to issue New Common Stock to Holders of Allowed Secured Notes Claims directly on the books and records of the transfer agent or to seek to make the New Common Stock eligible to be distributed through the facilities of DTC and as provided for under the Secured Notes Indenture. The Secured Notes Indenture Trustee shall not incur any liability on account of any distributions under the Plan.

5. Delivery of Distributions to Holders of Allowed Unsecured Notes Claims

Except as otherwise provided in the Plan or reasonably requested by the Unsecured Notes Indenture Trustee, all distributions to Holders of Allowed Unsecured Notes Claims shall be deemed completed when made to (or with the consent of) the Unsecured Notes Indenture Trustee, which shall be deemed to be the Holder of all Allowed Unsecured Notes Claims for purposes of distributions to be made hereunder. The Unsecured Notes Indenture Trustee shall hold or direct such distributions for the benefit of the Holders of Allowed Unsecured Notes Claims, as applicable. As soon as practicable in accordance with the requirements set forth in this Article VI, the Unsecured Notes Indenture Trustee shall arrange to deliver such distributions to or on behalf of such Holders of Allowed Unsecured Notes Claims. Notwithstanding anything to the contrary in the Plan, the Unsecured Notes Indenture Trustee may transfer or direct that the distribution be made to the holders of the Unsecured Notes directly on the books and records of the Reorganized SN's transfer agent or through the facilities of DTC (whether by means of book-entry exchange, free delivery, or otherwise) consistent with the customary practices of DTC. Such distributions shall be subject in all respects to the right of the Unsecured Notes Indenture Trustee to assert its applicable charging liens against such distributions. The Reorganized Debtors reserve the right to issue New Common Stock to Holders of Allowed Unsecured Notes Claims directly on the books and records of the transfer agent or to seek to make the New Common Stock eligible to be distributed through the facilities of DTC and as provided for under the 2021 Unsecured Notes Indentures and the 2023 Unsecured Notes Indenture. The Unsecured Notes Indenture Trustee shall not incur any liability on account of any distributions under the Plan.

6. Compliance Matters

In connection with the Plan, to the extent applicable, the Reorganized Debtors or the Disbursing Agent, as applicable, shall comply with all tax withholding and reporting requirements imposed on them by any Governmental Unit, and all distributions pursuant to the Plan shall be subject to such withholding and reporting requirements. Notwithstanding any provision in the Plan to the contrary, the Reorganized Debtors or the Disbursing Agent, as applicable, shall be authorized to take all actions necessary or appropriate to comply with such withholding and reporting requirements, including liquidating a portion of the distribution to be made under the Plan to generate sufficient funds to pay applicable withholding taxes, or withholding distributions pending receipt of information necessary to facilitate such distributions. The Reorganized Debtors reserve the right to allocate all distributions made under the Plan in compliance with all applicable wage garnishments, alimony, child support, and other spousal awards, liens, and encumbrances.

7. Foreign Currency Exchange Rate

Except as otherwise provided in a Bankruptcy Court order, as of the Effective Date, any Claim asserted in currency other than U.S. dollars shall be automatically deemed converted to the equivalent U.S. dollar value using the exchange rate for the applicable currency as published in *The Wall Street Journal, National Edition*, on the Effective Date.

8. Fractional, Undeliverable, and Unclaimed Distributions

a. *Fractional Distributions*. Whenever any distribution of fractional shares of New Common Stock or Cash would otherwise be required pursuant to the Plan, the actual distribution shall reflect a rounding of such fraction down to the nearest whole interest or share or dollar, as applicable. The total number of authorized shares of New Common Stock to be

distributed pursuant to the Plan shall be adjusted as necessary to account for the foregoing rounding.

b. *Minimum Distributions*. Holders of Allowed Claims entitled to distributions of less than $50 in the aggregate (whether Cash or otherwise) shall not receive distributions, and each such Claims shall be discharged pursuant to Article VIII and their Holders are forever barred pursuant to Article VIII from asserting such Claims against the Debtors, the Reorganized Debtors or their property.

c. *Undeliverable Distributions*. If any distribution to a Holder of an Allowed Claim is returned to the Disbursing Agent as undeliverable, no further distributions shall be made to such Holder unless and until the Disbursing Agent is notified in writing of such Holder's then-current address or other necessary information for delivery, at which time all currently due missed distributions shall be made to such Holder on the next Distribution Date. Undeliverable distributions shall remain in the possession of the Reorganized Debtors until such time as a distribution becomes deliverable, or such distribution reverts to the Reorganized Debtors or is canceled pursuant to Article VI.D.7.d of the Plan, and shall not be supplemented with any interest, dividends, or other accruals of any kind. Shares of New Common Stock that are un-issuable or un-registerable because the prospective recipient fails to provide the Debtors with the information needed to issue or register such New Common Stock shall be treated as undeliverable and Unclaimed Distributions.

d. *Reversion*. Any distribution under the Plan that is an Unclaimed Distribution for a period of 6 months after distribution shall be deemed unclaimed property under section 347(b) of the Bankruptcy Code and such Unclaimed Distribution shall revest in the applicable Reorganized Debtor, and, to the extent such Unclaimed Distribution is comprised of New Common Stock, they shall be deemed canceled and/or remain unissued, as applicable, with no further action by any person or Entity. Upon such reverting or revesting, the Claim of the Holder or its successors with respect to such property shall be canceled, discharged, and forever barred notwithstanding any applicable federal or state escheat, abandoned, or unclaimed property laws, or any provisions in any document governing the distribution that is an Unclaimed Distribution, to the contrary.

9. Surrender of Canceled Instruments or Securities

On the Effective Date, each Holder of a Certificate shall be deemed to have surrendered such Certificate to the Disbursing Agent or a Servicer (to the extent the relevant Claim is governed by an agreement and administered by a Servicer). Such Certificate shall be canceled solely with respect to the Debtors, and such cancelation shall not alter the obligations or rights of any non-Debtor third parties vis-à-vis one another with respect to such Certificate. Notwithstanding the foregoing, this provision shall not apply to any Claims and Interests Reinstated pursuant to the terms of the Plan.

E. *Claims Paid or Payable by Third Parties*

1. Claims Paid by Third Parties

A Claim shall be correspondingly reduced, and the applicable portion of such Claim shall be Disallowed without an objection to such Claim having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court, to the extent that the Holder of such Claim receives a payment on account of such Claim from a party that is not a Debtor or a Reorganized Debtor; *provided* that the Debtors or the Reorganized Debtors, as applicable, shall provide 21 calendar days' notice to the Holder prior to any disallowance of such Claim during which period the Holder may object to such disallowance, and if the parties cannot reach an agreed resolution, the matter shall be decided by the Bankruptcy Court. Subject to the last sentence of this paragraph, to the extent a Holder of a Claim receives a distribution on account of such Claim and receives payment from a party that is not a Debtor or a Reorganized Debtor on behalf of the Debtors on account of such Claim, such Holder shall, within 14 calendar days of receipt thereof, repay or return the distribution to the Reorganized Debtors to the extent the Holder's total recovery

on account of such Claim from the third party and under the Plan exceeds the amount of such Claim as of the date of any such distribution under the Plan. The failure of such Holder to timely repay or return such distribution shall result in the Holder owing the Reorganized Debtors annualized interest at the Federal Judgment Rate on such amount owed for each business day after the 14-day grace period specified above until the amount is repaid.

2. Claims Payable by Insurance Carriers

No distributions under the Plan shall be made on account of an Allowed Claim that is payable pursuant to one of the Debtors' insurance policies until the Holder of such Allowed Claim has exhausted all remedies with respect to such insurance policy. To the extent that one or more of the Debtors' insurers agrees to satisfy in full or in part a Claim (if and to the extent adjudicated by a court of competent jurisdiction), then immediately upon such insurers' agreement, the applicable portion of such Claim may be expunged without a Claim objection having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court; *provided* that the Debtors or the Reorganized Debtors, as applicable, shall provide 21 calendar days' notice to the Holder of such Claim prior to any disallowance of such Claim during which period the Holder may object to such disallowance, and if the parties cannot reach an agreed resolution, the matter shall be decided by the Bankruptcy Court.

3. Applicability of Insurance Policies

Except as otherwise provided in the Plan, distributions to Holders of Allowed Claims shall be in accordance with the provisions of any applicable insurance policy. Notwithstanding anything to the contrary contained herein (including Article VIII), nothing contained in the Plan shall constitute or be deemed a release, settlement, satisfaction, compromise, or waiver of any Cause of Action that the Debtors or any other Entity may hold against any other Entity, including insurers, under any policies of insurance or applicable indemnity, nor shall anything contained herein constitute or be deemed a waiver by such insurers of any defenses, including coverage defenses, held by such insurers.

F. *Setoffs*

Except as otherwise expressly provided for herein and for purposes of clarification, excluding the DIP Equity Distribution to be made on the Effective Date, each Debtor or Reorganized Debtor, as applicable, pursuant to the Bankruptcy Code (including section 553 of the Bankruptcy Code), applicable non-bankruptcy law, or as may be agreed to by the Holder of a Claim, may set off against any Allowed Claim and the distributions to be made pursuant to the Plan on account of such Allowed Claim (before any distribution is made on account of such Allowed Claim), any claims, rights, and Causes of Action of any nature that such Debtor or Reorganized Debtor, as applicable, may hold against the Holder of such Allowed Claim, to the extent such claims, rights, or Causes of Action against such Holder have not been otherwise compromised or settled on or prior to the Effective Date (whether pursuant to the Plan or otherwise); *provided*, *however*, that neither the failure to effect such a setoff nor the allowance of any Claim pursuant to the Plan shall constitute a waiver or release by such Debtor or Reorganized Debtor of any such claims, rights, and Causes of Action that such Debtor or Reorganized Debtor may possess against such Holder. In no event shall any Holder of Claims be entitled to set off any such Claim against any claim, right, or Cause of Action of the Debtor or Reorganized Debtor (as applicable), unless such Holder has Filed a motion with the Bankruptcy Court requesting the authority to perform such setoff on or before the Confirmation Date, and notwithstanding any indication in any Proof of Claim or otherwise that such Holder asserts, has, or intends to preserve any right of setoff pursuant to section 553 of the Bankruptcy Code or otherwise.

G. *Allocation Between Principal and Accrued Interest*

Distributions in respect of Allowed Claims shall be allocated first to the principal amount of such Claims (as determined for U.S. federal income tax purposes) and then, to the extent the consideration exceeds the principal amount of the Allowed Claims, to any portion of such Claims for accrued but unpaid interest.

H. *No Postpetition Interest on Claims*

Unless otherwise specifically provided for in an order of the Bankruptcy Court, the Plan, the Confirmation Order, or documents executed as required by the Plan, or required by applicable bankruptcy law, postpetition interest

shall not accrue or be paid on any Claims or Interests and no Holder of a Claim or Interest shall be entitled to interest accruing on or after the Petition Date on any such Claim. Notwithstanding the foregoing, all interest, fees, costs, charges, and other amounts due under the DIP Credit Agreement and the Final DIP Order with respect to the DIP Claims shall continue to accrue until the resolution of the Lien-Related Litigation.

## ARTICLE VII.
## PROCEDURES FOR RESOLVING DISPUTED CLAIMS

### A. *Allowance of Claims*

After the Effective Date, each of the Reorganized Debtors shall have and retain any and all rights and defenses the applicable Debtor had with respect to any Claim immediately before the Effective Date. Except as expressly provided in the Plan or in any order entered in the Chapter 11 Cases before the Effective Date (including the Confirmation Order), no Claim shall become an Allowed Claim unless and until such Claim is deemed Allowed under the Plan or the Bankruptcy Code, or the Bankruptcy Court has entered a Final Order, including the Confirmation Order (when it becomes a Final Order), in the Chapter 11 Cases allowing such Claim.

### B. *Claims Administration Responsibilities*

Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Reorganized Debtors shall have the sole authority to File and prosecute objections to Claims, and the Reorganized Debtors shall have the sole authority to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court. On and after the Effective Date, the Reorganized Debtors will use commercially reasonable efforts to advance the claims resolution process through estimation or otherwise. For the avoidance of doubt, no claims administration shall occur prior to the Effective Date.

### C. *Estimation of Claims*

On or after the Effective Date, the Reorganized Debtors, as applicable, may (but are not required to) at any time request that the Bankruptcy Court estimate any Claim pursuant to applicable law, including, without limitation, pursuant to section 502(c) of the Bankruptcy Code for any reason, regardless of whether any party previously has objected to such Claim or whether the Bankruptcy Court has ruled on any such objection, and the Bankruptcy Court shall retain jurisdiction under 28 U.S.C. §§ 157 and 1334 to estimate any such Claim, including during the litigation of any objection to any Claim or during the pendency of any appeal relating to such objection. Notwithstanding any provision to the contrary in the Plan, a Claim that has been expunged from the Claims Register, but that either is subject to appeal or has not been the subject of a Final Order, shall be deemed to be estimated at zero dollars, unless otherwise ordered by the Bankruptcy Court. In the event that the Bankruptcy Court estimates any Claim, such estimated amount shall constitute a maximum limitation on such Claim for all purposes under the Plan (including for purposes of distributions and discharge) and may be used as evidence in any supplemental proceedings, and the Debtors or Reorganized Debtors may elect to pursue any supplemental proceedings to object to any ultimate distribution on such Claim. Notwithstanding section 502(j) of the Bankruptcy Code, in no event shall any Holder of a Claim that has been estimated pursuant to section 502(c) of the Bankruptcy Code or otherwise be entitled to seek reconsideration of such estimation unless such Holder has Filed a motion requesting the right to seek such reconsideration on or before seven (7) days after the date on which such Claim is estimated. Each of the foregoing Claims and objection, estimation, and resolution procedures are cumulative and not exclusive of one another. Claims may be estimated and subsequently compromised, settled, withdrawn, or resolved by any mechanism approved by the Bankruptcy Court.

D. *Adjustment to Claims Without Objection*

Any Claim that has been paid or satisfied, or any Claim that has been amended or superseded, may be adjusted or expunged on the Claims Register by the Debtors or the Reorganized Debtors, as applicable, without an objection having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court.

E. *Time to File Objections to Claims*

Any objections to Claims shall be Filed on or before the Claims Objection Bar Date.

F. *Disallowance of Claims*

Except as otherwise provided in the Plan, any Claims held by Entities from which property is recoverable under sections 542, 543, 550, or 553 of the Bankruptcy Code or that is a transferee of a transfer avoidable under sections 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of the Bankruptcy Code, shall be deemed Disallowed pursuant to section 502(d) of the Bankruptcy Code, and Holders of such Claims may not receive any distributions on account of such Claims until such time as such Causes of Action against that Entity have been settled or a Bankruptcy Court order with respect thereto has been entered and all sums due, if any, to the Debtors by that Entity have been turned over or paid to the Debtors or the Reorganized Debtors, as applicable. All Proofs of Claim Filed on account of an Indemnification Obligation shall be deemed satisfied and expunged from the Claims Register as of the Effective Date to the extent such Indemnification Obligation is assumed (or honored or reaffirmed, as the case may be) pursuant to the Plan, without any further notice to or action, order, or approval of the Bankruptcy Court. For purposes of clarification, this paragraph shall not apply to the DIP Equity Distribution on the Effective Date.

**Except as otherwise provided herein or as agreed to by the Reorganized Debtors any and all Proofs of Claim Filed after the Bar Date shall be deemed Disallowed and expunged as of the Effective Date without any further notice to or action, order, or approval of the Bankruptcy Court, and Holders of such Claims may not receive any distributions on account of such Claims, unless such late Proof of Claim has been deemed timely Filed by a Final Order.**

G. *Amendments to Claims*

On or after the Effective Date, except as otherwise expressly provided in the Plan or the Confirmation Order, a Claim may not be Filed or amended without the prior authorization of the Bankruptcy Court or the Reorganized Debtors and any such new or amended Claim Filed shall be deemed Disallowed in full and expunged without any further notice to or action, order, or approval of the Bankruptcy Court to the maximum extent provided by applicable law.

H. *No Distributions Pending Allowance*

If an objection to a Claim or portion thereof is Filed, no payment or distribution provided under the Plan shall be made on account of such Claim or portion thereof unless and until such Disputed Claim becomes an Allowed Claim, unless otherwise determined by the Reorganized Debtors. For the avoidance of doubt, the foregoing shall not apply to a DIP Claim with respect to the DIP Equity Distribution.

I. *Distributions After Allowance*

To the extent that a Disputed Claim ultimately becomes an Allowed Claim, distributions shall be made to the Holder of such Allowed Claim in accordance with the provisions of the Plan. As soon as reasonably practicable after the date that the order or judgment of the Bankruptcy Court allowing any Disputed Claim becomes a Final Order (or, if applicable, upon the Post-Effective Date Equity Distribution), the Reorganized Debtors shall provide to the Holder of such Claim the distribution to which such Holder is entitled under the Plan as of the Effective Date, less any previous distribution (if any) that was made on account of the undisputed portion of such Claim, without any interest, dividends, or accruals to be paid on account of such Claim unless required under applicable bankruptcy law or as otherwise provided in the Plan.

## ARTICLE VIII.
## EFFECT OF CONFIRMATION OF THE PLAN

A. *Discharge of Claims and Termination of Interests*

**Pursuant to section 1141(d) of the Bankruptcy Code, and except as otherwise specifically provided in the Plan or in any contract, instrument, or other agreement or document created pursuant to the Plan, the distributions, rights, and treatment that are provided in the Plan shall be in complete satisfaction, discharge, and release, effective as of the Effective Date, of Claims (including any Intercompany Claims resolved or compromised after the Effective Date by the Reorganized Debtors), Interests, and Causes of Action of any nature whatsoever, including any interest accrued on Claims or Interests from and after the Petition Date, whether known or unknown, against, liabilities of, Liens on, obligations of, rights against, and Interests in, the Debtors or any of their assets or properties, regardless of whether any property shall have been distributed or retained pursuant to the Plan on account of such Claims and Interests, including demands, liabilities, and Causes of Action that arose before the Effective Date, any liability (including withdrawal liability) to the extent such Claims or Interests relate to services performed by employees of the Debtors before the Effective Date and that arise from a termination of employment, any contingent or non-contingent liability on account of representations or warranties issued on or before the Effective Date, and all debts of the kind specified in sections 502(g), 502(h), or 502(i) of the Bankruptcy Code, in each case whether or not: (1) a Proof of Claim based upon such debt or right is filed or deemed filed pursuant to section 501 of the Bankruptcy Code; (2) a Claim or Interest based upon such debt, right, or Interest is Allowed pursuant to section 502 of the Bankruptcy Code; or (3) the Holder of such a Claim or Interest has accepted the Plan. Any default or "event of default" by the Debtors or Affiliates with respect to any Claim or Interest that existed immediately before or on account of the filing of the Chapter 11 Cases shall be deemed cured (and no longer continuing) as of the Effective Date. The Confirmation Order shall be a judicial determination of the discharge of all Claims and Interests subject to the Effective Date occurring.**

B. *Exculpation*

**Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur, and each Exculpated Party is exculpated from any Cause of Action for any claim related to any act or omission (including acts or omissions prior to the Petition Date) in connection with, relating to, or arising out of the Chapter 11 Cases, the preparation and filing of the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, filing, or termination of the Disclosure Statement, the Plan, or any other documents relating to the Plan and the Chapter 11 Cases or any Restructuring Transaction, contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement or the Plan, the preparation for and filing of the Chapter 11 Cases, administration of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the issuance of Securities pursuant to the Plan, or the distribution of property under the Plan or any other related agreement, except for claims related to any act or omission that is determined in a final order to have constituted actual fraud, gross negligence, or willful misconduct (collectively, the "<u>Exculpation Claims</u>"), but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Exculpated Parties have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.**

C. *Injunction*

**Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that (1) have been released pursuant to the Plan, (2) shall be discharged pursuant to the Plan, or**

**(3) are subject to exculpation pursuant to the Plan, are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, or the Exculpated Parties: (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such claims or interests; (iii) creating, perfecting, or enforcing any lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such claims or interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such claims or interests unless such Entity has Filed a motion with the Bankruptcy Court requesting the authority to perform such setoff on or before the Confirmation Date, and notwithstanding an indication of a claim or interest or otherwise that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests released or settled pursuant to the Plan.**

D. *Protection Against Discriminatory Treatment*

In accordance with section 525 of the Bankruptcy Code, and consistent with Article VI of the United States Constitution, no Governmental Unit shall discriminate against any Reorganized Debtor, or any Entity with which a Reorganized Debtor has been or is associated, solely because such Reorganized Debtor was a Debtor under chapter 11, may have been insolvent before the commencement of the Chapter 11 Cases (or during the Chapter 11 Cases but before such Debtor was granted or denied a discharge), or has not paid a debt that is dischargeable in the Chapter 11 Cases.

E. *Release of Liens*

Except as otherwise specifically provided in the Plan, or in any contract, instrument, release, or other agreement or document created, assumed, or Reinstated pursuant to the Plan, on the Effective Date and concurrently with the applicable distributions made pursuant to the Plan, all mortgages, deeds of trust, Liens, pledges, or other security interests against any property of the Estates, to the extent securing any Claims discharged under the Plan, shall be fully released and discharged, and all of the right, title, and interest of any holder of such mortgages, deeds of trust, Liens, pledges, or other security interests shall revert to the Reorganized Debtors, or the Debtors, as applicable, and their successors and assigns, in each case, without any further approval or order of the Bankruptcy Court and without any action or Filing being required to be made by the Debtors, or any other Holder of a Secured Claim.

The DIP Agent, the Secured Notes Indenture Trustee, and the Collateral Trustee shall execute and deliver all documents reasonably requested by the Debtors or the Reorganized Debtors to evidence the release of such mortgages, deeds of trust, Liens, pledges, and other security interests and shall authorize the Reorganized Debtors and their designees to file UCC-3 termination statements and other release documentation (to the extent applicable) with respect thereto, at the sole expense of the Debtors or the Reorganized Debtors, as applicable. The Secured Notes Indenture Trustee or the Collateral Trustee is authorized to release such mortgages, deeds of trust, Liens, pledges, and other security interests as of any date prior to the Effective Date as they may be authorized or directed in accordance with the Secured Notes Indenture, the Collateral Trustee Agreement, or any other documents governing the rights of Holders of Secured Notes Claims, and such release shall be deemed to occur on such prior date.

F. *Reimbursement or Contribution*

If the Bankruptcy Court disallows a Claim for reimbursement or contribution of an Entity pursuant to section 502(e)(1)(B) of the Bankruptcy Code, then to the extent that such Claim is contingent as of the Effective Date, such Claim shall be forever Disallowed notwithstanding section 502(j) of the Bankruptcy Code, unless prior to the Effective Date (1) such Claim has been adjudicated as non-contingent, or (2) the relevant Holder of a Claim has Filed a non-contingent Proof of Claim on account of such Claim and a Final Order has been entered determining such Claim as no longer contingent.

G. *Recoupment*

In no event shall any Holder of a Claim be entitled to recoup such Claim against any claim, right, or Cause of Action of the Debtors or the Reorganized Debtors, as applicable, unless such Holder actually has performed such recoupment and provided notice thereof in writing to the Debtors on or before the Confirmation Date, notwithstanding any indication in any Proof of Claim or otherwise that such Holder asserts, has, or intends to preserve any right of recoupment.

H. *Subordination Rights*

The allowance, classification, and treatment of all Allowed Claims and Interests, and the respective distributions and treatments under the Plan take into account and conform to the relative priorities and rights of the Claims and Interests in each Class in connection with any contractual, legal, and equitable subordination rights relating thereto, whether arising under general principles of equitable subordination, section 510 of the Bankruptcy Code, or otherwise. Pursuant to section 510 of the Bankruptcy Code, the Reorganized Debtors reserve the right to re-classify any Allowed Claim or Interest in accordance with any contractual, legal, or equitable subordination rights.

## ARTICLE IX.
## DEADLINE FOR EFFECTIVE DATE; CONDITIONS PRECEDENT TO THE EFFECTIVE DATE

A. *Deadline for Occurrence of the Effective Date*

The Effective Date shall occur as soon as practicable after the Confirmation Date, but in no event later than 45 days after the Confirmation Date; *provided* that the Debtors and the Requisite DIP Lenders may agree to extend the occurrence of the Effective Date.

B. *Conditions Precedent to the Effective Date of the Plan*

It shall be a condition to the occurrence of the Effective Date that the following shall have been satisfied or waived pursuant to the provisions of Article IX.C of the Plan:

1. the Confirmation Order shall have been entered by the Bankruptcy Court in form and substance acceptable to the Requisite DIP Lenders;

2. the Plan and the applicable documents in the Plan Supplement, including any exhibits, schedules, documents, amendments, modifications, or supplements thereto, and inclusive of any modifications, amendments, or supplements made after the Confirmation Date but before the Effective Date, shall have been filed, in form and substance reasonably acceptable to the Requisite DIP Lenders;

3. the Requisite DIP Lenders shall be satisfied, in an exercise of their sole discretion, that the 13-week forecast and the monthly cash flow forecast for the next 12 months as of the Effective Date, which shall be prepared in good faith by the CRO, reflects that the Reorganized Debtors will have sufficient liquidity to operate in the ordinary course of business after the Effective Date;

4. the DIP Agent shall have released the Carve-Out Trigger Notice Reserves to the Reorganized Debtors;

5. the Reorganized Debtors shall have funded the Professional Fee Settlement Reserve;

6. the New Organizational Documents shall be in full force and effect, in form and substance acceptable to the Requisite DIP Lenders; and

7. the New Executive Employment Agreements shall be in full force and effect, in form and substance acceptable to the Requisite DIP Lenders.

C. *Waiver of Conditions*

The conditions to the Confirmation and Effective Date of the Plan set forth in Article IX of the Plan may be waived by the Debtors, with the reasonable consent of the Requisite DIP Lenders, without notice, leave, or order of the Bankruptcy Court or any formal action other than proceedings to confirm or consummate the Plan.

D. *Effect of Non-Occurrence of Conditions to Consummation*

If the Effective Date does not occur, the Plan shall be null and void in all respects and nothing contained in the Plan or the Disclosure Statement shall: (1) constitute a waiver or release of any Claims, Interests, or Causes of Action by any Entity; (2) prejudice in any manner the rights of any Debtor or any other Entity; or (3) constitute an admission, acknowledgment, offer, or undertaking of any sort by any Debtor or any other Entity.

E. *Substantial Consummation*

"Substantial Consummation" of the Plan, as defined in 11 U.S.C. § 1101(2), shall be deemed to occur on the Effective Date.

## ARTICLE X.
## MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE PLAN

A. *Modification of Plan*

Effective as of the date hereof: (1) the Debtors reserve the right, in accordance with the Bankruptcy Code and the Bankruptcy Rules, to amend or modify the Plan before the entry of the Confirmation Order consistent with the terms set forth herein; and (2) after the entry of the Confirmation Order, the Debtors or the Reorganized Debtors, as applicable, may, upon order of the Bankruptcy Court, amend or modify the Plan, in accordance with section 1127(b) of the Bankruptcy Code, remedy any defect or omission, or reconcile any inconsistency in the Plan in such manner as may be necessary to carry out the purpose and intent of the Plan consistent with the terms set forth herein; *provided* that no amendment or modification may be made by the Debtors without the consent, not to be unreasonably withheld, of the Requisite DIP Lenders.

B. *Effect of Confirmation on Modifications*

Entry of the Confirmation Order shall constitute approval of all modifications to the Plan occurring after the solicitation of votes thereon pursuant to section 1127(a) of the Bankruptcy Code and a finding that such modifications to the Plan do not require additional disclosure or resolicitation under Bankruptcy Rule 3019.

C. *Revocation or Withdrawal of Plan*

The Debtors reserve the right to revoke or withdraw the Plan with respect to any or all Debtors before the Confirmation Date and to File subsequent chapter 11 plans. If the Debtors revoke or withdraw the Plan, or if Confirmation or the Effective Date does not occur, then: (1) the Plan will be null and void in all respects; (2) any settlement or compromise embodied in the Plan, assumption or rejection of Executory Contracts or Unexpired Leases effectuated by the Plan, and any document or agreement executed pursuant hereto will be null and void in all respects; and (3) nothing contained in the Plan shall (a) constitute a waiver or release of any Claims, Interests, or Causes of

Action by any Entity, (b) prejudice in any manner the rights of any Debtor or any other Entity, or (c) constitute an admission, acknowledgement, offer, or undertaking of any sort by any Debtor or any other Entity.

## ARTICLE XI.
## RETENTION OF JURISDICTION

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, the Bankruptcy Court shall retain exclusive jurisdiction over all matters arising out of, or related to, the Chapter 11 Cases and the Plan pursuant to sections 105(a) and 1142 of the Bankruptcy Code, including jurisdiction to:

1. allow, disallow, determine, liquidate, classify, estimate, or establish the priority, Secured or unsecured status, or amount of any Claim against a Debtor, including the resolution of any request for payment of any Claim and the resolution of any and all objections to the Secured or unsecured status, priority, amount, or allowance of Claims; *provided* that the Bankruptcy Court's jurisdiction with respect to the foregoing shall be on a non-exclusive basis;

2. decide and resolve all matters related to the granting and denying, in whole or in part, any applications for allowance of compensation or reimbursement of expenses to Professionals authorized pursuant to the Bankruptcy Code or the Plan;

3. resolve any matters related to Executory Contracts or Unexpired Leases, including: (a) the assumption or assumption and assignment of any Executory Contract or Unexpired Lease to which a Debtor is party or with respect to which a Debtor may be liable and to hear, determine, and, if necessary, liquidate, any Cure or Claims arising therefrom, including pursuant to section 365 of the Bankruptcy Code or any other matter related to such Executory Contract or Unexpired Lease; (b) any potential contractual obligation under any Executory Contract or Unexpired Lease that is assumed; (c) the Debtors or the Reorganized Debtors amending, modifying, or supplementing, after the Effective Date, pursuant to the Plan, any Executory Contracts or Unexpired Leases set forth in the Schedule of Assumed Executory Contracts and Unexpired Leases or otherwise; and (d) any dispute regarding whether a contract or lease is or was executory or expired;

4. ensure that distributions to Holders of Allowed Claims are accomplished pursuant to the provisions of the Plan and adjudicate any and all disputes arising from or relating to distributions under the Plan;

5. adjudicate, decide, or resolve any motions, adversary proceedings, contested or litigated matters, and any other matters, and grant or deny any applications involving a Debtor or the Estates that may be pending on the Effective Date;

6. adjudicate, decide, or resolve any motions, adversary proceedings, contested or litigation matters, including the Lien-Related Litigation and any other matters involving the Sanchez Entities, SOG, SNMP, subsequent transferees of the foregoing, or current or former directors or officers of the Debtors or of any of the foregoing;

7. enter and implement such orders as may be necessary or appropriate to execute, implement, or consummate the provisions of (a) contracts, instruments, releases, indentures, and other agreements or documents approved by a Final Order in the Chapter 11 Cases, and (b) the Plan, the Confirmation Order, and contracts, instruments, releases, indentures, and other agreements or documents created in connection with the Plan;

8. enforce any order for the sale of property pursuant to sections 363, 1123, or 1146(a) of the Bankruptcy Code;

9. enforce or resolve disputes regarding the Professional Fee Settlement;

10. grant any consensual request to extend the deadline for assuming or rejecting Unexpired Leases pursuant to section 365(d)(4) of the Bankruptcy Code;

11. issue injunctions, enter and implement other orders, or take such other actions as may be necessary or appropriate to restrain interference by any Entity with Consummation or enforcement of the Plan;

12. hear, determine, and resolve any cases, matters, controversies, suits, disputes, or Causes of Action in connection with or in any way related to the Chapter 11 Cases, including: (a) with respect to the repayment or return of distributions and the recovery of additional amounts owed by the Holder of a Claim for amounts not timely repaid pursuant to Article VI.E.1 of the Plan; (b) with respect to the exculpation, injunctions, and other provisions contained in Article VIII of the Plan, including entry of such orders as may be necessary or appropriate to implement such exculpation, injunctions, and other provisions; (c) that may arise in connection with the Consummation, interpretation, implementation, or enforcement of the Plan, the Confirmation Order, and contracts, instruments, releases, and other agreements or documents created in connection with the Plan; or (d) related to section 1141 of the Bankruptcy Code;

13. enter and enforce any order for the sale of property pursuant to section 363, 1123, or 1146(a) of the Bankruptcy Code;

14. enter and implement such orders as are necessary or appropriate if the Confirmation Order is for any reason modified, stayed, reversed, revoked, or vacated;

15. consider any modifications of the Plan, to cure any defect or omission, or to reconcile any inconsistency in any Bankruptcy Court order, including the Confirmation Order;

16. hear and determine matters concerning state, local, and federal taxes in accordance with sections 346, 505, and 1146 of the Bankruptcy Code;

17. enter an order or Final Decree concluding or closing the Chapter 11 Cases;

18. enforce all orders previously entered by the Bankruptcy Court;

19. hear and determine disputes involving all matters the implementation of the Plan; and

20. hear any other matter not inconsistent with the Bankruptcy Code.

## ARTICLE XII.
## MISCELLANEOUS PROVISIONS

### A. *Immediate Binding Effect*

Subject to Article IX hereof, and notwithstanding Bankruptcy Rules 3020(e), 6004(h), or 7062 or otherwise, upon the occurrence of the Effective Date, the terms of the Plan and the Plan Supplement shall be immediately effective and enforceable and deemed binding upon the Debtors, the Reorganized Debtors, and any and all Holders of Claims or Interests (irrespective of whether such Holders of Claims or Interests are deemed to have accepted the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

### B. *Additional Documents*

On or before the Effective Date, the Debtors may File with the Bankruptcy Court such agreements and other documents as may be necessary or appropriate to effectuate and further evidence the terms and conditions of the Plan. The Debtors and the Reorganized Debtors, as applicable, and all Holders of Claims receiving distributions pursuant to the Plan and all other parties in interest shall, from time to time, prepare, execute, and deliver any agreements or documents and take any other actions as may be necessary or advisable to effectuate the provisions and intent of the Plan.

C. *Dissolution of the Creditors' Committee*

On the Effective Date, the Creditors' Committee shall dissolve automatically and the members thereof shall be released and discharged from all rights, duties, responsibilities, and liabilities arising from, or related to, the Chapter 11 Cases and under the Bankruptcy Code, except for the limited purpose of (i) prosecuting requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date by the Creditors' Committee and its Professionals and objecting to requests for payment of Professional Fee Claims, (ii) transitioning management of the Lien-Related Litigation to the Lien-Related Litigation Creditor Representative, (iii) transitioning management of any other Causes of Action (including against SOG, SNMP, and the Sanchez Entities) to the Reorganized Debtors or other appropriate litigant), and (iv) appoint the Lien-Related Litigation Creditor Representative. The Debtors shall not be responsible for paying any fees or expenses incurred by the members of or advisors to the Creditors' Committee after the Effective Date, except that (a) the Reorganized Debtors may, subject to Article IV.D. hereof, agree to pay for activities within the scope of clauses (ii) and (iv) as expenses of the Lien-Related Litigation Creditor Representative and (b) the Reorganized Debtors may agree to pay for activities within the scope of clause (iii).

The Lien-Related Litigation Creditor Representative and its professional advisors shall be entitled to become parties to the *Stipulated Protective Order* entered at Docket No. 306, which shall remain in effect following the Effective Date, subject to the provisions of this Plan and the Confirmation Order. The Creditors' Committee and its professional advisors shall be authorized to transition the management of the Lien-Related Litigation to the Lien-Related Litigation Creditor Representative and its advisors, and the Creditors' Committee and its professional advisors shall be authorized to transition the management of other litigation (including against SOG, SNMP, and the Sanchez Entities) to the Reorganized Debtors or other appropriate litigant and its advisors. In each case, the Creditors' Committee shall be deemed to share a common interest with the applicable successor litigant, and, pursuant to Rule 502(d) of the Federal Rules of Evidence, the transmission to the successor litigant of material protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or protection shall not result in a waiver or forfeiture of any such privilege or protection held by the Creditors' Committee.

D. *Payment of Statutory Fees*

All fees payable pursuant to 28 U.S.C. § 1930(a) prior to the Effective Date shall be paid by the Debtors. On and after the Effective Date, the Reorganized Debtors shall pay any and all such fees when due and payable, and shall File with the Bankruptcy Court quarterly reports in a form reasonably acceptable to the U.S. Trustee. Each Debtor and Reorganized Debtor shall remain obligated to pay quarterly fees to the U.S. Trustee until the earliest of that particular Debtor's or Reorganized Debtor's case being closed, dismissed, or converted to a case under chapter 7 of the Bankruptcy Code; *provided* that upon the occurrence of the Effective Date, the Reorganized Debtors shall be permitted to close all of the Chapter 11 Cases except for the Chapter 11 Case of SN, and all contested matters relating to each of the Debtors, including objections to Claims, shall be administered and heard in the Chapter 11 Case of SN.

E. *Reservation of Rights*

The Plan shall have no force or effect unless the Bankruptcy Court shall enter the Confirmation Order. None of the Filing of the Plan, any statement or provision contained in the Plan, or the taking of any action by any Debtor with respect to the Plan, the Disclosure Statement, or the Plan Supplement shall be or shall be deemed to be an admission or waiver of any rights of any Debtor with respect to the Holders of Claims or Interests prior to the Effective Date.

F. *Successors and Assigns*

The rights, benefits, and obligations of any Entity named or referred to in the Plan shall be binding on, and shall inure to the benefit of any heir, executor, administrator, successor or assign, Affiliate, officer, director, agent, representative, attorney, beneficiaries, or guardian, if any, of each Entity.

G. *Service of Documents*

After the Effective Date, any pleading, notice, or other document required by the Plan to be served on or delivered to the Reorganized Debtors shall be served on:

**Reorganized Debtors**

**Sanchez Energy Corporation**
1000 Main Street, Suite 3000
Houston, Texas 77002
Attn: Gregory Kopel

with copies to:

**Counsel to Debtors**

JACKSON WALKER L.L.P
Matthew D. Cavenaugh
Elizabeth Freeman
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4284
Facsimile: (713) 308-4184
mcavenaugh@jw.com
efreeman@jw.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Marty L. Brimmage
Lacy M. Lawrence
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

-and-

Ira S. Dizengoff
Jason P. Rubin
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com

-and-

James Savin
2001 K Street NW
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

H. *Term of Injunctions or Stays*

**Unless otherwise provided herein or in the Confirmation Order, all injunctions or stays in effect in the Chapter 11 Cases (pursuant to sections 105 or 362 of the Bankruptcy Code or any order of the Bankruptcy Court) and existing on the Confirmation Date (excluding any injunctions or stays contained in the Plan or the Confirmation Order) shall remain in full force and effect until the Effective Date. All injunctions or stays contained in the Plan or the Confirmation Order shall remain in full force and effect in accordance with their terms.**

I. *Entire Agreement*

Except as otherwise indicated, the Plan supersedes all previous and contemporaneous negotiations, promises, covenants, agreements, understandings, and representations on such subjects, all of which have become merged and integrated into the Plan.

J. *Plan Supplement*

After any of such documents included in the Plan Supplement are Filed, copies of such documents shall be made available upon written request to the Debtors' counsel at the address above or by downloading such exhibits and documents from the Claims, Noticing and Solicitation Agent's website at https://cases.primeclerk.com/sanchezenergy or the Bankruptcy Court's website at https://www.pacer.gov/.

K. *Non-Severability*

If, prior to Confirmation, the Bankruptcy Court holds any term or provision of the Plan to be invalid, void, or unenforceable, the Bankruptcy Court shall have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void, or unenforceable, and such term or provision shall then be applicable as altered or interpreted. Notwithstanding any such holding, alteration, or interpretation, the remainder of the terms and provisions of the Plan will remain in full force and effect and will in no way be affected, impaired, or invalidated by such holding, alteration, or interpretation. The Confirmation Order shall constitute a judicial determination and shall provide that each term and provision of the Plan, as it may have been altered or interpreted in accordance with the foregoing, is: (1) valid and enforceable pursuant to its terms; (2) integral to the Plan and may not be deleted or modified without the consent of the Debtors; and (3) non-severable and mutually dependent.

L. *Votes Solicited in Good Faith*

Upon entry of the Confirmation Order, the Debtors will be deemed to have solicited votes on the Plan in good faith and in compliance with the Bankruptcy Code, and pursuant to section 1125(e) of the Bankruptcy Code, the Debtors and each of their respective Affiliates, agents, representatives, members, principals, equity holders (regardless of whether such interests are held directly or indirectly), officers, directors, managers, employees, advisors, and attorneys will be deemed to have participated in good faith and in compliance with the Bankruptcy Code in the offer, issuance, sale, and purchase of Securities offered and sold under the Plan, and, therefore, neither any of such parties or individuals or the Reorganized Debtors will have any liability for the violation of any applicable law, rule, or regulation governing the solicitation of votes on the Plan or the offer, issuance, sale, or purchase of the Securities offered and sold under the Plan.

M. *Closing of Chapter 11 Cases*

After the full administration of the Chapter 11 Cases, the Reorganized Debtors shall File with the Bankruptcy Court all documents required by Bankruptcy Rule 3022 and any applicable order of the Bankruptcy Court to close the Chapter 11 Cases.

N. *Waiver or Estoppel*

Each Holder of a Claim or an Interest shall be deemed to have waived any right to assert any argument, including the right to argue that its Claim or Interest should be Allowed in a certain amount, in a certain priority, Secured or not subordinated by virtue of an agreement made with the Debtors or their counsel, or any other Entity, if such agreement was not disclosed in the Plan, the Disclosure Statement, or papers Filed with the Bankruptcy Court prior to the Confirmation Date.

Dated: April 30, 2020

SANCHEZ ENERGY CORPORATION
on behalf of itself and all other Debtors

*/s/ Mohsin Y. Meghji*

Name: Mohsin Y. Meghji
Title: Chief Restructuring Officer
Sanchez Energy Corporation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | Case No. 19-34508 (MI) |
| Debtors. | (Jointly Administered) |

# SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF SANCHEZ ENERGY CORPORATION AND ITS DEBTOR AFFILIATES

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Elizabeth Freeman (TX Bar No. 24009222)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4284
Facsimile: (713) 308-4184
mcavenaugh@jw.com
efreeman@jw.com

*Counsel for the Debtors and
Debtors in Possession*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (TX Bar No. 00793386)
Lacy M. Lawrence (TX Bar No. 24055913)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

- and -

Ira S. Dizengoff (*pro hac vice*)
Lisa Beckerman (*pro hac vice*)
Jason P. Rubin (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com

- and -

James Savin (*pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

*Counsel for the Debtors and
Debtors in Possession*

Dated: April 30, 2020

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

ARTICLE I. DEFINED TERMS, RULES OF INTERPRETATION, COMPUTATION OF TIME, GOVERNING LAW, AND OTHER REFERENCES 1
A. Defined Terms 1
B. Rules of Interpretation 11
C. Computation of Time 12
D. Governing Law 12
E. Reference to Monetary Figures 12
F. Reference to the Debtors or the Reorganized Debtors 12
G. Controlling Document 12
ARTICLE II. ADMINISTRATIVE AND PRIORITY CLAIMS 13
A. Administrative Claims 13
B. Professional Fee Claims 13
C. Priority Tax Claims 14
D. Statutory Fees 14
ARTICLE III. CLASSIFICATION, TREATMENT, AND VOTING OF CLAIMS AND INTERESTS 15
A. Formation of Debtor Group for Convenience Purposes Only 15
B. Classification of Claims and Interests 15
C. Treatment of Classes of Claims and Interests 15
D. Special Provision Governing Unimpaired Claims 19
E. Elimination of Vacant Classes 19
F. Voting Classes; Presumed Acceptance by Non-Voting Classes 19
G. Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy Code 19
H. Intercompany Interests 19
I. Subordinated Claims and Interests 19
ARTICLE IV. PROVISIONS FOR IMPLEMENTATION OF THE PLAN 20
A. General Settlement of Claims, Interests, and Causes of Action 20
B. Restructuring Transactions 20
C. Sources of Consideration for Plan of Reorganization Distributions 20
D. Lien-Related Litigation 21
E. Continuation of Gavilan Proceeding 22
F. Corporate Existence 22
G. Vesting of Assets in the Reorganized Debtors 23
H. Corporate Action 23
I. New Organizational Documents 23
J. Directors and Officers of Reorganized SN 23
K. Retention of Current Workforce by Reorganized SN; Severance Payments 24
L. Management Incentive Plan 24
M. Effectuating Documents; Further Transactions 24
N. Preservation of Causes of Action 24
O. Exemption from Registration Requirements 25
P. Cancellation of Instruments, Certificates, and Other Documents 25
Q. Section 1146(a) Exemption 26
R. DIP Agent Fees and Expenses 26
ARTICLE V. TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES 26
A. Assumption or Rejection of Executory Contracts and Unexpired Leases 26
B. Claims Based on Rejection of Executory Contracts or Unexpired Leases 27
C. Cure of Defaults for Assumed Executory Contracts and Unexpired Leases 27
D. Indemnification Obligations 28
E. Insurance Policies 28
F. Modifications, Amendments, Supplements, Restatements, or Other Agreements 28
G. Contracts and Leases After the Petition Date 29
H. Reservation of Rights 29
ARTICLE VI. PROVISIONS GOVERNING DISTRIBUTIONS 29
A. Distributions on Account of Claims Allowed as of the Effective Date 29
B. Rights and Powers of the Disbursing Agent 29

**TABLE OF CONTENTS (CONT'D)**

**Page**


C. Special Rules for Distributions to Holders of Disputed Claims 30
D. Delivery of Distributions 30
E. Claims Paid or Payable by Third Parties 33
F. Setoffs 33
G. Allocation Between Principal and Accrued Interest 34
H. No Postpetition Interest on Claims 34
**ARTICLE VII. PROCEDURES FOR RESOLVING DISPUTED CLAIMS 34**
A. Allowance of Claims 34
B. Claims Administration Responsibilities 34
C. Estimation of Claims 35
D. Adjustment to Claims Without Objection 35
E. Time to File Objections to Claims 35
F. Disallowance of Claims 35
G. Amendments to Claims 36
H. No Distributions Pending Allowance 36
I. Distributions After Allowance 36
**ARTICLE VIII. EFFECT OF CONFIRMATION OF THE PLAN 36**
A. Discharge of Claims and Termination of Interests 36
B. Exculpation 37
C. Injunction 37
D. Protection Against Discriminatory Treatment 37
E. Release of Liens 38
F. Reimbursement or Contribution 38
G. Recoupment 38
H. Subordination Rights 38
**ARTICLE IX. DEADLINE FOR EFFECTIVE DATE; CONDITIONS PRECEDENT TO THE EFFECTIVE DATE 39**
A. Deadline for Occurrence of the Effective Date 39
B. Conditions Precedent to the Effective Date of the Plan 39
C. Waiver of Conditions 39
D. Effect of Non-Occurrence of Conditions to Consummation 39
E. Substantial Consummation 39
**ARTICLE X. MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE PLAN 40**
A. Modification of Plan 40
B. Effect of Confirmation on Modifications 40
C. Revocation or Withdrawal of Plan 40
**ARTICLE XI. RETENTION OF JURISDICTION 40**
**ARTICLE XII. MISCELLANEOUS PROVISIONS 42**
A. Immediate Binding Effect 42
B. Additional Documents 42
C. Dissolution of the Creditors' Committee 42
D. Payment of Statutory Fees 43
E. Reservation of Rights 43
F. Successors and Assigns 43
G. Service of Documents 43
H. Term of Injunctions or Stays 44
I. Entire Agreement 44
J. Plan Supplement 44
K. Non-Severability 44
L. Votes Solicited in Good Faith 44
M. Closing of Chapter 11 Cases 45
N. Waiver or Estoppel 45

# INTRODUCTION

Sanchez Energy Corporation and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases propose this amended joint chapter 11 plan of reorganization pursuant to chapter 11 of title 11 of the United States Code. Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in Article I.A hereof. Although proposed jointly for administrative purposes, the Plan constitutes a separate plan for each of the foregoing entities and each of the foregoing entities is a proponent of the Plan within the meaning of section 1129 of the Bankruptcy Code.

Reference is made to the accompanying *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and Its Debtor Affiliates* for a discussion of the Debtors' history, business, properties and operations, valuation, projections, risk factors, a summary and analysis of the Plan and the transactions contemplated thereby, and certain related matters.

ALL HOLDERS OF CLAIMS AND INTERESTS, TO THE EXTENT APPLICABLE, ARE ENCOURAGED TO READ THIS PLAN AND THE DISCLOSURE STATEMENT IN THEIR ENTIRETY BEFORE VOTING TO ACCEPT OR REJECT THIS PLAN.

## ARTICLE I.
## DEFINED TERMS, RULES OF INTERPRETATION, COMPUTATION OF TIME, GOVERNING LAW, AND OTHER REFERENCES

A. Defined Terms

As used in the Plan, capitalized terms have the meanings set forth below.

1. "*2020 Non-Executive Bonus Program*" means the employee bonus program for 2020.

2. "*2021 Unsecured Notes Indenture*" means that certain Indenture, dated as of June 13, 2013, among SN, the guarantors party thereto and Delaware Trust Company, as successor trustee, for 7.75% senior notes due June 15, 2021.

3. "*2023 Unsecured Notes Indenture*" means that certain Indenture, dated as of June 27, 2014, among SN, the guarantors party thereto and Delaware Trust Company, as successor trustee, for 6.125% senior notes due January 15, 2023.

4. "*Administrative Claim*" means a Claim incurred by the Debtors on or after the Petition Date and before the Effective Date constituting a cost or expense of administration of the Chapter 11 Cases of a kind specified under section 503(b) and entitled to priority under sections 507(a)(2) or 507(b) of the Bankruptcy Code, including: (a) the actual and necessary costs and expenses incurred on or after the Petition Date until and including the Effective Date of preserving the Estates and operating the Debtors' businesses; (b) Allowed Professional Fee Claims; (c) any Allowed Claim of Royal Bank of Canada as predecessor collateral trustee under the Collateral Trust Agreement in the amount of any reasonable documented fees and expenses for services rendered in connection with outstanding First-Out Obligations (as defined in the Final DIP Order) and solely to the extent provided for in the Collateral Trust Agreement; and (d) all fees and charges assessed against the Estates pursuant to section 1930 of chapter 123 of title 28 of the United States Code.

5. "*Administrative Claims Bar Date*" means the deadline for Filing requests for payment of Administrative Claims, which: (i) with respect to Administrative Claims other than Professional Fee Claims, shall be 30 days after the Effective Date; and (ii) with respect to Professional Fee Claims, shall be 60 days after the Effective Date.

6. "*Affiliate*" means, with respect to any Person, all Persons that would fall within the definition assigned to such term in section 101(2) of the Bankruptcy Code, if such Person was a debtor in a case under the Bankruptcy Code.

7. "*Allowed*" means with respect to any Claim or Interest: (a) a Claim or Interest as to which no objection has been filed within the applicable time period fixed by the Plan, the Bankruptcy Code, the Bankruptcy Rules or the Bankruptcy Court and that is evidenced by a Proof of Claim or Interest, as applicable, timely filed by the applicable Bar Date, or that is not required to be evidenced by a filed Proof of Claim or Interest, as applicable, under the Plan, the Bankruptcy Code, or a Final Order; (b) a Claim or Interest that is scheduled by the Debtors as neither disputed, contingent, nor unliquidated, and as for which no Proof of Claim or Interest, as applicable, has been timely filed; or (c) a Claim or Interest that is Allowed (i) pursuant to the Plan or Final Order, (ii) in any stipulation that is approved by the Bankruptcy Court, or (iii) pursuant to any contract, instrument, indenture, or other agreement entered into or assumed in connection herewith. Except as otherwise specified in the Plan or any Final Order, the amount of an Allowed Claim shall not include interest or other charges on such Claim from and after the Petition Date. No Claim of any Entity subject to section 502(d) of the Bankruptcy Code shall be deemed Allowed unless and until such Entity pays in full the amount that it owes such Debtor or Reorganized Debtor, as applicable.

8. "*Authorized Plan Distribution Shares*" means the shares of New Common Stock available for distribution under the Plan on account of Claims, which shares shall be authorized on the Effective Date and issued in accordance with the Plan.

9. "*Avoidance Actions*" means any and all avoidance, recovery, subordination, or other Claims, actions, or remedies that may be brought by or on behalf of the Debtors or their Estates or other authorized parties in interest under chapter 5 of the Bankruptcy Code or related applicable non-bankruptcy law, including actions or remedies under sections 502, 510, 542, 544, 545, and 547 through and including 553 of the Bankruptcy Code.

10. "*Bankruptcy Code*" means title 11 of the United States Code, 11 U.S.C. § § 101-1532, as amended from time to time as applicable to these Chapter 11 Cases.

11. "*Bankruptcy Court*" means the United States Bankruptcy Court for the Southern District of Texas, having jurisdiction over the Chapter 11 Cases, and, to the extent of the withdrawal of reference under 28 U.S.C. § 157 and/or the General Order of the District Court pursuant to section 151 of title 28 of the United States Code, the United States District Court for the Southern District of Texas.

12. "*Bankruptcy Rules*" means the Federal Rules of Bankruptcy Procedure promulgated under section 2075 of title 28 of the United States Code, and the general, local, and chambers rules of the Bankruptcy Court as applicable to these Chapter 11 Cases.

13. "*Bar Date*" means the date established by the Bankruptcy Court by which Proofs of Claim must be filed pursuant to the *Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; and (IV) Approving Notice of Bar Dates* [Docket No. 617] (the "Bar Date Order"), which is January 10, 2020 at 5:00 p.m., prevailing Central Time for all Holders of Claims except for (i) governmental units, for which the Bar Date is February 7, 2020 at 5:00 p.m., prevailing Central Time and (ii) certain other exceptions as set forth in the Bar Date Order.

14. "*Carve-Out Trigger Notice Reserves*" means the Pre-Carve-Out Trigger Notice Reserve and the Post-Carve-Out Trigger Notice Reserve.

15. "*Cash*" means the legal tender of the United States of America or the equivalent thereof, including bank deposits and checks.

16. "*Causes of Action*" means any Claims, Interests, damages, remedies, causes of action, demands, rights, actions, suits, obligations, liabilities, accounts, defenses, offsets, powers, privileges, licenses, and franchises of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, matured or unmatured, suspected or unsuspected, in tort, law, equity, or otherwise. Causes of Action also include: (a) all rights of setoff, counterclaim, or recoupment and claims on contracts or for breaches of duties imposed by law; (b) the right to object to or otherwise contest Claims or Interests;

(c) claims pursuant to sections 362, 510, 542, 543, 544 through 550, or 553 of the Bankruptcy Code; and (d) such claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in section 558 of the Bankruptcy Code.

17. "*Certificate*" means any instrument evidencing a Claim or an Interest.

18. "*Chapter 11 Cases*" means when used with reference to a particular Debtor, the case pending for that Debtor under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and when used with reference to more than one Debtor, the procedurally consolidated and jointly administered chapter 11 cases pending for all such Debtors in the Bankruptcy Court.

19. "*Claim*" has the meaning set forth in section 101(5) of the Bankruptcy Code.

20. "*Claims, Noticing and Solicitation Agent*" means Prime Clerk, LLC, the claims, noticing and solicitation agent retained by the Debtors in the Chapter 11 Cases.

21. "*Claims Objection Bar Date*" means the deadline for objecting to a Claim, which shall be on the date that is the later of (a) 180 days after the Effective Date and (b) such other period of limitation as may be specifically fixed by the Debtors or the Reorganized Debtors, as applicable, or by an order of the Bankruptcy Court for objecting to Claims.

22. "*Claims Register*" means the official register of Claims maintained by the Claims, Noticing and Solicitation Agent or the Bankruptcy Court.

23. "*Class*" means a category of Holders of Claims or Interests pursuant to section 1122(a) of the Bankruptcy Code.

24. "*Collateral Trust Agreement*" means the Collateral Trust Agreement, dated as of February 14, 2018, among SN, the grantors and guarantors from time to time party hereto, the First-Out Representative (as defined in the Collateral Trust Agreement), the First Lien Representative (as defined in the Collateral Trust Agreement), the other Priority Lien Representatives (as defined in the Collateral Trust Agreement) and the Collateral Trustee.

25. "*Collateral Trustee*" means Wilmington Trust, N.A., in its capacity as successor collateral trustee under the Collateral Trust Agreement.

26. "*Confirmation*" means entry of the Confirmation Order on the docket of the Chapter 11 Cases, subject to the conditions set forth in the Plan.

27. "*Confirmation Date*" means the date on which the Bankruptcy Court enters the Confirmation Order on the docket of the Chapter 11 Cases within the meaning of Bankruptcy Rules 5003 and 9021.

28. "*Confirmation Hearing*" means the hearing held by the Bankruptcy Court to consider Confirmation of the Plan pursuant to section 1129 of the Bankruptcy Code.

29. "*Confirmation Order*" means an order of the Bankruptcy Court confirming the Plan pursuant to section 1129 of the Bankruptcy Code.

30. "*Consummation*" means the occurrence of the Effective Date, subject to the conditions set forth in the Plan.

31. "*Creditor*" has the meaning set forth in section 101(10) of the Bankruptcy Code.

32. "*Creditors' Committee*" means the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases.

33. "*CRO*" means the Debtors' chief restructuring officer, Mohsin Y. Meghji.

34. "*Cure Claim*" means a Claim (unless waived or modified by the applicable counterparty) based upon a Debtors' default(s) prior to the Effective Date under an Executory Contract or an Unexpired Lease assumed, or assumed and assigned, by such Debtor under section 365 of the Bankruptcy Code, other than a default that is not required to be cured pursuant to section 365 of the Bankruptcy Code.

35. "*D&O Liability Insurance Policies*" means all insurance policies (including any "tail policy") of any of the Debtors for liability of any current or former directors, managers, officers, and members.

36. "*Debtors*" means SN and its direct and indirect subsidiaries that filed petitions under chapter 11 on the Petition Date.

37. "*DIP Agent*" means Wilmington Savings Fund Society, FSB, or any successor thereto, as administrative agent and collateral agent under the DIP Credit Agreement, solely in its capacity as such.

38. "*DIP Agent Fees and Expenses*" means the reasonable and documented compensation, fees, expenses, disbursements, and indemnity claims incurred by the DIP Agent, including, without limitation, attorneys' and agents' fees, expenses, and disbursements incurred by the DIP Agent, to the extent payable or reimbursable under the DIP Credit Agreement. For the avoidance of doubt, the DIP Agent Fees and Expenses shall include, but are not limited to, the reasonable and documented fees, expenses, and disbursements of counsel.

39. "*DIP Claims*" means all Claims held by the DIP Lenders or the DIP Agent in the amount of $150,000,000 plus (a) all amounts previously paid pursuant to the Final DIP Order, and (b) all accrued and unpaid interest, fees, costs, expenses and other amounts due and owing under the Final DIP Order, the DIP Credit Agreement, or otherwise. The DIP Claims are hereby Allowed Secured Claims and/or Administrative Claims in an amount no less than the value of the DIP Equity Distribution.

40. "*DIP Credit Agreement*" means that certain Amended and Restated Senior Secured Debtor-in-Possession Term Loan Credit Agreement, dated as of January 28, 2020, by and among SN, as borrower, each of the other applicable Debtors, as guarantors, each of the lenders from time to time party thereto, and the DIP Agent, with any permitted amendments, modifications, or supplements thereto.

41. "*DIP Equity Distribution*" means 20% of the Authorized Plan Distribution Shares, which shall constitute 100% of the shares of New Common Stock issued by the Reorganized Debtors on the Effective Date.

42. "*DIP Fee Claims*" means (a) the DIP Agent Fees and Expenses, (b) the Secured Trustees Fees and Expenses and (c) the Secured Ad Hoc Group Fees.

43. "*DIP Lenders*" means lenders under the DIP Credit Agreement, solely in their capacity as such.

44. "*Disallowed*" means, with respect to any Claim, a Claim or any portion thereof that: (a) has been disallowed by a Final Order; (b) is listed in the Schedules as zero or as contingent, disputed, or unliquidated and as to which no Proof of Claim or request for payment of an Administrative Claim has been timely Filed or deemed timely Filed with the Bankruptcy Court or the Claims, Noticing and Solicitation Agent pursuant to either the Bankruptcy Code or any Final Order of the Bankruptcy Court or otherwise deemed timely Filed under applicable law or the Plan; (c) is not listed in the Schedules and as to which no Proof of Claim or request for payment of an Administrative Claim has been timely Filed or deemed timely Filed with the Bankruptcy Court or the Claims, Noticing and Solicitation Agent pursuant to either the Bankruptcy Code or any Final Order of the Bankruptcy Court or otherwise deemed timely Filed under applicable law or the Plan; (d) has been withdrawn by agreement of the applicable Debtor and the Holder thereof; or (e) has been withdrawn by the Holder thereof.

45. "*Disbursing Agent*" means the Debtors or the Reorganized Debtors, as applicable, or the Entity or Entities selected by the Debtors or the Reorganized Debtors to make or facilitate distributions contemplated under the Plan.

46. "*Disclosure Statement*" means the disclosure statement for the Plan, as supplemented from time to time, including all exhibits, supplements, modifications, amendments, annexes, attachments, and schedules thereto.

47. "*Disclosure Statement Order*" means the order entered by the Bankruptcy Court conditionally approving the Disclosure Statement, entered on April 9, 2020 [Docket No. 1118].

48. "*Disputed*" means, with respect to any Claim, any Claim that is neither Allowed nor Disallowed.

49. "*Distribution Date*" means, except as otherwise set forth herein and except with respect to distributions to holders of securities held through DTC, the date or dates determined by the Debtors or Reorganized Debtors, as applicable, on or after the Effective Date, upon which the Disbursing Agent shall make distributions to Holders of Allowed Claims entitled to receive distributions under the Plan.

50. "*DTC*" means Depository Trust Company.

51. "*Effective Date*" means, with respect to the Plan, the date that is a Business Day selected by the Debtors on which: (a) no stay of the Confirmation Order is in effect; (b) all conditions precedent specified in Article IX. hereof have been satisfied or waived (in accordance with Article IX.C); and (c) the Plan is declared effective by the Debtors.

52. "*Entity*" means as defined in section 101(15) of the Bankruptcy Code.

53. "*Estate*" means as to each Debtor, the estate created for the Debtor in its Chapter 11 Case pursuant to section 541 of the Bankruptcy Code.

54. "*Exculpated Parties*" means collectively, and in each case in its capacity as such: (a) the Debtors and the Reorganized Debtors; (b) the Creditors' Committee and its current and former members; and (c) with respect to each of the foregoing Entities in clauses (a) and (b), each of their respective current and former directors, officers, members, employees, partners, managers, independent contractors, agents, representatives, principals, professionals, consultants, financial advisors, attorneys, accountants, investment bankers, and other professional advisors, in each case, solely in their capacity as such. For the avoidance of doubt, the Exculpated Parties shall not include the Sanchez Parties, SOG, SNMP or direct or indirect non-Debtor subsidiaries of SN.

55. "*Exculpation Claims*" has the meaning set forth in Article VIII.B.

56. "*Executory Contract*" means a contract to which one or more of the Debtors is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

57. "*Existing Interests*" means, collectively, (a) the Existing SN Preferred Interests and (b) the Existing SN Common Interests.

58. "*Existing SN Common Interests*" means Interests in SN arising from or related to the Existing SN Common Stock.

59. "*Existing SN Common Stock*" means the shares of common stock issued by SN.

60. "*Existing SN Preferred Interests* means Interests in SN arising from or related to the Existing SN Preferred Stock.

61. "*Existing SN Preferred Stock*" means the shares of (a) 4.875% Convertible Perpetual Preferred Stock, Series A and (b) 6.500% Convertible Perpetual Preferred Stock, Series B, each with a par value of $0.01 per share.

~~**62.** "*Fee Examiner*" means a fee examiner selected by the Reorganized Debtors and appointed by an order of the Bankruptcy Court, which may be in the Confirmation Order, to review each of the Final Fee~~

~~Applications of the Non-Participating Professionals and to issue the Fee Examiner Report as provided in Article II.B.~~

~~63. "*Fee Examiner Report*" means the report and recommendation with respect to the Final Fee Applications of each of the Non-Participating Professionals prepared by the Fee Examiner in accordance with Article II.B.~~

62. ~~64.~~ "*File*," "*Filed*," and "*Filing*" means file, filed, or filing in the Chapter 11 Cases with the Bankruptcy Court, or, with respect to the filing of a Proof Claim or proof of Interest, the Claims, Noticing and Solicitation Agent.

63. ~~65.~~ "*Final DIP Order*" means the *Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. §§ 363 and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* [Docket No. 865].

64. ~~66.~~ "*Final Fee Application*" means an application for final request for payment of Professional Fee Claims.

65. ~~67.~~ "*Final Order*" means, as applicable, an order or judgment of the Bankruptcy Court or other court of competent jurisdiction with respect to the relevant subject matter that has not been reversed, stayed, modified, or amended, and as to which the time to appeal or seek certiorari has expired and no appeal or petition for certiorari has been timely taken, or as to which any appeal that has been taken or any petition for certiorari that has been or may be filed has been resolved by the highest court to which the order or judgment could be appealed or from which certiorari could be sought; *provided* that the possibility that a request for relief under Rule 60 of the Federal Rules of Civil Procedure or any analogous rule under the Bankruptcy Rules or the Local Bankruptcy Rules of the Bankruptcy Court or applicable non-bankruptcy law may be filed relating to such order shall not prevent such order from being a Final Order.

66. ~~68.~~ "*Final Shared Services Order*" means the *Final Order Authorizing Debtors to Continue Performance of Obligations Under the Shared Services Arrangements* [Docket No. 733].

67. ~~69.~~ "*Gavilan*" means Gavilan Resources, LLC.

68. ~~70.~~ "*Gavilan Proceeding*" means the adversary proceeding commenced against SN EF Maverick, LLC, et al., by Gavilan (Adv. Pro. No. 20-03021).

69. ~~71.~~ "*General Unsecured Claim*" means any Claims other than: (a) an Administrative Claim; (b) an Other Secured Claim; (c) an Other Priority Claim; (d) a Priority Tax Claim; (e) a Secured Notes Claim; (f) an Intercompany Claim; (g) a Section 510(b) Claim; or (h) a DIP Claim.

70. ~~72.~~ "*Holder*" means an entity holding a Claim or Interest, as applicable.

71. ~~73.~~ "*Impaired*" means with respect to any Class of Claims or Interests, a Class of Claims or Interests that is impaired within the meaning of section 1124 of the Bankruptcy Code.

72. ~~74.~~ "*Indentures*" means, collectively, the Secured Notes Indenture, the 2021 Unsecured Notes Indenture and the 2023 Unsecured Notes Indenture.

73. ~~75.~~ "*Indenture Trustees*" means the Secured Notes Indenture Trustee and the Unsecured Notes Indenture Trustee.

74. ~~76.~~ "*Indemnified Parties*" means the following Exculpated Parties in their capacities as such: (i) members of the Debtors' current workforce who are employed by the Reorganized Debtors after the Effective Date;

(ii) Mohsin Y. Meghji; (iii) Eugene I. Davis; (iv) Adam C. Zylman; (v) Cameron W. George; and (vi) Gregory B. Kopel.

75. ~~77.~~ "*Indemnification Obligations*" means each of the Debtors' existing indemnification provisions in place and effect as of the Effective Date, whether in the Debtors' bylaws, certificates of incorporation, other formation documents, board resolutions, management or indemnification agreements, employment contracts, or otherwise, for the current and former directors, officers, managers, attorneys, accountants, investment bankers, and other professionals, advisors and agents of the Debtors, as applicable.

76. ~~78.~~ "*Intercompany Claim*" means a Claim held by a Debtor against another Debtor.

77. ~~79.~~ "*Intercompany Interest*" means an Interest in any Debtor other than SN.

78. ~~80.~~ "*Interest*" means any equity security (as defined in section 101(16) of the Bankruptcy Code) in any Debtor, including issued, unissued, authorized, or outstanding shares of stock, together with any warrants, options or rights to purchase or acquire such interests at any time.

79. ~~81.~~ "*Lien*" has the meaning set forth in section 101(37) of the Bankruptcy Code.

80. ~~82.~~ "*Lien Challenge Complaint*" means the complaint filed by the Debtors on March 10, 2020 in the adversary proceeding titled Sanchez Energy Corporation, et al. v. Royal Bank of Canada, Wilmington Savings Fund Society, FSB and Wilmington Trust, National Association (Adv. Pro. No. 20-03057).

81. ~~83.~~ "*Lien-Related Litigation*" means all litigation related to challenges to the allowance, priority, scope or validity of the liens and/or Claims of the Prepetition Secured Parties (as defined in the Final DIP Order) or the priority or scope of the liens and/or Claims of the DIP Lenders, including any litigation regarding (i) the interpretation of the Final DIP Order and other matters regarding the scope of the collateral securing the DIP Claims, (ii) the amount and characterization of the DIP Claims (including the Final DIP Order's treatment of new-money DIP Claims and roll-up DIP Claims), (iii) the amount of any deficiency claim of the DIP Lenders, (iv) adequate protection claims pursuant to section 507(b) of the Bankruptcy Code (including issues regarding diminution in value, and any recharacterization or disgorgement of adequate protection payments made pursuant to the Final DIP Order, or any prior interim order), (v) the applicability of the equities of the case doctrine under section 552 of the Bankruptcy Code, (vi) all Causes of Action referenced and asserted in the Lien Challenge Complaint, (vii) the claim objections filed by the Creditors' Committee on March 10, 2020, at Docket No. 1027, (viii) the value of Causes of Action, and (ix) the relative value of encumbered and unencumbered assets. For purposes of clarification, nothing in the Plan or the Confirmation Order shall alter, amend, or otherwise limit any rights, claims, or defenses that may or could be asserted by the DIP Lenders, DIP Agent, Collateral Trustee, Secured Notes Indenture Trustee, or any Holders of DIP Claims or Senior Notes Claims in connection with or in defense of the Lien-Related Litigation, irrespective of whether such rights, claims, or defenses arose before or after the Petition Date and whether provided or arising under the Final DIP Order, applicable agreements, applicable law, or otherwise.

82. ~~84.~~ "*Lien-Related Litigation Creditor Representative*" means a representative, as selected by the Creditors' Committee, of general unsecured creditors in the Lien-Related Litigation.

83. ~~85.~~ "*Management Incentive Plan*" means a post-Effective Date management incentive plan for the directors and officers of the Reorganized Debtors, which shall be implemented in accordance with Article IV of the Plan.

84. ~~86.~~ "*New Common Stock*" means the common stock of Reorganized SN to be issued pursuant to the Plan.

85. ~~87.~~ "*New Executive Employment Agreements*" means the new employment agreements, dated as of the Effective Date, to employ (a) Cameron W. George and (b) Gregory B. Kopel.

86. ~~88.~~ "*New Organizational Documents*" means the form of the certificates or articles of incorporation, certificates of designation, bylaws, or such other applicable formation documents, of each of the Reorganized Debtors, including the New Stockholders' Agreement, if any.

87. ~~89.~~ "*New Stockholders' Agreement*" means the stockholder or similar agreement, if any, with respect to the New Common Stock.

88. ~~90.~~ "*Non-Participating Professional*" means any Professional that is not a Participating Professional on or before the Confirmation Date.

89. ~~91.~~ "*Notice of Assumption*" means a notice to be sent to each applicable counterparty identified in the Schedule of Assumed Executory Contracts and Unexpired Leases as set forth in Article VI.C.

90. ~~92.~~ "*Notice of Rejection*" means a notice to be sent to each applicable counterparty identified in the Schedule of Rejected Executory Contracts and Unexpired Leases as set forth in Article VI.B.

91. ~~93.~~ "*Other Priority Claim*" means any Claim entitled to priority in right of payment under section 507(a) of the Bankruptcy Code, to the extent such Claim has not already been paid during the Chapter 11 Cases, other than an Administrative Claim or a Priority Tax Claim.

92. ~~94.~~ "*Other Secured Claim*" means any Secured Claim other than the DIP Claims and the Secured Notes Claims.

93. ~~95.~~ "*Participating Professionals*" means all Professionals that have elected to participate in the Professional Fee Settlement on or before the Confirmation Date, specifically: Akin Gump Strauss Hauer & Feld LLP, Alvarez & Marsal North America, LLC, Gibbs & Bruns LLP, Jackson Walker LLP, KPMG LLP, M-III Advisory Partners LP, Moelis & Company LLC, Prime Clerk LLC, Ropes & Gray LLP, and Richards Layton & Finger, P.A. No Participating Professionals may be added to this list without the consent of the Requisite DIP Lenders.

94. ~~96.~~ "*Person*" means an individual, corporation, partnership, limited liability company, joint venture, trust, estate, unincorporated association, governmental entity, or political subdivision thereof, or any other Entity.

95. ~~97.~~ "*Petition Date*" means the date on which the Debtors commenced the Chapter 11 Cases.

96. ~~98.~~ "*Plan*" means this amended joint chapter 11 plan (as it may be amended or supplemented from time to time, including all exhibits, schedules, supplements, appendices, annexes and attachments hereto).

97. ~~99.~~ "*Plan Supplement*" means the compilation of documents and forms of documents, schedules, and exhibits to the Plan, to be Filed by the Debtors as soon as reasonably practicable prior to the Confirmation Hearing, or such later date as may be approved by the Bankruptcy Court on notice to parties in interest, and any additional documents Filed with the Bankruptcy Court prior to the Effective Date as amendments to the Plan Supplement. The Plan Supplement shall include the following (a) the New Organizational Documents; (b) the Schedule of Rejected Executory Contracts and Unexpired Leases; (c) the Schedule of Assumed Executory Contracts and Unexpired Leases; (d) a schedule of retained Causes of Action; (e) a disclosure of the members of the Reorganized SN Board; and (f) the New Executive Employment Agreements and the identities of the officers of Reorganized SN.

98. ~~100.~~ "*Post-Carve-Out Trigger Notice Reserve*" has the meaning ascribed to it in the Final DIP Order.

99. ~~101.~~ "*Post-Effective Date Equity Distribution*" means 80% of the Authorized Plan Distribution Shares, which shall be issued and distributed to Holders of Allowed Claims in Classes 3, 4 and/or 5 as ordered by the Bankruptcy Court in connection with adjudication or other resolution of the Lien-Related Litigation.

100. ~~102.~~ "*Pre-Carve-Out Trigger Notice Reserve*" has the meaning ascribed to it in the Final DIP Order.

101. ~~103.~~ "*Priority Tax Claims*" means Claims of governmental units of the type described in section 507(a)(8) of the Bankruptcy Code.

102. ~~104.~~ "*Pro Rata*" means (a) when referring to Claims or Interests within a single Class, the proportion that an Allowed Claim or Interest in such Class bears to the aggregate amount of the Allowed Claims or Interests in that Class, or (b) when referring to Claims or Interests within more than one Class, the proportion that an Allowed Claim or Interest bears to the aggregate amount of the Allowed Claims or Interests within all applicable Classes.

103. ~~105.~~ "*Professional*" means an entity employed pursuant to a Bankruptcy Court order in accordance with sections 327 or 1103 of the Bankruptcy Code and to be compensated for services rendered before or on the confirmation date, pursuant to sections 327, 328, 329, 330, or 331 of the Bankruptcy Code.

104. ~~106.~~ "*Professional Fee Claims*" means all Administrative Claims for the compensation of Professionals and the reimbursement of expenses incurred by such Professionals through and including the Effective Date.

105. ~~107.~~ "*Professional Fee Settlement*" means the settlement between and among the Participating Professionals, the Debtors and the Secured Ad Hoc Group set forth in Article II.B.

106. ~~108.~~ "*Professional Fee Settlement Reserve*" means an interest bearing escrow account to hold the amounts set forth in Article II.B pursuant to the Professional Fee Settlement, which escrow account shall be funded on the Effective Date and maintained at a financial institution selected by the Debtors, with the consent of the Participating Professionals, solely for the purpose of paying all Allowed and unpaid Professional Fee Claims of Participating Professionals consistent with the Professional Fee Settlement. All fees and expenses of the escrow agent shall be paid from the interest accruing on funds in the Professional Fee Settlement Reserve; *provided that* any fees and expenses due up front or in excess of the interest accruing on the funds in the Professional Fee Settlement Reserve shall be paid by the Reorganized Debtors. The Professional Fee Settlement Reserve may be a segregated account, with similar protections as an escrow account, maintained by the Reorganized Debtors in trust solely for the Participating Professionals with the consent of the Participating Professionals.

107. ~~109.~~ "*Professional Fee Settlement Reserve Amount*" means $22.9 million, which shall be adjusted solely to the extent additional Professionals become Participating Professionals.

108. ~~110.~~ "*Proof of Claim*" means a proof of Claim filed against any of the Debtors in the Chapter 11 Cases, if applicable, by the applicable Bar Date.

109. ~~111.~~ "*Reinstated*" or "*Reinstatement*" means with respect to any Claim or Interest, that the Claim or Interest shall be rendered Unimpaired in accordance with section 1124 of the Bankruptcy Code.

110. ~~112.~~ "*Reorganized Boards*" means the initial board of directors of members, or managers, as applicable of each Reorganized Debtor.

111. ~~113.~~ "*Reorganized Debtors*" means the Debtors, as reorganized pursuant to and under the Restructuring Transactions or any successor thereto, including Reorganized SN.

112. ~~114.~~ "*Reorganized SN*" means SN, as reorganized pursuant to and under the Restructuring Transactions or any successor thereto.

113. ~~115.~~ "*Reorganized SN Board*" means the initial board of directors of Reorganized SN.

114. ~~116.~~ "*Requisite DIP Lenders*" means DIP Lenders holding at least 50.01% of the outstanding principal amount of loan issued under the DIP Credit Agreement.

115. ~~117.~~ "*Restructuring Fee*" has the meaning ascribed to it in the engagement letter between SN and Moelis & Company LLC, attached as Exhibit 1 to the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Moelis & Company LLC as Financial Advisor and Investment Banker for the Debtors, Nunc Pro Tunc to the Petition Date; (II) Waiving Certain Time-Keeping Requirements; and (III) Granting Related Relief* [Docket No. 271].

116. ~~118.~~ "*Restructuring Transactions*" means those mergers, amalgamations, consolidations, arrangements, continuances, restructurings, transfers, conversions, sales, dispositions, liquidations, dissolutions, or other corporate transactions necessary or appropriate to implement the Plan.

117. ~~119.~~ "*Sanchez Parties*" means (i) A.R. Sanchez, Jr., Antonio R. Sanchez, III, and Patricio D. Sanchez, and any other individual related to Antonio R. Sanchez, III by consanguinity or marriage, (ii) any trusts or similar Entities of which Sanchez Parties are individually or in the aggregate the majority direct or indirect beneficiaries, and (iii) any other Entities (other than SOG) for which the Sanchez Parties own, control or hold 50.01% or more of the voting interests. For the avoidance of doubt, the Sanchez Parties shall not include SOG or SNMP.

118. ~~120.~~ "*Schedule of Assumed Executory Contracts and Unexpired Leases*" means the schedule (including any modifications or amendments thereto) of certain Executory Contracts and Unexpired Leases, to be identified by the Secured Ad Hoc Group, to be assumed by the Debtors pursuant to the Plan, as set forth in the Plan Supplement, as amended at the direction of the Secured Ad Hoc Group from time to time, prior to the Confirmation Date or otherwise, in accordance with the Plan.

119. ~~121.~~ "*Schedule of Rejected Executory Contracts and Unexpired Leases*" means the schedule (including any amendments or modifications thereto) of the Executory Contracts and Unexpired Leases, to be identified by the Secured Ad Hoc Group, to be rejected by the Debtors pursuant to the Plan, as set forth in the Plan Supplement, as amended at the direction of the Secured Ad Hoc Group from time to time, prior to the Confirmation Date or otherwise, in accordance with the Plan.

120. ~~122.~~ "*Schedules*" means, collectively, the schedules of assets and liabilities and statements of financial affairs Filed by the Debtors.

121. ~~123.~~ "*Section 510(b) Claim*" means any Claim subject to subordination under section 510(b) of the Bankruptcy Code.

122. ~~124.~~ "*Secured*" means when referring to a Claim: (a) secured by a lien on property in which any of Debtors has an interest, which lien is valid, perfected, and enforceable pursuant to applicable law or by reason of a Bankruptcy Court order, or that is subject to setoff pursuant to section 553 of the Bankruptcy Code, to the extent of the value of the creditor's interest in the Debtors' interest in such property or to the extent of the amount subject to setoff, as applicable, as determined pursuant to section 506(a) of the Bankruptcy Code; or (b) Allowed pursuant to the Plan, or separate order of the Bankruptcy Court (including the Final DIP Order), as a secured claim.

123. ~~125.~~ "*Secured Ad Hoc Group*" means the ad hoc group of unaffiliated funds, accounts, and advisors of funds or accounts, as Holders of Secured Notes Claims and DIP Claims.

124. ~~126.~~ "*Secured Ad Hoc Group Fees*" means all unpaid fees and expenses, including professional fees and expenses, due and payable to the Secured Ad Hoc Group's advisors and professionals, including fees and expenses payable under the Final DIP Order.

125. ~~127.~~ "*Secured Notes*" means the 7.25% Senior Secured First Lien Notes due 2023 issued pursuant to the Secured Notes Indenture.

126. ~~128.~~ “*Secured Notes Claim*” means any Secured Claim against the Debtors under, with respect to, on account of, arising from, based upon, or in connection with, the Secured Notes Indenture, the Secured Notes, or the Final DIP Order, including any Claim for principal amounts outstanding, unpaid interest, fees or expenses.

127. ~~129.~~ “*Secured Notes Indenture*” means that certain Indenture, dated February 14, 2018, among SN, the guarantors party thereto, Delaware Trust Company, as trustee, and Wilmington Trust, NA., in its capacity as successor collateral trustee, for the 7.25% senior secured first lien notes due February 15, 2023.

128. ~~130.~~ “*Secured Notes Indenture Trustee*” means WSFS, and any successor thereto, as trustee under the Secured Notes Indenture.

129. ~~131.~~ “*Security*” means a security as defined in section 2(a)(1) of the Securities Act.

130. ~~132.~~ “*Secured Trustees Fees and Expenses*” means the reasonable and documented compensation, fees, expenses, disbursements, and indemnity claims incurred by WSFS, solely in its capacity as the Secured Notes Indenture Trustee, and the Collateral Trustee, including, without limitation, attorneys’ and agents’ fees, expenses, and disbursements incurred by WSFS, solely in its capacity as the Secured Notes Indenture Trustee, and the Collateral Trustee, to the extent payable or reimbursable under the Secured Notes Indenture or Collateral Trust Agreement, as applicable. For the avoidance of doubt, the Secured Trustees Fees and Expenses shall include, but are not limited to, the reasonable and documented fees, expenses, and disbursements of counsel.

131. ~~133.~~ “*Securities Act*” means the Securities Act of 1933, 15 U.S.C. §§ 77a-77aa, together with the rules and regulations promulgated thereunder, as amended from time to time.

132. ~~134.~~ “*Servicer*” means an agent or other authorized representative of Holders of Claims or Interests.

133. ~~135.~~ “*SN*” means Sanchez Energy Corporation.

134. ~~136.~~ “*SNMP*” means Sanchez Midstream Partners LP and its subsidiaries and affiliates, including Catarina Midstream, LLC.

135. ~~137.~~ “*SOG*” means Sanchez Oil & Gas Corporation.

136. ~~138.~~ “*Unclaimed Distribution*” means any distribution under the Plan on account of an Allowed Claim to a Holder that has not: (a) accepted a particular distribution or, in the case of distributions made by check, negotiated such check; (b) given notice to the Reorganized Debtors of an intent to accept a particular distribution; (c) responded to requests of the Debtors or the Reorganized Debtors, as applicable, for information necessary to facilitate a particular distribution; or (d) taken any other action necessary to facilitate such distribution.

137. ~~139.~~ “*Unexpired Lease*” means a lease to which one or more of the Debtors is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

138. ~~140.~~ “*Unimpaired*” means with respect to a Class of Claims or Interests, a Class of Claims or Interests that is not Impaired.

139. ~~141.~~ “*Unsecured Notes Claim*” means any Claim against the Debtors arising from or based upon the 2021 Unsecured Notes Indenture or the 2023 Unsecured Notes Indenture.

140. ~~142.~~ “*Unsecured Notes Indentures*” means, collectively, the 2021 Unsecured Notes Indenture and the 2023 Unsecured Notes Indenture.

141. ~~143.~~ “*Unsecured Notes Indenture Trustee*” means the Delaware Trust Company, and any successor thereto, as trustee under the 2021 Unsecured Notes Indenture and the 2023 Unsecured Notes Indenture, respectively.

142. ~~144.~~ "*U.S. Trustee*" Means the Office of the United States Trustee for the Southern District of Texas.

143. ~~145.~~ "*WSFS*" means Wilmington Savings Fund Society, FSB.

B. *Rules of Interpretation*

For purposes herein: (1) in the appropriate context, each term, whether stated in the singular or the plural, shall include both the singular and the plural, and pronouns stated in the masculine, feminine, or neuter gender shall include the masculine, feminine, and the neuter gender; (2) unless otherwise specified, any reference herein to a contract, lease, instrument, release, indenture, or other agreement or document being in a particular form or on particular terms and conditions means that such document shall be substantially in such form or substantially on such terms and conditions; (3) unless otherwise specified, any reference herein to an existing document, schedule, or exhibit, shall mean such document, schedule, or exhibit, as it may have been or may be amended, modified, or supplemented; (4) unless otherwise specified, all references herein to "Articles" and "Sections" are references to Articles and Sections, respectively, hereof or hereto; (5) the words "herein," "hereof," and "hereto" refer to the Plan in its entirety rather than to any particular portion of the Plan; (6) captions and headings to Articles and Sections are inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of the Plan; (7) unless otherwise specified herein, the rules of construction set forth in section 102 of the Bankruptcy Code shall apply; (8) any term used in capitalized form herein that is not otherwise defined but that is used in the Bankruptcy Code or the Bankruptcy Rules shall have the meaning assigned to such term in the Bankruptcy Code or the Bankruptcy Rules, as applicable; (9) references to docket numbers of documents Filed in the Chapter 11 Cases are references to the docket numbers under the Bankruptcy Court's CM/ECF system; (10) all references to statutes, regulations, orders, rules of courts, and the like shall mean as amended from time to time; (11) references to "shareholders," "directors," and/or "officers" shall also include "members" and/or "managers," as applicable, as such terms are defined under the applicable state limited liability company laws; (12) the words "include" and "including" and variations thereof shall not be deemed to be terms of limitation, and shall be deemed to be followed by the words "without limitation," and (13) any immaterial effectuating provisions may be interpreted by the Debtors or the Reorganized Debtors in such a manner that is consistent with the overall purpose and intent of the Plan and without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

C. *Computation of Time*

Unless otherwise specifically stated herein, the provisions of Bankruptcy Rule 9006(a) shall apply in computing any period of time prescribed or allowed herein. If the date on which a transaction may occur pursuant to the Plan shall occur on a day that is not a business day, then such transaction shall instead occur on the next succeeding business day.

D. *Governing Law*

Except to the extent a rule of law or procedure is supplied by federal law (including the Bankruptcy Code or Bankruptcy Rules), and subject to the provisions of any contract, lease, instrument, release, indenture, or other agreement or document entered into expressly in connection herewith, the rights and obligations arising hereunder shall be governed by, and construed and enforced in accordance with, the laws of the State of Texas, without giving effect to conflict of laws principles.

E. *Reference to Monetary Figures*

All references in the Plan to monetary figures refer to currency of the United States of America, unless otherwise expressly provided.

F. *Reference to the Debtors or the Reorganized Debtors*

Except as otherwise specifically provided in the Plan to the contrary, references in the Plan to the Debtors or to the Reorganized Debtors mean the Debtors and the Reorganized Debtors, as applicable, to the extent the context requires.

G. *Controlling Document*

In the event of an inconsistency between the Plan and the Disclosure Statement, the terms of the Plan shall control in all respects. In the event of an inconsistency between the Plan and any document included in the Plan Supplement, the applicable Plan Supplement document shall control. In the event of an inconsistency between the Confirmation Order and any of the Plan, the Disclosure Statement, or the Plan Supplement, the Confirmation Order shall control.

## ARTICLE II.
## ADMINISTRATIVE AND PRIORITY CLAIMS

In accordance with section 1123(a)(1) of the Bankruptcy Code, Administrative Claims, Professional Fee Claims, and Priority Tax Claims have not been classified and thus are excluded from the Classes of Claims and Interests set forth in Article III of the Plan.

A. *Administrative Claims*

Except as otherwise provided in this Article II.A and except with respect to claims pursuant to 28 U.S.C. § 1930 and Administrative Claims that are Professional Fee Claims, DIP Claims, or subject to 11 U.S.C. § 503(b)(1)(D), or otherwise allowed by a Final Order, requests for payment of Allowed Administrative Claims must be Filed and served on the Reorganized Debtors pursuant to the procedures specified in the Confirmation Order and the notice of entry of the Confirmation Order no later than the Administrative Claims Bar Date. Holders of Administrative Claims that are required to, but do not, File and serve a request for payment of such Administrative Claims by such date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or their property, and such Administrative Claims shall be deemed discharged as of the Effective Date.

Except with respect to Administrative Claims that are Professional Fee Claims or DIP Claims (but excluding DIP Fee Claims), and except to the extent that an Administrative Claim has already been paid during the Chapter 11 Cases or a Holder of an Allowed Administrative Claim and the applicable Debtor(s) agree to less favorable treatment, each Holder of an Allowed Administrative Claim shall receive, in full and final satisfaction, compromise, settlement, and release of and in exchange for its Claim, payment in full in Cash on the Effective Date or as soon as reasonably practicable thereafter.

The DIP Claims that are not DIP Fee Claims shall receive the treatment set forth in Article III.C.3. DIP Agent Fees and Expenses shall receive payment in accordance with Article IV.R. The parties entitled to (a) Secured Trustees Fees and Expenses and (b) Secured Ad Hoc Group Fees have agreed that the Administrative Claims relating to such amounts may be paid following the outcome of the applicable Lien-Related Litigation.

B. *Professional Fee Claims*

1. Professional Fee Settlement

Pursuant to the Professional Fee Settlement, (a) Participating Professionals agree to (i) limit the payment on account of their unpaid Professional Fee Claims (except as provided in clauses (b) and (c)) to 90% of the amount of such Participating Professional's accrued and unpaid fees and 100% of the amount of such Participating Professional's unpaid expenses, in each case, through March 27, 2020, plus an additional $5 million to Moelis & Company LLC on account of its Restructuring Fee and (ii) reduce the amount of unpaid Allowed Professional Fee Claims payable upon approval of their respective Final Fee Application by an amount equal to 10% of fees paid to

such Participating Professional since the Petition Date, excluding the Professional Fee Claims in (i) above which already account for the 10% reduction of fees; (b) $1 million (in addition to the amounts in (a) above) shall be available exclusively for Professional Fee Claims of Professionals of the Debtors in connection with filing, prosecuting, confirming and consummating the Plan incurred after March 27, 2020; (c) $100,000 (in addition to any amounts in (a) and (b) above), shall be made available exclusively for KPMG for fees incurred after March 27, 2020, and (d) Participating Professionals otherwise waive all rights to seek payment of any additional Professional Fee Claims, either as an Administrative Claim or otherwise. For purposes of clarification, the aggregate amount identified in this paragraph shall not exceed the Professional Fee Settlement Reserve Amount.

As part of the Professional Fee Settlement, upon the Effective Date, the DIP Agent shall release the Carve-Out Trigger Notice Reserves to the Reorganized Debtors, and the Reorganized Debtors shall immediately fund the Professional Fee Settlement Reserve with the Professional Fee Settlement Reserve Amount, solely for the unpaid Professional Fee Claims of the Participating Professionals. The Professional Fee Settlement Reserve shall be an escrow account or segregated account, with similar protections as an escrow account, maintained in trust solely for the Participating Professionals with the consent of the Participating Professionals. Such funds shall not be considered property of the Estates of the Debtors or the Reorganized Debtors. The amount of Professional Fee Claims owing to the Participating Professionals, as limited by the Professional Fee Settlement, shall be paid in Cash to such Participating Professionals by the Reorganized Debtors from the Professional Fee Settlement Reserve within two (2) business days after such Professional Fee Claims are Allowed by an order of the Bankruptcy Court. When all such Allowed amounts owing to Participating Professionals have been paid in full consistent with the Professional Fee Settlement, any remaining amount in the Professional Fee Settlement Reserve shall promptly be paid to the Reorganized Debtors without any further action or order of the Bankruptcy Court. ~~In addition, as part of the Professional Fee Settlement, Final Fee Applications of Participating Professionals shall not be subject to review by the Fee Examiner.~~

Finally, as part of the Professional Fee Settlement, the Debtors, Reorganized Debtors and the Secured Ad Hoc Group, including each of its individual members, shall not (a) seek, directly or indirectly, any further reductions, discounts or concessions of any kind from the Participating Professionals or (b) object, directly or indirectly, to any Final Fee Applications of any Participating Professional.

If the Effective Date does not occur within 45 days of the Confirmation Date, (a) the Professional Fee Settlement shall be withdrawn, (b) the Participating Professionals shall reserve any and all rights under the Final DIP Order, the Bankruptcy Code and otherwise and (c) all agreements not to seek reductions or to object to any Final Fee Applications of the Participating Professionals shall be withdrawn, and all rights of all parties are reserved.

2. Final Fee Applications

All Professionals shall file Final Fee Applications no later than 60 days after the Effective Date. The Professional Fee Claims of any Participating Professional shall be Allowed in the event that no objection to such Final Fee Application is Filed within 21 days of the filing of such Final Fee Application in accordance with the Professional Fee Settlement.

~~The Fee Examiner shall review the Final Fee Applications of all Non-Participating Professionals only and within 120 days after the Effective Date serve an initial draft of the Fee Examiner Report on all Non-Participating Professionals, providing a copy to the Reorganized Debtors. The Non-Participating Professionals shall have 30 days to provide any comments or additional information to the Fee Examiner in response to such initial draft (the "*Draft Report Review Period*"). The Fee Examiner will issue and File the final Fee Examiner Report within 30 days after the Draft Report Review Period. The Reorganized Debtors and any party in interest shall have the opportunity to object to any Final Fee Application of a Non-Participating Professional within 30 days after the final Fee Examiner Report is Filed, and the Bankruptcy Court shall hear and determine any such objection as soon as reasonably practicable. The Reorganized Debtors shall pay the Professional Fee Claim of a Non-Participating Professional in the amount Allowed by the Bankruptcy Court in a Final Order as soon as reasonably practicable after the entry of such Final Order.~~ -

C. *Priority Tax Claims*

Except to the extent that a Holder of an Allowed Priority Tax Claim and the Debtor against which such Allowed Priority Tax Claim is asserted agree to a less favorable treatment for such Holder, in full and final satisfaction, settlement, release, and discharge of and in exchange for each Allowed Priority Tax Claim, each Holder of such Allowed Priority Tax Claim shall receive, at the Debtors' election, (1) payment in full in Cash of its Allowed Priority Tax Claim or (2) treatment in accordance with the terms set forth in section 1129(a)(9)(C) of the Bankruptcy Code and, for the avoidance of doubt, Holders of Allowed Priority Tax Claims will receive interest on such Allowed Priority Tax Claims after the Effective Date in accordance with sections 511 and 1129(a)(9)(C) of the Bankruptcy Code.

D. *Statutory Fees*

All fees due and payable pursuant to section 1930 of title 28 of the United States Code prior to the Effective Date shall be paid by the Debtors. On and after the Effective Date, the Reorganized Debtors shall pay any and all such fees when due and payable, and shall File with the Bankruptcy Court quarterly reports in a form reasonably acceptable to the U.S. Trustee. Each Debtor shall remain obligated to pay quarterly fees to the U.S. Trustee until the earliest of that particular Debtor's case being closed, dismissed, or converted to a case under Chapter 7 of the Bankruptcy Code.

## ARTICLE III.
## CLASSIFICATION, TREATMENT, AND VOTING OF CLAIMS AND INTERESTS

A. *Formation of Debtor Group for Convenience Purposes Only*

The Plan (including, but not limited to, Article II and Article III of the Plan) groups the Debtors together solely for the purpose of describing treatment under the Plan and distributions to be made in respect of Claims against and Interests in the Debtors under the Plan. Such groupings shall not affect each Debtor's status as a separate legal entity, change the organizational structure of the Debtors' business enterprise, constitute a change of control of any Debtor for any purpose, cause a merger of consolidation of any legal entities, or cause the transfer of any assets. Except as otherwise provided by or permitted under the Plan, all Debtors shall continue to exist as separate legal entities. The Plan is not premised on, and does not provide for, the substantive consolidation of the Debtors with respect to the Classes of Claims or Interests set forth in the Plan, or otherwise.

The Plan constitutes a separate chapter 11 plan of reorganization for each Debtor within the meaning of section 1121 of the Bankruptcy Code, and the classifications set forth in Classes 1 through 10 shall be deemed to

apply to each Debtor in accordance with section 1122 of the Bankruptcy Code, except where a Debtor does not have any Claim or Interest qualifying within a particular class. For voting purposes, each Class of Claims against or Interests in the Debtors shall be deemed to constitute separate sub-Classes of Claims against and Interests in each of the Debtors, as applicable. Each such sub-Class shall vote as a single separate Class for each of the Debtors, as applicable; *provided* that any Class that does not contain any Allowed Claims or Existing Interests with respect to a particular Debtor will be treated in accordance with Article III.E below.

B. *Classification of Claims and Interests*

| Class | Claim or Interest | Status | Voting Rights |
|---|---|---|---|
| 1 | Other Secured Claims | Unimpaired | Presumed to Accept |
| 2 | Other Priority Claims | Unimpaired | Presumed to Accept |
| 3 | DIP Claims | Impaired | Entitled to Vote |
| 4 | Secured Notes Claims | Impaired | Entitled to Vote |
| 5 | General Unsecured Claims | Impaired | Entitled to Vote |
| 6 | Intercompany Claims | Unimpaired/Impaired | Not Entitled to Vote |
| 7 | Intercompany Interests | Unimpaired | Presumed to Accept |
| 8 | Existing SN Preferred Interests | Impaired | Deemed to Reject |
| 9 | Existing SN Common Interests | Impaired | Deemed to Reject |
| 10 | Section 510(b) Claims | Impaired | Deemed to Reject |

C. *Treatment of Classes of Claims and Interests*

Subject to Article VI hereof, each Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive under the Plan the treatment described below in full and final satisfaction, compromise, settlement, release, and discharge of, and in exchange for, such Holder's Allowed Claim or Allowed Interest, except to the extent different treatment is agreed to by the Debtors and the Holder of such Allowed Claim or Allowed Interest, as applicable. The Debtors will not agree to different treatment of any Allowed Claim or Allowed Interest prior to the Effective Date without the consent of the Requisite DIP Lenders. Unless otherwise indicated, the Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive such treatment on the later of the Effective Date and the date such Holder's Claim or Interest becomes an Allowed Claim or Allowed Interest or as soon as reasonably practicable thereafter.

1. Class 1 — Other Secured Claims

a. *Classification*: Class 1 consists of all Other Secured Claims against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed Other Secured Claim against the Debtors, each Holder of an Allowed Other Secured Claim shall receive, at the option of the applicable Debtor:

i. payment in full in Cash;

ii. delivery of the collateral securing any such Other Secured Claim and payment of any interest required under section 506(b) of the Bankruptcy Code;

iii. Reinstatement of such Other Secured Claim; or

iv. other treatment rendering such Claim Unimpaired.

c. *Voting*: Class 1 is Unimpaired. Holders of Allowed Other Secured Claims in Class 1 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code. Holders of Allowed Other Secured Claims in Class 1 are not entitled to vote to accept or reject the Plan.

2. Class 2 — Other Priority Claims

a. *Classification*: Class 2 consists of all Other Priority Claims against the Debtors.

b. *Treatment*: Except to the extent that a Holder of an Allowed Other Priority Claim and the Debtor against which such Allowed Other Priority Claim is asserted agree to less favorable treatment for such Holder, in full and final satisfaction of each Allowed Other Priority Claim against the Debtors, each Holder of an Allowed Other Priority Claim shall receive either:

i. Cash in an amount equal to such Allowed Other Priority Claim; or

ii. such other treatment rendering such Other Priority Claim Unimpaired.

c. *Voting*: Class 2 is Unimpaired. Holders of Allowed Other Priority Claims in Class 2 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code. Holders of Allowed Other Priority Claims in Class 2 are not entitled to vote to accept or reject the Plan.

3. Class 3 – DIP Claims

a. *Classification*: Class 3 consists of all DIP Claims (other than DIP Fee Claims) against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed DIP Claim (other than DIP Fee Claims), each Holder of an Allowed DIP Claim (other than DIP Fee Claims) shall receive its Pro Rata share of:

i. the DIP Equity Distribution on the Effective Date; and

ii. 100% of the Post-Effective Date Equity Distribution less any amount of such Post-Effective Date Equity Distribution, if any, allocated to Holders of Allowed Claims in Classes 4 and/or 5 based upon the outcome of the Lien-Related Litigation, which allocation shall be consistent with, as applicable, the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code.

c. *Voting*: Class 3 is Impaired. Holders of DIP Claims in Class 3 are entitled to vote to accept or reject the Plan.

4. Class 4 — Secured Notes Claims

a. *Classification*: Class 4 consists of all Secured Notes Claims against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed Secured Notes Claim (other than DIP Fee Claims), each Holder of an Allowed Secured Notes Claim (other than DIP Fee Claims) shall receive its Pro Rata share of the Post-Effective Date Equity Distribution, if any, allocated to the Secured Notes Claims based upon the outcome of the Lien-Related

Litigation, which allocation shall be consistent with, as applicable, the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code.

c. *Voting*: Class 4 is Impaired. Holders of Secured Notes Claims in Class 4 are entitled to vote to accept or reject the Plan.

5. Class 5 — General Unsecured Claims

a. *Classification*: Class 5 consists of all General Unsecured Claims against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed General Unsecured Claim, each Holder of an Allowed General Unsecured Claim shall receive its Pro Rata share of the Post-Effective Date Equity Distribution, if any, allocated to the General Unsecured Claims based upon the outcome of the Lien-Related Litigation, which allocation shall be consistent with, as applicable, the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code.

c. *Voting*: Class 5 is Impaired. Holders of General Unsecured Claims in Class 5 are entitled to vote to accept or reject the Plan.

6. Class 6 — Intercompany Claims

a. *Classification*: Class 6 consists of any Intercompany Claims.

b. *Treatment*: On the Effective Date, Intercompany Claims shall be, at the election of the Debtors:

i. Reinstated;

ii. compromised;

iii. released; or

iv. offset, contributed, and/or distributed to the applicable Debtor.

c. *Voting*: Class 6 is either Unimpaired or Impaired. Holders of Allowed Intercompany Claims in Class 6 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code or conclusively deemed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code. Therefore, Holders of Allowed Intercompany Claims in Class 6 are not entitled to vote to accept or reject the Plan.

7. Class 7 — Intercompany Interests

a. *Classification*: Class 7 consists of all Intercompany Interests.

b. *Treatment*: On the Effective Date, Intercompany Interests shall receive no recovery or distributions and be Reinstated or contributed to the applicable Debtor solely to maintain the Debtors' corporate structure.

c. *Voting*: Class 7 is Unimpaired. Holders of Allowed Intercompany Interests in Class 7 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code. Holders of Allowed Intercompany Claims in Class 7 are not entitled to vote to accept or reject the Plan.

8. Class 8 — Existing SN Preferred Interests

a. *Classification*: Class 8 consists of all Existing SN Preferred Interests.

b. *Treatment*: On the Effective Date, each Existing SN Preferred Interest shall be cancelled, released and extinguished and shall be of no further force and effect. No Holder of any Existing SN Preferred Interest shall be entitled to any recovery or distribution under the Plan on account of such Interest.

c. *Voting*: Class 8 is Impaired. Holders of Existing SN Preferred Interests in Class 8 are conclusively deemed to have rejected the Plan under section 1126(f) of the Bankruptcy Code. Holders of Existing SN Preferred Interests in Class 8 are not entitled to vote to accept or reject the Plan.

9. Class 9 — Existing SN Common Interests

a. *Classification*: Class 9 consists of all Existing SN Common Interests.

b. *Treatment*: On the Effective Date, each Existing SN Common Interest shall be cancelled, released and extinguished and shall be of no further force and effect. No Holder of any Existing SN Common Interest shall be entitled to any recovery or distribution under the Plan on account of such Interest.

c. *Voting*: Class 9 is Impaired. Holders of Existing Common Interests in Class 9 are conclusively deemed to have rejected the Plan under section 1126(f) of the Bankruptcy Code. Holders of Existing SN Common Interests in Class 9 are not entitled to vote to accept or reject the Plan.

10. Class 10 – Section 510(b) Claims

a. *Classification*: Class 10 consists of all Section 510(b) Claims.

b. *Treatment*: On the Effective Date, each Section 510(b) Claim will be cancelled, released and extinguished and shall be of no further force and effect. No Holder of any Section 510(b) Claim shall be entitled to any recovery or distribution under the Plan on account of such Claim.

c. *Voting*: Class 10 is Impaired. Holders of Section 510(b) Claims in Class 10 are conclusively deemed to have rejected the Plan under section 1126(f) of the Bankruptcy Code. Holders of Section 510(b) Claims in Class 10 are not entitled to vote to accept or reject the Plan.

D. *Special Provision Governing Unimpaired Claims*

Except as otherwise provided in the Plan, nothing under the Plan shall affect the Debtors' or the Reorganized Debtors' rights regarding any Unimpaired Claim, including all rights regarding legal and equitable defenses to, or setoffs or recoupments against, any such Unimpaired Claim.

E. *Elimination of Vacant Classes*

Any Class of Claims or Interests that does not have a Holder of an Allowed Claim or Interest, or a Claim or Interest temporarily Allowed by the Bankruptcy Court as of the date of the Confirmation Hearing, shall be deemed eliminated from the Plan for purposes of voting to accept or reject the Plan and for purposes of determining acceptance or rejection of the Plan by such Class pursuant to section 1129(a)(8) of the Bankruptcy Code.

F. *Voting Classes; Presumed Acceptance by Non-Voting Classes*

If a Class contains Claims eligible to vote on the Plan and no Holder of Claims eligible to vote in such Class votes to accept or reject the Plan, the Plan shall be presumed accepted by the Holders of such Claims in such Class.

G. *Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy Code*

Section 1129(a)(10) of the Bankruptcy Code shall be satisfied for purposes of Confirmation by acceptance of the Plan by at least one Impaired Class of Claims. The Debtors shall seek Confirmation of the Plan pursuant to section 1129(b) of the Bankruptcy Code with respect to any rejecting Class(es) of Claims or Interests. The Debtors reserve the right to modify the Plan in accordance with Article X of the Plan to the extent, if any, that Confirmation pursuant to section 1129(b) of the Bankruptcy Code requires modification, including by modifying the treatment applicable to a Class of Claims or Interests to render such Class of Claims or Interests Unimpaired to the extent permitted by the Bankruptcy Code and the Bankruptcy Rules.

H. *Intercompany Interests*

To the extent Reinstated under the Plan, the Intercompany Interests shall be Reinstated for the ultimate benefit of the Holders of Claims that receive New Common Stock under the Plan, and shall receive no recovery or distribution. For the avoidance of doubt, to the extent Reinstated pursuant to the Plan, on and after the Effective Date, all Intercompany Interests shall be owned by the same Reorganized Debtor that corresponds with the Debtor that owned such Intercompany Interests prior to the Effective Date (subject to the Restructuring Transactions).

I. *Subordinated Claims and Interests*

The allowance, classification, and treatment of all Allowed Claims and Interests and their respective distributions and treatments under the Plan take into account and conform to the relative priority and rights of the Claims and Interests in each Class in connection with any contractual, legal, and equitable subordination rights relating thereto, whether arising under general principles of equitable subordination, section 510(b) of the Bankruptcy Code, or otherwise. Pursuant to section 510 of the Bankruptcy Code, the Debtors or Reorganized Debtors, as applicable, reserve the right to re-classify any Allowed Claim or Interest in accordance with any contractual, legal, or equitable subordination relating thereto.

## ARTICLE IV.
## PROVISIONS FOR IMPLEMENTATION OF THE PLAN

A. *General Settlement of Claims, Interests, and Causes of Action*

Pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019, and in consideration for the classification, distributions, releases, and other benefits provided under the Plan, upon the Effective Date, the provisions of the Plan shall constitute a good faith compromise and settlement of all Claims, Interests, Causes of Action, and controversies released, settled, compromised, discharged, satisfied, or otherwise resolved pursuant to the Plan, including any dispute regarding the treatment of any Intercompany Claims. The Plan shall be deemed a motion to approve the good faith compromise and settlement of all such Claims, Interests, Causes of Action, and controversies, including the Professional Fee Settlement, pursuant to Bankruptcy Rule 9019, and the entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of the compromise and settlement of all such Claims, Interests, Causes of Action, and controversies, as well as a finding by the Bankruptcy Court that such compromise and settlement, including the Professional Fee Settlement, is in the best interests of the Debtors, their Estates, and Holders of Claims and Interests and is fair, equitable and reasonable.

B. *Restructuring Transactions*

On the Effective Date or as soon as reasonably practicable thereafter, the Reorganized Debtors shall consummate the Restructuring Transactions and take all actions as may be necessary or appropriate to effectuate the Restructuring Transactions, including: (1) the execution and delivery of any appropriate agreements or other

documents of merger, consolidation, restructuring, conversion, disposition, transfer, formation, organization, dissolution, or liquidation containing terms that are consistent with the terms of the Plan and that satisfy the requirements of applicable law and any other terms to which the applicable Entities may agree, including, but not limited to the documents comprising the Plan Supplement and the New Organizational Documents, as applicable; (2) the execution and delivery of appropriate instruments of transfer, assignment, assumption, or delegation of any asset, property, right, liability, debt, or obligation on terms consistent with the terms of the Plan and having other terms for which the applicable Entities may agree; (3) the execution, delivery and filing, if applicable, of appropriate certificates or articles of incorporation, formation, reincorporation, merger, consolidation, conversion, or dissolution pursuant to applicable state law, including any applicable New Organizational Documents; (4) such other transactions that are required to effectuate the Restructuring Transactions; and (5) all other actions that the applicable Entities determine to be necessary or appropriate, including making filings or recordings that may be required by applicable law.

C. *Sources of Consideration for Plan of Reorganization Distributions*

The Reorganized Debtors will fund distributions under the Plan with Cash on hand on the Effective Date and the New Common Stock.

1. Issuance and Distribution of New Common Stock

On the Effective Date, or as soon as reasonably practicable thereafter, the Reorganized Debtors shall issue the New Common Stock to fund distributions to Holders of Allowed Claims in accordance with Article III of the Plan; *provided that* New Common Stock issued on account of the Post-Effective Date Equity Distribution shall occur in accordance with Article IV.C.2. The issuance of New Common Stock, as well as options, or other equity awards of interests in the Reorganized Debtors, if any, reserved under the Management Incentive Plan, is duly authorized without the need for any further corporate action and without any further action by the Debtors or Reorganized Debtors or the Holders of Claims. All shares of New Common Stock issued under the Plan shall be duly authorized, validly issued, fully paid, and non-assessable.

The Secured Ad Hoc Group shall prepare a New Stockholders' Agreement as part of the Plan Supplement. Each Entity intended to become a Holder of New Common Stock, as a condition to receiving such New Common Stock, shall be required to deliver an executed signature page to the New Stockholders' Agreement. Each Holder of New Common Stock shall be deemed a party to the New Stockholders' Agreement, without regard to whether such signature page is actually delivered. On the Effective Date, the Reorganized Debtors shall enter into and deliver the New Stockholders' Agreement to each known Entity that is intended to be a party thereto at such time, and such New Stockholders' Agreement shall be deemed to be valid, binding, and enforceable in accordance with its terms, and each Holder of New Common Stock shall be bound thereby.

2. Distribution of Post-Effective Date Equity Distribution

The shares of New Common Stock comprising the Post-Effective Date Equity Distribution shall remain authorized but unissued pending the outcome of all or a portion of the Lien-Related Litigation, which shall occur following the Effective Date. Upon adjudication or other resolution of all or a portion of the Lien-Related Litigation, the Reorganized Debtors shall issue the Post-Effective Date Equity Distribution in the amount of New Common Stock allocated to Class 3, 4 and/or 5 Claims, to the extent such Claims are entitled to receive New Common Stock, pursuant to an order of the Bankruptcy Court. No shares of New Common Stock shall be issued on account of the Post-Effective Date Equity Distribution except as provided in an order of the Bankruptcy Court with respect to the Lien-Related Litigation, which order shall designate the allocation of New Common Stock as between the Holders of Allowed DIP Claims, if any, Holders of Allowed Secured Notes Claims, if any, and Holders of Allowed General Unsecured Claims, if any. Upon such order of allocation from the Bankruptcy Court, to the extent the New Stockholders' Agreement is not terminated in accordance with its terms, each proposed Holder of New Common Stock under such order shall, as a condition to receiving such New Common Stock, be required to deliver an executed signature page to the New Stockholders' Agreement. Each Holder shall be deemed a party to the New Stockholders' Agreement, if any, without regard to whether an executed signature pages is actually delivered.

D. *Lien-Related Litigation*

The Lien-Related Litigation shall be adjudicated following the ~~Effective~~Confirmation Date by the Bankruptcy Court according to the following timeline:

- *Phase 1:* The parties to the Lien-Related Litigation shall seek a final hearing date that is not more than 30 days after the ~~Confirmation~~Effective Date to determine the interpretation of the Final DIP Order. This phase shall be initiated by a pleading filed by the DIP Lenders or DIP Agent.

- *Phase 2:* If the Bankruptcy Court determines that any additional Lien-Related Litigation is necessary in light of the determinations in Phase 1, other than as to the valuation of Causes of Action, the relevant parties shall seek a hearing for determination of such additional issues not more than 30 days after the Bankruptcy Court's determination of issues presented in Phase 1 and in no event 60 days after the ~~Confirmation~~Effective Date. This phase shall be initiated by a pleading filed by the Lien-Related Litigation Creditor Representative on or before the 35th day following the ~~Confirmation~~Effective Date.

- *Phase 3:* If the Bankruptcy Court determines that the valuation of any Causes of Action are necessary as part of any Lien-Related Litigation in light of Phases 1 and 2, the relevant parties may seek a hearing for determination of such additional issues after the Bankruptcy Court's determination of issues presented in Phases 1 and 2. This phase shall be initiated by a pleading filed by the Lien-Related Litigation Creditor Representative not more than 30 days after the Bankruptcy Court's determination of issues presented in Phase 2.

- *Post-Effective Date Equity Distribution Allocations:* The Bankruptcy Court may, in its discretion, issue a final ruling as to the allocation of all or a part of the Post-Effective Date Equity Distribution at the conclusion of any of the three phases.

Discovery shall not occur except to the extent permitted and deemed necessary by the Bankruptcy Court. Expert reports, if any, shall be exchanged 14 days prior to any hearing. Any and all claims, objections, or challenges within the definition Lien-Related Litigation shall be dismissed with prejudice, released, and forever barred if not asserted and determined in accordance with the foregoing schedule and otherwise in accordance with the provisions of the Plan. The liquidation and valuation findings and conclusions in the Confirmation Order and in connection with Confirmation shall have preclusive effect in the Lien-Related Litigation, provided, however, such preclusive effect shall not apply to the valuation of the Debtors' Causes of Action, which shall be subject to valuation, if at all, in accordance with Phase 3 of the Lien-Related Litigation described in this section. .

The parties to the Lien-Related Litigation shall use all reasonable efforts to minimize the costs of such litigation. All costs of prosecuting the Lien-Related Litigation shall be borne by the respective parties to the

litigation, and no costs shall be borne by the Reorganized Debtors or payable by one group of parties to the other; *provided that* in the event that (i) the DIP Lenders retain at least 50.01% of the New Common Stock following the Post-Effective Date Equity Distribution, nothing herein shall restrict the ability of the Reorganized Debtors to pay the fees and expenses of the DIP Lenders or Secured Ad Hoc Group at any time following the Effective Date or (ii) the holders of General Unsecured Claims hold at least 50.01% of the New Common Stock following the Post-Effective Date Equity Distribution, nothing herein shall restrict the ability of the Reorganized Debtors to pay the fees and expenses of the Lien-Related Litigation Creditor Representative at any time following the Effective Date. Notwithstanding the foregoing, nothing in this paragraph shall alter the rights of the DIP Lenders or DIP Agent to repayment or reimbursement to the extent provided under the Final DIP Order or DIP Credit Agreement. Notwithstanding anything in this Plan to the contrary, in connection with determining the Lien-Related Litigation, for purposes of clarification, all rights, claims, and defenses of the Holders of the DIP Claims, including all rights under sections 1129(a)(9)(A) and 726 of the Bankruptcy Code shall be deemed preserved. Without limiting the foregoing, for purposes of clarification, nothing herein restricts the ability of the Lien-Related Litigation Creditor Representative to employ professionals and seek or secure funding or financing to pay for the reasonable fees and expenses incurred in connection with the Lien-Related Litigation to the extent permitted by otherwise applicable law.

There shall be no issuance and distribution of New Common Stock pursuant to the Post-Effective Date Equity Distribution except pursuant to an order entered by the Bankruptcy Court with respect to or following the resolution of the Lien-Related Litigation. Any and all issues regarding the proper allocation of the Post-Effective Date Equity Distribution shall be determined by the Bankruptcy Court in connection with the Lien-Related Litigation and consistent with the Final DIP Order and the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code, which determination regarding such allocation may include, among other things, the consideration of the value, if any, of any Causes of Action preserved by the Reorganized Debtors pursuant to the Plan and whether such value should be allocated to or offset by Secured Claims or Administrative Claims. The New Common Stock shall be issued pursuant to the Post-Effective Date Equity Distribution upon an order of the Bankruptcy Court, which order shall designate the allocation of New Common Stock as between the Holders of Allowed DIP Claims, if any, Holders of Allowed Secured Notes Claims, if any, and Holders of Allowed General Unsecured Claims, if any.

Reorganized SN shall not declare, pay, or make any dividend or other similar distribution on account of the New Common Stock or make any similar transfer with respect to the New Common Stock until the Post-Effective Date Equity Distribution has occurred. Prior to the earlier of (i) the resolution of the Lien-Related Litigation and (ii) the distribution of all New Common Stock comprising the Post-Effective Date Equity Distribution, the Reorganized Debtors will seek approval of any settlement or compromise of any Causes of Action against the Sanchez Parties, SOG, SNMP, or their respective transferees (within the meaning of section 550 of the Bankruptcy Code) or Lien-Related Litigation, following consultation with the Lien-Related Litigation Creditor Representative, pursuant to Bankruptcy Rule 9019, after notice and opportunity for a hearing.

E. *Continuation of Gavilan Proceeding*

The Gavilan Proceeding shall be litigated or compromised after the Effective Date exclusively by the Reorganized Debtors.

F. *Corporate Existence*

Except as otherwise provided in the Plan, the New Organizational Documents, or any agreement, instrument, or other document incorporated in the Plan or the Plan Supplement, on the Effective Date, each Debtor shall continue to exist after the Effective Date as a separate corporation, limited liability company, partnership, or other form of entity, as the case may be, with all the powers of a corporation, limited liability company, partnership, or other form of entity, as the case may be, pursuant to the applicable law in the jurisdiction in which each applicable Debtor is incorporated or formed and pursuant to the respective certificate of incorporation and bylaws (or other analogous formation documents) in effect before the Effective Date, except to the extent such certificate of incorporation and bylaws (or other analogous formation documents) are amended by the Plan or otherwise, and to the extent such documents are amended, such documents are deemed to be amended pursuant to the Plan and require no further action or approval.

G. *Vesting of Assets in the Reorganized Debtors*

Except as otherwise provided in the Plan, the Confirmation Order, or any agreement, instrument, or other document incorporated herein or therein, or any agreement, instrument, or other document incorporated in the Plan or the Plan Supplement, on the Effective Date, all property in each Estate, all Causes of Action, and any property acquired by any of the Debtors, including interests held by the Debtors in their respective non-Debtor subsidiaries, shall vest in each applicable Reorganized Debtor, free and clear of all Liens, Claims, charges, or other encumbrances. On and after the Effective Date, each Reorganized Debtor may operate its business and may use, acquire, or dispose of property, and compromise or settle any Claims, Interests, or Causes of Action without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules.

H. *Corporate Action*

Upon the Effective Date, or as soon thereafter as is reasonably practicable, all actions contemplated by the Plan shall be deemed authorized and approved by the Bankruptcy Court in all respects, including, as applicable: (1) the implementation of the Restructuring Transactions; (2) the selection of the directors and officers for the Reorganized Debtors; (3) the adoption of the Management Incentive Plan, if any, by the Reorganized SN Board; (4) the issuance and distribution of the New Common Stock; and (5) all other actions contemplated under or necessary to implement the Plan (whether to occur before, on, or after the Effective Date). Upon the Effective Date, all matters provided for in the Plan involving the corporate structure of the Reorganized Debtors, and any corporate action required by the Debtors, or the Reorganized Debtors in connection with the Plan, shall be deemed to have occurred and shall be in effect, without any requirement of further action by the security holders, directors, or officers of the Debtors, or the Reorganized Debtors. On or (as applicable) before the Effective Date, the appropriate officers of the Debtors or the Reorganized Debtors shall be authorized and (as applicable) directed to issue, execute, and deliver the agreements, documents, securities, and instruments contemplated by the Plan (or necessary or desirable to effect the transactions contemplated by the Plan) in the name of and on behalf of the Reorganized Debtors, and any and all other agreements, documents, securities, and instruments relating to the foregoing, to the extent not previously authorized by the Bankruptcy Court. The authorizations and approvals contemplated by this Article IV.H shall be effective notwithstanding any requirements under non-bankruptcy law.

I. *New Organizational Documents*

Prior to the Effective Date, the Secured Ad Hoc Group shall prepare the form of New Organizational Documents, which shall be included in the Plan Supplement. On the Effective Date, to the extent legally required, each of the Reorganized Debtors will file its New Organizational Documents with the applicable Secretaries of State and/or other applicable authorities in its respective state of incorporation or formation in accordance with the applicable laws of the respective state of incorporation or formation. The New Organizational Documents shall be consistent with section 1123(a)(6) of the Bankruptcy Code. Pursuant to section 1123(a)(6) of the Bankruptcy Code, the New Organizational Documents will prohibit the issuance of non-voting equity securities. After the Effective Date, the Reorganized Debtors may amend and restate their respective New Organizational Documents and other constituent documents as permitted by the laws of their respective states of incorporation and their respective New Organizational Documents. Neither the preparation nor the filing of the New Organizational Documents shall be deemed to create a new corporate or other legal entity, and the New Organizational Documents shall be deemed amendments to or amendments and restatements of applicable organizational documents for purposes of any change of control determination.

J. *Directors and Officers of Reorganized SN*

The composition and membership of the Reorganized SN Board shall be determined prior to the Effective Date by the Secured Ad Hoc Group and included in the Plan Supplement. Thereafter, the members of the Reorganized SN Board shall be elected in accordance with the New Organizational Documents. Provisions regarding the removal, appointment, and replacement of members of the Reorganized SN Board in subsequent terms will be disclosed in the New Organizational Documents.

If the Secured Ad Hoc Group, the CRO and each applicable executive reach an agreement with respect to the terms and form of the New Executive Agreements, such agreement shall be included in the Plan Supplement and, on the Effective Date, the Reorganized Debtors shall enter into the New Executive Employment Agreements.

K. *Retention of Current Workforce by Reorganized SN; Severance Payments*

The CRO and the Secured Ad Hoc Group shall agree upon the members of the Debtors' current workforce that shall be retained and employed by the Reorganized Debtors as of the Effective Date. Such individuals shall be offered employment as soon as practicable. The continuation of SN's obligations by Reorganized SN under the 2020 Non-Executive Bonus Program for such retained employees will be set forth in the Plan Supplement.

Severance consisting of up to six (6) weeks' severance pay up to an aggregate amount of up to $1.4 million shall be provided to all members of the Debtors' current workforce who are SOG employees that provide services to the Debtors, other than the Sanchez Parties, that are not offered employment with the Reorganized Debtors, provided such member of the Debtors' workforce has not been paid severance by SOG. All such payments will be subject to any customary or required withholdings and other requirements of law.

L. *Management Incentive Plan*

The Reorganized SN Board shall be authorized to implement the Management Incentive Plan on terms to be determined by the Reorganized SN Board.

M. *Effectuating Documents; Further Transactions*

On and after the Effective Date, the Reorganized Debtors, their officers, and the members of the Reorganized Boards are authorized to and may issue, execute, deliver, file, or record such contracts, Securities, instruments, releases, and other agreements or documents and take such actions as may be necessary or appropriate to effectuate, implement, and further evidence the terms and conditions of the Plan and the Securities issued pursuant to the Plan, including the New Common Stock, in the name of and on behalf of the Reorganized Debtors, without the need for any approvals, authorization, or consents.

N. *Preservation of Causes of Action*

Unless expressly waived, relinquished, exculpated, released, compromised, or settled under the Plan or a Final Order, in accordance with section 1123(b) of the Bankruptcy Code, the Reorganized Debtors shall retain and may enforce all rights to commence and pursue, as appropriate, any and all Causes of Action (including all Avoidance Actions), whether arising before or after the Petition Date, including any actions specifically enumerated in the Plan Supplement, and such rights to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date. No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Reorganized Debtors will not pursue any and all available Causes of Action against it. The Reorganized Debtors expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan. Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised, or settled under the Plan or pursuant to a Bankruptcy Court order, the Reorganized Debtors, as applicable, expressly reserve all Causes of Action for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of the Confirmation or Consummation. In accordance with section 1123(b)(3) of the Bankruptcy Code, except as otherwise provided herein, any Causes of Action that a Debtor may hold against any Entity shall vest in the Reorganized Debtors.

The applicable Reorganized Debtor, through its authorized agents or representatives, shall retain and may exclusively enforce any and all such Causes of Action, as applicable. The Reorganized Debtors shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action, and to decline to do any of the

foregoing without the consent or approval of any third party or further notice to, or action, order, or approval of, the Bankruptcy Court.

Notwithstanding the foregoing, the Lien-Related Litigation Creditor Representative shall have standing to pursue, prosecute and sole authority to settle all Causes of Action referenced and asserted in the Lien Challenge Complaint as of the date hereof, solely to the extent and in accordance with the process and timing set forth in the Plan. The Bankruptcy Court shall retain exclusive jurisdiction to resolve all Causes of Action.

O. *Exemption from Registration Requirements*

The authorization, issuance, and distribution of all New Common Stock pursuant to the Plan, including the shares of New Common Stock issued pursuant to the DIP Equity Distribution and the Post-Effective Date Equity Distribution, regardless of whether issued on or as soon as reasonably practicable after the Effective Date or following the outcome of the Lien-Related Litigation, will be exempt from the registration requirements of section 5 of the Securities Act and any similar federal, state, or local law in reliance on section 1145 of the Bankruptcy Code or, only to the extent such exemption under section 1145 of the Bankruptcy Code is not available, any other available exemption from registration under the Securities Act and such similar federal, state and local laws.

All New Common Stock authorized, issued and distributed pursuant to the Plan in reliance upon the exemption from registration provided in section 1145 of the Bankruptcy Code may be resold without registration under the Securities Act by the recipients thereof that are not "underwriters" (as defined in section 2(a)(11) of the Securities Act and in the Bankruptcy Code) pursuant to the Plan, subject to: (1) compliance with any applicable state and foreign securities laws and obtaining any other applicable regulatory approval; and (2) the transfer restrictions set forth in the New Organizational Documents, if any. For the avoidance of doubt, if any shares of New Common Stock are issued pursuant to the exemption from registration in section 4(a)(2) of the Securities Act, such shares of New Common Stock will be considered "restricted securities" and may not be resold by the recipients thereof except pursuant to an effective registration statement under the Securities Act or an available exemption thereunder. Reorganized SN will not be a public reporting company as of the Effective Date.

P. *Cancellation of Instruments, Certificates, and Other Documents*

Except for the purpose of evidencing a right to and allowing Holders of Claims to receive a distribution under the Plan and except as otherwise provided in the Plan or any agreement, instrument, or other document incorporated in the Plan or the Plan Supplement, on the Effective Date, all notes, instruments, Certificates, and other documents evidencing Claims or Interests, and any other credit agreements and indentures evidencing or creating a prepetition Claim or Interest, shall be terminated and canceled, and the obligations of the Debtors thereunder or in any way related thereto shall be discharged. Notwithstanding the foregoing, DIP Credit Agreement, Indentures, and the Collateral Trust Agreement, as applicable, shall continue in effect solely to the extent necessary to: (i) allow the DIP Agent, a disbursing agent, or the Indenture Trustees to make distributions to the Holders of DIP Claims, Secured Notes Claims and Unsecured Notes Claims, as applicable; (ii) permit the DIP Agent, the Indenture Trustees, and the Collateral Trustee to assert their charging liens; and (iii) allow the DIP Agent, the Indenture Trustees, Holders of Secured and Unsecured Notes, and the Collateral Trustee to maintain any right of indemnification, contribution, subrogation or any other claim or entitlement they may have under the DIP Credit Agreement, the Indentures, or the Collateral Trust Agreement, as applicable, with respect to any party other than the Debtors or Reorganized Debtors. The provisions of the DIP Credit Agreement, the Indentures, and the Collateral Trust Agreement governing the relationships of each of the DIP Agent, the DIP Lenders, the Indenture Trustees, the respective Holders of Secured Notes and Unsecured Notes, and the Collateral Trustee shall not be affected by the Plan, Confirmation, or Effective Date. Notwithstanding confirmation or consummation of this Plan (and for the avoidance of doubt), the Unsecured Notes Indentures and any agreement that governs the rights of the Holders of Unsecured Notes Claims shall continue in effect (and the Unsecured Notes Indenture Trustee shall remain as trustee, register and paying agent) for the purposes of: (1) preserving any rights of the Unsecured Notes Indenture Trustee to payment of fees, expenses, and indemnification obligations as against any money or property distributable to the Holders under the relevant Indenture, including any rights to priority of payment and/or to exercise charging liens; (2) permitting the Unsecured Notes Indenture Trustee to enforce any obligations owed to it under the Plan; and (3)

permitting the Unsecured Notes Indenture Trustee to appear in the case or any proceeding in the case in which it is or may become a party.

Q. *Section 1146(a) Exemption*

To the fullest extent permitted by section 1146(a) of the Bankruptcy Code, any transfers (whether from a Debtor to a Reorganized Debtor or to any other Person) of property under the Plan (including the Restructuring Transactions) or pursuant to: (1) the issuance, distribution, transfer, or exchange of any debt, equity Security, or other interest in the Debtors or the Reorganized Debtors; (2) the creation, modification, consolidation, termination, refinancing, and/or recording of any mortgage, deed of trust, or other security interest, or the securing of additional indebtedness by such or other means; (3) the making, assignment, or recording of any lease or sublease; or (4) the making, delivery, or recording of any deed or other instrument of transfer under, in furtherance of, or in connection with, the Plan, including any deeds, bills of sale, assignments, or other instrument of transfer executed in connection with any transaction arising out of, contemplated by, or in any way related to the Plan (including the Restructuring Transactions), shall not be subject to any document recording tax, stamp tax, conveyance fee, intangibles or similar tax, mortgage tax, real estate transfer tax, mortgage recording tax, Uniform Commercial Code filing or recording fee, regulatory filing or recording fee, or other similar tax or governmental assessment, and upon entry of the Confirmation Order, the appropriate state or local governmental officials or agents shall forego the collection of any such tax or governmental assessment and accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax, recordation fee, or governmental assessment. All filing or recording officers (or any other Person with authority over any of the foregoing), wherever located and by whomever appointed, shall comply with the requirements of section 1146(a) of the Bankruptcy Code, shall forego the collection of any such tax or governmental assessment, and shall accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax or governmental assessment.

R. *DIP Agent Fees and Expenses*

On the Effective Date, the Debtors or the Reorganized Debtors, as applicable, shall pay in Cash all DIP Agent Fees and Expenses without the need for the DIP Agent to file fee applications or any other applications or motions with the Bankruptcy Court, and from and after the Effective Date, the Reorganized Debtors shall pay in Cash all DIP Agent Fees and Expenses incurred. For the avoidance of doubt, nothing herein shall be deemed to impair, waive, discharge, or negatively impact or affect the rights of the DIP Agent to exercise its charging liens pursuant to the terms of the DIP Credit Agreement.

## ARTICLE V.
## TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

A. *Assumption or Rejection of Executory Contracts and Unexpired Leases*

Except as otherwise provided in the Plan or otherwise agreed to by the Debtors and the counterparty to an Executory Contract or Unexpired Lease, all Executory Contracts or Unexpired Leases not previously assumed, assumed and assigned, or rejected in the Chapter 11 Cases, shall be assumed by the Reorganized Debtors, effective as of the Effective Date, in accordance with the requirements of sections 365 and 1123 of the Bankruptcy Code and regardless of whether such Executory Contract or Unexpired Lease is set forth on the Schedule of Assumed Executory Contracts and Unexpired Leases, other than: (1) those that are identified on the Schedule of Rejected Executory Contracts and Unexpired Leases; (2) those that have been previously rejected by a Final Order; (3) those that are the subject of a motion to reject Executory Contracts or Unexpired Leases that is pending on the Confirmation Date; or (4) those that are subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the Effective Date. Entry of the Confirmation Order shall constitute a Bankruptcy Court order approving the assumptions, assumptions and assignments, or rejections of such Executory Contracts or Unexpired Leases as set forth in the Plan, the Schedule of Assumed Executory Contracts and Unexpired Leases, or the Schedule of Rejected Executory Contracts and Unexpired Leases, pursuant to sections 365(a) and 1123 of the Bankruptcy Code, except as otherwise provided in the Plan or the Confirmation Order. Unless otherwise indicated or agreed by the Debtors and the applicable contract counterparties, assumptions, assumptions and assignments, or rejections of Executory Contracts and

Unexpired Leases pursuant to the Plan are effective as of the Effective Date, notwithstanding the fact that the deadline to object to assumption or rejection of an Executory Contract or Unexpired Lease may be after the Effective Date.

Each Executory Contract or Unexpired Lease assumed by Bankruptcy Court order but not assigned to a third party before the Effective Date shall re-vest in and be fully enforceable by the applicable contracting Reorganized Debtor in accordance with its terms, except as such terms may have been modified by any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law or as otherwise agreed by the Debtors and the applicable counterparty to the Executory Contract or Unexpired Lease. Notwithstanding anything to the contrary in this Article V, the New Executive Employment Agreements shall be deemed to be entered into or assumed, as applicable, on the Effective Date.

B. *Claims Based on Rejection of Executory Contracts or Unexpired Leases*

Prior to the Confirmation Hearing, the Secured Ad Hoc Group will identify the Executory Contracts and Unexpired Leases to be included in the Schedule of Rejected Executory Contracts and Unexpired Leases, and the Debtors shall cause Notices of Rejection to be sent to the applicable counterparties in the Schedule of Rejected Executory Contracts and Unexpired Leases setting forth the date by which objections to the proposed rejection, if any, must be Filed. The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from the Schedule of Rejected Executory Contracts and Unexpired Leases until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection. Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts and Unexpired Leases, if any, must be Filed with the Bankruptcy Court by no later than the date provided in the Notice of Rejection, Confirmation Order or any other order of the Bankruptcy Court establishing the date by which such Proofs of Claim must be Filed. Any and all negotiation, litigation (including of any objection to rejection), dispute resolution or any other matters regarding the rejection of Executory Contracts and Unexpired Leases shall be carried out by the Reorganized Debtors after the Effective Date.

**Any Claims arising from the rejection of an Executory Contract or Unexpired Lease that are not Filed within such time set in the Notice of Rejection or by the Bankruptcy Court in the Confirmation Order will be automatically Disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Reorganized Debtors, the Estates, or property of the foregoing parties, without the need for any objection by the Debtors or Reorganized Debtors, as applicable, or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in a Proof of Claim to the contrary.** All Allowed Claims arising from the rejection of the Debtors' Executory Contracts and Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with Article III of the Plan.

C. *Cure of Defaults for Assumed Executory Contracts and Unexpired Leases*

Any Cure Claims under each Executory Contract and Unexpired Lease to be assumed shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by payment of the Cure Claim in Cash as soon as reasonably practicable, subject to the limitations described below, by the Reorganized Debtors or on such other terms as the parties to such Executory Contracts or Unexpired Leases may otherwise agree. In the event of a dispute regarding (1) the amount of the Cure Claim, (2) the ability of the Reorganized Debtors or any assignee, as applicable, to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (3) any other matter pertaining to assumption, the Cure Claims required by section 365(b)(1) of the Bankruptcy Code shall only be paid following the entry of a Final Order resolving the dispute and approving the assumption.

Prior to the Confirmation Hearing, the Secured Ad Hoc Group will identify the Executory Contracts and Unexpired Leases to be included in the Schedule of Assumed Executory Contracts and Unexpired Leases, and the Debtors shall cause Notices of Assumption to be sent to applicable counterparties. Any objection to the proposed

assumption or cure amount by such counterparty must be Filed by no later than the date provided in the Notice of Assumption, Confirmation Order or any other order of the Bankruptcy Court establishing the date by which such objections must be Filed. The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from the Schedule of Assumed Executory Contracts and Unexpired Leases and move it to the Schedule of Rejected Executory Contracts and Unexpired Leases until the later of (a) the date by which objections to the proposed assumption must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection. Any such objection shall be heard after the Confirmation Date at a date determined by the Bankruptcy Court. Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or cure amount will be deemed to have assented to such assumption or Cure Claim. Any and all negotiation, litigation (including of any objection to assumption), dispute resolution or any other matters regarding the assumption of Executory Contracts and Unexpired Leases shall be carried out by the Reorganized Debtors after the Effective Date

Assumption (or assumption and assignment) of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure Claims, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption and/or assignment. **Any liabilities reflected in the Schedules and any Proofs of Claim Filed with respect to an Executory Contract or Unexpired Lease that has been assumed and assigned shall be deemed Disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.**

D. *Indemnification Obligations*

On and as of the Effective Date, the Indemnification Obligations to indemnify any Indemnified Parties with respect to the Exculpation Claims (i) will be assumed; (ii) will survive the effectiveness of the Plan; (iii) will not be discharged, impaired, or otherwise affected in any way, including by the Plan, the Plan Supplement, the Confirmation Order or the New Organizational Documents; (iv) will not be limited, reduced, or terminated after the Effective Date; and (v) will survive unimpaired and unaffected. Any payment of Indemnification Obligations by the Reorganized Debtors shall be sought first to the extent of any available coverage under existing insurance policies.

E. *Insurance Policies*

Notwithstanding anything in the Plan to the contrary, unless otherwise listed on the Schedule of Rejected Executory Contracts and Unexpired Leases (provided that no D&O Liability Insurance Policies shall be rejected), all of the Debtors' insurance policies and any agreements, documents, or instruments relating thereto to which a Debtor is a party, named insured or beneficiary as of the Effective Date are treated as and deemed to be Executory Contracts under the Plan. On the Effective Date, pursuant to section 365(a) of the Bankruptcy Code, the Reorganized Debtors shall be deemed to have assumed all insurance policies and any agreements, documents, and instruments related thereto, including all D&O Liability Insurance Policies (including tail coverage liability insurance). Entry of the Confirmation Order will constitute the Bankruptcy Court's approval of the Reorganized Debtors' assumption of all such insurance policies, including the D&O Liability Insurance Policies. Notwithstanding anything to the contrary contained in the Plan, Confirmation of the Plan shall not discharge, impair, or otherwise modify any indemnity obligations assumed by the foregoing assumption of insurance policies, including the D&O Liability Insurance Policies, and each such indemnity obligation will be deemed and treated as an Executory Contract that has been assumed by the Reorganized Debtors under the Plan as to which no Proof of Claim or Cure Claim need be Filed, and shall survive the Effective Date.

F. *Modifications, Amendments, Supplements, Restatements, or Other Agreements*

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or

repudiated under the Plan.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

G. *Contracts and Leases After the Petition Date*

Contracts and leases entered into after the Petition Date by any Debtor, including any Executory Contracts and Unexpired Leases assumed under section 365 of the Bankruptcy Code, will be performed by the applicable Debtor or Reorganized Debtor liable thereunder in the ordinary course of its business. Such contracts and leases that are not rejected under the Plan shall survive and remain unaffected by entry of the Confirmation Order.

H. *Reservation of Rights*

Nothing contained in the Plan or the Plan Supplement shall constitute an admission by the Debtors or any other party that any contract or lease is in fact an Executory Contract or Unexpired Lease or that any Reorganized Debtor has any liability thereunder. If there is a dispute regarding (1) whether a contract or lease is or was executory or unexpired at the time of assumption, (2) the amount of any Cure Claim, (3) the ability of the Reorganized Debtors or any assignee, as applicable, to provide adequate assurance of future performance (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (4) any other matter pertaining to assumption, the Reorganized Debtors shall have 45 days following entry of a Final Order resolving such dispute to alter their treatment of such contract or lease.

## ARTICLE VI.
## PROVISIONS GOVERNING DISTRIBUTIONS

A. *Distributions on Account of Claims Allowed as of the Effective Date*

Except with respect to the New Common Stock subject to the Post-Effective Date Equity Distribution, or except as provided in a Final Order, or as otherwise agreed to by the Debtors or the Reorganized Debtors, as the case may be, and the Holder of the applicable Claim or Interest, on the first Distribution Date, the Disbursing Agent shall make initial distributions under the Plan on account of Claims Allowed on or before the Effective Date; *provided*, *however*, that (1) Allowed Administrative Claims with respect to liabilities incurred by the Debtors in the ordinary course of business shall be paid or performed in the ordinary course of business in accordance with the terms and conditions of any controlling agreements, course of dealing, course of business, or industry practice, and (2) Allowed Priority Tax Claims shall be paid in accordance with Article II.C. To the extent any Allowed Priority Tax Claim is not due and owing on the Effective Date, such Claim shall be paid in full in Cash in accordance with the terms of any agreement between the Debtors and the Holder of such Claim or as may be due and payable under applicable non-bankruptcy law or in the ordinary course of business. Except as may be provided by an order of the Bankruptcy Court for the release of the New Common Stock subject to the Post-Effective Date Equity Distribution, which New Common Stock shall be released as soon as practicable following the entry of such order, a Distribution Date shall occur no more frequently than once in every 90-day period after the Effective Date, as necessary, in the sole discretion of the Reorganized Debtors.

B. *Rights and Powers of the Disbursing Agent*

1. <u>Powers of Disbursing Agent</u>

The Disbursing Agent shall be empowered to: (a) effect all actions and execute all agreements, instruments, and other documents necessary to perform its duties under the Plan; (b) make all distributions contemplated hereby; (c) employ professionals to represent it with respect to its responsibilities; and (d) exercise such other powers as may be vested in the Disbursing Agent by order of the Bankruptcy Court, pursuant to the Plan, or as deemed by the Disbursing Agent to be necessary and proper to implement the provisions hereof.

2. Expenses Incurred On or After the Effective Date

Except as otherwise ordered by the Bankruptcy Court, the amount of any reasonable fees and expenses incurred by the Disbursing Agent on or after the Effective Date (including taxes) and any reasonable compensation and expense reimbursement claims (including reasonable attorney fees and expenses) made by the Disbursing Agent shall be paid in Cash by the Reorganized Debtors.

C. *Special Rules for Distributions to Holders of Disputed Claims*

Except as otherwise agreed by the relevant parties: (1) no partial payments and no partial distributions shall be made with respect to a Disputed Claim until all such disputes in connection with such Disputed Claim have been resolved by settlement or Final Order; and (2) any Entity that holds both an Allowed Claim and a Disputed Claim shall not receive any distribution on the Allowed Claim unless and until all objections to the Disputed Claim have been resolved by settlement or Final Order for the Claims have been Allowed or expunged. Any dividends or other distributions arising from property distributed to Holders of Allowed Claims in a Class and paid to such Holders under the Plan shall also be paid, in the applicable amounts, to any Holder of a Disputed Claim in such Class that becomes an Allowed Claim after the date or dates that such dividends or other distributions were earlier paid to Holders of Allowed Claims in such Class.

D. *Delivery of Distributions*

1. Record Date for Distributions

Except for distributions to holders of public securities, three (3) business days before the Effective Date, the Claims Register and the various transfer registers for each Class of Claims as maintained by the Debtors or their respective agents shall be deemed closed, and there shall be no further changes in the record Holders of any Claims. The Disbursing Agent shall have no obligation to recognize any transfer of Claims or Interests occurring on or after three (3) business days before the Effective Date. In addition, with respect to payment of any Cure amounts or disputes over any Cure amounts, neither the Debtors nor the Disbursing Agent shall have any obligation to recognize or deal with any party other than the non-Debtor party to the applicable Executory Contract or Unexpired Lease as of the Effective Date, even if such non-Debtor party has sold, assigned, or otherwise transferred its Claim for a Cure amount. For the avoidance of doubt, no record date for distributions shall apply to holders of public securities.

2. Distribution Process

The Disbursing Agent shall make all distributions required under the Plan, except with respect to distributions to Holders of Allowed DIP Claims, Allowed Secured Notes Claims and Allowed Unsecured Notes Claims, as set forth herein, and shall exercise commercially reasonable efforts to implement appropriate mechanics governing such distributions in accordance with the Plan and the terms of the relevant governing agreement. Except as otherwise provided herein, and notwithstanding any authority to the contrary, distributions to Holders of Allowed Claims, including Claims that become Allowed after the Effective Date, shall be made to Holders of record or their respective designees as of three (3) business days before the Effective Date: (a) to the address of such Holder or designee as set forth in the Debtors' books and records, provided that the address of such Holder shall be deemed to be the address set forth in any Proof of Claim filed by such Holder (or if the appropriate notice has been provided pursuant to the governing agreement in writing, on or before the date that is ten (10) calendar days before the Effective Date, of a change of address or an identification of designee, to the changed address or to such designee, as applicable); or (b) in accordance with Federal Rule of Civil Procedure 4, as modified and made applicable by Bankruptcy Rule 7004, if no address exists in the applicable register or the Debtors' books and records, no Proof of Claim has been Filed, and the Disbursing Agent has not received a written notice of a change of address on or before the date that is ten (10) calendar days before the Effective Date. The Debtors, the Reorganized Debtors, and the Disbursing Agent, as applicable, shall not incur any liability whatsoever on account of any distributions under the Plan. Except as otherwise provided in the Plan, Holders of Claims shall not be entitled to interest or accruals on the distributions provided for in the Plan, regardless of whether such distributions are delivered on or at any time after the Effective Date.

3. Delivery of Distributions to Holders of Allowed DIP Claims

Except as otherwise provided in the Plan or reasonably requested by the DIP Agent, all distributions to Holders of Allowed DIP Claims shall be deemed completed when made to (or with the consent of) the DIP Agent, which shall be deemed to be the Holder of all Allowed DIP Claims for purposes of distributions to be made hereunder. The DIP Agent shall hold or direct such distributions for the benefit of the Holders of Allowed DIP Claims, as applicable. As soon as practicable in accordance with the requirements set forth in this Article VI, the DIP Agent shall arrange to deliver such distributions to or on behalf of such Holders of Allowed DIP Claims, at the sole expense of the Debtors or the Reorganized Debtors, as applicable. The DIP Agent shall not incur any liability on account of any distributions under the Plan.

4. Delivery of Distributions to Holders of Allowed Secured Notes Claims

Except as otherwise provided in the Plan or reasonably requested by the Secured Notes Indenture Trustee, all distributions to Holders of Allowed Secured Notes Claims shall be deemed completed when made to (or with the consent of) the Secured Notes Indenture Trustee, which shall be deemed to be the Holder of all Allowed Secured Notes Claims for purposes of distributions to be made hereunder. The Secured Notes Indenture Trustee shall hold or direct such distributions for the benefit of the Holders of Allowed Secured Notes Claims, as applicable. As soon as practicable in accordance with the requirements set forth in this Article VI, the Secured Notes Indenture Trustee shall arrange to deliver such distributions to or on behalf of such Holders of Allowed Secured Notes Claims, at the sole expense of the Debtors or the Reorganized Debtors, as applicable. Notwithstanding anything to the contrary in the Plan, the Secured Notes Indenture Trustee may transfer or direct that the distribution be made to the holders of the Secured Notes directly on the books and records of the Reorganized SN’s transfer agent or through the facilities of DTC (whether by means of book-entry exchange, free delivery, or otherwise) consistent with the customary practices of DTC. Such distributions shall be subject in all respects to the right of the Secured Notes Indenture Trustee or Collateral Trustee, as applicable, to assert its applicable charging liens against such distributions. The Reorganized Debtors reserve the right to issue New Common Stock to Holders of Allowed Secured Notes Claims directly on the books and records of the transfer agent or to seek to make the New Common Stock eligible to be distributed through the facilities of DTC and as provided for under the Secured Notes Indenture. The Secured Notes Indenture Trustee shall not incur any liability on account of any distributions under the Plan.

5. Delivery of Distributions to Holders of Allowed Unsecured Notes Claims

Except as otherwise provided in the Plan or reasonably requested by the Unsecured Notes Indenture Trustee, all distributions to Holders of Allowed Unsecured Notes Claims shall be deemed completed when made to (or with the consent of) the Unsecured Notes Indenture Trustee, which shall be deemed to be the Holder of all Allowed Unsecured Notes Claims for purposes of distributions to be made hereunder. The Unsecured Notes Indenture Trustee shall hold or direct such distributions for the benefit of the Holders of Allowed Unsecured Notes Claims, as applicable. As soon as practicable in accordance with the requirements set forth in this Article VI, the Unsecured Notes Indenture Trustee shall arrange to deliver such distributions to or on behalf of such Holders of Allowed Unsecured Notes Claims. Notwithstanding anything to the contrary in the Plan, the Unsecured Notes Indenture Trustee may transfer or direct that the distribution be made to the holders of the Unsecured Notes directly on the books and records of the Reorganized SN’s transfer agent or through the facilities of DTC (whether by means of book-entry exchange, free delivery, or otherwise) consistent with the customary practices of DTC. Such distributions shall be subject in all respects to the right of the Unsecured Notes Indenture Trustee to assert its applicable charging liens against such distributions. The Reorganized Debtors reserve the right to issue New Common Stock to Holders of Allowed Unsecured Notes Claims directly on the books and records of the transfer agent or to seek to make the New Common Stock eligible to be distributed through the facilities of DTC and as provided for under the 2021 Unsecured Notes Indentures and the 2023 Unsecured Notes Indenture. The Unsecured Notes Indenture Trustee shall not incur any liability on account of any distributions under the Plan.

6. Compliance Matters

In connection with the Plan, to the extent applicable, the Reorganized Debtors or the Disbursing Agent, as applicable, shall comply with all tax withholding and reporting requirements imposed on them by any Governmental Unit, and all distributions pursuant to the Plan shall be subject to such withholding and reporting requirements. Notwithstanding any provision in the Plan to the contrary, the Reorganized Debtors or the Disbursing Agent, as applicable, shall be authorized to take all actions necessary or appropriate to comply with such withholding and reporting requirements, including liquidating a portion of the distribution to be made under the Plan to generate sufficient funds to pay applicable withholding taxes, or withholding distributions pending receipt of information necessary to facilitate such distributions. The Reorganized Debtors reserve the right to allocate all distributions made under the Plan in compliance with all applicable wage garnishments, alimony, child support, and other spousal awards, liens, and encumbrances.

7. Foreign Currency Exchange Rate

Except as otherwise provided in a Bankruptcy Court order, as of the Effective Date, any Claim asserted in currency other than U.S. dollars shall be automatically deemed converted to the equivalent U.S. dollar value using the exchange rate for the applicable currency as published in *The Wall Street Journal, National Edition*, on the Effective Date.

8. Fractional, Undeliverable, and Unclaimed Distributions

a. *Fractional Distributions*. Whenever any distribution of fractional shares of New Common Stock or Cash would otherwise be required pursuant to the Plan, the actual distribution shall reflect a rounding of such fraction down to the nearest whole interest or share or dollar, as applicable. The total number of authorized shares of New Common Stock to be distributed pursuant to the Plan shall be adjusted as necessary to account for the foregoing rounding.

b. *Minimum Distributions*. Holders of Allowed Claims entitled to distributions of less than $50 in the aggregate (whether Cash or otherwise) shall not receive distributions, and each such Claims shall be discharged pursuant to Article VIII and their Holders are forever barred pursuant to Article VIII from asserting such Claims against the Debtors, the Reorganized Debtors or their property.

c. *Undeliverable Distributions*. If any distribution to a Holder of an Allowed Claim is returned to the Disbursing Agent as undeliverable, no further distributions shall be made to such Holder unless and until the Disbursing Agent is notified in writing of such Holder's then-current address or other necessary information for delivery, at which time all currently due missed distributions shall be made to such Holder on the next Distribution Date. Undeliverable distributions shall remain in the possession of the Reorganized Debtors until such time as a distribution becomes deliverable, or such distribution reverts to the Reorganized Debtors or is canceled pursuant to Article VI.D.7.d of the Plan, and shall not be supplemented with any interest, dividends, or other accruals of any kind. Shares of New Common Stock that are un-issuable or un-registerable because the prospective recipient fails to provide the Debtors with the information needed to issue or register such New Common Stock shall be treated as undeliverable and Unclaimed Distributions.

d. *Reversion*. Any distribution under the Plan that is an Unclaimed Distribution for a period of 6 months after distribution shall be deemed unclaimed property under section 347(b) of the Bankruptcy Code and such Unclaimed Distribution shall revest in the applicable Reorganized Debtor, and, to the extent such Unclaimed Distribution is comprised of New Common Stock, they shall be deemed canceled and/or remain unissued, as applicable, with no further action by any person or Entity. Upon such reverting or revesting, the

Claim of the Holder or its successors with respect to such property shall be canceled, discharged, and forever barred notwithstanding any applicable federal or state escheat, abandoned, or unclaimed property laws, or any provisions in any document governing the distribution that is an Unclaimed Distribution, to the contrary.

9. Surrender of Canceled Instruments or Securities

On the Effective Date, each Holder of a Certificate shall be deemed to have surrendered such Certificate to the Disbursing Agent or a Servicer (to the extent the relevant Claim is governed by an agreement and administered by a Servicer). Such Certificate shall be canceled solely with respect to the Debtors, and such cancelation shall not alter the obligations or rights of any non-Debtor third parties vis-à-vis one another with respect to such Certificate. Notwithstanding the foregoing, this provision shall not apply to any Claims and Interests Reinstated pursuant to the terms of the Plan.

E. *Claims Paid or Payable by Third Parties*

1. Claims Paid by Third Parties

A Claim shall be correspondingly reduced, and the applicable portion of such Claim shall be Disallowed without an objection to such Claim having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court, to the extent that the Holder of such Claim receives a payment on account of such Claim from a party that is not a Debtor or a Reorganized Debtor; *provided* that the Debtors or the Reorganized Debtors, as applicable, shall provide 21 calendar days' notice to the Holder prior to any disallowance of such Claim during which period the Holder may object to such disallowance, and if the parties cannot reach an agreed resolution, the matter shall be decided by the Bankruptcy Court. Subject to the last sentence of this paragraph, to the extent a Holder of a Claim receives a distribution on account of such Claim and receives payment from a party that is not a Debtor or a Reorganized Debtor on behalf of the Debtors on account of such Claim, such Holder shall, within 14 calendar days of receipt thereof, repay or return the distribution to the Reorganized Debtors to the extent the Holder's total recovery on account of such Claim from the third party and under the Plan exceeds the amount of such Claim as of the date of any such distribution under the Plan. The failure of such Holder to timely repay or return such distribution shall result in the Holder owing the Reorganized Debtors annualized interest at the Federal Judgment Rate on such amount owed for each business day after the 14-day grace period specified above until the amount is repaid.

2. Claims Payable by Insurance Carriers

No distributions under the Plan shall be made on account of an Allowed Claim that is payable pursuant to one of the Debtors' insurance policies until the Holder of such Allowed Claim has exhausted all remedies with respect to such insurance policy. To the extent that one or more of the Debtors' insurers agrees to satisfy in full or in part a Claim (if and to the extent adjudicated by a court of competent jurisdiction), then immediately upon such insurers' agreement, the applicable portion of such Claim may be expunged without a Claim objection having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court; *provided* that the Debtors or the Reorganized Debtors, as applicable, shall provide 21 calendar days' notice to the Holder of such Claim prior to any disallowance of such Claim during which period the Holder may object to such disallowance, and if the parties cannot reach an agreed resolution, the matter shall be decided by the Bankruptcy Court.

3. Applicability of Insurance Policies

Except as otherwise provided in the Plan, distributions to Holders of Allowed Claims shall be in accordance with the provisions of any applicable insurance policy. Notwithstanding anything to the contrary contained herein (including Article VIII), nothing contained in the Plan shall constitute or be deemed a release, settlement, satisfaction, compromise, or waiver of any Cause of Action that the Debtors or any other Entity may hold against any other Entity, including insurers, under any policies of insurance or applicable indemnity, nor shall anything contained herein constitute or be deemed a waiver by such insurers of any defenses, including coverage defenses, held by such insurers.

F. *Setoffs*

Except as otherwise expressly provided for herein and for purposes of clarification, excluding the DIP Equity Distribution to be made on the Effective Date, each Debtor or Reorganized Debtor, as applicable, pursuant to the Bankruptcy Code (including section 553 of the Bankruptcy Code), applicable non-bankruptcy law, or as may be agreed to by the Holder of a Claim, may set off against any Allowed Claim and the distributions to be made pursuant to the Plan on account of such Allowed Claim (before any distribution is made on account of such Allowed Claim), any claims, rights, and Causes of Action of any nature that such Debtor or Reorganized Debtor, as applicable, may hold against the Holder of such Allowed Claim, to the extent such claims, rights, or Causes of Action against such Holder have not been otherwise compromised or settled on or prior to the Effective Date (whether pursuant to the Plan or otherwise); *provided*, *however*, that neither the failure to effect such a setoff nor the allowance of any Claim pursuant to the Plan shall constitute a waiver or release by such Debtor or Reorganized Debtor of any such claims, rights, and Causes of Action that such Debtor or Reorganized Debtor may possess against such Holder. In no event shall any Holder of Claims be entitled to set off any such Claim against any claim, right, or Cause of Action of the Debtor or Reorganized Debtor (as applicable), unless such Holder has Filed a motion with the Bankruptcy Court requesting the authority to perform such setoff on or before the Confirmation Date, and notwithstanding any indication in any Proof of Claim or otherwise that such Holder asserts, has, or intends to preserve any right of setoff pursuant to section 553 of the Bankruptcy Code or otherwise.

G. *Allocation Between Principal and Accrued Interest*

Distributions in respect of Allowed Claims shall be allocated first to the principal amount of such Claims (as determined for U.S. federal income tax purposes) and then, to the extent the consideration exceeds the principal amount of the Allowed Claims, to any portion of such Claims for accrued but unpaid interest.

H. *No Postpetition Interest on Claims*

Unless otherwise specifically provided for in an order of the Bankruptcy Court, the Plan, the Confirmation Order, or documents executed as required by the Plan, or required by applicable bankruptcy law, postpetition interest shall not accrue or be paid on any Claims or Interests and no Holder of a Claim or Interest shall be entitled to interest accruing on or after the Petition Date on any such Claim. Notwithstanding the foregoing, all interest, fees, costs, charges, and other amounts due under the DIP Credit Agreement and the Final DIP Order with respect to the DIP Claims shall continue to accrue until the resolution of the Lien-Related Litigation.

## ARTICLE VII.
## PROCEDURES FOR RESOLVING DISPUTED CLAIMS

A. *Allowance of Claims*

After the Effective Date, each of the Reorganized Debtors shall have and retain any and all rights and defenses the applicable Debtor had with respect to any Claim immediately before the Effective Date. Except as expressly provided in the Plan or in any order entered in the Chapter 11 Cases before the Effective Date (including the Confirmation Order), no Claim shall become an Allowed Claim unless and until such Claim is deemed Allowed under the Plan or the Bankruptcy Code, or the Bankruptcy Court has entered a Final Order, including the Confirmation Order (when it becomes a Final Order), in the Chapter 11 Cases allowing such Claim.

B. *Claims Administration Responsibilities*

Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Reorganized Debtors shall have the sole authority to File and prosecute objections to Claims, and the Reorganized Debtors shall have the sole authority to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by

the Bankruptcy Court. On and after the Effective Date, the Reorganized Debtors will use commercially reasonable efforts to advance the claims resolution process through estimation or otherwise. For the avoidance of doubt, no claims administration shall occur prior to the Effective Date.

C. *Estimation of Claims*

On or after the Effective Date, the Reorganized Debtors, as applicable, may (but are not required to) at any time request that the Bankruptcy Court estimate any Claim pursuant to applicable law, including, without limitation, pursuant to section 502(c) of the Bankruptcy Code for any reason, regardless of whether any party previously has objected to such Claim or whether the Bankruptcy Court has ruled on any such objection, and the Bankruptcy Court shall retain jurisdiction under 28 U.S.C. §§ 157 and 1334 to estimate any such Claim, including during the litigation of any objection to any Claim or during the pendency of any appeal relating to such objection. Notwithstanding any provision to the contrary in the Plan, a Claim that has been expunged from the Claims Register, but that either is subject to appeal or has not been the subject of a Final Order, shall be deemed to be estimated at zero dollars, unless otherwise ordered by the Bankruptcy Court. In the event that the Bankruptcy Court estimates any Claim, such estimated amount shall constitute a maximum limitation on such Claim for all purposes under the Plan (including for purposes of distributions and discharge) and may be used as evidence in any supplemental proceedings, and the Debtors or Reorganized Debtors may elect to pursue any supplemental proceedings to object to any ultimate distribution on such Claim. Notwithstanding section 502(j) of the Bankruptcy Code, in no event shall any Holder of a Claim that has been estimated pursuant to section 502(c) of the Bankruptcy Code or otherwise be entitled to seek reconsideration of such estimation unless such Holder has Filed a motion requesting the right to seek such reconsideration on or before seven (7) days after the date on which such Claim is estimated. Each of the foregoing Claims and objection, estimation, and resolution procedures are cumulative and not exclusive of one another. Claims may be estimated and subsequently compromised, settled, withdrawn, or resolved by any mechanism approved by the Bankruptcy Court.

D. *Adjustment to Claims Without Objection*

Any Claim that has been paid or satisfied, or any Claim that has been amended or superseded, may be adjusted or expunged on the Claims Register by the Debtors or the Reorganized Debtors, as applicable, without an objection having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court.

E. *Time to File Objections to Claims*

Any objections to Claims shall be Filed on or before the Claims Objection Bar Date.

F. *Disallowance of Claims*

Except as otherwise provided in the Plan, any Claims held by Entities from which property is recoverable under sections 542, 543, 550, or 553 of the Bankruptcy Code or that is a transferee of a transfer avoidable under sections 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of the Bankruptcy Code, shall be deemed Disallowed pursuant to section 502(d) of the Bankruptcy Code, and Holders of such Claims may not receive any distributions on account of such Claims until such time as such Causes of Action against that Entity have been settled or a Bankruptcy Court order with respect thereto has been entered and all sums due, if any, to the Debtors by that Entity have been turned over or paid to the Debtors or the Reorganized Debtors, as applicable. All Proofs of Claim Filed on account of an Indemnification Obligation shall be deemed satisfied and expunged from the Claims Register as of the Effective Date to the extent such Indemnification Obligation is assumed (or honored or reaffirmed, as the case may be) pursuant to the Plan, without any further notice to or action, order, or approval of the Bankruptcy Court. For purposes of clarification, this paragraph shall not apply to the DIP Equity Distribution on the Effective Date.

**Except as otherwise provided herein or as agreed to by the Reorganized Debtors any and all Proofs of Claim Filed after the Bar Date shall be deemed Disallowed and expunged as of the Effective Date without any further notice to or action, order, or approval of the Bankruptcy Court, and Holders of such Claims may not receive any distributions on account of such Claims, unless such late Proof of Claim has been deemed timely Filed by a Final Order.**

G. *Amendments to Claims*

On or after the Effective Date, except as otherwise expressly provided in the Plan or the Confirmation Order, a Claim may not be Filed or amended without the prior authorization of the Bankruptcy Court or the Reorganized Debtors and any such new or amended Claim Filed shall be deemed Disallowed in full and expunged without any further notice to or action, order, or approval of the Bankruptcy Court to the maximum extent provided by applicable law.

H. *No Distributions Pending Allowance*

If an objection to a Claim or portion thereof is Filed, no payment or distribution provided under the Plan shall be made on account of such Claim or portion thereof unless and until such Disputed Claim becomes an Allowed Claim, unless otherwise determined by the Reorganized Debtors. For the avoidance of doubt, the foregoing shall not apply to a DIP Claim with respect to the DIP Equity Distribution.

I. *Distributions After Allowance*

To the extent that a Disputed Claim ultimately becomes an Allowed Claim, distributions shall be made to the Holder of such Allowed Claim in accordance with the provisions of the Plan. As soon as reasonably practicable after the date that the order or judgment of the Bankruptcy Court allowing any Disputed Claim becomes a Final Order (or, if applicable, upon the Post-Effective Date Equity Distribution), the Reorganized Debtors shall provide to the Holder of such Claim the distribution to which such Holder is entitled under the Plan as of the Effective Date, less any previous distribution (if any) that was made on account of the undisputed portion of such Claim, without any interest, dividends, or accruals to be paid on account of such Claim unless required under applicable bankruptcy law or as otherwise provided in the Plan.

## ARTICLE VIII.
## EFFECT OF CONFIRMATION OF THE PLAN

A. *Discharge of Claims and Termination of Interests*

**Pursuant to section 1141(d) of the Bankruptcy Code, and except as otherwise specifically provided in the Plan or in any contract, instrument, or other agreement or document created pursuant to the Plan, the distributions, rights, and treatment that are provided in the Plan shall be in complete satisfaction, discharge, and release, effective as of the Effective Date, of Claims (including any Intercompany Claims resolved or compromised after the Effective Date by the Reorganized Debtors), Interests, and Causes of Action of any nature whatsoever, including any interest accrued on Claims or Interests from and after the Petition Date, whether known or unknown, against, liabilities of, Liens on, obligations of, rights against, and Interests in, the Debtors or any of their assets or properties, regardless of whether any property shall have been distributed or retained pursuant to the Plan on account of such Claims and Interests, including demands, liabilities, and Causes of Action that arose before the Effective Date, any liability (including withdrawal liability) to the extent such Claims or Interests relate to services performed by employees of the Debtors before the Effective Date and that arise from a termination of employment, any contingent or non-contingent liability on account of representations or warranties issued on or before the Effective Date, and all debts of the kind specified in sections 502(g), 502(h), or 502(i) of the Bankruptcy Code, in each case whether or not: (1) a Proof of Claim based upon such debt or right is filed or deemed filed pursuant to section 501 of the Bankruptcy Code; (2) a Claim or Interest based upon such debt, right, or Interest is Allowed pursuant to section 502 of the Bankruptcy Code; or (3) the Holder of such a Claim or Interest has accepted the Plan. Any default or "event of default" by the Debtors or Affiliates with respect to any Claim or Interest that existed immediately before or on account of the filing of the Chapter 11 Cases shall be deemed cured (and no longer continuing) as of the Effective Date. The Confirmation Order shall be a judicial determination of the discharge of all Claims and Interests subject to the Effective Date occurring.**

B. *Exculpation*

**Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur, and each Exculpated Party is exculpated from any Cause of Action for any claim related to any act or omission (including acts or omissions prior to the Petition Date) in connection with, relating to, or arising out of the Chapter 11 Cases, the preparation and filing of the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, filing, or termination of the Disclosure Statement, the Plan, or any other documents relating to the Plan and the Chapter 11 Cases or any Restructuring Transaction, contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement or the Plan, the preparation for and filing of the Chapter 11 Cases, administration of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the issuance of Securities pursuant to the Plan, or the distribution of property under the Plan or any other related agreement, except for claims related to any act or omission that is determined in a final order to have constituted actual fraud, gross negligence, or willful misconduct (collectively, the "Exculpation Claims"), but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Exculpated Parties have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.**

C. *Injunction*

**Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that (1) have been released pursuant to the Plan, (2) shall be discharged pursuant to the Plan, or (3) are subject to exculpation pursuant to the Plan, are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, or the Exculpated Parties: (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such claims or interests; (iii) creating, perfecting, or enforcing any lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such claims or interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such claims or interests unless such Entity has Filed a motion with the Bankruptcy Court requesting the authority to perform such setoff on or before the Confirmation Date, and notwithstanding an indication of a claim or interest or otherwise that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests released or settled pursuant to the Plan.**

D. *Protection Against Discriminatory Treatment*

In accordance with section 525 of the Bankruptcy Code, and consistent with Article VI of the United States Constitution, no Governmental Unit shall discriminate against any Reorganized Debtor, or any Entity with which a Reorganized Debtor has been or is associated, solely because such Reorganized Debtor was a Debtor under chapter 11, may have been insolvent before the commencement of the Chapter 11 Cases (or during the Chapter 11 Cases but before such Debtor was granted or denied a discharge), or has not paid a debt that is dischargeable in the Chapter 11 Cases.

E. *Release of Liens*

Except as otherwise specifically provided in the Plan, or in any contract, instrument, release, or other agreement or document created, assumed, or Reinstated pursuant to the Plan, on the Effective Date and concurrently with the applicable distributions made pursuant to the Plan, all mortgages, deeds of trust, Liens, pledges, or other security interests against any property of the Estates, to the extent securing any Claims discharged under the Plan, shall be fully released and discharged, and all of the right, title, and interest of any holder of such mortgages, deeds of trust, Liens, pledges, or other security interests shall revert to the Reorganized Debtors, or the Debtors, as applicable, and their successors and assigns, in each case, without any further approval or order of the Bankruptcy Court and without any action or Filing being required to be made by the Debtors, or any other Holder of a Secured Claim.

The DIP Agent, the Secured Notes Indenture Trustee, and the Collateral Trustee shall execute and deliver all documents reasonably requested by the Debtors or the Reorganized Debtors to evidence the release of such mortgages, deeds of trust, Liens, pledges, and other security interests and shall authorize the Reorganized Debtors and their designees to file UCC-3 termination statements and other release documentation (to the extent applicable) with respect thereto, at the sole expense of the Debtors or the Reorganized Debtors, as applicable. The Secured Notes Indenture Trustee or the Collateral Trustee is authorized to release such mortgages, deeds of trust, Liens, pledges, and other security interests as of any date prior to the Effective Date as they may be authorized or directed in accordance with the Secured Notes Indenture, the Collateral Trustee Agreement, or any other documents governing the rights of Holders of Secured Notes Claims, and such release shall be deemed to occur on such prior date.

F. *Reimbursement or Contribution*

If the Bankruptcy Court disallows a Claim for reimbursement or contribution of an Entity pursuant to section 502(e)(1)(B) of the Bankruptcy Code, then to the extent that such Claim is contingent as of the Effective Date, such Claim shall be forever Disallowed notwithstanding section 502(j) of the Bankruptcy Code, unless prior to the Effective Date (1) such Claim has been adjudicated as non-contingent, or (2) the relevant Holder of a Claim has Filed a non-contingent Proof of Claim on account of such Claim and a Final Order has been entered determining such Claim as no longer contingent.

G. *Recoupment*

In no event shall any Holder of a Claim be entitled to recoup such Claim against any claim, right, or Cause of Action of the Debtors or the Reorganized Debtors, as applicable, unless such Holder actually has performed such recoupment and provided notice thereof in writing to the Debtors on or before the Confirmation Date, notwithstanding any indication in any Proof of Claim or otherwise that such Holder asserts, has, or intends to preserve any right of recoupment.

H. *Subordination Rights*

The allowance, classification, and treatment of all Allowed Claims and Interests, and the respective distributions and treatments under the Plan take into account and conform to the relative priorities and rights of the Claims and Interests in each Class in connection with any contractual, legal, and equitable subordination rights relating thereto, whether arising under general principles of equitable subordination, section 510 of the Bankruptcy Code, or otherwise. Pursuant to section 510 of the Bankruptcy Code, the Reorganized Debtors reserve the right to re-classify any Allowed Claim or Interest in accordance with any contractual, legal, or equitable subordination rights.

## ARTICLE IX.
## DEADLINE FOR EFFECTIVE DATE; CONDITIONS PRECEDENT TO THE EFFECTIVE DATE

A. *Deadline for Occurrence of the Effective Date*

The Effective Date shall occur as soon as practicable after the Confirmation Date, but in no event later than 45 days after the Confirmation Date; *provided* that the Debtors and the Requisite DIP Lenders may agree to extend the occurrence of the Effective Date.

B. *Conditions Precedent to the Effective Date of the Plan*

It shall be a condition to the occurrence of the Effective Date that the following shall have been satisfied or waived pursuant to the provisions of Article IX.C of the Plan:

1. the Confirmation Order shall have been entered by the Bankruptcy Court in form and substance acceptable to the Requisite DIP Lenders;

2. the Plan and the applicable documents in the Plan Supplement, including any exhibits, schedules, documents, amendments, modifications, or supplements thereto, and inclusive of any modifications, amendments, or supplements made after the Confirmation Date but before the Effective Date, shall have been filed, in form and substance reasonably acceptable to the Requisite DIP Lenders;

3. the Requisite DIP Lenders shall be satisfied, in an exercise of their sole discretion, that the 13-week forecast and the monthly cash flow forecast for the next 12 months as of the Effective Date, which shall be prepared in good faith by the CRO, reflects that the Reorganized Debtors will have sufficient liquidity to operate in the ordinary course of business after the Effective Date;

4. the DIP Agent shall have released the Carve-Out Trigger Notice Reserves to the Reorganized Debtors;

5. the Reorganized Debtors shall have funded the Professional Fee Settlement Reserve;

6. the New Organizational Documents shall be in full force and effect, in form and substance acceptable to the Requisite DIP Lenders; and

7. the New Executive Employment Agreements shall be in full force and effect, in form and substance acceptable to the Requisite DIP Lenders.

C. *Waiver of Conditions*

The conditions to the Confirmation and Effective Date of the Plan set forth in Article IX of the Plan may be waived by the Debtors, with the reasonable consent of the Requisite DIP Lenders, without notice, leave, or order of the Bankruptcy Court or any formal action other than proceedings to confirm or consummate the Plan.

D. *Effect of Non-Occurrence of Conditions to Consummation*

If the Effective Date does not occur, the Plan shall be null and void in all respects and nothing contained in the Plan or the Disclosure Statement shall: (1) constitute a waiver or release of any Claims, Interests, or Causes of Action by any Entity; (2) prejudice in any manner the rights of any Debtor or any other Entity; or (3) constitute an admission, acknowledgment, offer, or undertaking of any sort by any Debtor or any other Entity.

E. *Substantial Consummation*

"Substantial Consummation" of the Plan, as defined in 11 U.S.C. § 1101(2), shall be deemed to occur on the Effective Date.

## ARTICLE X.
## MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE PLAN

A. *Modification of Plan*

Effective as of the date hereof: (1) the Debtors reserve the right, in accordance with the Bankruptcy Code and the Bankruptcy Rules, to amend or modify the Plan before the entry of the Confirmation Order consistent with the terms set forth herein; and (2) after the entry of the Confirmation Order, the Debtors or the Reorganized Debtors, as applicable, may, upon order of the Bankruptcy Court, amend or modify the Plan, in accordance with section 1127(b) of the Bankruptcy Code, remedy any defect or omission, or reconcile any inconsistency in the Plan in such manner as may be necessary to carry out the purpose and intent of the Plan consistent with the terms set forth herein; *provided* that no amendment or modification may be made by the Debtors without the consent, not to be unreasonably withheld, of the Requisite DIP Lenders.

B. *Effect of Confirmation on Modifications*

Entry of the Confirmation Order shall constitute approval of all modifications to the Plan occurring after the solicitation of votes thereon pursuant to section 1127(a) of the Bankruptcy Code and a finding that such modifications to the Plan do not require additional disclosure or resolicitation under Bankruptcy Rule 3019.

C. *Revocation or Withdrawal of Plan*

The Debtors reserve the right to revoke or withdraw the Plan with respect to any or all Debtors before the Confirmation Date and to File subsequent chapter 11 plans. If the Debtors revoke or withdraw the Plan, or if Confirmation or the Effective Date does not occur, then: (1) the Plan will be null and void in all respects; (2) any settlement or compromise embodied in the Plan, assumption or rejection of Executory Contracts or Unexpired Leases effectuated by the Plan, and any document or agreement executed pursuant hereto will be null and void in all respects; and (3) nothing contained in the Plan shall (a) constitute a waiver or release of any Claims, Interests, or

Causes of Action by any Entity, (b) prejudice in any manner the rights of any Debtor or any other Entity, or (c) constitute an admission, acknowledgement, offer, or undertaking of any sort by any Debtor or any other Entity.

## ARTICLE XI.
## RETENTION OF JURISDICTION

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, the Bankruptcy Court shall retain exclusive jurisdiction over all matters arising out of, or related to, the Chapter 11 Cases and the Plan pursuant to sections 105(a) and 1142 of the Bankruptcy Code, including jurisdiction to:

1. allow, disallow, determine, liquidate, classify, estimate, or establish the priority, Secured or unsecured status, or amount of any Claim against a Debtor, including the resolution of any request for payment of any Claim and the resolution of any and all objections to the Secured or unsecured status, priority, amount, or allowance of Claims; *provided* that the Bankruptcy Court's jurisdiction with respect to the foregoing shall be on a non-exclusive basis;

2. decide and resolve all matters related to the granting and denying, in whole or in part, any applications for allowance of compensation or reimbursement of expenses to Professionals authorized pursuant to the Bankruptcy Code or the Plan;

3. resolve any matters related to Executory Contracts or Unexpired Leases, including: (a) the assumption or assumption and assignment of any Executory Contract or Unexpired Lease to which a Debtor is party or with respect to which a Debtor may be liable and to hear, determine, and, if necessary, liquidate, any Cure or Claims arising therefrom, including pursuant to section 365 of the Bankruptcy Code or any other matter related to such Executory Contract or Unexpired Lease; (b) any potential contractual obligation under any Executory Contract or Unexpired Lease that is assumed; (c) the Debtors or the Reorganized Debtors amending, modifying, or supplementing, after the Effective Date, pursuant to the Plan, any Executory Contracts or Unexpired Leases set forth in the Schedule of Assumed Executory Contracts and Unexpired Leases or otherwise; and (d) any dispute regarding whether a contract or lease is or was executory or expired;

4. ensure that distributions to Holders of Allowed Claims are accomplished pursuant to the provisions of the Plan and adjudicate any and all disputes arising from or relating to distributions under the Plan;

5. adjudicate, decide, or resolve any motions, adversary proceedings, contested or litigated matters, and any other matters, and grant or deny any applications involving a Debtor or the Estates that may be pending on the Effective Date;

6. adjudicate, decide, or resolve any motions, adversary proceedings, contested or litigation matters, including the Lien-Related Litigation and any other matters involving the Sanchez Entities, SOG, SNMP, subsequent transferees of the foregoing, or current or former directors or officers of the Debtors or of any of the foregoing;

7. enter and implement such orders as may be necessary or appropriate to execute, implement, or consummate the provisions of (a) contracts, instruments, releases, indentures, and other agreements or documents approved by a Final Order in the Chapter 11 Cases, and (b) the Plan, the Confirmation Order, and contracts, instruments, releases, indentures, and other agreements or documents created in connection with the Plan;

8. enforce any order for the sale of property pursuant to sections 363, 1123, or 1146(a) of the Bankruptcy Code;

9. enforce or resolve disputes regarding the Professional Fee Settlement;

10. grant any consensual request to extend the deadline for assuming or rejecting Unexpired Leases pursuant to section 365(d)(4) of the Bankruptcy Code;

11. issue injunctions, enter and implement other orders, or take such other actions as may be necessary or appropriate to restrain interference by any Entity with Consummation or enforcement of the Plan;

12. hear, determine, and resolve any cases, matters, controversies, suits, disputes, or Causes of Action in connection with or in any way related to the Chapter 11 Cases, including: (a) with respect to the repayment or return of distributions and the recovery of additional amounts owed by the Holder of a Claim for amounts not timely repaid pursuant to Article VI.E.1 of the Plan; (b) with respect to the exculpation, injunctions, and other provisions contained in Article VIII of the Plan, including entry of such orders as may be necessary or appropriate to implement such exculpation, injunctions, and other provisions; (c) that may arise in connection with the Consummation, interpretation, implementation, or enforcement of the Plan, the Confirmation Order, and contracts, instruments, releases, and other agreements or documents created in connection with the Plan; or (d) related to section 1141 of the Bankruptcy Code;

13. enter and enforce any order for the sale of property pursuant to section 363, 1123, or 1146(a) of the Bankruptcy Code;

14. enter and implement such orders as are necessary or appropriate if the Confirmation Order is for any reason modified, stayed, reversed, revoked, or vacated;

15. consider any modifications of the Plan, to cure any defect or omission, or to reconcile any inconsistency in any Bankruptcy Court order, including the Confirmation Order;

16. hear and determine matters concerning state, local, and federal taxes in accordance with sections 346, 505, and 1146 of the Bankruptcy Code;

17. enter an order or Final Decree concluding or closing the Chapter 11 Cases;

18. enforce all orders previously entered by the Bankruptcy Court;

19. hear and determine disputes involving all matters the implementation of the Plan; and

20. hear any other matter not inconsistent with the Bankruptcy Code.

## ARTICLE XII.
## MISCELLANEOUS PROVISIONS

### A. *Immediate Binding Effect*

Subject to Article IX hereof, and notwithstanding Bankruptcy Rules 3020(e), 6004(h), or 7062 or otherwise, upon the occurrence of the Effective Date, the terms of the Plan and the Plan Supplement shall be immediately effective and enforceable and deemed binding upon the Debtors, the Reorganized Debtors, and any and all Holders of Claims or Interests (irrespective of whether such Holders of Claims or Interests are deemed to have accepted the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

### B. *Additional Documents*

On or before the Effective Date, the Debtors may File with the Bankruptcy Court such agreements and other documents as may be necessary or appropriate to effectuate and further evidence the terms and conditions of the Plan. The Debtors and the Reorganized Debtors, as applicable, and all Holders of Claims receiving distributions pursuant to the Plan and all other parties in interest shall, from time to time, prepare, execute, and deliver any agreements or documents and take any other actions as may be necessary or advisable to effectuate the provisions and intent of the Plan.

C. *Dissolution of the Creditors' Committee*

On the Effective Date, the Creditors' Committee shall dissolve automatically and the members thereof shall be released and discharged from all rights, duties, responsibilities, and liabilities arising from, or related to, the Chapter 11 Cases and under the Bankruptcy Code, except for the limited purpose of (i) prosecuting requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date by the Creditors' Committee and its Professionals and objecting to requests for payment of Professional Fee Claims, (ii) transitioning management of the Lien-Related Litigation to the Lien-Related Litigation Creditor Representative, (iii) transitioning management of any other Causes of Action (including against SOG, SNMP, and the Sanchez Entities) to the Reorganized Debtors or other appropriate litigant), and (iv) appoint the Lien-Related Litigation Creditor Representative. The Debtors shall not be responsible for paying any fees or expenses incurred by the members of or advisors to the Creditors' Committee after the Effective Date, except that (a) the Reorganized Debtors may, subject to Article IV.D. hereof, agree to pay for activities within the scope of clauses (ii) and (iv) as expenses of the Lien-Related Litigation Creditor Representative and (b) the Reorganized Debtors may agree to pay for activities within the scope of clause (iii).

The Lien-Related Litigation Creditor Representative and its professional advisors shall be entitled to become parties to the *Stipulated Protective Order* entered at Docket No. 306, which shall remain in effect following the Effective Date, subject to the provisions of this Plan and the Confirmation Order. The Creditors' Committee and its professional advisors shall be authorized to transition the management of the Lien-Related Litigation to the Lien-Related Litigation Creditor Representative and its advisors, and the Creditors' Committee and its professional advisors shall be authorized to transition the management of other litigation (including against SOG, SNMP, and the Sanchez Entities) to the Reorganized Debtors or other appropriate litigant and its advisors. In each case, the Creditors' Committee shall be deemed to share a common interest with the applicable successor litigant, and, pursuant to Rule 502(d) of the Federal Rules of Evidence, the transmission to the successor litigant of material protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or protection shall not result in a waiver or forfeiture of any such privilege or protection held by the Creditors' Committee.

D. *Payment of Statutory Fees*

All fees payable pursuant to 28 U.S.C. § 1930(a) prior to the Effective Date shall be paid by the Debtors. On and after the Effective Date, the Reorganized Debtors shall pay any and all such fees when due and payable, and shall File with the Bankruptcy Court quarterly reports in a form reasonably acceptable to the U.S. Trustee. Each Debtor and Reorganized Debtor shall remain obligated to pay quarterly fees to the U.S. Trustee until the earliest of that particular Debtor's or Reorganized Debtor's case being closed, dismissed, or converted to a case under chapter 7 of the Bankruptcy Code; *provided* that upon the occurrence of the Effective Date, the Reorganized Debtors shall be permitted to close all of the Chapter 11 Cases except for the Chapter 11 Case of SN, and all contested matters relating to each of the Debtors, including objections to Claims, shall be administered and heard in the Chapter 11 Case of SN.

E. *Reservation of Rights*

The Plan shall have no force or effect unless the Bankruptcy Court shall enter the Confirmation Order. None of the Filing of the Plan, any statement or provision contained in the Plan, or the taking of any action by any Debtor with respect to the Plan, the Disclosure Statement, or the Plan Supplement shall be or shall be deemed to be an admission or waiver of any rights of any Debtor with respect to the Holders of Claims or Interests prior to the Effective Date.

F. *Successors and Assigns*

The rights, benefits, and obligations of any Entity named or referred to in the Plan shall be binding on, and shall inure to the benefit of any heir, executor, administrator, successor or assign, Affiliate, officer, director, agent, representative, attorney, beneficiaries, or guardian, if any, of each Entity.

G. *Service of Documents*

After the Effective Date, any pleading, notice, or other document required by the Plan to be served on or delivered to the Reorganized Debtors shall be served on:

**Reorganized Debtors**

**Sanchez Energy Corporation**
1000 Main Street, Suite 3000
Houston, Texas 77002
Attn: Gregory Kopel

with copies to:

**Counsel to Debtors**

JACKSON WALKER L.L.P

Matthew D. Cavenaugh

Elizabeth Freeman

1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4284
Facsimile: (713) 308-4184
mcavenaugh@jw.com
efreeman@jw.com

AKIN GUMP STRAUSS HAUER & FELD LLP

Marty L. Brimmage

Lacy M. Lawrence

2300 N. Field Street, Suite 1800
Dallas, Texas 75201

Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

-and-

Ira S. Dizengoff

Jason P. Rubin

One Bryant Park
New York, New York 10036

Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com

-and-

James Savin

2001 K Street NW
Washington, D.C. 20006

Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

H. *Term of Injunctions or Stays*

**Unless otherwise provided herein or in the Confirmation Order, all injunctions or stays in effect in the Chapter 11 Cases (pursuant to sections 105 or 362 of the Bankruptcy Code or any order of the Bankruptcy Court) and existing on the Confirmation Date (excluding any injunctions or stays contained in the Plan or the Confirmation Order) shall remain in full force and effect until the Effective Date. All injunctions or stays contained in the Plan or the Confirmation Order shall remain in full force and effect in accordance with their terms.**

I. *Entire Agreement*

Except as otherwise indicated, the Plan supersedes all previous and contemporaneous negotiations, promises, covenants, agreements, understandings, and representations on such subjects, all of which have become merged and integrated into the Plan.

J. *Plan Supplement*

After any of such documents included in the Plan Supplement are Filed, copies of such documents shall be made available upon written request to the Debtors' counsel at the address above or by downloading such exhibits and documents from the Claims, Noticing and Solicitation Agent's website at https://cases.primeclerk.com/sanchezenergy or the Bankruptcy Court's website at https://www.pacer.gov/.

K. *Non-Severability*

If, prior to Confirmation, the Bankruptcy Court holds any term or provision of the Plan to be invalid, void, or unenforceable, the Bankruptcy Court shall have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void, or unenforceable, and such term or provision shall then be applicable as altered or interpreted. Notwithstanding any such holding, alteration, or interpretation, the remainder of the terms and provisions of the Plan will remain in full force and effect and will in no way be affected, impaired, or invalidated by such holding, alteration, or interpretation. The Confirmation Order shall constitute a judicial determination and shall provide that each term and provision of the Plan, as it may have been altered or interpreted in accordance with the foregoing, is: (1) valid and enforceable pursuant to its terms; (2) integral to the Plan and may not be deleted or modified without the consent of the Debtors; and (3) non-severable and mutually dependent.

L. *Votes Solicited in Good Faith*

Upon entry of the Confirmation Order, the Debtors will be deemed to have solicited votes on the Plan in good faith and in compliance with the Bankruptcy Code, and pursuant to section 1125(e) of the Bankruptcy Code, the Debtors and each of their respective Affiliates, agents, representatives, members, principals, equity holders (regardless of whether such interests are held directly or indirectly), officers, directors, managers, employees, advisors, and attorneys will be deemed to have participated in good faith and in compliance with the Bankruptcy Code in the offer, issuance, sale, and purchase of Securities offered and sold under the Plan, and, therefore, neither any of such parties or individuals or the Reorganized Debtors will have any liability for the violation of any applicable law, rule, or regulation governing the solicitation of votes on the Plan or the offer, issuance, sale, or purchase of the Securities offered and sold under the Plan.

M. *Closing of Chapter 11 Cases*

After the full administration of the Chapter 11 Cases, the Reorganized Debtors shall File with the Bankruptcy Court all documents required by Bankruptcy Rule 3022 and any applicable order of the Bankruptcy Court to close the Chapter 11 Cases.

N. *Waiver or Estoppel*

Each Holder of a Claim or an Interest shall be deemed to have waived any right to assert any argument, including the right to argue that its Claim or Interest should be Allowed in a certain amount, in a certain priority, Secured or not subordinated by virtue of an agreement made with the Debtors or their counsel, or any other Entity, if such agreement was not disclosed in the Plan, the Disclosure Statement, or papers Filed with the Bankruptcy Court prior to the Confirmation Date.

Dated: April 30, 2020

SANCHEZ ENERGY CORPORATION
on behalf of itself and all other Debtors

*/s/ Mohsin Y. Meghji*

Name: Mohsin Y. Meghji
Title: Chief Restructuring Officer
Sanchez Energy Corporation

Document comparison by Workshare 10.0 on Thursday, April 30, 2020 10:14:12 AM

| **Input:** | |
|---|---|
| Document 1 ID | iManage://imanagework.jw.com/JWDOCS/25677671/4 |
| Description | #25677671v4<imanagework.jw.com> - FINAL Sanchez - Amended Joint Plan of Reorganization [Amended Version] |
| Document 2 ID | iManage://imanagework.jw.com/JWDOCS/25677671/5 |
| Description | #25677671v5<imanagework.jw.com> - FINAL Sanchez - Amended Joint Plan of Reorganization [Second Amended Version] |
| Rendering set | Standard |

| **Legend:** | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| **Statistics:** | |
|---|---|
| | Count |
| Insertions | 86 |
| Deletions | 92 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 178 |

ENTERED
04/30/2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | ) | Case No. 19-34506 (MI) |
| Debtors. | ) | (Jointly Administered) |

**ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF SANCHEZ ENERGY CORPORATION AND ITS DEBTOR AFFILIATES**

Upon the filing by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") of the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1205] on April 30, 2020 (the "Plan"),[2] a copy of which is attached as **Exhibit 1**, which Plan amends and replaces the previously filed plans of reorganization at Docket Nos. 1119 and 1149; and this Court previously having conditionally approved the *Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1124] (the "Disclosure Statement") and the solicitation procedures related to the Disclosure Statement and the solicitation of acceptances and rejections of the Plan, in each case pursuant to the *Order Approving Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

*Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization; (III) Approving the Form of Ballot, and Notices in Connection Therewith; (VI) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief* [Docket No. 1118], entered on April 9, 2020 (the "Solicitation Procedures Order"); and the Debtors having served the Disclosure Statement, ballots for holders of Claims entitled to vote on the Plan, and all required notices in compliance with the requirements and procedures set forth in the Solicitation Procedures Order, *see Affidavit Re: Mailings for the Period from April 10, 2020 through April 16, 2020* [Docket No. 1142]; and the Debtors having filed the documents comprising the Plan Supplement on April 25, 2020 and April 29, 2020 [Docket Nos. 1148, 1194, 1196, 1197]; and this Court having considered the record in these chapter 11 cases, the creditor support for the Plan evidenced in the *Declaration of Craig Johnson of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* (the "Solicitation and Voting Declaration") [Docket No. 1181], filed on April 29, 2020, the compromises and settlements embodied in and contemplated by the Plan, the briefs and arguments regarding Confirmation of the Plan, and the evidence regarding Confirmation of the Plan; and this Court having found that notice and opportunity for any party in interest to object to Confirmation has been adequate and appropriate as to all parties affected by the Plan and the transactions contemplated thereby; and a hearing on Confirmation of the Plan and the adequacy of the Disclosure Statement having commenced on April 30, 2020 (the "Combined Hearing"); and this Court having considered the sworn testimony of the witnesses proffered or called at the Combined Hearing, the exhibits admitted into evidence at the Combined Hearing, the arguments of counsel and other parties-in-interest presented at the Combined Hearing, and the objections filed or asserted with respect to final approval of the Disclosure Statement and/or Confirmation of the

Plan (the "Objections"); and after due deliberation, it is HEREBY FOUND AND ORDERED THAT:

1. The Disclosure Statement contains "adequate information" within the meaning of, and is approved on a final basis pursuant to, section 1125 of the Bankruptcy Code.

2. As described in and evidenced by the Solicitation and Voting Declaration, transmittal and service of the Solicitation Packages (as defined in the Solicitation Procedures Order) (collectively, the "Solicitation") was timely, adequate, appropriate, and sufficient under the circumstances. The Solicitation (a) was conducted in good faith, and (b) complied with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Solicitation Procedures Order, and all other applicable non-bankruptcy rules, laws, and regulations applicable to the Solicitation.

3. Each of the Debtors has met the burden of proving each element of sections 1129(a) and (b) of the Bankruptcy Code by a preponderance of the evidence. The Plan, including (a) all of the modifications to the Plan filed with this Court prior to or during the Combined Hearing and (b) all documents incorporated into the Plan through the Plan Supplement (including the final forms thereof to be filed on or before the Effective Date), satisfies all of the requirements of and is confirmed pursuant to section 1129 of the Bankruptcy Code.

4. Pursuant to a settlement between the Debtors, the DIP Lenders, the Creditors' Committee and the Unsecured Noteholder Ad Hoc Group (the "Settling Parties") stated on the record at the Combined Hearing, the Settling Parties stipulate for settlement purposes only that the enterprise value of the Reorganized Debtors on a going concern basis shall be deemed to be $85 million (the "Enterprise Value") for all purposes of confirmation, including section 1129 of the Bankruptcy Code. The Enterprise Value does not include the value of Debtors' Causes of Action,

and the Enterprise Value (excluding the value of such Causes of Action) shall be binding for purposes of the Lien-Related Litigation.

5. Any and all Objections to the final approval of the Disclosure Statement and/or Confirmation of the Plan that have not been withdrawn or resolved prior to or during the Combined Hearing are hereby overruled.

6. The documents contained in the Plan Supplement are an integral part of the Plan. The Debtors and the Reorganized Debtors (in each case, as applicable) are authorized to take all actions required under the Plan and the Plan Supplement documents to effectuate the Plan, including, but not limited to, (a) the implementation of the Restructuring Transactions; (b) the selection of the directors and officers for the Reorganized Debtors; (c) the adoption of the Management Incentive Plan, if any, by the Reorganized SN Board pursuant to Article IV.L of the Plan; (d) the issuance and distribution of the New Common Stock pursuant to Article IV.C of the Plan; (e) the entry into the New Organizational Documents pursuant to Article IV.I of the Plan; (f) the entry into the New Executive Employment Agreements; (g) the retention and employment by the Reorganized Debtors of certain members of the Debtors' current workforce and the payment of severance consistent with Article IV.K of the Plan; (h) the assumption of the D&O Liability Insurance Policies; and (i) the assumption of the Indemnification Obligations to indemnify any Indemnified Parties with respect to the Exculpated Claims.

7. The terms of the Plan, the Plan Supplement, and any exhibits thereto are incorporated herein by reference, and are an integral part of this order (the "Confirmation Order"). The terms of the Plan, the Plan Supplement, any exhibits thereto, and all other relevant and necessary documents to effectuate the Plan shall be effective and binding as of the Effective Date. The failure to specifically include or refer to any particular article, section, or provision of the Plan,

the Plan Supplement, or any related document in this Confirmation Order does not diminish or impair the effectiveness or enforceability of such article, section, or provision, it being the intent of this Court that the Plan, the Plan Supplement, and the exhibits thereto be confirmed in their entirety. In the event of an inconsistency between the Plan and the Disclosure Statement, the terms of the Plan shall control in all respects. In the event of an inconsistency between the Plan and any document included in the Plan Supplement, the applicable Plan Supplement document shall control. In the event of an inconsistency between this Confirmation Order and any of the Plan, the Disclosure Statement, or the Plan Supplement, this Confirmation Order shall control.

8. Pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019, and in consideration for the classification, distributions, releases, and other benefits provided under the Plan, upon the Effective Date, the provisions of the Plan shall constitute a good faith compromise and settlement of all Claims, Interests, Causes of Action, and controversies released, settled, compromised, discharged, satisfied, or otherwise resolved pursuant to the Plan, including (a) any dispute regarding the treatment of any Intercompany Claims and (b) the Professional Fee Settlement. The compromise and settlement of all such Claims, Interests, Causes of Action, and controversies is hereby approved and found to be in the best interests of the Debtors, their Estates, and Holders of Claims and Interests, and fair, equitable and reasonable.

9. Except to the extent expressly provided otherwise in this Confirmation Order, pursuant to Bankruptcy Rule 3020(c)(1), the following provisions in the Plan are hereby approved and shall be immediately effective on the Effective Date without further order or action by this

Court, any of the parties to such provisions, or any other Entity: (a) Exculpation (Article VIII.B); (b) Injunction (Article VIII.C); and (c) Release of Liens (Article VIII.E).

10. **Exculpation.** Notwithstanding anything in the Plan or this Confirmation Order to the contrary, and without limiting in any way the Exculpation in Article VIII.B of the Plan for the benefit of the Exculpated Parties, this paragraph 10 applies. If in a proceeding against one or more of the Sanchez Parties, but for the exculpation provisions in the Plan or this Confirmation Order, applicable non-bankruptcy law would have entitled one or more of Sanchez Parties to a claim against or a credit on account of the liability of any Exculpated Party, the obligation of any Sanchez Party to satisfy a judgment shall be reduced by the amount of any such credit or claim in the amount that would have existed under applicable non-bankruptcy law.

11. **Injunction.** Except to the extent expressly provided otherwise in this Confirmation Order, to the extent permitted by applicable law, and for the avoidance of doubt, pursuant to the Injunction set forth in Article VIII.C of the Plan, and without limiting any other provision of the Plan, all Entities that have held, hold, or may hold Claims or Interests that (1) have been released pursuant to the Plan, (2) shall be discharged pursuant to the Plan, or (3) are subject to exculpation pursuant to the Plan, are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, or the Exculpated Parties: (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such claims or interests; (iii) creating, perfecting, or enforcing any lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in

connection with or with respect to any such claims or interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such claims or interests unless such Entity has Filed a motion with the Bankruptcy Court requesting the authority to perform such setoff on or before the Confirmation Date, and notwithstanding an indication of a claim or interest or otherwise that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests released or settled pursuant to the Plan.

12. **Lien-Related Litigation.** The Lien-Related Litigation shall be adjudicated following the Effective Date by this Court pursuant to and in accordance with the terms of Article IV.D of the Plan.

13. There shall be no issuance and distribution of New Common Stock pursuant to the Post-Effective Date Equity Distribution except pursuant to an order entered by this Court with respect to or following the resolution of the Lien-Related Litigation. Any and all issues regarding the proper allocation of the Post-Effective Date Equity Distribution shall be determined by this Court in connection with the Lien-Related Litigation and consistent with the Final DIP Order and the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code, which determination regarding such allocation may include, among other things, the consideration of the value, if any, of any Causes of Action preserved by the Reorganized Debtors pursuant to the Plan and whether such value should be allocated to or offset by Secured Claims or Administrative Claims. The New Common Stock shall be issued pursuant to the Post-Effective Date Equity Distribution upon an order of this Court, which order shall designate the allocation of New Common Stock as between

the Holders of Allowed DIP Claims, if any, Holders of Allowed Secured Notes Claims, if any, and Holders of Allowed General Unsecured Claims, if any.

14. **Professional Fee Settlement**. The Professional Fee Settlement, as set forth in Article II.B of the Plan, is approved. Upon the Effective Date, the DIP Agent shall release the Carve-Out Trigger Notice Reserves to the Reorganized Debtors, and, with such funds and other funds as necessary, the Reorganized Debtors shall immediately fund the Professional Fee Settlement Reserve with the Professional Fee Settlement Reserve Amount, solely for the unpaid Professional Fee Claims of the Participating Professionals. Such funds shall not be considered property of the Estates of the Debtors or the Reorganized Debtors, and such funds shall be maintained in trust solely for the Participating Professionals and used to pay the amount of Professional Fee Claims owing to the Participating Professionals, as limited by the Professional Fee Settlement, within two (2) business days after such Professional Fee Claims are Allowed by an order of this Court. When all such Allowed amounts owing to Participating Professionals have been paid in full consistent with the Professional Fee Settlement, any remaining amount in the Professional Fee Settlement Reserve shall promptly be paid to the Reorganized Debtors without any further action or order of this Court.

15. If the Effective Date does not occur within 45 days of the Confirmation Date, except to the extent a Participating Professional agrees to a later date, (a) the Professional Fee Settlement shall be withdrawn, (b) the Participating Professionals shall reserve any and all rights under the Final DIP Order, the Bankruptcy Code and otherwise, and (c) all agreements not to seek reductions or to object to any Final Fee Applications of the Participating Professionals shall be withdrawn, and all rights of all parties are reserved.

16. Notwithstanding anything to the contrary in the Plan, including in Article II.B. thereof, the following settlement among the Committee, the Participating Committee's Professionals (as defined below), the Debtors, and the Secured Ad Hoc Group is hereby approved (the "Committee Professional Fee Settlement"):

(a) The "Participating Committee Professionals" are: Milbank LLP; Locke Lord LLP; Jefferies LLC; and FTI Consulting, Inc.

(b) The Participating Committee Professionals agree to limit the aggregate payments on account of their Professional Fee Claims (including amounts paid on an interim basis to date) to $24,000,000.00 (exclusive of Committee member expenses that are submitted with Participating Committee Professionals' fee statements for convenience). Participating Committee Professionals otherwise waive all rights to seek payment of any additional Professional Fee Claims from the Debtors or Reorganized Debtors, either as Administrative Claims or otherwise.

(c) The Participating Committee Professionals consent to the DIP Agent releasing the Carve-out Trigger Notice Reserves to the Reorganized Debtors on the Effective Date, provided that the Reorganized Debtors shall immediately fund the a reserve account (the "Committee Professional Fee Settlement Reserve") in an amount equal to $24,000,000.00 minus any amounts previously paid to the Participating Committee Professionals, solely for the unpaid Professional Fee Claims of the Participating Committee Professionals.

(d) The Committee Professional Fee Settlement Reserve shall be an interest-bearing escrow account (or a segregated account with similar protections as an escrow account, maintained in trust solely for the Participating Committee Professionals with the consent of the Participating Committee Professionals). Such funds shall not be considered property of the Estates of the Debtors or the Reorganized Debtors. All fees and expenses of the escrow agent shall be paid from the interest accruing on funds in the Committee Professional Fee Settlement Reserve; provided that any fees and expenses due up from or in excess of the interest accruing on the funds in the Committee Professional Fee Settlement Reserve shall be paid by the Reorganized Debtors.

(e) The amount of Professional Fee Claims owing to the Participating Committee Professionals, as limited by the Committee Professional Fee Settlement, shall be paid in Cash to such Participating Committee Professionals by the Reorganized Debtors from the Committee Professional Fee Settlement Reserve within two (2) business days after such Professional Fee Claims are Allowed by an order of the Bankruptcy Court. When all

such Allowed amounts owing to Participating Professionals have been paid in full consistent with the Committee Professional Fee Settlement, any remaining amount in the Committee Professional Fee Settlement Reserve shall promptly be paid to the Reorganized Debtors without any further action or order of the Bankruptcy Court.

(f) No Fee Examiner shall be appointed or shall review the Final Fee Applications of the Participating Committee Professionals. The Professional Fee Claims of any Participating Committee Professional shall be Allowed in the event that no objection to such Final Fee Application is Filed within 21 days of the filing of such Final Fee Application in accordance with the Committee Professional Fee Settlement.

(g) The Debtors, Reorganized Debtor, and the Secured Ad Hoc Group, including each of its individual members, shall not (a) seek, directly or indirectly, any further reductions, discounts or concessions of any kind from the Participating Committee Professionals or (b) object, directly or indirectly, to any Final Fee Applications of any Participating Professional.

(h) If the Effective Date does not occur within 45 days of the Confirmation Date, (a) the Committee Professional Fee Settlement shall be withdrawn, (b) the Participating Committee Professionals shall reserve any and all rights under the Final DIP Order, the Bankruptcy Code and otherwise and (c) all agreements not to seek reductions or to object to any Final Fee Applications of the Participating Committee Professionals shall be withdrawn, and all rights of all parties are reserved.

17. **Executory Contracts and Unexpired Leases.** Unless otherwise indicated or agreed by the Debtors and the applicable contract counterparties and except as expressly otherwise provided in paragraphs 23-25 of this Confirmation Order, assumptions, assumptions and assignments, or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan are effective as of the Effective Date, notwithstanding the fact that the deadline to object to assumption or rejection of an Executory Contract or Unexpired Lease is May 20, 2020 (the "Contract Objection Deadline"), which may be after the Effective Date. Any Executory Contract or Unexpired Lease that is subject to an unresolved objection to the proposed assumption or rejection of such Executory Contract or Unexpired Lease that is filed prior to the Contract Objection Deadline shall not be deemed to be assumed or rejected, as applicable, until entry of an order resolving the dispute and

approving the assumption or rejection, as applicable, of such Executory Contract or Unexpired Lease or as may be agreed upon by the Debtors or the Reorganized Debtors and the counterparty; *provided that* after the Effective Date, the Reorganized Debtors may settle any dispute regarding any Cure Claim without any further notice to any party or any action, order, or approval of this Court.

18. The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from the *Schedule of Assumed Executory Contracts and Unexpired Leases* and move it to the *Schedule of Rejected Executory Contracts and Unexpired Leases* or remove an Executory Contract or Unexpired Lease from the *Schedule of Rejected Executory Contracts and Unexpired Leases* and move it to the *Schedule of Assumed Executory Contracts and Unexpired Leases*, as applicable, until the later of (a) the Contract Objection Deadline or (b) if an objection is Filed by the Contract Objection Deadline, prior to the date of a decision by this Court with respect to such objection. Any such objection shall be heard at a date determined by this Court. Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or Cure Claim by the Contract Objection Deadline shall be deemed to have assented to such assumption or Cure Claim.

19. A Cure Claim, if any, under each Executory Contract and Unexpired Lease to be assumed pursuant to the Plan that is undisputed or, if disputed, either resolved consensually by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease or by a Final Order shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, (a) by payment in Cash as soon as reasonably practicable following the later of the Effective Date and the order authorizing assumption, or (b) as otherwise agreed by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease. For the avoidance of doubt, a Cure

Claim shall not include amounts that have been incurred as of the Effective Date but are not yet due and payable. Such amounts shall be paid by the Reorganized Debtors in the ordinary course of business subsequent to the Effective Date.

20. Assumption (or assumption and assignment) of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure Claims, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption and/or assignment. Any liabilities reflected in the Schedules and any Proofs of Claim Filed with respect to an Executory Contract or Unexpired Lease that has been assumed and assigned shall be deemed Disallowed and expunged, without further notice to or action, order, or approval of this Court or any other Entity.

21. Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts and Unexpired Leases, if any, must be Filed with this Court by no later than forty-five (45) calendar days after the date of entry of an order of this Court (including this Confirmation Order) approving such rejection or any other order of this Court establishing the date by which such Proofs of Claim must be Filed. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease that are not Filed as required by the preceding sentence shall be automatically Disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Reorganized Debtors, the Estates, or property of the foregoing parties, without the need for any objection by the Debtors or the Reorganized Debtors, as applicable, or further notice to, or action, order, or approval of this Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully

satisfied, released, and discharged, notwithstanding anything in a Proof of Claim to the contrary. All Allowed Claims arising from the rejection of Executory Contracts and Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with Article III of the Plan.

22. Notwithstanding anything in the Plan or this Confirmation Order to the contrary, it is the intent of the Debtors to reject any Executory Contract or Unexpired Lease with SOG, SNMP, SN EF UnSub, LP, SN EF UnSub GP, LLC and SN EF UnSub Holdings, LLC that is not expressly assumed. For the avoidance of doubt, that certain Master Service Agreement between Sanchez Energy Corporation and SOG shall be deemed rejected as of the Effective Date. SOG is barred from issuing any new work orders, or taking any other action, on behalf of the Debtors or the Reorganized Debtors, as applicable.

23. **Executory Contract Counterparties**. Notwithstanding any other provision in this Confirmation Order or the Plan to the contrary, nothing in this Confirmation Order or the Plan (and neither the confirmation nor consummation of the Plan) shall eliminate, alter or impair (or otherwise prevent any Counterparty (as defined below) from asserting), any or all of the Counterparties' respective defenses, arguments or appellate rights to the extent relating to (a) any proposed assumption or rejection of any Executory Contract or Unexpired Lease with such Counterparty or real property interests of such Counterparty (including rights, defenses, or arguments that such agreements or interests, as applicable, constitute covenants running with the land not subject to assumption or rejection, do not constitute Executory Contracts or Unexpired Leases under the Bankruptcy Code and the terms of the Plan, or are not otherwise subject to assumption or rejection) and (b) the vesting of any property in the Reorganized Debtors free and clear of any real property interests of such Counterparty, including any covenants that run with the

land (notwithstanding anything herein to the contrary, whether the Bankruptcy Code and the United States Constitution would permit the Plan to discharge any such property interests and transfer such property free and clear of any such property interests is not being determined at this time and shall be adjudicated by the Court at a later date together with any related rejection or assumption disputes, and the rights, defenses and arguments of each party to such disputes are hereby fully preserved); *provided* that each Counterparty shall be required to assert such rights, defenses, or arguments in a written objection filed with this Court on or prior to the Contract Objection Deadline. For purposes of this Confirmation Order, "Counterparty" shall mean each of the following: (i) Occidental Petroleum Corporation, and each of its affiliates that have a contractual relationship with the Debtors, including Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, and Kerr-McGee Oil and Gas Onshore LP, (ii) Western Midstream Partners, LP, and each of its affiliates that have a contractual relationship with the Debtors, including Springfield Pipeline, LLC, (iii) GSO ST Holdings LP, and each of its affiliates that have a contractual relationship with the Debtors, (iv) GSO ST Holdings Associates LLC, and each of its affiliates that have a contractual relationship with the Debtors, (v) SNEF UnSub GP, LLC, (vi) SN EF UnSub LP, (vii) SN EF UnSub Holdings, LLC, (viii) Catarina Midstream, LLC, (ix) Carnero G&P LLC and its affiliates, (x) Eagle Ford TX LP, (xi) Venado Oil & Gas, LLC and each of its direct and indirect subsidiaries (including, without limitation, Venado EF L.P. and its subsidiaries, (xii) Gavilan Resources, LLC and its affiliates and predecessors in interest, (xiii) Seco Pipeline, LLC, (xiv) Sanchez Midstream Partners LP, and (xv) Sanchez Midstream Partners GP LLC, (xvi) Marathon Oil EF LLC and its affiliates or subsidiaries ("Marathon"), including but not limited to, Marathon's rights as successors-in-interest/assignees of Hilcorp Energy I, L.P. ("Hilcorp") under the Joint Operating Agreement dated December 28, 2009 by and between SEP Holdings II, LLC

and Hilcorp, (xvii) Archrock Partners Operating LLC and Archrock Services LP, (xviii) Plains South Texas Gathering, LLC and Plains Gas Solutions, LLC, (xix) Eagle Ford TX LP, (xx) TPL SouthTex Processing Company LP and TPL SouthTex Transmission Company LP, (xxi) Mitsui E&P Texas LP and Mitsui & Co. Energy Marketing & Services (USA), Inc., and (xxii) B.L. Stanley, Ltd., Worthey Properties, Ltd., Robert Edward Worthey Trust, Teressa Kountz Trust and Tonya Hedleston Trust in Webb County, Texas.

24. Except as agreed upon by the applicable Counterparty and the Reorganized Debtors, notwithstanding any other provision of this Order or the Plan, from the period commencing on the Effective Date through the date of the entry of an order of this Court resolving any and all disputes raised in a timely filed objection by one or more applicable Counterparties with this Court relating to the proposed assumption or rejection of any agreement, (i) such agreement shall continue as in effect immediately prior to the Effective Date, (ii) the terms of such agreement shall continue to apply to the applicable Reorganized Debtor and Counterparty in accordance with otherwise applicable law, without alteration or modification, including without limitation the obligation to pay all amounts due thereunder as and when due, and (iii) the relative obligations of the applicable Reorganized Debtor and Counterparty arising under such agreements during such time shall not be excused, relieved or otherwise impaired by the rejection of such agreements. Upon the Effective Date, the automatic stay shall not apply to limit the respective rights or remedies of the Counterparties or the Reorganized Debtors under such agreements, and nothing in this Order or the Plan shall prevent, alter, or impair any rights of the Reorganized Debtors or the Counterparties from exercising any and all rights afforded under such agreement (including cessation of services under the agreements) in the event of non-performance or breach by the other party or parties during such period, and any disputes arising out of or relating to the

same shall be heard by the Bankruptcy Court or any other court of competent jurisdiction. Notwithstanding anything to the contrary herein or in the Plan, including language in Article V.B. of the Plan, all Claims arising from the rejection of Executory Contracts and Unexpired Leases with the Counterparties shall be Allowed in accordance with applicable law and shall be classified in accordance therewith.

25. For any Executory Contract or Unexpired Lease removed from or added to the Schedule of Rejected Executory Contracts and Unexpired Leases or the Schedule of Assumed Executory Contracts and Unexpired Leases after the date of this Confirmation Order, the Contract Objection Deadline shall be extended to the date that is twenty-one (21) days after the date of such removal or addition.

26. **<u>Retention of Defenses</u>.** Notwithstanding anything to the contrary in the Plan or this Confirmation Order, nothing in the Plan or this Confirmation Order shall prevent Sanchez Midstream Partners LP, Catarina Midstream, LLC, Sanchez Midstream Partners GP LLC, and Carnero G&P LLC (and its affiliates) from asserting any rights, defenses, and/or counterclaims against the Debtors and/or the Reorganized Debtors in defense of any Causes of Action retained by the Debtors and the Reorganized Debtors under the Plan and pursued by or on behalf of the Debtors and the Reorganized Debtors, including, but not limited to, any retained Causes of Action relating to the *Motion of the Official Committee of Unsecured Creditors for Leave, Standing, and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief* [Docket No. 1032]; *provided*, however, for purposes of clarification, this paragraph reserves such rights, defenses, and/or counterclaims solely to the extent asserted defensively, and nothing in this paragraph permits affirmative recovery from the Debtors or the Reorganized Debtors on account of any such rights, defenses, and/or counterclaims.

27. **Release of Liens.** Notwithstanding the language in Article VIII.E of the Plan, nothing in the Plan or this Confirmation Order shall discharge or release any valid, enforceable, and perfected Liens that constitute Permitted Liens under the DIP Order or similar Liens that arose after the Petition Date in connection with the Debtors' ordinary course operations, which Liens shall be fully preserved to the extent they continue to exist pursuant to applicable non-bankruptcy law until they are fully paid or otherwise satisfied.

28. Notwithstanding anything to the contrary herein or in the Plan, nothing in this Confirmation Order shall alter or impair the rights of any party to seek, in accordance with applicable law, the turnover from the Debtors or Reorganized Debtors of any property that is, as of the date such turnover is sought, (i) property of such party pursuant to applicable law, (ii) in the possession and control of the Debtors or the Reorganized Debtors, and (iii) is not in any respect property of the Estates or of the Reorganized Debtors, as applicable.

29. **RBC.** Notwithstanding anything in the Plan or this Confirmation Order to the contrary (i) on the Effective Date, or as soon as reasonably practicable thereafter the Reorganized Debtors shall pay all reasonable accrued and unpaid expenses of Thompson & Knight LLP, as counsel to Royal Bank of Canada ("RBC"), in RBC's various capacities, in accordance with the Final DIP Order, (ii) any rights or defenses of RBC arising from or relating to the Lien-Related Litigation are preserved and not prejudiced by Confirmation of the Plan, (iii) all rights, claims and obligations in favor of RBC in respect of any First-Out Obligations (as defined in the Collateral Trust Agreement and Final DIP Order), which may include claims for indemnification by RBC pursuant to the Final DIP Order or the First Out Documents (as defined in the Collateral Trust Agreement) to the extent such indemnification claims constitute First Out Obligations, shall not be discharged by the Plan and any liens or security interests for the benefit of RBC, including liens,

security interests, super-priority claims, or other elevated payment priorities granted for the benefit of RBC under the Final DIP Order, if any, in respect of the First Out Obligations shall not be released, shall be deemed enforceable by RBC, and shall be held with the same priority and extent against the Reorganized Debtors as such liens or claims had under the Collateral Trust Agreement or the Final DIP Order, as applicable, (iv) the satisfaction and discharge of the DIP Claims or treatment of any DIP Obligations (as defined in the Final DIP Order) pursuant to the Plan shall not impair or prejudice any rights of RBC pursuant to the Final DIP Order, the Collateral Trust Agreement or this Confirmation Order in respect of any First-Out Obligations, and (v) the Collateral Trust Agreement, the Prepetition Credit Agreement (as defined in the Final DIP Order), and the Final DIP Order each shall survive for purposes of enforcing the terms of this paragraph. For the avoidance of doubt, but without limiting the foregoing, (x) nothing herein shall prejudice the right of the Reorganized Debtors to contest whether any right, claim or obligation in favor of RBC is a valid First Out Obligation entitled to the treatment provided in clause (iii) above.

30. **Ongoing Royalty Audits.** Notwithstanding anything in the Plan (including Article VII.G) and this Confirmation Order to the contrary, claim numbers 357, 366, 390, 402, 403, 406, 409, 412, 417, 428, 432, 442, 506, 525, 526, 528, 529, 534, 535, 536, 538, 539, 540, 542, 544, 549, 550, 551, 556, 558, 564, 565, 566, 567, 568, 582 and 583 in the estate of SN EF Maverick, LLC (19-34516), which are the subject of ongoing data exchange between the Debtor SN EF Maverick, LLC and the claimants, may be amended within forty-five (45) days from the conclusion of the ongoing royalty review and audit, solely to reflect any results or conclusions related to that review and audit.

31. Notwithstanding anything in the Plan (including Article VII.G) and this Confirmation Order to the contrary, claim number 231 in the estate of Sanchez Energy Corporation

(19-34508), which is the subject of ongoing data exchange between the Debtors and the claimants, may be amended within forty-five (45) days from the conclusion of the ongoing review and audit, solely to reflect any results or conclusions related to that review and audit.

32. **Dimension Litigation.** For the avoidance of doubt and notwithstanding anything to the contrary in the Plan or this Confirmation Order, in the remanded state court action in the 165th Judicial District, Harris County, Texas, assigned cause number 2017-85247, styled Dimension Energy Services, LLC v. Sanchez Oil & Gas Corporation, Sanchez Energy Corporation and Sanchez Midstream Partners, LP (the "Dimension State Court Action"), none of the parties to said Dimension State Court Action are required to seek approval of any settlement or compromise of any causes of action asserted by Dimension Energy Services, LLC. Notwithstanding anything to the contrary in the Plan or this Confirmation Order, this Court shall not retain jurisdiction over the causes of action asserted by and between the parties in the remanded Dimension State Court Action, and jurisdiction for the claims at issue in the Dimension State Court Action shall rest with the Harris County, Texas 165th Judicial District Court, or other court of competent jurisdiction.

33. **Texas Attorney General; Federal Leases.** Nothing in this Confirmation Order or the Plan discharges, releases, precludes, or enjoins: (i) any liability to any governmental unit as defined in 11 U.S.C. § 101(27) ("Governmental Unit") that is not a "claim" as defined in 11 U.S.C. § 101(5) ("Claim"); (ii) any Claim of a Governmental Unit arising on or after the Confirmation Date; (iii) any police or regulatory liability to a Governmental Unit that any entity would be subject to as the owner or operator of property after Confirmation; or (iv) any liability to a Governmental Unit on the part of any Person other than the Debtors or the Reorganized Debtors. Nor shall anything in this Confirmation Order or the Plan enjoin or otherwise bar a Governmental Unit from asserting or enforcing, outside this Court, any liability described in the preceding sentence.

Notwithstanding any provision of the Plan or this Confirmation Order, the United States' setoff rights under federal law as recognized in section 553 of the Bankruptcy Code, and recoupment rights, shall be preserved and are unaffected. Nothing in this Confirmation Order divests any tribunal of any jurisdiction it may have under police or regulatory law to interpret this Confirmation Order or the Plan or to adjudicate any defense asserted under this Confirmation Order or the Plan. Nor shall anything in the Plan (1) affect the rights of the United States (including any agencies or subagencies thereof) to assert setoff and recoupment and such rights are expressly preserved; (2) be construed as a compromise or settlement of any claim, interest or cause of action of the United States; or (3) affect the entitlement of the United States to the payment of interest on its Allowed Claims.

34. **Federal Leases.** Moreover, nothing in the Plan shall affect the treatment of any interest in contracts, leases, covenants, operating rights agreements, rights-of-use and easement, and rights-of-way or other interests or agreements with the federal government or involving federal land or minerals (collectively, the "Federal Lease(s)"). For the avoidance of doubt and without limiting the foregoing, any assumption, assignment, and/or transfer of any interests in the Federal Leases will be ineffective absent the consent of the United States. Nothing in the Plan shall be interpreted to set cure amounts or require the United States to novate, approve or consent to the assumption, sale, assignment and/or transfer of any interests in the Federal Leases except pursuant to existing regulatory requirements and applicable law.

35. Moreover, nothing in the Plan shall be interpreted to release the Debtors from any reclamation, plugging and abandonment, or other operational requirement under applicable Federal law; to address or otherwise affect any decommissioning obligations and financial assurance requirements under the Federal Leases, as determined by the United States, that must be

met by the Debtors or their successors and assigns on the Federal Leases going forward; or to impair audit rights. In addition, nothing in the Plan nullifies the United States' right to assert, against the Debtors and their estates, any decommissioning liability and/or claim arising from the Debtors' interest in any Federal Lease not assumed by the Debtors. Notwithstanding any provision to the contrary in the Plan, the United States will retain and have the right to audit and/or perform any compliance review and, if appropriate, collect from the Debtors and/or their successor(s) and assign(s) in full any additional monies owed by the Debtors prior to the assumption and/or assignment of the Federal Leases without those rights being adversely affected by these bankruptcy cases; and such rights shall be preserved in full as if this bankruptcy had not occurred. The Debtors and their successors and assigns will retain all defenses and/or rights, other than defenses and/or rights arising from these bankruptcy cases, to challenge any such determination: *provided*, *however*, that any such challenge, including any challenge associated with these bankruptcy cases, must be raised in the United States' administrative review process leading to a final agency determination by the Department of the Interior. The audit and/or compliance review period shall remain open for the full statute of limitations period established by the Federal Oil and Gas Royalty Simplification and Fairness Act of 1996, 30 U.S.C. § 1702, et seq. Nothing in the Plan or this Confirmation Order shall cause or otherwise be deemed to require any Holders of Claims receiving New Common Stock to be in control of the operations of the Debtors or to be acting as a "responsible person" or "owner or operator" with respect to the operations or management of the Debtors within the meaning of 42 U.S.C. § 9601(20)(F).

36. **Texas Taxing Authorities.** Notwithstanding anything in the Plan or this Confirmation Order to the contrary, any and all tax liens securing the property tax claims of Dimmit County, Maverick County, La Pryor Independent School District, Atascosa County, Bee

County, Cameron County LaSalle County, Cotulla ISD, Dewitt County, Dilley ISD, Duval County, Eagle Pass ISD, Freer ISD, Frio Hospital District, Goliad County, Goliad ISD Gonzales County, Harris County, Hidalgo County, Jackson County, Jim Wells CAD, Kenedy County, Lasara ISD, Matagorda County, Pearsall ISD, City of Pleasanton, Raymondville ISD, Roma ISD, Smith County, Jim Wells CAD, Starr County, Willacy County and Zavala County (the "Texas Taxing Authorities") for the 2020 tax year are retained. The Reorganized Debtors shall pay the 2020 tax claims of the Texas Taxing Authorities in the ordinary course of business and prior to delinquency under Texas law. In the event the 2020 taxes are not paid prior to delinquency as required under Texas law, penalties and interest shall accrue as provided under Texas law and the Texas Taxing Authorities are authorized to immediately commence any and all collection actions authorized under Texas law, in state court without further order of this Court. The Debtors or the Reorganized Debtors, as applicable, shall maintain any of their rights under Texas law to contest, protest, or appeal the 2020 tax claims of the Texas Taxing Authorities.

37. **Zavala CAD.** Notwithstanding anything in the Plan or this Confirmation Order to the contrary, the Reorganized Debtors shall pay the pre-petition tax claim of Zavala CAD in a manner consistent with 11 U.S.C. §1129(a)(9)(D) with applicable statutory interest pursuant to 11 U.S.C. §§506(b) and 511. The pre-petition tax lien shall be retained until said taxes are paid in full. In the event the Zavala CAD pre-petition claim is not paid consistent with this provision, penalties and interest shall accrue as provided under Texas law and Zavala CAD is authorized to immediately commence any and all collection actions authorized under Texas law in state court without further order of this Court. The Debtors or the Reorganized Debtors, as applicable, shall maintain any of their rights under Texas law to contest, protest, or appeal the tax claims of Zavala CAD.

38. **Harrison and Cathexis.** Nothing in the Plan or this Confirmation Order, including, without limitation, the provisions within Articles V and VIII of the Plan, shall reduce, expand, amend, or supplement the rights, obligations, claims, and defenses, of (i) DJH Minerals, LP, DJH Ranching, LP, Cathexis Royalties & Minerals, LP, and Cat HIL Piloncillo, LLC, or any of the foregoing's successors or assignees (collectively, the "Catarina Lessors") or (ii) the Debtors, the Reorganized Debtors, or their successors or assignees under the Catarina Agreements (as defined below); *provided further* that to the extent, as of the Petition Date, a Catarina Lessor held a validly perfected and unavoidable lien, encumbrance or interest arising under a Catarina Agreement—including reversionary interests—such lien, encumbrance or interest shall not be modified or otherwise altered by anything in the Plan or Confirmation Order. Any Cure Claims under the Catarina Agreements shall be resolved in accordance with the Plan; *provided, however*, that nothing in this Confirmation Order or the Plan shall be construed as making a determination that any Catarina Agreement is or is not an Executory Contract, and all parties expressly reserve their rights with respect to such determination. For purposes of this paragraph, the term "Catarina Agreements" means each of the following agreements, in each case, as amended, supplemented and in effect on the date hereof: (i) the Oil and Gas Lease, dated as of May 12, 2010 (as amended), by and between DJH Minerals, LP, DJH Ranching, LP, Cathexis Royalties & Minerals, LP, Cat HIL Piloncillo, LLC, and SN Catarina, LLC (the "Lease"); (ii) that certain First Amended and Restated Water Injection Agreement, dated as of December 1, 2015, by and between DJH Ranching, LP, Cat HIL Piloncillo, LLC, and SN Catarina, LLC; (iii) those certain Voluntary Pooling Agreements related to the Lease; (iv) that certain Guaranty, dated as of June 30, 2014, with Sanchez Energy Corporation; (v) that certain Guaranty, dated as of June 30, 2014, with SN Operating, LLC; (vi) that Mineral Deed, dated as of May 12, 2010, with P Ranch Working Interest,

LLC; and (vii) that certain Conveyance of Non-Participating Royalty Interest, dated as of May 12, 2010, with P Ranch Royalty Interest, LLC.

39. **Amendment of New Organizational Documents.** At the Effective Date, the Reorganized Debtors and the Reorganized SN Board are authorized and directed to amend, restate, and file with the applicable Secretaries of State and/or other applicable authorities in their respective states of incorporation or formation the Reorganized Debtors' respective New Organizational Documents and, as necessary, other constituent documents, including, without limitation, the organizational documents governing non-Debtor subsidiaries, as permitted by the laws of their respective states of incorporation, the New Organizational Documents, and the organizational documents of the non-Debtor subsidiaries, as applicable.

40. **Abandonment.** All of the rights of the Debtors or the Reorganized Debtors, as applicable, to abandon property prior to or after the Effective Date pursuant to section 554 of the Bankruptcy Code are preserved, and the Debtors or the Reorganized Debtors, as applicable, may seek to abandon any such property on or after the Effective Date.

41. Notwithstanding Bankruptcy Rule 3020(e), the terms and conditions of this Confirmation Order shall be immediately effective and enforceable upon its entry.

42. The Debtors and the Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Confirmation Order in accordance with the Plan.

43. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Confirmation Order.

Signed: April 30, 2020

Marvin Isgur
United States Bankruptcy Judge

**<u>Exhibit 1</u>**

**Plan**

Case 19-34508 Document 1205 Filed in 04/30/20 in TXSB Page 1 of 48

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | ) | Case No. 19-34508 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF SANCHEZ ENERGY CORPORATION AND ITS DEBTOR AFFILIATES

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Elizabeth Freeman (TX Bar No. 24009222)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4284
Facsimile: (713) 308-4184
mcavenaugh@jw.com
efreeman@jw.com

*Counsel for the Debtors and Debtors in Possession*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (TX Bar No. 00793386)
Lacy M. Lawrence (TX Bar No. 24055913)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

- and -

Ira S. Dizengoff (*pro hac vice*)
Lisa Beckerman (*pro hac vice*)
Jason P. Rubin (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com

- and -

James Savin (*pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

*Counsel for the Debtors and Debtors in Possession*

Dated: April 30, 2020

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

**ARTICLE I. DEFINED TERMS, RULES OF INTERPRETATION, COMPUTATION OF TIME, GOVERNING LAW, AND OTHER REFERENCES ........ 1**
A. Defined Terms ........ 1
B. Rules of Interpretation ........ 11
C. Computation of Time ........ 12
D. Governing Law ........ 12
E. Reference to Monetary Figures ........ 12
F. Reference to the Debtors or the Reorganized Debtors ........ 12
G. Controlling Document ........ 12
**ARTICLE II. ADMINISTRATIVE AND PRIORITY CLAIMS ........ 12**
A. Administrative Claims ........ 12
B. Professional Fee Claims ........ 13
C. Priority Tax Claims ........ 14
D. Statutory Fees ........ 14
**ARTICLE III. CLASSIFICATION, TREATMENT, AND VOTING OF CLAIMS AND INTERESTS ........ 14**
A. Formation of Debtor Group for Convenience Purposes Only ........ 14
B. Classification of Claims and Interests ........ 15
C. Treatment of Classes of Claims and Interests ........ 15
D. Special Provision Governing Unimpaired Claims ........ 18
E. Elimination of Vacant Classes ........ 18
F. Voting Classes; Presumed Acceptance by Non-Voting Classes ........ 18
G. Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy Code ........ 19
H. Intercompany Interests ........ 19
I. Subordinated Claims and Interests ........ 19
**ARTICLE IV. PROVISIONS FOR IMPLEMENTATION OF THE PLAN ........ 19**
A. General Settlement of Claims, Interests, and Causes of Action ........ 19
B. Restructuring Transactions ........ 19
C. Sources of Consideration for Plan of Reorganization Distributions ........ 20
D. Lien-Related Litigation ........ 21
E. Continuation of Gavilan Proceeding ........ 22
F. Corporate Existence ........ 22
G. Vesting of Assets in the Reorganized Debtors ........ 22
H. Corporate Action ........ 23
I. New Organizational Documents ........ 23
J. Directors and Officers of Reorganized SN ........ 23
K. Retention of Current Workforce by Reorganized SN; Severance Payments ........ 23
L. Management Incentive Plan ........ 24
M. Effectuating Documents; Further Transactions ........ 24
N. Preservation of Causes of Action ........ 24
O. Exemption from Registration Requirements ........ 24
P. Cancellation of Instruments, Certificates, and Other Documents ........ 25
Q. Section 1146(a) Exemption ........ 25
R. DIP Agent Fees and Expenses ........ 26
**ARTICLE V. TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES ........ 26**
A. Assumption or Rejection of Executory Contracts and Unexpired Leases ........ 26
B. Claims Based on Rejection of Executory Contracts or Unexpired Leases ........ 26
C. Cure of Defaults for Assumed Executory Contracts and Unexpired Leases ........ 27
D. Indemnification Obligations ........ 28
E. Insurance Policies ........ 28
F. Modifications, Amendments, Supplements, Restatements, or Other Agreements ........ 28
G. Contracts and Leases After the Petition Date ........ 28
H. Reservation of Rights ........ 28
**ARTICLE VI. PROVISIONS GOVERNING DISTRIBUTIONS ........ 29**
A. Distributions on Account of Claims Allowed as of the Effective Date ........ 29
B. Rights and Powers of the Disbursing Agent ........ 29
C. Special Rules for Distributions to Holders of Disputed Claims ........ 29

Case 19-34508 Document 1205 Filed on 04/30/20 in TXSB Page 3 of 48

**TABLE OF CONTENTS (CONT'D)**

**Page**


D. Delivery of Distributions ....30
E. Claims Paid or Payable by Third Parties ....32
F. Setoffs ....33
G. Allocation Between Principal and Accrued Interest ....33
H. No Postpetition Interest on Claims ....33

**ARTICLE VII. PROCEDURES FOR RESOLVING DISPUTED CLAIMS ....34**

A. Allowance of Claims ....34
B. Claims Administration Responsibilities ....34
C. Estimation of Claims ....34
D. Adjustment to Claims Without Objection ....35
E. Time to File Objections to Claims ....35
F. Disallowance of Claims ....35
G. Amendments to Claims ....35
H. No Distributions Pending Allowance ....35
I. Distributions After Allowance ....35

**ARTICLE VIII. EFFECT OF CONFIRMATION OF THE PLAN ....36**

A. Discharge of Claims and Termination of Interests ....36
B. Exculpation ....36
C. Injunction ....36
D. Protection Against Discriminatory Treatment ....37
E. Release of Liens ....37
F. Reimbursement or Contribution ....38
G. Recoupment ....38
H. Subordination Rights ....38

**ARTICLE IX. DEADLINE FOR EFFECTIVE DATE; CONDITIONS PRECEDENT TO THE EFFECTIVE DATE ....38**

A. Deadline for Occurrence of the Effective Date ....38
B. Conditions Precedent to the Effective Date of the Plan ....38
C. Waiver of Conditions ....39
D. Effect of Non-Occurrence of Conditions to Consummation ....39
E. Substantial Consummation ....39

**ARTICLE X. MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE PLAN ....39**

A. Modification of Plan ....39
B. Effect of Confirmation on Modifications ....39
C. Revocation or Withdrawal of Plan ....39

**ARTICLE XI. RETENTION OF JURISDICTION ....40**

**ARTICLE XII. MISCELLANEOUS PROVISIONS ....41**

A. Immediate Binding Effect ....41
B. Additional Documents ....41
C. Dissolution of the Creditors' Committee ....42
D. Payment of Statutory Fees ....42
E. Reservation of Rights ....42
F. Successors and Assigns ....42
G. Service of Documents ....43
H. Term of Injunctions or Stays ....43
I. Entire Agreement ....44
J. Plan Supplement ....44
K. Non-Severability ....44
L. Votes Solicited in Good Faith ....44
M. Closing of Chapter 11 Cases ....44
N. Waiver or Estoppel ....44

## INTRODUCTION

Sanchez Energy Corporation and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases propose this amended joint chapter 11 plan of reorganization pursuant to chapter 11 of title 11 of the United States Code. Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in Article I.A hereof. Although proposed jointly for administrative purposes, the Plan constitutes a separate plan for each of the foregoing entities and each of the foregoing entities is a proponent of the Plan within the meaning of section 1129 of the Bankruptcy Code.

Reference is made to the accompanying *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and Its Debtor Affiliates* for a discussion of the Debtors' history, business, properties and operations, valuation, projections, risk factors, a summary and analysis of the Plan and the transactions contemplated thereby, and certain related matters.

ALL HOLDERS OF CLAIMS AND INTERESTS, TO THE EXTENT APPLICABLE, ARE ENCOURAGED TO READ THIS PLAN AND THE DISCLOSURE STATEMENT IN THEIR ENTIRETY BEFORE VOTING TO ACCEPT OR REJECT THIS PLAN.

## ARTICLE I.
## DEFINED TERMS, RULES OF INTERPRETATION, COMPUTATION OF TIME, GOVERNING LAW, AND OTHER REFERENCES

A. Defined Terms

As used in the Plan, capitalized terms have the meanings set forth below.

1. "*2020 Non-Executive Bonus Program*" means the employee bonus program for 2020.

2. "*2021 Unsecured Notes Indenture*" means that certain Indenture, dated as of June 13, 2013, among SN, the guarantors party thereto and Delaware Trust Company, as successor trustee, for 7.75% senior notes due June 15, 2021.

3. "*2023 Unsecured Notes Indenture*" means that certain Indenture, dated as of June 27, 2014, among SN, the guarantors party thereto and Delaware Trust Company, as successor trustee, for 6.125% senior notes due January 15, 2023.

4. "*Administrative Claim*" means a Claim incurred by the Debtors on or after the Petition Date and before the Effective Date constituting a cost or expense of administration of the Chapter 11 Cases of a kind specified under section 503(b) and entitled to priority under sections 507(a)(2) or 507(b) of the Bankruptcy Code, including: (a) the actual and necessary costs and expenses incurred on or after the Petition Date until and including the Effective Date of preserving the Estates and operating the Debtors' businesses; (b) Allowed Professional Fee Claims; (c) any Allowed Claim of Royal Bank of Canada as predecessor collateral trustee under the Collateral Trust Agreement in the amount of any reasonable documented fees and expenses for services rendered in connection with outstanding First-Out Obligations (as defined in the Final DIP Order) and solely to the extent provided for in the Collateral Trust Agreement; and (d) all fees and charges assessed against the Estates pursuant to section 1930 of chapter 123 of title 28 of the United States Code.

5. "*Administrative Claims Bar Date*" means the deadline for Filing requests for payment of Administrative Claims, which: (i) with respect to Administrative Claims other than Professional Fee Claims, shall be 30 days after the Effective Date; and (ii) with respect to Professional Fee Claims, shall be 60 days after the Effective Date.

6. "*Affiliate*" means, with respect to any Person, all Persons that would fall within the definition assigned to such term in section 101(2) of the Bankruptcy Code, if such Person was a debtor in a case under the Bankruptcy Code.

Case 19-34508 Document 1205 Filed on 04/30/20 in TXSB Page 5 of 48

7. "*Allowed*" means with respect to any Claim or Interest: (a) a Claim or Interest as to which no objection has been filed within the applicable time period fixed by the Plan, the Bankruptcy Code, the Bankruptcy Rules or the Bankruptcy Court and that is evidenced by a Proof of Claim or Interest, as applicable, timely filed by the applicable Bar Date, or that is not required to be evidenced by a filed Proof of Claim or Interest, as applicable, under the Plan, the Bankruptcy Code, or a Final Order; (b) a Claim or Interest that is scheduled by the Debtors as neither disputed, contingent, nor unliquidated, and as for which no Proof of Claim or Interest, as applicable, has been timely filed; or (c) a Claim or Interest that is Allowed (i) pursuant to the Plan or Final Order, (ii) in any stipulation that is approved by the Bankruptcy Court, or (iii) pursuant to any contract, instrument, indenture, or other agreement entered into or assumed in connection herewith. Except as otherwise specified in the Plan or any Final Order, the amount of an Allowed Claim shall not include interest or other charges on such Claim from and after the Petition Date. No Claim of any Entity subject to section 502(d) of the Bankruptcy Code shall be deemed Allowed unless and until such Entity pays in full the amount that it owes such Debtor or Reorganized Debtor, as applicable.

8. "*Authorized Plan Distribution Shares*" means the shares of New Common Stock available for distribution under the Plan on account of Claims, which shares shall be authorized on the Effective Date and issued in accordance with the Plan.

9. "*Avoidance Actions*" means any and all avoidance, recovery, subordination, or other Claims, actions, or remedies that may be brought by or on behalf of the Debtors or their Estates or other authorized parties in interest under chapter 5 of the Bankruptcy Code or related applicable non-bankruptcy law, including actions or remedies under sections 502, 510, 542, 544, 545, and 547 through and including 553 of the Bankruptcy Code.

10. "*Bankruptcy Code*" means title 11 of the United States Code, 11 U.S.C. § § 101-1532, as amended from time to time as applicable to these Chapter 11 Cases.

11. "*Bankruptcy Court*" means the United States Bankruptcy Court for the Southern District of Texas, having jurisdiction over the Chapter 11 Cases, and, to the extent of the withdrawal of reference under 28 U.S.C. § 157 and/or the General Order of the District Court pursuant to section 151 of title 28 of the United States Code, the United States District Court for the Southern District of Texas.

12. "*Bankruptcy Rules*" means the Federal Rules of Bankruptcy Procedure promulgated under section 2075 of title 28 of the United States Code, and the general, local, and chambers rules of the Bankruptcy Court as applicable to these Chapter 11 Cases.

13. "*Bar Date*" means the date established by the Bankruptcy Court by which Proofs of Claim must be filed pursuant to the *Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9); (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests; and (IV) Approving Notice of Bar Dates* [Docket No. 617] (the "Bar Date Order"), which is January 10, 2020 at 5:00 p.m., prevailing Central Time for all Holders of Claims except for (i) governmental units, for which the Bar Date is February 7, 2020 at 5:00 p.m., prevailing Central Time and (ii) certain other exceptions as set forth in the Bar Date Order.

14. "*Carve-Out Trigger Notice Reserves*" means the Pre-Carve-Out Trigger Notice Reserve and the Post-Carve-Out Trigger Notice Reserve.

15. "*Cash*" means the legal tender of the United States of America or the equivalent thereof, including bank deposits and checks.

16. "*Causes of Action*" means any Claims, Interests, damages, remedies, causes of action, demands, rights, actions, suits, obligations, liabilities, accounts, defenses, offsets, powers, privileges, licenses, and franchises of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, matured or unmatured, suspected or unsuspected, in tort, law, equity, or otherwise. Causes of Action also include: (a) all rights of setoff, counterclaim, or recoupment and claims on contracts or for breaches of duties imposed by law; (b) the right to object to or otherwise contest Claims or Interests; (c) claims

pursuant to sections 362, 510, 542, 543, 544 through 550, or 553 of the Bankruptcy Code; and (d) such claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in section 558 of the Bankruptcy Code.

17. "*Certificate*" means any instrument evidencing a Claim or an Interest.

18. "*Chapter 11 Cases*" means when used with reference to a particular Debtor, the case pending for that Debtor under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and when used with reference to more than one Debtor, the procedurally consolidated and jointly administered chapter 11 cases pending for all such Debtors in the Bankruptcy Court.

19. "*Claim*" has the meaning set forth in section 101(5) of the Bankruptcy Code.

20. "*Claims, Noticing and Solicitation Agent*" means Prime Clerk, LLC, the claims, noticing and solicitation agent retained by the Debtors in the Chapter 11 Cases.

21. "*Claims Objection Bar Date*" means the deadline for objecting to a Claim, which shall be on the date that is the later of (a) 180 days after the Effective Date and (b) such other period of limitation as may be specifically fixed by the Debtors or the Reorganized Debtors, as applicable, or by an order of the Bankruptcy Court for objecting to Claims.

22. "*Claims Register*" means the official register of Claims maintained by the Claims, Noticing and Solicitation Agent or the Bankruptcy Court.

23. "*Class*" means a category of Holders of Claims or Interests pursuant to section 1122(a) of the Bankruptcy Code.

24. "*Collateral Trust Agreement*" means the Collateral Trust Agreement, dated as of February 14, 2018, among SN, the grantors and guarantors from time to time party hereto, the First-Out Representative (as defined in the Collateral Trust Agreement), the First Lien Representative (as defined in the Collateral Trust Agreement), the other Priority Lien Representatives (as defined in the Collateral Trust Agreement) and the Collateral Trustee.

25. "*Collateral Trustee*" means Wilmington Trust, N.A., in its capacity as successor collateral trustee under the Collateral Trust Agreement.

26. "*Confirmation*" means entry of the Confirmation Order on the docket of the Chapter 11 Cases, subject to the conditions set forth in the Plan.

27. "*Confirmation Date*" means the date on which the Bankruptcy Court enters the Confirmation Order on the docket of the Chapter 11 Cases within the meaning of Bankruptcy Rules 5003 and 9021.

28. "*Confirmation Hearing*" means the hearing held by the Bankruptcy Court to consider Confirmation of the Plan pursuant to section 1129 of the Bankruptcy Code.

29. "*Confirmation Order*" means an order of the Bankruptcy Court confirming the Plan pursuant to section 1129 of the Bankruptcy Code.

30. "*Consummation*" means the occurrence of the Effective Date, subject to the conditions set forth in the Plan.

31. "*Creditor*" has the meaning set forth in section 101(10) of the Bankruptcy Code.

32. "*Creditors' Committee*" means the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases.

33. "*CRO*" means the Debtors' chief restructuring officer, Mohsin Y. Meghji.

34. "*Cure Claim*" means a Claim (unless waived or modified by the applicable counterparty) based upon a Debtors' default(s) prior to the Effective Date under an Executory Contract or an Unexpired Lease assumed, or assumed and assigned, by such Debtor under section 365 of the Bankruptcy Code, other than a default that is not required to be cured pursuant to section 365 of the Bankruptcy Code.

35. "*D&O Liability Insurance Policies*" means all insurance policies (including any "tail policy") of any of the Debtors for liability of any current or former directors, managers, officers, and members.

36. "*Debtors*" means SN and its direct and indirect subsidiaries that filed petitions under chapter 11 on the Petition Date.

37. "*DIP Agent*" means Wilmington Savings Fund Society, FSB, or any successor thereto, as administrative agent and collateral agent under the DIP Credit Agreement, solely in its capacity as such.

38. "*DIP Agent Fees and Expenses*" means the reasonable and documented compensation, fees, expenses, disbursements, and indemnity claims incurred by the DIP Agent, including, without limitation, attorneys' and agents' fees, expenses, and disbursements incurred by the DIP Agent, to the extent payable or reimbursable under the DIP Credit Agreement. For the avoidance of doubt, the DIP Agent Fees and Expenses shall include, but are not limited to, the reasonable and documented fees, expenses, and disbursements of counsel.

39. "*DIP Claims*" means all Claims held by the DIP Lenders or the DIP Agent in the amount of $150,000,000 plus (a) all amounts previously paid pursuant to the Final DIP Order, and (b) all accrued and unpaid interest, fees, costs, expenses and other amounts due and owing under the Final DIP Order, the DIP Credit Agreement, or otherwise. The DIP Claims are hereby Allowed Secured Claims and/or Administrative Claims in an amount no less than the value of the DIP Equity Distribution.

40. "*DIP Credit Agreement*" means that certain Amended and Restated Senior Secured Debtor-in-Possession Term Loan Credit Agreement, dated as of January 28, 2020, by and among SN, as borrower, each of the other applicable Debtors, as guarantors, each of the lenders from time to time party thereto, and the DIP Agent, with any permitted amendments, modifications, or supplements thereto.

41. "*DIP Equity Distribution*" means 20% of the Authorized Plan Distribution Shares, which shall constitute 100% of the shares of New Common Stock issued by the Reorganized Debtors on the Effective Date.

42. "*DIP Fee Claims*" means (a) the DIP Agent Fees and Expenses, (b) the Secured Trustees Fees and Expenses and (c) the Secured Ad Hoc Group Fees.

43. "*DIP Lenders*" means lenders under the DIP Credit Agreement, solely in their capacity as such.

44. "*Disallowed*" means, with respect to any Claim, a Claim or any portion thereof that: (a) has been disallowed by a Final Order; (b) is listed in the Schedules as zero or as contingent, disputed, or unliquidated and as to which no Proof of Claim or request for payment of an Administrative Claim has been timely Filed or deemed timely Filed with the Bankruptcy Court or the Claims, Noticing and Solicitation Agent pursuant to either the Bankruptcy Code or any Final Order of the Bankruptcy Court or otherwise deemed timely Filed under applicable law or the Plan; (c) is not listed in the Schedules and as to which no Proof of Claim or request for payment of an Administrative Claim has been timely Filed or deemed timely Filed with the Bankruptcy Court or the Claims, Noticing and Solicitation Agent pursuant to either the Bankruptcy Code or any Final Order of the Bankruptcy Court or otherwise deemed timely Filed under applicable law or the Plan; (d) has been withdrawn by agreement of the applicable Debtor and the Holder thereof; or (e) has been withdrawn by the Holder thereof.

45. "*Disbursing Agent*" means the Debtors or the Reorganized Debtors, as applicable, or the Entity or Entities selected by the Debtors or the Reorganized Debtors to make or facilitate distributions contemplated under the Plan.

Case 19-34508 Document 1205 Filed on 04/30/20 in TXSB Page 8 of 48

46. "*Disclosure Statement*" means the disclosure statement for the Plan, as supplemented from time to time, including all exhibits, supplements, modifications, amendments, annexes, attachments, and schedules thereto.

47. "*Disclosure Statement Order*" means the order entered by the Bankruptcy Court conditionally approving the Disclosure Statement, entered on April 9, 2020 [Docket No. 1118].

48. "*Disputed*" means, with respect to any Claim, any Claim that is neither Allowed nor Disallowed.

49. "*Distribution Date*" means, except as otherwise set forth herein and except with respect to distributions to holders of securities held through DTC, the date or dates determined by the Debtors or Reorganized Debtors, as applicable, on or after the Effective Date, upon which the Disbursing Agent shall make distributions to Holders of Allowed Claims entitled to receive distributions under the Plan.

50. "*DTC*" means Depository Trust Company.

51. "*Effective Date*" means, with respect to the Plan, the date that is a Business Day selected by the Debtors on which: (a) no stay of the Confirmation Order is in effect; (b) all conditions precedent specified in Article IX. hereof have been satisfied or waived (in accordance with Article IX.C); and (c) the Plan is declared effective by the Debtors.

52. "*Entity*" means as defined in section 101(15) of the Bankruptcy Code.

53. "*Estate*" means as to each Debtor, the estate created for the Debtor in its Chapter 11 Case pursuant to section 541 of the Bankruptcy Code.

54. "*Exculpated Parties*" means collectively, and in each case in its capacity as such: (a) the Debtors and the Reorganized Debtors; (b) the Creditors' Committee and its current and former members; and (c) with respect to each of the foregoing Entities in clauses (a) and (b), each of their respective current and former directors, officers, members, employees, partners, managers, independent contractors, agents, representatives, principals, professionals, consultants, financial advisors, attorneys, accountants, investment bankers, and other professional advisors, in each case, solely in their capacity as such. For the avoidance of doubt, the Exculpated Parties shall not include the Sanchez Parties, SOG, SNMP or direct or indirect non-Debtor subsidiaries of SN.

55. "*Exculpation Claims*" has the meaning set forth in Article VIII.B.

56. "*Executory Contract*" means a contract to which one or more of the Debtors is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

57. "*Existing Interests*" means, collectively, (a) the Existing SN Preferred Interests and (b) the Existing SN Common Interests.

58. "*Existing SN Common Interests*" means Interests in SN arising from or related to the Existing SN Common Stock.

59. "*Existing SN Common Stock*" means the shares of common stock issued by SN.

60. "*Existing SN Preferred Interests* means Interests in SN arising from or related to the Existing SN Preferred Stock.

61. "*Existing SN Preferred Stock*" means the shares of (a) 4.875% Convertible Perpetual Preferred Stock, Series A and (b) 6.500% Convertible Perpetual Preferred Stock, Series B, each with a par value of $0.01 per share.

62. "*File*," "*Filed*," and "*Filing*" means file, filed, or filing in the Chapter 11 Cases with the Bankruptcy Court, or, with respect to the filing of a Proof Claim or proof of Interest, the Claims, Noticing and Solicitation Agent.

63. "*Final DIP Order*" means the *Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. §§ 363 and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* [Docket No. 865].

64. "*Final Fee Application*" means an application for final request for payment of Professional Fee Claims.

65. "*Final Order*" means, as applicable, an order or judgment of the Bankruptcy Court or other court of competent jurisdiction with respect to the relevant subject matter that has not been reversed, stayed, modified, or amended, and as to which the time to appeal or seek certiorari has expired and no appeal or petition for certiorari has been timely taken, or as to which any appeal that has been taken or any petition for certiorari that has been or may be filed has been resolved by the highest court to which the order or judgment could be appealed or from which certiorari could be sought; *provided* that the possibility that a request for relief under Rule 60 of the Federal Rules of Civil Procedure or any analogous rule under the Bankruptcy Rules or the Local Bankruptcy Rules of the Bankruptcy Court or applicable non-bankruptcy law may be filed relating to such order shall not prevent such order from being a Final Order.

66. "*Final Shared Services Order*" means the *Final Order Authorizing Debtors to Continue Performance of Obligations Under the Shared Services Arrangements* [Docket No. 733].

67. "*Gavilan*" means Gavilan Resources, LLC.

68. "*Gavilan Proceeding*" means the adversary proceeding commenced against SN EF Maverick, LLC, et al., by Gavilan (Adv. Pro. No. 20-03021).

69. "*General Unsecured Claim*" means any Claims other than: (a) an Administrative Claim; (b) an Other Secured Claim; (c) an Other Priority Claim; (d) a Priority Tax Claim; (e) a Secured Notes Claim; (f) an Intercompany Claim; (g) a Section 510(b) Claim; or (h) a DIP Claim.

70. "*Holder*" means an entity holding a Claim or Interest, as applicable.

71. "*Impaired*" means with respect to any Class of Claims or Interests, a Class of Claims or Interests that is impaired within the meaning of section 1124 of the Bankruptcy Code.

72. "*Indentures*" means, collectively, the Secured Notes Indenture, the 2021 Unsecured Notes Indenture and the 2023 Unsecured Notes Indenture.

73. "*Indenture Trustees*" means the Secured Notes Indenture Trustee and the Unsecured Notes Indenture Trustee.

74. "*Indemnified Parties*" means the following Exculpated Parties in their capacities as such: (i) members of the Debtors' current workforce who are employed by the Reorganized Debtors after the Effective Date; (ii) Mohsin Y. Meghji; (iii) Eugene I. Davis; (iv) Adam C. Zylman; (v) Cameron W. George; and (vi) Gregory B. Kopel.

75. "*Indemnification Obligations*" means each of the Debtors' existing indemnification provisions in place and effect as of the Effective Date, whether in the Debtors' bylaws, certificates of incorporation, other formation documents, board resolutions, management or indemnification agreements, employment contracts, or otherwise, for the current and former directors, officers, managers, attorneys, accountants, investment bankers, and other professionals, advisors and agents of the Debtors, as applicable.

76. "*Intercompany Claim*" means a Claim held by a Debtor against another Debtor.

77. "*Intercompany Interest*" means an Interest in any Debtor other than SN.

78. “*Interest*” means any equity security (as defined in section 101(16) of the Bankruptcy Code) in any Debtor, including issued, unissued, authorized, or outstanding shares of stock, together with any warrants, options or rights to purchase or acquire such interests at any time.

79. “*Lien*” has the meaning set forth in section 101(37) of the Bankruptcy Code.

80. “*Lien Challenge Complaint*” means the complaint filed by the Debtors on March 10, 2020 in the adversary proceeding titled Sanchez Energy Corporation, et al. v. Royal Bank of Canada, Wilmington Savings Fund Society, FSB and Wilmington Trust, National Association (Adv. Pro. No. 20-03057).

81. “*Lien-Related Litigation*” means all litigation related to challenges to the allowance, priority, scope or validity of the liens and/or Claims of the Prepetition Secured Parties (as defined in the Final DIP Order) or the priority or scope of the liens and/or Claims of the DIP Lenders, including any litigation regarding (i) the interpretation of the Final DIP Order and other matters regarding the scope of the collateral securing the DIP Claims, (ii) the amount and characterization of the DIP Claims (including the Final DIP Order’s treatment of new-money DIP Claims and roll-up DIP Claims), (iii) the amount of any deficiency claim of the DIP Lenders, (iv) adequate protection claims pursuant to section 507(b) of the Bankruptcy Code (including issues regarding diminution in value, and any recharacterization or disgorgement of adequate protection payments made pursuant to the Final DIP Order, or any prior interim order), (v) the applicability of the equities of the case doctrine under section 552 of the Bankruptcy Code, (vi) all Causes of Action referenced and asserted in the Lien Challenge Complaint, (vii) the claim objections filed by the Creditors’ Committee on March 10, 2020, at Docket No. 1027, (viii) the value of Causes of Action, and (ix) the relative value of encumbered and unencumbered assets. For purposes of clarification, nothing in the Plan or the Confirmation Order shall alter, amend, or otherwise limit any rights, claims, or defenses that may or could be asserted by the DIP Lenders, DIP Agent, Collateral Trustee, Secured Notes Indenture Trustee, or any Holders of DIP Claims or Senior Notes Claims in connection with or in defense of the Lien-Related Litigation, irrespective of whether such rights, claims, or defenses arose before or after the Petition Date and whether provided or arising under the Final DIP Order, applicable agreements, applicable law, or otherwise.

82. “*Lien-Related Litigation Creditor Representative*” means a representative, as selected by the Creditors’ Committee, of general unsecured creditors in the Lien-Related Litigation.

83. “*Management Incentive Plan*” means a post-Effective Date management incentive plan for the directors and officers of the Reorganized Debtors, which shall be implemented in accordance with Article IV of the Plan.

84. “*New Common Stock*” means the common stock of Reorganized SN to be issued pursuant to the Plan.

85. “*New Executive Employment Agreements*” means the new employment agreements, dated as of the Effective Date, to employ (a) Cameron W. George and (b) Gregory B. Kopel.

86. “*New Organizational Documents*” means the form of the certificates or articles of incorporation, certificates of designation, bylaws, or such other applicable formation documents, of each of the Reorganized Debtors, including the New Stockholders’ Agreement, if any.

87. “*New Stockholders’ Agreement*” means the stockholder or similar agreement, if any, with respect to the New Common Stock.

88. “*Non-Participating Professional*” means any Professional that is not a Participating Professional on or before the Confirmation Date.

89. “*Notice of Assumption*” means a notice to be sent to each applicable counterparty identified in the Schedule of Assumed Executory Contracts and Unexpired Leases as set forth in Article VI.C.

90. "*Notice of Rejection*" means a notice to be sent to each applicable counterparty identified in the Schedule of Rejected Executory Contracts and Unexpired Leases as set forth in Article VI.B.

91. "*Other Priority Claim*" means any Claim entitled to priority in right of payment under section 507(a) of the Bankruptcy Code, to the extent such Claim has not already been paid during the Chapter 11 Cases, other than an Administrative Claim or a Priority Tax Claim.

92. "*Other Secured Claim*" means any Secured Claim other than the DIP Claims and the Secured Notes Claims.

93. "*Participating Professionals*" means all Professionals that have elected to participate in the Professional Fee Settlement on or before the Confirmation Date, specifically: Akin Gump Strauss Hauer & Feld LLP, Alvarez & Marsal North America, LLC, Gibbs & Bruns LLP, Jackson Walker LLP, KPMG LLP, M-III Advisory Partners LP, Moelis & Company LLC, Prime Clerk LLC, Ropes & Gray LLP, and Richards Layton & Finger, P.A. No Participating Professionals may be added to this list without the consent of the Requisite DIP Lenders.

94. "*Person*" means an individual, corporation, partnership, limited liability company, joint venture, trust, estate, unincorporated association, governmental entity, or political subdivision thereof, or any other Entity.

95. "*Petition Date*" means the date on which the Debtors commenced the Chapter 11 Cases.

96. "*Plan*" means this amended joint chapter 11 plan (as it may be amended or supplemented from time to time, including all exhibits, schedules, supplements, appendices, annexes and attachments hereto).

97. "*Plan Supplement*" means the compilation of documents and forms of documents, schedules, and exhibits to the Plan, to be Filed by the Debtors as soon as reasonably practicable prior to the Confirmation Hearing, or such later date as may be approved by the Bankruptcy Court on notice to parties in interest, and any additional documents Filed with the Bankruptcy Court prior to the Effective Date as amendments to the Plan Supplement. The Plan Supplement shall include the following (a) the New Organizational Documents; (b) the Schedule of Rejected Executory Contracts and Unexpired Leases; (c) the Schedule of Assumed Executory Contracts and Unexpired Leases; (d) a schedule of retained Causes of Action; (e) a disclosure of the members of the Reorganized SN Board; and (f) the New Executive Employment Agreements and the identities of the officers of Reorganized SN.

98. "*Post-Carve-Out Trigger Notice Reserve*" has the meaning ascribed to it in the Final DIP Order.

99. "*Post-Effective Date Equity Distribution*" means 80% of the Authorized Plan Distribution Shares, which shall be issued and distributed to Holders of Allowed Claims in Classes 3, 4 and/or 5 as ordered by the Bankruptcy Court in connection with adjudication or other resolution of the Lien-Related Litigation.

100. "*Pre-Carve-Out Trigger Notice Reserve*" has the meaning ascribed to it in the Final DIP Order.

101. "*Priority Tax Claims*" means Claims of governmental units of the type described in section 507(a)(8) of the Bankruptcy Code.

102. "*Pro Rata*" means (a) when referring to Claims or Interests within a single Class, the proportion that an Allowed Claim or Interest in such Class bears to the aggregate amount of the Allowed Claims or Interests in that Class, or (b) when referring to Claims or Interests within more than one Class, the proportion that an Allowed Claim or Interest bears to the aggregate amount of the Allowed Claims or Interests within all applicable Classes.

103. "*Professional*" means an entity employed pursuant to a Bankruptcy Court order in accordance with sections 327 or 1103 of the Bankruptcy Code and to be compensated for services rendered before or on the confirmation date, pursuant to sections 327, 328, 329, 330, or 331 of the Bankruptcy Code.

104. "*Professional Fee Claims*" means all Administrative Claims for the compensation of Professionals and the reimbursement of expenses incurred by such Professionals through and including the Effective Date.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 12 of 48

105. "*Professional Fee Settlement*" means the settlement between and among the Participating Professionals, the Debtors and the Secured Ad Hoc Group set forth in Article II.B.

106. "*Professional Fee Settlement Reserve*" means an interest bearing escrow account to hold the amounts set forth in Article II.B pursuant to the Professional Fee Settlement, which escrow account shall be funded on the Effective Date and maintained at a financial institution selected by the Debtors, with the consent of the Participating Professionals, solely for the purpose of paying all Allowed and unpaid Professional Fee Claims of Participating Professionals consistent with the Professional Fee Settlement. All fees and expenses of the escrow agent shall be paid from the interest accruing on funds in the Professional Fee Settlement Reserve; *provided that* any fees and expenses due up front or in excess of the interest accruing on the funds in the Professional Fee Settlement Reserve shall be paid by the Reorganized Debtors. The Professional Fee Settlement Reserve may be a segregated account, with similar protections as an escrow account, maintained by the Reorganized Debtors in trust solely for the Participating Professionals with the consent of the Participating Professionals.

107. "*Professional Fee Settlement Reserve Amount*" means $22.9 million, which shall be adjusted solely to the extent additional Professionals become Participating Professionals.

108. "*Proof of Claim*" means a proof of Claim filed against any of the Debtors in the Chapter 11 Cases, if applicable, by the applicable Bar Date.

109. "*Reinstated*" or "*Reinstatement*" means with respect to any Claim or Interest, that the Claim or Interest shall be rendered Unimpaired in accordance with section 1124 of the Bankruptcy Code.

110. "*Reorganized Boards*" means the initial board of directors of members, or managers, as applicable of each Reorganized Debtor.

111. "*Reorganized Debtors*" means the Debtors, as reorganized pursuant to and under the Restructuring Transactions or any successor thereto, including Reorganized SN.

112. "*Reorganized SN*" means SN, as reorganized pursuant to and under the Restructuring Transactions or any successor thereto.

113. "*Reorganized SN Board*" means the initial board of directors of Reorganized SN.

114. "*Requisite DIP Lenders*" means DIP Lenders holding at least 50.01% of the outstanding principal amount of loan issued under the DIP Credit Agreement.

115. "*Restructuring Fee*" has the meaning ascribed to it in the engagement letter between SN and Moelis & Company LLC, attached as Exhibit 1 to the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Moelis & Company LLC as Financial Advisor and Investment Banker for the Debtors, Nunc Pro Tunc to the Petition Date; (II) Waiving Certain Time-Keeping Requirements; and (III) Granting Related Relief* [Docket No. 271].

116. "*Restructuring Transactions*" means those mergers, amalgamations, consolidations, arrangements, continuances, restructurings, transfers, conversions, sales, dispositions, liquidations, dissolutions, or other corporate transactions necessary or appropriate to implement the Plan.

117. "*Sanchez Parties*" means (i) A.R. Sanchez, Jr., Antonio R. Sanchez, III, and Patricio D. Sanchez, and any other individual related to Antonio R. Sanchez, III by consanguinity or marriage, (ii) any trusts or similar Entities of which Sanchez Parties are individually or in the aggregate the majority direct or indirect beneficiaries, and (iii) any other Entities (other than SOG) for which the Sanchez Parties own, control or hold 50.01% or more of the voting interests. For the avoidance of doubt, the Sanchez Parties shall not include SOG or SNMP.

118. "*Schedule of Assumed Executory Contracts and Unexpired Leases*" means the schedule (including any modifications or amendments thereto) of certain Executory Contracts and Unexpired Leases, to be identified by

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 13 of 48

the Secured Ad Hoc Group, to be assumed by the Debtors pursuant to the Plan, as set forth in the Plan Supplement, as amended at the direction of the Secured Ad Hoc Group from time to time, prior to the Confirmation Date or otherwise, in accordance with the Plan.

119. "*Schedule of Rejected Executory Contracts and Unexpired Leases*" means the schedule (including any amendments or modifications thereto) of the Executory Contracts and Unexpired Leases, to be identified by the Secured Ad Hoc Group, to be rejected by the Debtors pursuant to the Plan, as set forth in the Plan Supplement, as amended at the direction of the Secured Ad Hoc Group from time to time, prior to the Confirmation Date or otherwise, in accordance with the Plan.

120. "*Schedules*" means, collectively, the schedules of assets and liabilities and statements of financial affairs Filed by the Debtors.

121. "*Section 510(b) Claim*" means any Claim subject to subordination under section 510(b) of the Bankruptcy Code.

122. "*Secured*" means when referring to a Claim: (a) secured by a lien on property in which any of Debtors has an interest, which lien is valid, perfected, and enforceable pursuant to applicable law or by reason of a Bankruptcy Court order, or that is subject to setoff pursuant to section 553 of the Bankruptcy Code, to the extent of the value of the creditor's interest in the Debtors' interest in such property or to the extent of the amount subject to setoff, as applicable, as determined pursuant to section 506(a) of the Bankruptcy Code; or (b) Allowed pursuant to the Plan, or separate order of the Bankruptcy Court (including the Final DIP Order), as a secured claim.

123. "*Secured Ad Hoc Group*" means the ad hoc group of unaffiliated funds, accounts, and advisors of funds or accounts, as Holders of Secured Notes Claims and DIP Claims.

124. "*Secured Ad Hoc Group Fees*" means all unpaid fees and expenses, including professional fees and expenses, due and payable to the Secured Ad Hoc Group's advisors and professionals, including fees and expenses payable under the Final DIP Order.

125. "*Secured Notes*" means the 7.25% Senior Secured First Lien Notes due 2023 issued pursuant to the Secured Notes Indenture.

126. "*Secured Notes Claim*" means any Secured Claim against the Debtors under, with respect to, on account of, arising from, based upon, or in connection with, the Secured Notes Indenture, the Secured Notes, or the Final DIP Order, including any Claim for principal amounts outstanding, unpaid interest, fees or expenses.

127. "*Secured Notes Indenture*" means that certain Indenture, dated February 14, 2018, among SN, the guarantors party thereto, Delaware Trust Company, as trustee, and Wilmington Trust, NA., in its capacity as successor collateral trustee, for the 7.25% senior secured first lien notes due February 15, 2023.

128. "*Secured Notes Indenture Trustee*" means WSFS, and any successor thereto, as trustee under the Secured Notes Indenture.

129. "*Security*" means a security as defined in section 2(a)(1) of the Securities Act.

130. "*Secured Trustees Fees and Expenses*" means the reasonable and documented compensation, fees, expenses, disbursements, and indemnity claims incurred by WSFS, solely in its capacity as the Secured Notes Indenture Trustee, and the Collateral Trustee, including, without limitation, attorneys' and agents' fees, expenses, and disbursements incurred by WSFS, solely in its capacity as the Secured Notes Indenture Trustee, and the Collateral Trustee, to the extent payable or reimbursable under the Secured Notes Indenture or Collateral Trust Agreement, as applicable. For the avoidance of doubt, the Secured Trustees Fees and Expenses shall include, but are not limited to, the reasonable and documented fees, expenses, and disbursements of counsel.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 14 of 48

131. "*Securities Act*" means the Securities Act of 1933, 15 U.S.C. §§ 77a-77aa, together with the rules and regulations promulgated thereunder, as amended from time to time.

132. "*Servicer*" means an agent or other authorized representative of Holders of Claims or Interests.

133. "*SN*" means Sanchez Energy Corporation.

134. "*SNMP*" means Sanchez Midstream Partners LP and its subsidiaries and affiliates, including Catarina Midstream, LLC.

135. "*SOG*" means Sanchez Oil & Gas Corporation.

136. "*Unclaimed Distribution*" means any distribution under the Plan on account of an Allowed Claim to a Holder that has not: (a) accepted a particular distribution or, in the case of distributions made by check, negotiated such check; (b) given notice to the Reorganized Debtors of an intent to accept a particular distribution; (c) responded to requests of the Debtors or the Reorganized Debtors, as applicable, for information necessary to facilitate a particular distribution; or (d) taken any other action necessary to facilitate such distribution.

137. "*Unexpired Lease*" means a lease to which one or more of the Debtors is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

138. "*Unimpaired*" means with respect to a Class of Claims or Interests, a Class of Claims or Interests that is not Impaired.

139. "*Unsecured Notes Claim*" means any Claim against the Debtors arising from or based upon the 2021 Unsecured Notes Indenture or the 2023 Unsecured Notes Indenture.

140. "*Unsecured Notes Indentures*" means, collectively, the 2021 Unsecured Notes Indenture and the 2023 Unsecured Notes Indenture.

141. "*Unsecured Notes Indenture Trustee*" means the Delaware Trust Company, and any successor thereto, as trustee under the 2021 Unsecured Notes Indenture and the 2023 Unsecured Notes Indenture, respectively.

142. "*U.S. Trustee*" Means the Office of the United States Trustee for the Southern District of Texas.

143. "*WSFS*" means Wilmington Savings Fund Society, FSB.

B. *Rules of Interpretation*

For purposes herein: (1) in the appropriate context, each term, whether stated in the singular or the plural, shall include both the singular and the plural, and pronouns stated in the masculine, feminine, or neuter gender shall include the masculine, feminine, and the neuter gender; (2) unless otherwise specified, any reference herein to a contract, lease, instrument, release, indenture, or other agreement or document being in a particular form or on particular terms and conditions means that such document shall be substantially in such form or substantially on such terms and conditions; (3) unless otherwise specified, any reference herein to an existing document, schedule, or exhibit, shall mean such document, schedule, or exhibit, as it may have been or may be amended, modified, or supplemented; (4) unless otherwise specified, all references herein to "Articles" and "Sections" are references to Articles and Sections, respectively, hereof or hereto; (5) the words "herein," "hereof," and "hereto" refer to the Plan in its entirety rather than to any particular portion of the Plan; (6) captions and headings to Articles and Sections are inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of the Plan; (7) unless otherwise specified herein, the rules of construction set forth in section 102 of the Bankruptcy Code shall apply; (8) any term used in capitalized form herein that is not otherwise defined but that is used in the Bankruptcy Code or the Bankruptcy Rules shall have the meaning assigned to such term in the Bankruptcy Code or the Bankruptcy Rules, as applicable; (9) references to docket numbers of documents Filed in the Chapter 11 Cases are references to the docket numbers under the Bankruptcy Court's CM/ECF system; (10) all references to statutes, regulations, orders,

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 15 of 48

rules of courts, and the like shall mean as amended from time to time; (11) references to “shareholders,” “directors,” and/or “officers” shall also include “members” and/or “managers,” as applicable, as such terms are defined under the applicable state limited liability company laws; (12) the words “include” and “including” and variations thereof shall not be deemed to be terms of limitation, and shall be deemed to be followed by the words “without limitation,” and (13) any immaterial effectuating provisions may be interpreted by the Debtors or the Reorganized Debtors in such a manner that is consistent with the overall purpose and intent of the Plan and without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

C. *Computation of Time*

Unless otherwise specifically stated herein, the provisions of Bankruptcy Rule 9006(a) shall apply in computing any period of time prescribed or allowed herein. If the date on which a transaction may occur pursuant to the Plan shall occur on a day that is not a business day, then such transaction shall instead occur on the next succeeding business day.

D. *Governing Law*

Except to the extent a rule of law or procedure is supplied by federal law (including the Bankruptcy Code or Bankruptcy Rules), and subject to the provisions of any contract, lease, instrument, release, indenture, or other agreement or document entered into expressly in connection herewith, the rights and obligations arising hereunder shall be governed by, and construed and enforced in accordance with, the laws of the State of Texas, without giving effect to conflict of laws principles.

E. *Reference to Monetary Figures*

All references in the Plan to monetary figures refer to currency of the United States of America, unless otherwise expressly provided.

F. *Reference to the Debtors or the Reorganized Debtors*

Except as otherwise specifically provided in the Plan to the contrary, references in the Plan to the Debtors or to the Reorganized Debtors mean the Debtors and the Reorganized Debtors, as applicable, to the extent the context requires.

G. *Controlling Document*

In the event of an inconsistency between the Plan and the Disclosure Statement, the terms of the Plan shall control in all respects. In the event of an inconsistency between the Plan and any document included in the Plan Supplement, the applicable Plan Supplement document shall control. In the event of an inconsistency between the Confirmation Order and any of the Plan, the Disclosure Statement, or the Plan Supplement, the Confirmation Order shall control.

## ARTICLE II.
## ADMINISTRATIVE AND PRIORITY CLAIMS

In accordance with section 1123(a)(1) of the Bankruptcy Code, Administrative Claims, Professional Fee Claims, and Priority Tax Claims have not been classified and thus are excluded from the Classes of Claims and Interests set forth in Article III of the Plan.

A. *Administrative Claims*

Except as otherwise provided in this Article II.A and except with respect to claims pursuant to 28 U.S.C. § 1930 and Administrative Claims that are Professional Fee Claims, DIP Claims, or subject to 11 U.S.C. § 503(b)(1)(D), or otherwise allowed by a Final Order, requests for payment of Allowed Administrative Claims must be Filed and served on the Reorganized Debtors pursuant to the procedures specified in the Confirmation Order and

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 16 of 48

the notice of entry of the Confirmation Order no later than the Administrative Claims Bar Date. Holders of Administrative Claims that are required to, but do not, File and serve a request for payment of such Administrative Claims by such date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or their property, and such Administrative Claims shall be deemed discharged as of the Effective Date.

Except with respect to Administrative Claims that are Professional Fee Claims or DIP Claims (but excluding DIP Fee Claims), and except to the extent that an Administrative Claim has already been paid during the Chapter 11 Cases or a Holder of an Allowed Administrative Claim and the applicable Debtor(s) agree to less favorable treatment, each Holder of an Allowed Administrative Claim shall receive, in full and final satisfaction, compromise, settlement, and release of and in exchange for its Claim, payment in full in Cash on the Effective Date or as soon as reasonably practicable thereafter.

The DIP Claims that are not DIP Fee Claims shall receive the treatment set forth in Article III.C.3. DIP Agent Fees and Expenses shall receive payment in accordance with Article IV.R. The parties entitled to (a) Secured Trustees Fees and Expenses and (b) Secured Ad Hoc Group Fees have agreed that the Administrative Claims relating to such amounts may be paid following the outcome of the applicable Lien-Related Litigation.

B. *Professional Fee Claims*

1. Professional Fee Settlement

Pursuant to the Professional Fee Settlement, (a) Participating Professionals agree to (i) limit the payment on account of their unpaid Professional Fee Claims (except as provided in clauses (b) and (c)) to 90% of the amount of such Participating Professional's accrued and unpaid fees and 100% of the amount of such Participating Professional's unpaid expenses, in each case, through March 27, 2020, plus an additional $5 million to Moelis & Company LLC on account of its Restructuring Fee and (ii) reduce the amount of unpaid Allowed Professional Fee Claims payable upon approval of their respective Final Fee Application by an amount equal to 10% of fees paid to such Participating Professional since the Petition Date, excluding the Professional Fee Claims in (i) above which already account for the 10% reduction of fees; (b) $1 million (in addition to the amounts in (a) above) shall be available exclusively for Professional Fee Claims of Professionals of the Debtors in connection with filing, prosecuting, confirming and consummating the Plan incurred after March 27, 2020; (c) $100,000 (in addition to any amounts in (a) and (b) above), shall be made available exclusively for KPMG for fees incurred after March 27, 2020, and (d) Participating Professionals otherwise waive all rights to seek payment of any additional Professional Fee Claims, either as an Administrative Claim or otherwise. For purposes of clarification, the aggregate amount identified in this paragraph shall not exceed the Professional Fee Settlement Reserve Amount.

As part of the Professional Fee Settlement, upon the Effective Date, the DIP Agent shall release the Carve-Out Trigger Notice Reserves to the Reorganized Debtors, and the Reorganized Debtors shall immediately fund the Professional Fee Settlement Reserve with the Professional Fee Settlement Reserve Amount, solely for the unpaid Professional Fee Claims of the Participating Professionals. The Professional Fee Settlement Reserve shall be an escrow account or segregated account, with similar protections as an escrow account, maintained in trust solely for the Participating Professionals with the consent of the Participating Professionals. Such funds shall not be considered property of the Estates of the Debtors or the Reorganized Debtors. The amount of Professional Fee Claims owing to the Participating Professionals, as limited by the Professional Fee Settlement, shall be paid in Cash to such Participating Professionals by the Reorganized Debtors from the Professional Fee Settlement Reserve within two (2) business days after such Professional Fee Claims are Allowed by an order of the Bankruptcy Court. When all such Allowed amounts owing to Participating Professionals have been paid in full consistent with the Professional Fee Settlement, any remaining amount in the Professional Fee Settlement Reserve shall promptly be paid to the Reorganized Debtors without any further action or order of the Bankruptcy Court.

Finally, as part of the Professional Fee Settlement, the Debtors, Reorganized Debtors and the Secured Ad Hoc Group, including each of its individual members, shall not (a) seek, directly or indirectly, any further reductions, discounts or concessions of any kind from the Participating Professionals or (b) object, directly or indirectly, to any Final Fee Applications of any Participating Professional.

If the Effective Date does not occur within 45 days of the Confirmation Date, (a) the Professional Fee Settlement shall be withdrawn, (b) the Participating Professionals shall reserve any and all rights under the Final DIP Order, the Bankruptcy Code and otherwise and (c) all agreements not to seek reductions or to object to any Final Fee Applications of the Participating Professionals shall be withdrawn, and all rights of all parties are reserved.

2. Final Fee Applications

All Professionals shall file Final Fee Applications no later than 60 days after the Effective Date. The Professional Fee Claims of any Participating Professional shall be Allowed in the event that no objection to such Final Fee Application is Filed within 21 days of the filing of such Final Fee Application in accordance with the Professional Fee Settlement.

C. *Priority Tax Claims*

Except to the extent that a Holder of an Allowed Priority Tax Claim and the Debtor against which such Allowed Priority Tax Claim is asserted agree to a less favorable treatment for such Holder, in full and final satisfaction, settlement, release, and discharge of and in exchange for each Allowed Priority Tax Claim, each Holder of such Allowed Priority Tax Claim shall receive, at the Debtors' election, (1) payment in full in Cash of its Allowed Priority Tax Claim or (2) treatment in accordance with the terms set forth in section 1129(a)(9)(C) of the Bankruptcy Code and, for the avoidance of doubt, Holders of Allowed Priority Tax Claims will receive interest on such Allowed Priority Tax Claims after the Effective Date in accordance with sections 511 and 1129(a)(9)(C) of the Bankruptcy Code.

D. *Statutory Fees*

All fees due and payable pursuant to section 1930 of title 28 of the United States Code prior to the Effective Date shall be paid by the Debtors. On and after the Effective Date, the Reorganized Debtors shall pay any and all such fees when due and payable, and shall File with the Bankruptcy Court quarterly reports in a form reasonably acceptable to the U.S. Trustee. Each Debtor shall remain obligated to pay quarterly fees to the U.S. Trustee until the earliest of that particular Debtor's case being closed, dismissed, or converted to a case under Chapter 7 of the Bankruptcy Code.

## ARTICLE III.
## CLASSIFICATION, TREATMENT, AND VOTING OF CLAIMS AND INTERESTS

A. *Formation of Debtor Group for Convenience Purposes Only*

The Plan (including, but not limited to, Article II and Article III of the Plan) groups the Debtors together solely for the purpose of describing treatment under the Plan and distributions to be made in respect of Claims against and Interests in the Debtors under the Plan. Such groupings shall not affect each Debtor's status as a separate legal entity, change the organizational structure of the Debtors' business enterprise, constitute a change of control of any Debtor for any purpose, cause a merger of consolidation of any legal entities, or cause the transfer of any assets. Except as otherwise provided by or permitted under the Plan, all Debtors shall continue to exist as separate legal entities. The Plan is not premised on, and does not provide for, the substantive consolidation of the Debtors with respect to the Classes of Claims or Interests set forth in the Plan, or otherwise.

The Plan constitutes a separate chapter 11 plan of reorganization for each Debtor within the meaning of section 1121 of the Bankruptcy Code, and the classifications set forth in Classes 1 through 10 shall be deemed to apply to each Debtor in accordance with section 1122 of the Bankruptcy Code, except where a Debtor does not have any Claim or Interest qualifying within a particular class. For voting purposes, each Class of Claims against or Interests in the Debtors shall be deemed to constitute separate sub-Classes of Claims against and Interests in each of the Debtors, as applicable. Each such sub-Class shall vote as a single separate Class for each of the Debtors, as applicable; *provided*

that any Class that does not contain any Allowed Claims or Existing Interests with respect to a particular Debtor will be treated in accordance with Article III.E below.

B. *Classification of Claims and Interests*

| Class | Claim or Interest | Status | Voting Rights |
|---|---|---|---|
| 1 | Other Secured Claims | Unimpaired | Presumed to Accept |
| 2 | Other Priority Claims | Unimpaired | Presumed to Accept |
| 3 | DIP Claims | Impaired | Entitled to Vote |
| 4 | Secured Notes Claims | Impaired | Entitled to Vote |
| 5 | General Unsecured Claims | Impaired | Entitled to Vote |
| 6 | Intercompany Claims | Unimpaired/Impaired | Not Entitled to Vote |
| 7 | Intercompany Interests | Unimpaired | Presumed to Accept |
| 8 | Existing SN Preferred Interests | Impaired | Deemed to Reject |
| 9 | Existing SN Common Interests | Impaired | Deemed to Reject |
| 10 | Section 510(b) Claims | Impaired | Deemed to Reject |

C. *Treatment of Classes of Claims and Interests*

Subject to Article VI hereof, each Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive under the Plan the treatment described below in full and final satisfaction, compromise, settlement, release, and discharge of, and in exchange for, such Holder's Allowed Claim or Allowed Interest, except to the extent different treatment is agreed to by the Debtors and the Holder of such Allowed Claim or Allowed Interest, as applicable. The Debtors will not agree to different treatment of any Allowed Claim or Allowed Interest prior to the Effective Date without the consent of the Requisite DIP Lenders. Unless otherwise indicated, the Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive such treatment on the later of the Effective Date and the date such Holder's Claim or Interest becomes an Allowed Claim or Allowed Interest or as soon as reasonably practicable thereafter.

1. Class 1 — Other Secured Claims

a. *Classification*: Class 1 consists of all Other Secured Claims against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed Other Secured Claim against the Debtors, each Holder of an Allowed Other Secured Claim shall receive, at the option of the applicable Debtor:

i. payment in full in Cash;

ii. delivery of the collateral securing any such Other Secured Claim and payment of any interest required under section 506(b) of the Bankruptcy Code;

iii. Reinstatement of such Other Secured Claim; or

iv. other treatment rendering such Claim Unimpaired.

c. *Voting*: Class 1 is Unimpaired. Holders of Allowed Other Secured Claims in Class 1 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSD Page 19 of 48

Code. Holders of Allowed Other Secured Claims in Class 1 are not entitled to vote to accept or reject the Plan.

2. Class 2 — Other Priority Claims

a. *Classification*: Class 2 consists of all Other Priority Claims against the Debtors.

b. *Treatment*: Except to the extent that a Holder of an Allowed Other Priority Claim and the Debtor against which such Allowed Other Priority Claim is asserted agree to less favorable treatment for such Holder, in full and final satisfaction of each Allowed Other Priority Claim against the Debtors, each Holder of an Allowed Other Priority Claim shall receive either:

i. Cash in an amount equal to such Allowed Other Priority Claim; or

ii. such other treatment rendering such Other Priority Claim Unimpaired.

c. *Voting*: Class 2 is Unimpaired. Holders of Allowed Other Priority Claims in Class 2 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code. Holders of Allowed Other Priority Claims in Class 2 are not entitled to vote to accept or reject the Plan.

3. Class 3 – DIP Claims

a. *Classification*: Class 3 consists of all DIP Claims (other than DIP Fee Claims) against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed DIP Claim (other than DIP Fee Claims), each Holder of an Allowed DIP Claim (other than DIP Fee Claims) shall receive its Pro Rata share of:

i. the DIP Equity Distribution on the Effective Date; and

ii. 100% of the Post-Effective Date Equity Distribution less any amount of such Post-Effective Date Equity Distribution, if any, allocated to Holders of Allowed Claims in Classes 4 and/or 5 based upon the outcome of the Lien-Related Litigation, which allocation shall be consistent with, as applicable, the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code.

c. *Voting*: Class 3 is Impaired. Holders of DIP Claims in Class 3 are entitled to vote to accept or reject the Plan.

4. Class 4 — Secured Notes Claims

a. *Classification*: Class 4 consists of all Secured Notes Claims against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed Secured Notes Claim (other than DIP Fee Claims), each Holder of an Allowed Secured Notes Claim (other than DIP Fee Claims) shall receive its Pro Rata share of the Post-Effective Date Equity Distribution, if any, allocated to the Secured Notes Claims based upon the outcome of the Lien-Related Litigation, which allocation shall be consistent with, as applicable, the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code.

c. *Voting*: Class 4 is Impaired. Holders of Secured Notes Claims in Class 4 are entitled to vote to accept or reject the Plan.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 20 of 48

5. Class 5 — General Unsecured Claims

a. *Classification*: Class 5 consists of all General Unsecured Claims against the Debtors.

b. *Treatment*: In full and final satisfaction of each Allowed General Unsecured Claim, each Holder of an Allowed General Unsecured Claim shall receive its Pro Rata share of the Post-Effective Date Equity Distribution, if any, allocated to the General Unsecured Claims based upon the outcome of the Lien-Related Litigation, which allocation shall be consistent with, as applicable, the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code.

c. *Voting*: Class 5 is Impaired. Holders of General Unsecured Claims in Class 5 are entitled to vote to accept or reject the Plan.

6. Class 6 — Intercompany Claims

a. *Classification*: Class 6 consists of any Intercompany Claims.

b. *Treatment*: On the Effective Date, Intercompany Claims shall be, at the election of the Debtors:

i. Reinstated;

ii. compromised;

iii. released; or

iv. offset, contributed, and/or distributed to the applicable Debtor.

c. *Voting*: Class 6 is either Unimpaired or Impaired. Holders of Allowed Intercompany Claims in Class 6 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code or conclusively deemed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code. Therefore, Holders of Allowed Intercompany Claims in Class 6 are not entitled to vote to accept or reject the Plan.

7. Class 7 — Intercompany Interests

a. *Classification*: Class 7 consists of all Intercompany Interests.

b. *Treatment*: On the Effective Date, Intercompany Interests shall receive no recovery or distributions and be Reinstated or contributed to the applicable Debtor solely to maintain the Debtors' corporate structure.

c. *Voting*: Class 7 is Unimpaired. Holders of Allowed Intercompany Interests in Class 7 are conclusively presumed to have accepted the Plan under section 1126(f) of the Bankruptcy Code. Holders of Allowed Intercompany Claims in Class 7 are not entitled to vote to accept or reject the Plan.

8. Class 8 — Existing SN Preferred Interests

a. *Classification*: Class 8 consists of all Existing SN Preferred Interests.

b. *Treatment*: On the Effective Date, each Existing SN Preferred Interest shall be cancelled, released and extinguished and shall be of no further force and effect. No Holder of any

Existing SN Preferred Interest shall be entitled to any recovery or distribution under the Plan on account of such Interest.

c. *Voting*: Class 8 is Impaired. Holders of Existing SN Preferred Interests in Class 8 are conclusively deemed to have rejected the Plan under section 1126(f) of the Bankruptcy Code. Holders of Existing SN Preferred Interests in Class 8 are not entitled to vote to accept or reject the Plan.

9. Class 9 — Existing SN Common Interests

a. *Classification*: Class 9 consists of all Existing SN Common Interests.

b. *Treatment*: On the Effective Date, each Existing SN Common Interest shall be cancelled, released and extinguished and shall be of no further force and effect. No Holder of any Existing SN Common Interest shall be entitled to any recovery or distribution under the Plan on account of such Interest.

c. *Voting*: Class 9 is Impaired. Holders of Existing Common Interests in Class 9 are conclusively deemed to have rejected the Plan under section 1126(f) of the Bankruptcy Code. Holders of Existing SN Common Interests in Class 9 are not entitled to vote to accept or reject the Plan.

10. Class 10 – Section 510(b) Claims

a. *Classification*: Class 10 consists of all Section 510(b) Claims.

b. *Treatment*: On the Effective Date, each Section 510(b) Claim will be cancelled, released and extinguished and shall be of no further force and effect. No Holder of any Section 510(b) Claim shall be entitled to any recovery or distribution under the Plan on account of such Claim.

c. *Voting*: Class 10 is Impaired. Holders of Section 510(b) Claims in Class 10 are conclusively deemed to have rejected the Plan under section 1126(f) of the Bankruptcy Code. Holders of Section 510(b) Claims in Class 10 are not entitled to vote to accept or reject the Plan.

D. *Special Provision Governing Unimpaired Claims*

Except as otherwise provided in the Plan, nothing under the Plan shall affect the Debtors' or the Reorganized Debtors' rights regarding any Unimpaired Claim, including all rights regarding legal and equitable defenses to, or setoffs or recoupments against, any such Unimpaired Claim.

E. *Elimination of Vacant Classes*

Any Class of Claims or Interests that does not have a Holder of an Allowed Claim or Interest, or a Claim or Interest temporarily Allowed by the Bankruptcy Court as of the date of the Confirmation Hearing, shall be deemed eliminated from the Plan for purposes of voting to accept or reject the Plan and for purposes of determining acceptance or rejection of the Plan by such Class pursuant to section 1129(a)(8) of the Bankruptcy Code.

F. *Voting Classes; Presumed Acceptance by Non-Voting Classes*

If a Class contains Claims eligible to vote on the Plan and no Holder of Claims eligible to vote in such Class votes to accept or reject the Plan, the Plan shall be presumed accepted by the Holders of such Claims in such Class.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 22 of 48

G. *Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy Code*

Section 1129(a)(10) of the Bankruptcy Code shall be satisfied for purposes of Confirmation by acceptance of the Plan by at least one Impaired Class of Claims. The Debtors shall seek Confirmation of the Plan pursuant to section 1129(b) of the Bankruptcy Code with respect to any rejecting Class(es) of Claims or Interests. The Debtors reserve the right to modify the Plan in accordance with Article X of the Plan to the extent, if any, that Confirmation pursuant to section 1129(b) of the Bankruptcy Code requires modification, including by modifying the treatment applicable to a Class of Claims or Interests to render such Class of Claims or Interests Unimpaired to the extent permitted by the Bankruptcy Code and the Bankruptcy Rules.

H. *Intercompany Interests*

To the extent Reinstated under the Plan, the Intercompany Interests shall be Reinstated for the ultimate benefit of the Holders of Claims that receive New Common Stock under the Plan, and shall receive no recovery or distribution. For the avoidance of doubt, to the extent Reinstated pursuant to the Plan, on and after the Effective Date, all Intercompany Interests shall be owned by the same Reorganized Debtor that corresponds with the Debtor that owned such Intercompany Interests prior to the Effective Date (subject to the Restructuring Transactions).

I. *Subordinated Claims and Interests*

The allowance, classification, and treatment of all Allowed Claims and Interests and their respective distributions and treatments under the Plan take into account and conform to the relative priority and rights of the Claims and Interests in each Class in connection with any contractual, legal, and equitable subordination rights relating thereto, whether arising under general principles of equitable subordination, section 510(b) of the Bankruptcy Code, or otherwise. Pursuant to section 510 of the Bankruptcy Code, the Debtors or Reorganized Debtors, as applicable, reserve the right to re-classify any Allowed Claim or Interest in accordance with any contractual, legal, or equitable subordination relating thereto.

## ARTICLE IV. PROVISIONS FOR IMPLEMENTATION OF THE PLAN

A. *General Settlement of Claims, Interests, and Causes of Action*

Pursuant to section 1123 of the Bankruptcy Code and Bankruptcy Rule 9019, and in consideration for the classification, distributions, releases, and other benefits provided under the Plan, upon the Effective Date, the provisions of the Plan shall constitute a good faith compromise and settlement of all Claims, Interests, Causes of Action, and controversies released, settled, compromised, discharged, satisfied, or otherwise resolved pursuant to the Plan, including any dispute regarding the treatment of any Intercompany Claims. The Plan shall be deemed a motion to approve the good faith compromise and settlement of all such Claims, Interests, Causes of Action, and controversies, including the Professional Fee Settlement, pursuant to Bankruptcy Rule 9019, and the entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of the compromise and settlement of all such Claims, Interests, Causes of Action, and controversies, as well as a finding by the Bankruptcy Court that such compromise and settlement, including the Professional Fee Settlement, is in the best interests of the Debtors, their Estates, and Holders of Claims and Interests and is fair, equitable and reasonable.

B. *Restructuring Transactions*

On the Effective Date or as soon as reasonably practicable thereafter, the Reorganized Debtors shall consummate the Restructuring Transactions and take all actions as may be necessary or appropriate to effectuate the Restructuring Transactions, including: (1) the execution and delivery of any appropriate agreements or other documents of merger, consolidation, restructuring, conversion, disposition, transfer, formation, organization, dissolution, or liquidation containing terms that are consistent with the terms of the Plan and that satisfy the requirements of applicable law and any other terms to which the applicable Entities may agree, including, but not limited to the documents comprising the Plan Supplement and the New Organizational Documents, as applicable; (2) the execution and delivery of appropriate instruments of transfer, assignment, assumption, or delegation of any asset,

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 23 of 48

property, right, liability, debt, or obligation on terms consistent with the terms of the Plan and having other terms for which the applicable Entities may agree; (3) the execution, delivery and filing, if applicable, of appropriate certificates or articles of incorporation, formation, reincorporation, merger, consolidation, conversion, or dissolution pursuant to applicable state law, including any applicable New Organizational Documents; (4) such other transactions that are required to effectuate the Restructuring Transactions; and (5) all other actions that the applicable Entities determine to be necessary or appropriate, including making filings or recordings that may be required by applicable law.

C. *Sources of Consideration for Plan of Reorganization Distributions*

The Reorganized Debtors will fund distributions under the Plan with Cash on hand on the Effective Date and the New Common Stock.

1. Issuance and Distribution of New Common Stock

On the Effective Date, or as soon as reasonably practicable thereafter, the Reorganized Debtors shall issue the New Common Stock to fund distributions to Holders of Allowed Claims in accordance with Article III of the Plan; *provided that* New Common Stock issued on account of the Post-Effective Date Equity Distribution shall occur in accordance with Article IV.C.2. The issuance of New Common Stock, as well as options, or other equity awards of interests in the Reorganized Debtors, if any, reserved under the Management Incentive Plan, is duly authorized without the need for any further corporate action and without any further action by the Debtors or Reorganized Debtors or the Holders of Claims. All shares of New Common Stock issued under the Plan shall be duly authorized, validly issued, fully paid, and non-assessable.

The Secured Ad Hoc Group shall prepare a New Stockholders' Agreement as part of the Plan Supplement. Each Entity intended to become a Holder of New Common Stock, as a condition to receiving such New Common Stock, shall be required to deliver an executed signature page to the New Stockholders' Agreement. Each Holder of New Common Stock shall be deemed a party to the New Stockholders' Agreement, without regard to whether such signature page is actually delivered. On the Effective Date, the Reorganized Debtors shall enter into and deliver the New Stockholders' Agreement to each known Entity that is intended to be a party thereto at such time, and such New Stockholders' Agreement shall be deemed to be valid, binding, and enforceable in accordance with its terms, and each Holder of New Common Stock shall be bound thereby.

2. Distribution of Post-Effective Date Equity Distribution

The shares of New Common Stock comprising the Post-Effective Date Equity Distribution shall remain authorized but unissued pending the outcome of all or a portion of the Lien-Related Litigation, which shall occur following the Effective Date. Upon adjudication or other resolution of all or a portion of the Lien-Related Litigation, the Reorganized Debtors shall issue the Post-Effective Date Equity Distribution in the amount of New Common Stock allocated to Class 3, 4 and/or 5 Claims, to the extent such Claims are entitled to receive New Common Stock, pursuant to an order of the Bankruptcy Court. No shares of New Common Stock shall be issued on account of the Post-Effective Date Equity Distribution except as provided in an order of the Bankruptcy Court with respect to the Lien-Related Litigation, which order shall designate the allocation of New Common Stock as between the Holders of Allowed DIP Claims, if any, Holders of Allowed Secured Notes Claims, if any, and Holders of Allowed General Unsecured Claims, if any. Upon such order of allocation from the Bankruptcy Court, to the extent the New Stockholders' Agreement is not terminated in accordance with its terms, each proposed Holder of New Common Stock under such order shall, as a condition to receiving such New Common Stock, be required to deliver an executed signature page to the New

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 24 of 48

Stockholders' Agreement. Each Holder shall be deemed a party to the New Stockholders' Agreement, if any, without regard to whether an executed signature pages is actually delivered.

D. *Lien-Related Litigation*

The Lien-Related Litigation shall be adjudicated following the Confirmation Date by the Bankruptcy Court according to the following timeline:

- *Phase 1:* The parties to the Lien-Related Litigation shall seek a final hearing date that is not more than 30 days after the Effective Date to determine the interpretation of the Final DIP Order. This phase shall be initiated by a pleading filed by the DIP Lenders or DIP Agent.

- *Phase 2:* If the Bankruptcy Court determines that any additional Lien-Related Litigation is necessary in light of the determinations in Phase 1, other than as to the valuation of Causes of Action, the relevant parties shall seek a hearing for determination of such additional issues not more than 30 days after the Bankruptcy Court's determination of issues presented in Phase 1 and in no event 60 days after the Effective Date. This phase shall be initiated by a pleading filed by the Lien-Related Litigation Creditor Representative on or before the 35th day following the Effective Date.

- *Phase 3:* If the Bankruptcy Court determines that the valuation of any Causes of Action are necessary as part of any Lien-Related Litigation in light of Phases 1 and 2, the relevant parties may seek a hearing for determination of such additional issues after the Bankruptcy Court's determination of issues presented in Phases 1 and 2. This phase shall be initiated by a pleading filed by the Lien-Related Litigation Creditor Representative not more than 30 days after the Bankruptcy Court's determination of issues presented in Phase 2.

- *Post-Effective Date Equity Distribution Allocations:* The Bankruptcy Court may, in its discretion, issue a final ruling as to the allocation of all or a part of the Post-Effective Date Equity Distribution at the conclusion of any of the three phases.

Discovery shall not occur except to the extent permitted and deemed necessary by the Bankruptcy Court. Expert reports, if any, shall be exchanged 14 days prior to any hearing. Any and all claims, objections, or challenges within the definition Lien-Related Litigation shall be dismissed with prejudice, released, and forever barred if not asserted and determined in accordance with the foregoing schedule and otherwise in accordance with the provisions of the Plan. The liquidation and valuation findings and conclusions in the Confirmation Order and in connection with Confirmation shall have preclusive effect in the Lien-Related Litigation, provided, however, such preclusive effect shall not apply to the valuation of the Debtors' Causes of Action, which shall be subject to valuation, if at all, in accordance with Phase 3 of the Lien-Related Litigation described in this section. .

The parties to the Lien-Related Litigation shall use all reasonable efforts to minimize the costs of such litigation. All costs of prosecuting the Lien-Related Litigation shall be borne by the respective parties to the litigation, and no costs shall be borne by the Reorganized Debtors or payable by one group of parties to the other; *provided that* in the event that (i) the DIP Lenders retain at least 50.01% of the New Common Stock following the Post-Effective Date Equity Distribution, nothing herein shall restrict the ability of the Reorganized Debtors to pay the fees and expenses of the DIP Lenders or Secured Ad Hoc Group at any time following the Effective Date or (ii) the holders of General Unsecured Claims hold at least 50.01% of the New Common Stock following the Post-Effective Date Equity Distribution, nothing herein shall restrict the ability of the Reorganized Debtors to pay the fees and expenses of the Lien-Related Litigation Creditor Representative at any time following the Effective Date. Notwithstanding the foregoing, nothing in this paragraph shall alter the rights of the DIP Lenders or DIP Agent to repayment or reimbursement to the extent provided under the Final DIP Order or DIP Credit Agreement. Notwithstanding anything in this Plan to the contrary, in connection with determining the Lien-Related Litigation, for purposes of clarification, all rights, claims, and defenses of the Holders of the DIP Claims, including all rights under sections 1129(a)(9)(A) and 726 of the Bankruptcy Code shall be deemed preserved. Without limiting the foregoing, for purposes of clarification, nothing herein restricts the ability of the Lien-Related Litigation Creditor Representative to employ

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 25 of 48

professionals and seek or secure funding or financing to pay for the reasonable fees and expenses incurred in connection with the Lien-Related Litigation to the extent permitted by otherwise applicable law.

There shall be no issuance and distribution of New Common Stock pursuant to the Post-Effective Date Equity Distribution except pursuant to an order entered by the Bankruptcy Court with respect to or following the resolution of the Lien-Related Litigation. Any and all issues regarding the proper allocation of the Post-Effective Date Equity Distribution shall be determined by the Bankruptcy Court in connection with the Lien-Related Litigation and consistent with the Final DIP Order and the priorities set forth in sections 1129(b) and 726 of the Bankruptcy Code, which determination regarding such allocation may include, among other things, the consideration of the value, if any, of any Causes of Action preserved by the Reorganized Debtors pursuant to the Plan and whether such value should be allocated to or offset by Secured Claims or Administrative Claims. The New Common Stock shall be issued pursuant to the Post-Effective Date Equity Distribution upon an order of the Bankruptcy Court, which order shall designate the allocation of New Common Stock as between the Holders of Allowed DIP Claims, if any, Holders of Allowed Secured Notes Claims, if any, and Holders of Allowed General Unsecured Claims, if any.

Reorganized SN shall not declare, pay, or make any dividend or other similar distribution on account of the New Common Stock or make any similar transfer with respect to the New Common Stock until the Post-Effective Date Equity Distribution has occurred. Prior to the earlier of (i) the resolution of the Lien-Related Litigation and (ii) the distribution of all New Common Stock comprising the Post-Effective Date Equity Distribution, the Reorganized Debtors will seek approval of any settlement or compromise of any Causes of Action against the Sanchez Parties, SOG, SNMP, or their respective transferees (within the meaning of section 550 of the Bankruptcy Code) or Lien-Related Litigation, following consultation with the Lien-Related Litigation Creditor Representative, pursuant to Bankruptcy Rule 9019, after notice and opportunity for a hearing.

E. *Continuation of Gavilan Proceeding*

The Gavilan Proceeding shall be litigated or compromised after the Effective Date exclusively by the Reorganized Debtors.

F. *Corporate Existence*

Except as otherwise provided in the Plan, the New Organizational Documents, or any agreement, instrument, or other document incorporated in the Plan or the Plan Supplement, on the Effective Date, each Debtor shall continue to exist after the Effective Date as a separate corporation, limited liability company, partnership, or other form of entity, as the case may be, with all the powers of a corporation, limited liability company, partnership, or other form of entity, as the case may be, pursuant to the applicable law in the jurisdiction in which each applicable Debtor is incorporated or formed and pursuant to the respective certificate of incorporation and bylaws (or other analogous formation documents) in effect before the Effective Date, except to the extent such certificate of incorporation and bylaws (or other analogous formation documents) are amended by the Plan or otherwise, and to the extent such documents are amended, such documents are deemed to be amended pursuant to the Plan and require no further action or approval.

G. *Vesting of Assets in the Reorganized Debtors*

Except as otherwise provided in the Plan, the Confirmation Order, or any agreement, instrument, or other document incorporated herein or therein, or any agreement, instrument, or other document incorporated in the Plan or the Plan Supplement, on the Effective Date, all property in each Estate, all Causes of Action, and any property acquired by any of the Debtors, including interests held by the Debtors in their respective non-Debtor subsidiaries, shall vest in each applicable Reorganized Debtor, free and clear of all Liens, Claims, charges, or other encumbrances. On and after the Effective Date, each Reorganized Debtor may operate its business and may use, acquire, or dispose of property, and compromise or settle any Claims, Interests, or Causes of Action without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 26 of 48

H. *Corporate Action*

Upon the Effective Date, or as soon thereafter as is reasonably practicable, all actions contemplated by the Plan shall be deemed authorized and approved by the Bankruptcy Court in all respects, including, as applicable: (1) the implementation of the Restructuring Transactions; (2) the selection of the directors and officers for the Reorganized Debtors; (3) the adoption of the Management Incentive Plan, if any, by the Reorganized SN Board; (4) the issuance and distribution of the New Common Stock; and (5) all other actions contemplated under or necessary to implement the Plan (whether to occur before, on, or after the Effective Date). Upon the Effective Date, all matters provided for in the Plan involving the corporate structure of the Reorganized Debtors, and any corporate action required by the Debtors, or the Reorganized Debtors in connection with the Plan, shall be deemed to have occurred and shall be in effect, without any requirement of further action by the security holders, directors, or officers of the Debtors, or the Reorganized Debtors. On or (as applicable) before the Effective Date, the appropriate officers of the Debtors or the Reorganized Debtors shall be authorized and (as applicable) directed to issue, execute, and deliver the agreements, documents, securities, and instruments contemplated by the Plan (or necessary or desirable to effect the transactions contemplated by the Plan) in the name of and on behalf of the Reorganized Debtors, and any and all other agreements, documents, securities, and instruments relating to the foregoing, to the extent not previously authorized by the Bankruptcy Court. The authorizations and approvals contemplated by this Article IV.H shall be effective notwithstanding any requirements under non-bankruptcy law.

I. *New Organizational Documents*

Prior to the Effective Date, the Secured Ad Hoc Group shall prepare the form of New Organizational Documents, which shall be included in the Plan Supplement. On the Effective Date, to the extent legally required, each of the Reorganized Debtors will file its New Organizational Documents with the applicable Secretaries of State and/or other applicable authorities in its respective state of incorporation or formation in accordance with the applicable laws of the respective state of incorporation or formation. The New Organizational Documents shall be consistent with section 1123(a)(6) of the Bankruptcy Code. Pursuant to section 1123(a)(6) of the Bankruptcy Code, the New Organizational Documents will prohibit the issuance of non-voting equity securities. After the Effective Date, the Reorganized Debtors may amend and restate their respective New Organizational Documents and other constituent documents as permitted by the laws of their respective states of incorporation and their respective New Organizational Documents. Neither the preparation nor the filing of the New Organizational Documents shall be deemed to create a new corporate or other legal entity, and the New Organizational Documents shall be deemed amendments to or amendments and restatements of applicable organizational documents for purposes of any change of control determination.

J. *Directors and Officers of Reorganized SN*

The composition and membership of the Reorganized SN Board shall be determined prior to the Effective Date by the Secured Ad Hoc Group and included in the Plan Supplement. Thereafter, the members of the Reorganized SN Board shall be elected in accordance with the New Organizational Documents. Provisions regarding the removal, appointment, and replacement of members of the Reorganized SN Board in subsequent terms will be disclosed in the New Organizational Documents.

If the Secured Ad Hoc Group, the CRO and each applicable executive reach an agreement with respect to the terms and form of the New Executive Agreements, such agreement shall be included in the Plan Supplement and, on the Effective Date, the Reorganized Debtors shall enter into the New Executive Employment Agreements.

K. *Retention of Current Workforce by Reorganized SN; Severance Payments*

The CRO and the Secured Ad Hoc Group shall agree upon the members of the Debtors' current workforce that shall be retained and employed by the Reorganized Debtors as of the Effective Date. Such individuals shall be offered employment as soon as practicable. The continuation of SN's obligations by Reorganized SN under the 2020 Non-Executive Bonus Program for such retained employees will be set forth in the Plan Supplement.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 27 of 48

Severance consisting of up to six (6) weeks' severance pay up to an aggregate amount of up to $1.4 million shall be provided to all members of the Debtors' current workforce who are SOG employees that provide services to the Debtors, other than the Sanchez Parties, that are not offered employment with the Reorganized Debtors, provided such member of the Debtors' workforce has not been paid severance by SOG. All such payments will be subject to any customary or required withholdings and other requirements of law.

L. *Management Incentive Plan*

The Reorganized SN Board shall be authorized to implement the Management Incentive Plan on terms to be determined by the Reorganized SN Board.

M. *Effectuating Documents; Further Transactions*

On and after the Effective Date, the Reorganized Debtors, their officers, and the members of the Reorganized Boards are authorized to and may issue, execute, deliver, file, or record such contracts, Securities, instruments, releases, and other agreements or documents and take such actions as may be necessary or appropriate to effectuate, implement, and further evidence the terms and conditions of the Plan and the Securities issued pursuant to the Plan, including the New Common Stock, in the name of and on behalf of the Reorganized Debtors, without the need for any approvals, authorization, or consents.

N. *Preservation of Causes of Action*

Unless expressly waived, relinquished, exculpated, released, compromised, or settled under the Plan or a Final Order, in accordance with section 1123(b) of the Bankruptcy Code, the Reorganized Debtors shall retain and may enforce all rights to commence and pursue, as appropriate, any and all Causes of Action (including all Avoidance Actions), whether arising before or after the Petition Date, including any actions specifically enumerated in the Plan Supplement, and such rights to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date. No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Reorganized Debtors will not pursue any and all available Causes of Action against it. The Reorganized Debtors expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan. Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised, or settled under the Plan or pursuant to a Bankruptcy Court order, the Reorganized Debtors, as applicable, expressly reserve all Causes of Action for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of the Confirmation or Consummation. In accordance with section 1123(b)(3) of the Bankruptcy Code, except as otherwise provided herein, any Causes of Action that a Debtor may hold against any Entity shall vest in the Reorganized Debtors.

The applicable Reorganized Debtor, through its authorized agents or representatives, shall retain and may exclusively enforce any and all such Causes of Action, as applicable. The Reorganized Debtors shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action, and to decline to do any of the foregoing without the consent or approval of any third party or further notice to, or action, order, or approval of, the Bankruptcy Court.

Notwithstanding the foregoing, the Lien-Related Litigation Creditor Representative shall have standing to pursue, prosecute and sole authority to settle all Causes of Action referenced and asserted in the Lien Challenge Complaint as of the date hereof, solely to the extent and in accordance with the process and timing set forth in the Plan. The Bankruptcy Court shall retain exclusive jurisdiction to resolve all Causes of Action.

O. *Exemption from Registration Requirements*

The authorization, issuance, and distribution of all New Common Stock pursuant to the Plan, including the shares of New Common Stock issued pursuant to the DIP Equity Distribution and the Post-Effective Date Equity

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 28 of 48

Distribution, regardless of whether issued on or as soon as reasonably practicable after the Effective Date or following the outcome of the Lien-Related Litigation, will be exempt from the registration requirements of section 5 of the Securities Act and any similar federal, state, or local law in reliance on section 1145 of the Bankruptcy Code or, only to the extent such exemption under section 1145 of the Bankruptcy Code is not available, any other available exemption from registration under the Securities Act and such similar federal, state and local laws.

All New Common Stock authorized, issued and distributed pursuant to the Plan in reliance upon the exemption from registration provided in section 1145 of the Bankruptcy Code may be resold without registration under the Securities Act by the recipients thereof that are not "underwriters" (as defined in section 2(a)(11) of the Securities Act and in the Bankruptcy Code) pursuant to the Plan, subject to: (1) compliance with any applicable state and foreign securities laws and obtaining any other applicable regulatory approval; and (2) the transfer restrictions set forth in the New Organizational Documents, if any. For the avoidance of doubt, if any shares of New Common Stock are issued pursuant to the exemption from registration in section 4(a)(2) of the Securities Act, such shares of New Common Stock will be considered "restricted securities" and may not be resold by the recipients thereof except pursuant to an effective registration statement under the Securities Act or an available exemption thereunder. Reorganized SN will not be a public reporting company as of the Effective Date.

P. *Cancellation of Instruments, Certificates, and Other Documents*

Except for the purpose of evidencing a right to and allowing Holders of Claims to receive a distribution under the Plan and except as otherwise provided in the Plan or any agreement, instrument, or other document incorporated in the Plan or the Plan Supplement, on the Effective Date, all notes, instruments, Certificates, and other documents evidencing Claims or Interests, and any other credit agreements and indentures evidencing or creating a prepetition Claim or Interest, shall be terminated and canceled, and the obligations of the Debtors thereunder or in any way related thereto shall be discharged. Notwithstanding the foregoing, DIP Credit Agreement, Indentures, and the Collateral Trust Agreement, as applicable, shall continue in effect solely to the extent necessary to: (i) allow the DIP Agent, a disbursing agent, or the Indenture Trustees to make distributions to the Holders of DIP Claims, Secured Notes Claims and Unsecured Notes Claims, as applicable; (ii) permit the DIP Agent, the Indenture Trustees, and the Collateral Trustee to assert their charging liens; and (iii) allow the DIP Agent, the Indenture Trustees, Holders of Secured and Unsecured Notes, and the Collateral Trustee to maintain any right of indemnification, contribution, subrogation or any other claim or entitlement they may have under the DIP Credit Agreement, the Indentures, or the Collateral Trust Agreement, as applicable, with respect to any party other than the Debtors or Reorganized Debtors. The provisions of the DIP Credit Agreement, the Indentures, and the Collateral Trust Agreement governing the relationships of each of the DIP Agent, the DIP Lenders, the Indenture Trustees, the respective Holders of Secured Notes and Unsecured Notes, and the Collateral Trustee shall not be affected by the Plan, Confirmation, or Effective Date. Notwithstanding confirmation or consummation of this Plan (and for the avoidance of doubt), the Unsecured Notes Indentures and any agreement that governs the rights of the Holders of Unsecured Notes Claims shall continue in effect (and the Unsecured Notes Indenture Trustee shall remain as trustee, register and paying agent) for the purposes of: (1) preserving any rights of the Unsecured Notes Indenture Trustee to payment of fees, expenses, and indemnification obligations as against any money or property distributable to the Holders under the relevant Indenture, including any rights to priority of payment and/or to exercise charging liens; (2) permitting the Unsecured Notes Indenture Trustee to enforce any obligations owed to it under the Plan; and (3) permitting the Unsecured Notes Indenture Trustee to appear in the case or any proceeding in the case in which it is or may become a party.

Q. *Section 1146(a) Exemption*

To the fullest extent permitted by section 1146(a) of the Bankruptcy Code, any transfers (whether from a Debtor to a Reorganized Debtor or to any other Person) of property under the Plan (including the Restructuring Transactions) or pursuant to: (1) the issuance, distribution, transfer, or exchange of any debt, equity Security, or other interest in the Debtors or the Reorganized Debtors; (2) the creation, modification, consolidation, termination, refinancing, and/or recording of any mortgage, deed of trust, or other security interest, or the securing of additional indebtedness by such or other means; (3) the making, assignment, or recording of any lease or sublease; or (4) the making, delivery, or recording of any deed or other instrument of transfer under, in furtherance of, or in connection with, the Plan, including any deeds, bills of sale, assignments, or other instrument of transfer executed in connection with any transaction arising out of, contemplated by, or in any way related to the Plan (including the Restructuring Transactions), shall not be subject to any document recording tax, stamp tax, conveyance fee, intangibles or similar

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 29 of 48

tax, mortgage tax, real estate transfer tax, mortgage recording tax, Uniform Commercial Code filing or recording fee, regulatory filing or recording fee, or other similar tax or governmental assessment, and upon entry of the Confirmation Order, the appropriate state or local governmental officials or agents shall forego the collection of any such tax or governmental assessment and accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax, recordation fee, or governmental assessment. All filing or recording officers (or any other Person with authority over any of the foregoing), wherever located and by whomever appointed, shall comply with the requirements of section 1146(a) of the Bankruptcy Code, shall forego the collection of any such tax or governmental assessment, and shall accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax or governmental assessment.

R. *DIP Agent Fees and Expenses*

On the Effective Date, the Debtors or the Reorganized Debtors, as applicable, shall pay in Cash all DIP Agent Fees and Expenses without the need for the DIP Agent to file fee applications or any other applications or motions with the Bankruptcy Court, and from and after the Effective Date, the Reorganized Debtors shall pay in Cash all DIP Agent Fees and Expenses incurred. For the avoidance of doubt, nothing herein shall be deemed to impair, waive, discharge, or negatively impact or affect the rights of the DIP Agent to exercise its charging liens pursuant to the terms of the DIP Credit Agreement.

## ARTICLE V.
## TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

A. *Assumption or Rejection of Executory Contracts and Unexpired Leases*

Except as otherwise provided in the Plan or otherwise agreed to by the Debtors and the counterparty to an Executory Contract or Unexpired Lease, all Executory Contracts or Unexpired Leases not previously assumed, assumed and assigned, or rejected in the Chapter 11 Cases, shall be assumed by the Reorganized Debtors, effective as of the Effective Date, in accordance with the requirements of sections 365 and 1123 of the Bankruptcy Code and regardless of whether such Executory Contract or Unexpired Lease is set forth on the Schedule of Assumed Executory Contracts and Unexpired Leases, other than: (1) those that are identified on the Schedule of Rejected Executory Contracts and Unexpired Leases; (2) those that have been previously rejected by a Final Order; (3) those that are the subject of a motion to reject Executory Contracts or Unexpired Leases that is pending on the Confirmation Date; or (4) those that are subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the Effective Date. Entry of the Confirmation Order shall constitute a Bankruptcy Court order approving the assumptions, assumptions and assignments, or rejections of such Executory Contracts or Unexpired Leases as set forth in the Plan, the Schedule of Assumed Executory Contracts and Unexpired Leases, or the Schedule of Rejected Executory Contracts and Unexpired Leases, pursuant to sections 365(a) and 1123 of the Bankruptcy Code, except as otherwise provided in the Plan or the Confirmation Order. Unless otherwise indicated or agreed by the Debtors and the applicable contract counterparties, assumptions, assumptions and assignments, or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan are effective as of the Effective Date, notwithstanding the fact that the deadline to object to assumption or rejection of an Executory Contract or Unexpired Lease may be after the Effective Date.

Each Executory Contract or Unexpired Lease assumed by Bankruptcy Court order but not assigned to a third party before the Effective Date shall re-vest in and be fully enforceable by the applicable contracting Reorganized Debtor in accordance with its terms, except as such terms may have been modified by any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law or as otherwise agreed by the Debtors and the applicable counterparty to the Executory Contract or Unexpired Lease. Notwithstanding anything to the contrary in this Article V, the New Executive Employment Agreements shall be deemed to be entered into or assumed, as applicable, on the Effective Date.

B. *Claims Based on Rejection of Executory Contracts or Unexpired Leases*

Prior to the Confirmation Hearing, the Secured Ad Hoc Group will identify the Executory Contracts and Unexpired Leases to be included in the Schedule of Rejected Executory Contracts and Unexpired Leases, and the Debtors shall cause Notices of Rejection to be sent to the applicable counterparties in the Schedule of Rejected

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 30 of 48

Executory Contracts and Unexpired Leases setting forth the date by which objections to the proposed rejection, if any, must be Filed. The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from the Schedule of Rejected Executory Contracts and Unexpired Leases until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection. Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts and Unexpired Leases, if any, must be Filed with the Bankruptcy Court by no later than the date provided in the Notice of Rejection, Confirmation Order or any other order of the Bankruptcy Court establishing the date by which such Proofs of Claim must be Filed. Any and all negotiation, litigation (including of any objection to rejection), dispute resolution or any other matters regarding the rejection of Executory Contracts and Unexpired Leases shall be carried out by the Reorganized Debtors after the Effective Date.

**Any Claims arising from the rejection of an Executory Contract or Unexpired Lease that are not Filed within such time set in the Notice of Rejection or by the Bankruptcy Court in the Confirmation Order will be automatically Disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Reorganized Debtors, the Estates, or property of the foregoing parties, without the need for any objection by the Debtors or Reorganized Debtors, as applicable, or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in a Proof of Claim to the contrary.** All Allowed Claims arising from the rejection of the Debtors' Executory Contracts and Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with Article III of the Plan.

C. *Cure of Defaults for Assumed Executory Contracts and Unexpired Leases*

Any Cure Claims under each Executory Contract and Unexpired Lease to be assumed shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by payment of the Cure Claim in Cash as soon as reasonably practicable, subject to the limitations described below, by the Reorganized Debtors or on such other terms as the parties to such Executory Contracts or Unexpired Leases may otherwise agree. In the event of a dispute regarding (1) the amount of the Cure Claim, (2) the ability of the Reorganized Debtors or any assignee, as applicable, to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (3) any other matter pertaining to assumption, the Cure Claims required by section 365(b)(1) of the Bankruptcy Code shall only be paid following the entry of a Final Order resolving the dispute and approving the assumption.

Prior to the Confirmation Hearing, the Secured Ad Hoc Group will identify the Executory Contracts and Unexpired Leases to be included in the Schedule of Assumed Executory Contracts and Unexpired Leases, and the Debtors shall cause Notices of Assumption to be sent to applicable counterparties. Any objection to the proposed assumption or cure amount by such counterparty must be Filed by no later than the date provided in the Notice of Assumption, Confirmation Order or any other order of the Bankruptcy Court establishing the date by which such objections must be Filed. The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from the Schedule of Assumed Executory Contracts and Unexpired Leases and move it to the Schedule of Rejected Executory Contracts and Unexpired Leases until the later of (a) the date by which objections to the proposed assumption must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection. Any such objection shall be heard after the Confirmation Date at a date determined by the Bankruptcy Court. Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or cure amount will be deemed to have assented to such assumption or Cure Claim. Any and all negotiation, litigation (including of any objection to assumption), dispute resolution or any other matters regarding the assumption of Executory Contracts and Unexpired Leases shall be carried out by the Reorganized Debtors after the Effective Date

Assumption (or assumption and assignment) of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure Claims, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption and/or assignment. **Any liabilities reflected in the Schedules and any Proofs of Claim Filed with respect to an Executory Contract or Unexpired Lease that has been assumed and assigned**

**shall be deemed Disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.**

D. *Indemnification Obligations*

On and as of the Effective Date, the Indemnification Obligations to indemnify any Indemnified Parties with respect to the Exculpation Claims (i) will be assumed; (ii) will survive the effectiveness of the Plan; (iii) will not be discharged, impaired, or otherwise affected in any way, including by the Plan, the Plan Supplement, the Confirmation Order or the New Organizational Documents; (iv) will not be limited, reduced, or terminated after the Effective Date; and (v) will survive unimpaired and unaffected. Any payment of Indemnification Obligations by the Reorganized Debtors shall be sought first to the extent of any available coverage under existing insurance policies.

E. *Insurance Policies*

Notwithstanding anything in the Plan to the contrary, unless otherwise listed on the Schedule of Rejected Executory Contracts and Unexpired Leases (provided that no D&O Liability Insurance Policies shall be rejected), all of the Debtors' insurance policies and any agreements, documents, or instruments relating thereto to which a Debtor is a party, named insured or beneficiary as of the Effective Date are treated as and deemed to be Executory Contracts under the Plan. On the Effective Date, pursuant to section 365(a) of the Bankruptcy Code, the Reorganized Debtors shall be deemed to have assumed all insurance policies and any agreements, documents, and instruments related thereto, including all D&O Liability Insurance Policies (including tail coverage liability insurance). Entry of the Confirmation Order will constitute the Bankruptcy Court's approval of the Reorganized Debtors' assumption of all such insurance policies, including the D&O Liability Insurance Policies. Notwithstanding anything to the contrary contained in the Plan, Confirmation of the Plan shall not discharge, impair, or otherwise modify any indemnity obligations assumed by the foregoing assumption of insurance policies, including the D&O Liability Insurance Policies, and each such indemnity obligation will be deemed and treated as an Executory Contract that has been assumed by the Reorganized Debtors under the Plan as to which no Proof of Claim or Cure Claim need be Filed, and shall survive the Effective Date.

F. *Modifications, Amendments, Supplements, Restatements, or Other Agreements*

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

G. *Contracts and Leases After the Petition Date*

Contracts and leases entered into after the Petition Date by any Debtor, including any Executory Contracts and Unexpired Leases assumed under section 365 of the Bankruptcy Code, will be performed by the applicable Debtor or Reorganized Debtor liable thereunder in the ordinary course of its business. Such contracts and leases that are not rejected under the Plan shall survive and remain unaffected by entry of the Confirmation Order.

H. *Reservation of Rights*

Nothing contained in the Plan or the Plan Supplement shall constitute an admission by the Debtors or any other party that any contract or lease is in fact an Executory Contract or Unexpired Lease or that any Reorganized Debtor has any liability thereunder. If there is a dispute regarding (1) whether a contract or lease is or was executory

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 32 of 48

or unexpired at the time of assumption, (2) the amount of any Cure Claim, (3) the ability of the Reorganized Debtors or any assignee, as applicable, to provide adequate assurance of future performance (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (4) any other matter pertaining to assumption, the Reorganized Debtors shall have 45 days following entry of a Final Order resolving such dispute to alter their treatment of such contract or lease.

## ARTICLE VI.
## PROVISIONS GOVERNING DISTRIBUTIONS

A. *Distributions on Account of Claims Allowed as of the Effective Date*

Except with respect to the New Common Stock subject to the Post-Effective Date Equity Distribution, or except as provided in a Final Order, or as otherwise agreed to by the Debtors or the Reorganized Debtors, as the case may be, and the Holder of the applicable Claim or Interest, on the first Distribution Date, the Disbursing Agent shall make initial distributions under the Plan on account of Claims Allowed on or before the Effective Date; *provided*, *however*, that (1) Allowed Administrative Claims with respect to liabilities incurred by the Debtors in the ordinary course of business shall be paid or performed in the ordinary course of business in accordance with the terms and conditions of any controlling agreements, course of dealing, course of business, or industry practice, and (2) Allowed Priority Tax Claims shall be paid in accordance with Article II.C. To the extent any Allowed Priority Tax Claim is not due and owing on the Effective Date, such Claim shall be paid in full in Cash in accordance with the terms of any agreement between the Debtors and the Holder of such Claim or as may be due and payable under applicable non-bankruptcy law or in the ordinary course of business. Except as may be provided by an order of the Bankruptcy Court for the release of the New Common Stock subject to the Post-Effective Date Equity Distribution, which New Common Stock shall be released as soon as practicable following the entry of such order, a Distribution Date shall occur no more frequently than once in every 90-day period after the Effective Date, as necessary, in the sole discretion of the Reorganized Debtors.

B. *Rights and Powers of the Disbursing Agent*

1. Powers of Disbursing Agent

The Disbursing Agent shall be empowered to: (a) effect all actions and execute all agreements, instruments, and other documents necessary to perform its duties under the Plan; (b) make all distributions contemplated hereby; (c) employ professionals to represent it with respect to its responsibilities; and (d) exercise such other powers as may be vested in the Disbursing Agent by order of the Bankruptcy Court, pursuant to the Plan, or as deemed by the Disbursing Agent to be necessary and proper to implement the provisions hereof.

2. Expenses Incurred On or After the Effective Date

Except as otherwise ordered by the Bankruptcy Court, the amount of any reasonable fees and expenses incurred by the Disbursing Agent on or after the Effective Date (including taxes) and any reasonable compensation and expense reimbursement claims (including reasonable attorney fees and expenses) made by the Disbursing Agent shall be paid in Cash by the Reorganized Debtors.

C. *Special Rules for Distributions to Holders of Disputed Claims*

Except as otherwise agreed by the relevant parties: (1) no partial payments and no partial distributions shall be made with respect to a Disputed Claim until all such disputes in connection with such Disputed Claim have been resolved by settlement or Final Order; and (2) any Entity that holds both an Allowed Claim and a Disputed Claim shall not receive any distribution on the Allowed Claim unless and until all objections to the Disputed Claim have been resolved by settlement or Final Order for the Claims have been Allowed or expunged. Any dividends or other distributions arising from property distributed to Holders of Allowed Claims in a Class and paid to such Holders under the Plan shall also be paid, in the applicable amounts, to any Holder of a Disputed Claim in such Class that becomes an Allowed Claim after the date or dates that such dividends or other distributions were earlier paid to Holders of Allowed Claims in such Class.

D. *Delivery of Distributions*

1. Record Date for Distributions

Except for distributions to holders of public securities, three (3) business days before the Effective Date, the Claims Register and the various transfer registers for each Class of Claims as maintained by the Debtors or their respective agents shall be deemed closed, and there shall be no further changes in the record Holders of any Claims. The Disbursing Agent shall have no obligation to recognize any transfer of Claims or Interests occurring on or after three (3) business days before the Effective Date. In addition, with respect to payment of any Cure amounts or disputes over any Cure amounts, neither the Debtors nor the Disbursing Agent shall have any obligation to recognize or deal with any party other than the non-Debtor party to the applicable Executory Contract or Unexpired Lease as of the Effective Date, even if such non-Debtor party has sold, assigned, or otherwise transferred its Claim for a Cure amount. For the avoidance of doubt, no record date for distributions shall apply to holders of public securities.

2. Distribution Process

The Disbursing Agent shall make all distributions required under the Plan, except with respect to distributions to Holders of Allowed DIP Claims, Allowed Secured Notes Claims and Allowed Unsecured Notes Claims, as set forth herein, and shall exercise commercially reasonable efforts to implement appropriate mechanics governing such distributions in accordance with the Plan and the terms of the relevant governing agreement. Except as otherwise provided herein, and notwithstanding any authority to the contrary, distributions to Holders of Allowed Claims, including Claims that become Allowed after the Effective Date, shall be made to Holders of record or their respective designees as of three (3) business days before the Effective Date: (a) to the address of such Holder or designee as set forth in the Debtors' books and records, provided that the address of such Holder shall be deemed to be the address set forth in any Proof of Claim filed by such Holder (or if the appropriate notice has been provided pursuant to the governing agreement in writing, on or before the date that is ten (10) calendar days before the Effective Date, of a change of address or an identification of designee, to the changed address or to such designee, as applicable); or (b) in accordance with Federal Rule of Civil Procedure 4, as modified and made applicable by Bankruptcy Rule 7004, if no address exists in the applicable register or the Debtors' books and records, no Proof of Claim has been Filed, and the Disbursing Agent has not received a written notice of a change of address on or before the date that is ten (10) calendar days before the Effective Date. The Debtors, the Reorganized Debtors, and the Disbursing Agent, as applicable, shall not incur any liability whatsoever on account of any distributions under the Plan. Except as otherwise provided in the Plan, Holders of Claims shall not be entitled to interest or accruals on the distributions provided for in the Plan, regardless of whether such distributions are delivered on or at any time after the Effective Date.

3. Delivery of Distributions to Holders of Allowed DIP Claims

Except as otherwise provided in the Plan or reasonably requested by the DIP Agent, all distributions to Holders of Allowed DIP Claims shall be deemed completed when made to (or with the consent of) the DIP Agent, which shall be deemed to be the Holder of all Allowed DIP Claims for purposes of distributions to be made hereunder. The DIP Agent shall hold or direct such distributions for the benefit of the Holders of Allowed DIP Claims, as applicable. As soon as practicable in accordance with the requirements set forth in this Article VI, the DIP Agent shall arrange to deliver such distributions to or on behalf of such Holders of Allowed DIP Claims, at the sole expense of the Debtors or the Reorganized Debtors, as applicable. The DIP Agent shall not incur any liability on account of any distributions under the Plan.

4. Delivery of Distributions to Holders of Allowed Secured Notes Claims

Except as otherwise provided in the Plan or reasonably requested by the Secured Notes Indenture Trustee, all distributions to Holders of Allowed Secured Notes Claims shall be deemed completed when made to (or with the consent of) the Secured Notes Indenture Trustee, which shall be deemed to be the Holder of all Allowed Secured Notes Claims for purposes of distributions to be made hereunder. The Secured Notes Indenture Trustee shall hold or direct such distributions for the benefit of the Holders of Allowed Secured Notes Claims, as applicable. As soon as practicable in accordance with the requirements set forth in this Article VI, the Secured Notes Indenture Trustee shall arrange to deliver such distributions to or on behalf of such Holders of Allowed Secured Notes Claims, at the sole expense of the Debtors or the Reorganized Debtors, as applicable. Notwithstanding anything to the contrary in

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 34 of 48

the Plan, the Secured Notes Indenture Trustee may transfer or direct that the distribution be made to the holders of the Secured Notes directly on the books and records of the Reorganized SN's transfer agent or through the facilities of DTC (whether by means of book-entry exchange, free delivery, or otherwise) consistent with the customary practices of DTC. Such distributions shall be subject in all respects to the right of the Secured Notes Indenture Trustee or Collateral Trustee, as applicable, to assert its applicable charging liens against such distributions. The Reorganized Debtors reserve the right to issue New Common Stock to Holders of Allowed Secured Notes Claims directly on the books and records of the transfer agent or to seek to make the New Common Stock eligible to be distributed through the facilities of DTC and as provided for under the Secured Notes Indenture. The Secured Notes Indenture Trustee shall not incur any liability on account of any distributions under the Plan.

5. Delivery of Distributions to Holders of Allowed Unsecured Notes Claims

Except as otherwise provided in the Plan or reasonably requested by the Unsecured Notes Indenture Trustee, all distributions to Holders of Allowed Unsecured Notes Claims shall be deemed completed when made to (or with the consent of) the Unsecured Notes Indenture Trustee, which shall be deemed to be the Holder of all Allowed Unsecured Notes Claims for purposes of distributions to be made hereunder. The Unsecured Notes Indenture Trustee shall hold or direct such distributions for the benefit of the Holders of Allowed Unsecured Notes Claims, as applicable. As soon as practicable in accordance with the requirements set forth in this Article VI, the Unsecured Notes Indenture Trustee shall arrange to deliver such distributions to or on behalf of such Holders of Allowed Unsecured Notes Claims. Notwithstanding anything to the contrary in the Plan, the Unsecured Notes Indenture Trustee may transfer or direct that the distribution be made to the holders of the Unsecured Notes directly on the books and records of the Reorganized SN's transfer agent or through the facilities of DTC (whether by means of book-entry exchange, free delivery, or otherwise) consistent with the customary practices of DTC. Such distributions shall be subject in all respects to the right of the Unsecured Notes Indenture Trustee to assert its applicable charging liens against such distributions. The Reorganized Debtors reserve the right to issue New Common Stock to Holders of Allowed Unsecured Notes Claims directly on the books and records of the transfer agent or to seek to make the New Common Stock eligible to be distributed through the facilities of DTC and as provided for under the 2021 Unsecured Notes Indentures and the 2023 Unsecured Notes Indenture. The Unsecured Notes Indenture Trustee shall not incur any liability on account of any distributions under the Plan.

6. Compliance Matters

In connection with the Plan, to the extent applicable, the Reorganized Debtors or the Disbursing Agent, as applicable, shall comply with all tax withholding and reporting requirements imposed on them by any Governmental Unit, and all distributions pursuant to the Plan shall be subject to such withholding and reporting requirements. Notwithstanding any provision in the Plan to the contrary, the Reorganized Debtors or the Disbursing Agent, as applicable, shall be authorized to take all actions necessary or appropriate to comply with such withholding and reporting requirements, including liquidating a portion of the distribution to be made under the Plan to generate sufficient funds to pay applicable withholding taxes, or withholding distributions pending receipt of information necessary to facilitate such distributions. The Reorganized Debtors reserve the right to allocate all distributions made under the Plan in compliance with all applicable wage garnishments, alimony, child support, and other spousal awards, liens, and encumbrances.

7. Foreign Currency Exchange Rate

Except as otherwise provided in a Bankruptcy Court order, as of the Effective Date, any Claim asserted in currency other than U.S. dollars shall be automatically deemed converted to the equivalent U.S. dollar value using the exchange rate for the applicable currency as published in *The Wall Street Journal, National Edition*, on the Effective Date.

8. Fractional, Undeliverable, and Unclaimed Distributions

a. *Fractional Distributions*. Whenever any distribution of fractional shares of New Common Stock or Cash would otherwise be required pursuant to the Plan, the actual distribution shall reflect a rounding of such fraction down to the nearest whole interest or share or dollar, as applicable. The total number of authorized shares of New Common Stock to be

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 35 of 48

distributed pursuant to the Plan shall be adjusted as necessary to account for the foregoing rounding.

b. *Minimum Distributions*. Holders of Allowed Claims entitled to distributions of less than $50 in the aggregate (whether Cash or otherwise) shall not receive distributions, and each such Claims shall be discharged pursuant to Article VIII and their Holders are forever barred pursuant to Article VIII from asserting such Claims against the Debtors, the Reorganized Debtors or their property.

c. *Undeliverable Distributions*. If any distribution to a Holder of an Allowed Claim is returned to the Disbursing Agent as undeliverable, no further distributions shall be made to such Holder unless and until the Disbursing Agent is notified in writing of such Holder's then-current address or other necessary information for delivery, at which time all currently due missed distributions shall be made to such Holder on the next Distribution Date. Undeliverable distributions shall remain in the possession of the Reorganized Debtors until such time as a distribution becomes deliverable, or such distribution reverts to the Reorganized Debtors or is canceled pursuant to Article VI.D.7.d of the Plan, and shall not be supplemented with any interest, dividends, or other accruals of any kind. Shares of New Common Stock that are un-issuable or un-registerable because the prospective recipient fails to provide the Debtors with the information needed to issue or register such New Common Stock shall be treated as undeliverable and Unclaimed Distributions.

d. *Reversion*. Any distribution under the Plan that is an Unclaimed Distribution for a period of 6 months after distribution shall be deemed unclaimed property under section 347(b) of the Bankruptcy Code and such Unclaimed Distribution shall revest in the applicable Reorganized Debtor, and, to the extent such Unclaimed Distribution is comprised of New Common Stock, they shall be deemed canceled and/or remain unissued, as applicable, with no further action by any person or Entity. Upon such reverting or revesting, the Claim of the Holder or its successors with respect to such property shall be canceled, discharged, and forever barred notwithstanding any applicable federal or state escheat, abandoned, or unclaimed property laws, or any provisions in any document governing the distribution that is an Unclaimed Distribution, to the contrary.

9. Surrender of Canceled Instruments or Securities

On the Effective Date, each Holder of a Certificate shall be deemed to have surrendered such Certificate to the Disbursing Agent or a Servicer (to the extent the relevant Claim is governed by an agreement and administered by a Servicer). Such Certificate shall be canceled solely with respect to the Debtors, and such cancelation shall not alter the obligations or rights of any non-Debtor third parties vis-à-vis one another with respect to such Certificate. Notwithstanding the foregoing, this provision shall not apply to any Claims and Interests Reinstated pursuant to the terms of the Plan.

E. *Claims Paid or Payable by Third Parties*

1. Claims Paid by Third Parties

A Claim shall be correspondingly reduced, and the applicable portion of such Claim shall be Disallowed without an objection to such Claim having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court, to the extent that the Holder of such Claim receives a payment on account of such Claim from a party that is not a Debtor or a Reorganized Debtor; *provided* that the Debtors or the Reorganized Debtors, as applicable, shall provide 21 calendar days' notice to the Holder prior to any disallowance of such Claim during which period the Holder may object to such disallowance, and if the parties cannot reach an agreed resolution, the matter shall be decided by the Bankruptcy Court. Subject to the last sentence of this paragraph, to the extent a Holder of a Claim receives a distribution on account of such Claim and receives payment from a party that is not a Debtor or a Reorganized Debtor on behalf of the Debtors on account of such Claim, such Holder shall, within 14 calendar days of receipt thereof, repay or return the distribution to the Reorganized Debtors to the extent the Holder's total recovery

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 36 of 48

on account of such Claim from the third party and under the Plan exceeds the amount of such Claim as of the date of any such distribution under the Plan. The failure of such Holder to timely repay or return such distribution shall result in the Holder owing the Reorganized Debtors annualized interest at the Federal Judgment Rate on such amount owed for each business day after the 14-day grace period specified above until the amount is repaid.

2. Claims Payable by Insurance Carriers

No distributions under the Plan shall be made on account of an Allowed Claim that is payable pursuant to one of the Debtors' insurance policies until the Holder of such Allowed Claim has exhausted all remedies with respect to such insurance policy. To the extent that one or more of the Debtors' insurers agrees to satisfy in full or in part a Claim (if and to the extent adjudicated by a court of competent jurisdiction), then immediately upon such insurers' agreement, the applicable portion of such Claim may be expunged without a Claim objection having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court; *provided* that the Debtors or the Reorganized Debtors, as applicable, shall provide 21 calendar days' notice to the Holder of such Claim prior to any disallowance of such Claim during which period the Holder may object to such disallowance, and if the parties cannot reach an agreed resolution, the matter shall be decided by the Bankruptcy Court.

3. Applicability of Insurance Policies

Except as otherwise provided in the Plan, distributions to Holders of Allowed Claims shall be in accordance with the provisions of any applicable insurance policy. Notwithstanding anything to the contrary contained herein (including Article VIII), nothing contained in the Plan shall constitute or be deemed a release, settlement, satisfaction, compromise, or waiver of any Cause of Action that the Debtors or any other Entity may hold against any other Entity, including insurers, under any policies of insurance or applicable indemnity, nor shall anything contained herein constitute or be deemed a waiver by such insurers of any defenses, including coverage defenses, held by such insurers.

F. *Setoffs*

Except as otherwise expressly provided for herein and for purposes of clarification, excluding the DIP Equity Distribution to be made on the Effective Date, each Debtor or Reorganized Debtor, as applicable, pursuant to the Bankruptcy Code (including section 553 of the Bankruptcy Code), applicable non-bankruptcy law, or as may be agreed to by the Holder of a Claim, may set off against any Allowed Claim and the distributions to be made pursuant to the Plan on account of such Allowed Claim (before any distribution is made on account of such Allowed Claim), any claims, rights, and Causes of Action of any nature that such Debtor or Reorganized Debtor, as applicable, may hold against the Holder of such Allowed Claim, to the extent such claims, rights, or Causes of Action against such Holder have not been otherwise compromised or settled on or prior to the Effective Date (whether pursuant to the Plan or otherwise); *provided*, *however*, that neither the failure to effect such a setoff nor the allowance of any Claim pursuant to the Plan shall constitute a waiver or release by such Debtor or Reorganized Debtor of any such claims, rights, and Causes of Action that such Debtor or Reorganized Debtor may possess against such Holder. In no event shall any Holder of Claims be entitled to set off any such Claim against any claim, right, or Cause of Action of the Debtor or Reorganized Debtor (as applicable), unless such Holder has Filed a motion with the Bankruptcy Court requesting the authority to perform such setoff on or before the Confirmation Date, and notwithstanding any indication in any Proof of Claim or otherwise that such Holder asserts, has, or intends to preserve any right of setoff pursuant to section 553 of the Bankruptcy Code or otherwise.

G. *Allocation Between Principal and Accrued Interest*

Distributions in respect of Allowed Claims shall be allocated first to the principal amount of such Claims (as determined for U.S. federal income tax purposes) and then, to the extent the consideration exceeds the principal amount of the Allowed Claims, to any portion of such Claims for accrued but unpaid interest.

H. *No Postpetition Interest on Claims*

Unless otherwise specifically provided for in an order of the Bankruptcy Court, the Plan, the Confirmation Order, or documents executed as required by the Plan, or required by applicable bankruptcy law, postpetition interest

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 37 of 48

shall not accrue or be paid on any Claims or Interests and no Holder of a Claim or Interest shall be entitled to interest accruing on or after the Petition Date on any such Claim. Notwithstanding the foregoing, all interest, fees, costs, charges, and other amounts due under the DIP Credit Agreement and the Final DIP Order with respect to the DIP Claims shall continue to accrue until the resolution of the Lien-Related Litigation.

## ARTICLE VII.
## PROCEDURES FOR RESOLVING DISPUTED CLAIMS

A. *Allowance of Claims*

After the Effective Date, each of the Reorganized Debtors shall have and retain any and all rights and defenses the applicable Debtor had with respect to any Claim immediately before the Effective Date. Except as expressly provided in the Plan or in any order entered in the Chapter 11 Cases before the Effective Date (including the Confirmation Order), no Claim shall become an Allowed Claim unless and until such Claim is deemed Allowed under the Plan or the Bankruptcy Code, or the Bankruptcy Court has entered a Final Order, including the Confirmation Order (when it becomes a Final Order), in the Chapter 11 Cases allowing such Claim.

B. *Claims Administration Responsibilities*

Except as otherwise specifically provided in the Plan and notwithstanding any requirements that may be imposed pursuant to Bankruptcy Rule 9019, after the Effective Date, the Reorganized Debtors shall have the sole authority to File and prosecute objections to Claims, and the Reorganized Debtors shall have the sole authority to (1) settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims, regardless of whether such Claims are in a Class or otherwise; (2) settle, compromise, or resolve any Disputed Claim without any further notice to or action, order, or approval by the Bankruptcy Court; and (3) administer and adjust the Claims Register to reflect any such settlements or compromises without any further notice to or action, order, or approval by the Bankruptcy Court. On and after the Effective Date, the Reorganized Debtors will use commercially reasonable efforts to advance the claims resolution process through estimation or otherwise. For the avoidance of doubt, no claims administration shall occur prior to the Effective Date.

C. *Estimation of Claims*

On or after the Effective Date, the Reorganized Debtors, as applicable, may (but are not required to) at any time request that the Bankruptcy Court estimate any Claim pursuant to applicable law, including, without limitation, pursuant to section 502(c) of the Bankruptcy Code for any reason, regardless of whether any party previously has objected to such Claim or whether the Bankruptcy Court has ruled on any such objection, and the Bankruptcy Court shall retain jurisdiction under 28 U.S.C. §§ 157 and 1334 to estimate any such Claim, including during the litigation of any objection to any Claim or during the pendency of any appeal relating to such objection. Notwithstanding any provision to the contrary in the Plan, a Claim that has been expunged from the Claims Register, but that either is subject to appeal or has not been the subject of a Final Order, shall be deemed to be estimated at zero dollars, unless otherwise ordered by the Bankruptcy Court. In the event that the Bankruptcy Court estimates any Claim, such estimated amount shall constitute a maximum limitation on such Claim for all purposes under the Plan (including for purposes of distributions and discharge) and may be used as evidence in any supplemental proceedings, and the Debtors or Reorganized Debtors may elect to pursue any supplemental proceedings to object to any ultimate distribution on such Claim. Notwithstanding section 502(j) of the Bankruptcy Code, in no event shall any Holder of a Claim that has been estimated pursuant to section 502(c) of the Bankruptcy Code or otherwise be entitled to seek reconsideration of such estimation unless such Holder has Filed a motion requesting the right to seek such reconsideration on or before seven (7) days after the date on which such Claim is estimated. Each of the foregoing Claims and objection, estimation, and resolution procedures are cumulative and not exclusive of one another. Claims may be estimated and subsequently compromised, settled, withdrawn, or resolved by any mechanism approved by the Bankruptcy Court.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 38 of 48

D. *Adjustment to Claims Without Objection*

Any Claim that has been paid or satisfied, or any Claim that has been amended or superseded, may be adjusted or expunged on the Claims Register by the Debtors or the Reorganized Debtors, as applicable, without an objection having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court.

E. *Time to File Objections to Claims*

Any objections to Claims shall be Filed on or before the Claims Objection Bar Date.

F. *Disallowance of Claims*

Except as otherwise provided in the Plan, any Claims held by Entities from which property is recoverable under sections 542, 543, 550, or 553 of the Bankruptcy Code or that is a transferee of a transfer avoidable under sections 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of the Bankruptcy Code, shall be deemed Disallowed pursuant to section 502(d) of the Bankruptcy Code, and Holders of such Claims may not receive any distributions on account of such Claims until such time as such Causes of Action against that Entity have been settled or a Bankruptcy Court order with respect thereto has been entered and all sums due, if any, to the Debtors by that Entity have been turned over or paid to the Debtors or the Reorganized Debtors, as applicable. All Proofs of Claim Filed on account of an Indemnification Obligation shall be deemed satisfied and expunged from the Claims Register as of the Effective Date to the extent such Indemnification Obligation is assumed (or honored or reaffirmed, as the case may be) pursuant to the Plan, without any further notice to or action, order, or approval of the Bankruptcy Court. For purposes of clarification, this paragraph shall not apply to the DIP Equity Distribution on the Effective Date.

**Except as otherwise provided herein or as agreed to by the Reorganized Debtors any and all Proofs of Claim Filed after the Bar Date shall be deemed Disallowed and expunged as of the Effective Date without any further notice to or action, order, or approval of the Bankruptcy Court, and Holders of such Claims may not receive any distributions on account of such Claims, unless such late Proof of Claim has been deemed timely Filed by a Final Order.**

G. *Amendments to Claims*

On or after the Effective Date, except as otherwise expressly provided in the Plan or the Confirmation Order, a Claim may not be Filed or amended without the prior authorization of the Bankruptcy Court or the Reorganized Debtors and any such new or amended Claim Filed shall be deemed Disallowed in full and expunged without any further notice to or action, order, or approval of the Bankruptcy Court to the maximum extent provided by applicable law.

H. *No Distributions Pending Allowance*

If an objection to a Claim or portion thereof is Filed, no payment or distribution provided under the Plan shall be made on account of such Claim or portion thereof unless and until such Disputed Claim becomes an Allowed Claim, unless otherwise determined by the Reorganized Debtors. For the avoidance of doubt, the foregoing shall not apply to a DIP Claim with respect to the DIP Equity Distribution.

I. *Distributions After Allowance*

To the extent that a Disputed Claim ultimately becomes an Allowed Claim, distributions shall be made to the Holder of such Allowed Claim in accordance with the provisions of the Plan. As soon as reasonably practicable after the date that the order or judgment of the Bankruptcy Court allowing any Disputed Claim becomes a Final Order (or, if applicable, upon the Post-Effective Date Equity Distribution), the Reorganized Debtors shall provide to the Holder of such Claim the distribution to which such Holder is entitled under the Plan as of the Effective Date, less any previous distribution (if any) that was made on account of the undisputed portion of such Claim, without any interest, dividends, or accruals to be paid on account of such Claim unless required under applicable bankruptcy law or as otherwise provided in the Plan.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSD Page 39 of 48

## ARTICLE VIII.
## EFFECT OF CONFIRMATION OF THE PLAN

A. *Discharge of Claims and Termination of Interests*

**Pursuant to section 1141(d) of the Bankruptcy Code, and except as otherwise specifically provided in the Plan or in any contract, instrument, or other agreement or document created pursuant to the Plan, the distributions, rights, and treatment that are provided in the Plan shall be in complete satisfaction, discharge, and release, effective as of the Effective Date, of Claims (including any Intercompany Claims resolved or compromised after the Effective Date by the Reorganized Debtors), Interests, and Causes of Action of any nature whatsoever, including any interest accrued on Claims or Interests from and after the Petition Date, whether known or unknown, against, liabilities of, Liens on, obligations of, rights against, and Interests in, the Debtors or any of their assets or properties, regardless of whether any property shall have been distributed or retained pursuant to the Plan on account of such Claims and Interests, including demands, liabilities, and Causes of Action that arose before the Effective Date, any liability (including withdrawal liability) to the extent such Claims or Interests relate to services performed by employees of the Debtors before the Effective Date and that arise from a termination of employment, any contingent or non-contingent liability on account of representations or warranties issued on or before the Effective Date, and all debts of the kind specified in sections 502(g), 502(h), or 502(i) of the Bankruptcy Code, in each case whether or not: (1) a Proof of Claim based upon such debt or right is filed or deemed filed pursuant to section 501 of the Bankruptcy Code; (2) a Claim or Interest based upon such debt, right, or Interest is Allowed pursuant to section 502 of the Bankruptcy Code; or (3) the Holder of such a Claim or Interest has accepted the Plan. Any default or "event of default" by the Debtors or Affiliates with respect to any Claim or Interest that existed immediately before or on account of the filing of the Chapter 11 Cases shall be deemed cured (and no longer continuing) as of the Effective Date. The Confirmation Order shall be a judicial determination of the discharge of all Claims and Interests subject to the Effective Date occurring.**

B. *Exculpation*

**Except as otherwise specifically provided in the Plan, no Exculpated Party shall have or incur, and each Exculpated Party is exculpated from any Cause of Action for any claim related to any act or omission (including acts or omissions prior to the Petition Date) in connection with, relating to, or arising out of the Chapter 11 Cases, the preparation and filing of the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, filing, or termination of the Disclosure Statement, the Plan, or any other documents relating to the Plan and the Chapter 11 Cases or any Restructuring Transaction, contract, instrument, release or other agreement or document (including providing any legal opinion requested by any Entity regarding any transaction, contract, instrument, document, or other agreement contemplated by the Plan or the reliance by any Exculpated Party on the Plan or the Confirmation Order in lieu of such legal opinion) created or entered into in connection with the Disclosure Statement or the Plan, the preparation for and filing of the Chapter 11 Cases, administration of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the issuance of Securities pursuant to the Plan, or the distribution of property under the Plan or any other related agreement, except for claims related to any act or omission that is determined in a final order to have constituted actual fraud, gross negligence, or willful misconduct (collectively, the "Exculpation Claims"), but in all respects such Entities shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan. The Exculpated Parties have, and upon completion of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of, and distribution of, consideration pursuant to the Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable law, rule, or regulation governing the solicitation of acceptances or rejections of the Plan or such distributions made pursuant to the Plan.**

C. *Injunction*

**Except as otherwise expressly provided in the Plan or for obligations issued or required to be paid pursuant to the Plan or the Confirmation Order, all Entities that have held, hold, or may hold Claims or Interests that (1) have been released pursuant to the Plan, (2) shall be discharged pursuant to the Plan, or**

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 40 of 48

**(3) are subject to exculpation pursuant to the Plan, are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, or the Exculpated Parties: (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such claims or interests; (iii) creating, perfecting, or enforcing any lien or encumbrance of any kind against such Entities or the property or the estates of such Entities on account of or in connection with or with respect to any such claims or interests; (iv) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such claims or interests unless such Entity has Filed a motion with the Bankruptcy Court requesting the authority to perform such setoff on or before the Confirmation Date, and notwithstanding an indication of a claim or interest or otherwise that such Entity asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests released or settled pursuant to the Plan.**

D. *Protection Against Discriminatory Treatment*

In accordance with section 525 of the Bankruptcy Code, and consistent with Article VI of the United States Constitution, no Governmental Unit shall discriminate against any Reorganized Debtor, or any Entity with which a Reorganized Debtor has been or is associated, solely because such Reorganized Debtor was a Debtor under chapter 11, may have been insolvent before the commencement of the Chapter 11 Cases (or during the Chapter 11 Cases but before such Debtor was granted or denied a discharge), or has not paid a debt that is dischargeable in the Chapter 11 Cases.

E. *Release of Liens*

Except as otherwise specifically provided in the Plan, or in any contract, instrument, release, or other agreement or document created, assumed, or Reinstated pursuant to the Plan, on the Effective Date and concurrently with the applicable distributions made pursuant to the Plan, all mortgages, deeds of trust, Liens, pledges, or other security interests against any property of the Estates, to the extent securing any Claims discharged under the Plan, shall be fully released and discharged, and all of the right, title, and interest of any holder of such mortgages, deeds of trust, Liens, pledges, or other security interests shall revert to the Reorganized Debtors, or the Debtors, as applicable, and their successors and assigns, in each case, without any further approval or order of the Bankruptcy Court and without any action or Filing being required to be made by the Debtors, or any other Holder of a Secured Claim.

The DIP Agent, the Secured Notes Indenture Trustee, and the Collateral Trustee shall execute and deliver all documents reasonably requested by the Debtors or the Reorganized Debtors to evidence the release of such mortgages, deeds of trust, Liens, pledges, and other security interests and shall authorize the Reorganized Debtors and their designees to file UCC-3 termination statements and other release documentation (to the extent applicable) with respect thereto, at the sole expense of the Debtors or the Reorganized Debtors, as applicable. The Secured Notes Indenture Trustee or the Collateral Trustee is authorized to release such mortgages, deeds of trust, Liens, pledges, and other security interests as of any date prior to the Effective Date as they may be authorized or directed in accordance with the Secured Notes Indenture, the Collateral Trustee Agreement, or any other documents governing the rights of Holders of Secured Notes Claims, and such release shall be deemed to occur on such prior date.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 41 of 48

F. *Reimbursement or Contribution*

If the Bankruptcy Court disallows a Claim for reimbursement or contribution of an Entity pursuant to section 502(e)(1)(B) of the Bankruptcy Code, then to the extent that such Claim is contingent as of the Effective Date, such Claim shall be forever Disallowed notwithstanding section 502(j) of the Bankruptcy Code, unless prior to the Effective Date (1) such Claim has been adjudicated as non-contingent, or (2) the relevant Holder of a Claim has Filed a non-contingent Proof of Claim on account of such Claim and a Final Order has been entered determining such Claim as no longer contingent.

G. *Recoupment*

In no event shall any Holder of a Claim be entitled to recoup such Claim against any claim, right, or Cause of Action of the Debtors or the Reorganized Debtors, as applicable, unless such Holder actually has performed such recoupment and provided notice thereof in writing to the Debtors on or before the Confirmation Date, notwithstanding any indication in any Proof of Claim or otherwise that such Holder asserts, has, or intends to preserve any right of recoupment.

H. *Subordination Rights*

The allowance, classification, and treatment of all Allowed Claims and Interests, and the respective distributions and treatments under the Plan take into account and conform to the relative priorities and rights of the Claims and Interests in each Class in connection with any contractual, legal, and equitable subordination rights relating thereto, whether arising under general principles of equitable subordination, section 510 of the Bankruptcy Code, or otherwise. Pursuant to section 510 of the Bankruptcy Code, the Reorganized Debtors reserve the right to re-classify any Allowed Claim or Interest in accordance with any contractual, legal, or equitable subordination rights.

## ARTICLE IX.
## DEADLINE FOR EFFECTIVE DATE; CONDITIONS PRECEDENT TO THE EFFECTIVE DATE

A. *Deadline for Occurrence of the Effective Date*

The Effective Date shall occur as soon as practicable after the Confirmation Date, but in no event later than 45 days after the Confirmation Date; *provided* that the Debtors and the Requisite DIP Lenders may agree to extend the occurrence of the Effective Date.

B. *Conditions Precedent to the Effective Date of the Plan*

It shall be a condition to the occurrence of the Effective Date that the following shall have been satisfied or waived pursuant to the provisions of Article IX.C of the Plan:

1. the Confirmation Order shall have been entered by the Bankruptcy Court in form and substance acceptable to the Requisite DIP Lenders;

2. the Plan and the applicable documents in the Plan Supplement, including any exhibits, schedules, documents, amendments, modifications, or supplements thereto, and inclusive of any modifications, amendments, or supplements made after the Confirmation Date but before the Effective Date, shall have been filed, in form and substance reasonably acceptable to the Requisite DIP Lenders;

3. the Requisite DIP Lenders shall be satisfied, in an exercise of their sole discretion, that the 13-week forecast and the monthly cash flow forecast for the next 12 months as of the Effective Date, which shall be prepared in good faith by the CRO, reflects that the Reorganized Debtors will have sufficient liquidity to operate in the ordinary course of business after the Effective Date;

4. the DIP Agent shall have released the Carve-Out Trigger Notice Reserves to the Reorganized Debtors;

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 42 of 48

5. the Reorganized Debtors shall have funded the Professional Fee Settlement Reserve;

6. the New Organizational Documents shall be in full force and effect, in form and substance acceptable to the Requisite DIP Lenders; and

7. the New Executive Employment Agreements shall be in full force and effect, in form and substance acceptable to the Requisite DIP Lenders.

C. *Waiver of Conditions*

The conditions to the Confirmation and Effective Date of the Plan set forth in Article IX of the Plan may be waived by the Debtors, with the reasonable consent of the Requisite DIP Lenders, without notice, leave, or order of the Bankruptcy Court or any formal action other than proceedings to confirm or consummate the Plan.

D. *Effect of Non-Occurrence of Conditions to Consummation*

If the Effective Date does not occur, the Plan shall be null and void in all respects and nothing contained in the Plan or the Disclosure Statement shall: (1) constitute a waiver or release of any Claims, Interests, or Causes of Action by any Entity; (2) prejudice in any manner the rights of any Debtor or any other Entity; or (3) constitute an admission, acknowledgment, offer, or undertaking of any sort by any Debtor or any other Entity.

E. *Substantial Consummation*

"Substantial Consummation" of the Plan, as defined in 11 U.S.C. § 1101(2), shall be deemed to occur on the Effective Date.

## ARTICLE X.
## MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE PLAN

A. *Modification of Plan*

Effective as of the date hereof: (1) the Debtors reserve the right, in accordance with the Bankruptcy Code and the Bankruptcy Rules, to amend or modify the Plan before the entry of the Confirmation Order consistent with the terms set forth herein; and (2) after the entry of the Confirmation Order, the Debtors or the Reorganized Debtors, as applicable, may, upon order of the Bankruptcy Court, amend or modify the Plan, in accordance with section 1127(b) of the Bankruptcy Code, remedy any defect or omission, or reconcile any inconsistency in the Plan in such manner as may be necessary to carry out the purpose and intent of the Plan consistent with the terms set forth herein; *provided* that no amendment or modification may be made by the Debtors without the consent, not to be unreasonably withheld, of the Requisite DIP Lenders.

B. *Effect of Confirmation on Modifications*

Entry of the Confirmation Order shall constitute approval of all modifications to the Plan occurring after the solicitation of votes thereon pursuant to section 1127(a) of the Bankruptcy Code and a finding that such modifications to the Plan do not require additional disclosure or resolicitation under Bankruptcy Rule 3019.

C. *Revocation or Withdrawal of Plan*

The Debtors reserve the right to revoke or withdraw the Plan with respect to any or all Debtors before the Confirmation Date and to File subsequent chapter 11 plans. If the Debtors revoke or withdraw the Plan, or if Confirmation or the Effective Date does not occur, then: (1) the Plan will be null and void in all respects; (2) any settlement or compromise embodied in the Plan, assumption or rejection of Executory Contracts or Unexpired Leases effectuated by the Plan, and any document or agreement executed pursuant hereto will be null and void in all respects; and (3) nothing contained in the Plan shall (a) constitute a waiver or release of any Claims, Interests, or Causes of

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 43 of 48

Action by any Entity, (b) prejudice in any manner the rights of any Debtor or any other Entity, or (c) constitute an admission, acknowledgement, offer, or undertaking of any sort by any Debtor or any other Entity.

**ARTICLE XI.**
**RETENTION OF JURISDICTION**

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, the Bankruptcy Court shall retain exclusive jurisdiction over all matters arising out of, or related to, the Chapter 11 Cases and the Plan pursuant to sections 105(a) and 1142 of the Bankruptcy Code, including jurisdiction to:

1. allow, disallow, determine, liquidate, classify, estimate, or establish the priority, Secured or unsecured status, or amount of any Claim against a Debtor, including the resolution of any request for payment of any Claim and the resolution of any and all objections to the Secured or unsecured status, priority, amount, or allowance of Claims; *provided* that the Bankruptcy Court's jurisdiction with respect to the foregoing shall be on a non-exclusive basis;

2. decide and resolve all matters related to the granting and denying, in whole or in part, any applications for allowance of compensation or reimbursement of expenses to Professionals authorized pursuant to the Bankruptcy Code or the Plan;

3. resolve any matters related to Executory Contracts or Unexpired Leases, including: (a) the assumption or assumption and assignment of any Executory Contract or Unexpired Lease to which a Debtor is party or with respect to which a Debtor may be liable and to hear, determine, and, if necessary, liquidate, any Cure or Claims arising therefrom, including pursuant to section 365 of the Bankruptcy Code or any other matter related to such Executory Contract or Unexpired Lease; (b) any potential contractual obligation under any Executory Contract or Unexpired Lease that is assumed; (c) the Debtors or the Reorganized Debtors amending, modifying, or supplementing, after the Effective Date, pursuant to the Plan, any Executory Contracts or Unexpired Leases set forth in the Schedule of Assumed Executory Contracts and Unexpired Leases or otherwise; and (d) any dispute regarding whether a contract or lease is or was executory or expired;

4. ensure that distributions to Holders of Allowed Claims are accomplished pursuant to the provisions of the Plan and adjudicate any and all disputes arising from or relating to distributions under the Plan;

5. adjudicate, decide, or resolve any motions, adversary proceedings, contested or litigated matters, and any other matters, and grant or deny any applications involving a Debtor or the Estates that may be pending on the Effective Date;

6. adjudicate, decide, or resolve any motions, adversary proceedings, contested or litigation matters, including the Lien-Related Litigation and any other matters involving the Sanchez Entities, SOG, SNMP, subsequent transferees of the foregoing, or current or former directors or officers of the Debtors or of any of the foregoing;

7. enter and implement such orders as may be necessary or appropriate to execute, implement, or consummate the provisions of (a) contracts, instruments, releases, indentures, and other agreements or documents approved by a Final Order in the Chapter 11 Cases, and (b) the Plan, the Confirmation Order, and contracts, instruments, releases, indentures, and other agreements or documents created in connection with the Plan;

8. enforce any order for the sale of property pursuant to sections 363, 1123, or 1146(a) of the Bankruptcy Code;

9. enforce or resolve disputes regarding the Professional Fee Settlement;

10. grant any consensual request to extend the deadline for assuming or rejecting Unexpired Leases pursuant to section 365(d)(4) of the Bankruptcy Code;

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 44 of 48

11. issue injunctions, enter and implement other orders, or take such other actions as may be necessary or appropriate to restrain interference by any Entity with Consummation or enforcement of the Plan;

12. hear, determine, and resolve any cases, matters, controversies, suits, disputes, or Causes of Action in connection with or in any way related to the Chapter 11 Cases, including: (a) with respect to the repayment or return of distributions and the recovery of additional amounts owed by the Holder of a Claim for amounts not timely repaid pursuant to Article VI.E.1 of the Plan; (b) with respect to the exculpation, injunctions, and other provisions contained in Article VIII of the Plan, including entry of such orders as may be necessary or appropriate to implement such exculpation, injunctions, and other provisions; (c) that may arise in connection with the Consummation, interpretation, implementation, or enforcement of the Plan, the Confirmation Order, and contracts, instruments, releases, and other agreements or documents created in connection with the Plan; or (d) related to section 1141 of the Bankruptcy Code;

13. enter and enforce any order for the sale of property pursuant to section 363, 1123, or 1146(a) of the Bankruptcy Code;

14. enter and implement such orders as are necessary or appropriate if the Confirmation Order is for any reason modified, stayed, reversed, revoked, or vacated;

15. consider any modifications of the Plan, to cure any defect or omission, or to reconcile any inconsistency in any Bankruptcy Court order, including the Confirmation Order;

16. hear and determine matters concerning state, local, and federal taxes in accordance with sections 346, 505, and 1146 of the Bankruptcy Code;

17. enter an order or Final Decree concluding or closing the Chapter 11 Cases;

18. enforce all orders previously entered by the Bankruptcy Court;

19. hear and determine disputes involving all matters the implementation of the Plan; and

20. hear any other matter not inconsistent with the Bankruptcy Code.

## ARTICLE XII.
## MISCELLANEOUS PROVISIONS

A. *Immediate Binding Effect*

Subject to Article IX hereof, and notwithstanding Bankruptcy Rules 3020(e), 6004(h), or 7062 or otherwise, upon the occurrence of the Effective Date, the terms of the Plan and the Plan Supplement shall be immediately effective and enforceable and deemed binding upon the Debtors, the Reorganized Debtors, and any and all Holders of Claims or Interests (irrespective of whether such Holders of Claims or Interests are deemed to have accepted the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

B. *Additional Documents*

On or before the Effective Date, the Debtors may File with the Bankruptcy Court such agreements and other documents as may be necessary or appropriate to effectuate and further evidence the terms and conditions of the Plan. The Debtors and the Reorganized Debtors, as applicable, and all Holders of Claims receiving distributions pursuant to the Plan and all other parties in interest shall, from time to time, prepare, execute, and deliver any agreements or documents and take any other actions as may be necessary or advisable to effectuate the provisions and intent of the Plan.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 45 of 48

C. *Dissolution of the Creditors' Committee*

On the Effective Date, the Creditors' Committee shall dissolve automatically and the members thereof shall be released and discharged from all rights, duties, responsibilities, and liabilities arising from, or related to, the Chapter 11 Cases and under the Bankruptcy Code, except for the limited purpose of (i) prosecuting requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date by the Creditors' Committee and its Professionals and objecting to requests for payment of Professional Fee Claims, (ii) transitioning management of the Lien-Related Litigation to the Lien-Related Litigation Creditor Representative, (iii) transitioning management of any other Causes of Action (including against SOG, SNMP, and the Sanchez Entities) to the Reorganized Debtors or other appropriate litigant), and (iv) appoint the Lien-Related Litigation Creditor Representative. The Debtors shall not be responsible for paying any fees or expenses incurred by the members of or advisors to the Creditors' Committee after the Effective Date, except that (a) the Reorganized Debtors may, subject to Article IV.D. hereof, agree to pay for activities within the scope of clauses (ii) and (iv) as expenses of the Lien-Related Litigation Creditor Representative and (b) the Reorganized Debtors may agree to pay for activities within the scope of clause (iii).

The Lien-Related Litigation Creditor Representative and its professional advisors shall be entitled to become parties to the *Stipulated Protective Order* entered at Docket No. 306, which shall remain in effect following the Effective Date, subject to the provisions of this Plan and the Confirmation Order. The Creditors' Committee and its professional advisors shall be authorized to transition the management of the Lien-Related Litigation to the Lien-Related Litigation Creditor Representative and its advisors, and the Creditors' Committee and its professional advisors shall be authorized to transition the management of other litigation (including against SOG, SNMP, and the Sanchez Entities) to the Reorganized Debtors or other appropriate litigant and its advisors. In each case, the Creditors' Committee shall be deemed to share a common interest with the applicable successor litigant, and, pursuant to Rule 502(d) of the Federal Rules of Evidence, the transmission to the successor litigant of material protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or protection shall not result in a waiver or forfeiture of any such privilege or protection held by the Creditors' Committee.

D. *Payment of Statutory Fees*

All fees payable pursuant to 28 U.S.C. § 1930(a) prior to the Effective Date shall be paid by the Debtors. On and after the Effective Date, the Reorganized Debtors shall pay any and all such fees when due and payable, and shall File with the Bankruptcy Court quarterly reports in a form reasonably acceptable to the U.S. Trustee. Each Debtor and Reorganized Debtor shall remain obligated to pay quarterly fees to the U.S. Trustee until the earliest of that particular Debtor's or Reorganized Debtor's case being closed, dismissed, or converted to a case under chapter 7 of the Bankruptcy Code; *provided* that upon the occurrence of the Effective Date, the Reorganized Debtors shall be permitted to close all of the Chapter 11 Cases except for the Chapter 11 Case of SN, and all contested matters relating to each of the Debtors, including objections to Claims, shall be administered and heard in the Chapter 11 Case of SN.

E. *Reservation of Rights*

The Plan shall have no force or effect unless the Bankruptcy Court shall enter the Confirmation Order. None of the Filing of the Plan, any statement or provision contained in the Plan, or the taking of any action by any Debtor with respect to the Plan, the Disclosure Statement, or the Plan Supplement shall be or shall be deemed to be an admission or waiver of any rights of any Debtor with respect to the Holders of Claims or Interests prior to the Effective Date.

F. *Successors and Assigns*

The rights, benefits, and obligations of any Entity named or referred to in the Plan shall be binding on, and shall inure to the benefit of any heir, executor, administrator, successor or assign, Affiliate, officer, director, agent, representative, attorney, beneficiaries, or guardian, if any, of each Entity.

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSB Page 46 of 48

G. *Service of Documents*

After the Effective Date, any pleading, notice, or other document required by the Plan to be served on or delivered to the Reorganized Debtors shall be served on:

**Reorganized Debtors**

**Sanchez Energy Corporation**
1000 Main Street, Suite 3000
Houston, Texas 77002
Attn: Gregory Kopel

with copies to:

**Counsel to Debtors**

JACKSON WALKER L.L.P
Matthew D. Cavenaugh
Elizabeth Freeman
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4284
Facsimile: (713) 308-4184
mcavenaugh@jw.com
efreeman@jw.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Marty L. Brimmage
Lacy M. Lawrence
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

-and-

Ira S. Dizengoff
Jason P. Rubin
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com

-and-

James Savin
2001 K Street NW
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

H. *Term of Injunctions or Stays*

**Unless otherwise provided herein or in the Confirmation Order, all injunctions or stays in effect in the Chapter 11 Cases (pursuant to sections 105 or 362 of the Bankruptcy Code or any order of the Bankruptcy Court) and existing on the Confirmation Date (excluding any injunctions or stays contained in the Plan or the Confirmation Order) shall remain in full force and effect until the Effective Date. All injunctions or stays contained in the Plan or the Confirmation Order shall remain in full force and effect in accordance with their terms.**

Case 19-34508 Document 1203 Filed on 04/30/20 in TXSD Page 47 of 48

I. *Entire Agreement*

Except as otherwise indicated, the Plan supersedes all previous and contemporaneous negotiations, promises, covenants, agreements, understandings, and representations on such subjects, all of which have become merged and integrated into the Plan.

J. *Plan Supplement*

After any of such documents included in the Plan Supplement are Filed, copies of such documents shall be made available upon written request to the Debtors' counsel at the address above or by downloading such exhibits and documents from the Claims, Noticing and Solicitation Agent's website at https://cases.primeclerk.com/sanchezenergy or the Bankruptcy Court's website at https://www.pacer.gov/.

K. *Non-Severability*

If, prior to Confirmation, the Bankruptcy Court holds any term or provision of the Plan to be invalid, void, or unenforceable, the Bankruptcy Court shall have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void, or unenforceable, and such term or provision shall then be applicable as altered or interpreted. Notwithstanding any such holding, alteration, or interpretation, the remainder of the terms and provisions of the Plan will remain in full force and effect and will in no way be affected, impaired, or invalidated by such holding, alteration, or interpretation. The Confirmation Order shall constitute a judicial determination and shall provide that each term and provision of the Plan, as it may have been altered or interpreted in accordance with the foregoing, is: (1) valid and enforceable pursuant to its terms; (2) integral to the Plan and may not be deleted or modified without the consent of the Debtors; and (3) non-severable and mutually dependent.

L. *Votes Solicited in Good Faith*

Upon entry of the Confirmation Order, the Debtors will be deemed to have solicited votes on the Plan in good faith and in compliance with the Bankruptcy Code, and pursuant to section 1125(e) of the Bankruptcy Code, the Debtors and each of their respective Affiliates, agents, representatives, members, principals, equity holders (regardless of whether such interests are held directly or indirectly), officers, directors, managers, employees, advisors, and attorneys will be deemed to have participated in good faith and in compliance with the Bankruptcy Code in the offer, issuance, sale, and purchase of Securities offered and sold under the Plan, and, therefore, neither any of such parties or individuals or the Reorganized Debtors will have any liability for the violation of any applicable law, rule, or regulation governing the solicitation of votes on the Plan or the offer, issuance, sale, or purchase of the Securities offered and sold under the Plan.

M. *Closing of Chapter 11 Cases*

After the full administration of the Chapter 11 Cases, the Reorganized Debtors shall File with the Bankruptcy Court all documents required by Bankruptcy Rule 3022 and any applicable order of the Bankruptcy Court to close the Chapter 11 Cases.

N. *Waiver or Estoppel*

Each Holder of a Claim or an Interest shall be deemed to have waived any right to assert any argument, including the right to argue that its Claim or Interest should be Allowed in a certain amount, in a certain priority, Secured or not subordinated by virtue of an agreement made with the Debtors or their counsel, or any other Entity, if such agreement was not disclosed in the Plan, the Disclosure Statement, or papers Filed with the Bankruptcy Court prior to the Confirmation Date.

Case 19-34508 Document 1205 Filed on 04/30/20 in TXSB Page 48 of 48

Dated: April 30, 2020

SANCHEZ ENERGY CORPORATION
on behalf of itself and all other Debtors

*/s/ Mohsin Y. Meghji*

Name: Mohsin Y. Meghji
Title: Chief Restructuring Officer
Sanchez Energy Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | ) | Case No. 19-34508 (MI) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FILING OF FOURTH AMENDED EXHIBITS B AND C OF THE PLAN SUPPLEMENT FOR THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF SANCHEZ ENERGY CORPORATION AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that as contemplated by the *Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and Its Debtor Affiliates* (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan"), the above-captioned Debtors filed Plan Supplement.[2]

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2020, the Debtors filed the Notice of Filing of Exhibits B and C of the plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates [ECF No. 1187].

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2020, the Debtors filed the Notice of Filing of Amended Exhibits B and C to the Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates [ECF No. 1197].

**PLEASE TAKE FURTHER NOTICE** that on April 30, 2020, the Court entered its Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates ("Confirmation Order") [ECF No. 1212].

**PLEASE TAKE FURTHER NOTICE** that on May 17, 2020, the Debtors filed their Emergency Motion for Limited Relief from the Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates ("Motion to Modify") [ECF No. 1248].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that on May 20, 2020 the Court granted the Motion to Modify and entered its Order Granting the Motion to Modify ("Modification Order") [ECF No. 1267].

**PLEASE TAKE FURTHER NOTICE** that on May 20, 2020 the Debtors filed the Notice of Filing of Second Amended Exhibits B and C to the Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates [ECF No. 1274].

**PLEASE TAKE NOTICE** that on May 29, 2020, the Debtors filed the Notice of Filing of Third Amended Exhibits B and C to the Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates [ECF No. 1293].

**PLEASE TAKE FURTHER NOTICE** that attached hereto are the fourth amended **Exhibit B—the Schedule of Rejected Executory Contracts and Unexpired Leases** and the fourth amended **Exhibit C—the Schedule of Assumed Executory Contracts and Unexpired Leases** to the Plan Supplement, as may be further modified, amended, or supplemented from time to time to the extent permitted by the Confirmation Order, the Modification Order, the Plan and the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is a redline reflecting changes between the third amended Exhibits B and C [ECF No. 1274] and the fourth amended Exhibits B and C.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan to alter, amend, modify or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan; *provided* that, if any document in this Plan Supplement is altered, amended, modified or supplemented in any material respect prior to the Combined Hearing, the Debtors will file a redline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in this Chapter 11 Case are available free of charge by visiting https://cases.primeclerk.com/sanchezenergy/ or by calling U.S. toll free: (844) 232-0067 or (917) 942-6393 (International). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

Houston, Texas
Dated: June 17, 2020

/s/ *Elizabeth C. Freeman*

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Elizabeth Freeman (TX Bar No. 24009222)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4284
Facsimile: (713) 308-4184
mcavenaugh@jw.com

*Counsel for the Debtors and Debtors in Possession*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (TX Bar No. 00793386)
Lacy M. Lawrence (TX Bar No. 24055913)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

\- and -

Ira S. Dizengoff (*pro hac vice*)
Lisa Beckerman (*pro hac vice*)
Jason P. Rubin (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com

\- and -

James Savin (*pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

*Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on June 17, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Elizabeth C. Freeman*
Elizabeth C. Freeman

# **Exhibit B**

Schedule of Rejected Executory Contracts and Unexpired Leases

On April 30, 2020, the Court entered an order confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1205] (as may be amended, modified, and/or supplemented, the "Plan")[3] authorizing the Debtors to reject certain of the Executory Contracts and Unexpired Leases (each, a "Rejected Contract") listed on this Schedule of Rejected Contracts and Unexpired Leases (this "Schedule"), upon the Effective Date unless otherwise specified.

Each of the contracts, agreements, documents, and instruments listed on this Schedule is listed solely to the extent it is an Executory Contract or Unexpired Lease of one or more of the Debtors, and nothing herein shall be deemed an admission that such contract, agreement, document or instrument is in fact an Executory Contract or Unexpired Lease of any Debtor.

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is Rejected shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Unless expressly assumed in the Schedule of Assumed Contracts and Unexpired Leases attached as follows below, all contracts to which a Debtor and any of Sanchez Oil & Gas Corporation, SN EF UnSub, LP, and/or Sanchez Midstream Partners LP (or its direct or indirect subsidiaries) are parties are rejected.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from this Schedule until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Schedule of Rejected Executory Contracts and Unexpired Leases

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SN Services, LLC | Designated Charter Agreement | |
| Sanchez Energy Corporation | Excel Aircraft, LLC dba Excel Mulching | Master Service Contract | |
| Sanchez Energy Corporation | SN Services, LLC | Lease Agreement | |
| Sanchez Energy Corporation | Beechcraft Corporation | Aircraft Purchase Agreement | |
| Sanchez Energy Corporation | Daryl Stewart d/b/a Charter One | Designated Charter Agreement | |
| Sanchez Energy Corporation | Daryl Stewart d/b/a Charter One As Lessee | Charter Agreement | |
| SN Operating, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC<br>SN Cotulla Assets, LLC | U.S. Bank National Association | First Supplemental Indenture | |
| SN Catarina, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation | U.S. Bank National Association | Second Supplemental Indenture | |
| Rockin L Ranch Company, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SR TMS, LLC<br>SN Catarina, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Fourth Supplemental Indenture | |
| Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Delaware Trust Company | Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN TMS, LLC<br>SN Catarina, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Delaware Trust Company | First Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Second Supplemental Indenture | |
| Sanchez Energy Corporation | Royal Bank of Canada Agency Services Group | Third Amended and Restated Credit Agreement | |
| SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>SN Marquis, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation | Delaware Trust Company<br>Royal Bank of Canada | Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company<br>Royal Bank of Canada | First Supplemental Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC | U.S. Bank National Association | First Supplemental Indenture | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC | U.S. Bank National Association | Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN TMS, LLC<br>SN Operating, LLC<br>SN Catarina, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN Palmetto, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Fourth Supplemental Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>SN Catarina, LLC | U.S. Bank National Association | Second Supplemental Indenture | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | U.S. Bank National Association | Indenture | |
| SN Catarina, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Delaware Trust Company | First Supplemental Indenture | |
| SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>Sanchez Energy Corporation<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC | Delaware Trust Company | Third Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN Cotulla Assets, LLC | Delaware Trust Company | First Supplement Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Second Supplemental Indenture | |
| SN Payables, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | First Supplemental Indenture | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| Sanchez Energy Corporation | Delaware Trust Company As Trustee<br>Cede & Co. | 7.25% Senior Secured First Lien Note due 2023 | |
| Sanchez Energy Corporation | Cede & Co.<br>Delaware Trust Company, As Trustee | Face of Initial Regulation S Note | |
| Sanchez Energy Corporation | Delaware Trust Company<br>U.S. Bank National Association | Instrument of Resignation, Appointment, and Acceptance | |
| Sanchez Energy Corporation | Delaware Trust Company<br>U.S. Bank National Association | Instrument of Resignation, Appointment, and Acceptance | |
| Sanchez Energy Corporation | Societe Generale | Schedule to the Master Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Wilmington'S Savings Fund Society, FSB<br>Delaware Trust Company | Agreement of Resignation, Appointment and Acceptance Indenture, Dated as of February 14, 2018 Relating to the Company's 7.25% Senior Secured First Lien Notes Due 2023 | |
| SN Palmetto, LLC | SEP Holdings III, LLC<br>SEP I, LP | Agency Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Palmetto, LLC | SEP I, LP<br>SEP Holdings III, LLC | Agency Agreement | |
| SN Palmetto, LLC | Macquarie Bank Limited | Novation Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | Novation Agreement to ISDA Master Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | Novation Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | Confirmation Agreement | |
| Sanchez Energy Corporation | Comerica Bank | Confirmation Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | Confirmation Agreement | |
| Sanchez Energy Corporation | ABN Amro Bank N.V. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | 2002 Master Agreement | |
| Sanchez Energy Corporation | BP Energy Company | 2002 Master Agreement | |
| Sanchez Energy Corporation | BP Energy Company | Schedule to the 2002 Master Agreement | |
| Sanchez Energy Corporation | Capital One, National Association | 2002 Master Agreement | |
| Sanchez Energy Corporation | Citigroup Energy, Inc.<br>Citigroup Global Markets Holding, Inc. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Credit Suisse International | 2002 Master Agreement | |
| Sanchez Energy Corporation | Fifth Third Bank | 2002 Master Agreement | |
| Sanchez Energy Corporation | ING Capital Markets, LLC | 2002 Master Agreement | |
| Sanchez Energy Corporation | Macquarie Bank Limited | 2002 Master Agreement | |
| Sanchez Energy Corporation | Morgan Stanley Capital Group, Inc. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | 2002 Master Agreement | |
| Sanchez Energy Corporation | Shell Trading Risk Management, LLC | Novation and Amendment Agreement to Master Swap Agreement | |
| Sanchez Energy Corporation | Societe Generale | Swaps Master Agreement | |
| Sanchez Energy Corporation | Societe Generale | Schedule to the Swaps Master Agreement | |
| Sanchez Energy Corporation | Suntrust Bank | 2002 Master Agreement | |
| Sanchez Energy Corporation | Suntrust Bank | Schedule to the 2002 Master Agreement | |
| Sanchez Energy Corporation | Societe Generale | Master Agreement | |
| Sanchez Energy Corporation | Sep Management I, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLL C/O Intrepid Private Equity Fund GP, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Amendment No. 1 to Rights Agreement | |
| Sanchez Energy Corporation | GSO Funds c/o GSO Capital Partners | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | GSO Funds | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Amendment No. 2 to Rights Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Registration Rights Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SEP I, LP | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Marquis, LLC | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Sanexco, Ltd.<br>SEP Management I, LLC<br>San Juan Oil & Gas No. 2, Ltd. | Waiver of Registration Rights | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC | RBC Capital Markets, LLC | Registration Rights Agreement | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | SEP Holdings III, LLC<br>Sanchez Production Partners LP | Registration Rights Agreement | |
| SN Palmetto, LLC | Sanchez Production Partners LP<br>SEP Holdings III, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - A, LLC<br>Gavilan Resources Holdings - B, LLC<br>Gavilan Resources Holdings - C, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdco, LLC | Shareholders Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdco, LLC<br>Gavilan Resources Holdings - A, LLC<br>Gavilan Resources Holdings - B, LLC<br>Gavilan Resources Holdings - C, LLC | Letter Agreement | |
| Sanchez Energy Corporation | Blackstone Energy Partners II, LP<br>Blackstone Capital Partners VII, LP | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - A, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - B, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - C, LLC | Warrant to Purchase Common Shares | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Intrepid Private Equity Fund I, LP<br>Intrepid Private Equity V-A, LLC | Warrant Assignment | |
| Sanchez Energy Corporation | The GSO Funds | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation | GSO Capital Partners, LP | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Registration Rights Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | GSO St Holdings Associates, LLC<br>GSO St Holdings, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity Spv-A, LP<br>Intrepid Private Equity V-A, LLC | Warrant Assignment | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-D LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Energy Market Opportunities Fund II LP<br>GSO Capital Solutions Fund II (Luxembourg) SARL<br>GSO Energy Select Opportunities Fund LP<br>GSO Capital Solutions Fund II LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Capital Opportunities Fund III LP | Standstill and Voting Agreement | |



26091128v.1

014502

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-B LP<br>GSO Energy Partners-C II LP<br>Gco Credit Alpha Trading (Cayman) LP<br>GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-D LP<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Solutions Fund II LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Sanchez Oil & Gas Corporation<br>GSO Capital Partners LP | Non-Solicitation Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Capital Opportunities Fund III LP<br>GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Capital Solutions Fund II LP | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Intrepid Private Equity V-A LLC<br>Sanchez Oil & Gas Corporation | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Gavilan Resources Holdings A LLC<br>Gavilan Resources Holdings B LLC<br>Gavilan Resources Holdings C LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdco, LLC | Shareholders Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Blackstone Capital Partners VII LP<br>Blackstone Energy Partners II LP | Standstill and Voting Agreement | |
| SN UR Holdings, LLC | Lonestar Resources US Inc. | Registration Rights Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
| --- | --- | --- | --- |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Blackstone Capital Partners VII LP<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>Aguila Production, Holdco, LLC<br>Blackstone Energy Partners II LP<br>Blackstone Energy Partners II LP<br>Blackstone Capital Partners VII LP<br>Aguila Production, LLC<br>Aguila Production, Holdco, LLC<br>Aguila Production, LLC | Interim Investors Agreement | |

| | | | |
|---|---|---|---|
| SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Marquis, LLC<br>SN Catarina, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation | Rbc Capital Markets, LLC<br>Credit Suisse Securities<br>(USA) LLC<br>Rbc Capital Markets, LLC<br>Credit Suisse Securities<br>(USA) LLC<br>Rbc Capital Markets, LLC<br>Credit Suisse Securities<br>(USA) LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Credit Suisse Securities<br>(USA) LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>Rbc Capital Markets, LLC<br>SN Palmetto, LLC<br>SN Marquis LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Rbc Capital Markets, LLC<br>Sanchez Energy Corporation<br>SN Palmetto, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Rbc Capital Markets, LLC<br>Credit Suisse Securities<br>(USA) LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Tms, LLC<br>Credit Suisse Securities<br>(USA) LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Marquis LLC | Registration Rights Agreement | |



26091128v.1

014505

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | SN Cotulla Assets, LLC<br>SN Operating, LLC<br>Rbc Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | | |
| SN UR Holdings, LLC | Sanchez Production Partners LP | Registration Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Amendment No. 2 to Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Agreement for Stock Transfer Services | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Letter Re: Issuance of Shares | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Antonio R. Sanchez, III | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | A.R. Sanchez, Jr. | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Cameron W. George | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Gregory B. Kopel | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Antonio R. Sanchez, III | Executive Services Agreement | |
| Sanchez Energy Corporation | A.R. Sanchez, Jr. | Executive Services Agreement | |
| Sanchez Energy Corporation | Cameron W. George | Executive Services Agreement | |
| Sanchez Energy Corporation | Gregory B. Kopel | Executive Services Agreement | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Executive Services Agreement | |
| Sanchez Energy Corporation | Gerald Gleeson Van Riet | Indemnification Agreement | |
| Sanchez Energy Corporation | Howard J. Thill | Indemnification Agreement | |
| Sanchez Energy Corporation | Antonio R Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Michael G. Long | Indemnification Agreement | |
| Sanchez Energy Corporation | Gilbert R. Garcia | Indemnification Agreement | |
| Sanchez Energy Corporation | Alan G. Jackson | Indemnification Agreement | |
| Sanchez Energy Corporation | Joseph R. Dedominic | Indemnification Agreement | |
| Sanchez Energy Corporation | A.R. Sanchez Jr. | Indemnification Agreement | |
| Sanchez Energy Corporation | Sean Maher | Indemnification Agreement | |
| Sanchez Energy Corporation | Brian Carney | Indemnification Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Eugene I. Davis | Indemnification Agreement[4] | |
| Sanchez Energy Corporation | Cameron W. George | Indemnification Agreement[5] | |
| Sanchez Energy Corporation | Christopher Heinson | Indemnification Agreement | |
| Sanchez Energy Corporation | Garrick Hill | Indemnification Agreement | |
| Sanchez Energy Corporation | Kirsten A. Hink | Indemnification Agreement | |
| Sanchez Energy Corporation | Gregory B Kopel | Indemnification Agreement[6] | |
| Sanchez Energy Corporation | Robert V. Nelson, III | Indemnification Agreement | |
| Sanchez Energy Corporation | Eduardo Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Adam C. Zylman | Indemnification Agreement[7] | |
| Sanchez Energy Corporation | Greg Colvin | Indemnification Agreement | |
| Sanchez Energy Corporation | Ari Fleet Lt | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | Ari Fleet Lt | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | Ari Fleet Lt | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | ARI Fleet Automotive Rentals, Inc. | Lease and Fleet Management Services Agreement | |
| Sanchez Energy Corporation | Eagle Ford Villiage Suites Dilley LLC | Residential Tenancy Agreement | |
| Sanchez Energy Corporation | Team Housing Solutions, Inc. | Lodging Service Agreement | |
| Sanchez Energy Corporation | Credence Gas Services, LLC | Master Equipment Lease Agreement | |
| Sanchez Energy Corporation | Houston Nfl Holdings, LP | First Addendum to NRG Stadium Suite Lease Agreement | |
| Sanchez Energy Corporation | Houston NFL Holdings, LP Kirkland & Ellis, Llp | NRG Stadium Suite Lease Agreement | |
| Sanchez Energy Corporation | Arrowhead Gathering Company, LLC | Guaranty Agreement | |
| Sanchez Energy Corporation | Automotive Rentals, Inc. / Ari Fleet Lt | Parent Company Guaranty dated 3/30/2017 | |
| Sanchez Energy Corporation | Nustar Logistics, L.P. | Guaranty Agreement | |
| Sanchez Energy Corporation | Merrill Communications LLC | Merrill Bridge Services Agreement | |
| Sanchez Energy Corporation | Cornerstone | Statement of Work | |
| Sanchez Energy Corporation | Core Trust, a division of Healthtrust Purchasing Group, L.P. | Participation Agreement | |
| Sanchez Energy Corporation | Mapr Technologies Inc. | Order Form for MAPR Software & Services | |

[4] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

[5] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

[6] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

[7] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Mapr Technologies, Inc. | Order Form for MapR Software and Services | |
| Sanchez Energy Corporation | Mapr Technologies, Inc. | Order Form for MapR Software & Services | |
| Sanchez Energy Corporation | Net (Net), Inc. | Master Services Agreement | |
| Sanchez Energy Corporation | Drilling Info, Inc. | Order Form | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Change Order to Retail Sales Agreement | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | Knowbe4 | Security Awareness Training Subscription | 5/10/2020 |
| Sanchez Energy Corporation | Actenum Corp. | Ordering Document | |
| Sanchez Energy Corporation | Actenum Corp. | Master Software Subscription License Agreement | |
| Sanchez Energy Corporation | Simplelegal | Master Services Agreement | |
| Sanchez Energy Corporation | Simplelegal | Order Form | |
| SN EF Maverick LLC | Worthey Properties Ltd | TOWER SITE (COMMUNICATIONS) | |
| Sanchez Energy Corporation | Drilling Info, Inc. | Order Form | |
| Sanchez Energy Corporation | Intelligize, Inc. | Order Form | |
| Sanchez Energy Corporation | Thomson Reuters (Tax & Accounting) Inc. | Order Form | |
| Sanchez Energy Corporation | Nasdaq Corporate Solutions LLC | Service Order under TR Services Contract | |
| Sanchez Energy Corporation | Merrill Communications LLC | Subscription Services Agreement | |
| Sanchez Energy Corporation | Thomson Reuters (Markets) LLC | Order Form | |
| Sanchez Energy Corporation | Thomson Reuters (Markets) LLC | Order Form | |
| SN EF Maverick, LLC | Nabors Drilling USA | Work Order WOA-D19-008 - Rig X23 | |
| SN EF Maverick, LLC | Nabors Drilling Technologies USA (a division of Nabors Drilling Technologies USA Inc.) | Amendment 1 To Work Order-D18-012 - Rig X41 | |
| SN EF Maverick, LLC | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Work Order WOA-D18-012 - Rig X41 | |
| Sanchez Energy Corporation | Orion Drilling Company, Inc. | Drilling Bid Proposal and Daywork Drilling Contract | |
| Sanchez Energy Corporation | Orion Drilling Company, Inc. | Drilling Bid Proposal and Daywork Drilling Contract - U.S. | |
| Sanchez Energy Corporation | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Work Order WOA-D18-011 - Rig X-29 | |
| Sanchez Energy Corporation | Nabors Drilling USA (a Division of Nabors Drilling Technologies USA, Inc.) | Amendment No. 1 to Work Order WOA-D18-011 - Rig X-29 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Irasel Sand, LLC | Master Product Purchase Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irasel Sand, LLC | First Amendment To The Master Product Purchase Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Phoenix Silica, Inc. | Master Product Purchase Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| SN Operating, LLC | Phoenix Silica, Inc. | First Amendment To The Master Product Purchase Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Merrill Communications LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Energists | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Poetic Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bull Dawg Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Empire, LLC dba Empire Gas Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Titanium Oil & Gas Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Varel International. Ind., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 2-M Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 4H Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 4M Field Solutions LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 9/0 Transport & Sales, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A&E Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A&M Technical Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A & W Wireline Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AAA Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AAR Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ABB Inc., | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Acock Consulting, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Acuren Inspection, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Advanced Center For Wellness, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aereon | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Affirm Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Agar Corporation Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AJ'S Logistic Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alamo Filter Company, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Al-Dai Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alvarado Trucking & Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | American Environmental Landfill, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Amerigas Propane | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Amigos Recertification & Inspection Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Amrex, Inc. dba Falco Pest Management | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Anchor Drilling Fluids USA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Angus Measurement Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Apex Remington, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arapahoe Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arck Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ardent Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arklatex Energy Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arredondo Dozer Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Arrow-Tek Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ASC Environmental; Asc Production Chemical Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ashley Electric, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aztec Well Servicing Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Basic Energy Services, LP | Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Basin Chemical Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bass Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bayou Well Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bear Creek Engineering, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bear Creek Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Synergy Energy Holdings, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bexar Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Big Six Torque & Test, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwall Process, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwater Swd, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwater Swd, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bobby Wayne Beach dba W&S Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Boe Oil Tools, Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Lease Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Swabbing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Well Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Bos Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Brigade Energy Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bright Automation, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mathew Salinas dba Blade Right Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blade Right Services, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bruington Engineering, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bullet Production Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bull's Eye Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bullzeye Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Burrow Global Construction LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Burton Oil Service Operations, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Butch's Rat Hole & Anchor Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & E Production, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & H Welding And Fabricating, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & R Keck Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C4 Vacuum & Oilfield Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Calfrac Well Services Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cam Integrated Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Camino Agave, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Camino Real Mineral Company, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Canary, LLC dba Canary Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shannon April Seidensticker dba Cannon Well Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Carousel Specialty Products, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cec Corrosion Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cenergy International Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ceniza 7 Enterprises LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cenizo Slickline Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Centex Supply & Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Central Rig Services, LLC dba Petrotex | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Certarus (USA), Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cessac Welding Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chad Buesing dba Buesing Production Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Challenger Deepwell Servicing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Chalmers, Collins & Alwell, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chapa'S Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemical Conditioning Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemical Weed Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemix Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemoil Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemtreat, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cielo Energy Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Circle T Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clarkco Oilfield Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clementson, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Clyde Kazmir Const., Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cnc Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Chemical Co., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Chemical., LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Corrosion Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Salt Water Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Code Red Safety & Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coil Tubing Partners, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cold Creek Construction, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Comm Engineering, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Common Disposal, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Concan Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Connexa Energy, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Conquest Completion Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Consolidated Wellsite Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Continental Laboratories, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coonrod Electric Co., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Datalog LWT, Inc. dba Cordax Evaluation Technologies | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mansour Rahmatian dba Core Mineralogy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Excellence Logging US Inc. Core-Tech Wireline Services of Texas, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Core-Tech Wireline Services of Texas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Corpac Steel Products Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Covenant Testing Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Directional Drilling, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Drilling & Production, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irasel Sand, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irasel Sand, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Services LLC And Its Affiliates And Subsidiaries | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cretic Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cross Roads Oil Field Supply Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crossland Oilfield Services, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crude Starr LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Ctap, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC/ Cutter Drilling Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dalton Crane, Lc dba Dalton Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHV Transport & Logistics, LLC dba Dhv Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dan Blocker Petroleum Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dashiell Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dawson Geophysical Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DCAF Inc. dba G&F Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Decca Consulting, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Delaune Drilling Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Savage Services Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Sunland Capital, LLC dba Delta Daylighting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Derouen Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHV Transport & Logistics, LLC dba DHV Oilfield | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHW Well Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond J Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond K Operating, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond P. Lease & Well Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Di-Trol Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Divine Wireline Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | D-Jax Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DKM Enterprises LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Doggett Equipment Services Group, Ltd dba Toyota Lift of Texas | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Double Rafter H Construction Company, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dover Energy Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Down Hole Inspection, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Downing Wellhead Equipment, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Doyon Universal Services, LLC And Affiliates: Denali Universal Services, Ll And Sodexo Remote Sites Partnership | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dragon Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dragonfly Aviation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drilformance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drilling Tools International, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drillwell, LLC dba Drillwell Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Drover Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DSS Construction Services, Inc. dba DSS Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DW Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynasty Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Environmental Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E&R Vacuum Truck Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.L.S. Surveying & Mapping, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle Automation Limited | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle Logistics | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Eagle NDT, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle's Den Suites at Carrizo Springs | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eastern Fishing & Rental Tools Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ECM Energy Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eco Bright Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ecoloop Energy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Edge Vacuum Service Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ee Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ee Water Company, LLC dba Mckinley Drilling Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.G. Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.L. Farmer & Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Element Materials Technology Houston Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elite Employment Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elite Leasing And Oilfield Services, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elkhorn Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ellington & Associates, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elliott Electric Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ely And Associates Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Embark Transport, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ems USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Encore Pipe & Consultation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Energes, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Energy First Engineering & Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enhanceco, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enovation Controls, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Entec Pest Management, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Entegra LLP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enventure Global Technology, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental & Safety Support Group, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental & Safety Systems International dba Essi Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental Safety & Health Consulting Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EPI Group US, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EPO Vegetation Management Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Equipment Transport LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Erna Frac Sand, L.C. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ETS Oilfield Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Evergreen Environmental Services, LLC dba Evergreen Industrial Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Exact Valve Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Extreme Well Testing, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | F. Garcia Hauling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil & Gas Process Specialist, LLC dba Facility Service & Supply | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fairway Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Falcon Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Falcon Flowback Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | F/C Trucking, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fields Water Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flawless Pipeline Maintenance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flexim Americas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flocap Injection Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flogistix, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flow Data, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flozone Measurement, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flying V Rentals, Inc | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flying V Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fortis Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Fortress Environmental Services (Dc), LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Forum US, Inc. dba Forum Flow Equipment | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fox NDE, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fox Tank Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Freese and Nichols, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | FIS Operations, LLC dbs Frontier Integrity Solutions | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Full Hole Inspection Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Furry Industries, Inc. dba Commercial Electric Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fusion Directional, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | G&P Automation And Electric, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gaertner Leasing, Inc. | Master Service Contract (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Gar Energy Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Analytical Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Tech-Flow, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gate Guard Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vetco Gray, Inc.<br>Ge Oil & Gas Pressure Control, LP | Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GE Oil & Gas Pressure Control, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Genco Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Geo Exploration Service, Inc. dba Geo Med Waste of Texas | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Geokinetics USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GJR Meyer Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Global Nitrogen Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Pipeline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Vessel & Tank, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gold Star Eagle Ford Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Granbury Excavating, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Grand Isle Shipyard, Inc. and its affiliated companies | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gravity Oilfield Services, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Globe Energy Services, LLC and Globe Chemical, LLC dba Tech Management | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Light Tower Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Greenwell Energy Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GSM Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | GSS Transport, LLC dba Gss Construction & Oilfield Supply | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GTI Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Guard 1 Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Brokerage, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Services, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Weed Control, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulfstream Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Guyline Safety Anchors, Inc dba Guyline Anchor Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gyro Technologies, Inc. dba Vaughn Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H&M Acid Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Raul Munoz Jr. dba H&R Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | H & S Constructors Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H II Land Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H&E Equipment Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Halcyon Equipment, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Haller Enterprises, LLC dba Earl's Tank Truck Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hamman Swabbing & Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hardrock Directional Drilling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HBM Capillary Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Heckmann Water Resources (CVR), Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hero Flare, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HG Eagle, LLC dba ACG Materials | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Hydroline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Himarc Environmental Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Horizon Mud Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Horizon Power Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Houston Inspection Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Houston Procurement And Logistics International, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hunt Oilfield Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hydroline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | i2i Pipelines Americas, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ignition Systems & Controls, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Indepth Production Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Industrial Sand Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Team Oil Tools, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Integrity Directional Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Integrity Telecommunications, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Intercept Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Intertek Asset Integrity Management, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Iron Horse Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irongate Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & J Excavating And Materials, Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & J Oilfield Electric Company, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & L Morales Oil Construction | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Drillwell, LLC<br>J4 Fluid Services, LLC | Amendment 1 to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J4 Fluid Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jacobra Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JAG Energy Holdings, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jaguar Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jake Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JCP Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J H Walker Inc. dba J H Walker Trucking | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JNP Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Johnnie R. Gresham Operating Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Johnson Specialty Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Joseph Lemaire, LLC dba J & D Trucking | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JPL Global Logistics Solutions, LLC dba JPL RFID | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JHT Operating, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Juan Chavarria | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J-W Power Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JW Rentals, Inc. dba Environmental Evolutions National | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K&B Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K&C Hose and Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K-3 Resources, LP dba K-3 BMI dba K-3 Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kasper Pro Vac Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KB Wellbore Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | K-C Lease Service, Inc dba Matagorda Construction and Materials | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K/C Livestock | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KDR Supply Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kenergy Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kimber Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Knight Oil Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KST Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | L.O. Construction, Inc. dba Los Olmos Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lagarto Rental Tools, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Laredo Occupational Center, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Green & Hansen LLC dba Legacy Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Lenorah Operators Holdco, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Liberty Materials, Inc | First Amendment to Master Services Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Liberty Materials, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Limon's Road Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LK Pipeline Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lone Star Power Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lone Wolf 3K Trucking, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lonestar Prospects, Ltd. Vista Sand | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Longhorn Paving and Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Longnecker Investment Group Inc. dba Longnecker & Associates, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lotus, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Louisiana Crane & Construction, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LQT Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LR Commercial Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Luera'S Welding Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lukiven Global, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LV Logistics LLC dba Vac-U-Rat Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | M & J Valve Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Magnum Oil Tools International, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Manning Safety Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Martin Electric Company Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Martin Marietta | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Matador Well Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mathena, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Maverick Engineering, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Maxum Oilfield Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MBaughman Enterprises, Inc. dba Precision Catalyst | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | McAda Drilling Fluids, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Merrill Communications LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mesa Southern CWS Acquisition, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Microseismic, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mid-Ship Group, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Midway Oilfield Constructors, Inc. dba Midway Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Mike Walters Specialty Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mineraltech Gulf Coast Abrasives, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mission Vacuum & Pump Truck Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mistras Group, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MJE Transport & Logistics, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MKS Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MMR Constructors, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mobile Maintenance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mobile Mini, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Momentum Water Transfer Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Moncla Workover & Drilling Operations, LLC and Its Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Moore Control Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mostar Communications LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Motive Drilling Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mo-Vac Service Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MPS Enterprises, Inc. dba Milford | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MRC Global (US) Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MTZ Vacuum Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | M. W. Rentals & Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Nalco Company LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NDE Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Network-Interstate Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | NVI, LLC dba Nondestructive & Visual Inspection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NXT Energy Services, LLC dba Nxt Oilfield Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Nyati Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ochoa Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Odessa Pumps and Equipment, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Odessa Separator, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | offshore Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil Field Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil States Energy Services, L.L.C. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aldonsa, Inc., d/b/a Oilfield Instrumentation, USA | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Equipment Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Oilfield Labs of America, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Support Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oleum Energy Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Winfred W. Stanfield dba On Point Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oncorp, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | One Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Outlaw Petroleum Partners, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Overwatch Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P & C Oilfield Service LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P and J Electric Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P&P Hot Oil, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Padre Tubular Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Paladin Surface Logging LLC/Paladin Geological Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patco Completion Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Freight Group, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patterson Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Paws Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pay Zone Mud Logging Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Payzone Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Peak Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pegasus Construction and Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pentair Filtration Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Permian Tank & Manufacturing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petro Amigos Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroleum Pipe Americas Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroleum Solutions International, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroskills, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petro Waste Environmental LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pfm Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pgh Petroleum & Environmental Engineers, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | R&D LLC dba Philco | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Phoenix Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pine Island Chemical Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pinnergy, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pioneer Wireline Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pipe Exchange | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pipe Pros, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PJP4 Fluid Management, LLC dba PJP4 FM, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Platinum PTS, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Polyflow, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Power Torque Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Powerhouse Energy Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PPP Sanitational Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Directional Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Solids Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Tech LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Preferred Pipeline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sand Mining of Texas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Directional Drilling, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Pipe, LLC | Amendment 1 to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Pipe, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Premium Oilfield Services, LLC and Cutter Drilling Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Prime M&C, Inc. dba Prime Maintenance & Construction | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pro Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pro Torque Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Proactive Diagnostic Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Procor Chemicals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Professional Directional Enterprises, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Protech Oil & Gas Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ptw Energy Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Leske Oil Company Incorporated dba Legacy Fueling & Lubricants | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Pyramid Tubular Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | QCSA Logistics, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Altus Intervention USA, Inc. (f/k/a Qinterra Technologies, Inc. ) | Amendment 2 to the Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Qinterra Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quail Tools, L.P. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quality South Texas Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quantico Energy Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quantum Petrophysics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quinn Artificial Lift Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R&D Pipe Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R & R Rentals and Hotshot, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | R Construction Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R.P.M. Swabbing Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ranger Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rci Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rdz Oilfield Lease Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Redback Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reliable Wireline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Renegade Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rental Xpress, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Margarito Requenez dba Requenez Welding Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ricardo Calderon dba R.C. Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Richard'S Lease Service, Inc dba Richard'S Hot Oil & Lease Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ricks Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rig Runners Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rigsite Transport LLC/ Wellbore Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rocket Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rockin' B Environmental Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rockstim Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reef Services, LLC And Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roma Bridge Logistics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rosen USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roto-Versal Compression Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Row Plus, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rowc Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roxann Atkinson | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roywell, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rpw Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rs Equipment Company, LLC dba Hotsy Carlson Equipment Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RSK Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rwls, LLC dba Renegade Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kendra Hays dba Safari Welding & Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Safety & Pressure Control, LLC dba Alliance Oil and Gas Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Samco Enterprises, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Saulsbury Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Scarecrow Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Scheele Engineering Corporation dba Secor | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Security Integrated, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sendero Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SGS North America, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SGV International, LLC/ SGV Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shamrock Management, LLC dba Shamrock Energy Solutions | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shermco Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sierra Frac Sand, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sierra Hamilton LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SIR, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sitton Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Smart Talk Transport Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Solansky Welding and Pump, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | South Texas Aggregates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | South Texas Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Connections & Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Oil Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Petroleum Laboratories | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Specialties Transportation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sparkman Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Spectrum Tracer Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sprint Industrial Holdings, LLC And Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Standard Well Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | STEP Energy Services (USA) Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stepchange Global Consultancy, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sterling Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stevens Tanker Division, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stillman Enterprises, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stillman Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stokes and Spiehler USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Storm Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Stream-Flo USA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stric-Lan Companies LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Strike, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stryder Construction & Pipeline, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stuart Petroleum Testers, Inc. dba Stuart Pressure Control | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bradley J Fish, Inc. dba Sullair of Houston | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sun Coast Resources | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Superior Optimization, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Supreme Service & Specialty Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Supreme Source Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Swca, Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Swire Water Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Synergy Service & Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T & T Pipe Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T.G. Mercer Consulting Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tactical Completions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tam Completion Systems, Inc. dba Tam International US | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tanmar Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Target Well Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Td Enerserv and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tdj Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tds-Pro, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Tec Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kelley Ventures, LLC dba Techmark International | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fmc Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Techniques U.S.A., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Terex Utilities, Inc. d/b/a Terex Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tetra Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Cementing Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas First Rentals LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Gold Hydraulics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Industrial Engine & Oilfield Equipment, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Pride Hot Shot Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Texas Quality Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Rental and Tire, LLC dba Shield Wellhead Protection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T.F. Hudgins Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bureau Veritas North America, Inc. dba TH Hill Associates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quality Construction & Production, L.L.C.<br>Quality Production Management, L.L.C.<br>Traco Production Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Reach Group Americas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TRG The Response Group | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Three Garcias, LLC dba Modern Crane Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Thomas Services LA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tier One Security, Inc.<br>Timekeepers, Inc.<br>Specialized Onsite Safety, LLC.<br>Tier One Group And Its Subsidiaries | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Tierra Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tifco Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Timberland Dozer Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Titan Directional Drilling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Titanliner, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TNR Technical, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TNT Crane & Rigging, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tomax Drilling Technology, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | THL Top Hand Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Topographic Land Surveyors | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Total Tank Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Travis Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trend Services Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trendsetter Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Triad Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tri-Co Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trillium Resources, Inc./Olistica Environmental Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trimac Transportation Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trinity Environmental Service SMD 1, LLC<br>Trinity Envioronmental Services<br>Trinity Environmental Service 1, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Triple L Vacuum Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | V&A Enterprises, LLC dba Trois Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trojan Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Truespec Energy Products, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tsi Flow Products, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Towing Network, LLC dba TTN Fleet Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tubular Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tulsa Inspection Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Turbo Drill Industries, Inc. dba Scout Downhole, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Turnco, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Two Girls & A Bucket | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Twopro Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Universal Wellhead Services Holdings, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | University of Houston | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | USA Compression Partners, LLC | Gas Compression Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | V&M Oil and Gas Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vac Carriers Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vac-U-Rat Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vallen Distribution, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Valley Boring Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Variable Bore Rams, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Versatech Automation Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vision Oil and Gas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vt Interests, LLC dba Vibration Technology | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bobby E Walters LLC dba Walters Electric | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Waste Management of Texas<br>Waste Management of Texas | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Water Science Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Water Well Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Waterfleet, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Weldtek Specialty Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wellbenders Directional Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wellbore Fishing & Rental Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Welltec, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Welltech Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Westward Environmental, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wet Tech Energy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | W&M Specialty Co., Inc. dba White Water Equipment Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wildcat Fluids, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | O'Brien's Response Management, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elkhorn Construction, Inc. Swaggart Brother's Inc. Wood Group PSN, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wrangler Trucking LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Yellowjacket Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zahroof Valves, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zealous Clay and Domingue, LLC dba Zealous Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zedi US, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fast Trac Transportation, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reservoir Data Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Samaripa Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Integration Group of Americas, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Excalibur Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&A Rentals And Supply d/b/a Gulf Coast Machine Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&L Pipeco Services, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&T Rentals, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B.C. Henderson Construction, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Baro Holdings Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Blackwolf Oilfields Services<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | JTH Operating, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Knight Energy Holdings, LLC d/b/a Knight Oil Tools, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Well Drilling Corporation<br>Sanchez Oil & Gas Corporation | Master Drilling Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Sanchez Oil & Gas Corporation<br>Nexus Integrity Management, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nickel Rock, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nitro Downhole LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nitro-Lift Technologies<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nordon Corporation<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | North American Tubular Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Npc Energy Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Quail Energy Services, LP<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Tubular Maintenance & Manufacturing dba Kelly'S Pipe Inspection<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | B.C. Henderson Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Palmetto, LLC | Odessa Pumps and Equipment, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Rental And Tire, LLC d/b/a Shield Wellhead Protection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Frio LaSalle Pipeline, LP | Fourth Amendment to Gas Gathering Agreement | |
| SN Cotulla Assets, LLC | Eagle Ford Gathering LLC | Amendment to Gas Services Agreement | |
| SN Marquis, LLC | American Midstream (Lavaca) LLC | Firm Gas Gathering Agreement | |
| SN Cotulla Assets, LLC | Regency Field Services LLC | Natural Gas Sale and Purchase Contract | |
| SN Cotulla Assets, LLC | Frio Lasalle Pipeline LP | Letter Agreement | |
| SN Cotulla Assets, LLC | ETC Field Services LLC | First Amendment to Gas Gathering Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>Shell Western E&P | Gathering and Natural Gas Services Agreement | |
| SN Catarina, LLC | Houston Pipe Line Company, LP<br>Shell Western E&P<br>SWEPI, LP<br>Houston Pipe Line Company LP | Intrastate Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | Houston Pipe Line Company LP<br>SWEPI LP d/b/a Shell Western E&P<br>Houston Pipe Line Company LP | Interruptible Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>Shell Western E&P | Gathering and Natural Gas Services Agreement | |
| SN Catarina, LLC | SWEPI LP dba Shell Western E&P<br>Houston Pipe Line Company LP | Intrastate Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | SWEPI LP<br>Eagle Ford Gathering LLC | Interconnect Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | SWEPI LP<br>Velocity South Texas Gathering, LLC<br>Velocity Midstream Partners, LLC | Oil Gathering Agreement | |
| SN Catarina, LLC | Etc Texas Pipeline, Ltd<br>SWEPI LP, dba Shell Western E&P | Gathering and Processing Agreement | |
| SN Catarina, LLC | Plains Gas Solutions, LLC<br>SWEPI LP | Interruptible Condensate Stabilization Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>SWEPI LP, dba Shell Western E&P | Second Amendment to Individual Transaction Confirmation | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>SWEPI LP, dba Shell Western E&P | First Amendment to Individual Transaction Confirmation | |
| SN Catarina, LLC | Gazelle Transportation Inc.<br>Shell Exploration & Production Company (SEPCOo) on behalf of SWEPI LP | Sale to and Purchase from Gazelle Transportation, Inc. | |
| SN Catarina, LLC | Shell Exploration & Production Company (SEPCO) on behalf of SWEPI LP<br>Gazelle Transportation Inc. | Amendment to Purchase and Sale Agreement | |
| SN Catarina, LLC | Gazelle Transportation<br>Shell Exploration & Production Company (SEPCO) on behalf of SWEPI LP | Amendment to Purchase and Sale Agreement | |
| SN Catarina, LLC | Jag Energy USA, Inc.<br>SWEPI LP | Natural Gas Liquids. Commercial Terms Confirmation | |
| SN Catarina, LLC | Eagle Ford Gathering LLC | First Amendment to Gas Services Agreement | 04/30/2020 |
| SN Catarina, LLC | Anadarko E&P Onshore, LLC<br>Eagle Ford Gathering, LLC | Gas Service Agreement | 04/30/2020 |
| SN Catarina, LLC | Axis Marketing, LLC | Raw Make Purchase/Sales Agreement | |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | First Amendment to Gas Gathering Agreement | 04/30/2020 |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | Second Amendment to Gas Services Agreement | 04/30/2020 |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | Third Amendment to Gas Services Agreement | 04/30/2020 |
| SN Catarina, LLC | SWEPI LP<br>Eagle Ford Gathering LLC | Gas Services Agreement | 04/30/2020 |
| SN Catarina, LLC | SWEPI LP, Doing Business As Shell Western E&P<br>Etc Texas Pipeline, Ltd | Individual Transaction Confirmation to Gathering and Processing Agreement | |
| SN Catarina, LLC | SWEPI LP, doing business as<br>SWEPI LP, doing business as Shell Western E&P<br>ETC Texas Pipeline, Ltd. | Gathering and Processing Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to the Purchase Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Amendment 2 to the Purchase Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to the Purchase Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Crude Oil Purchase Agreement | |
| SN Catarina, LLC | Seco Pipeline, LLC | Firm Transportation Service Agreement | |
| SN EF Maverick, LLC | Kerr-Mcgee Oil & Gas Onshore, LP<br>Anadarko E&P Onshore, LLC | Specified Midstream Assumption Agreement | |
| Sanchez Energy Corporation | Anadarko E&P Onshore, LLC<br>Kerr-Mcgee Oil & Gas Onshore, LP<br>Gavilan Resources, LLC | Springfield Gathering Assumption Agreement | |
| SN EF Maverick, LLC | Bp Products North America, Inc.<br>Anadarko E&P Onshore, LLC | First Amendment to Service Contract | |
| SN EF Maverick, LLC | Bp Oil Supply, a division of BP Products North America, Inc. | Amendment to the Purchase Agreement | |
| SN EF Maverick, LLC | BP Products North America, Inc.<br>Anadarko E&P Onshore, LLC | Crude Oil Purchase Agreement | |
| SN EF Maverick, LLC | BP Products North America, Inc.<br>Anadarko E&P Onshore, LLC | First Amendment to Crude Oil Purchase Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Double Eagle Pipeline, LLC C/O Copano Double Eagle, LLC<br>Kinder Morgan Crude & Condensate, LLC | Throughput and Deficiency Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC, F.K.A. Anadarko E&P Company, LP<br>WGR Operating, LP by Western Gas Operating, LLC, its General Partner | Treating and Handling Fees - Brasada Gas Processing Plant | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 1 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 2 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 3 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 4 | |
| SN EF Maverick, LLC | Wgr Operating, LP by Western Gas Operating, LLC, its General Partner<br>Anadarko E&P Company, LP | Gas Processing Agreement | |
| SN EF Maverick, LLC<br>SN Catarina, LLC | WGR Operating, LP | WGR Gas Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP By Net General Partners, LLC, Its General Partner | First Amendment to Firm Agreement NGPA Sec. 311 Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP by Net General Partners, LLC, its General Partner | First Amendment to Firm Intrastate Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | Firm NGPA Section 311 Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | First Amendment to Firm NGPA Section 311 Gas Transportation Agreement | |
| SN EF Maverick, LLC | Eagle Ford Midstream, LP<br>Anadarko Energy Services Company | Firm Intrastate Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Enterprise Products Operating, LLC, By Enterprise Products Olpgp, Inc. | Purchase Agreement | |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC<br>Anadarko Energy Services Company | Transportation Services Agreement | |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC, By Enterprise Products Olpgp, Inc.<br>Anadarko Petroleum Corporation | First Amendment to Gas Gathering, Processing and Purchase Contract | |
| SN EF Maverick, LLC | Enterprise Texas Pipeline, LLC | Interruptible Gas Transportation Agreement for Intrastate Service | |
| SN EF Maverick, LLC | Enterprise Texas Pipeline, LLC | Interruptible Gas Transportation Agreement for NGPA Section 311 Service | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>ETC Texas Pipeline, Ltd; by LG Pl, LLC | Individual Transaction Confirmation | |
| SN EF Maverick, LLC | ETC Texas Pipeline, Ltd.<br>Anadarko E&P Company LP | Gathering and Processing Agreement | |
| SN EF Maverick, LLC | ETC Texas Pipeline, Ltd.; by LG PL, LLC<br>Anadarko E&P Company LP | Second Amendment to Amended and Restated Individual Transaction Confirmation | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company, LP | First Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company, LP | Second Amendment to Firm Transportation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Texas Pipeline, LLC | Third Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company LP | Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Texas Pipeline LLC | Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Texas Pipeline, LLC, By Howard Midstream Energy Partners, LLC<br>Allocation Specialists, Ltd., By Petroleum Documentation, LLC | NGL Bank Service Agreement | |
| SN EF Maverick, LLC | Amid Crude Trucking, LLC | Truck Purchase Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Company, LP<br>Trimac Transportation Central, Inc. | Motor Transportation Contract | |
| SN EF Maverick, LLC | Plains Gas Solutions, LLC<br>Anadarko E&P Onshore, LLC | First Amendment to Firm Condensate Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Plains Gas Solutions, LLC | Condensate Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Plains Gas Solutions, LLC | Raw Make (Y-Grade) Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Plains South Texas Gathering, LLC<br>Anadarko E&P Onshore, LLC | Shipping Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Anadarko Energy Services Company<br>Kerr-Mcgee Oil & Gas Onshore LP | First Amendment to the Retained Marketing Contracts Services Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Kerr-Mcgee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Gavilan Resources, LLC, f/k/a Aguila Production, LLC<br>Anadarko E&P Onshore, LLC | Third Amendment to Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | Assignment and Consent to Assignment Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Anadarko E&P Onshore, LLC<br>Kerr-Mcgee Oil & Gas Onshore, LP | Retained Midstream Contracts Services Agreement | |
| SN Catarina, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Anadarko E&P Onshore LLC<br>Kerr-Mcgee Oil & Gas Onshore LP<br>Anadarko Energy Services Company | Retained Marketing Contracts Services Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Kerr-Mcgee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC | Second Amendment to the Retained Marketing Contracts Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Second Amended and Restated Lease Dedication and Gas Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Second Amended and Restated Lease Dedication and Oil Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Agreement to Amend Gas Gathering Agreements | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Springfield Pipeline LLC | Attachment to Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Springfield Pipeline, LLC | Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC | Tauber Oil Company | Purchase Contract | |
| SN EF Maverick, LLC | Tauber Oil Company | Sales Contract | |
| SN EF Maverick, LLC | WGR Operating, LP | Confirmation for Delivery | |
| SN EF Maverick, LLC | Kinder Morgan Tejas Pipeline, LLC | Confirmation Email | |
| SN EF Maverick, LLC | Kinder Morgan Tejas Pipeline, LLC | Confirmation Email | |
| SN Catarina, LLC | WTG Gas Marketing, Inc. | Transaction Confirmation for Immediate Delivery | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Techgen SA De CV | Transaction Confirmation | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Interconnect Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Memorandum of Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy Marketing, Inc. | First Amendment to Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | EXCOo Operating Company, LP<br>Chesapeake Energy Marketing, LLC | Second Amendment to Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy Marketing, Inc. | Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | Flint Hills Resources, LP | Purchase Agreement | |
| SN Cotulla Assets, LLC | Flint Hills Resources, LP | Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Cotulla Assets, LLC | Enterprise Hydrocarbons, LP<br>EXCO Operating Company, LP | Gas Processing Agreement | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Mockingbird Midstream Gas Services, LLC | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC<br>Buffco Production, Inc. | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC<br>Buffco Production, Inc. | Gas Gathering Contract | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 5 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 6 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 7 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 10 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 11 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 12 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 5 to Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 6 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 7 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 8 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 9 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 13 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 14 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 15 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 16 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 17 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 18 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 19 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 20 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 21 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 22 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 23 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 24 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 25 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 26 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 27 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 28 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 29 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 30 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| SN Cotulla Assets, LLC | Trafigura Trading, LLC | Amendment to Purchase Agreement | |
| SN Cotulla Assets, LLC | Buffco Production, Inc. Upstream Energy Services, LP | Natural Gas Marketing, Transportation and Processing Agency Agreement | |
| SN Cotulla Assets, LLC | EP Energy E&P Company, LP | Letter Agreement to Purchase Oil and Gas Interests | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Gathering Letter Agreement | |
| Sanchez Energy Corporation | NGL Crude Terminals, LLC | Letter Agreement | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons LP | Gas Processing Agreement | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons LP | Amendment No. 2 to Gas Processing Agreement | |
| SN EF Maverick, LLC | Jag Energy USA, Inc. | Purchase Order | |
| SN Marquis, LLC | Lonestar Resources US Inc. | Amendment No. 1 to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Springfield Pipeline LLC<br>Anadarko E&P Onshore LLC | Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Central Inc.<br>Anadarko E&P Company LP | Motor Transportation Contract | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Central Inc.<br>Anadarko E&P Onshore LLC | Revised Appendix A | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Inc.<br>Anadarko E&P Onshore LLC | Revised Appendix A | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Letter Agreement Re Carnero Gathering Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Letter Agreement Re Carnero Processing Purchase and Sale Agreement | |
| SN Catarina, LLC | TPL Southtex Processing Company LP | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC | EP Energy E&P Company LP | Letter Agreement Re Agreement to Purchase Oil & Gas Interests | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Exco Operating Company LP<br>Enterprise Hydrocarbons LP | Base Contract for Sale and Purchase of Natural Gas | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Sanchez Energy Corporation<br>SN EF Unsub LLC<br>SN EF Maverick, LLC<br>SN EF Unsub LLC | Letter Agreement Re: Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Anadarko Energy Services Company<br>Kerr Mcgee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Anadarko Energy Services Company<br>Kerr Mcgee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Marketing Transition Services Agreement | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment No. 1 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Oil Delivery Contract | |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Downstream Marketing Agreements Assumption Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Cotulla Assets, LLC | Flint Hills Resources LP | Purchase Agreement | |
| SN Catarina, LLC | Catarina Midstream, LLC | Letter Re: Notice of Rate Adjustment | |
| SN Catarina, LLC | Conocophillips Company | Transaction Confirmation | |
| SN EF Maverick, LLC | BP Energy Company | Transaction Confirmation | |
| SN EF Maverick, LLC | Conocophillips Company | Transaction Confirmation | |
| SN EF Maverick, LLC | Eagle Ford Midstream, LP | Natural Gas Transportation Service Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Shell Energy North America (US), L.P.<br>SN EF Maverick, LLC<br>Shell Energy North America (US), L.P.<br>SN EF Maverick, LLC | Transaction Confirmation | |
| SN EF Maverick, LLC | Shell Trading (US) Company | STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment 002 to STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment 0001 to STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Gas Transaction Confirmation | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Supply Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Price Amendment to Supply Agreement | |
| Sanchez Energy Corporation<br>SN Payables, LLC | Shell Trading (US) Company | Price Amendment to Supply Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Abstract of Amendment No. 3 to Price Contract | |
| SN EF Maverick, LLC | BP Oil Supply | Oil Trade Confirmation | |
| SN EF Maverick, LLC | BP Oil Supply | Trade Confirmation | |
| SN EF Maverick, LLC | Flint Hills Resources LP | Purchase Agreement | |
| Sanchez Energy Corporation | 1000 Main LLC | First Amendment to Lease | |
| SN Catarina, LLC | SWEPI, LP<br>Joe Villarreal<br>Corporate Real Estate, Shell Oil Company | Lease Agreement | |
| Sanchez Energy Corporation | 1000 Main, LLC | Lease Agreement | |
| SN EF Maverick, LLC | Kerr-Mcgee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Aguila Production, LLC | Terms Of The Proposes Lease Agreement | |
| Sanchez Energy Corporation | Colliers International Houston, Inc. a Texas Corporation d/b/a Colliers International | Exclusive Sublease Listing Agreement | |
| Sanchez Energy Corporation | Wurzbach/NW Military Partners, Ltd. | Shopping Center Lease | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Kerr Mcgee Oil & Gas Onshore LP<br>SN EF Unsub, LP<br>Gavilan Resources, LLC<br>Anadarko E&P Onshore LLC | Development Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Gavilan Resources, LLC<br>Gavilan Resources, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Joint Development Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Gavilan Resources (f/k/a Aguila Production, LLC)<br>Gavilan Resources (f/k/a Aguila Production, LLC)<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Memorandum of Joint Development Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Gavilan Resources, LLC<br>Sanchez Energy Corporation<br>Gavilan Resources, LLC<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Letter Agreement re: Joint Development Agreement | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | George, Cameron W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | George, Cameron W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | George, Cameron W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | George, Cameron W. | Phantom Award dated 04/17/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Kopel, Gregory B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Thill, Howard J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Thill, Howard J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Marlow, Paul B. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Marlow, Paul B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ahmadi, Tayeb | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | Alaniz, Tony G. | Phantom Award dated 07/01/2017 | |
| Sanchez Energy Corporation | Alaniz, Tony G. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Alford, Julia S. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Alford, Julia S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Alleman, Lauren E. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Alleman, Lauren E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Allen, Mary C. | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | Avra, Gregory A. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | Babbitt, Blake E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Babbitt, Blake E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Barber, Gerard M. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Barber, Gerard M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Barcenes, Jeffrey | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Barcenes, Jeffrey | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Barringer, Christopher W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Barringer, Christopher W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Bender, Justin M. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Blanche, Thomas C. | Phantom Award dated 02/01/2017 | |
| Sanchez Energy Corporation | Blanche, Thomas C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Blincow, Richard M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Boecking, Emily M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Borden, Merville L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Borden, Merville L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Bostick, Brandon L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Bostick, Brandon L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Brown, Michael J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Brown, Michael J. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Bullock, Sally H. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Bullock, Sally H. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Burell, Marcus C. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | Butler, Allison R. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Butler, Allison R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cansino, Juan J. | Phantom Award dated 10/01/2016 | |
| Sanchez Energy Corporation | Cansino, Juan J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Cansino, Juan J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cantu, Arturo | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Carranco, Jorge | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Carter, Ellis P. | Phantom Award dated 08/01/2017 | |
| Sanchez Energy Corporation | Carter, Ellis P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Carter, Theresa G. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Carter, Theresa G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Casas, Luis A. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Casas, Luis A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Chiovitti, Kimberly A. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Chiovitti, Kimberly A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Chriss, Andrea L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Chriss, Andrea L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Phantom Award dated 09/01/2016 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Clem, Linda P. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Colwell, Robert N. | Phantom Award dated 11/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Cordova, Peter G. | Phantom Award dated 01/01/2017 | |
| Sanchez Energy Corporation | Cordova, Peter G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Crawford, Cari L. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Cremar, Laura E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Cremar, Laura E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cruz, Ramsey | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Cruz, Ramsey | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Davis, Ada F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Davis, Ada F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Day, Michael C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Day, Michael C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Dunek, Kenneth L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunek, Kenneth L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 08/01/2017 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Fenn, David R. | Phantom Award dated 12/01/2016 | |
| Sanchez Energy Corporation | Fenn, David R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Fenn, David R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Fernandez, Beatrice M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Fontenelle, Lucas K. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Forma, Laura J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Forma, Laura J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Frazier, Holly W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Frazier, Holly W. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Garcia, Moises R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Garcia, Moises R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Garcia, Sarah D. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Garcia, Sarah D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Garza, Daniel E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Garza, Daniel E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | George, Tina R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | George, Tina R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gianelloni, Ignatius L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gianelloni, Ignatius L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gil Cohen, Maria J. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Gil Cohen, Maria J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gleason, Kelsey C. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Glenn, Marc P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Glenn, Marc P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Golvach, Mark M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Golvach, Mark M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gonzalez, Jacob E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gonzalez, Jacob E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gonzalez, Matthew R. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | Gonzalez, Matthew R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gough, Michael B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gough, Michael B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Guerra, Francisco A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Guerra, Francisco A. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Gupta, Ankush | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Gutierrez, Alfredo R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gutierrez, Alfredo R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Guzzetta, Alida C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Guzzetta, Alida C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hagelstein, Meagan E. | Phantom Award dated 06/01/2017 | |
| Sanchez Energy Corporation | Hagelstein, Meagan E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Haines, Lisa C. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Haines, Lisa C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hansard, Mark R. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hardison, Joy O. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Harris, Austin E. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | Harris, Austin E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Harrison, Andrew S. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Hecker, Nicole M. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Hecker, Nicole M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Heller, Tom J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Heller, Tom J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hermes, Cheyne A. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Hermes, Cheyne A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hermes, Cheyne A. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Phantom Award dated 02/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Hoes, Lauren P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Huddleston, Don C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Inampudi, Anuradha | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Inampudi, Anuradha | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Johnson, Ryan P. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | Kalyanaraman, Nishkriya | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Kalyanaraman, Nishkriya | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kay, Justin M. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | Kealler, Ryan J. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Kelley, Stephen R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Kelley, Stephen R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kellner, Charles E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kiss, John E. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Kiss, John E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Konsen, Tomas A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Konsen, Tomas A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kothare, Sunny K. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Kothare, Sunny K. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kotlarz, Kara J. | Phantom Award dated 09/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Kotlarz, Kara J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Koy, Samnang L. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Koy, Samnang L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kret, Linh L. | Phantom Award dated 06/01/2017 | |
| Sanchez Energy Corporation | Kret, Linh L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Krueger, Scott R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Krueger, Scott R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kuhl, Christina L. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Leach, Jeremy R. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | Lewandowski Steinmetz, Kristen R. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Lillis, Ashley M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lillis, Ashley M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Long, Andrew M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Long, Andrew M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lopez, Carlos D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Carlos D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lopez, Francis G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Francis G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lopez, Mark A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Severo M. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Lopez, Severo M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lu, Jie | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Lucken, Kimberlyn M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lucken, Kimberlyn M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mabry, James E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mabry, James E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Maldonado, Joe B. | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Maldonado, Joe B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mares, Jorge A. | Phantom Award dated 09/01/2017 | |
| Sanchez Energy Corporation | Mares, Jorge A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Martin, Jaclyn M. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | Martinez, Joel | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Martinez, Joel | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Martinez, Mateo L. | Phantom Award dated 10/01/2016 | |
| Sanchez Energy Corporation | Martinez, Mateo L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Martinez, Sandra S. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Martinez, Sandra S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | McGonigle, Mark N. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | McGonigle, Mark N. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Meaux, Bryce T. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendez, Alejandro | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendez, Alejandro | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendoza, Francisco F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendoza, Francisco F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendoza, Jorge A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendoza, Jorge A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Miller, Richard M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Miller, Richard M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mollard, Brandie L. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | Mortellaro, Bill M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mortellaro, Bill M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Morton, Steffani L. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | Nadal, Javier F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Nadal, Javier F. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Nagorski, John J. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Needham, Marshall B. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | Nelson, Ricky D. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | Neulist, William R. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | Nguyen, Jane D. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Nguyen, Jane D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Nguyen, Kim T. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Nursement, Jeremy P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Nursement, Jeremy P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | O'Connor, James C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Peng, Yao | Phantom Award dated 01/01/2019 | |
| Sanchez Energy Corporation | Pham, Thien-Huong T. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Pham, Thien-Huong T. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Purnell, Rosie B. | Phantom Award dated 07/01/2017 | |
| Sanchez Energy Corporation | Purnell, Rosie B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Qureshi, Fahad | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Qureshi, Fahad | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Ramos, Joshua R. | Phantom Award dated 07/01/2018 | |
| Sanchez Energy Corporation | Ricci, Kevin M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ricci, Kevin M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Roberson, Shurron S. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | Roberson, Shurron S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Robinson, Shontell M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Robison, Jordan D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Robison, Jordan D. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Rodriguez, Rodolfo R. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Rodriguez, Rodolfo R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Sanchez, Marcos A. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Melva G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Melva G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Santana, Luis A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Santana, Luis A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Scott, Trelisia L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Scott, Trelisia L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Settle, Lon G. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | Settle, Lon G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Sharma, Pankaj | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | Shiah, Feng L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Shiah, Feng L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Shrode, Sheila M. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | Singh, Richard E. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | Smith, Jamie I. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Smith, Jamie I. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Smolik, Leslie G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Smolik, Leslie G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Stadtfeld, Aimee D. | Phantom Award dated 12/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Stanley, William R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Stevenson, Angela M. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Stevenson, Angela M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Taylor, Jennifer A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Thiagarajan, Dinesh Krishna | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | Thibodaux, Joshua D. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | Thibodaux, Joshua D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Thompson, John R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Thompson, John R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Thomson, Troy M. | Phantom Award dated 06/01/2018 | |
| Sanchez Energy Corporation | Thorp, Meagan M. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Thorp, Meagan M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Troxell, Sandra L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Troxell, Sandra L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Turner, Kenneth D. | Phantom Award dated 07/01/2018 | |
| Sanchez Energy Corporation | Umberger, Gene T. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Valle, Zulema | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Valle, Zulema | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Vasquez, Ricardo | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Vasquez, Ricardo | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Vazquez, Janeth | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Vazquez, Janeth | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Vea, Krystie K. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Verm, David | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | Wang, Kainan | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Wang, Kainan | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Watson Iii, Clyde | Phantom Award dated 09/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Wheat, Amanda K. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Wheat, Amanda K. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Wiggins, Melanie A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wiggins, Melanie A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Wike, Benjamin S. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wike, Benjamin S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 06/05/2018 | |
| Sanchez Energy Corporation | Willingham, Jeremy G. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | Wolf, Clara L. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Gatlin, Greet L. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (5 yr.) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Logan, Rachel L. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Phillips, Louis A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Robinson, Holly C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Taliaferro, Kiera C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Tomaselli, John C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Ziegler, Michael T. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Greg Colvin | Power of Attorney | |
| Sanchez Energy Corporation | PricewaterhouseCoopers LLP | Letter of Engagement | |
| Sanchez Energy Corporation | Pricewaterhousecoopers LLP | Letter of Engagement | |
| Sanchez Energy Corporation | Advocate Consulting Legal Group, PLLC | Letter of Engagement | |
| Sanchez Energy Corporation | Deloitte Tax LLP | Engagement Letter | |
| Sanchez Energy Corporation | Deloitte & Touche LLP | Engagement Letter | |
| Sanchez Energy Corporation | Deloitte Tax LLP | Work Order | |
| Sanchez Energy Corporation | KPMG, LLP | Engagement Letter | |
| Sanchez Energy Corporation | KPMG LLP | Engagement Letter | |
| Sanchez Energy Corporation | KPMG LLP | Services Contract | |
| SN EF Maverick, LLC | T-Cot, Inc. d/b/a/ Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | |
| SN Operating, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | |
| Sanchez Energy Corporation | Okapi Partners LLC | Letter of Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Mckinsey Recovery & Transformation Services U.S., LLC | Consulting Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | RTS Independent Diligence | |
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | RTS Transformation Agreement | |
| Sanchez Energy Corporation | McKinsey & Company, Inc. United States and its affiliates | Solutions Agreement | |
| Sanchez Energy Corporation | Cornerstone Ondemand, Inc. | Order for Cloud Subscription Agreement | |
| Sanchez Energy Corporation | Cornerstone Ondemand, Inc. | Master Agreement for Data Processing Services | |
| Sanchez Energy Corporation | Addison Group | Letter Contract Agreement | |
| Sanchez Energy Corporation | The Barracuda Group | Fee Agreement on Recruitment of candidates | |
| Sanchez Energy Corporation | Bradsby Group | Contingency Service Agreement | |
| Sanchez Energy Corporation | Eeg Recruiting | Contingency Recruiting Contract | |
| Sanchez Energy Corporation | Miller Jones, Inc. | Schedule of Fees, Terms and Conditions | |
| Sanchez Energy Corporation | VP Energy Division (Oil and Gas) | Contingency Fee Agreement | |
| Sanchez Energy Corporation | MSI International Monroe, LA | Client Paid Fee Schedule Agreement | |
| Sanchez Energy Corporation | Progressive Global Energy | Amendment to Professional Service Contract | |
| Sanchez Energy Corporation | The Morrow Group, LLC | Client Services Agreement | |
| Sanchez Energy Corporation | Whitaker IT, LLC, dba Whitaker Technical | Agreement for Services | |
| Sanchez Energy Corporation | National Financial Services, LLC | Stock Plan Custody Agreement | |
| Sanchez Energy Corporation | Fidelity Stock Plan Services | Service and Fee Acknowledgement | |
| Sanchez Energy Corporation | Fidelity Stock Plan Services, LLC | Recordkeeping and Administrative Services Agreement | |
| Sanchez Energy Corporation | Baker Communications, Inc. | Private Workshop Agreement | |
| Sanchez Energy Corporation | Infosight, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Protiviti Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Key Ventures | Professional Services Agreement | |
| Sanchez Energy Corporation | West Woods Technologies, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Jesse Lomask | Professional Services Agreement | |
| Sanchez Energy Corporation | Joseph Sonnier | Professional Services Agreement | |
| Sanchez Energy Corporation | Luis Canales | Professional Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Phillip Alex Dalke | Professional Services Agreement | |
| Sanchez Energy Corporation | Sean Newton | Professional Services Agreement | |
| Sanchez Energy Corporation | Stefano Mazzoni | Professional Services Agreement | |
| Sanchez Energy Corporation | Valen D. Ott | Professional Services Agreement | |
| Sanchez Energy Corporation | Arcadis U.S., Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Ascentergy Corporation | Professional Services Agreement | |
| Sanchez Energy Corporation | Bear Creek Engineering, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Bernard Coons | Professional Services Agreement | |
| Sanchez Energy Corporation | Camin Cargo Control Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | CD Consulting & Operating Co | Professional Services Agreement | |
| Sanchez Energy Corporation | Civil Engineering Consultants | Professional Services Agreement | |
| Sanchez Energy Corporation | Cole Blancett Consulting | Professional Services Agreement | |
| Sanchez Energy Corporation | CSE Icon, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Deyo Consulting Services | Professional Services Agreement | |
| Sanchez Energy Corporation | EAG Services Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | EnergyIQ, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | EXP Engineering International LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | FC&E Engineering, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Infosight, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Integrated Geosolutions, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | JCS Construction, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Klie Tech Consulting, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | LOGIC Solutions Group, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Lon Settle | Professional Services Agreement | |
| Sanchez Energy Corporation | Nagoo & Associates, L.L.C. | Professional Services Agreement | |
| Sanchez Energy Corporation | OpTech Enterprise Solutions, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Pariveda Solutions, Inc. | Professional Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Paul Hayden Dunning | Professional Services Agreement | |
| Sanchez Energy Corporation | Plaster & Wald Consulting Corp. | Professional Services Agreement | |
| Sanchez Energy Corporation | Revenew International, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Revolutionary Security LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Robert W. Ramsey | Professional Services Agreement | |
| Sanchez Energy Corporation | Scott Foxwell Consulting | Professional Services Agreement | |
| Sanchez Energy Corporation | SE Controls, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | SeismicCity Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | SoftServe, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Sullexis, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Task Fronterra Geoscience, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Thomas Keith Posey | Professional Services Agreement | |
| Sanchez Energy Corporation | Varnell Consulting, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Wise Rock, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Zco Corporation | Professional Services Agreement | |
| Sanchez Energy Corporation | Longnecker & Associates | Professional Services Contract | |
| Sanchez Energy Corporation | Lyons, Benenson & Company, Inc. | Engagement Letter | |
| Sanchez Energy Corporation | Stefano Mazzoni | Professional Services Agreement | |
| Sanchez Energy Corporation | Deloitte Tax, LLP | Work Order to the Engagement Letter | |
| Sanchez Energy Corporation | Thomson Reuters (Tax & Accounting), Inc. | Order Form to the Master Services Agreement | |
| Sanchez Energy Corporation | Weaver and Tidwell, L.L.P. | Engagement Letter for IT Audit Assistance | |
| Sanchez Energy Corporation | Stancil Property Tax LLC | Engagement Letter | |
| Sanchez Energy Corporation | Baker Botts | Engagement Letter | |
| Sanchez Energy Corporation | Ross Aronstam & Moritz Llp | Engagement Letter | |
| Sanchez Energy Corporation | W A Waterman & Co | Engagement Letter | |
| Sanchez Energy Corporation | McClure & Cross LLP | Engagement Letter | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW – 2017 Comanche Integration Management | |
| Sanchez Energy Corporation | Alvarez & Marsal | 2018 MSA | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW – Embedded Derivatives | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW – LTIP Valuation | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW – Purchase Price Valuation | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Ares Management LLC<br>Moelis & Company | Letter Re: Preliminary Indication of Interest | |
| Sanchez Energy Corporation | Equity Group Investments | Letter Re: Expense Reimbursement Letter Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Contribution Agreement | |
| Sanchez Energy Corporation | Sanchez Energy Partners I, LP | Contribution, Conveyance, and Assumption Agreement | |
| SN Cotulla Assets, LLC | Sep Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC | Sep Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Palmetto, LLC | Sep Holdings IV, LLC | Partial Wellbore Assignment and Bill of Sale | |
| SN Palmetto, LLC | Sep Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC<br>SN Palmetto, LLC | Sanchez Production Partners LP<br>Sep Holdings IV, LLC | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN TMS, LLC | SR Acquisition I, LLC | Wellbore Assignment and Bill of Sale | |
| SN TMS, LLC | SR Acquisition I, LLC | Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation | Hess Corporation | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Contribution Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Contribution, Conveyance and Assumption Agreement | |
| SN Catarina, LLC | AEP Texas Central Company<br>SWEPI LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC | Hess Corporation<br>Warrior Gas Co. | Assignment of Purchase and Sale Agreement dated March 18, 2013 | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC | Hess Corporation | Transition Services Agreement | |
| Sanchez Energy Corporation | SWEPI LP<br>Stusco: Shell Trading (US) Company | Purchase and Sale Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Swepi LP<br>Shell Gulf of Mexico, Inc. | Assignment of Purchase and Sale Agreement | |
| SN Catarina, LLC | Swepi LP | Assignment, Conveyance and Bill of Sale | |
| SN Operating, LLC | Swepi LP<br>Shell Gulf of Mexico Inc. | Transition Services Agreement | |
| SN Palmetto, LLC | SEP Holdings III, LLC<br>Sep Holdings IV, LLC<br>Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN Palmetto, LLC | Sep Holdings IV, LLC<br>Sep Holdings III, LLC | Partial Wellbore Assignment and Bill of Sale | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>SN Catarina, LLC | Sep Holdings III, LLC<br>Catarina Midstream, LLC | Distribution and Contribution Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN Catarina, LLC | Swepi LP<br>Wade Lindeman | Purchase and Sale Agreement | |
| SN EF Maverick, LLC | SM Energy<br>Eagle Ford Texas LP<br>Adarko Petroleum Corporation<br>Mitsui E&P Texas LP | Agreement to Extend Area of Mutual Interest | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>SM Energy Company<br>Eagle Ford TX LP<br>Mitsui E&P TX LP | Second Agreement to Extend Area of Mutual Interest | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Aguila Production, LLC<br>Anadarko E& P Onshore, LLC<br>Kerr-Mcgee Oil & Gas Onshore, LLC | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC<br>Sanchez Energy Corporation | Carrizo (Eagle Ford), LLC /<br>Carrizo Oil & Gas, Inc. | Purchase and Sale Agreement | |
| SN Palmetto, LLC | Sanchez Production Partners, LP<br>SEP Holdings III, LLC<br>SEP Holdings IV, LLC | Purchase and Sale Agreement | |
| SN Catarina, LLC | Sanchez Production Partners, LP | Assignment of Membership Interests | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | SEP Holdings III, LLC<br>Catarina Midstream, LLC | Distribution and Contribution Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Midstream Partners LP<br>SN Midstream, LLC | Letter Agreement to Processing Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC<br>SN Palmetto, LLC | SEP Holdings IV, LLC<br>Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SN Terminal, LLC<br>Sanchez Midstream Partners LP | Mutual Written Consent to Terminate Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Gavilan Resources Holdco, LLC | Management Services Agreement | |
| Sanchez Energy Corporation | Shell Gulf of Mexico<br>Swepi LP | Purchase and Sale Agreement | |
| SN Cotulla Assets LLC | Exco Operating Company LP | Purchase and Sale Agmt | |
| Sanchez Energy Corporation | Shell Gulf of Mexico Inc | Purchase and Sale Agmt | |
| Sanchez Energy Corporation | Swepi LP | Purchase and Sale Agmt | |
| SN EF Maverick LLC | Aguila Production LLC | Purchase and Sale Agmt | |
| SN EF Maverick LLC | Anadarko E&P Onshore LLC | Purchase and Sale Agmt | |
| SN EF Maverick LLC | Kirkland & Ellis LLP | Purchase and Sale Agmt | |
| SN EF Maverick LLC | SN EF Unsub LP | Purchase and Sale Agmt | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Kerr Mcgee Oil & Gas Onshore LP<br>SN EF Unsub, LP<br>Aguila Production, LLC | Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Kerr Mcgee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Gavilan Resources<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC | Amendment No 3 to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Kerr Mcgee Oil & Gas Onshore LP<br>Gavilan Resources, LLC<br>SN EF Unsub, LP | Amendment to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Gavilan Resources Holdco, LLC<br>SN Comanche Manager, LLC | Management Services Agreement | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Ur Holdings, LLC<br>Sanchez Capital Advisors LLC<br>Sanchez Energy Holdings LLC<br>Sanchez Energy Corporation<br>Sanchez Capital Advisors LLC<br>Sanchez Energy Holdings LLC | Assignment of Assumption of Membership Interest and Amendment of Limited Liability Company Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC | SN Catarina, LLC<br>Sanchez Production Partners LP<br>Sanchez Energy Corporation<br>Sanchez Production Partners LP | Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | SN EF Maverick, LLC<br>GSO LLC<br>SN EF Unsub Holdings, LLC<br>SN Ur Holdings, LLC<br>SN EF Maverick, LLC<br>GSO St Holdings Associates LLC<br>GSO St Holdings LP?<br>GSO LLC<br>SN EF Unsub Holdings, LLC<br>GSO St Holdings Associates LLC<br>GSO St Holdings LP?<br>SN Ur Holdings, LLC<br>Sanchez Energy Corporation<br>GSO St Holdings Associates LLC<br>GSO St Holdings LP?<br>GSO LLC<br>SN EF Unsub Holdings, LLC<br>Sanchez Energy Corporation | Tolling Agreement | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | SCA Energy Holdings LLC<br>Sanchez Capital Advisors LLC<br>Sanchez Resources, LLC | Assignment and Assumption of Membership Interest and Amendment of Limited Liability Company Agreement | |
| SN EF Maverick, LLC | Amid Crude Trucking LLC | Truck Transportation Agreement | |
| Sanchez Energy Corporation | Actenum Corporation | Purchase Order | |
| Sanchez Energy Corporation | Actenum Corporation | Purchase Order | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP<br>Santerra Midstream Company, LLC | Purchase Order | |
| SN EF Maverick, LLC | Nabors Drilling USA (A Division of Nabors Drilling Technologies USA, Inc.) | Amendment 2 to Work Order Agreement WOA-D18-012 – X41 | |
| Sanchez Energy Corporation | Navex Global | Order Form 305383 | |
| SN EF Maverick, LLC | Nabors Drilling USA | Amendment No. 1 to Work Order WOA-D19-008 – X23 | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | EMS USA, Inc.<br>Sanchez Oil & Gas Corporation | Letter Re: Assignment of Service Contract | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Contract Operating Agreement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Services Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Membership Interest Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Membership Interest Assignment | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Membership Interest Assignment | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Geophysical Seismic Data Use License Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | Sanchez Production Partners LP<br>Catarina Midstream, LLC | Assignment of Membership Interests | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | | Equity Interests Assignment Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | SN EF Unsub, LP | Hydrocarbons Purchase and Marketing Agreement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Lease Participation Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | SN EF Unsub, LP | Letter to Firm Gas Gathering, Processing and Purchase Agreement | |
| SN TMS LLC | Sanchez Oil & Gas Corporation | Joint Operating Agmt | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Master Land Service Contract | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Joint Operating Agmt | |
| SN EF Maverick | SN EF Unsub LP; Gavilan Resources LLC; Anadarko E&P Onshore; Kerr-Mcgee Oil & Gas Onshore LP | Assignment Notification to Buyer | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Amendment to Purchase and Sale Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Letter Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN TMS, LLC | SR Acquisition I, LLC<br>Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Agreement to Assign Right to Control Legal Defense in Pending Litigation | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | First Amendment to Agreement to Assign Right to Control Legal Defense in Pending Litigation | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Letter Re: Subject Intercompany Agreements | |
| Sanchez Energy Corporation | Joseph R. Dedominic | Restricted Stock Agreement | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | George, Cameron W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | George, Cameron W. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 08/01/2015 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Marlow, Paul B. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Marlow, Paul B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Alleman, Lauren E. | Restricted Award dated 04/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Alleman, Lauren E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Avra, Gregory A. | Restricted Award dated 12/01/2018 | |
| Sanchez Energy Corporation | Barcenes, Jeffrey | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Barringer, Christopher W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Barringer, Christopher W. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Bender, Justin M. | Restricted Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Blanche, Thomas C. | Restricted Award dated 02/01/2017 | |
| Sanchez Energy Corporation | Blincow, Richard M. | Restricted Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Boecking, Emily M. | Restricted Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Borden, Merville L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Bostick, Brandon L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Brown, Michael J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Brown, Michael J. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Bullock, Sally H. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Butler, Allison R. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Cansino, Juan J. | Restricted Award dated 10/01/2016 | |
| Sanchez Energy Corporation | Cansino, Juan J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Carranco, Jorge | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Casas, Luis A. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Chriss, Andrea L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Restricted Award dated 09/01/2016 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Mark W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Mark W. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cordova, Peter G. | Restricted Award dated 01/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Cremar, Laura E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Cremar, Laura E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cruz, Ramsey | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Davis, Ada F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Davis, Ada F. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Day, Michael C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunek, Kenneth L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunek, Kenneth L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Restricted Award dated 08/01/2017 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Fenn, David R. | Restricted Award dated 12/01/2016 | |
| Sanchez Energy Corporation | Fenn, David R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Fenn, David R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Fernandez, Beatrice M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Forma, Laura J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Frazier, Holly W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Garcia, Moises R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Garza, Daniel E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | George, Tina R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gianelloni, Ignatius L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Glenn, Marc P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Glenn, Marc P. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Golvach, Mark M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gonzalez, Jacob E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gough, Michael B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gough, Michael B. | Restricted Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Griffin, Holly F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Guerra, Francisco A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Guerra, Francisco A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gutierrez, Alfredo R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gutierrez, Alfredo R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Guzzetta, Alida C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hagelstein, Meagan E. | Restricted Award dated 06/01/2017 | |
| Sanchez Energy Corporation | Hagelstein, Meagan E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Haines, Lisa C. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Haines, Lisa C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Heller, Tom J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Restricted Award dated 02/01/2017 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kalyanaraman, Nishkriya | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Kelley, Stephen R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | King, Cham J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | King, Cham J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | King, Cham J. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kiss, John E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Konsen, Tomas A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Konsen, Tomas A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kotlarz, Kara J. | Restricted Award dated 09/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Kotlarz, Kara J. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Koy, Samnang L. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Krueger, Scott R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Krueger, Scott R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kuhl, Christina L. | Restricted Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Lewandowski Steinmetz, Kristen R. | Restricted Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Lillis, Ashley M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lillis, Ashley M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Long, Andrew M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Carlos D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Carlos D. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lopez, Francis G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Mark A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lucken, Kimberlyn M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lucken, Kimberlyn M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mabry, James E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mabry, James E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Maldonado, Joe B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Maldonado, Joe B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Martinez, Joel | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Martinez, Mateo L. | Restricted Award dated 10/01/2016 | |
| Sanchez Energy Corporation | Martinez, Mateo L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Martinez, Sandra S. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mcgonigle, Mark N. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mcgonigle, Mark N. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendez, Alejandro | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendoza, Francisco F. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Mendoza, Francisco F. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendoza, Jorge A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendoza, Jorge A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Miller, Richard M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Miller, Richard M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mortellaro, Bill M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Nadal, Javier F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Neulist, William R. | Restricted Award dated 11/01/2018 | |
| Sanchez Energy Corporation | Nguyen, Jane D. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Nursement, Jeremy P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | O'Connor, James C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Pham, Thien-Huong T. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Qureshi, Fahad | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ricci, Kevin M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ricci, Kevin M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Robison, Jordan D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Rodriguez, Rodolfo R. | Restricted Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Melva G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Melva G. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Santana, Luis A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Santana, Luis A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/17/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Scott, Trelisia L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Shiah, Feng L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Shiah, Feng L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Shrode, Sheila M. | Restricted Award dated 01/01/2018 | |
| Sanchez Energy Corporation | Smith, Jamie I. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Smolik, Leslie G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Thompson, John R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Thompson, John R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Thorp, Meagan M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Troxell, Sandra L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Troxell, Sandra L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Valle, Zulema | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Vasquez, Ricardo | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Vazquez, Janeth | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wang, Kainan | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Wiggins, Melanie A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wike, Benjamin S. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wike, Benjamin S. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 06/05/2018 | |
| Sanchez Energy Corporation | Yu, Henry C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Yu, Henry C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (5 yr.) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Knox II, William D. | Restricted Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Triangle Peak Partners, LP<br>MTP Energy Management LLC | Joinder Agreement | |
| Sanchez Energy Corporation | AT MLP Fund, LLC | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Cushing Mlp Asset Management, LP | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Famco MLP | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Harvest Fund Advisors, LLC | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Placement Agency Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Marquis, LLC | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Partners, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC<br>Goldman Sachs & Co.<br>Aristeia Capital, LLC and Aristeia Master LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Aristeia Captial, LLC<br>Goldman Sachs & Co. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | AAI Aristeia Fund PLC by Aristela Capital, LLC | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Aviva Investors | Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Basso Holdings Ltd. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Curian/Franklin Templeton Natural Resources Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Income Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Placement Agency Agreement | |
| Sanchez Energy Corporation | Alpine Associates, a Limited Partnership | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Heritage, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Heritage II, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC<br>SN Catarina, LLC | RBC Capital Markets, LLC c/o RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC c/o RBC Capital Markets, LLC<br>RBC Capital Markets, LLC c/o RBC Capital Markets, LLC | Purchase Agreement | |
| SN Cotulla Assets, LLC<br>Sanchez Energy Corporation<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN Marquis, LLC | Credit Suisse Securities (USA) LLC<br>RBC Capital Markets c/o RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| Sanchez Energy Corporation | Franklin Investors Securities Trust- Franklin Balanced Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Investors Securities Trust-Franklin Convertible Securities Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Strategic Series-Franklin Natural Resources Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds-Framklin Global Convertible Securities Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds-Franklin Income Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Franklin Templeton Investment Funds- Franklin Natural Resources Fund By: Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Jnli Franklin Templeton Income Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Highbridge International LLC | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Liberty Harbor Master Fund I, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | O'Connor Global Multi-Strategy Alpha Master Limited | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Goldman Sachs Profit Sharing Master Trust | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Oz Eureka Fund, L.P. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | OZ Special Funding (OZMD), LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Orchard Hill Master Fund Ltd. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Thornburg Investment Management<br>State Street Global Services | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Western Asset Management Company | Securities Purchase Agreement | |
| Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN EF Maverick, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | Citigroup Global Markets Inc., as Representative of the several Initial Purchasers listed in Schedule 1 | Purchase Agreement | |
| Sanchez Energy Corporation | Citigroup Global Markets, Inc. | Cross Receipt to the Purchase Agreement | |
| SN UR Holdings, LLC | Sanchez Production Partners, LP | Common Unit Purchase Agreement | |

| | | | |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-A LP<br>GSO Harrington Credit Alpha<br>Fund (Cayman) LP<br>GSO Energy Partners-B LP<br>SF EF Unsub Holdings LLC<br>SN UR Holdings, LLC<br>GSO Harrington Credit Alpha<br>Fund (Cayman) LP<br>SN UR Holdings, LLC<br>SN EF UnSub Holdings, LLC<br>GSO ST Holdings Associates<br>LLC<br>GSO ST Holdings LP?<br>SN EF Unsub, LP<br>SN EF UnSub GP LLC<br>GSO ST Holdings Associates<br>LLC<br>GSO ST Holdings LP?<br>Sanchez Energy Corporation<br>SN EF UnSub Holdings, LLC<br>SN EF Unsub, LP<br>SN EF UnSub GP LLC<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>GSO Capital Partners LP<br>Kerr McGee Oil & Gas<br>Onshore LP<br>SN UR Holdings, LLC<br>SN EF Unsub GP LLC<br>SN EF UnSub Holdings, LLC<br>GSO Capital Partners LP<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC<br>GSO Capital Opportunities<br>Fund III LP<br>GSO Capital Solutions Fund II<br>LP<br>SN EF Unsub GP LLC<br>GSO Capital Opportunities<br>Fund III LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>SN EF Unsub, LP<br>SF EF Unsub Holdings LLC<br>Sanchez Energy Corporation<br>GSO Credit Alpha Fund LP<br>GSO Energy Select<br>Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>GSO Market Opportunities<br>Fund II LP | Amended and Restated<br>Securities Purchase<br>Agreement | |



26091128v.1

014615

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | GSO Credit Alpha Trading (Cayman) LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>SN EF Unsub, LP<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>GSO Capital Solutions Fund II LP<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Select Opportunities Fund LP<br>GSO Capital Solutions Fund II (Luxembourg) SARL<br>GSO Capital Solutions Fund II LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>SN EF Unsub, LP<br>Kerr McGee Oil & Gas Onshore LP<br>Sanchez Energy Corporation<br>SN EF Unsub GP LLC<br>SN EF UnSub Holdings, LLC<br>Anadarko E&P Onshore LLC<br>GSO Credit Alpha Fund LP<br>GSO Energy Select Opportunities Fund LP<br>SN EF Unsub GP LLC<br>GSO Energy Partners-C LP<br>SN EF Unsub, LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP | | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | CitiGroup Global Markets Inc<br>Capital One Securities, Inc.<br>SunTrust Robinson Humphrey, Inc.<br>BMO Capital Markets Corp.<br>RBC Capital Markets, LLC | Equity Distribution Agreement | |
| SN UR Holdings, LLC | Sanchez Production Partners LP | Common Unit Purchase Agreement | |
| Sanchez Energy Corporation | J. P. Morgan Securities LLC | Underwriting Agreement | |
| SN Marquis, LLC<br>Sanchez Energy Corporation | Sep Holdings III, LLC | Geophysical Seismic Data Use License Agreement | |
| Sanchez Energy Corporation | Geophysical Pursuit, Inc. | Master Geophysical Data-Use License Agreement | |
| SN Payables, LLC | Royal Bank of Canada | Collateral Trust Agreement-Additional Grantor | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC | U.S. Bank National Association | Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Operating, LLC<br>Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC | Delaware Trust Company<br>Royal Bank of Canada – Agency Services Group | Indenture | |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | Trustee's Certificate | |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | Collateral Trust Agreement | |
| Sanchez Energy Corporation | Sidewinder Drilling, Inc. | Drilling Bid Proposal and Daywork Drilling Contract | |
| SN TMS, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation | Sanchez Resources, LLC | Contribution Agreement | |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation<br>Enterprise South Texas Gathering, LP | First Amendment to Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation<br>Enterprise South Texas Gathering, LP | Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC | Enterprise South Texas Gathering LP | Second Amendment to Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN UR Holdings, LLC | SR Acquisition I, LLC | Support Agreement | |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 6/1/2017 | |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 5/30/2017 | |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 1/12/2017 | |
| Sanchez Energy Corporation | Plains All American Pipeline, L.P. | Parent Company Guaranty dated 9/15/2016 | |
| Sanchez Energy Corporation | Plains Gas Solutions, LLC | Parent Company Guaranty dated 9/15/2016 | |
| Sanchez Energy Corporation | Plains Pipeline, L.P. | Parent Company Guaranty dated 9/15/2016 | |
| Sanchez Energy Corporation | Plains South Texas Gathering LLC | Parent Company Guaranty dated 9/15/2016 | |
| SN Catarina, LLC | Carnero Processing, LLC<br>Sanchez Production Partners LP | Assignment of Membership Interests and Adoption Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Eagle Ford TX LP<br>SM Energy Company<br>Mitsui E&P Texas LP | Amendment to Joint Exploration Agreement | |
| Sanchez Energy Corporation | Venado EF L.P. | Parent Company Guaranty dated 5/30/2017 | |
| Sanchez Energy Corporation | Shell North America (US) LP | Guaranty | |

## Exhibit C

Schedule of Assumed Executory Contracts and Unexpired Leases

On April 30, 2020, the Court entered an order confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1205] (as may be amended, modified, and/or supplemented, the "Plan")[8] authorizing the Debtors to assume certain of the Executory Contracts and Unexpired Leases (each, an "Assumed Contract") listed on this Schedule of Assumed Contracts and Unexpired Leases (this "Schedule"), upon the Effective Date unless otherwise specified by the Debtors. The Debtors have conducted a review of their books and records and have determined that the cure amount for any claim based upon a Debtors' default(s) prior to the Effective Date under an Assumed Contract by such Debtor under section 365 of the Bankruptcy Code (the "Cure Claims") is as set forth on this Schedule.

Each of the contracts, agreements, documents, and instruments listed on this Schedule is listed solely to the extent it is an Executory Contract or Unexpired Lease of one or more of the Debtors, and nothing herein shall be deemed an admission that such contract, agreement, document or instrument is in fact an Executory Contract or Unexpired Lease of any Debtor.

Any Executory Contract or Unexpired Lease that is not listed on this Schedule or is listed on this Schedule without a Cure Claim but is otherwise assumed by the Debtors has a proposed Cure Claim of $0.00. Any proposed Cure Claims, if any, under each Assumed Contract that is undisputed or, if disputed, resolved consensually by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, (a) by payment in Cash as soon as reasonably practicable following the Effective Date or (b) as otherwise agreed by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease. If there is a dispute regarding (1) the amount of any Cure Claim, (2) the ability of the Reorganized Debtors or any assignee, as applicable, to provide adequate assurance of future performance (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (3) any other matter pertaining to assumption, the Cure Claims required by section 365(b)(1) of the Bankruptcy Code shall only be paid following the entry of a Final Order resolving the dispute and approving the assumption. For the avoidance of doubt, the Cure Claims schedule below shall not include amounts that have been incurred as of the Effective Date but are not yet due and payable. Such amounts shall be paid by the Reorganized Debtors in the ordinary course of business subsequent to the Effective Date.

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

[8] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from this Schedule until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection.

Assumption of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure Claims, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption. Any liabilities reflected in this Schedule and any Proofs of Claim filed with respect to an Executory Contract or Unexpired Lease that has been assumed shall be deemed Disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

Schedule of Assumed Executory Contracts and Unexpired Leases

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jesus Abrego | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Freddie Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jairo Aguillon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Akers | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Abelardo Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dylan Alejandro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Alfaro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sonia D. Alfaro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Almanza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Amaya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis J. Banuelos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Barrett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jacqueline M. Barrientos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgar Beattie | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Becerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Besancon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Blake | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jim Blakely | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | David Blood | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joshua Bourgeois | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Brandos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Simon Briseño | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Laly Bronson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clinton D. Brown | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stuart Bruce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Bryce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriel Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josefina Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Caballero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Calvillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sergio Calvillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brent Campbell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Campbell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jimmy Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo A. Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcelino Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Martin Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Saul Cardona | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Ron Carlson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Laura Castañeda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Castillo Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Cazares | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Silvestre Cerna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Cervantez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Cervantez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Rene Champion | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lee Chandler | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Chavez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph Cirilo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Cisneros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricky Collins | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melody Condry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Coning | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Contreras | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Contreras | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cal Cormier | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anacani Coronado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roger Cortez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kade Courville | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Covarrubias | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eliza Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stacey Cuellar | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Will T. Curnutte | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kenny Daigle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Taher Darolywala | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Davis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Levi Davis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rueben De La Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfonso De La Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco De La Paz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert De Leon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aldo De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramon De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Dehoyos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Dehoyos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Del Bosque | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Greg Del Toro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Deleon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reyvin Deleon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Delgado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eva Deluna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael D. Dennis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge A. Diaz Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kendall Dickinson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel W Dixon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Dominguez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | John Douglas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Dreyer | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brandon Driskill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Duarte | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Dunn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Travis Dupuis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wb Dyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Escamilla | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eulogio Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Manuel R Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Margarito Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Xavier Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Esquivel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Estrada | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kareem Etienne | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Randy Finley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andres Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Martin Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Flores | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Pedro Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vianney Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Flores Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Fontenot | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Fontenot | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Scott Foreman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Donavan Franco | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ronald Fruge | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ervey Fuentes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Galan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Galan Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Humberto Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Yanira Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ademar Galvan Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnaldo Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eduardo Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gennise Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jj Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julian Garcia | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Pete Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Samuel Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Garcia (Automation Tech) | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julianita Garcia Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jordan Garibay | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andres Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Constantino Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernest M. Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Franco Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lauro Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rafael Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Lee Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rogelio Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sergio Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Colin Gaspard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Gaspard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tim Gauntt | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Gerstberger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pat Gibson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Courtney B. Glass | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Alvaro Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mauro Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Miguel Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santiago Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lexi K. Gonzales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chance Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eduardo Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gamaliel Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hector Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jonathan Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reynaldo Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wally Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Jaime Gonzalez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Gonzalez Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hector Gonzalez(Lazer) | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mary E. Granberry | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Damian Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eloy Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lauro Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eutiquio Guerrero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario E. Guerrero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lee Guillory | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Gulliory | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Humberto Gutierrez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Gutierrez Iii | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gustavo Guzman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Gwyn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Harlan Hansel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hank Harris | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tayler Hearn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Heath | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Hebert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tony Henderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eugene Herbert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Keith Herbert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnold Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cristina Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fernando Hernandez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jennipher N. Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A. Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kevin Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Margarito Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Orlando Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles A. Hill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgar Hinojosa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tom Hinson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph Hodges | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christian Holguin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hayden Holmes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marshall Hornsby | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kyle Horton | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Hurtado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myrle Ingle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myrle W. Ingle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Ivy | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Derrick W. Jack | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chance Jackson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Paul Jackson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Jacobs | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Claudio Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rogelio Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tommy John | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bruce Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eddie Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jack Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joey Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Jones | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Juarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Juno | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kishore Kandasamy | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victoria Keen | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kimmie Kellum | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tab Key | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyson Jordan Kirkpatrick | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kevin R. Kolos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Kyle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyler Landry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Lane | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Melton Lapoint | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cobie Lapointe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ashley Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernesto Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alec Legros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nikolas Legros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dylan Lejeune | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Shane Lewing | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvin Lewis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eugene Lewis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Loera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tucker Long | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Longoria | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fred Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse A Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse M Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Lopez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Lopez Sr. | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Grant Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Keith Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Leonard G. (Grant) Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Lozano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Lozano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Luevanos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rodolfo Macias Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christian Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Madrid | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Mariscal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Marquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Octavio Marquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brittani Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Enrique Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Janio Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sarita Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Martinez Jr | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Alfredo Martinez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Mata | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Darrell Mcdonald | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Trent Mcfarlain | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Blanca Mchazlett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clay Mcknight | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tim Mclean | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robbie Mcmillin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Janie Medina | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arthur Medrano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Mena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Celestino Mendez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Mendez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jason Mendiola | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Amy Messieha | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josh Minor | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Mitchell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Molina | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lespaul Moncada | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esteban Moncivais | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Moncivais | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Montalvo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Montero | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Daniel Montoya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santiago Montoya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reymundo Moreno | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fabiana Morris | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Muro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabino Muzquiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nathan Nelson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roy Nesmith | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Weston (Kent) Norman Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vicente Ochoa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Oliva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stuart Ondrasek | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zach Ondrasek | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Orellana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Abelardo Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edward Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lizzette Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Miguel Ortiz | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jose Palomo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Palos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felix Pardo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Paulino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Pena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rodolfo Z Pena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Frank Peña | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Perales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felipe Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Frankie Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Troy Perry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Perusquia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James M. Peters | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cuong T. (Coty) Phan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Pinales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Plemons | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ponce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Ponce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ponce Iii | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Christopher Preston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gerardo Puente | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Pullara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Quintana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Diego Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Elizabeth Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alan Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bob Ramsey | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Rangel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Warner Rankin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Reed | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eliazar Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnoldo Reyes Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Homero Reynaga Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Paul Ricco | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Doyle Rice | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Adam Richard | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Luis Riojas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Elias Rios | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Rios | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Agustin Robledo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Adrian Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felipe Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | George Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Rodriguez Sr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ethan Rogers | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Roiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michele R. Ruiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Rutherford | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ryan Rylander | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Diego Saenz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan J Salas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ray Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Saldana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Benjamin Salinas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Salmon | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Francisco San Roman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriel Sanchez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jennifer Sanchez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Sanroman Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victor M. Sauceda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Russell Scogin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Scott | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Serda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esteban Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Federico Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Federico Serna Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Short | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyler Sieckenius | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Silvis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Sims | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Solis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sasha Soria | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Spittler | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Stephens | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Steward | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kirk Stokes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nathan Stone | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bill Storms | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Garrard Taylor | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Thurston | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Carlos Titsworth | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Moises Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Trevino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raefel Triplett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Trujillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Umphres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Leonel Vela | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julie Velasquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alberto Venegas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ivan Villa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Limhi Villagran | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fernando Villarreal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vivian Villarreal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Villarreal Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeremy Watson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Taylor Weekley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Shayne Weekly | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brooke Weinkauf | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff White | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Derek Whitman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Williams | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Woods | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tracy Woodson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Yauger | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Christopher S. Zachry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Zamudio | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rafael Zapeda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgardo Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marvin Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Seve Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eleazar Alejandro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reinaldo Alvarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mark Anderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Manny Armenta | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Consuelo Balderas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stephen Balderas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dioseline Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Patsy Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rose Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Ballew | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernesto Bass | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wendell Baxter | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sammie Beran | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernest (Ray) Berger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zachariah Bradshaw | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Howard Brobston | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Alvaro Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mauro Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Chavera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brandon Crowsey | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph L. Daugherty | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mason Denson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Fuller | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Gajewsky | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Henderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lance Herpin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Hill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Isaac Hodges | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esmeralda Huerta | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stephanie C. Husky | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Jasso | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Prasanna Jeganathan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Refujio Juarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Lund | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Mallet | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Mallet | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anthony Mason | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Duke Mcgee | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zach Mcmillan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victor Mendoza | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Chad Moore | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melody Moore | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Amatullah Motiwala | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hendrix Nelson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cole Nesloney | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeremy Onken | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Payma | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bihn Phan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Pruitt | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Pruitt, Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dario Ramos-Veloquio | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clay Rankin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Recinos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Paula J. Revis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Flavio Reyna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Rivera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Roberge | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brian Rode | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aalan Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julio Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mark Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nick Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Rodriguez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Roiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brendan Rojas | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Francisco Roman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myriam Romero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Riley Romero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andy Ruiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Catarino Ruiz Iii | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Salinas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Santos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Saucedo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Self | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ezequiel Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Short | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Sierra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dillon Silva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriella Silva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Khuzema Sunel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Swartz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Tapia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Tapia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Perla Tellez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles A. (Andy) Todd | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cynthia Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Morgan Townsen | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Isamari Urrabazo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anna Victorino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Villalobos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Villanueva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Vu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hans Warren | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chrisn Watso | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lanaya Willis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Wilson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Woolley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Wright | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Agustin D Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Canales Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ray Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | William Storms | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wex Bank | Deposit Agreement | $0.00 |
| Sanchez Energy Corporation | Wex Bank | Card Application | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Wex Inc.<br>Sanchez Energy Corporation<br>Wex Inc.<br>SN EF Maverick, LLC | Private Site Agreement | $0.00 |
| Sanchez Energy Corporation | Wex Bank | Account Agreement | $0.00 |
| Sanchez Energy Corporation | Wex Inc. | Business Charge Account Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN UR Holdings, LLC | Sanchez Production Partners, LP | Registration Rights Agreement | $0.00 |
| Sanchez Energy Corporation | Barry J. Rozas, (Labas Law offices) Intervenor for Seabright Insurance Company<br>Edwin G Preis, Jr. and M. Benjamin Alexander, Counsel for Sanchez Oil and Gas and Nabors Drillin USA, LP | Waiver Release and Settlement of All Claims and Indemnity Agreement | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company | Policyholder Notice | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>Beazley Insurance Company, Inc. | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>Freedom Specialty Insurance Company | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Qbe Insurance Corporation | Excess Liability Policy | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>XL Specialty Insurance Company | Excess Policy Declarations | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company | Executive and Corporate Securities Liability Policy Declarations | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company | Policyholder Notice | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company<br>North American Specialty Insurance Company | SwissRe Policy | $0.00 |
| Sanchez Energy Corporation | Allied World National Assurance Company | Excess Directors & Officers Liability Insurance | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company<br>Freedom Specialty Insurance Company | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Endurance American Insurance Company | Follow Form Excess Management Liability Insurance Declarations | $0.00 |
| Sanchez Energy Corporation | Beazley Insurance Company, Inc. | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Certain Underwriters of Lloyd'S of London | Lloyd's Certificate | $0.00 |
| Sanchez Energy Corporation | Stonington Insurance Company | Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Safe Harbor Pollution | Marine Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Endurance American Insurance Company | Marine Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Stonington Insurance Company | Policy of Insurance | $0.00 |
| SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy | Sanchez Oil & Gas Corporation<br>Safe Harbor Pollution<br>Sanchez Energy Corporation<br>Sanchez Resources, LLC<br>Safe Harbor Pollution<br>SR Tms LLC<br>Sanchez Oil & Gas Corporation<br>Sanchez Resources, LLC<br>SR Acquisition I, LLC | Pollution Insurance Policy | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC | SR Acquisition III, LLC<br>SR Tms LLC<br>SN Ur Holdings, LLC<br>SR Acquisition I, LLC<br>SR Acquisition III, LLC | | |
| Sanchez Energy Corporation | North American Specialty Insurance Company | Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Nationwide | Letter Re: Insurance Policy | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) A Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) C Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Declaration of Pooled Unit Barnhart (EF) C Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Pooled Unit Agreement Barnhart (EF) D Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Barnhart Facility Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Second Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals L.P. | Pooled Unit Agreement Barnhart (EF) Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals LP | Pooled Unit Agreement Barnhart (EF) D Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) L Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) L Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals L.P. | Pooled Unit Agreement Barnhart (EF) G Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) J Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) E Unit | $0.00 |
| SN Palmetto, LLC | Barnhart Ranch Minerals L.P.<br>Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | Shell Gulf of Mexico Inc. | Conveyance of Non-Participating Royalty Interests | $0.00 |
| SN Catarina, LLC | SWEPI LP | Mineral Deed | $0.00 |
| SN Cotulla Assets, LLC | Espada Properties, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Espada Properties, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | LVDB Investments, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation | Nancy Wheeler Plumlee | Surface Damages Agreement | $0.00 |
| SN Cotulla Assets, LLC | Triola Investments, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Valentine Ventures, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Valentine Ventures Ltd | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Enerquest Oil & Gas, LLC | Marketing Election and Facilities Agreement | $0.00 |
| SN Cotulla Assets, LLC | La Corona Ranch, Ltd. C/O Mr. Bart Koontz | Ratification and Amendment to Surface Use Agreement | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI, LP | Voluntary Pooling Agreement | $0.00 |
| SN Catarina, LLC | SWEPI LP<br>Harrison Interests, Ltd. | Voluntary Pooling Agreement | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI LP | Voluntary Pooling Agreement | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI, LP | Voluntary Pooling Agreement | $0.00 |
| SN Cotulla Assets, LLC | La Corona Ranch, Ltd.<br>Zaza Energy, LLC | Surface Use Agreement | $0.00 |
| SN Catarina, LLC | Texas General Land office<br>SWEPI LP | Letter Agreement Regarding Pooling Application | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI LP, dba Shell Western Exploration & Production | Produced Water Injection Agreement | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI LP | Voluntary Pooling Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI LP, dba Shell Western Exploration & Production | Produced Water Injection Agreement | $0.00 |
| SN Catarina, LLC | Aep Texas Central Company<br>SWEPI LP | Letter Agreement | $0.00 |
| SN Catarina, LLC | Wade Lindeman<br>SWEPI LP | Special Warranty Deed | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation | Marathon Oil EF, LLC | Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC | Tri-City Distributors, L.P., a Texas Limited Partnership | General Warranty Deed | $0.00 |
| Rockin L Ranch Company, LLC | Tri-City Distributors, LP | Tax Proration Agreement | $0.00 |
| SN Palmetto, LLC | Sep Holdings IV, LLC | Wellbore Assignment and Bill of Sale | $0.00 |
| SN Palmetto, LLC | Sep Holdings IV, LLC | Partial Wellbore Assignment and Bill of Sale | $0.00 |
| SN UR Holdings LLC | NRG Land Resources Inc | Master Land Service Contract | $0.00 |
| Sanchez Energy Corporation | J Mark Smith & Associates Inc | Master Land Service Contract | $0.00 |
| Sanchez Energy Corporation | SR Acquisition I LLC | Participation Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Australis TMS Inc | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Signal LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Comstock Oil & Gas LP | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | Encana Oil & Gas (USA) Inc | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | HL TMS LLC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Sheldon Devon Crawford & Wife | Pipeline and Surface Site Agmt. | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pipeline and Surface Site Agmt. | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN Cotulla Assets LLC | HFT LLC | Water Usage Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Burlington Resources Oil & Gas Co | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Participation Agreement | $0.00 |
| SN Palmetto LLC | EOG Resources Inc | Acreage Exchange Agmt. | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Letter Agreement | $0.00 |
| SN Cotulla Assets LLC | Guy Robert Buschman | Surface Use Agreement | $0.00 |
| SN Cotulla Assets LLC | Hausser Ranch Minerals Ltd | Salt Water Disposal | $0.00 |
| SN Palmetto LLC | Jamn Ventures L.L.C. | Water Usage Agreement | $0.00 |
| SN Palmetto LLC | Salvador Soliz and Wife | Water Usage Agreement | $0.00 |
| SN Cotulla Assets LLC | Sep Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Cotulla Assets LLC | L & J Exploration LLC | Letter Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina LLC | Harrison Interests Ltd | Salt Water Disposal | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Participation Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Participation Agreement | $0.00 |
| SN EF Maverick LLC | Law office of Francisco Saldana Jr | Pipeline and Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | Law office of Francisco Saldana Jr | Pipeline and Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | Law office of Francisco Saldana Jr | Pipeline and Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | EP Energy E&P Company LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Bill D Bassore | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Carolyn S Wise | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Donald Powell | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Kathy Kennedy | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Blackbrush Oil & Gas LP | Surface Use Agreement | $0.00 |
| SN EF Maverick LLC | Endeavor Natural Gas LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | La Bandera Ranch LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | La Bandera Ranch LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Comanche Maverick Ranch | Surface Use Agreement | $0.00 |
| SN EF Maverick LLC | Locke Lord Llp | Surface Use Agreement | $0.00 |
| SN EF Maverick LLC | Indio Faith Land Co LLC | Surface Use Agreement | $0.00 |
| SN EF Maverick LLC | Rio Bravo Land Co | Surface Use Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP | Assignment of Participation Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP | Assignment Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP | Amendment No. 1 to Assignment Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford Water And Disposal | Water Use Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock Partners Operating LLC | Addendum to Master Compression Services Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A of Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Rental Compressor Quotation | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| Sanchez Energy Corporation | Credence Gas Services, LLC | Lease Order | $0.00 |
| Sanchez Energy Corporation | Enterprise Fleet Management, Inc. | Maintenance Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise Fleet Management, Inc | Maintenance Management and Fleet Rental Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise FM Trust | Master Walkaway Lease Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| Sanchez Energy Corporation | Citigroup Global Markets Holdings Inc. | Guarantee Agreement | $0.00 |
| Sanchez Energy Corporation | ING Bank N.V. | Guarantee No. NY2018/05 | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | BASF Corporation | Guaranty | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Centrica PLC | Guarantee | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | DTE Energy Company | Guaranty Agreement | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Engie S.A. | Guaranty | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC<br>SN EF Maverick, LLC | Mercuria Energy Group Limited | Guarantee | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co., Ltd. | Guaranty | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Occidental Petroleum Corporation | Guarantee | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Sumitomo Corporation of Americas | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Targa Resources GP LLC | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Tenaska Energy, Inc. | Guarantee | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | West Texas Gas, Inc. | Guaranty | $0.00 |
| SN EF Maverick, LLC | BP Corporation North America | Guaranty Agreement | $0.00 |
| SN EF Maverick, LLC | Tecpetrol Internacional S.L.U. | Guaranty | $0.00 |
| SN EF Maverick, LLC | Ternium Investments S.ar.1 | Guaranty | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Standby Letter of Credit | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC<br>SN Cotulla Assets, LLC | Trafigura Group Pte. Ltd. | On Demand Guarantee | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | U.S. Specialty Insurance Company<br>DJH Minerals LP<br>DJH Ranching LP<br>Cathexis Royalties & Minerals, LP<br>Cat Hil Piloncillo, LLC | Performance Bond #B010410 | $0.00 |
| SN Catarina, LLC | Nextera Energy Capital Holdings, Inc. | Guaranty to NAESB Master Agreement | $0.00 |
| SN EF Maverick, LLC | Nextera Energy Capital Holdings, Inc. | Guaranty to NAESB Master Agreement | $0.00 |
| Sanchez Energy Corporation | Trafigura Trading LLC | Parent Company Guaranty dated 10/1/2017 | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Trimac Transportation Inc. | Parent Company Guaranty dated 6/23/2017 | $0.00 |
| SN EF Maverick, LLC | BNP Paribas | Letter of Credit | $0.00 |
| Sanchez Energy Corporation | OFS Portal, LLC | Electronic Data Agreement | $0.00 |
| Sanchez Energy Corporation | Pitney Bowes | Lease Agreement | $0.00 |
| Sanchez Energy Corporation | Thomson Reuters | Order Form to the Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Order for Services | $91,022.39 |
| Sanchez Energy Corporation | Detechtion | Master Customer Agreement | $0.00 |
| SN EF Maverick, LLC | Fleetmatics USA, LLC | Services Order Form | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Addendum To Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform License Agreement Part A: Master Agreement | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| SN Operating, LLC | Sempcheck Services, Inc. | Terms of Service | $0.00 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Master Software License Agreement | $8,399.01 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Amendment to the Master Software License Agreement | $0.00 |
| SN Operating, LLC | Micro- Smart Systems, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Micro-Smart Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | iMec US LLC | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | iMEC US LLC<br>iMEC Corporation | Assignment and Novation to the Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQOD785 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQSD710 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQYZ947 | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQYZ948 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WRAJ274 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WRAN373 | $0.00 |
| Sanchez Energy Corporation | Opportune Technologies LLC | Contract Invoice for Maintenance Services | $0.00 |
| Sanchez Energy Corporation | Nabors Driling Technologies USA, Inc. | Master Drilling Agreement (Daywork Onshore US) | $0.00 |
| SN EF Maverick, LLC | Monarch Silica, LLC | Master Product Purchase Agreement | $93,665.84 |
| Sanchez Energy Corporation | US Silica | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Monarch Silica LLC | Amendment No. 1 to Master Product Purchase Agreement | $0.00 |
| Sanchez Energy Corporation | Koru Advisors, LLC | Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pro-Gas Services, LLC | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Taurex Drill Bits, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | 3S Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | A&D Rentals, LLC dba A&D Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Accudata Systems, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ace NDT, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Acme Truck Line, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Acts Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aegis Chemical Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aerion Rental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Affordable Wm, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aggreko, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alamo Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alert Systems Technologies, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Allesco | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Alpha Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alpha Tanks and Pumps II, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aly Energy Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ambyint Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | American Eagle Logistics, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | American Sales And Service, Inc. | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock Partners Operating LLC | Addendum to Master Compression Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock | Revised Amendment of Schedule A's for Compression Services | $0.00 |
| SN EF Maverick, LLC | Archrock | Amendment of Schedule A's for Compression Services | $0.00 |
| Sanchez Energy Corporation | Arguindegui Oil Co II, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Automation-X Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Awc, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Axio Wireline TX LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Badger Daylighting Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Baker Hughes Oilfield Operations, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Baseline Energy Services, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Basic Energy Services, L.P. | Master Service Agreement | $360.00 |
| Sanchez Energy Corporation | Bassler Energy Services, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bayou Oilfield Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Beacon Supply Co, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bedrock Petroleum Consultants, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bestway Oilfield, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Big Star Trucking LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Black Gold Rental Tools, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Blackhawk Datacom | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Bluebonnet Energy Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bobby's Industrial & Oilfield Repair, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bobwhite Energy Resources, L.P. And Its Affiliate Bobwhite Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bottom Line Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bowman Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Buck Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Amendment to Master Services Contract | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Second Amendment to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | C&M Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cactus Pipe & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cactus Wellhead, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cdm Smith Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Century Graphics & Sign Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chase Controls, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chase Welding Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chemostrat Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chess Well Service, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chirality Research, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cinch Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Circle 8 Fluid Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Circle H Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cirildo Rodriguez | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Clements Fluids South Texas, Ltd | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Coastal Supply Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cogent Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Colorado Materials, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Commercial Radio, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Complete Chemical Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Complete Chemical Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cook Pump & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crawford Electric Supply Company, Inc. | Amendment 1 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crawford Electric Supply Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crest Process Systems, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crest Pumping Technologies, LLC dba Nine Energy Service | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Compressco Operating LLC | Master Compression Services Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Inspection, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cudd Pressure Control, Inc. And Cudd Pumping Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cypress Industries Oilfield Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | D&B Flowback, LLC dba D&B Flowback And Well Testing | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Dlugosch Iv, LLC dba D&B Rental Service | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Deepwell Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Delta Fuel Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Delta Oil Tools, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Derrick Equipment Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Desert NDT, LLC dba Shawcor | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Diamond G Inspection, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Diversified Well Logging, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | DR3 Hose & Supply, LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Dupre Logistics, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Eastern Oil Well Service Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Edge Finance, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Elite Oil Field & Construction Services, LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Emergency Site Protection LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Energy Fishing & Rental Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ensign United States Drilling Inc. dba Ensign Well Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Epic Lift Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Exceed Oilfield Equipment, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Expro Americas, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | FF Fabricators, LLC dba Profab Construction | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fesco, Ltd. | Master Service Agreement | $74,911.81 |
| Sanchez Energy Corporation | Firebird Bulk Carriers, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Five O'Clock Holdings, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flatrock Compression, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flatrock Compression, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fleaux Services of Louisiana LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fleet Maintenance Pro | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flexsteel USA, LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flo-Rite Fluids, Inc. | Master Service Agreement | $16,845.97 |
| Sanchez Energy Corporation | Flow-Zone, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flowco Production Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flowfect, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | FTS International Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Francis Drilling Fluids, Ltd. dba Envirochem | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Frio Energy Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Frontier Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Gateway Printing & office Supply, Inc. | Master Service Agreement | $2,095.90 |
| Sanchez Energy Corporation | Genesis Endeavors, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Geomark Research Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Gonzalez Weed Control & Construction, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Grand Slam Energy Services dba Bol, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Great Texas Compression, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Green Production Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Greene's Energy Group, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Grinning Bull, LLC dba Orkin Pest Control | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H & S Valve Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H5 Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Halliburton Energy Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ST Hans Brothers Industries, LP dba Hans Brothers Industries | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hawk Oil Field Service, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hawkins Lease Service, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Headwaters Group, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Herring Gas Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | High Tide Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H-I-S Paint Manufacturing Company, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Houston Modular Installation, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Howland Engineering and Surveying Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hy-Bon Engineering Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Industrial Piping Specialists, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Infinity Valve & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Infrastructure Networks, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Independence Oilfield Chemicals, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Innovex Downhole Solutions, Inc. | First Amendment To Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ivy Rod, Inc. dba Frontier Surveying Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J & J Pipe And Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J&M Premier Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | JF Ralston Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Jet Specialty, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Jim Davis Seed & Fertilizer Inc. dba Texas Custom Coaters | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | K C Ag Supply, Inc. dba K C True Value | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kennedy Wire Rope and Sling Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Key Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kingsley Constructors, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kingsley Water Company, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | KLX Inc. dba Klx Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Knowles Enterprises, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kodiak Gas Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | KV Power, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Lean Drilling Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Legend Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Liberty Lift Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bud Griffin and Associates – San Antonio, LLC dba Liebert UPS Systems | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mac Automation, Inc. | Master Service Agreement | $7,013.50 |
| Sanchez Energy Corporation | Magic Industries, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Maverick Field Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McCoy-Rockford, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McMahan Welding Service, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mercer Valve Company, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Michelle Villegas dba Michelle'S Cleaning Service | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mid-Coast Electric Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Miller Environmental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MMJ Pumps, LLC dba TXAM Pumps | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Momentum Pressure Control, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Monarch Silica, LLC | First Amendment to the Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Monarch Silica, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Morales Machine Shop & Transportation LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Moy's Water Well Drilling & Services of Texas, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MS Directional, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | New Prospect Company | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Choya Operating, LLC | Master Water Disposal Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| Sanchez Energy Corporation | Novosad Enterprises, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Oil Patch Petroleum, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Completion Resources, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Oilfield Tracking Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Optimax Services & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Orozco's, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | OSC Energy, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | OTA Compression, LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | P and J Electric Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Park Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Patmo Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pegasus Construction & Services, LLC | Master Service Agreement (MSA-B18-152) | $0.00 |
| Sanchez Energy Corporation | Performance Wellhead & Frac Components, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Performance Chemical Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pico Technologies, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pico Propane Operating, LLC dba Pico Propane & Fuels | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pilot Thomas Logistics LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Through Completion, LLC | Amendment 1 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Through Completion, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Precision Pump & Valve, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Premier Fleet Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Premier Pump & Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Priority Energy Holdings, LLC & Subsidiaries | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pro Field Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Production Fire & Safety, LLC dba Ampro Strategic Alliance | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Profire Energy, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Puffer-Sweiven, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Quail Tools, L.P. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Quintana Energy Services LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Qwik Pipe, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | R360 Environmental Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rat Pac Enterprises, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rebel Testers Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Red-D-Arc Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Regio Express Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rem Torque Test, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Remote Operations Center, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Riotex Swabbing, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rod And Tubing Services LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aveda Transportation Energy Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Micro Motion Inc. and Rosemount Inc. Instrument And Valve Services Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | RSI - Refinery Specialties, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tercel Oilfield Products USA, LLC dba Rubicon Oilfield International | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rudtuk Operating, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rusco Operating, LLC | Master Service Agreement | $115,496.67 |
| Sanchez Energy Corporation | R. W. Delaney Construction Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sagerider, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sanco Measurement Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sanford Water Works & Landscaping, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Scout Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Select Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sempcheck Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sertek Oil and Gas Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Setpoint Intergrated Solutions, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mcguire Construction, LLC dba Shoreline Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Slick Operating Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Smitty's Heavy Hauling, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | South Texas Speciality, LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Stallion Oilfield Services Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stellar Drilling Fluids, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stellar Oilfield Rentals LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stewart & Stevencon Power Products, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sti Trucking, LLC d/b/a Stone Trucking | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Straight Line Construction, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stratagen, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Strong Services, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stx Process Equipment LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Suarez Bros. Crane & Heavy Haul, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Summit Pump & Safety. Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sunbelt Rental Industrial Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Technologies, L.L.C<br>H.B. Rentals, L.C.<br>Integrated Production Services, Inc.<br>International SNubbing Services, L.L.C.<br>Monument Well Service Co.<br>Texas CES, Inc.<br>Warrior Energy Services Corporation<br>Wild Well Control, Inc.<br>Workstrings International, L.L.C.<br>Alliance Energy Service Co. LLC<br>Superior Energy Services, L.L.C. and its affiliates<br>Complete Energy Services, Inc.<br>Concentric Pipe and Tool Rentals, L.L.C.<br>Connection Technology, L.L.C<br>Production Management Industries, L.L.C<br>Pumpco Energy Services, Inc.<br>Stabil Dril Specialties, L.L.C.<br>Sub-Surface Tools, L.L.C<br>Superior Inspection Services, L.L.C | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Supreme Production Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Supreme Rental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Swift Technical Services, LLC dba Airswift | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | T & A Services of Breaux Bridge, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tavo's Towing, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tenacious Torque, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tenaris Global Services USA Corp | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Automation Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Premier Lease Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Swabbing Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | The Compliance Group, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Thru Tubing Solutions, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tiger Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Timberwolf Environmental, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Titan Chemical, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Top Gun Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tornado Production Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trans-Tech Energy, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trident Steel Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trifecta Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trio Equip. Rental & Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Triple S Trucking Co., Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ulterra Drilling Technologies, L.P. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ultraquip, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | United Engines LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Uv Logistics, LLC d/b/a United Vision Logistics | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Uvalde Fire Equipment, Co. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Vac Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Vantage Pump and Compressor, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Veolia Water Technologies, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Viper Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | W.W. Wireline Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Warrior Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Waukesha-Pearce Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Wayne Enterprises, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | We Mean Clean | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Weatherford International, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Weeks Environmental LLC | Master Service Agreement | $97,660.00 |
| Sanchez Energy Corporation | Well Master Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | White'S T&J Oilfield Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Willda Beast, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Wildcat Oil Tools, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Williams Well Service, Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Windham Well Service, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | WS Energy Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crossfire Compression and Vibration, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Danos, LLC | Master Service Agreement | $158,876.27 |
| Sanchez Energy Corporation | Rock N Roll Caliche Sales, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tidal Logistics, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Express Energy Services Operation, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hadco Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | JK Protector Recovery Services, LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Mac NDT Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rathole Drilling, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Safety Skills, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | S&B Infrastructure Private, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | 5J Oilfield Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Apollo Lighting Solutions Inc. d/b/a Cleantek Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Clm Energy Services, LLC | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Crenshaw Enterprises, LLC d/b/a Tiger Industrial Rentals | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | J. Mark Smith & Associates, Inc. | Master Land Services Agreement | $0.00 |
| SN UR Holdings, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation | Geo Cam Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Golden Ranch Energy Services | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | National Oilwell Varco LP | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Profire Energy Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Quality Energy | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B.enviroSAFE, LLC dba Bair<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Chemoil Energy Services LLC<br>Chemoil Corporation<br>Sanchez Oil & Gas Corporation | Letter Re: Assignment of Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J. Mark & Associates, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Kent & Smith Holdings, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| SN Operating, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| SN UR Holdings, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | New Tech Global Ventures, LLC and Its Affiliates<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $945.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Newpark Drilling Fluids LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Newtec Energy Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | P&L Testing, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Coastal Chemical Co., LLC<br>Sanchez Oil & Gas Corporation | Sale of Products Rider to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Scientific Drilling International Inc<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Tucker Energy Solutions, LLC<br>Sanchez Oil & Gas Corporation | Letter Agreement Re Major Service Agreement Party Name Change | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cudd Pressure Control, Inc. and Cudd Pumping Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | F P Fabricators, LLC d/b/a Profab Construction | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MPS Enterprises, Inc. d/b/a Milford | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tuboscope, a division of National Oilwell Varco, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | CJ Holding Co | Amendment to Master Services Contract | $0.00 |
| Sanchez Energy Corporation | Scientific Drilling International Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC<br>SN EF Maverick, LLC | CJ Holding Co | Amendment No. 2 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tercel Oilfield Products USA LLC d/b/a Rubicon Oilfield International | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Uv Logistics, LLC d/b/a United Vision Logistics and Its Affiliates | Master Service Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Marketing Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | Catarina Midstream, LLC | Firm Gathering and Processing Agreement | $0.00 |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Extension Rider for License Agreement | $0.00 |
| Sanchez Energy Corporation<br>SN Catarina, LLC | TPL Southtex Processing Company LP by TPL Southtex Pipeline Company LLC, its general partner | Amendment Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL Southtex Processing Company LP by TPL Southtex Pipeline Company LLC, its general partner | First Amendment to Firm Gas Processing Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL Southtex Processing Company LP | Firm Gas Processing Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL Southtex Processing Company LP | Firm Gas Gathering Agreement | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | TPL Southtex Processing Company LP<br>Carnero Processing, LLC | Omnibus Amendment to the Gathering LLC and the Processing LLC Agreement | $0.00 |
| SN EF Maverick, LLC | TPL SouthTex Processing Company, LP by TPL Southtex Processing Company, LLC, its General Partner | First Amendment to the Interruptible Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Eagle Ford TX LP<br>Venado EF L.P.<br>Gavilan Resources, LLC | Amendment to Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Tpl Southtex Processing Company, LP | Interruptible Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP<br>Cima Energy, Ltd<br>Upstream Energy Services, LLC | Gas Gathering Agreement | $0.00 |
| SN EF Maverick, LLC | Dupre Logistics, LLC | Truck Transportation Agreement | $0.00 |
| Sanchez Energy Corporation | WGR Operating, LP | Master Agreement for Purchase, Sale or Exchange of Liquid Hydrocarbons | $0.00 |
| SN Cotulla Assets, LLC | Upstream Energy Services, LLC | Natural Gas Marketing, Transportation and Processing Agency Agreement Amended | $0.00 |
| SN Cotulla Assets, LLC | Upstream Energy Services, LLC | Natural Gas Marketing, Transportation and Processing Agency Agreement | $0.00 |
| SN Catarina, LLC | BASF Intertrade Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | BASF Intertrade Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ENGIE Energy Marketing Na, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | ENGIE Energy Marketing Na, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | Anadarko Energy Services Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Air Liquide Large Industries US, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ARM Energy Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | BG Energy Merchants, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC<br>SN Catarina, LLC | BP Energy Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | CIMA Energy, Ltd | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Coahuila Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Conocophillips Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Conocophillips Company | Special Provisions to NAESB Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Direct Energy Business Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | DTE Energy Trading, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Hartree Partners, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Houston Pipe Line Company, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Howard Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Koch Energy Services, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Kinder Morgan Texas Pipeline, LLC<br>Kinder Morgan Tejas Pipeline, LLC | Amendment to Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Kinder Morgan Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Macquarie Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Mercuria Energy America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Mmgs, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | WTG Gas Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Occidental Energy Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Pacific Summit Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Petrochina International (America), Inc | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Repsol Energy North America Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | Sempra Gas & Power Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Sempra Gas & Power Marketing, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC Sanchez Energy Corporation | Shell Energy North America (US), LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Targa Gas Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tenaska Marketing Ventures | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tenaska Marketing Ventures | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trafigura Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trafigura Trading, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trailstone NA Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tripolarity Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Twin Eagle Resource Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | United Energy Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | BP Energy Comopany | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | Kinder Morgan Texas Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | Texla Energy Management, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Occidental Energy Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Master Agreement for Purchase, Sale or Exchange of Liquid Hydrocarbons | $0.00 |
| SN EF Maverick, LLC | Air Liquide Large Industries US, LP | Master Agreement for Purchase, Sale and Exchange of Liquid Hydrocarbons | $0.00 |
| SN EF Maverick, LLC | ARM Energy Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | BP Energy Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Calpine Energy Services, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | CIMA Energy, Ltd | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Coahuila Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Cokinos Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Conocophillips Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Conocophillips Company | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Diamond Shamrock Refining Company, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Direct Energy Business Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | DTE Energy Trading, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Hartree Partners, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Houston Pipe Line Comapny, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Koch Energy Services, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Kinder Morgan Texas Pipeline, LLC Kinder Morgan Texas Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Macquarie Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Mercuria Energy America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co. Energy Marketing And Services (USA), Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | WTG Gas Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Pacific Summit Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Petrochina International (America), Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Sempra Gas & Power Markering,LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Sempra Gas & Power Marketing, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC Sanchez Energy Corporation | Shell Energy North America (US), LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Superior Natural Gas Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Superior Natural Gas Corporation | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Techgen SA DE CV | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tenaska Marketing Ventures | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tenaska Marketing Ventures | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Trafigura Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trafigura Trading, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trailstone Na Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tripolarity Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | United Energy Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Valero Refining - Texas, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Targa Gas Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| Sanchez Energy Corporation | Tenaris Global Services (USA) Corporation | Agreement For The Provision Of Goods | $0.00 |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Catarina Midstream, LLC | Amendment No.1 to Firm Gathering and Processing Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>SN EF UnSub LP | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC | Memorandum of Firm Gas Gathering Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC | Firm Gas Gathering, Processing, and Purchasing Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX, LP<br>Carnero G&P, LLC | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>Eagle Ford TX, LP | Memorandum Of Agreement Relating To Firm Gas Gathering Agreement | $0.00 |
| SN EF Maverick, LLC | Venado EF L.P. | Approval Letter to Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Venado EF, L.P | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Venado EF, L.P<br>Carnero G&P, LLC | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Owner's Consent to Commercial Arrangements for Gas Volumes | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>Gavilan Resources, LLC | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Gavilan Resources, LLC | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas, LP | Take-In-Kind Letter Agreement with Mitsui | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas, LP<br>Carnero G&P, LLC | Letter Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Eagle Ford TX, LP<br>Venado EF, LP<br>Gavilan Resources, LLC | Owner's Consent Letter | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Carnero G&P, LLC | Memorandum of Agreement | $0.00 |
| SN Catarina, LLC | Nextera Energy Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | |
| SN EF Maverick, LLC | Mitsui & Co. Energy Marketing And Services (USA), Inc. | Amendment to Special Provisions to Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Nextera Energy Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Marketing Agreement (Oil-Gas) | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Enterprise South Texas Gathering LP<br>Anadarko Petroleum Corporation | Gas Gathering, Processing, and Purchase Contract | $0.00 |
| SN Catarina, LLC | WWM Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | WWM Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Total Gas & Power North America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | SN EF Maverick, LLC<br>SN Catarina, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Total Gas & Power North America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Carnero G&P LLC<br>SN EF Unsub, LP | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Carnero G&P LLC<br>Eagle Ford TX LP | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Western Gas Partners, LP | Sublease Agreement | $12,245.64 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to JOA | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to Letter Agreement Regarding Amendment to JOA dated March 14, 2012 | $0.00 |
| SN Marquis, LLC | Devon Energy Production Company L.P. | Operating Agreement | $0.00 |
| Sanchez Energy Corporation | Geosouthern Lavaca Properties, LLC | Operating Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2013 Amendment to JOA | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2013 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2014 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2015 Amendment to JOA Casing Point Election Provision | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Operating, LLC<br>SN Cotulla Assets, LLC | Milagro Producing LLC<br>F-250, LLC<br>Enerquest Oil And Gas, LLC | Operating Agreement | $0.00 |
| SN Cotulla Assets, LLC<br>SN Operating, LLC | F-250 LLC<br>Milagro Producing LLC<br>Enerquest Oil and Gas LLC | Operating Agreement | $0.00 |
| SN EF Maverick, LLC | TXCO Energy Corp.<br>Anadarko E&P Company LP | Joint Exploration Agreement | $0.00 |
| SN EF Maverick, LLC | St. Mary Land & Exploration Company<br>TXCO Resources, Inc. | Ratification of Joint Exploration Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Encana Oil & Gas (USA) Inc | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Australis TMS Inc | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Australis TMS Inc | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Sep Holdings IV LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Burlington Resources Oil & Gas Co | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | BXP Partners IV LP | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | JWT Resources I Ltd | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | RTM Production LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | US Enercorp Ltd | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Walter Oil & Gas Corporation | Joint Operating Agmt | $0.00 |
| SN Cotulla Assests LLC | OOGC America LLC | Joint Operating Agmt | $0.00 |
| SN Cotulla Assests LLC | Jamestown Resources LLC | Joint Operating Agmt | $0.00 |
| SN Cotulla Assests LLC | OOGC America LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | XTO Energy Inc | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Bill D Bassore | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Carolyn S Wise | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Donald Powell | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Kathy Kennedy | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Gatlin, Greet L. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Logan, Rachel L. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Phillips, Louis A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Robinson, Holly C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Taliaferro, Kiera C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Tomaselli, John C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Ziegler, Michael T. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| SN EF Maverick, LLC | KPMG LLP | Engagement Letter Amendment | $0.00 |
| Sanchez Energy Corporation | KPMG LLP | Master Engagement Letter and Amendment | $0.00 |
| SN EF Maverick, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Tax Examination Agreement | $0.00 |
| SN Operating, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Tax Examination Agreement | $0.00 |
| SN EF Maverick, LLC | The Compliance Group, Inc. | Railroad Commission of Texas T-4 Management Program | $0.00 |
| SN Operating, LLC | The Compliance Group, Inc. | Railroad Commission of Texas T-4 Management Program | $0.00 |
| Sanchez Energy Corporation | CDM Smith Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Thru Completion, LLC | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Coax Solutions | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | HTK Consultants, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Prisma Info Systems Pvt Ltd | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Diversified Project Services International, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Medic First Aid International, Inc | Professional Services Agreement - #PSA-19-008 | $0.00 |
| SN EF Maverick, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | $55,140.94 |
| SN Operating, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | $10,469.23 |
| Sanchez Energy Corporation | C&J Safety Solutions | Professional Services Contract | $0.00 |
| Sanchez Energy Corporation | Don Ray George & Associates, Inc. | Engineering Services Contract | $0.00 |
| Sanchez Energy Corporation | Gibbs & Bruns | Engagement Letter | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Aegis Energy Risk LLC | Agreement | $0.00 |
| Sanchez Energy Corporation | Norton Rose Fulbright US LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Richards Layton & Finger | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Dodson & Everett | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Huddleston Law Group | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Ernst & Young US Llp | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Shipley Snell Montgomery LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | K & L Gates Llp | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Heyman Enerio Gattuso & Hirzel Llp | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | McGinnis Lochbridge & Kilgore | Engagement Letter | $3,512.00 |
| Sanchez Energy Corporation | Christopher D. Heinson | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Steven W. Adam | Professional Services Agreement | $0.00 |
| Sanchez Energy Corpration | Gibbs & Bruns | Amended Engagement Letter | $0.00 |
| Sanchez Energy Corporation | KPMG LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Preminor Inc | Proposal for Consulting Services | $55,543.88 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Service Order Number: 129506 Date: 05/17/2017 | $0.00 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Blanket Service Order | $0.00 |
| SN EF Maverick, LLC | Kodiak Services, LLC | Work Order | $86,683.07 |
| SN EF Maverick, LLC | Anadarko Petroleum Corp - Carrizo Springs | Contract Addendum - Transfer of Equipment | $0.00 |
| Sanchez Energy Corporation | Axip Energy Services, LP | Schedule to Services Contract | $0.00 |
| Sanchez Energy Corporation | Chemoil Corporation | Quick Pay Agreement | $0.00 |
| Sanchez Energy Corporation | Csi Compressco | Service Order | $0.00 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Blanket Service Order | $0.00 |
| Sanchez Energy Corporation | Flogistix, LP | Service Agreement | $0.00 |
| Sanchez Energy Corporation | AGI Industries | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | ARC Energy Equipment, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Aztec Bolting Services, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Charter Pipe, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Charter Pipe, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Stim-Lab Inc. (a Core Labortories Company) | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Davenport Drilling | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | DW Industries | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Eagle Pipe | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Endress + Hauser Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Endress+Hausser Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corp. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corp | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Flexsteel USA, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Flexsteel USA, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Gardner Denver Petroleum Pumps, LLC | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Global Vessel & Tank | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation SN Operating, LLC | Holt/Cat | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Intertek Upstream Services | Purchase Order | $0.00 |
| Sanchez Energy Corporation | JAG Energy Holdings | Purchase Order | $0.00 |
| SN EF Maverick, LLC | JAG Energy USA, Inc. | Purchase Contract | $0.00 |
| Sanchez Energy Corporation | JM Test Systems | Purchase Order | $0.00 |
| Sanchez Energy Corporation SN Operating, LLC | Kimber Oilfield Services LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation SN EF Maverick, LLC | Macon Concrete Products, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation SN EF Maverick, LLC | Macon Concrete Products, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | GJR Meyer Service, Inc. dba Meyer | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Modflex | Purchase Order | $0.00 |
| SN Operating, LLC | Fiberspar Corporation | Purchase Order | $0.00 |
| SN Operating, LLC Sanchez Energy Corporation | National Oilwell Varco, LP | Purchase Order | $0.00 |
| SN Operating, LLC | Fiberspar Corporation | Purchase Order | $0.00 |
| SN EF Maverick, LLC Sanchez Energy Corporation | Nov-Tuboscope | Purchase Order | $0.00 |
| Sanchez Energy Corporation | NOV- Tuboscope | Purchase Order | $0.00 |
| Sanchez Energy Corporation SN Operating, LLC | National Oilwell Varco, L.P. | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Fiberspar Corporation (Nov- Fiber Glass Systems) | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation (Nov- Fiber Glass Systems) | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | National Oilwell Varco, L.P. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Odessa Pumps-Boerne | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Overwatch Enterprise | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Pan Tech Corporation | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Petro Amigos Supply Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Petro Amigos Supply Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Petroleum Pipe Americas Corp. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Petroskills | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Polyco Pipe, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Romco Equipment Co. | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Shield Wellhead Protection/Speedy Containers | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Shield Wellhead Protection/Speedy Containers | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Tavo's Towing, LLC | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Operating, LLC | Tenaris | Purchase Order | $0.00 |
| SN Operating, LLC | Tenaris | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Tes-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC<br>SN Catarina, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Tractor Supply Co. | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Transsupply, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Trident Steel | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Twopro Energy Services LLC | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Wellflex Energy Solutions | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Wellflex Energy Solutions | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Operating, LLC<br>Sanchez Energy Corporation | Fiix | Purchase Order | $0.00 |
| SN Operating, LLC | Milford - South Texas | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Pruitt's Frac Tanks South Texas LLC dba TP Services | Work Order | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Tenaris Global Services (USA) Corporation | Agreement for the Provision of Goods | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company LLC | Amendment No. 1 to Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company, LLC | Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company, LLC | Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | | Consent Agreement | $0.00 |
| SN TMS LLC | Sanchez Oil & Gas Corporation | Pipeline and Surface Site Agmt. | $0.00 |
| SN Cotulla Assets LLC | Sanchez Oil & Gas Corporation | Water Usage Agreement | $0.00 |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC | Non-Exclusive Data Use License and Access Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Restricted Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| SN Catarina, LLC | Swepi LP | Seismic Data License Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation Gavilan Resources, LLC (fka Aguila Production, LLC) | Non-Exclusive Seismic Data Use License Cochina 3D; Pelon 3D DID# | $0.00 |
| SN Palmetto, LLC | CML Exploration, LLC | Assignment of Ownership Rights in 3D Seismic Data and Data Use License Agreement | $0.00 |
| Sanchez Energy Corporation | CML Exploration, LLC | Data Use License | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Letter of Intent - Seismic License Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Letter Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Supplemental Agreement to the Master Geophysical Data Use License- SEI Reference Number 18-0429-3D | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Volume License Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange Inc | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | Chesapeake Energy Corporation | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | OOGC America LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | Petty Energy LP | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | Chesapeake Exploration Limited Part | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | OOGC America LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | Petty Energy LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | ENG San Miguel Development LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | ETNA Energy, LLC | Seismic Lic & Exp Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Fitzsimons Oil and Gas Management Trust<br>Galivan Resources LLC<br>Eagle Ford TX LP<br>Venado EF LP<br>Mitsui E&P Texas LP<br>ENG San Miguel Development LLC<br>Etna Energy LLC<br>SN EF UnSub Holdings, LLC | Amendment No. 1 to Geophysical and Seismic Data Use Agreement | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Fitzsimons Oil and Gas Management Trust<br>Galivan Resources LLC<br>Eagle Ford TX LP<br>Venado EF LP<br>Mitsui E&P Texas LP<br>ENG San Miguel Development LLC<br>Etna Energy LLC<br>SN EF Unsub, LP | Geophysical and Seismic Data Use Agreement | $0.00 |
| Sanchez Energy Corporation | Aguilar, Marvin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Ammoune, Brahim | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Arar, Sherin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Auguillard, Rhiana | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bayer, Scott | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Beyer, Keith | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Brandon, Tracy | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Browder, Jay | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Calderon, Ramon | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Canales, Luis | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Cohen, Benjamin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Condry, James | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Countryman, Amy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Cuevas, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | D'Souza, Danfix | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Dunning, Hayden | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | El Awad Ibrahim, Salim | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Falconer, Eric | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Farmer, David | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Foley, Justin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Garvin, Maria | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gifford, Will | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gonzalez Jr., Edwin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Green, Lucas | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Guedry, Joseph | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Hernandez, Yvonne | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Kellum, Russell | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Kong, Xianhui | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Macleod, C.W. | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Maldonado, Tomas | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Martinez, Marcos | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mendez, Adela | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Milano, Lourdes | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miller, Taminia | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Montes, Omar | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Moreno, Mike | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Munoz, Jesse | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Narvaiz, Melissa | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Norman Jr, Kent | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Olson, Matthew | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Peters, Christella | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Popp, Dana | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Rangel, Roger | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Refunjol, Xavier | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Reinhardt, Connor | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Roman, Jeff | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Shen, Yijie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Smith, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Solis, Stefanie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Thompson, Amy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Trevino, Jesse | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Valin, Garry | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Varghese, Cybil | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Washington, Charlie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Wedgewood, Melinda | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Williams, Anjelica | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Williams, Christy | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Woolley, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Yan, Bicheng | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Yu, Brian | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Zornes, Karen | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bailey, Angela | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bender, Justin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gooden-Baker, Theresa | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Lane, David | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Lucken, Kimberlyn | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mabry Iii., James | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Marlow, Paul | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miller, Richard | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mollard, Brandie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Ramos, Joshua | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Settle, Lon | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Thompson, John | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Turner, Kenneth | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miguel, Moreno | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | U.S. Specialty Insurance Company | Performance Bond | $0.00 |
| SN Operating, LLC | RLI Insurance Company | Collateral Agreement and Receipt Bond #RLB0016002 and #RLB0015120 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company | Blanket Performance Bond #B010411 | $0.00 |
| SN EF Maverick, LLC | State of Texas, Railroad Commission of Texas, Oil and Gas Division<br>U.S. Specialty Insurance Company | Blanket Performance Bond P-5PB(2) Continuation Certificate #B010411 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Blanket Performance Bond P-5PB(2) Continuation Certificate #B010411 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>Railroad Commission of Texas | Blanket Performance Bond - Bond #B011105 | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Railroad Commission of Texas - Continuation Certificate - Bond #B011105 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>Railroad Commission of Texas | Blanket Performance Bond #RIB0015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate / Blanket Performance Bond #RIB015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate - Blanket Performance Bond #RLB0016002 | $0.00 |
| Sanchez Energy Corporation | RLI Indemnity Company<br>RLI Insurance Company | Indemnity Agreement | $0.00 |
| Sanchez Energy Corporation | U.S. Specialty Insurance Company | Payment and Indemnity Agreement No. 1058 | $0.00 |
| SN EF Maverick, LLC | Indemco | Additional Named Principal Supplement | $0.00 |
| SN Operating, LLC | State of Texas, Railroad Commission of Texas, Oil and Gas Division<br>RLI Insurance Company | Continuation Certificate Bond #RLB0015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate Bond #RLB0016002 | $0.00 |
| SN EF Maverick LLC | TPL SouthTexas Transmission Company LP | Interruptible Intrastate Gas Transportation Service Agreement | $0.00 |
| SN EF Maverick LLC | TPL SouthTexas Transmission Company LP | Interruptible Interstate Gas Transportation Service Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Company, LP, c/o Anadarko Petroleum Corporation<br>Enterprise Hydrocarbons L.P., by Enterprise Products Operating, LLC, its general partner | Gas Processing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Enterprise Hydrocarbons LP, by Enterprise Products Operating LLC, its general partner, by Enterprise Products OLPGP Inc., its sole manager | Second Amendment to Gas Processing Agreement | $0.00 |
| SN EF Maverick, LLC | Enterprise Hydrocarbons, LP; by Enterprise Products Operating, LLC; by Enterprise Products OLPGP, Inc. | Third Amendment to Gas Processing Agreement | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Firm Interstate Gas Transportation Service Agreement, as amended | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Firm Intrastate Gas Transportation Service Agreement, as amended | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC, SN Midstream, LLC | TPL SouthTex Processing Company LP | Netting Agreement, as amended | $0.00 |
| Sanchez Energy Corporation | C&D Production Specialist Co., Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Crude Oil Production Marketing Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Gavilan Resources, LLC | Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Residue Gas Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Crude Oil Production Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Residue Gas Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Crude Oil Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Residue Gas Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Sm Energy Company<br>Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC | Maverick Residue Gas Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC , f/k/a<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company<br>Sm Energy Company | Maverick Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC , f/k/a<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company<br>SM Energy Company | Maverick Oil Production Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Kerr-Mcgee Oil & Gas Onshore, LP<br>Gavilan Resources, LLC | Specified Gathering Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP | Letter Agreement Re: Gas Agreements | $0.00 |
| SN EF Maverick, LLC | Venado EF LP | Letter Agreement Re: Gas Agreements | $0.00 |
| SN UR Holdings, LLC | SN EF UnSub GP, LLC<br>GSO ST Holdings Associates LLC | Amended and Restated Limited Liability Company Agreement | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas LP<br>Eagle Ford<br>Sm Energy Company<br>Anadarko E&P Onshore LLC | Letter Agreement Effecting Dissolution of Units | $0.00 |
| SN EF Maverick, LLC | Sm Energy<br>Anadarko E&P Onshore LLC<br>Mitsui E&P Texas LP<br>Eagle Ford TX LP | Amendment – Confidentiality of Information | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | First Amendment to Gas Gathering Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Texas Pipeline Webb County Lean System LLC<br>SN Catarina, LLC<br>Texas Pipeline Webb County Lean System LLC<br>SN EF Maverick, LLC | Interruptible Transport Service Agreement | $0.00 |

**Redline**

**Exhibit B**

Schedule of Rejected Executory Contracts and Unexpired Leases

# **Exhibit [B]**

Schedule of Rejected Executory Contracts and Unexpired Leases

On April 30, 2020, the Court entered an order confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1205] (as may be amended, modified, and/or supplemented, the "Plan")[1] authorizing the Debtors to reject certain of the Executory Contracts and Unexpired Leases (each, a "Rejected Contract") listed on this Schedule of Rejected Contracts and Unexpired Leases (this "Schedule"), upon the Effective Date unless otherwise specified.

Each of the contracts, agreements, documents, and instruments listed on this Schedule is listed solely to the extent it is an Executory Contract or Unexpired Lease of one or more of the Debtors, and nothing herein shall be deemed an admission that such contract, agreement, document or instrument is in fact an Executory Contract or Unexpired Lease of any Debtor.

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is Rejected shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

Unless expressly assumed in the Schedule of Assumed Contracts and Unexpired Leases attached as follows below, all contracts to which a Debtor and any of Sanchez Oil & Gas Corporation, SN EF UnSub, LP, and/or Sanchez Midstream Partners LP (or its direct or indirect subsidiaries) are parties are rejected.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from this Schedule until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Schedule of Rejected Executory Contracts and Unexpired Leases

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SN Services, LLC | Designated Charter Agreement | |
| Sanchez Energy Corporation | Excel Aircraft, LLC dba Excel Mulching | Master Service Contract | |
| Sanchez Energy Corporation | SN Services, LLC | Lease Agreement | |
| Sanchez Energy Corporation | Beechcraft Corporation | Aircraft Purchase Agreement | |
| Sanchez Energy Corporation | Daryl Stewart d/b/a Charter One | Designated Charter Agreement | |
| Sanchez Energy Corporation | Daryl Stewart d/b/a Charter One As Lessee | Charter Agreement | |
| SN Operating, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC<br>SN Cotulla Assets, LLC | U.S. Bank National Association | First Supplemental Indenture | |
| SN Catarina, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation | U.S. Bank National Association | Second Supplemental Indenture | |
| Rockin L Ranch Company, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SR TMS, LLC<br>SN Catarina, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Fourth Supplemental Indenture | |
| Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Delaware Trust Company | Indenture | |
| SN TMS, LLC | Delaware Trust Company | First Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | | | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Second Supplemental Indenture | |
| Sanchez Energy Corporation | Royal Bank of Canada Agency Services Group | Third Amended and Restated Credit Agreement | |
| SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>SN Marquis, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation | Delaware Trust Company<br>Royal Bank of Canada | Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company<br>Royal Bank of Canada | First Supplemental Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC | U.S. Bank National Association | First Supplemental Indenture | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC | U.S. Bank National Association | Indenture | |
| SN TMS, LLC<br>SN Operating, LLC<br>SN Catarina, LLC<br>SN Marquis, LLC | Delaware Trust Company | Third Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Cotulla Assets, LLC<br>SN Palmetto, LLC | | | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | Delaware Trust Company | Fourth Supplemental Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>SN Catarina, LLC | U.S. Bank National Association | Second Supplemental Indenture | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | U.S. Bank National Association | Indenture | |
| SN Catarina, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Delaware Trust Company | First Supplemental Indenture | |
| SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>Sanchez Energy Corporation<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC | Delaware Trust Company | Third Supplemental Indenture | |
| SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN Cotulla Assets, LLC | Delaware Trust Company | First Supplement Indenture | |
| Sanchez Energy Corporation<br>SN Payables, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC | Delaware Trust Company | Second Supplemental Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC | | | |
| SN Payables, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | First Supplemental Indenture | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| SN Catarina, LLC | Royal Bank of Canada | Partial Lien Release | |
| Sanchez Energy Corporation | Delaware Trust Company As Trustee<br>Cede & Co. | 7.25% Senior Secured First Lien Note due 2023 | |
| Sanchez Energy Corporation | Cede & Co.<br>Delaware Trust Company, As Trustee | Face of Initial Regulation S Note | |
| Sanchez Energy Corporation | Delaware Trust Company<br>U.S. Bank National Association | Instrument of Resignation, Appointment, and Acceptance | |
| Sanchez Energy Corporation | Delaware Trust Company<br>U.S. Bank National Association | Instrument of Resignation, Appointment, and Acceptance | |
| Sanchez Energy Corporation | Societe Generale | Schedule to the Master Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Wilmington'S Savings Fund Society, FSB<br>Delaware Trust Company | Agreement of Resignation, Appointment and Acceptance Indenture, Dated as of February 14, 2018 Relating to the Company's 7.25% Senior Secured First Lien Notes Due 2023 | |
| SN Palmetto, LLC | SEP Holdings III, LLC<br>SEP I, LP | Agency Agreement | |
| SN Palmetto, LLC | SEP I, LP<br>SEP Holdings III, LLC | Agency Agreement | |
| SN Palmetto, LLC | Macquarie Bank Limited | Novation Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | Novation Agreement to ISDA Master Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | Novation Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | Confirmation Agreement | |
| Sanchez Energy Corporation | Comerica Bank | Confirmation Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | Confirmation Agreement | |
| Sanchez Energy Corporation | ABN Amro Bank N.V. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Bank of Montreal | 2002 Master Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | BP Energy Company | 2002 Master Agreement | |
| Sanchez Energy Corporation | BP Energy Company | Schedule to the 2002 Master Agreement | |
| Sanchez Energy Corporation | Capital One, National Association | 2002 Master Agreement | |
| Sanchez Energy Corporation | Citigroup Energy, Inc.<br>Citigroup Global Markets Holding, Inc. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Credit Suisse International | 2002 Master Agreement | |
| Sanchez Energy Corporation | Fifth Third Bank | 2002 Master Agreement | |
| Sanchez Energy Corporation | ING Capital Markets, LLC | 2002 Master Agreement | |
| Sanchez Energy Corporation | Macquarie Bank Limited | 2002 Master Agreement | |
| Sanchez Energy Corporation | Morgan Stanley Capital Group, Inc. | 2002 Master Agreement | |
| Sanchez Energy Corporation | Royal Bank of Canada | 2002 Master Agreement | |
| Sanchez Energy Corporation | Shell Trading Risk Management, LLC | Novation and Amendment Agreement to Master Swap Agreement | |
| Sanchez Energy Corporation | Societe Generale | Swaps Master Agreement | |
| Sanchez Energy Corporation | Societe Generale | Schedule to the Swaps Master Agreement | |
| Sanchez Energy Corporation | Suntrust Bank | 2002 Master Agreement | |
| Sanchez Energy Corporation | Suntrust Bank | Schedule to the 2002 Master Agreement | |
| Sanchez Energy Corporation | Societe Generale | Master Agreement | |
| Sanchez Energy Corporation | Sep Management I, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLL C/O Intrepid Private Equity Fund GP, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Amendment No. 1 to Rights Agreement | |
| Sanchez Energy Corporation | GSO Funds c/o GSO Capital Partners | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | GSO Funds | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Amendment No. 2 to Rights Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Registration Rights Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Marquis, LLC | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Sanexco, Ltd.<br>SEP Management I, LLC<br>San Juan Oil & Gas No. 2, Ltd. | Waiver of Registration Rights | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Registration Rights | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC | | Agreement | |
| SN Marquis, LLC<br>Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | SEP Holdings III, LLC<br>Sanchez Production Partners LP | Registration Rights Agreement | |
| SN Palmetto, LLC | Sanchez Production Partners LP<br>SEP Holdings III, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - A, LLC<br>Gavilan Resources Holdings - B, LLC<br>Gavilan Resources Holdings - C, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdco, LLC | Shareholders Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdco, LLC<br>Gavilan Resources Holdings - A, LLC<br>Gavilan Resources Holdings - B, LLC<br>Gavilan Resources Holdings - C, LLC | Letter Agreement | |
| Sanchez Energy Corporation | Blackstone Energy Partners II, LP<br>Blackstone Capital Partners VII, LP | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - A, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - B, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Gavilan Resources Holdings - C, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Intrepid Private Equity Fund I, LP<br>Intrepid Private Equity V-A, LLC | Warrant Assignment | |
| Sanchez Energy Corporation | The GSO Funds | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation | GSO Capital Partners, LP | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Registration Rights Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Standstill and Voting Agreement | |
| Sanchez Energy Corporation | The GSO Funds | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, | Non-Solicitation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | LLC | | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A, LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | GSO St Holdings Associates, LLC<br>GSO St Holdings, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity Spv-A, LP<br>Intrepid Private Equity V-A, LLC | Warrant Assignment | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-D LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Energy Market Opportunities Fund II LP<br>GSO Capital Solutions Fund II (Luxembourg) SARL<br>GSO Energy Select Opportunities Fund LP<br>GSO Capital Solutions Fund II LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Capital Opportunities Fund III LP | Standstill and Voting Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-B LP<br>GSO Energy Partners-C II LP<br>Gco Credit Alpha Trading (Cayman) LP<br>GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-D LP<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Solutions Fund II LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP | Amendment No. 1 to Standstill and Voting Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Sanchez Oil & Gas Corporation<br>GSO Capital Partners LP | Non-Solicitation Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Capital Opportunities Fund III LP<br>GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP | Registration Rights Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Capital Solutions Fund II LP | | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Intrepid Private Equity V-A LLC<br>Sanchez Oil & Gas Corporation | Non-Solicitation Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Intrepid Private Equity V-A LLC | Warrant to Purchase Common Shares | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Gavilan Resources Holdings A LLC<br>Gavilan Resources Holdings B LLC<br>Gavilan Resources Holdings C LLC | Registration Rights Agreement | |
| Sanchez Energy Corporation | Gavilan Resources Holdco, LLC | Shareholders Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Blackstone Capital Partners VII LP<br>Blackstone Energy Partners II LP | Standstill and Voting Agreement | |
| SN UR Holdings, LLC | Lonestar Resources US Inc. | Registration Rights Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Blackstone Capital Partners VII LP<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>Aguila Production, Holdco, LLC<br>Blackstone Energy Partners II LP<br>Blackstone Energy Partners II LP<br>Blackstone Capital Partners VII LP<br>Aguila Production, LLC<br>Aguila Production, Holdco, LLC<br>Aguila Production, LLC | Interim Investors Agreement | |
| SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC<br>SN Cotulla Assets, LLC | Rbc Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>Rbc Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>Rbc Capital Markets, LLC | Registration Rights Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN Cotulla Assets, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>SN Operating, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN TMS, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Marquis, LLC<br>SN Catarina, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Palmetto, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>SN Marquis, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation | Credit Suisse Securities (USA) LLC<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Credit Suisse Securities (USA) LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>Rbc Capital Markets, LLC<br>SN Palmetto, LLC<br>SN Marquis LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Rbc Capital Markets, LLC<br>Sanchez Energy Corporation<br>SN Palmetto, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN Tms, LLC<br>Rbc Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Tms, LLC<br>Credit Suisse Securities (USA) LLC<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Palmetto, LLC<br>SN Marquis LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>Rbc Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC | | |
| SN UR Holdings, LLC | Sanchez Production Partners | Registration Rights | |



014721

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | LP | Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Amendment No. 2 to Rights Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Agreement for Stock Transfer Services | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer And Trust Company | Letter Re: Issuance of Shares | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Antonio R. Sanchez, III | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | A.R. Sanchez, Jr. | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Cameron W. George | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Gregory B. Kopel | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Participation Agreement to 2019 Executive Incentive Plan | |
| Sanchez Energy Corporation | Antonio R. Sanchez, III | Executive Services Agreement | |
| Sanchez Energy Corporation | A.R. Sanchez, Jr. | Executive Services Agreement | |
| Sanchez Energy Corporation | Cameron W. George | Executive Services Agreement | |
| Sanchez Energy Corporation | Gregory B. Kopel | Executive Services Agreement | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Executive Services Agreement | |
| Sanchez Energy Corporation | Gerald Gleeson Van Riet | Indemnification Agreement | |
| Sanchez Energy Corporation | Howard J. Thill | Indemnification Agreement | |
| Sanchez Energy Corporation | Antonio R Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Michael G. Long | Indemnification Agreement | |
| Sanchez Energy Corporation | Gilbert R. Garcia | Indemnification Agreement | |
| Sanchez Energy Corporation | Alan G. Jackson | Indemnification Agreement | |
| Sanchez Energy Corporation | Joseph R. Dedominic | Indemnification Agreement | |
| Sanchez Energy Corporation | A.R. Sanchez Jr. | Indemnification Agreement | |
| Sanchez Energy Corporation | Sean Maher | Indemnification Agreement | |
| Sanchez Energy Corporation | Brian Carney | Indemnification Agreement | |
| Sanchez Energy Corporation | Eugene I. Davis | Indemnification Agreement[2] | |
| Sanchez Energy Corporation | Cameron W. George | Indemnification Agreement[3] | |
| Sanchez Energy Corporation | Christopher Heinson | Indemnification Agreement | |
| Sanchez Energy Corporation | Garrick Hill | Indemnification Agreement | |
| Sanchez Energy Corporation | Kirsten A. Hink | Indemnification Agreement | |
| Sanchez Energy Corporation | Gregory B Kopel | Indemnification Agreement[4] | |
| Sanchez Energy Corporation | Robert V. Nelson, III | Indemnification Agreement | |
| Sanchez Energy Corporation | Eduardo Sanchez | Indemnification Agreement | |
| Sanchez Energy Corporation | Patricio D. Sanchez | Indemnification Agreement | |

[2] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

[3] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

[4] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Adam C. Zylman | Indemnification Agreement[5] | |
| Sanchez Energy Corporation | Greg Colvin | Indemnification Agreement | |
| Sanchez Energy Corporation | Ari Fleet Lt | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | Ari Fleet Lt | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | Ari Fleet Lt | Motor Vehicle Lease Agreement | |
| Sanchez Energy Corporation | ARI Fleet Automotive Rentals, Inc. | Lease and Fleet Management Services Agreement | |
| Sanchez Energy Corporation | Eagle Ford Villiage Suites Dilley LLC | Residential Tenancy Agreement | |
| Sanchez Energy Corporation | Team Housing Solutions, Inc. | Lodging Service Agreement | |
| Sanchez Energy Corporation | Credence Gas Services, LLC | Master Equipment Lease Agreement | |
| Sanchez Energy Corporation | Houston Nfl Holdings, LP | First Addendum to NRG Stadium Suite Lease Agreement | |
| Sanchez Energy Corporation | Houston NFL Holdings, LP Kirkland & Ellis, Llp | NRG Stadium Suite Lease Agreement | |
| ~~SN EF Maverick, LLC~~ | ~~Eagle Ford TX LP~~ | ~~Amendment No. 1 to Assignment Agreement~~ | |
| Sanchez Energy Corporation | Arrowhead Gathering Company, LLC | Guaranty Agreement | |
| Sanchez Energy Corporation | Automotive Rentals, Inc. / Ari Fleet Lt | Parent Company Guaranty dated 3/30/2017 | |
| Sanchez Energy Corporation | Nustar Logistics, L.P. | Guaranty Agreement | |
| Sanchez Energy Corporation | Merrill Communications LLC | Merrill Bridge Services Agreement | |
| Sanchez Energy Corporation | Cornerstone | Statement of Work | |
| Sanchez Energy Corporation | Core Trust, a division of Healthtrust Purchasing Group, L.P. | Participation Agreement | |
| Sanchez Energy Corporation | Mapr Technologies Inc. | Order Form for MAPR Software & Services | |
| Sanchez Energy Corporation | Mapr Technologies, Inc. | Order Form for MapR Software and Services | |
| Sanchez Energy Corporation | Mapr Technologies, Inc. | Order Form for MapR Software & Services | |
| Sanchez Energy Corporation | Net (Net), Inc. | Master Services Agreement | |
| Sanchez Energy Corporation | Drilling Info, Inc. | Order Form | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Change Order to Retail Sales Agreement | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Retail Sales Agreement | |
| Sanchez Energy Corporation | Knowbe4 | Security Awareness Training Subscription | 5/10/2020 |
| Sanchez Energy Corporation | Actenum Corp. | Ordering Document | |
| Sanchez Energy Corporation | Actenum Corp. | Master Software Subscription License Agreement | |

[5] Unless otherwise provided in this Schedule and except to the extent provided in Article IV.K of the Plan, indemnity agreements for any employees retained by the Reorganized Debtors shall be rejected.

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Simplelegal | Master Services Agreement | |
| Sanchez Energy Corporation | Simplelegal | Order Form | |
| SN EF Maverick LLC | Worthey Properties Ltd | TOWER SITE (COMMUNICATIONS) | |
| Sanchez Energy Corporation | Drilling Info, Inc. | Order Form | |
| Sanchez Energy Corporation | Intelligize, Inc. | Order Form | |
| Sanchez Energy Corporation | Thomson Reuters (Tax & Accounting) Inc. | Order Form | |
| Sanchez Energy Corporation | Nasdaq Corporate Solutions LLC | Service Order under TR Services Contract | |
| Sanchez Energy Corporation | Merrill Communications LLC | Subscription Services Agreement | |
| Sanchez Energy Corporation | Thomson Reuters (Markets) LLC | Order Form | |
| Sanchez Energy Corporation | Thomson Reuters (Markets) LLC | Order Form | |
| SN EF Maverick, LLC | Nabors Drilling USA | Work Order WOA-D19-008 - Rig X23 | |
| SN EF Maverick, LLC | Nabors Drilling Technologies USA (a division of Nabors Drilling Technologies USA Inc.) | Amendment 1 To Work Order-D18-012 - Rig X41 | |
| SN EF Maverick, LLC | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Work Order WOA-D18-012 - Rig X41 | |
| Sanchez Energy Corporation | Orion Drilling Company, Inc. | Drilling Bid Proposal and Daywork Drilling Contract | |
| Sanchez Energy Corporation | Orion Drilling Company, Inc. | Drilling Bid Proposal and Daywork Drilling Contract - U.S. | |
| Sanchez Energy Corporation | Nabors Drilling USA (a division of Nabors Drilling Technologies USA, Inc.) | Work Order WOA-D18-011 - Rig X-29 | |
| Sanchez Energy Corporation | Nabors Drilling USA (a Division of Nabors Drilling Technologies USA, Inc.) | Amendment No. 1 to Work Order WOA-D18-011 - Rig X-29 | |
| Sanchez Energy Corporation | Irasel Sand, LLC | Master Product Purchase Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irasel Sand, LLC | First Amendment To The Master Product Purchase Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Phoenix Silica, Inc. | Master Product Purchase Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| SN Operating, LLC | Phoenix Silica, Inc. | First Amendment To The | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Master Product Purchase Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Merrill Communications LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Energists | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Poetic Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bull Dawg Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Empire, LLC dba Empire Gas Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Titanium Oil & Gas Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Varel International. Ind., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 2-M Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 4H Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | 4M Field Solutions LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | 9/0 Transport & Sales, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A&E Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A&M Technical Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | A & W Wireline Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AAA Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AAR Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ABB Inc., | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Acock Consulting, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Acuren Inspection, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Advanced Center For Wellness, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Aereon | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Affirm Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Agar Corporation Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | AJ'S Logistic Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alamo Filter Company, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Al-Dai Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Alvarado Trucking & Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | American Environmental Landfill, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Amerigas Propane | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Amigos Recertification & Inspection Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Amrex, Inc. dba Falco Pest Management | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Anchor Drilling Fluids USA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Angus Measurement Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Apex Remington, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arapahoe Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arck Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ardent Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arklatex Energy Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arredondo Dozer Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Arrow-Tek Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ASC Environmental; Asc Production Chemical Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ashley Electric, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Avi Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aztec Well Servicing Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Basic Energy Services, LP | Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Basin Chemical Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bass Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bayou Well Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bear Creek Engineering, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bear Creek Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Synergy Energy Holdings, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bexar Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Big Six Torque & Test, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwall Process, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwater Swd, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blackwater Swd, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bobby Wayne Beach dba W&S Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Boe Oil Tools, Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Lease Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Swabbing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Border Well Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bos Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Brigade Energy Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bright Automation, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mathew Salinas dba Blade Right Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Blade Right Services, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bruington Engineering, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bullet Production Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bull's Eye Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bullzeye Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Burrow Global Construction LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Burton Oil Service Operations, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Butch's Rat Hole & Anchor Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & E Production, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | C & H Welding And Fabricating, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C & R Keck Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | C4 Vacuum & Oilfield Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Calfrac Well Services Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cam Integrated Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Camino Agave, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Camino Real Mineral Company, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Canary, LLC dba Canary Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shannon April Seidensticker dba Cannon Well Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Carousel Specialty Products, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cec Corrosion Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Cenergy International Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ceniza 7 Enterprises LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cenizo Slickline Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Centex Supply & Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Central Rig Services, LLC dba Petrotex | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Certarus (USA), Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cessac Welding Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chad Buesing dba Buesing Production Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Challenger Deepwell Servicing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chalmers, Collins & Alwell, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chapa’S Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Chemical Conditioning Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemical Weed Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemix Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemoil Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Chemtreat, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cielo Energy Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Circle T Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clarkco Oilfield Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clementson, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Clyde Kazmir Const., Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cnc Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Chemical Co., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Chemical., LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Corrosion Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coastal Salt Water Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Code Red Safety & Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coil Tubing Partners, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cold Creek Construction, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Comm Engineering, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Common Disposal, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Concan Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Connexa Energy, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Conquest Completion Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Consolidated Wellsite Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Continental Laboratories, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Coonrod Electric Co., LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Datalog LWT, Inc. dba Cordax Evaluation Technologies | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mansour Rahmatian dba Core Mineralogy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Excellence Logging US Inc. Core-Tech Wireline Services of Texas, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Core-Tech Wireline Services of Texas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Corpac Steel Products Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Covenant Testing | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Technologies, LLC | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Directional Drilling, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Drilling & Production, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irasel Sand, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irasel Sand, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crescent Services LLC And Its Affiliates And Subsidiaries | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cretic Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Cross Roads Oil Field Supply Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crossland Oilfield Services, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Crude Starr LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ctap, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC/ Cutter Drilling Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dalton Crane, Lc dba Dalton Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHV Transport & Logistics, LLC dba Dhv Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dan Blocker Petroleum Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dashiell Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dawson Geophysical Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DCAF Inc. dba G&F Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Decca Consulting, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Delaune Drilling Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Savage Services Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Sunland Capital, LLC dba Delta Daylighting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Derouen Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHV Transport & Logistics, LLC dba DHV Oilfield | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DHW Well Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond J Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond K Operating, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Diamond P. Lease & Well Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Di-Trol Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Divine Wireline Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | D-Jax Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DKM Enterprises LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Doggett Equipment Services | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Group, Ltd dba Toyota Lift of Texas | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Double Rafter H Construction Company, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dover Energy Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Down Hole Inspection, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Downing Wellhead Equipment, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Doyon Universal Services, LLC And Affiliates: Denali Universal Services, Ll And Sodexo Remote Sites Partnership | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dragon Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dragonfly Aviation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drilformance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drilling Tools International, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drillwell, LLC dba Drillwell Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drover Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DSS Construction Services, Inc. dba DSS Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | DW Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynasty Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Environmental Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Dynamic Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E&R Vacuum Truck Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.L.S. Surveying & Mapping, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle Automation Limited | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle Logistics | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle NDT, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eagle's Den Suites at Carrizo Springs | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eastern Fishing & Rental Tools Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ECM Energy Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Eco Bright Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ecoloop Energy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Edge Vacuum Service Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ee Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ee Water Company, LLC dba Mckinley Drilling Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | E.G. Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | E.L. Farmer & Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Element Materials Technology Houston Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elite Employment Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elite Leasing And Oilfield Services, LLC. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elkhorn Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ellington & Associates, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elliott Electric Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ely And Associates Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Embark Transport, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ems USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Encore Pipe & Consultation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Energes, LLC | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Energy First Engineering & Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enhanceco, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enovation Controls, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Entec Pest Management, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Entegra LLP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Enventure Global Technology, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental & Safety Support Group, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental & Safety Systems International dba Essi Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Environmental Safety & Health Consulting Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EPI Group US, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | EPO Vegetation Management Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Equipment Transport LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Erna Frac Sand, L.C. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | ETS Oilfield Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Evergreen Environmental Services, LLC dba Evergreen Industrial Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Exact Valve Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Extreme Well Testing, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | F. Garcia Hauling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil & Gas Process Specialist, LLC dba Facility Service & Supply | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fairway Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Falcon Automation, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Falcon Flowback Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | F/C Trucking, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fields Water Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flawless Pipeline Maintenance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flexim Americas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flocap Injection Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flogistix, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flow Data, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flozone Measurement, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Flying V Rentals, Inc | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Flying V Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fortis Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fortress Environmental Services (Dc), LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Forum US, Inc. dba Forum Flow Equipment | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fox NDE, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fox Tank Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Freese and Nichols, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | FIS Operations, LLC dbs Frontier Integrity Solutions | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Full Hole Inspection Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Furry Industries, Inc. dba Commercial Electric Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fusion Directional, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | G&P Automation And Electric, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gaertner Leasing, Inc. | Master Service Contract (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gar Energy Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Analytical Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gas Tech-Flow, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gate Guard Services, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vetco Gray, Inc.<br>Ge Oil & Gas Pressure Control, LP | Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GE Oil & Gas Pressure Control, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Genco Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Geo Exploration Service, Inc. dba Geo Med Waste of Texas | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Geokinetics USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GJR Meyer Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Nitrogen Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Pipeline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Global Vessel & Tank, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gold Star Eagle Ford Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Granbury Excavating, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Grand Isle Shipyard, Inc. and its affiliated companies | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gravity Oilfield Services, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Globe Energy Services, LLC and Globe Chemical, LLC dba Tech Management | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Light Tower Rentals, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Greenwell Energy Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GSM Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GSS Transport, LLC dba Gss Construction & Oilfield Supply | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | GTI Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Guard 1 Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Brokerage, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Services, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulf Coast Weed Control, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Gulfstream Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Guyline Safety Anchors, Inc dba Guyline Anchor Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Gyro Technologies, Inc. dba Vaughn Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H&M Acid Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Raul Munoz Jr. dba H&R Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H & S Constructors Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H II Land Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | H&E Equipment Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Halcyon Equipment, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Haller Enterprises, LLC dba Earl's Tank Truck Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hamman Swabbing & Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hardrock Directional Drilling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HBM Capillary Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Heckmann Water Resources | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | (CVR), Inc. | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hero Flare, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | HG Eagle, LLC dba ACG Materials | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hydroline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Himarc Environmental Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Horizon Mud Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Horizon Power Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Houston Inspection Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Houston Procurement And Logistics International, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hunt Oilfield Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Hydroline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | i2i Pipelines Americas, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ignition Systems & Controls, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Indepth Production Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Industrial Sand Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Team Oil Tools, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Integrity Directional Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Integrity Telecommunications, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Intercept Production Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Intertek Asset Integrity Management, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Iron Horse Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Irongate Energy Services, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & J Excavating And Materials, Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & J Oilfield Electric Company, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J & L Morales Oil Construction | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Drillwell, LLC<br>J4 Fluid Services, LLC | Amendment 1 to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J4 Fluid Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jacobra Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JAG Energy Holdings, LLC and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jaguar Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Jake Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JCP Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | J H Walker Inc. dba J H Walker Trucking | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JNP Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Johnnie R. Gresham Operating Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Johnson Specialty Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Joseph Lemaire, LLC dba J & D Trucking | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JPL Global Logistics Solutions, LLC dba JPL RFID | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JHT Operating, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Juan Chavarria | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | J-W Power Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | JW Rentals, Inc. dba Environmental Evolutions National | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K&B Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | K&C Hose and Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K-3 Resources, LP dba K-3 BMI dba K-3 Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kasper Pro Vac Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KB Wellbore Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K-C Lease Service, Inc dba Matagorda Construction and Materials | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | K/C Livestock | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KDR Supply Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kenergy Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kimber Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Knight Oil Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | KST Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | L.O. Construction, Inc. dba Los Olmos Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lagarto Rental Tools, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Laredo Occupational Center, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Green & Hansen LLC dba Legacy Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lenorah Operators Holdco, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Liberty Materials, Inc | First Amendment to Master Services Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Liberty Materials, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Limon's Road Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LK Pipeline Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lone Star Power Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lone Wolf 3K Trucking, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lonestar Prospects, Ltd. Vista Sand | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Longhorn Paving and Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Longnecker Investment Group Inc. dba Longnecker & Associates, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lotus, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Louisiana Crane & Construction, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LQT Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LR Commercial Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Luera'S Welding Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Lukiven Global, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | LV Logistics LLC dba Vac-U-Rat Oilfield Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | M & J Valve Services, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Magnum Oil Tools International, Ltd | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Manning Safety Services, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Martin Electric Company Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Martin Marietta | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Matador Well Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mathena, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Maverick Engineering, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Maxum Oilfield Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MBaughman Enterprises, Inc. dba Precision Catalyst | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | McAda Drilling Fluids, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Merrill Communications LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mesa Southern CWS Acquisition, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Microseismic, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mid-Ship Group, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Midway Oilfield Constructors, Inc. dba Midway Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mike Walters Specialty Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mineraltech Gulf Coast Abrasives, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mission Vacuum & Pump Truck Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mistras Group, Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MJE Transport & Logistics, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MKS Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MMR Constructors, Inc. | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mobile Maintenance, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mobile Mini, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Momentum Water Transfer Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Moncla Workover & Drilling Operations, LLC and Its Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Moore Control Systems, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mostar Communications LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Motive Drilling Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Mo-Vac Service Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MPS Enterprises, Inc. dba Milford | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MRC Global (US) Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | MTZ Vacuum Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | M. W. Rentals & Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Nalco Company LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NDE Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Network-Interstate Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NVI, LLC dba Nondestructive & Visual Inspection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | NXT Energy Services, LLC dba Nxt Oilfield Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Nyati Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ochoa Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Odessa Pumps and Equipment, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Odessa Separator, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | offshore Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil Field Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oil States Energy Services, L.L.C. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Aldonsa, Inc., d/b/a Oilfield Instrumentation, USA | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Equipment Rental, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Labs of America, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oilfield Support Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oleum Energy Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Winfred W. Stanfield dba On Point Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Oncorp, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | One Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Outlaw Petroleum Partners, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Overwatch Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P & C Oilfield Service LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P and J Electric Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | P&P Hot Oil, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Padre Tubular Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Paladin Surface Logging LLC/Paladin Geological Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patco Completion Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Freight Group, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Oilfield Services, LLC | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patriot Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Patterson Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Paws Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pay Zone Mud Logging Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Payzone Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Peak Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pegasus Construction and Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pentair Filtration Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Permian Tank & Manufacturing, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petro Amigos Supply, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroleum Pipe Americas Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroleum Solutions International, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petroskills, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Petro Waste Environmental LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pfm Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pgh Petroleum & Environmental Engineers, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R&D LLC dba Philco | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Phoenix Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pine Island Chemical Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pinnergy, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pioneer Wireline Services, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pipe Exchange | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pipe Pros, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PJP4 Fluid Management, LLC dba PJP4 FM, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Platinum PTS, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Polyflow, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Power Torque Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Powerhouse Energy Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | PPP Sanitational Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Directional Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Solids Control, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Precision Tech LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Precision Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Preferred Pipeline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sand Mining of Texas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Directional Drilling, LP | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Pipe, LLC | Amendment 1 to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premier Pipe, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC and Cutter Drilling Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Premium Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Prime M&C, Inc. dba Prime Maintenance & Construction | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pro Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Pro Torque Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Proactive Diagnostic Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Procor Chemicals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Professional Directional Enterprises, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Protech Oil & Gas Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ptw Energy Services Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Leske Oil Company Incorporated dba Legacy Fueling & Lubricants | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Pyramid Tubular Products, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | QCSA Logistics, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Altus Intervention USA, Inc. (f/k/a Qinterra Technologies, Inc. ) | Amendment 2 to the Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Qinterra Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Quail Tools, L.P. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quality South Texas Trucking, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quantico Energy Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quantum Petrophysics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quinn Artificial Lift Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R&D Pipe Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R & R Rentals and Hotshot, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R Construction Company | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | R.P.M. Swabbing Service, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ranger Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rci Consultants, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rdz Oilfield Lease Services, | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Inc | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Redback Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reliable Wireline, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Renegade Automation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rental Xpress, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Margarito Requenez dba Requenez Welding Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ricardo Calderon dba R.C. Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Richard'S Lease Service, Inc dba Richard'S Hot Oil & Lease Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Ricks Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rig Runners Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rigsite Transport LLC/ Wellbore Service | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rocket Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rockin' B Environmental Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rockstim Consulting, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reef Services, LLC And Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roma Bridge Logistics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rosen USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roto-Versal Compression Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Row Plus, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rowc Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roxann Atkinson | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Roywell, LLC | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rpw Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rs Equipment Company, LLC dba Hotsy Carlson Equipment Co. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | RSK Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Rwls, LLC dba Renegade Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kendra Hays dba Safari Welding & Service | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Safety & Pressure Control, LLC dba Alliance Oil and Gas Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Samco Enterprises, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Saulsbury Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Scarecrow Transport, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Scheele Engineering Corporation dba Secor | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Security Integrated, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sendero Oilfield Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SGS North America, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SGV International, LLC/ SGV Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shamrock Management, LLC dba Shamrock Energy Solutions | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Shermco Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sierra Frac Sand, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sierra Hamilton LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | SIR, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sitton Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Smart Talk Transport Corp. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Solansky Welding and Pump, | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Inc. | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | South Texas Aggregates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | South Texas Oilfield Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Connections & Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Oil Field Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Petroleum Laboratories | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Southern Specialties Transportation, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sparkman Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Spectrum Tracer Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sprint Industrial Holdings, LLC And Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Standard Well Services LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | STEP Energy Services (USA) Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stepchange Global Consultancy, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sterling Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stevens Tanker Division, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stillman Enterprises, LLC | First Amendment to Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stillman Enterprises, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stokes and Spiehler USA, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Storm Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stream-Flo USA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stric-Lan Companies LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Strike, LLC | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stryder Construction & Pipeline, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Stuart Petroleum Testers, Inc. dba Stuart Pressure Control | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bradley J Fish, Inc. dba Sullair of Houston | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Sun Coast Resources | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Superior Optimization, Ltd. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Supreme Service & Specialty Co., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Supreme Source Energy Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Swca, Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Swire Water Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Synergy Service & Supply, LLC | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T & T Pipe Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T.G. Mercer Consulting Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tactical Completions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tam Completion Systems, Inc. dba Tam International US | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tanmar Rentals, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Target Well Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Td Enerserv and Affiliates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tdj Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tds-Pro, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tec Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Kelley Ventures, LLC dba Techmark International | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fmc Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Techniques U.S.A., Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Terex Utilities, Inc. d/b/a Terex Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tetra Technologies, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Cementing Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas First Rentals LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Gold Hydraulics, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Industrial Engine & Oilfield Equipment, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Pride Hot Shot Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Quality Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Texas Rental and Tire, LLC dba Shield Wellhead Protection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | T.F. Hudgins Incorporated | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bureau Veritas North America, Inc. dba TH Hill Associates | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Quality Construction & Production, L.L.C.<br>Quality Production Management, L.L.C.<br>Traco Production Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Reach Group Americas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TRG The Response Group | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Three Garcias, LLC dba Modern Crane Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Thomas Services LA, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tier One Security, Inc.<br>Timekeepers, Inc.<br>Specialized Onsite Safety, LLC.<br>Tier One Group And Its Subsidiaries | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tierra Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tifco Industries, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Timberland Dozer Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Titan Directional Drilling, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Titanliner, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TNR Technical, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | TNT Crane & Rigging, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tomax Drilling Technology, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | THL Top Hand Lease Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Topographic Land Surveyors | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Total Tank Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Travis Industries, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trend Services Inc | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | as of the Petition Date) | |
| Sanchez Energy Corporation | Trendsetter Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Triad Well Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tri-Co Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trillium Resources, Inc./Olistica Environmental Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trimac Transportation Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trinity Environmental Service SMD 1, LLC<br>Trinity Envioronmental Services<br>Trinity Environmental Service 1, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Triple L Vacuum Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | V&A Enterprises, LLC dba Trois Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Trojan Tubular Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Truespec Energy Products, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tsi Flow Products, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Towing Network, LLC dba TTN Fleet Solutions, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tubular Solutions, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Tulsa Inspection Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Turbo Drill Industries, Inc. dba Scout Downhole, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Turnco, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Two Girls & A Bucket | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Twopro Energy Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Universal Wellhead Services Holdings, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | University of Houston | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | USA Compression Partners, LLC | Gas Compression Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | V&M Oil and Gas Services, | Master Service Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Inc. | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vac Carriers Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vac-U-Rat Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vallen Distribution, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Valley Boring Service, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Variable Bore Rams, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Versatech Automation Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vision Oil and Gas, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Vt Interests, LLC dba Vibration Technology | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Bobby E Walters LLC dba Walters Electric | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Waste Management of Texas<br>Waste Management of Texas | Master Service Agreement (and all work orders and/or purchase orders issued | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Water Science Technologies, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Water Well Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Waterfleet, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Weldtek Specialty Services, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wellbenders Directional Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wellbore Fishing & Rental Tools, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Welltec, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Welltech Resources, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Westward Environmental, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wet Tech Energy, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | W&M Specialty Co., Inc. dba White Water Equipment | Master Service Agreement (and all work orders and/or | |



014785

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Company | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wildcat Fluids, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | O'Brien's Response Management, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Elkhorn Construction, Inc. Swaggart Brother's Inc. Wood Group PSN, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Wrangler Trucking LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Yellowjacket Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zahroof Valves, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zealous Clay and Domingue, LLC dba Zealous Energy Services | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Zedi US, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Fast Trac Transportation, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Reservoir Data Systems, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Samaripa Oilfield Services, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | The Integration Group of Americas, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Excalibur Rentals, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&A Rentals And Supply d/b/a Gulf Coast Machine Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&L Pipeco Services, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B&T Rentals, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | B.C. Henderson Construction, Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Baro Holdings Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Blackwolf Oilfields Services<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | JTH Operating, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Knight Energy Holdings, LLC d/b/a Knight Oil Tools, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Well Drilling Corporation | Master Drilling Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Sanchez Oil & Gas Corporation<br>Nexus Integrity Management, LLC | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nickel Rock, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nitro Downhole LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nitro-Lift Technologies<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Nordon Corporation<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | North American Tubular Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Npc Energy Services, LLC<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Quail Energy Services, LP<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | Tubular Maintenance & Manufacturing dba Kelly'S Pipe Inspection<br>Sanchez Oil & Gas Corporation | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | B.C. Henderson Construction, Inc. | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| SN Palmetto, LLC | Odessa Pumps and Equipment, Inc. | Master Service Agreement (and all work orders and/or | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Texas Rental And Tire, LLC d/b/a Shield Wellhead Protection | Master Service Agreement (and all work orders and/or purchase orders issued thereunder that were open as of the Petition Date) | |
| Sanchez Energy Corporation | Frio LaSalle Pipeline, LP | Fourth Amendment to Gas Gathering Agreement | |
| SN Cotulla Assets, LLC | Eagle Ford Gathering LLC | Amendment to Gas Services Agreement | |
| SN Marquis, LLC | American Midstream (Lavaca) LLC | Firm Gas Gathering Agreement | |
| SN Cotulla Assets, LLC | Regency Field Services LLC | Natural Gas Sale and Purchase Contract | |
| SN Cotulla Assets, LLC | Frio Lasalle Pipeline LP | Letter Agreement | |
| SN Cotulla Assets, LLC | ETC Field Services LLC | First Amendment to Gas Gathering Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>Shell Western E&P | Gathering and Natural Gas Services Agreement | |
| SN Catarina, LLC | Houston Pipe Line Company, LP<br>Shell Western E&P<br>SWEPI, LP<br>Houston Pipe Line Company LP | Intrastate Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | Houston Pipe Line Company LP<br>SWEPI LP d/b/a Shell Western E&P<br>Houston Pipe Line Company LP | Interruptible Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>Shell Western E&P | Gathering and Natural Gas Services Agreement | |
| SN Catarina, LLC | SWEPI LP dba Shell Western E&P<br>Houston Pipe Line Company LP | Intrastate Natural Gas Transportation Service Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | SWEPI LP<br>Eagle Ford Gathering LLC | Interconnect Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |
| SN Catarina, LLC | Humble Gas Pipeline Company<br>SWEPI LP | Gas Transportation Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | SWEPI LP<br>Velocity South Texas Gathering, LLC<br>Velocity Midstream Partners, LLC | Oil Gathering Agreement | |
| SN Catarina, LLC | Etc Texas Pipeline, Ltd<br>SWEPI LP, dba Shell Western E&P | Gathering and Processing Agreement | |
| SN Catarina, LLC | Plains Gas Solutions, LLC<br>SWEPI LP | Interruptible Condensate Stabilization Agreement | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>SWEPI LP, dba Shell Western E&P | Second Amendment to Individual Transaction Confirmation | |
| SN Catarina, LLC | ETC Texas Pipeline, Ltd.<br>SWEPI LP, dba Shell Western E&P | First Amendment to Individual Transaction Confirmation | |
| SN Catarina, LLC | Gazelle Transportation Inc.<br>Shell Exploration & Production Company (SEPCOo) on behalf of SWEPI LP | Sale to and Purchase from Gazelle Transportation, Inc. | |
| SN Catarina, LLC | Shell Exploration & Production Company (SEPCO) on behalf of SWEPI LP<br>Gazelle Transportation Inc. | Amendment to Purchase and Sale Agreement | |
| SN Catarina, LLC | Gazelle Transportation<br>Shell Exploration & Production Company (SEPCO) on behalf of SWEPI LP | Amendment to Purchase and Sale Agreement | |
| SN Catarina, LLC | Jag Energy USA, Inc.<br>SWEPI LP | Natural Gas Liquids. Commercial Terms Confirmation | |
| SN Catarina, LLC | Eagle Ford Gathering LLC | First Amendment to Gas Services Agreement | 04/30/2020 |
| SN Catarina, LLC | Anadarko E&P Onshore, LLC<br>Eagle Ford Gathering, LLC | Gas Service Agreement | 04/30/2020 |
| SN Catarina, LLC | Axis Marketing, LLC | Raw Make Purchase/Sales Agreement | |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | First Amendment to Gas Gathering Agreement | 04/30/2020 |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | Second Amendment to Gas Services Agreement | 04/30/2020 |
| SN Catarina, LLC | Eagle Ford Gathering, LLC | Third Amendment to Gas Services Agreement | 04/30/2020 |
| SN Catarina, LLC | SWEPI LP<br>Eagle Ford Gathering LLC | Gas Services Agreement | 04/30/2020 |
| SN Catarina, LLC | SWEPI LP, Doing Business As Shell Western E&P<br>Etc Texas Pipeline, Ltd | Individual Transaction Confirmation to Gathering and Processing Agreement | |
| SN Catarina, LLC | SWEPI LP, doing business as SWEPI LP, doing business as Shell Western E&P<br>ETC Texas Pipeline, Ltd. | Gathering and Processing Agreement | |
| SN Catarina, LLC | Shell Trading (US) Company | Amendment 1 to the | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | | Purchase Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Amendment 2 to the Purchase Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to the Purchase Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Trading (US) Company | Crude Oil Purchase Agreement | |
| SN Catarina, LLC | Seco Pipeline, LLC | Firm Transportation Service Agreement | |
| SN EF Maverick, LLC | Kerr-Mcgee Oil & Gas Onshore, LP<br>Anadarko E&P Onshore, LLC | Specified Midstream Assumption Agreement | |
| Sanchez Energy Corporation | Anadarko E&P Onshore, LLC<br>Kerr-Mcgee Oil & Gas Onshore, LP<br>Gavilan Resources, LLC | Springfield Gathering Assumption Agreement | |
| SN EF Maverick, LLC | Bp Products North America, Inc.<br>Anadarko E&P Onshore, LLC | First Amendment to Service Contract | |
| SN EF Maverick, LLC | Bp Oil Supply, a division of BP Products North America, Inc. | Amendment to the Purchase Agreement | |
| SN EF Maverick, LLC | BP Products North America, Inc.<br>Anadarko E&P Onshore, LLC | Crude Oil Purchase Agreement | |
| SN EF Maverick, LLC | BP Products North America, Inc.<br>Anadarko E&P Onshore, LLC | First Amendment to Crude Oil Purchase Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Double Eagle Pipeline, LLC C/O Copano Double Eagle, LLC<br>Kinder Morgan Crude & Condensate, LLC | Throughput and Deficiency Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC, F.K.A. Anadarko E&P Company, LP<br>WGR Operating, LP by Western Gas Operating, LLC, its General Partner | Treating and Handling Fees - Brasada Gas Processing Plant | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 1 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 2 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 3 | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>WGR Operating, LP | Gas Processing Agreement Amendment No. 4 | |
| SN EF Maverick, LLC | Wgr Operating, LP by Western Gas Operating, LLC, its General Partner<br>Anadarko E&P Company, LP | Gas Processing Agreement | |
| SN EF Maverick, LLC<br>SN Catarina, LLC | WGR Operating, LP | WGR Gas Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company | First Amendment to Firm Agreement NGPA Sec. 311 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Eagle Ford Midstream, LP By Net General Partners, LLC, Its General Partner | Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP by Net General Partners, LLC, its General Partner | First Amendment to Firm Intrastate Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | Firm NGPA Section 311 Gas Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | First Amendment to Firm NGPA Section 311 Gas Transportation Agreement | |
| SN EF Maverick, LLC | Eagle Ford Midstream, LP<br>Anadarko Energy Services Company | Firm Intrastate Gas Transportation Agreement | |
| ~~SN EF Maverick, LLC~~ | ~~Anadarko E&P Onshore, LLC~~<br>~~Endeavor Natural Gas, LP~~ | ~~First Amendment to Gas Gathering Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Anadarko E&P Onshore, LLC~~<br>~~Endeavor Natural Gas, LP~~ | ~~Interconnection Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Anadarko E&P Onshore, LLC~~<br>~~Endeavor Natural Gas, LP~~ | ~~Interconnection Agreement~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Anadarko E&P Onshore, LLC~~<br>~~Endeavor Natural Gas, LP~~ | ~~Interconnection Agreement~~ | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Enterprise Products Operating, LLC, By Enterprise Products Olpgp, Inc. | Purchase Agreement | |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC<br>Anadarko Energy Services Company | Transportation Services Agreement | |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC, By Enterprise Products Olpgp, Inc.<br>Anadarko Petroleum Corporation | First Amendment to Gas Gathering, Processing and Purchase Contract | |
| SN EF Maverick, LLC | Enterprise Texas Pipeline, LLC | Interruptible Gas Transportation Agreement for Intrastate Service | |
| SN EF Maverick, LLC | Enterprise Texas Pipeline, LLC | Interruptible Gas Transportation Agreement for NGPA Section 311 Service | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>ETC Texas Pipeline, Ltd; by LG Pl, LLC | Individual Transaction Confirmation | |
| SN EF Maverick, LLC | ETC Texas Pipeline, Ltd.<br>Anadarko E&P Company LP | Gathering and Processing Agreement | |
| SN EF Maverick, LLC | ETC Texas Pipeline, Ltd.; by LG PL, LLC<br>Anadarko E&P Company LP | Second Amendment to Amended and Restated Individual Transaction | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Confirmation | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company, LP | First Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company, LP | Second Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Texas Pipeline, LLC | Third Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Texas Pipeline, LLC<br>Anadarko E&P Company LP | Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Texas Pipeline LLC | Amendment to Firm Transportation Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Texas Pipeline, LLC, By Howard Midstream Energy Partners, LLC<br>Allocation Specialists, Ltd., By Petroleum Documentation, LLC | NGL Bank Service Agreement | |
| SN EF Maverick, LLC | Amid Crude Trucking, LLC | Truck Purchase Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Company, LP<br>Trimac Transportation Central, Inc. | Motor Transportation Contract | |
| SN EF Maverick, LLC | Plains Gas Solutions, LLC<br>Anadarko E&P Onshore, LLC | First Amendment to Firm Condensate Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Plains Gas Solutions, LLC | Condensate Processing Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Plains Gas Solutions, LLC | Raw Make (Y-Grade) Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Plains South Texas Gathering, LLC<br>Anadarko E&P Onshore, LLC | Shipping Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Anadarko Energy Services Company<br>Kerr-Mcgee Oil & Gas Onshore LP | First Amendment to the Retained Marketing Contracts Services Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | Kerr-Mcgee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Gavilan Resources, LLC, f/k/a Aguila Production, LLC<br>Anadarko E&P Onshore, LLC | Third Amendment to Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Eagle Ford Midstream, LP | Assignment and Consent to Assignment Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Anadarko E&P Onshore, LLC<br>Kerr-Mcgee Oil & Gas Onshore, LP | Retained Midstream Contracts Services Agreement | |
| SN Catarina, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Anadarko E&P Onshore LLC<br>Kerr-Mcgee Oil & Gas Onshore LP<br>Anadarko Energy Services Company | Retained Marketing Contracts Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN EF Maverick, LLC | Kerr-Mcgee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC | Second Amendment to the Retained Marketing Contracts Services Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Second Amended and Restated Lease Dedication and Gas Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Second Amended and Restated Lease Dedication and Oil Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement | |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Agreement to Amend Gas Gathering Agreements | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Springfield Pipeline LLC | Attachment to Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Springfield Pipeline, LLC | Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC | Tauber Oil Company | Purchase Contract | |
| SN EF Maverick, LLC | Tauber Oil Company | Sales Contract | |
| SN EF Maverick, LLC | WGR Operating, LP | Confirmation for Delivery | |
| SN EF Maverick, LLC | Kinder Morgan Tejas Pipeline, LLC | Confirmation Email | |
| SN EF Maverick, LLC | Kinder Morgan Tejas Pipeline, LLC | Confirmation Email | |
| SN Catarina, LLC | WTG Gas Marketing, Inc. | Transaction Confirmation for Immediate Delivery | |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Techgen SA De CV | Transaction Confirmation | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Interconnect Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Memorandum of Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | Arrowhead Gathering Company, LLC | Petroleum Transportation Agreement | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy Marketing, Inc. | First Amendment to Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | EXCOo Operating Company, LP<br>Chesapeake Energy Marketing, LLC | Second Amendment to Crude Oil Purchase Contract | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Chesapeake Energy | Crude Oil Purchase Contract | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Marketing, Inc. | | |
| SN Cotulla Assets, LLC | Flint Hills Resources, LP | Purchase Agreement | |
| SN Cotulla Assets, LLC | Flint Hills Resources, LP | Purchase Agreement | |
| SN Cotulla Assets, LLC | Enterprise Hydrocarbons, LP<br>EXCO Operating Company, LP | Gas Processing Agreement | |
| SN Cotulla Assets, LLC | EXCO Operating Company, LP<br>Mockingbird Midstream Gas Services, LLC | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC<br>Buffco Production, Inc. | Gas Gathering Contract | |
| SN Cotulla Assets, LLC | Mockingbird Midstream Gas Services, LLC<br>Buffco Production, Inc. | Gas Gathering Contract | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 5 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 6 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 7 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 1 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 10 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 11 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 12 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 2 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 3 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 4 to Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 5 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 6 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 7 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 8 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 9 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 13 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 14 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 15 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 16 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 17 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 18 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 19 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 20 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 21 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 22 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 23 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 24 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 25 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 26 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 27 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 28 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 29 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Amendment 30 to Purchase Agreement | |
| Sanchez Energy Corporation | Shell Trading (US) Company | Purchase Agreement | |
| SN Cotulla Assets, LLC | Trafigura Trading, LLC | Amendment to Purchase Agreement | |
| SN Cotulla Assets, LLC | Buffco Production, Inc.<br>Upstream Energy Services, LP | Natural Gas Marketing, Transportation and Processing Agency Agreement | |
| SN Cotulla Assets, LLC | EP Energy E&P Company, LP | Letter Agreement to Purchase Oil and Gas Interests | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Gathering Letter Agreement | |
| Sanchez Energy Corporation | NGL Crude Terminals, LLC | Letter Agreement | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons LP | Gas Processing Agreement | |
| SN EF Maverick, LLC | Enterprise Hydrocarbons LP | Amendment No. 2 to Gas Processing Agreement | |
| SN EF Maverick, LLC | Jag Energy USA, Inc. | Purchase Order | |
| SN Marquis, LLC | Lonestar Resources US Inc. | Amendment No. 1 to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Springfield Pipeline LLC<br>Anadarko E&P Onshore LLC | Firm Intrastate Gas Transportation Service Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Central Inc.<br>Anadarko E&P Company LP | Motor Transportation Contract | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Central Inc.<br>Anadarko E&P Onshore LLC | Revised Appendix A | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Trimac Transportation Inc.<br>Anadarko E&P Onshore LLC | Revised Appendix A | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Letter Agreement Re Carnero Gathering Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Midstream, LLC<br>Sanchez Midstream Partners LP | Letter Agreement Re Carnero Processing Purchase and Sale Agreement | |
| SN Catarina, LLC | TPL Southtex Processing Company LP | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC | EP Energy E&P Company LP | Letter Agreement Re Agreement to Purchase Oil & Gas Interests | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Exco Operating Company LP<br>Enterprise Hydrocarbons LP | Base Contract for Sale and Purchase of Natural Gas | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Sanchez Energy Corporation<br>SN EF Unsub LLC<br>SN EF Maverick, LLC<br>SN EF Unsub LLC | Letter Agreement Re: Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Anadarko Energy Services Company<br>Kerr Mcgee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Anadarko Energy Services Company<br>Kerr Mcgee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Marketing Transition Services Agreement | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment No. 1 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Oil Delivery Contract | |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Downstream Marketing Agreements Assumption Agreement | |
| SN Cotulla Assets, LLC | Flint Hills Resources LP | Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN Catarina, LLC | Catarina Midstream, LLC | Letter Re: Notice of Rate Adjustment | |
| SN Catarina, LLC | Conocophillips Company | Transaction Confirmation | |
| ~~SN EF Maverick, LLC~~<br>~~SN Catarina, LLC~~<br>~~SN Catarina, LLC~~<br>~~SN EF Maverick, LLC~~ | ~~Texas Pipeline Webb County Lean System LLC~~<br>~~SN Catarina, LLC~~<br>~~Texas Pipeline Webb County Lean System LLC~~<br>~~SN EF Maverick, LLC~~ | ~~Interruptible Transport Service Agreement~~ | |
| SN EF Maverick, LLC | BP Energy Company | Transaction Confirmation | |
| SN EF Maverick, LLC | Conocophillips Company | Transaction Confirmation | |
| SN EF Maverick, LLC | Eagle Ford Midstream, LP | Natural Gas Transportation Service Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Shell Energy North America (US), L.P.<br>SN EF Maverick, LLC<br>Shell Energy North America (US), L.P.<br>SN EF Maverick, LLC | Transaction Confirmation | |
| SN EF Maverick, LLC | Shell Trading (US) Company | STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment 002 to STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Shell Trading (US) Company | Amendment 0001 to STUSCO Contract Ref: No. CLP0001886 | |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Gas Transaction Confirmation | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Supply Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Price Amendment to Supply Agreement | |
| Sanchez Energy Corporation<br>SN Payables, LLC | Shell Trading (US) Company | Price Amendment to Supply Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Shell Trading (US) Company | Abstract of Amendment No. 3 to Price Contract | |
| SN EF Maverick, LLC | BP Oil Supply | Oil Trade Confirmation | |
| SN EF Maverick, LLC | BP Oil Supply | Trade Confirmation | |
| SN EF Maverick, LLC | Flint Hills Resources LP | Purchase Agreement | |
| Sanchez Energy Corporation | 1000 Main LLC | First Amendment to Lease | |
| SN Catarina, LLC | SWEPI, LP<br>Joe Villarreal<br>Corporate Real Estate, Shell Oil Company | Lease Agreement | |
| Sanchez Energy Corporation | 1000 Main, LLC | Lease Agreement | |
| SN EF Maverick, LLC | Kerr-Mcgee Oil & Gas Onshore LP<br>Anadarko E&P Onshore LLC<br>Aguila Production, LLC | Terms Of The Proposes Lease Agreement | |
| Sanchez Energy Corporation | Colliers International Houston, Inc. a Texas Corporation d/b/a Colliers International | Exclusive Sublease Listing Agreement | |
| Sanchez Energy Corporation | Wurzbach/NW Military Partners, Ltd. | Shopping Center Lease | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Kerr Mcgee Oil & Gas Onshore LP<br>SN EF Unsub, LP<br>Gavilan Resources, LLC<br>Anadarko E&P Onshore LLC | Development Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Gavilan Resources, LLC<br>Gavilan Resources, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Joint Development Agreement | |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC | Gavilan Resources (f/k/a Aguila Production, LLC)<br>Gavilan Resources (f/k/a Aguila Production, LLC)<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Memorandum of Joint Development Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | Gavilan Resources, LLC<br>Sanchez Energy Corporation<br>Gavilan Resources, LLC<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>SN EF Unsub, LP | Letter Agreement re: Joint Development Agreement | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | George, Cameron W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | George, Cameron W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | George, Cameron W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | George, Cameron W. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Phantom Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 03/01/2017 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Thill, Howard J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Thill, Howard J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Marlow, Paul B. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Marlow, Paul B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ahmadi, Tayeb | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | Alaniz, Tony G. | Phantom Award dated 07/01/2017 | |
| Sanchez Energy Corporation | Alaniz, Tony G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Alford, Julia S. | Phantom Award dated 10/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Alford, Julia S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Alleman, Lauren E. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Alleman, Lauren E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Allen, Mary C. | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | Avra, Gregory A. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | Babbitt, Blake E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Babbitt, Blake E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Barber, Gerard M. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Barber, Gerard M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Barcenes, Jeffrey | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Barcenes, Jeffrey | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Barringer, Christopher W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Barringer, Christopher W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Bender, Justin M. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Blanche, Thomas C. | Phantom Award dated 02/01/2017 | |
| Sanchez Energy Corporation | Blanche, Thomas C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Blincow, Richard M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Boecking, Emily M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Borden, Merville L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Borden, Merville L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Bostick, Brandon L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Bostick, Brandon L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Brown, Michael J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Brown, Michael J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Bullock, Sally H. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Bullock, Sally H. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Burell, Marcus C. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | Butler, Allison R. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Butler, Allison R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cansino, Juan J. | Phantom Award dated 10/01/2016 | |
| Sanchez Energy Corporation | Cansino, Juan J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Cansino, Juan J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cantu, Arturo | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Carranco, Jorge | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Carter, Ellis P. | Phantom Award dated 08/01/2017 | |
| Sanchez Energy Corporation | Carter, Ellis P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Carter, Theresa G. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Carter, Theresa G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Casas, Luis A. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Casas, Luis A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Chiovitti, Kimberly A. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Chiovitti, Kimberly A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Chriss, Andrea L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Chriss, Andrea L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Phantom Award dated 09/01/2016 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Clem, Linda P. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Colwell, Robert N. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | Cordova, Peter G. | Phantom Award dated 01/01/2017 | |
| Sanchez Energy Corporation | Cordova, Peter G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Crawford, Cari L. | Phantom Award dated 09/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Cremar, Laura E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Cremar, Laura E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cruz, Ramsey | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Cruz, Ramsey | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Davis, Ada F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Davis, Ada F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Day, Michael C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Day, Michael C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Dunek, Kenneth L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunek, Kenneth L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 08/01/2017 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Fenn, David R. | Phantom Award dated 12/01/2016 | |
| Sanchez Energy Corporation | Fenn, David R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Fenn, David R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Fernandez, Beatrice M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Fontenelle, Lucas K. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Forma, Laura J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Forma, Laura J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Frazier, Holly W. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Frazier, Holly W. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Garcia, Moises R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Garcia, Moises R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Garcia, Sarah D. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Garcia, Sarah D. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Garza, Daniel E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Garza, Daniel E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | George, Tina R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | George, Tina R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gianelloni, Ignatius L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gianelloni, Ignatius L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gil Cohen, Maria J. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Gil Cohen, Maria J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gleason, Kelsey C. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Glenn, Marc P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Glenn, Marc P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Golvach, Mark M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Golvach, Mark M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gonzalez, Jacob E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gonzalez, Jacob E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gonzalez, Matthew R. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | Gonzalez, Matthew R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gough, Michael B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gough, Michael B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Guerra, Francisco A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Guerra, Francisco A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gupta, Ankush | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Gutierrez, Alfredo R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gutierrez, Alfredo R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Guzzetta, Alida C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Guzzetta, Alida C. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Hagelstein, Meagan E. | Phantom Award dated 06/01/2017 | |
| Sanchez Energy Corporation | Hagelstein, Meagan E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Haines, Lisa C. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Haines, Lisa C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hansard, Mark R. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hardison, Joy O. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Harris, Austin E. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | Harris, Austin E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Harrison, Andrew S. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Hecker, Nicole M. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Hecker, Nicole M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Heller, Tom J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Heller, Tom J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hermes, Cheyne A. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Hermes, Cheyne A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hermes, Cheyne A. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Phantom Award dated 02/01/2017 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Huddleston, Don C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Inampudi, Anuradha | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Inampudi, Anuradha | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Johnson, Ryan P. | Phantom Award dated 01/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Kalyanaraman, Nishkriya | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Kalyanaraman, Nishkriya | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kay, Justin M. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | Kealler, Ryan J. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Kelley, Stephen R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Kelley, Stephen R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kellner, Charles E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kiss, John E. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Kiss, John E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Konsen, Tomas A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Konsen, Tomas A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kothare, Sunny K. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Kothare, Sunny K. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kotlarz, Kara J. | Phantom Award dated 09/01/2017 | |
| Sanchez Energy Corporation | Kotlarz, Kara J. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Koy, Samnang L. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Koy, Samnang L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kret, Linh L. | Phantom Award dated 06/01/2017 | |
| Sanchez Energy Corporation | Kret, Linh L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Krueger, Scott R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Krueger, Scott R. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Kuhl, Christina L. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Leach, Jeremy R. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | Lewandowski Steinmetz, Kristen R. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Lillis, Ashley M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lillis, Ashley M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Long, Andrew M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Long, Andrew M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lopez, Carlos D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Carlos D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lopez, Francis G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Francis G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lopez, Mark A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Severo M. | Phantom Award dated 05/01/2017 | |
| Sanchez Energy Corporation | Lopez, Severo M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lu, Jie | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Lucken, Kimberlyn M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lucken, Kimberlyn M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mabry, James E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mabry, James E. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Maldonado, Joe B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Maldonado, Joe B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mares, Jorge A. | Phantom Award dated 09/01/2017 | |
| Sanchez Energy Corporation | Mares, Jorge A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Martin, Jaclyn M. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | Martinez, Joel | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Martinez, Joel | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Martinez, Mateo L. | Phantom Award dated 10/01/2016 | |
| Sanchez Energy Corporation | Martinez, Mateo L. | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Martinez, Sandra S. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Martinez, Sandra S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | McGonigle, Mark N. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | McGonigle, Mark N. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Meaux, Bryce T. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendez, Alejandro | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendez, Alejandro | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendoza, Francisco F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendoza, Francisco F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendoza, Jorge A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendoza, Jorge A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Miller, Richard M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Miller, Richard M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mollard, Brandie L. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | Mortellaro, Bill M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mortellaro, Bill M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Morton, Steffani L. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | Nadal, Javier F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Nadal, Javier F. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Nagorski, John J. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Needham, Marshall B. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | Nelson, Ricky D. | Phantom Award dated 04/01/2018 | |
| Sanchez Energy Corporation | Neulist, William R. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | Nguyen, Jane D. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Nguyen, Jane D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Nguyen, Kim T. | Phantom Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Nursement, Jeremy P. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Nursement, Jeremy P. | Phantom Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | O'Connor, James C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Peng, Yao | Phantom Award dated 01/01/2019 | |
| Sanchez Energy Corporation | Pham, Thien-Huong T. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Pham, Thien-Huong T. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Purnell, Rosie B. | Phantom Award dated 07/01/2017 | |
| Sanchez Energy Corporation | Purnell, Rosie B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Qureshi, Fahad | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Qureshi, Fahad | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Ramos, Joshua R. | Phantom Award dated 07/01/2018 | |
| Sanchez Energy Corporation | Ricci, Kevin M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ricci, Kevin M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Roberson, Shurron S. | Phantom Award dated 11/01/2017 | |
| Sanchez Energy Corporation | Roberson, Shurron S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Robinson, Shontell M. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Robison, Jordan D. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Robison, Jordan D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Rodriguez, Rodolfo R. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Rodriguez, Rodolfo R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Sanchez, Marcos A. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Melva G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Melva G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Santana, Luis A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Santana, Luis A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Scott, Trelisia L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Scott, Trelisia L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Settle, Lon G. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | Settle, Lon G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Sharma, Pankaj | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | Shiah, Feng L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Shiah, Feng L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Shrode, Sheila M. | Phantom Award dated 01/01/2018 | |
| Sanchez Energy Corporation | Singh, Richard E. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | Smith, Jamie I. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Smith, Jamie I. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Smolik, Leslie G. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Smolik, Leslie G. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Stadtfeld, Aimee D. | Phantom Award dated 12/01/2018 | |
| Sanchez Energy Corporation | Stanley, William R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Stevenson, Angela M. | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Stevenson, Angela M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Taylor, Jennifer A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Thiagarajan, Dinesh Krishna | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | Thibodaux, Joshua D. | Phantom Award dated 12/01/2017 | |
| Sanchez Energy Corporation | Thibodaux, Joshua D. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Thompson, John R. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Thompson, John R. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Thomson, Troy M. | Phantom Award dated 06/01/2018 | |
| Sanchez Energy Corporation | Thorp, Meagan M. | Phantom Award dated 04/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Thorp, Meagan M. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Troxell, Sandra L. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Troxell, Sandra L. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Turner, Kenneth D. | Phantom Award dated 07/01/2018 | |
| Sanchez Energy Corporation | Umberger, Gene T. | Phantom Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Valle, Zulema | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Valle, Zulema | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Vasquez, Ricardo | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Vasquez, Ricardo | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Vazquez, Janeth | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Vazquez, Janeth | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Vea, Krystie K. | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Verm, David | Phantom Award dated 10/01/2018 | |
| Sanchez Energy Corporation | Wang, Kainan | Phantom Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Wang, Kainan | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Watson Iii, Clyde | Phantom Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Wheat, Amanda K. | Phantom Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Wheat, Amanda K. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Wiggins, Melanie A. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wiggins, Melanie A. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Wike, Benjamin S. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wike, Benjamin S. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 06/05/2018 | |
| Sanchez Energy Corporation | Willingham, Jeremy G. | Phantom Award dated 11/01/2018 | |
| Sanchez Energy Corporation | Wolf, Clara L. | Phantom Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Phantom Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Gatlin, Greet L. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Logan, Rachel L. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Phillips, Louis A. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Robinson, Holly C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Taliaferro, Kiera C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Tomaselli, John C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (5 yr.) | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Ziegler, Michael T. | Phantom Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Greg Colvin | Power of Attorney | |
| Sanchez Energy Corporation | PricewaterhouseCoopers LLP | Letter of Engagement | |
| Sanchez Energy Corporation | Pricewaterhousecoopers LLP | Letter of Engagement | |
| Sanchez Energy Corporation | Advocate Consulting Legal Group, PLLC | Letter of Engagement | |
| Sanchez Energy Corporation | Deloitte Tax LLP | Engagement Letter | |
| Sanchez Energy Corporation | Deloitte & Touche LLP | Engagement Letter | |
| Sanchez Energy Corporation | Deloitte Tax LLP | Work Order | |
| Sanchez Energy Corporation | KPMG, LLP | Engagement Letter | |
| Sanchez Energy Corporation | KPMG LLP | Engagement Letter | |
| Sanchez Energy Corporation | KPMG LLP | Services Contract | |
| SN EF Maverick, LLC | T-Cot, Inc. d/b/a/ Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | |
| SN Operating, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | |
| Sanchez Energy Corporation | Okapi Partners LLC | Letter of Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Continental Stock Transfer & Trust Company | Dividend Disbursing Agent Services Agreement | |
| Sanchez Energy Corporation | Mckinsey Recovery & Transformation Services U.S., LLC | Consulting Agreement | |
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | RTS Independent Diligence | |
| Sanchez Energy Corporation | McKinsey Recovery & Transformation Services U.S., LLC | RTS Transformation Agreement | |
| Sanchez Energy Corporation | McKinsey & Company, Inc. United States and its affiliates | Solutions Agreement | |
| Sanchez Energy Corporation | Cornerstone Ondemand, Inc. | Order for Cloud Subscription Agreement | |
| Sanchez Energy Corporation | Cornerstone Ondemand, Inc. | Master Agreement for Data Processing Services | |
| Sanchez Energy Corporation | Addison Group | Letter Contract Agreement | |
| Sanchez Energy Corporation | The Barracuda Group | Fee Agreement on Recruitment of candidates | |
| Sanchez Energy Corporation | Bradsby Group | Contingency Service Agreement | |
| Sanchez Energy Corporation | Eeg Recruiting | Contingency Recruiting Contract | |
| Sanchez Energy Corporation | Miller Jones, Inc. | Schedule of Fees, Terms and Conditions | |
| Sanchez Energy Corporation | VP Energy Division (Oil and Gas) | Contingency Fee Agreement | |
| Sanchez Energy Corporation | MSI International Monroe, LA | Client Paid Fee Schedule Agreement | |
| Sanchez Energy Corporation | Progressive Global Energy | Amendment to Professional Service Contract | |
| Sanchez Energy Corporation | The Morrow Group, LLC | Client Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Whitaker IT, LLC, dba Whitaker Technical | Agreement for Services | |
| Sanchez Energy Corporation | National Financial Services, LLC | Stock Plan Custody Agreement | |
| Sanchez Energy Corporation | Fidelity Stock Plan Services | Service and Fee Acknowledgement | |
| Sanchez Energy Corporation | Fidelity Stock Plan Services, LLC | Recordkeeping and Administrative Services Agreement | |
| Sanchez Energy Corporation | Baker Communications, Inc. | Private Workshop Agreement | |
| Sanchez Energy Corporation | Infosight, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Protiviti Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Key Ventures | Professional Services Agreement | |
| Sanchez Energy Corporation | West Woods Technologies, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Jesse Lomask | Professional Services Agreement | |
| Sanchez Energy Corporation | Joseph Sonnier | Professional Services Agreement | |
| Sanchez Energy Corporation | Luis Canales | Professional Services Agreement | |
| Sanchez Energy Corporation | Phillip Alex Dalke | Professional Services Agreement | |
| Sanchez Energy Corporation | Sean Newton | Professional Services Agreement | |
| Sanchez Energy Corporation | Stefano Mazzoni | Professional Services Agreement | |
| Sanchez Energy Corporation | Valen D. Ott | Professional Services Agreement | |
| Sanchez Energy Corporation | Arcadis U.S., Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Ascentergy Corporation | Professional Services Agreement | |
| Sanchez Energy Corporation | Bear Creek Engineering, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Bernard Coons | Professional Services Agreement | |
| Sanchez Energy Corporation | Camin Cargo Control Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | CD Consulting & Operating Co | Professional Services Agreement | |
| Sanchez Energy Corporation | Civil Engineering Consultants | Professional Services Agreement | |
| Sanchez Energy Corporation | Cole Blancett Consulting | Professional Services Agreement | |
| Sanchez Energy Corporation | CSE Icon, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Deyo Consulting Services | Professional Services Agreement | |
| Sanchez Energy Corporation | EAG Services Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | EnergyIQ, LLC | Professional Services Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | EXP Engineering International LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | FC&E Engineering, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Infosight, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Integrated Geosolutions, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | JCS Construction, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Klie Tech Consulting, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | LOGIC Solutions Group, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Lon Settle | Professional Services Agreement | |
| Sanchez Energy Corporation | Nagoo & Associates, L.L.C. | Professional Services Agreement | |
| Sanchez Energy Corporation | OpTech Enterprise Solutions, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Pariveda Solutions, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Paul Hayden Dunning | Professional Services Agreement | |
| Sanchez Energy Corporation | Plaster & Wald Consulting Corp. | Professional Services Agreement | |
| Sanchez Energy Corporation | Revenew International, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Revolutionary Security LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Robert W. Ramsey | Professional Services Agreement | |
| Sanchez Energy Corporation | Scott Foxwell Consulting | Professional Services Agreement | |
| Sanchez Energy Corporation | SE Controls, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | SeismicCity Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | SoftServe, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Sullexis, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Task Fronterra Geoscience, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Thomas Keith Posey | Professional Services Agreement | |
| Sanchez Energy Corporation | Varnell Consulting, Inc. | Professional Services Agreement | |
| Sanchez Energy Corporation | Wise Rock, LLC | Professional Services Agreement | |
| Sanchez Energy Corporation | Zco Corporation | Professional Services Agreement | |
| Sanchez Energy Corporation | Longnecker & Associates | Professional Services Contract | |
| Sanchez Energy Corporation | Lyons, Benenson & Company, Inc. | Engagement Letter | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Stefano Mazzoni | Professional Services Agreement | |
| Sanchez Energy Corporation | Deloitte Tax, LLP | Work Order to the Engagement Letter | |
| Sanchez Energy Corporation | Thomson Reuters (Tax & Accounting), Inc. | Order Form to the Master Services Agreement | |
| Sanchez Energy Corporation | Weaver and Tidwell, L.L.P. | Engagement Letter for IT Audit Assistance | |
| Sanchez Energy Corporation | Stancil Property Tax LLC | Engagement Letter | |
| Sanchez Energy Corporation | Baker Botts | Engagement Letter | |
| Sanchez Energy Corporation | Ross Aronstam & Moritz Llp | Engagement Letter | |
| Sanchez Energy Corporation | W A Waterman & Co | Engagement Letter | |
| Sanchez Energy Corporation | McClure & Cross LLP | Engagement Letter | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW – 2017 Comanche Integration Management | |
| Sanchez Energy Corporation | Alvarez & Marsal | 2018 MSA | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW – Embedded Derivatives | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW – LTIP Valuation | |
| Sanchez Energy Corporation | Alvarez & Marsal | SOW – Purchase Price Valuation | |
| Sanchez Energy Corporation | Ares Management LLC<br>Moelis & Company | Letter Re: Preliminary Indication of Interest | |
| Sanchez Energy Corporation | Equity Group Investments | Letter Re: Expense Reimbursement Letter Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Contribution Agreement | |
| Sanchez Energy Corporation | Sanchez Energy Partners I, LP | Contribution, Conveyance, and Assumption Agreement | |
| SN Cotulla Assets, LLC | Sep Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC | Sep Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Palmetto, LLC | Sep Holdings IV, LLC | Partial Wellbore Assignment and Bill of Sale | |
| SN Palmetto, LLC | Sep Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC<br>SN Palmetto, LLC | Sanchez Production Partners LP<br>Sep Holdings IV, LLC | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN TMS, LLC | SR Acquisition I, LLC | Wellbore Assignment and Bill of Sale | |
| SN TMS, LLC | SR Acquisition I, LLC | Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation | Hess Corporation | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Contribution Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Contribution, Conveyance and Assumption Agreement | |
| SN Catarina, LLC | AEP Texas Central Company<br>SWEPI LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC | Hess Corporation<br>Warrior Gas Co. | Assignment of Purchase and Sale Agreement dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | March 18, 2013 | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC | Hess Corporation | Transition Services Agreement | |
| Sanchez Energy Corporation | SWEPI LP<br>Stusco: Shell Trading (US) Company | Purchase and Sale Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Swepi LP<br>Shell Gulf of Mexico, Inc. | Assignment of Purchase and Sale Agreement | |
| SN Catarina, LLC | Swepi LP | Assignment, Conveyance and Bill of Sale | |
| SN Operating, LLC | Swepi LP<br>Shell Gulf of Mexico Inc. | Transition Services Agreement | |
| SN Palmetto, LLC | SEP Holdings III, LLC<br>Sep Holdings IV, LLC<br>Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN Palmetto, LLC | Sep Holdings IV, LLC<br>Sep Holdings III, LLC | Partial Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Sep Holdings III, LLC<br>Catarina Midstream, LLC | Distribution and Contribution Agreement | |
| Sanchez Energy Corporation<br>SN Catarina, LLC | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN Catarina, LLC | Swepi LP<br>Wade Lindeman | Purchase and Sale Agreement | |
| SN EF Maverick, LLC | SM Energy<br>Eagle Ford Texas LP<br>Adarko Petroleum Corporation<br>Mitsui E&P Texas LP | Agreement to Extend Area of Mutual Interest | |
| ~~SN EF Maverick, LLC~~ | ~~Mitsui E&P Texas LP~~<br>~~Eagle Ford~~<br>~~Sm Energy Company~~<br>~~Anadarko E&P Onshore LLC~~ | ~~Letter Agreement Effecting Dissolution of Units~~ | |
| ~~SN EF Maverick, LLC~~ | ~~Sm Energy~~<br>~~Anadarko E&P Onshore LLC~~<br>~~Mitsui E&P Texas LP~~<br>~~Eagle Ford TX LP~~ | ~~Amendment – Confidentiality of Information~~ | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>SM Energy Company<br>Eagle Ford TX LP<br>Mitsui E&P TX LP | Second Agreement to Extend Area of Mutual Interest | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Aguila Production, LLC<br>Anadarko E& P Onshore, LLC<br>Kerr-Mcgee Oil & Gas Onshore, LLC | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC<br>Sanchez Energy Corporation | Carrizo (Eagle Ford), LLC / Carrizo Oil & Gas, Inc. | Purchase and Sale Agreement | |
| SN Palmetto, LLC | Sanchez Production Partners, LP | Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | SEP Holdings III, LLC<br>SEP Holdings IV, LLC | | |
| SN Catarina, LLC | Sanchez Production Partners, LP | Assignment of Membership Interests | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | SEP Holdings III, LLC<br>Catarina Midstream, LLC | Distribution and Contribution Agreement | |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | Sanchez Midstream Partners LP<br>SN Midstream, LLC | Letter Agreement to Processing Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC<br>SN Palmetto, LLC | SEP Holdings IV, LLC<br>Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Assignment and Bill of Sale | |
| SN Cotulla Assets, LLC | SEP Holdings IV, LLC | Wellbore Assignment and Bill of Sale | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP | Purchase and Sale Agreement | |
| Sanchez Energy Corporation | SN Terminal, LLC<br>Sanchez Midstream Partners LP | Mutual Written Consent to Terminate Purchase and Sale Agreement | |
| SN EF Maverick, LLC | Gavilan Resources Holdco, LLC | Management Services Agreement | |
| Sanchez Energy Corporation | Shell Gulf of Mexico<br>Swepi LP | Purchase and Sale Agreement | |
| SN Cotulla Assets LLC | Exco Operating Company LP | Purchase and Sale Agmt | |
| Sanchez Energy Corporation | Shell Gulf of Mexico Inc | Purchase and Sale Agmt | |
| Sanchez Energy Corporation | Swepi LP | Purchase and Sale Agmt | |
| SN EF Maverick LLC | Aguila Production LLC | Purchase and Sale Agmt | |
| SN EF Maverick LLC | Anadarko E&P Onshore LLC | Purchase and Sale Agmt | |
| SN EF Maverick LLC | Kirkland & Ellis LLP | Purchase and Sale Agmt | |
| SN EF Maverick LLC | SN EF Unsub LP | Purchase and Sale Agmt | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Kerr Mcgee Oil & Gas Onshore LP<br>SN EF Unsub, LP<br>Aguila Production, LLC | Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Kerr Mcgee Oil & Gas Onshore LP<br>Anadarko Energy Services Company<br>Gavilan Resources<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC | Amendment No 3 to Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Kerr Mcgee Oil & Gas | Amendment to Purchase and Sale Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Onshore LP<br>Gavilan Resources, LLC<br>SN EF Unsub, LP | | |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Gavilan Resources Holdco, LLC<br>SN Comanche Manager, LLC | Management Services Agreement | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN Ur Holdings, LLC<br>Sanchez Capital Advisors LLC<br>Sanchez Energy Holdings LLC<br>Sanchez Energy Corporation<br>Sanchez Capital Advisors LLC<br>Sanchez Energy Holdings LLC | Assignment of Assumption of Membership Interest and Amendment of Limited Liability Company Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN Catarina, LLC<br>SN Catarina, LLC | SN Catarina, LLC<br>Sanchez Production Partners LP<br>Sanchez Energy Corporation<br>Sanchez Production Partners LP | Purchase and Sale Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | SN EF Maverick, LLC<br>GSO LLC<br>SN EF Unsub Holdings, LLC<br>SN Ur Holdings, LLC<br>SN EF Maverick, LLC<br>GSO St Holdings Associates LLC<br>GSO St Holdings LP?<br>GSO LLC<br>SN EF Unsub Holdings, LLC<br>GSO St Holdings Associates LLC<br>GSO St Holdings LP?<br>SN Ur Holdings, LLC<br>Sanchez Energy Corporation<br>GSO St Holdings Associates LLC<br>GSO St Holdings LP?<br>GSO LLC<br>SN EF Unsub Holdings, LLC<br>Sanchez Energy Corporation | Tolling Agreement | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | SCA Energy Holdings LLC<br>Sanchez Capital Advisors LLC<br>Sanchez Resources, LLC | Assignment and Assumption of Membership Interest and Amendment of Limited Liability Company Agreement | |
| SN EF Maverick, LLC | Amid Crude Trucking LLC | Truck Transportation Agreement | |
| Sanchez Energy Corporation | Actenum Corporation | Purchase Order | |
| Sanchez Energy Corporation | Actenum Corporation | Purchase Order | |
| Sanchez Energy Corporation | Sanchez Production Partners, LP<br>Santerra Midstream Company, LLC | Purchase Order | |
| SN EF Maverick, LLC | Nabors Drilling USA (A Division of Nabors Drilling Technologies USA, Inc.) | Amendment 2 to Work Order Agreement WOA-D18-012 – X41 | |
| Sanchez Energy Corporation | Navex Global | Order Form 305383 | |
| SN EF Maverick, LLC | Nabors Drilling USA | Amendment No. 1 to Work | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | Order WOA-D19-008 – X23 | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation | EMS USA, Inc.<br>Sanchez Oil & Gas Corporation | Letter Re: Assignment of Service Contract | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Contract Operating Agreement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Services Agreement | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Membership Interest Agreement | |
| Sanchez Energy Corporation | SEP I, LP | Membership Interest Assignment | |
| Sanchez Energy Corporation | Ross Exploration, Inc. | Membership Interest Assignment | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Geophysical Seismic Data Use License Agreement | |
| SN Catarina, LLC | Sanchez Production Partners LP<br>Catarina Midstream, LLC | Assignment of Membership Interests | |
| Sanchez Energy Corporation<br>SN UR Holdings, LLC | | Equity Interests Assignment Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | SN EF Unsub, LP | Hydrocarbons Purchase and Marketing Agreement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Lease Participation Agreement | |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | SN EF Unsub, LP | Letter to Firm Gas Gathering, Processing and Purchase Agreement | |
| SN TMS LLC | Sanchez Oil & Gas Corporation | Joint Operating Agmt | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Master Land Service Contract | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Joint Operating Agmt | |
| SN EF Maverick | SN EF Unsub LP; Gavilan Resources LLC; Anadarko E&P Onshore; Kerr-Mcgee Oil & Gas Onshore LP | Assignment Notification to Buyer | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Amendment to Purchase and Sale Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Letter Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P | Memorandum of | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Development Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC; Kerr-Mcgee Oil & Gas Onshore LP | Memorandum of Development Agreement | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Agreement to Assign Right to Control Legal Defense in Pending Litigation | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | First Amendment to Agreement to Assign Right to Control Legal Defense in Pending Litigation | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| SN TMS, LLC | SR Acquisition I, LLC Sanchez Oil & Gas Corporation | Memorandum of Operating Agreement and Financing Statement | |
| Sanchez Energy Corporation | Sanchez Oil & Gas Corporation | Letter Re: Subject Intercompany Agreements | |
| Sanchez Energy Corporation | Joseph R. Dedominic | Restricted Stock Agreement | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez Jr., Antonio R. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez III, Antonio R. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | George, Cameron W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | George, Cameron W. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Kopel, Gregory B. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 08/01/2015 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | | 04/17/2018 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Marlow, Paul B. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Marlow, Paul B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hill, Garrick A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Alleman, Lauren E. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Alleman, Lauren E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Avra, Gregory A. | Restricted Award dated 12/01/2018 | |
| Sanchez Energy Corporation | Barcenes, Jeffrey | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Barringer, Christopher W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Barringer, Christopher W. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Bender, Justin M. | Restricted Award dated 05/01/2018 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Blakeway, Amy E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Blanche, Thomas C. | Restricted Award dated 02/01/2017 | |
| Sanchez Energy Corporation | Blincow, Richard M. | Restricted Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Boecking, Emily M. | Restricted Award dated 08/01/2018 | |
| Sanchez Energy Corporation | Borden, Merville L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Bostick, Brandon L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Brown, Michael J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Brown, Michael J. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Bullock, Sally H. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Butler, Allison R. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Cansino, Juan J. | Restricted Award dated 10/01/2016 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Cansino, Juan J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Carranco, Jorge | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Casas, Luis A. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Chriss, Andrea L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Restricted Award dated 09/01/2016 | |
| Sanchez Energy Corporation | Clarke, Andrew W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Mark W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Clarke, Mark W. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cordova, Peter G. | Restricted Award dated 01/01/2017 | |
| Sanchez Energy Corporation | Cremar, Laura E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Cremar, Laura E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Cruz, Ramsey | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Davis, Ada F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Davis, Ada F. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Day, Michael C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunek, Kenneth L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunek, Kenneth L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Restricted Award dated 08/01/2017 | |
| Sanchez Energy Corporation | Dunlap, Scott A. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Fenn, David R. | Restricted Award dated 12/01/2016 | |
| Sanchez Energy Corporation | Fenn, David R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Fenn, David R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Fernandez, Beatrice M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Forma, Laura J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Frazier, Holly W. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Garcia, Moises R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Garza, Daniel E. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | George, Tina R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gianelloni, Ignatius L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Glenn, Marc P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Glenn, Marc P. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Golvach, Mark M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gonzalez, Jacob E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gough, Michael B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gough, Michael B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Griffin, Holly F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Guerra, Francisco A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Guerra, Francisco A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Gutierrez, Alfredo R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Gutierrez, Alfredo R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Guzzetta, Alida C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hagelstein, Meagan E. | Restricted Award dated 06/01/2017 | |
| Sanchez Energy Corporation | Hagelstein, Meagan E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Haines, Lisa C. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Haines, Lisa C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Heller, Tom J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Restricted Award dated 02/01/2017 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hoes, Lauren P. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kalyanaraman, Nishkriya | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Kelley, Stephen R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | King, Cham J. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | King, Cham J. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | King, Cham J. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Kiss, John E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Konsen, Tomas A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Konsen, Tomas A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kotlarz, Kara J. | Restricted Award dated 09/01/2017 | |
| Sanchez Energy Corporation | Kotlarz, Kara J. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Koy, Samnang L. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Krueger, Scott R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Krueger, Scott R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Kuhl, Christina L. | Restricted Award dated 09/01/2018 | |
| Sanchez Energy Corporation | Lewandowski Steinmetz, Kristen R. | Restricted Award dated 02/01/2018 | |
| Sanchez Energy Corporation | Lillis, Ashley M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lillis, Ashley M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Long, Andrew M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Carlos D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Carlos D. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Lopez, Francis G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lopez, Mark A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lucken, Kimberlyn M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Lucken, Kimberlyn M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mabry, James E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mabry, James E. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Maldonado, Joe B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Maldonado, Joe B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Martinez, Joel | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Martinez, Mateo L. | Restricted Award dated 10/01/2016 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Martinez, Mateo L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Martinez, Sandra S. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mcgonigle, Mark N. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mcgonigle, Mark N. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendez, Alejandro | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendoza, Francisco F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendoza, Francisco F. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mendoza, Jorge A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Mendoza, Jorge A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Miller, Richard M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Miller, Richard M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Mortellaro, Bill M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Nadal, Javier F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Neulist, William R. | Restricted Award dated 11/01/2018 | |
| Sanchez Energy Corporation | Nguyen, Jane D. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Nursement, Jeremy P. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | O'Connor, James C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Pham, Thien-Huong T. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Qureshi, Fahad | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ricci, Kevin M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ricci, Kevin M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Ridings, Michael B. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Robison, Jordan D. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Rodriguez, Rodolfo R. | Restricted Award dated 10/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Melva G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Sanchez, Melva G. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Santana, Luis A. | Restricted Award dated 03/01/2017 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Santana, Luis A. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/17/2018 | |
| Sanchez Energy Corporation | Scott, Trelisia L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Shiah, Feng L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Shiah, Feng L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Shrode, Sheila M. | Restricted Award dated 01/01/2018 | |
| Sanchez Energy Corporation | Smith, Jamie I. | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Smolik, Leslie G. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Thompson, John R. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Thompson, John R. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Thorp, Meagan M. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Troxell, Sandra L. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Troxell, Sandra L. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Valle, Zulema | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Vasquez, Ricardo | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Vazquez, Janeth | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wang, Kainan | Restricted Award dated 04/01/2017 | |
| Sanchez Energy Corporation | Wiggins, Melanie A. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wike, Benjamin S. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Wike, Benjamin S. | Restricted Award dated 03/01/2018 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 06/05/2018 | |
| Sanchez Energy Corporation | Yu, Henry C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Yu, Henry C. | Restricted Award dated 03/01/2018 | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation | Blakeway, Amy E. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Klaus, Holly C. | Restricted Award dated 03/01/2017 | |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (3 yr.) | |
| Sanchez Energy Corporation | Knox II, William D. | Restricted Award dated 04/15/2016 | |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (5 yr.) | |
| Sanchez Energy Corporation | Triangle Peak Partners, LP<br>MTP Energy Management LLC | Joinder Agreement | |
| Sanchez Energy Corporation | AT MLP Fund, LLC | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Cushing Mlp Asset Management, LP | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Famco MLP | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Harvest Fund Advisors, LLC | Private Placement and Confidentiality Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Placement Agency Agreement | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Marquis, LLC | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation | RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Partners, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC<br>Goldman Sachs & Co.<br>Aristeia Capital, LLC and | Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Aristeia Master LP | | |
| Sanchez Energy Corporation | Aristeia Captial, LLC<br>Goldman Sachs & Co. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | AAI Aristeia Fund PLC by Aristela Capital, LLC | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Aviva Investors | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Basso Holdings Ltd. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Curian/Franklin Templeton Natural Resources Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Income Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | RBC Capital Markets, LLC | Placement Agency Agreement | |
| Sanchez Energy Corporation | Alpine Associates, a Limited Partnership | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Heritage, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine Heritage II, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Alpine LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| SN Marquis, LLC<br>SN Cotulla Assets, LLC<br>SN Operating, LLC<br>Sanchez Energy Corporation<br>SN TMS, LLC<br>SN Catarina, LLC | RBC Capital Markets, LLC c/o RBC Capital Markets, LLC<br>Credit Suisse Securities (USA) LLC c/o RBC Capital Markets, LLC<br>RBC Capital Markets, LLC c/o RBC Capital Markets, LLC | Purchase Agreement | |
| SN Cotulla Assets, LLC<br>Sanchez Energy Corporation<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN Marquis, LLC | Credit Suisse Securities (USA) LLC<br>RBC Capital Markets c/o RBC Capital Markets, LLC | Purchase Agreement | |
| Sanchez Energy Corporation | Johnson Rice & Company L.L.C. | Underwriting Agreement | |
| Sanchez Energy Corporation | Franklin Investors Securities Trust- Franklin Balanced Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Investors Securities Trust-Franklin Convertible Securities Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Strategic Series-Franklin Natural Resources Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds-Framklin | Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| | Global Convertible Securities Fund By Franklin Advisers, Inc. | | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds-Franklin Income Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Franklin Templeton Investment Funds- Franklin Natural Resources Fund By: Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Jnli Franklin Templeton Income Fund By Franklin Advisers, Inc. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Highbridge International LLC | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Liberty Harbor Master Fund I, LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | O'Connor Global Multi-Strategy Alpha Master Limited | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Goldman Sachs Profit Sharing Master Trust | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Oz Eureka Fund, L.P. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | OZ Special Funding (OZMD), LP | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Orchard Hill Master Fund Ltd. | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Thornburg Investment Management<br>State Street Global Services | Securities Purchase Agreement | |
| Sanchez Energy Corporation | Western Asset Management Company | Securities Purchase Agreement | |
| Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC<br>SN Palmetto, LLC<br>SN Cotulla Assets, LLC<br>SN EF Maverick, LLC<br>SN Marquis, LLC<br>SN Operating, LLC<br>SN TMS, LLC<br>SN Catarina, LLC | Citigroup Global Markets Inc., as Representative of the several Initial Purchasers listed in Schedule 1 | Purchase Agreement | |
| Sanchez Energy Corporation | Citigroup Global Markets, Inc. | Cross Receipt to the Purchase Agreement | |
| SN UR Holdings, LLC | Sanchez Production Partners, LP | Common Unit Purchase Agreement | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation | GSO Energy Partners-A LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>GSO Energy Partners-B LP<br>SF EF Unsub Holdings LLC | Amended and Restated Securities Purchase Agreement | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | SN UR Holdings, LLC<br>GSO Harrington Credit Alpha Fund (Cayman) LP<br>SN UR Holdings, LLC<br>SN EF UnSub Holdings, LLC<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>SN EF Unsub, LP<br>SN EF UnSub GP LLC<br>GSO ST Holdings Associates LLC<br>GSO ST Holdings LP?<br>Sanchez Energy Corporation<br>SN EF UnSub Holdings, LLC<br>SN EF Unsub, LP<br>SN EF UnSub GP LLC<br>SN EF Maverick, LLC<br>SN EF Unsub, LP<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>GSO Capital Partners LP<br>Kerr McGee Oil & Gas Onshore LP<br>SN UR Holdings, LLC<br>SN EF Unsub GP LLC<br>SN EF UnSub Holdings, LLC<br>GSO Capital Partners LP<br>SN EF Unsub, LP<br>Anadarko E&P Onshore LLC<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Solutions Fund II LP<br>SN EF Unsub GP LLC<br>GSO Capital Opportunities Fund III LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>SN EF Unsub, LP<br>SF EF Unsub Holdings LLC<br>Sanchez Energy Corporation<br>GSO Credit Alpha Fund LP<br>GSO Energy Select Opportunities Fund LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>GSO Energy Partners-C LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP<br>GSO Market Opportunities Fund II LP<br>GSO Credit Alpha Trading (Cayman) LP<br>GSO Harrington Credit Alpha Fund (Cayman) LP | | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | SN EF Unsub, LP<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation<br>SN EF Unsub, LP<br>GSO Capital Solutions Fund II LP<br>GSO Capital Opportunities Fund III LP<br>GSO Capital Select Opportunities Fund LP<br>GSO Capital Solutions Fund II (Luxembourg) SARL<br>GSO Capital Solutions Fund II LP<br>GSO Energy Partners-A LP<br>GSO Energy Partners-B LP<br>SN EF Unsub, LP<br>Kerr McGee Oil & Gas Onshore LP<br>Sanchez Energy Corporation<br>SN EF Unsub GP LLC<br>SN EF UnSub Holdings, LLC<br>Anadarko E&P Onshore LLC<br>GSO Credit Alpha Fund LP<br>GSO Energy Select Opportunities Fund LP<br>SN EF Unsub GP LLC<br>GSO Energy Partners-C LP<br>SN EF Unsub, LP<br>GSO Energy Partners-C II LP<br>GSO Energy Partners-D LP | | |
| Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation | CitiGroup Global Markets Inc<br>Capital One Securities, Inc.<br>SunTrust Robinson Humphrey, Inc.<br>BMO Capital Markets Corp.<br>RBC Capital Markets, LLC | Equity Distribution Agreement | |
| SN UR Holdings, LLC | Sanchez Production Partners LP | Common Unit Purchase Agreement | |
| Sanchez Energy Corporation | J. P. Morgan Securities LLC | Underwriting Agreement | |
| SN Marquis, LLC<br>Sanchez Energy Corporation | Sep Holdings III, LLC | Geophysical Seismic Data Use License Agreement | |
| Sanchez Energy Corporation | Geophysical Pursuit, Inc. | Master Geophysical Data-Use License Agreement | |
| SN Payables, LLC | Royal Bank of Canada | Collateral Trust Agreement-Additional Grantor | |
| Sanchez Energy Corporation<br>SN Cotulla Assets, LLC<br>SN Marquis, LLC<br>SN Operating, LLC | U.S. Bank National Association | Indenture | |
| Sanchez Energy Corporation | U.S. Bank National Association | Indenture | |
| SN Operating, LLC<br>Sanchez Energy Corporation<br>Rockin L Ranch Company, | Delaware Trust Company<br>Royal Bank of Canada – Agency Services Group | Indenture | |

| Debtor(s) | Counterparty(ies) | Contract Description | Rejection Date (if not the Effective Date) |
|---|---|---|---|
| LLC<br>SN TMS, LLC<br>SN Catarina, LLC<br>SN EF Maverick, LLC<br>SN Palmetto, LLC<br>SN Marquis, LLC<br>SN Cotulla Assets, LLC | | | |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | Trustee's Certificate | |
| Sanchez Energy Corporation | Royal Bank of Canada<br>Delaware Trust Company | Collateral Trust Agreement | |
| Sanchez Energy Corporation | Sidewinder Drilling, Inc. | Drilling Bid Proposal and Daywork Drilling Contract | |
| SN TMS, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation | Sanchez Resources, LLC | Contribution Agreement | |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation<br>Enterprise South Texas Gathering, LP | First Amendment to Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation<br>Enterprise South Texas Gathering, LP | Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN EF Maverick, LLC | Enterprise South Texas Gathering LP | Second Amendment to Gas Gathering, Processing and Purchase Contract No. 8527 | |
| SN UR Holdings, LLC | SR Acquisition I, LLC | Support Agreement | |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 6/1/2017 | |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 5/30/2017 | |
| Sanchez Energy Corporation | Kerr-McGee Oil & Gas Onshore LP | Parent Company Guaranty dated 1/12/2017 | |
| Sanchez Energy Corporation | Plains All American Pipeline, L.P. | Parent Company Guaranty dated 9/15/2016 | |
| Sanchez Energy Corporation | Plains Gas Solutions, LLC | Parent Company Guaranty dated 9/15/2016 | |
| Sanchez Energy Corporation | Plains Pipeline, L.P. | Parent Company Guaranty dated 9/15/2016 | |
| Sanchez Energy Corporation | Plains South Texas Gathering LLC | Parent Company Guaranty dated 9/15/2016 | |
| SN Catarina, LLC | Carnero Processing, LLC<br>Sanchez Production Partners LP | Assignment of Membership Interests and Adoption Agreement | |
| SN EF Maverick, LLC | Anadarko E&P Onshore LLC<br>Eagle Ford TX LP<br>SM Energy Company<br>Mitsui E&P Texas LP | Amendment to Joint Exploration Agreement | |
| Sanchez Energy Corporation | Venado EF L.P. | Parent Company Guaranty dated 5/30/2017 | |
| Sanchez Energy Corporation | Shell North America (US) LP | Guaranty | |

**Redline**

**Exhibit C**

Schedule of Assumed Executory Contracts and Unexpired Leases

**Exhibit [C]**

Schedule of Assumed Executory Contracts and Unexpired Leases

On April 30, 2020, the Court entered an order confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1205] (as may be amended, modified, and/or supplemented, the "Plan")[1] authorizing the Debtors to assume certain of the Executory Contracts and Unexpired Leases (each, an "Assumed Contract") listed on this Schedule of Assumed Contracts and Unexpired Leases (this "Schedule"), upon the Effective Date unless otherwise specified by the Debtors. The Debtors have conducted a review of their books and records and have determined that the cure amount for any claim based upon a Debtors' default(s) prior to the Effective Date under an Assumed Contract by such Debtor under section 365 of the Bankruptcy Code (the "Cure Claims") is as set forth on this Schedule.

Each of the contracts, agreements, documents, and instruments listed on this Schedule is listed solely to the extent it is an Executory Contract or Unexpired Lease of one or more of the Debtors, and nothing herein shall be deemed an admission that such contract, agreement, document or instrument is in fact an Executory Contract or Unexpired Lease of any Debtor.

Any Executory Contract or Unexpired Lease that is not listed on this Schedule or is listed on this Schedule without a Cure Claim but is otherwise assumed by the Debtors has a proposed Cure Claim of $0.00. Any proposed Cure Claims, if any, under each Assumed Contract that is undisputed or, if disputed, resolved consensually by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, (a) by payment in Cash as soon as reasonably practicable following the Effective Date or (b) as otherwise agreed by the Reorganized Debtors and the counterparty to such Executory Contract or Unexpired Lease. If there is a dispute regarding (1) the amount of any Cure Claim, (2) the ability of the Reorganized Debtors or any assignee, as applicable, to provide adequate assurance of future performance (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (3) any other matter pertaining to assumption, the Cure Claims required by section 365(b)(1) of the Bankruptcy Code shall only be paid following the entry of a Final Order resolving the dispute and approving the assumption. For the avoidance of doubt, the Cure Claims schedule below shall not include amounts that have been incurred as of the Effective Date but are not yet due and payable. Such amounts shall be paid by the Reorganized Debtors in the ordinary course of business subsequent to the Effective Date.

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and Executory Contracts and Unexpired Leases related thereto, if any, including easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority, or amount of any Claims that may arise in connection therewith.

The Debtors or the Reorganized Debtors, as applicable, reserve the right to remove an Executory Contract or Unexpired Lease from this Schedule until the later of (a) the date by which objections to the proposed rejection must be Filed or (b) if such objection is Filed, prior to the date of a decision by the Bankruptcy Court with respect to such objection.

Assumption of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure Claims, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption. Any liabilities reflected in this Schedule and any Proofs of Claim filed with respect to an Executory Contract or Unexpired Lease that has been assumed shall be deemed Disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

Schedule of Assumed Executory Contracts and Unexpired Leases

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jesus Abrego | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Freddie Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jairo Aguillon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Akers | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Abelardo Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dylan Alejandro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Alfaro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sonia D. Alfaro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Almanza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Amaya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis J. Banuelos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Barrett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jacqueline M. Barrientos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgar Beattie | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Becerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Besancon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Blake | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jim Blakely | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Blood | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Joshua Bourgeois | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Brandos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Simon Briseño | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Laly Bronson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clinton D. Brown | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stuart Bruce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Bryce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriel Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josefina Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Caballero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Calvillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sergio Calvillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brent Campbell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Campbell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jimmy Cansino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo A. Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcelino Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Martin Cantu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Saul Cardona | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ron Carlson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Laura Castañeda | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Armando Castillo Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Cazares | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Silvestre Cerna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Cervantez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Cervantez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Rene Champion | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lee Chandler | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Chavez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph Cirilo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Cisneros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricky Collins | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melody Condry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Coning | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Contreras | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Contreras | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cal Cormier | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anacani Coronado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roger Cortez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kade Courville | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Covarrubias | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eliza Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stacey Cuellar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Will T. Curnutte | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kenny Daigle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Taher Darolywala | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Justin Davis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Levi Davis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rueben De La Cruz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfonso De La Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco De La Paz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert De Leon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aldo De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramon De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul De Luna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Dehoyos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Dehoyos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Del Bosque | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Greg Del Toro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Deleon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reyvin Deleon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Delgado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eva Deluna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael D. Dennis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge A. Diaz Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kendall Dickinson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel W Dixon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Dominguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Douglas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Dreyer | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brandon Driskill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Duarte | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Steven Dunn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Travis Dupuis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wb Dyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Escamilla | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eulogio Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Manuel R Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Margarito Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Xavier Espinoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Esquivel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Estrada | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kareem Etienne | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Randy Finley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andres Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Martin Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vianney Flores | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Flores Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Fontenot | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Fontenot | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Scott Foreman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Donavan Franco | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ronald Fruge | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ervey Fuentes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Galan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Galan Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Humberto Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Yanira Galvan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ademar Galvan Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Armando Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnaldo Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eduardo Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gennise Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jj Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julian Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pete Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Samuel Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Garcia (Automation Tech) | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julianita Garcia Hernandez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jordan Garibay | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andres Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Constantino Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernest M. Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Franco Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lauro Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rafael Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Lee Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rogelio Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sergio Garza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Colin Gaspard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Gaspard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tim Gauntt | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Gerstberger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pat Gibson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Courtney B. Glass | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvaro Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mauro Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Miguel Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Gomez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Santiago Gomez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lexi K. Gonzales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chance Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eduardo Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gamaliel Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hector Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jonathan Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reynaldo Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wally Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Jaime Gonzalez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Gonzalez Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hector Gonzalez(Lazer) | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mary E. Granberry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Damian Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eloy Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lauro Guerra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eutiquio Guerrero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario E. Guerrero | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Lee Guillory | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Gulliory | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Humberto Gutierrez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Gutierrez Iii | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gustavo Guzman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Gwyn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Harlan Hansel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hank Harris | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tayler Hearn | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Heath | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Hebert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tony Henderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eugene Herbert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Keith Herbert | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnold Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cristina Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fernando Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jennipher N. Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A. Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kevin Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Margarito Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Hernandez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Orlando Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mario Herrera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles A. Hill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgar Hinojosa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tom Hinson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph Hodges | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christian Holguin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hayden Holmes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marshall Hornsby | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kyle Horton | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Hurtado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myrle Ingle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myrle W. Ingle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Ivy | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Derrick W. Jack | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chance Jackson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Paul Jackson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Jacobs | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Claudio Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rogelio Jimenez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tommy John | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bruce Johnson | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Eddie Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jack Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joey Johnson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Jones | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Juarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Juno | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kishore Kandasamy | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victoria Keen | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kimmie Kellum | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tab Key | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyson Jordan Kirkpatrick | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kevin R. Kolos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | John Kyle | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyler Landry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Lane | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melton Lapoint | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cobie Lapointe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ashley Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernesto Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Lara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alec Legros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nikolas Legros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Leija | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dylan Lejeune | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Shane Lewing | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvin Lewis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eugene Lewis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Loera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tucker Long | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Pedro Longoria | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fred Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse A Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse M Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Lopez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Lopez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Lopez Sr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Grant Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Keith Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Leonard G. (Grant) Lowe | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Angel Lozano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Lozano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joel Luevanos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rodolfo Macias Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christian Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Maciel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Madrid | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jorge Mariscal | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jesse Marquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Octavio Marquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brittani Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Enrique Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Janio Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sarita Martinez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Martinez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alfredo Martinez Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesus Mata | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Darrell Mcdonald | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Trent Mcfarlain | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Blanca Mchazlett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clay Mcknight | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tim Mclean | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robbie Mcmillin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Janie Medina | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arthur Medrano | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mike Mena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Celestino Mendez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Mendez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jason Mendiola | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Amy Messieha | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josh Minor | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Mitchell | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Molina | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lespaul Moncada | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esteban Moncivais | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Moncivais | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Montalvo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Montero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Montoya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santiago Montoya | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Morales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reymundo Moreno | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fabiana Morris | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Muro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabino Muzquiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nathan Nelson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roy Nesmith | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Weston (Kent) Norman Jr | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Vicente Ochoa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eric Oliva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stuart Ondrasek | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zach Ondrasek | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Orellana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Abelardo Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edward Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lizzette Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Miguel Ortiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Palomo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Palos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felix Pardo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jesse Paulino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Josue Pena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rodolfo Z Pena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Frank Peña | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Perales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felipe Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Frankie Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Israel Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Roberto Perez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Santos Perez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Troy Perry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Javier Perusquia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James M. Peters | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cuong T. (Coty) Phan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Pinales | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Plemons | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ponce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Ponce | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ponce Iii | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Preston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gerardo Puente | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charlie Pullara | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose Quintana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Diego Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Elizabeth Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rolando Ramirez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alan Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ramiro Ramos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bob Ramsey | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Rangel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Warner Rankin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Reed | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eliazar Reyes | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Javier Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Santos Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arnoldo Reyes Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Homero Reynaga Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Paul Ricco | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Doyle Rice | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Adam Richard | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Riojas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Elias Rios | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Rios | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Agustin Robledo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Adrian Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Felipe Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | George Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rene Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ricardo Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Rodriguez Sr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ethan Rogers | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Roiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michele R. Ruiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Justin Rutherford | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Ryan Rylander | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Diego Saenz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan J Salas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ray Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Saldana | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Benjamin Salinas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Salmon | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco San Roman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriel Sanchez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jennifer Sanchez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jaime Sanroman Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victor M. Sauceda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Russell Scogin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Scott | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Serda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esteban Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Federico Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Federico Serna Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Short | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tyler Sieckenius | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Silvis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Sims | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Solis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sasha Soria | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Spittler | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Christopher Stephens | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Steward | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Kirk Stokes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nathan Stone | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bill Storms | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Garrard Taylor | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Thurston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Titsworth | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Moises Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alex Trevino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raefel Triplett | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ruben Trujillo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Umphres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Leonel Vela | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julie Velasquez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alberto Venegas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ivan Villa | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Limhi Villagran | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Fernando Villarreal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Vivian Villarreal | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Villarreal Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeremy Watson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Taylor Weekley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Shayne Weekly | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brooke Weinkauf | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Jeff White | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Derek Whitman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Erik Williams | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Woods | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Tracy Woodson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher Yauger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Christopher S. Zachry | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Zamudio | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rafael Zapeda | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Edgardo Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marvin Aguilar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Seve Alaniz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Eleazar Alejandro | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Luis Alvarado | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Reinaldo Alvarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mark Anderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Manny Armenta | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Consuelo Balderas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stephen Balderas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dioseline Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Patsy Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Rose Ballesteros | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Ballew | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernesto Bass | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wendell Baxter | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Benavides | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Christopher Benavides | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Sammie Beran | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ernest (Ray) Berger | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zachariah Bradshaw | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Howard Brobston | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Alvaro Bustamante | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mauro Cadena | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Chavera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brandon Crowsey | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joseph L. Daugherty | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mason Denson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | James Fuller | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Richard Gajewsky | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Gonzalez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Henderson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lance Herpin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Hill | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Isaac Hodges | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Esmeralda Huerta | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Stephanie C. Husky | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Jasso | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Prasanna Jeganathan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Refujio Juarez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Michael Lund | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Mallet | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Mallet | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Anthony Mason | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Duke Mcgee | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Zach Mcmillan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Victor Mendoza | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Moore | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Melody Moore | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Amatullah Motiwala | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hendrix Nelson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cole Nesloney | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeremy Onken | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andrew Payma | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Bihn Phan | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Pruitt | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles Pruitt, Jr. | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dario Ramos-Veloquio | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Clay Rankin | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Henry Recinos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Paula J. Revis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Flavio Reyna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marcos Rivera | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aaron Roberge | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brian Rode | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Aalan Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Julio Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Mark Rodriguez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Nick Rodriguez | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Juan Rodriguez Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Roiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Brendan Rojas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Francisco Roman | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Myriam Romero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Riley Romero | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Andy Ruiz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Catarino Ruiz Iii | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Omar Salazar | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Joe Salinas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Raul Santos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Juan Saucedo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Self | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Albert Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ezequiel Serna | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chad Short | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Robert Sierra | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Dillon Silva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Gabriella Silva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Khuzema Sunel | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Steven Swartz | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Arturo Tapia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Marco Tapia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Perla Tellez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Charles A. (Andy) Todd | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Cesar Torres | Mutual Arbitration Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Cynthia Torres | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Morgan Townsen | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Isamari Urrabazo | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Carlos Vargas | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Anna Victorino | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Oscar Villalobos | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Villanueva | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chris Vu | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Hans Warren | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Chrisn Watso | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Lanaya Willis | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Wilson | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jeff Woolley | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | David Wright | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Agustin D Garcia | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Daniel Canales Jr | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Jose A Reyes | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Ray Hernandez | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | William Storms | Mutual Arbitration Agreement | $0.00 |
| Sanchez Energy Corporation | Wex Bank | Deposit Agreement | $0.00 |
| Sanchez Energy Corporation | Wex Bank | Card Application | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>Sanchez Energy Corporation | Wex Inc.<br>Sanchez Energy Corporation<br>Wex Inc.<br>SN EF Maverick, LLC | Private Site Agreement | $0.00 |
| Sanchez Energy Corporation | Wex Bank | Account Agreement | $0.00 |
| Sanchez Energy | Wex Inc. | Business Charge Account Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| SN UR Holdings, LLC | Sanchez Production Partners, LP | Registration Rights Agreement | $0.00 |
| Sanchez Energy Corporation | Barry J. Rozas, (Labas Law offices) Intervenor for Seabright Insurance Company<br>Edwin G Preis, Jr. and M. Benjamin Alexander, Counsel for Sanchez Oil and Gas and Nabors Drillin USA, LP | Waiver Release and Settlement of All Claims and Indemnity Agreement | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company | Policyholder Notice | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>Beazley Insurance Company, Inc. | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>Freedom Specialty Insurance Company | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Qbe Insurance Corporation | Excess Liability Policy | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company<br>XL Specialty Insurance Company | Excess Policy Declarations | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company | Executive and Corporate Securities Liability Policy Declarations | $0.00 |
| Sanchez Energy Corporation | Illinois National Insurance Company | Policyholder Notice | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company<br>North American Specialty Insurance Company | SwissRe Policy | $0.00 |
| Sanchez Energy Corporation | Allied World National Assurance Company | Excess Directors & Officers Liability Insurance | $0.00 |
| Sanchez Energy Corporation | XL Specialty Insurance Company<br>Freedom Specialty Insurance Company | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Endurance American Insurance Company | Follow Form Excess Management Liability Insurance Declarations | $0.00 |
| Sanchez Energy Corporation | Beazley Insurance Company, Inc. | Excess Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Certain Underwriters of Lloyd'S of London | Lloyd's Certificate | $0.00 |
| Sanchez Energy Corporation | Stonington Insurance Company | Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Safe Harbor Pollution | Marine Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Endurance American Insurance Company | Marine Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Stonington Insurance Company | Policy of Insurance | $0.00 |
| SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>Sanchez Energy | Sanchez Oil & Gas Corporation<br>Safe Harbor Pollution<br>Sanchez Energy Corporation<br>Sanchez Resources, LLC<br>Safe Harbor Pollution<br>SR Tms LLC<br>Sanchez Oil & Gas Corporation<br>Sanchez Resources, LLC<br>SR Acquisition I, LLC | Pollution Insurance Policy | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>Sanchez Energy Corporation<br>Sanchez Energy Corporation<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC<br>SN UR Holdings, LLC | SR Acquisition III, LLC<br>SR Tms LLC<br>SN Ur Holdings, LLC<br>SR Acquisition I, LLC<br>SR Acquisition III, LLC | | |
| Sanchez Energy Corporation | North American Specialty Insurance Company | Insurance Policy | $0.00 |
| Sanchez Energy Corporation | Nationwide | Letter Re: Insurance Policy | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) A Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) C Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Declaration of Pooled Unit Barnhart (EF) C Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Pooled Unit Agreement Barnhart (EF) D Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | First Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Barnhart Facility Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Second Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals L.P. | Pooled Unit Agreement Barnhart (EF) Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals LP | Pooled Unit Agreement Barnhart (EF) D Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) L Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) L Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC<br>Barnhart Ranch Minerals L.P. | Pooled Unit Agreement Barnhart (EF) G Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) J Unit | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Declaration of Pooled Unit Barnhart (EF) E Unit | $0.00 |
| SN Palmetto, LLC | Barnhart Ranch Minerals L.P.<br>Marathon Oil EF LLC | Pooled Unit Agreement Barnhart (EF) K Unit | $0.00 |
| SN Catarina, LLC | Shell Gulf of Mexico Inc. | Conveyance of Non-Participating Royalty | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | | Interests | |
| SN Catarina, LLC | SWEPI LP | Mineral Deed | $0.00 |
| SN Cotulla Assets, LLC | Espada Properties, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Espada Properties, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | LVDB Investments, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation | Nancy Wheeler Plumlee | Surface Damages Agreement | $0.00 |
| SN Cotulla Assets, LLC | Triola Investments, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Valentine Ventures, Ltd. | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Valentine Ventures Ltd | Drill Site Surface Use Agreement | $0.00 |
| SN Cotulla Assets, LLC | Enerquest Oil & Gas, LLC | Marketing Election and Facilities Agreement | $0.00 |
| SN Cotulla Assets, LLC | La Corona Ranch, Ltd. C/O Mr. Bart Koontz | Ratification and Amendment to Surface Use Agreement | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| Sanchez Energy Corporation | SR TMS, LLC | Assignment of Overriding Royalty Interest | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI, LP | Voluntary Pooling Agreement | $0.00 |
| SN Catarina, LLC | SWEPI LP<br>Harrison Interests, Ltd. | Voluntary Pooling Agreement | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI LP | Voluntary Pooling Agreement | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI, LP | Voluntary Pooling Agreement | $0.00 |
| SN Cotulla Assets, LLC | La Corona Ranch, Ltd.<br>Zaza Energy, LLC | Surface Use Agreement | $0.00 |
| SN Catarina, LLC | Texas General Land office<br>SWEPI LP | Letter Agreement Regarding Pooling Application | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI LP, dba Shell Western Exploration & Production | Produced Water Injection Agreement | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd.<br>SWEPI LP | Voluntary Pooling Agreement | $0.00 |
| SN Catarina, LLC | Harrison Interests, Ltd. | Produced Water Injection Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | SWEPI LP, dba Shell Western Exploration & Production | | |
| SN Catarina, LLC | Aep Texas Central Company<br>SWEPI LP | Letter Agreement | $0.00 |
| SN Catarina, LLC | Wade Lindeman<br>SWEPI LP | Special Warranty Deed | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation | Marathon Oil EF, LLC | Barnhart Facility Agreement | $0.00 |
| Sanchez Energy Corporation<br>Rockin L Ranch Company, LLC | Tri-City Distributors, L.P., a Texas Limited Partnership | General Warranty Deed | $0.00 |
| Rockin L Ranch Company, LLC | Tri-City Distributors, LP | Tax Proration Agreement | $0.00 |
| SN Palmetto, LLC | Sep Holdings IV, LLC | Wellbore Assignment and Bill of Sale | $0.00 |
| SN Palmetto, LLC | Sep Holdings IV, LLC | Partial Wellbore Assignment and Bill of Sale | $0.00 |
| SN UR Holdings LLC | NRG Land Resources Inc | Master Land Service Contract | $0.00 |
| Sanchez Energy Corporation | J Mark Smith & Associates Inc | Master Land Service Contract | $0.00 |
| Sanchez Energy Corporation | SR Acquisition I LLC | Participation Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Australis TMS Inc | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Signal LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Comstock Oil & Gas LP | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | Encana Oil & Gas (USA) Inc | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | HL TMS LLC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Letter Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | Sheldon Devon Crawford & Wife | Pipeline and Surface Site Agmt. | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pipeline and Surface Site Agmt. | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Pooling/Unit Agreement | $0.00 |
| SN Cotulla Assets LLC | HFT LLC | Water Usage Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | SEP Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Burlington Resources Oil & Gas Co | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Pooling/Unit Agreement | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Participation Agreement | $0.00 |
| SN Palmetto LLC | EOG Resources Inc | Acreage Exchange Agmt. | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Letter Agreement | $0.00 |
| SN Cotulla Assets LLC | Guy Robert Buschman | Surface Use Agreement | $0.00 |
| SN Cotulla Assets LLC | Hausser Ranch Minerals Ltd | Salt Water Disposal | $0.00 |
| SN Palmetto LLC | Jamn Ventures L.L.C. | Water Usage Agreement | $0.00 |
| SN Palmetto LLC | Salvador Soliz and Wife | Water Usage Agreement | $0.00 |
| SN Cotulla Assets LLC | Sep Holdings IV LLC | Pooling/Unit Agreement | $0.00 |
| SN Cotulla Assets LLC | L & J Exploration LLC | Letter Agreement | $0.00 |
| SN Catarina LLC | Harrison Interests Ltd | Salt Water Disposal | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Participation Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Participation Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Law office of Francisco Saldana Jr | Pipeline and Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | Law office of Francisco Saldana Jr | Pipeline and Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | Law office of Francisco Saldana Jr | Pipeline and Surface Site Agmt. | $0.00 |
| SN EF Maverick LLC | EP Energy E&P Company LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Bill D Bassore | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Carolyn S Wise | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Donald Powell | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Kathy Kennedy | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Blackbrush Oil & Gas LP | Surface Use Agreement | $0.00 |
| SN EF Maverick LLC | Endeavor Natural Gas LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | La Bandera Ranch LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | La Bandera Ranch LP | Water Usage Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Pooling/Unit Agreement | $0.00 |
| SN EF Maverick LLC | Comanche Maverick Ranch | Surface Use Agreement | $0.00 |
| SN EF Maverick LLC | Locke Lord Llp | Surface Use Agreement | $0.00 |
| SN EF Maverick LLC | Indio Faith Land Co LLC | Surface Use Agreement | $0.00 |
| SN EF Maverick LLC | Rio Bravo Land Co | Surface Use Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP | Assignment of Participation Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP | Assignment Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP | Amendment No. 1 to Assignment Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford Water And Disposal | Water Use Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock Partners Operating LLC | Addendum to Master Compression Services Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A of Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Rental Compressor Quotation | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Rental Compressor Quotation | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arquindequi Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| Sanchez Energy Corporation | Credence Gas Services, LLC | Lease Order | $0.00 |
| Sanchez Energy Corporation | Enterprise Fleet Management, Inc. | Maintenance Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise Fleet Management, Inc | Maintenance Managment and Fleet Rental Agreement | $0.00 |
| Sanchez Energy Corporation | Enterprise FM Trust | Master Walkaway Lease Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Schedule A to the Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| SN EF Maverick, LLC | Arguindegui Oil Company II, Ltd. | Equipment Loan Agreement | $0.00 |
| Sanchez Energy Corporation | Citigroup Global Markets Holdings Inc. | Guarantee Agreement | $0.00 |
| Sanchez Energy Corporation | ING Bank N.V. | Guarantee No. NY2018/05 | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | BASF Corporation | Guaranty | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Centrica PLC | Guarantee | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | DTE Energy Company | Guaranty Agreement | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Engie S.A. | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Mercuria Energy Group Limited | Guarantee | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co., Ltd. | Guaranty | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Occidental Petroleum Corporation | Guarantee | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC | Sumitomo Corporation of Americas | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Targa Resources GP LLC | Guaranty | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | Tenaska Energy, Inc. | Guarantee | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | West Texas Gas, Inc. | Guaranty | $0.00 |
| SN EF Maverick, LLC | BP Corporation North America | Guaranty Agreement | $0.00 |
| SN EF Maverick, LLC | Tecpetrol Internacional S.L.U. | Guaranty | $0.00 |
| SN EF Maverick, LLC | Ternium Investments S.ar.1 | Guaranty | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Standby Letter of Credit | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Letter of Credit Amendment | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC<br>SN Cotulla Assets, | Trafigura Group Pte. Ltd. | On Demand Guarantee | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| LLC | | | |
| ~~Sanchez Energy Corporation~~ | ~~Royal Bank of Canada~~<br>~~Carnero G&P LLC~~ | ~~Irrevocable Standby Letter of Credit~~ | ~~$0.00~~ |
| SN Catarina, LLC<br>Sanchez Energy Corporation | U.S. Specialty Insurance Company<br>DJH Minerals LP<br>DJH Ranching LP<br>Cathexis Royalties & Minerals, LP<br>Cat Hil Piloncillo, LLC | Performance Bond #B010410 | $0.00 |
| SN Catarina, LLC | Nextera Energy Capital Holdings, Inc. | Guaranty to NAESB Master Agreement | $0.00 |
| SN EF Maverick, LLC | Nextera Energy Capital Holdings, Inc. | Guaranty to NAESB Master Agreement | $0.00 |
| ~~Sanchez Energy Corporation~~ | ~~Enterprise Texas Pipeline LLC~~ | ~~Parent Company Guaranty dated 6/1/2017~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~ | ~~Kerr-McGee Oil & Gas Onshore LP~~ | ~~Parent Company Guaranty dated 6/1/2017~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~ | ~~Kerr-McGee Oil & Gas Onshore LP~~ | ~~Parent Company Guaranty dated 5/30/2017~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~ | ~~Kerr-McGee Oil & Gas Onshore LP~~ | ~~Parent Company Guaranty dated 1/12/2017~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~ | ~~Plains All American Pipeline, L.P.~~ | ~~Parent Company Guaranty dated 9/15/2016~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~ | ~~Plains Gas Solutions, LLC~~ | ~~Parent Company Guaranty dated 9/15/2016~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~ | ~~Plains Pipeline, L.P.~~ | ~~Parent Company Guaranty dated 9/15/2016~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~ | ~~Plains South Texas Gathering LLC~~ | ~~Parent Company Guaranty dated 9/15/2016~~ | ~~$0.00~~ |
| Sanchez Energy Corporation | Trafigura Trading LLC | Parent Company Guaranty dated 10/1/2017 | $0.00 |
| Sanchez Energy Corporation | Trimac Transportation Inc. | Parent Company Guaranty dated 6/23/2017 | $0.00 |
| ~~Sanchez Energy Corporation~~ | ~~Venado EF L.P.~~ | ~~Parent Company Guaranty dated 5/30/2017~~ | ~~$0.00~~ |
| SN EF Maverick, LLC | BNP Paribas | Letter of Credit | $0.00 |
| ~~SN EF Maverick, LLC~~ | ~~Techgen, S.A. de C.V.~~ | ~~Guaranty Agreement~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~ | ~~Shell North America (US) LP~~ | ~~Guaranty~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~ | ~~Royal Bank of Canada, as Administrative Agent~~ | ~~Guaranty Agreement~~ | ~~$0.00~~ |
| ~~Sanchez Energy Corporation~~<br>~~SN EF Maverick, LLC~~ | ~~Royal Bank of Canada, as Administrative Agent~~ | ~~Security and Pledge Agreement Joinder~~ | ~~$0.00~~ |
| Sanchez Energy Corporation | OFS Portal, LLC | Electronic Data Agreement | $0.00 |
| Sanchez Energy Corporation | Pitney Bowes | Lease Agreement | $0.00 |
| Sanchez Energy Corporation | Thomson Reuters | Order Form to the Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Order for Services | $91,022.39 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Detechtion | Master Customer Agreement | $0.00 |
| SN EF Maverick, LLC | Fleetmatics USA, LLC | Services Order Form | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Transzap, Inc. | Addendum To Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform License Agreement Part A: Master Agreement | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform  Sales Order | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| Sanchez Energy Corporation | Power Advocate, Inc. | Energy Intelligence Platform Sales Order | $0.00 |
| SN Operating, LLC | Sempcheck Services, Inc. | Terms of Service | $0.00 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Master Software License Agreement | $8,399.01 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Amendment to the Master Software License Agreement | $0.00 |
| SN Operating, LLC | Micro- Smart Systems, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Micro-Smart Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | iMec US LLC | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | iMEC US LLC<br>iMEC Corporation | Assignment and Novation to the Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQOD785 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQSD710 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQYZ947 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WQYZ948 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WRAJ274 | $0.00 |
| Sanchez Energy Corporation | Federal Communications Commission - Wireless Communications Bureau | Radio Station Authorization<br>FCC Registration Number 0023823123<br>Call Sign WRAN373 | $0.00 |
| Sanchez Energy Corporation | Opportune Technologies LLC | Contract Invoice for Maintenance Services | $0.00 |
| Sanchez Energy Corporation | Nabors Driling Technologies USA, Inc. | Master Drilling Agreement (Daywork Onshore US) | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Monarch Silica, LLC | Master Product Purchase Agreement | $93,665.84 |
| Sanchez Energy Corporation | US Silica | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Monarch Silica LLC | Amendment No. 1 to Master Product Purchase Agreement | $0.00 |
| Sanchez Energy Corporation | Koru Advisors, LLC | Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pro-Gas Services, LLC | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Taurex Drill Bits, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | 3S Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | A&D Rentals, LLC dba A&D Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Accudata Systems, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ace NDT, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Acme Truck Line, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Acts Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aegis Chemical Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aerion Rental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Affordable Wm, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aggreko, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alamo Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alert Systems Technologies, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Allesco | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alpha Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Alpha Tanks and Pumps II, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aly Energy Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ambyint Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | American Eagle Logistics, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | American Sales And Service, Inc. | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Archrock Partners Operating LLC | Addendum to Master Compression Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Archrock | Revised Amendment of Schedule A's for Compression Services | $0.00 |
| SN EF Maverick, LLC | Archrock | Amendment of Schedule A's for Compression Services | $0.00 |
| Sanchez Energy Corporation | Arguindegui Oil Co II, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Automation-X Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Awc, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Axio Wireline TX LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Badger Daylighting Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Baker Hughes Oilfield Operations, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Baseline Energy Services, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Basic Energy Services, L.P. | Master Service Agreement | $360.00 |
| Sanchez Energy Corporation | Bassler Energy Services, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bayou Oilfield Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Beacon Supply Co, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bedrock Petroleum Consultants, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bestway Oilfield, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Big Star Trucking LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Black Gold Rental Tools, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Blackhawk Datacom | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bluebonnet Energy Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bobby's Industrial & Oilfield Repair, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bobwhite Energy Resources, L.P. And Its Affiliate Bobwhite Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bottom Line Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bowman Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Buck Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Amendment to Master Services Contract | $0.00 |
| Sanchez Energy | CJ Holding Co. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| Sanchez Energy Corporation | CJ Holding Co | Second Amendment to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | C&M Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cactus Pipe & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cactus Wellhead, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cdm Smith Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Century Graphics & Sign Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chase Controls, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chase Welding Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chemostrat Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chess Well Service, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Chirality Research, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cinch Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Circle 8 Fluid Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Circle H Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cirildo Rodriguez | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Clements Fluids South Texas, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Coastal Supply Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cogent Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Colorado Materials, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Commercial Radio, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Complete Chemical Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Complete Chemical Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cook Pump & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crawford Electric Supply Company, Inc. | Amendment 1 to Master Service Agreement | $0.00 |
| Sanchez Energy | Crawford Electric Supply Company, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| Sanchez Energy Corporation | Crest Process Systems, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crest Pumping Technologies, LLC dba Nine Energy Service | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Compressco Operating LLC | Master Compression Services Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Inspection, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cudd Pressure Control, Inc. And Cudd Pumping Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cypress Industries Oilfield Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | D&B Flowback, LLC dba D&B Flowback And Well Testing | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Dlugosch Iv, LLC dba D&B Rental Service | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Deepwell Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Delta Fuel Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Delta Oil Tools, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Derrick Equipment Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Desert NDT, LLC dba Shawcor | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Diamond G Inspection, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Diversified Well Logging, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | DR3 Hose & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Dupre Logistics, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Eastern Oil Well Service Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Edge Finance, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Elite Oil Field & Construction Services, LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Emergency Site Protection LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Energy Fishing & Rental Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ensign United States Drilling Inc. dba Ensign Well Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Epic Lift Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Exceed Oilfield Equipment, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy | Expro Americas, LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| Sanchez Energy Corporation | FF Fabricators, LLC dba Profab Construction | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fesco, Ltd. | Master Service Agreement | $74,911.81 |
| Sanchez Energy Corporation | Firebird Bulk Carriers, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Five O'Clock Holdings, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flatrock Compression, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flatrock Compression, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fleaux Services of Louisiana LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Fleet Maintenance Pro | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flexsteel USA, LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flo-Rite Fluids, Inc. | Master Service Agreement | $16,845.97 |
| Sanchez Energy Corporation | Flow-Zone, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flowco Production Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Flowfect, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | FTS International Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Francis Drilling Fluids, Ltd. dba Envirochem | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Frio Energy Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Frontier Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Gateway Printing & office Supply, Inc. | Master Service Agreement | $2,095.90 |
| Sanchez Energy Corporation | Genesis Endeavors, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Geomark Research Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Gonzalez Weed Control & Construction, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Grand Slam Energy Services dba Bol, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Great Texas Compression, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Green Production Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Greene's Energy Group, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | Grinning Bull, LLC dba Orkin Pest | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | Control | | |
| Sanchez Energy Corporation | H & S Valve Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H5 Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Halliburton Energy Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | ST Hans Brothers Industries, LP dba Hans Brothers Industries | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hawk Oil Field Service, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hawkins Lease Service, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Headwaters Group, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Herring Gas Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | High Tide Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | H-I-S Paint Manufacturing Company, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Houston Modular Installation, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Howland Engineering and Surveying Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hy-Bon Engineering Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Industrial Piping Specialists, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Infinity Valve & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Infrastructure Networks, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Independence Oilfield Chemicals, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Innovex Downhole Solutions, Inc. | First Amendment To Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ivy Rod, Inc. dba Frontier Surveying Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J & J Pipe And Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J&M Premier Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | JF Ralston Co., Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Jet Specialty, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Jim Davis Seed & Fertilizer Inc. dba Texas Custom Coaters | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | K C Ag Supply, Inc. dba K C True Value | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Kennedy Wire Rope and Sling Company, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Key Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kingsley Constructors, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kingsley Water Company, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | KLX Inc. dba Klx Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Knowles Enterprises, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Kodiak Gas Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | KV Power, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Lean Drilling Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Legend Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Liberty Lift Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Bud Griffin and Associates – San Antonio, LLC dba Liebert UPS Systems | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mac Automation, Inc. | Master Service Agreement | $7,013.50 |
| Sanchez Energy Corporation | Magic Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Maverick Field Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McCoy-Rockford, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | McMahan Welding Service, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mercer Valve Company, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Michelle Villegas dba Michelle'S Cleaning Service | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mid-Coast Electric Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Miller Environmental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MMJ Pumps, LLC dba TXAM Pumps | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Momentum Pressure Control, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Monarch Silica, LLC | First Amendment to the Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Monarch Silica, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Morales Machine Shop & Transportation LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Moy's Water Well Drilling & Services of Texas, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MS Directional, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | New Prospect Company | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Choya Operating, LLC | Master Water Disposal Agreement | $0.00 |
| SN Operating, LLC | Natural Gas Services Group, Inc. | Standard Gas Compressor Equipment Master Rental and Servicing Agreement | $0.00 |
| Sanchez Energy Corporation | Novosad Enterprises, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Oil Patch Petroleum, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Completion Resources, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Oilfield Tracking Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Optimax Services & Supply, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Orozco's, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | OSC Energy, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | OTA Compression, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | P and J Electric Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Park Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Patmo Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pegasus Construction & Services, LLC | Master Service Agreement (MSA-B18-152) | $0.00 |
| Sanchez Energy Corporation | Performance Wellhead & Frac Components, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Performance Chemical Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pico Technologies, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pico Propane Operating, LLC dba Pico Propane & Fuels | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pilot Thomas Logistics LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Through Completion, LLC | Amendment 1 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Through Completion, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Precision Pump & Valve, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Premier Fleet Services, LLC | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Premier Pump & Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Priority Energy Holdings, LLC & Subsidiaries | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Pro Field Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Production Fire & Safety, LLC dba Ampro Strategic Alliance | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Profire Energy, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Puffer-Sweiven, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Quail Tools, L.P. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Quintana Energy Services LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Qwik Pipe, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | R360 Environmental Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rat Pac Enterprises, Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rebel Testers Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Red-D-Arc Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Regio Express Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rem Torque Test, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Remote Operations Center, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Riotex Swabbing, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rod And Tubing Services LLC. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Aveda Transportation Energy Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Micro Motion Inc. and Rosemount Inc. Instrument And Valve Services Company | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | RSI - Refinery Specialties, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tercel Oilfield Products USA, LLC dba Rubicon Oilfield International | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rudtuk Operating, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rusco Operating, LLC | Master Service Agreement | $115,496.67 |
| Sanchez Energy Corporation | R. W. Delaney Construction Co. | Master Service Agreement | $0.00 |
| Sanchez Energy | Sagerider, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| Sanchez Energy Corporation | Sanco Measurement Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sanford Water Works & Landscaping, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Scout Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Select Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sempcheck Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sertek Oil and Gas Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Setpoint Intergrated Solutions, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mcguire Construction, LLC dba Shoreline Services | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Slick Operating Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Smitty's Heavy Hauling, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | South Texas Speciality, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stallion Oilfield Services Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stellar Drilling Fluids, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stellar Oilfield Rentals LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stewart & Stevencon Power Products, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sti Trucking, LLC d/b/a Stone Trucking | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Straight Line Construction, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stratagen, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Strong Services, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Stx Process Equipment LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Suarez Bros. Crane & Heavy Haul, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Summit Pump & Safety. Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Sunbelt Rental Industrial Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | CSI Technologies, L.L.C<br>H.B. Rentals, L.C.<br>Integrated Production Services, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | International SNubbing Services, L.L.C.<br>Monument Well Service Co.<br>Texas CES, Inc.<br>Warrior Energy Services Corporation<br>Wild Well Control, Inc.<br>Workstrings International, L.L.C.<br>Alliance Energy Service Co. LLC<br>Superior Energy Services, L.L.C. and its affiliates<br>Complete Energy Services, Inc.<br>Concentric Pipe and Tool Rentals, L.L.C.<br>Connection Technology, L.L.C<br>Production Management Industries, L.L.C<br>Pumpco Energy Services, Inc.<br>Stabil Dril Specialties, L.L.C.<br>Sub-Surface Tools, L.L.C<br>Superior Inspection Services, L.L.C | | |
| Sanchez Energy Corporation | Supreme Production Services Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Supreme Rental Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Swift Technical Services, LLC dba Airswift | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | T & A Services of Breaux Bridge, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tavo's Towing, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tenacious Torque, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tenaris Global Services USA Corp | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Automation Systems, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Texas Premier Lease Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy | Texas Swabbing Services, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | The Compliance Group, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Thru Tubing Solutions, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tiger Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Timberwolf Environmental, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Titan Chemical, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Top Gun Energy Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tornado Production Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trans-Tech Energy, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trident Steel Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trifecta Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Trio Equip. Rental & Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Triple S Trucking Co., Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ulterra Drilling Technologies, L.P. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Ultraquip, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | United Engines LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Uv Logistics, LLC d/b/a United Vision Logistics | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Uvalde Fire Equipment, Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Vac Solutions, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Vantage Pump and Compressor, Ltd | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Veolia Water Technologies, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Viper Oilfield Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | W.W. Wireline Co. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Warrior Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Waukesha-Pearce Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy | Wayne Enterprises, Inc. | Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| Sanchez Energy Corporation | We Mean Clean | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Weatherford International, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Weeks Environmental LLC | Master Service Agreement | $97,660.00 |
| Sanchez Energy Corporation | Well Master Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | White'S T&J Oilfield Supply, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Willda Beast, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Wildcat Oil Tools, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Williams Well Service, Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Windham Well Service, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | WS Energy Services LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Crossfire Compression and Vibration, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Danos, LLC | Master Service Agreement | $158,876.27 |
| Sanchez Energy Corporation | Rock N Roll Caliche Sales, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tidal Logistics, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Express Energy Services Operation, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Hadco Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | JK Protector Recovery Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Mac NDT Services, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Rathole Drilling, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Safety Skills, LLC | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | S&B Infrastructure Private, Ltd. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | 5J Oilfield Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Apollo Lighting Solutions Inc. d/b/a Cleantek Industries, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Clm Energy Services, LLC | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Crenshaw Enterprises, LLC d/b/a Tiger Industrial Rentals | Master Services Agreement | $0.00 |
| Sanchez Energy | J. Mark Smith & Associates, Inc. | Master Land Services Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| SN UR Holdings, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation | Geo Cam Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Golden Ranch Energy Services | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | National Oilwell Varco LP | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Profire Energy Inc | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation | Quality Energy | Master Services Agreement | $0.00 |
| Sanchez Energy Corporation Sanchez Energy Corporation | B.enviroSAFE, LLC dba Bair Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation Sanchez Energy Corporation Sanchez Energy Corporation | Chemoil Energy Services LLC Chemoil Corporation Sanchez Oil & Gas Corporation | Letter Re: Assignment of Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | J. Mark & Associates, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation Sanchez Energy Corporation | Kent & Smith Holdings, LLC Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| SN Operating, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| SN UR Holdings, LLC | NRG Land Resources, Inc. | Master Land Services Contract | $0.00 |
| Sanchez Energy Corporation Sanchez Energy Corporation | New Tech Global Ventures, LLC and Its Affiliates Sanchez Oil & Gas Corporation | Master Service Agreement | $945.00 |
| Sanchez Energy Corporation Sanchez Energy Corporation | Newpark Drilling Fluids LLC Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation Sanchez Energy Corporation | Newtec Energy Services, LLC Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation Sanchez Energy Corporation | P&L Testing, LLC Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation Sanchez Energy | Coastal Chemical Co., LLC Sanchez Oil & Gas Corporation | Sale of Products Rider to Master Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| Sanchez Energy Corporation Sanchez Energy Corporation | Scientific Drilling International Inc Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation Sanchez Energy Corporation | Tucker Energy Solutions, LLC Sanchez Oil & Gas Corporation | Letter Agreement Re Major Service Agreement Party Name Change | $0.00 |
| Sanchez Energy Corporation | CJ Holding Co | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Cudd Pressure Control, Inc. and Cudd Pumping Services, Inc. | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | F P Fabricators, LLC d/b/a Profab Construction | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | MPS Enterprises, Inc. d/b/a Milford | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tuboscope, a division of National Oilwell Varco, LP | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation SN Operating, LLC | CJ Holding Co | Amendment to Master Services Contract | $0.00 |
| Sanchez Energy Corporation | Scientific Drilling International Inc | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation SN Operating, LLC SN EF Maverick, LLC | CJ Holding Co | Amendment No. 2 to Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Tercel Oilfield Products USA LLC d/b/a Rubicon Oilfield International | Master Service Agreement | $0.00 |
| Sanchez Energy Corporation | Uv Logistics, LLC d/b/a United Vision Logistics and Its Affiliates | Master Service Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil EF LLC | Marketing Agreement | $0.00 |
| SN Catarina, LLC | Catarina Midstream, LLC | Firm Gathering and Processing Agreement | $0.00 |
| Sanchez Energy Corporation | Springfield Pipeline, LLC | Extension Rider for License Agreement | $0.00 |
| Sanchez Energy Corporation SN Catarina, LLC | TPL Southtex Processing Company LP by TPL Southtex Pipeline Company LLC, its general partner | Amendment Agreement | $0.00 |
| SN Catarina, LLC Sanchez Energy Corporation | TPL Southtex Processing Company LP by TPL Southtex Pipeline Company LLC, its general partner | First Amendment to Firm Gas Processing Agreement | $0.00 |
| SN Catarina, LLC Sanchez Energy Corporation | TPL Southtex Processing Company LP | Firm Gas Processing Agreement | $0.00 |
| SN Catarina, LLC Sanchez Energy Corporation | TPL Southtex Processing Company LP | Firm Gas Gathering Agreement | $0.00 |
| SN Catarina, LLC Sanchez Energy Corporation | TPL Southtex Processing Company LP Carnero Processing, LLC | Omnibus Amendment to the Gathering LLC and the Processing LLC Agreement | $0.00 |
| SN EF Maverick, LLC | TPL SouthTex Processing Company, LP | First Amendment to the Interruptible Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | by TPL Southtex Processing Company, LLC, its General Partner | Gathering, Processing and Purchase Agreement | |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Eagle Ford TX LP<br>Venado EF L.P.<br>Gavilan Resources, LLC | Amendment to Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Firm Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Tpl Southtex Processing Company, LP | Interruptible Gas Gathering, Processing and Purchase Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP<br>Cima Energy, Ltd<br>Upstream Energy Services, LLC | Gas Gathering Agreement | $0.00 |
| SN EF Maverick, LLC | Dupre Logistics, LLC | Truck Transportation Agreement | $0.00 |
| Sanchez Energy Corporation | WGR Operating, LP | Master Agreement for Purchase, Sale or Exchange of Liquid Hydrocarbons | $0.00 |
| SN Cotulla Assets, LLC | Upstream Energy Services, LLC | Natural Gas Marketing, Transportation and Processing Agency Agreement Amended | $0.00 |
| SN Cotulla Assets, LLC | Upstream Energy Services, LLC | Natural Gas Marketing, Transportation and Processing Agency Agreement | $0.00 |
| SN Catarina, LLC | BASF Intertrade Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | BASF Intertrade Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ENGIE Energy Marketing Na, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | ENGIE Energy Marketing Na, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Anadarko Energy Services Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Air Liquide Large Industries US, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | ARM Energy Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | BG Energy Merchants, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC<br>SN Catarina, LLC | BP Energy Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | CIMA Energy, Ltd | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Coahuila Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Conocophillips Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Conocophillips Company | Special Provisions to NAESB Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | Direct Energy Business Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | DTE Energy Trading, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Hartree Partners, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Houston Pipe Line Company, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Howard Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Koch Energy Services, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Kinder Morgan Texas Pipeline, LLC<br>Kinder Morgan Tejas Pipeline, LLC | Amendment to Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Kinder Morgan Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Macquarie Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Mercuria Energy America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Mmgs, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | WTG Gas Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Occidental Energy Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Pacific Summit Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Petrochina International (America), Inc | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Repsol Energy North America Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Sempra Gas & Power Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Sempra Gas & Power Marketing, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC<br>Sanchez Energy Corporation | Shell Energy North America (US), LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Targa Gas Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tenaska Marketing Ventures | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tenaska Marketing Ventures | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trafigura Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trafigura Trading, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Trailstone NA Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Tripolarity Energy Corporation | Base Contract for Sale and Purchase of | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | | Natural Gas | |
| SN Catarina, LLC | Twin Eagle Resource Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | United Energy Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | BP Energy Comopany | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | Kinder Morgan Texas Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Cotulla Assets, LLC | Texla Energy Management, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Occidental Energy Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company | Master Agreement for Purchase, Sale or Exchange of Liquid Hydrocarbons | $0.00 |
| SN EF Maverick, LLC | Air Liquide Large Industries US, LP | Master Agreement for Purchase, Sale and Exchange of Liquid Hydrocarbons | $0.00 |
| SN EF Maverick, LLC | ARM Energy Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | BP Energy Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Calpine Energy Services, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | CIMA Energy, Ltd | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Coahuila Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Cokinos Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Conocophillips Company | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Conocophillips Company | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Diamond Shamrock Refining Company, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Direct Energy Business Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | DTE Energy Trading, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Enterprise Products Operating, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Hartree Partners, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Houston Pipe Line Comapny, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Koch Energy Services, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Kinder Morgan Texas Pipeline, LLC<br>Kinder Morgan Texas Pipeline, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Macquarie Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Mercuria Energy America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Mitsui & Co. Energy Marketing And Services (USA), Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | WTG Gas Marketing, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Pacific Summit Energy, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Petrochina International (America), Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Sempra Gas & Power Markering,LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Sempra Gas & Power Marketing, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Shell Energy North America (US), LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Superior Natural Gas Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Superior Natural Gas Corporation | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Techgen SA DE CV | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tenaska Marketing Ventures | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tenaska Marketing Ventures | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trafigura Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trafigura Trading, LLC | Special Provisions to the Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Trailstone Na Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Tripolarity Energy Corporation | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Twin Eagle Resource Management, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | United Energy Trading, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Valero Refining - Texas, LP | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Targa Gas Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| Sanchez Energy Corporation | Tenaris Global Services (USA) Corporation | Agreement For The Provision Of Goods | $0.00 |
| Sanchez Energy Corporation | Catarina Midstream, LLC | Amendment No.1 to Firm Gathering and Processing Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Catarina, LLC | | | |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>SN EF UnSub LP | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC | Memorandum of Firm Gas Gathering Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC | Firm Gas Gathering, Processing, and Purchasing Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX, LP<br>Carnero G&P, LLC | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>Eagle Ford TX, LP | Memorandum Of Agreement Relating To Firm Gas Gathering Agreement | $0.00 |
| SN EF Maverick, LLC | Venado EF L.P. | Approval Letter to Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Venado EF, L.P | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Venado EF, L.P<br>Carnero G&P, LLC | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Owner's Consent to Commercial Arrangements for Gas Volumes | $0.00 |
| SN EF Maverick, LLC | Carnero G&P LLC<br>Gavilan Resources, LLC | Ratification and Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Gavilan Resources, LLC | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas, LP | Take-In-Kind Letter Agreement with Mitsui | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas, LP<br>Carnero G&P, LLC | Letter Agreement | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC<br>Eagle Ford TX, LP<br>Venado EF, LP<br>Gavilan Resources, LLC | Owner's Consent Letter | $0.00 |
| SN EF Maverick, LLC | Carnero G&P, LLC | Memorandum of Agreement | $0.00 |
| SN Catarina, LLC | Nextera Energy Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | |
| SN EF Maverick, LLC | Mitsui & Co. Energy Marketing And Services (USA), Inc. | Amendment to Special Provisions to Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | Nextera Energy Marketing, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Marketing Agreement (Oil-Gas) | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Enterprise South Texas Gathering LP<br>Anadarko Petroleum Corporation | Gas Gathering, Processing, and Purchase Contract | $0.00 |
| SN Catarina, LLC | WWM Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC | WWM Logistics, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC | Total Gas & Power North America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC<br>SN EF Maverick, LLC | SN EF Maverick, LLC<br>SN Catarina, LLC | Base Contract for Sale and Purchase of Natural Gas | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Total Gas & Power North America, Inc. | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Carnero G&P LLC<br>SN EF Unsub, LP | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC | Carnero G&P LLC<br>Eagle Ford TX LP | Memorandum of Agreement | $0.00 |
| SN EF Maverick, LLC | Western Gas Partners, LP | Sublease Agreement | $12,245.64 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to JOA | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | Amendment to Letter Agreement Regarding Amendment to JOA dated March 14, 2012 | $0.00 |
| SN Marquis, LLC | Devon Energy Production Company L.P. | Operating Agreement | $0.00 |
| Sanchez Energy Corporation | Geosouthern Lavaca Properties, LLC | Operating Agreement | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2013 Amendment to JOA | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2013 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2014 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Palmetto, LLC | Marathon Oil Company | 2015 Amendment to JOA Casing Point Election Provision | $0.00 |
| SN Operating, LLC<br>SN Cotulla Assets, LLC | Milagro Producing LLC<br>F-250, LLC<br>Enerquest Oil And Gas, LLC | Operating Agreement | $0.00 |
| SN Cotulla Assets, LLC<br>SN Operating, LLC | F-250 LLC<br>Milagro Producing LLC<br>Enerquest Oil and Gas LLC | Operating Agreement | $0.00 |
| SN EF Maverick, LLC | TXCO Energy Corp.<br>Anadarko E&P Company LP | Joint Exploration Agreement | $0.00 |
| SN EF Maverick, LLC | St. Mary Land & Exploration Company<br>TXCO Resources, Inc. | Ratification of Joint Exploration Agreement | $0.00 |
| ~~SN EF Maverick, LLC~~ | ~~Anadarko E&P Onshore LLC~~<br>~~Eagle Ford TX LP~~<br>~~SM Energy Company~~<br>~~Mitsui E&P Texas LP~~ | ~~Amendment to Joint Exploration Agreement~~ | ~~$0.00~~ |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Encana Oil & Gas (USA) Inc | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Australis TMS Inc | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Australis TMS Inc | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | Goodrich Petroleum Company LLC | Joint Operating Agmt | $0.00 |
| SN TMS LLC | SR Acquisition I LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Sep Holdings IV LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Burlington Resources Oil & Gas Co | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Marathon Oil EF LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | BXP Partners IV LP | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | JWT Resources I Ltd | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | RTM Production LLC | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | US Enercorp Ltd | Joint Operating Agmt | $0.00 |
| SN Palmetto LLC | Walter Oil & Gas Corporation | Joint Operating Agmt | $0.00 |
| SN Cotulla Assests LLC | OOGC America LLC | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN Cotulla Assests LLC | Jamestown Resources LLC | Joint Operating Agmt | $0.00 |
| SN Cotulla Assests LLC | OOGC America LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | XTO Energy Inc | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Bill D Bassore | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Carolyn S Wise | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Donald Powell | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Kathy Kennedy | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | Gavilan Resources LLC | Joint Operating Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Joint Operating Agmt | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Clarke, Mark W. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Dunlap, Scott A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Furbee, Daniel W. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Gatlin, Greet L. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Griffin, Holly F. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hill, Garrick A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | King, Cham J. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Logan, Rachel L. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Phillips, Louis A. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Ridings, Michael B. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Robinson, Holly C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Taliaferro, Kiera C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Tomaselli, John C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Phantom Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Yu, Henry C. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Ziegler, Michael T. | Phantom Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| SN EF Maverick, LLC | KPMG LLP | Engagement Letter Amendment | $0.00 |
| Sanchez Energy Corporation | KPMG LLP | Master Engagement Letter and Amendment | $0.00 |
| SN EF Maverick, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Tax Examination Agreement | $0.00 |
| SN Operating, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Tax Examination Agreement | $0.00 |
| SN EF Maverick, LLC | The Compliance Group, Inc. | Railroad Commission of Texas T-4 Management Program | $0.00 |
| SN Operating, LLC | The Compliance Group, Inc. | Railroad Commission of Texas T-4 Management Program | $0.00 |
| Sanchez Energy Corporation | CDM Smith Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Planning Thru Completion, LLC | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Coax Solutions | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | HTK Consultants, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Prisma Info Systems Pvt Ltd | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Seven Lakes Enterprises, Inc. | Professional Services Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Diversified Project Services International, Inc. | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Medic First Aid International, Inc | Professional Services Agreement - #PSA-19-008 | $0.00 |
| SN EF Maverick, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | $55,140.94 |
| SN Operating, LLC | T-Cot, Inc. d/b/a Tax Consultants of Texas | Direct Pay Permit Use Tax Consulting Agreement | $10,469.23 |
| Sanchez Energy Corporation | C&J Safety Solutions | Professional Services Contract | $0.00 |
| Sanchez Energy Corporation | Don Ray George & Associates, Inc. | Engineering Services Contract | $0.00 |
| Sanchez Energy Corporation | Gibbs & Bruns | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Aegis Energy Risk LLC | Agreement | $0.00 |
| Sanchez Energy Corporation | Norton Rose Fulbright US LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Richards Layton & Finger | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Dodson & Everett | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Huddleston Law Group | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Ernst & Young US Llp | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Shipley Snell Montgomery LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | K & L Gates Llp | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Heyman Enerio Gattuso & Hirzel Llp | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | McGinnis Lochbridge & Kilgore | Engagement Letter | $3,512.00 |
| Sanchez Energy Corporation | Christopher D. Heinson | Professional Services Agreement | $0.00 |
| Sanchez Energy Corporation | Steven W. Adam | Professional Services Agreement | $0.00 |
| Sanchez Energy Corpration | Gibbs & Bruns | Amended Engagement Letter | $0.00 |
| Sanchez Energy Corporation | KPMG LLP | Engagement Letter | $0.00 |
| Sanchez Energy Corporation | Preminor Inc | Proposal for Consulting Services | $55,543.88 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Service Order Number: 129506 Date: 05/17/2017 | $0.00 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Blanket Service Order | $0.00 |
| SN EF Maverick, LLC | Kodiak Services, LLC | Work Order | $86,683.07 |
| SN EF Maverick, LLC | Anadarko Petroleum Corp - Carrizo Springs | Contract Addendum - Transfer of Equipment | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Axip Energy Services, LP | Schedule to Services Contract | $0.00 |
| Sanchez Energy Corporation | Chemoil Corporation | Quick Pay Agreement | $0.00 |
| Sanchez Energy Corporation | Csi Compressco | Service Order | $0.00 |
| SN EF Maverick, LLC | CSI Compressco Operating LLC | Blanket Service Order | $0.00 |
| Sanchez Energy Corporation | Flogistix, LP | Service Agreement | $0.00 |
| Sanchez Energy Corporation | AGI Industries | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN EF Maverick, LLC | ARC Energy Equipment, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Aztec Bolting Services, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Cathodic Control Systems, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Charter Pipe, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Charter Pipe, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Stim-Lab Inc. (a Core Labortories Company) | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Davenport Drilling | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | DW Industries | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Eagle Pipe | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Endress + Hauser Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Endress+Hausser Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corp. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corp | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Flexsteel USA, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Flexsteel USA, Inc. | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | | | |
| Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Gardner Denver Petroleum Pumps, LLC | Purchase Order | $0.00 |
| SN Operating, LLC Sanchez Energy Corporation | Gardner Denver Petroleum Pumps LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Global Vessel & Tank | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Grainger | Purchase Order | $0.00 |
| Sanchez Energy Corporation SN Operating, LLC | Holt/Cat | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Intertek Upstream Services | Purchase Order | $0.00 |
| Sanchez Energy Corporation | JAG Energy Holdings | Purchase Order | $0.00 |
| SN EF Maverick, LLC | JAG Energy USA, Inc. | Purchase Contract | $0.00 |
| Sanchez Energy Corporation | JM Test Systems | Purchase Order | $0.00 |
| Sanchez Energy Corporation SN Operating, LLC | Kimber Oilfield Services LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation SN EF Maverick, LLC | Macon Concrete Products, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation SN EF Maverick, LLC | Macon Concrete Products, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | GJR Meyer Service, Inc. dba Meyer | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Modflex | Purchase Order | $0.00 |
| SN Operating, LLC | Fiberspar Corporation | Purchase Order | $0.00 |
| SN Operating, LLC Sanchez Energy Corporation | National Oilwell Varco, LP | Purchase Order | $0.00 |
| SN Operating, LLC | Fiberspar Corporation | Purchase Order | $0.00 |
| SN EF Maverick, LLC Sanchez Energy Corporation | Nov-Tuboscope | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | NOV- Tuboscope | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | National Oilwell Varco, L.P. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation (Nov- Fiber Glass Systems) | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Fiberspar Corporation (Nov- Fiber Glass Systems) | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | National Oilwell Varco, L.P. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Odessa Pumps-Boerne | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Overwatch Enterprise | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Pan Tech Corporation | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Petro Amigos Supply Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Petro Amigos Supply Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Petroleum Pipe Americas Corp. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Petroskills | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Polyco Pipe, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | ProFab Construction | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Profab Construction | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Romco Equipment Co. | Purchase Order | $0.00 |
| Sanchez Energy Corporation<br>SN Operating, LLC | Shield Wellhead Protection/Speedy Containers | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy | Shield Wellhead Protection/Speedy Containers | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Corporation | | | |
| SN Operating, LLC<br>Sanchez Energy Corporation | Tavo's Towing, LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Tenaris | Purchase Order | $0.00 |
| SN Operating, LLC | Tenaris | Purchase Order | $0.00 |
| SN EF Maverick, LLC | Tes-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC<br>SN Catarina, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Catarina, LLC<br>SN Operating, LLC | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Tex-Isle Supply, Inc. | Purchase Order | $0.00 |
| SN Operating, LLC<br>Sanchez Energy Corporation | Tractor Supply Co. | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Transsupply, LLC | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Trident Steel | Purchase Order | $0.00 |
| SN EF Maverick, LLC<br>Sanchez Energy Corporation | Twopro Energy Services LLC | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| SN Operating, LLC | United Vision Logistics | Purchase Order | $0.00 |
| Sanchez Energy Corporation | Wellflex Energy Solutions | Purchase Order | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Wellflex Energy Solutions | Purchase Order | $0.00 |
| SN Operating, LLC Sanchez Energy Corporation | Fiix | Purchase Order | $0.00 |
| SN Operating, LLC | Milford - South Texas | Purchase Order | $0.00 |
| SN Operating, LLC Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Purchase Order | $0.00 |
| SN EF Maverick, LLC Sanchez Energy Corporation | Strategy Engineering & Consulting, LLC | Purchase Order | $0.00 |
| SN Operating, LLC | Pruitt's Frac Tanks South Texas LLC dba TP Services | Work Order | $0.00 |
| Sanchez Energy Corporation SN EF Maverick, LLC | Tenaris Global Services (USA) Corporation | Agreement for the Provision of Goods | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company LLC | Amendment No. 1 to Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company, LLC | Water Supply Agreement | $0.00 |
| SN EF Maverick, LLC | Kingsley Water Company, LLC | Water Supply Agreement | $0.00 |
| ~~SN Catarina, LLC~~ | ~~Carnero Gathering, LLC Sanchez Production Partners LP~~ | ~~Assignment of Membership Interests and Adoption Agreement~~ | ~~$0.00~~ |
| SN EF Maverick, LLC SN Catarina, LLC | | Base Contract for Sale and Purchase of Natural Gas | $0.00 |
| SN Catarina, LLC Sanchez Energy Corporation | | Consent Agreement | $0.00 |
| SN TMS LLC | Sanchez Oil & Gas Corporation | Pipeline and Surface Site Agmt. | $0.00 |
| SN Cotulla Assets LLC | Sanchez Oil & Gas Corporation | Water Usage Agreement | $0.00 |
| SN EF Maverick | SN EF Unsub; Anadarko E&P Onshore LLC; Gavilan Resources LLC | Non-Exclusive Data Use License and Access Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Hink, Kirsten A. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Sanchez, Patricio D. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Adam, Steven W. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Happ, John H. | Restricted Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Heinson, Christopher D. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Knox II, William D. | Restricted Award dated 04/15/2016 - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Satterfield, William M. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (3 yr.) - Restrictive Covenant Agreement | $0.00 |
| Sanchez Energy Corporation | Willinger, Gerald F. | Restricted Award dated 04/15/2016 (5 yr.) - Restrictive Covenant Agreement | $0.00 |
| SN Catarina, LLC | Swepi LP | Seismic Data License Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Petroleum Corporation Gavilan Resources, LLC (fka Aguila Production, LLC) | Non-Exclusive Seismic Data Use License Cochina 3D; Pelon 3D DID# | $0.00 |
| SN Palmetto, LLC | CML Exploration, LLC | Assignment of Ownership Rights in 3D Seismic Data and Data Use License Agreement | $0.00 |
| Sanchez Energy Corporation | CML Exploration, LLC | Data Use License | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Letter of Intent - Seismic License Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Letter Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Supplemental Agreement to the Master Geophysical Data Use License- SEI Reference Number 18-0429-3D | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange, Inc. | Volume License Agreement | $0.00 |
| Sanchez Energy Corporation | Seismic Exchange Inc | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | Chesapeake Energy Corporation | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | OOGC America LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | Petty Energy LP | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | Chesapeake Exploration Limited Part | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | OOGC America LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN Catarina LLC | Petty Energy LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Eagle Ford TX LP (Earned) | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | ENG San Miguel Development LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | ETNA Energy, LLC | Seismic Lic & Exp Agmt | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick LLC | Gavilan Resources LLC | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Mitsui E&P Texas LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | SN EF Unsub LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick LLC | Venado EF LP | Seismic Lic & Exp Agmt | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Fitzsimons Oil and Gas Management Trust<br>Galivan Resources LLC<br>Eagle Ford TX LP<br>Venado EF LP<br>Mitsui E&P Texas LP<br>ENG San Miguel Development LLC<br>Etna Energy LLC<br>SN EF UnSub Holdings, LLC | Amendment No. 1 to Geophysical and Seismic Data Use Agreement | $0.00 |
| SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC<br>SN EF Maverick, LLC | Fitzsimons Oil and Gas Management Trust<br>Galivan Resources LLC<br>Eagle Ford TX LP<br>Venado EF LP<br>Mitsui E&P Texas LP<br>ENG San Miguel Development LLC<br>Etna Energy LLC<br>SN EF Unsub, LP | Geophysical and Seismic Data Use Agreement | $0.00 |
| Sanchez Energy Corporation | Aguilar, Marvin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Ammoune, Brahim | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Arar, Sherin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Auguillard, Rhiana | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bayer, Scott | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Beyer, Keith | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Brandon, Tracy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Browder, Jay | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Calderon, Ramon | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Canales, Luis | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Cohen, Benjamin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Condry, James | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Countryman, Amy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Cuevas, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | D'Souza, Danfix | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Dunning, Hayden | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | El Awad Ibrahim, Salim | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Falconer, Eric | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Farmer, David | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Foley, Justin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Garvin, Maria | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gifford, Will | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gonzalez Jr., Edwin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Green, Lucas | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Guedry, Joseph | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Hernandez, Yvonne | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Kellum, Russell | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Kong, Xianhui | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Macleod, C.W. | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Maldonado, Tomas | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Martinez, Marcos | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mendez, Adela | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Milano, Lourdes | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miller, Taminia | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Montes, Omar | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Moreno, Mike | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Munoz, Jesse | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Narvaiz, Melissa | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Norman Jr, Kent | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Olson, Matthew | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Peters, Christella | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Popp, Dana | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Rangel, Roger | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Refunjol, Xavier | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Reinhardt, Connor | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Roman, Jeff | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Shen, Yijie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Smith, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Solis, Stefanie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Thompson, Amy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Trevino, Jesse | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Valin, Garry | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Varghese, Cybil | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Washington, Charlie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Wedgewood, Melinda | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Williams, Anjelica | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Williams, Christy | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Woolley, Kevin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Yan, Bicheng | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Yu, Brian | Confidential Separation Agreement and General Release | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| Sanchez Energy Corporation | Zornes, Karen | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bailey, Angela | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Bender, Justin | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Gooden-Baker, Theresa | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Lane, David | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Lucken, Kimberlyn | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mabry Iii., James | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Marlow, Paul | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miller, Richard | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Mollard, Brandie | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Ramos, Joshua | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Settle, Lon | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Thompson, John | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Turner, Kenneth | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | Miguel, Moreno | Confidential Separation Agreement and General Release | $0.00 |
| Sanchez Energy Corporation | U.S. Specialty Insurance Company | Performance Bond | $0.00 |
| SN Operating, LLC | RLI Insurance Company | Collateral Agreement and Receipt Bond #RLB0016002 and #RLB0015120 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company | Blanket Performance Bond #B010411 | $0.00 |
| SN EF Maverick, LLC | State of Texas, Railroad Commission of Texas, Oil and Gas Division<br>U.S. Specialty Insurance Company | Blanket Performance Bond P-5PB(2) Continuation Certificate #B010411 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Blanket Performance Bond P-5PB(2) Continuation Certificate #B010411 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>Railroad Commission of Texas | Blanket Performance Bond - Bond #B011105 | $0.00 |
| SN EF Maverick, LLC | U.S. Specialty Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Railroad Commission of Texas - Continuation Certificate - Bond #B011105 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>Railroad Commission of Texas | Blanket Performance Bond #RIB0015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate / Blanket Performance Bond #RIB015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company | Continuation Certificate - Blanket | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| | State of Texas, Railroad Commission of Texas, Oil and Gas Division | Performance Bond #RLB0016002 | |
| Sanchez Energy Corporation | RLI Indemnity Company<br>RLI Insurance Company | Indemnity Agreement | $0.00 |
| Sanchez Energy Corporation | U.S. Specialty Insurance Company | Payment and Indemnity Agreement No. 1058 | $0.00 |
| SN EF Maverick, LLC | Indemco | Additional Named Principal Supplement | $0.00 |
| SN Operating, LLC | State of Texas, Railroad Commission of Texas, Oil and Gas Division<br>RLI Insurance Company | Continuation Certificate Bond #RLB0015120 | $0.00 |
| SN Operating, LLC | RLI Insurance Company<br>State of Texas, Railroad Commission of Texas, Oil and Gas Division | Continuation Certificate Bond #RLB0016002 | $0.00 |
| SN EF Maverick LLC | TPL SouthTexas Transmission Company LP | Interruptible Intrastate Gas Transportation Service Agreement | $0.00 |
| SN EF Maverick LLC | TPL SouthTexas Transmission Company LP | Interruptible Interstate Gas Transportation Service Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Company, LP, c/o Anadarko Petroleum Corporation<br>Enterprise Hydrocarbons L.P., by Enterprise Products Operating, LLC, its general partner | Gas Processing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Enterprise Hydrocarbons LP, by Enterprise Products Operating LLC, its general partner, by Enterprise Products OLPGP Inc., its sole manager | Second Amendment to Gas Processing Agreement | $0.00 |
| SN EF Maverick, LLC | Enterprise Hydrocarbons, LP; by Enterprise Products Operating, LLC; by Enterprise Products OLPGP, Inc. | Third Amendment to Gas Processing Agreement | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Firm Interstate Gas Transportation Service Agreement, as amended | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC | TPL SouthTexas Transmission Company LP | Firm Intrastate Gas Transportation Service Agreement, as amended | $0.00 |
| Sanchez Energy Corporation, SN CATARINA, LLC, SN Midstream, LLC | TPL SouthTex Processing Company LP | Netting Agreement, as amended | $0.00 |
| Sanchez Energy Corporation | C&D Production Specialist Co., Inc.<br>Sanchez Oil & Gas Corporation | Master Service Agreement | $0.00 |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Crude Oil Production Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Gavilan Resources, LLC | Residue Gas Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Crude Oil Production Marketing Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP<br>Anadarko E&P Company LP<br>Anadarko Energy Services Company | Maverick Residue Gas Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Crude Oil Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC<br>Mitsui E&P Texas, LP | Maverick Residue Gas Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Sm Energy Company<br>Anadarko Energy Services Company<br>Anadarko E&P Onshore, LLC | Maverick Residue Gas Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC , f/k/a Anadarko E&P Company LP<br>Anadarko Energy Services Company<br>Sm Energy Company | Maverick Natural Gas Liquids Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC , f/k/a Anadarko E&P Company LP<br>Anadarko Energy Services Company<br>SM Energy Company | Maverick Oil Production Marketing Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Kerr-Mcgee Oil & Gas Onshore, LP<br>Gavilan Resources, LLC | Specified Gathering Assumption Agreement | $0.00 |
| SN EF Maverick, LLC | Eagle Ford TX LP | Letter Agreement Re: Gas Agreements | $0.00 |
| SN EF Maverick, LLC | Venado EF LP | Letter Agreement Re: Gas Agreements | $0.00 |
| SN UR Holdings, LLC | SN EF UnSub GP, LLC<br>GSO ST Holdings Associates LLC | Amended and Restated Limited Liability Company Agreement | $0.00 |
| SN EF Maverick, LLC | Mitsui E&P Texas LP<br>Eagle Ford<br>Sm Energy Company<br>Anadarko E&P Onshore LLC | Letter Agreement Effecting Dissolution of Units | $0.00 |
| SN EF Maverick, LLC | Sm Energy<br>Anadarko E&P Onshore LLC<br>Mitsui E&P Texas LP<br>Eagle Ford TX LP | Amendment – Confidentiality of Information | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | First Amendment to Gas Gathering Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | $0.00 |
| SN EF Maverick, LLC | Anadarko E&P Onshore, LLC<br>Endeavor Natural Gas, LP | Interconnection Agreement | $0.00 |
| SN EF Maverick, LLC<br>SN Catarina, LLC<br>SN Catarina, LLC | Texas Pipeline Webb County Lean System LLC<br>SN Catarina, LLC<br>Texas Pipeline Webb County Lean | Interruptible Transport Service Agreement | $0.00 |

| Debtor(s) | Counterparty(ies) | Contract Description | Cure Claim |
|---|---|---|---|
| SN EF Maverick, LLC | System LLC<br>SN EF Maverick, LLC | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | § | Case No. 19-34508 (MI) |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that on April 30, 2020, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered the *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1212] (the "Confirmation Order"). The *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan")[2] is attached to the Confirmation Order as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on June 30, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Administrative Claims Bar Date with respect to Administrative Claims other than Professional Fee Claims shall be 30 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all Professionals shall file Final Fee Applications no later than 60 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that unless otherwise indicated or agreed by the Debtors and the applicable contract counterparties and except as expressly otherwise provided in paragraphs 23-25 of the Confirmation Order, assumptions, assumptions and assignments or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan are effective as of the Effective Date.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis, LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, Sanchez Energy Corporation shall be known as Mesquite Energy, Inc. (as more specifically detailed in the *Notice of Filing of Amended Exhibit A of the Plan Supplement for the Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and Its Debtor Affiliates* [Docket No. 1394]).

**PLEASE TAKE FURTHER NOTICE** that the terms of the Plan, the Plan Supplement, and the Confirmation Order are immediately effective and enforceable and deemed binding upon (i) the Debtors; (ii) any and all Holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan); (iii) all Entities that are parties to or are subject to the exculpation and injunction provisions of the Plan, the Professional Fee Settlement, and/or the other settlements, compromises, releases, and injunctions described in the Plan; (iv) each Entity acquiring property under the Plan or the Confirmation Order; and (v) any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases are available free of charge by visiting https://cases.primeclerk.com/sanchezenergy/ or by calling U.S. toll free: (844) 232-0067 or (917) 942-6393 (International). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

Houston, Texas
Dated: June 30, 2020

/s/ *Elizabeth C. Freeman*

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Elizabeth Freeman (TX Bar No. 24009222)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4284
Facsimile: (713) 308-4184
mcavenaugh@jw.com

*Counsel for the Debtors and*
*Debtors in Possession*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (TX Bar No. 00793386)
Lacy M. Lawrence (TX Bar No. 24055913)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

- and -

Ira S. Dizengoff (*pro hac vice*)
Lisa Beckerman (*pro hac vice*)
Jason P. Rubin (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com

- and -

James Savin (*pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

*Counsel for the Debtors and*
*Debtors in Possession*

**Certificate of Service**

I certify that on June 30, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Elizabeth C. Freeman*
Elizabeth C. Freeman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS (HOUSTON)

| | |
|---|---|
| IN RE: | Case No. 19-34508 |
| | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, et al., | 515 Rusk<br>Houston, Texas 77002 |
| Debtors. | Monday, June 29, 2020<br>11:00 a.m. |

TRANSCRIPT OF TELEPHONIC HEARING
RE: EMERGENCY MOTION OF GAVILAN RESOURCES, LLC, TO STRIKE CERTAIN PORTIONS OF DEBTORS' REPLY IN SUPPORT OF EMERGENCY MOTION PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER (A) APPROVING A SETTLEMENT WITH CERTAIN MIDSTREAM COUNTERPARTIES AND (B) AUTHORIZING THE ASSUMPTION OF CERTAIN RELATED CONTRACTS, AS AMENDED
**BEFORE THE HONORABLE MARVIN ISGUR VIA VIDEO CONFERENCE**
**UNITED STATES BANKRUPTCY COURT JUDGE**

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For the Debtors: | Jackson Walker, LLP<br>By: MATTHEW D. CAVENAUGH, ESQ.<br>ELIZABETH C. FREEMAN, ESQ.<br>CAMERON SECORD, ESQ.<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>(713) 752-4200 |
| For Gavilan Resources, LLC: | Weil Gotshal, et al.<br>BY: ALFREDO R. PEREZ, ESQ.<br>700 Louisiana, Suite 1700<br>Houston, TX 77002<br>(713) 546-5040 |

TELEPHONIC APPEARANCES CONTINUED.

| | |
|---|---|
| Audio Operator: | Court Personnel |
| Transcription Company: | Access Transcripts, LLC<br>10110 Youngwood Lane<br>Fishers, IN 46038<br>(855) 873-2223<br>www.accesstranscripts.com |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

TELEPHONIC APPEARANCES (Continued):

| | |
|---|---|
| For Occidental Petroleum Corporation: | White & Case, LLP<br>BY: JASON ZAKIA, ESQ.<br>111 South Wacker Drive<br>Chicago, IL 60606-4302<br>(312) 881-5400 |
| | White & Case, LLP<br>BY: CHRISTOPHER SHORE, ESQ.<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>(212) 819 8200 |
| For Western Midstream Partners and Springfield Pipeline, LLC: | Gray Reed & McGraw, LLP<br>BY: JASON BROOKNER, ESQ.<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>(469) 320-6132 |
| | Gray Reed & McGraw LLP<br>BY: JONATHAN M. HYMAN, ESQ.<br>1300 Post Oak Boulevard<br>Suite 2000<br>Houston, TX 77056<br>(713) 986-7000 |
| For Ad Hoc Group of Senior Secured Noteholders and DIP Lenders: | Morrison & Foerster, LLP<br>BY: DENNIS L. JENKINS, ESQ.<br>JAMES E. HOUGH, ESQ.<br>250 West 55th Street<br>New York, NY 10019-9601<br>(212) 468-8000 |
| For Ad Hoc Group of Holders of 7.25% Senior Secured First Lien Notes due 2023: | Morrison & Foerster, LLP<br>BY: MICHAEL D. BIRNBAUM, ESQ.<br>JAMIE A. LEVITT, ESQ.<br>250 West 55th Street<br>New York, NY 10019-9601<br>(212) 468-8000 |

TELEPHONIC APPEARANCES (Continued):

| | |
|---|---|
| For GSO Capital Partners LP and Certain Affiliates: | Paul Weiss Rifkind Wharton Garrison, LLP<br>BY: PAUL M. BASTA, ESQ.<br>ALICE BELISLE EATON, ESQ.<br>ANDREW J. EHRLICH, ESQ.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 |
| For Sanchez Midstream Partners, LP: | Hunton Andrews Kurth, LLP<br>BY: TIMOTHY DAVIDSON, II, ESQ.<br>MICHAEL D. MORFEY, ESQ.<br>600 Travis, Suite 4200<br>Houston, TX 77002<br>(713) 220-3810 |
| For Mitsui E&P Texas LP and Mitsui & Co. Energy Marketing & Services (USA), Inc. | Sidley Austin, LLP<br>BY: MAEGAN QUEJADA, ESQ.<br>MICHAEL FISHEL, ESQ.<br>1000 Louisiana Street, Ste 5900<br>Houston, TX 77002<br>(713) 495-4500 |
| For the Official Committee Committee of Unsecured Creditors: | Milbank Tweed Hadley & McCloy<br>BY: BENJAMIN SCHAK, ESQ.<br>1850 K. Street NW, Suite 1100<br>Washington, DC 20006<br>(212) 530-5000<br><br>Locke Lord, LLP<br>BY: PHILIP EISENBERG, ESQ.<br>JPMorgan Chase Tower<br>600 Travis<br>Suite 2800<br>Houston, TX 77002<br>(713) 226-1200 |

TELEPHONIC APPEARANCES (Continued):

| | |
|---|---|
| For Ad Hoc Unsecured Noteholder Group: | Quinn Emanuel Urquhart & Sullivan, LLP<br>BY: BENJAMIN I. FINESTONE, ESQ.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000 |
| For Eagle Ford TX LP: | Morgan, Lewis & Bockius, LLP<br>BY: JULIA FROST-DAVIES, ESQ.<br>One Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8422 |
| For Smith Production, Inc.: | Law Office of Tom Kirkendall<br>BY: TOM KIRKENDALL, ESQ.<br>2 Violetta Court<br>The Woodlands, TX 77381<br>(713) 703-3536 |
| For Pipeline Company, LLC: | Porter Hedges, LLP<br>BY: JOSHUA W. WOLFSHOHL, ESQ.<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>(713) 226-6000 |
| For Venado: | Kirkland & Ellis, LLP<br>BY: APARNA YENAMANDRA, ESQ.<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 |
| For Wilmington Savings Fund Society, FSB: | Arnold & Porter Kaye Scholer, LLP<br>BY: JONATHAN I. LEVINE, ESQ.<br>250 West 55th St<br>New York, NY 10019-9601<br>(212) 836-7010 |
| Also Present: | Mohsin Meghji<br>M-III Partners, L.P.<br>CRO for the Debtors |

(Proceedings commence at 11:00 a.m.)

THE COURT: All right. Good morning. We're here on the Sanchez Energy case. It is 19-34508. We'll go ahead and proceed with today's hearing. I want to begin with argument -- I've read the pleadings -- as to whether we are allowed to proceed, given the terms of the plan. I have already stricken the portions of the pleadings that apply to any statements that have been made by Judge Jones. I don't want to hear his view or what he might have to say about it. But I have read the pleadings as to whether, in fact, we should be proceeding, notwithstanding the provisions of the plan.

So I'll let the debtors start with that, and then we'll move from there to anyone else that wishes to make comments about that. So whoever wishes to begin for the debtor, if you would, please press "five star."

All right, Mr. Cavenaugh. We'll start with you.

MR. CAVENAUGH: Thank you, Your Honor. Matthew Cavenaugh and Elizabeth Freeman for the debtors. Can you hear me okay?

THE COURT: Yes, sir.

MR. CAVENAUGH: Thank you, Your Honor. And I will keep my portion of this argument short and yield the podium to counsel for the DIP lender and counsel for the UCC who also handled -- or also filed and submitted briefs on this particular issue.

But, Your Honor, after thinking about those comments and looking at the plan language and the operation of the plan language, it is our view, Your Honor, that the debtor is still within its rights and is indeed obligated if it wants to proceed with a compromise, that it must do so under 9019.

The provisions that we walked through during the course of the last hearing, Your Honor, we respectfully submit are not effective yet until the plan goes effective. Until the plan goes effective, all of the rights, claims, and causes of action are still vested in the debtor. It is the debtor that is seeking a compromise of those claims to which it still has title to. And until -- unless and until the plan goes effective, those claims remain from the debtor.

And as we outlined in our briefing and as we stand here today, Your Honor, the plan has not gone effective; and therefore, the debtors still retain all the rights to any claims and causes of action, and have not delegated or otherwise transferred that right to any other entity, unless and until the plan goes effective.

THE COURT: So yeah, look. I know the plan hasn't gone effective and I know the provisions of the plan aren't effective. What I don't want to do is something that is inconsistent with the plan. And those are two different questions for me. They're addressed in the briefing, but I want everybody to know my concern isn't that I have an

effective plan that has done something. It's I don't want to take action that's inconsistent with what we've already approved.

I think Mr. Jenkins wanted to make a comment next.

Mr. Jenkins, go ahead, please.

MR. JENKINS: Your Honor, can you hear me?

THE COURT: Yes, sir.

MR. JENKINS: Yes. Thank you, Your Honor. Dennis Jenkins of Morrison Foerster, on behalf of the ad hoc group of DIP lenders and the senior secured notes, Your Honor.

I do believe we've laid this out quite clearly in the briefing, and I'll reserve the rest of my comments for opening, but I do believe this is both consistent with the Bankruptcy Code itself, which under Section 1115(b) of the Bankruptcy Code is clear that a debtor remains a debtor in possession until the order or plan of reorganization states otherwise.

Here, they do not state otherwise. I think, as Your Honor just noted, the effective date hasn't occurred. And even within the plan itself, Your Honor, it contemplates the settlement of claims prior to the effective date. Section -- Article XII(B) for example, to the extent the plan is dealing with anything in transition areas, made it clear the debtors can file with the bankruptcy court, quote, "such agreements and other documents as may be necessary or appropriate to effectuate and further evidence the terms and conditions of the

plan."

In addition, this plan, Your Honor, provides that all causes of action on the effective date vest in the reorganized debtors; and with one exception, the debtors have -- will not need to come back to court for approval of any settlement of litigation of those claims.

There was one reservation that said if you're going to during the lien-related litigation period settle any claims or causes of action against insiders. So during that very narrow period, you would still come back after the effective date, to the Court, to get approval as -- under 9019, as we're seeking now. But that only applied after the effective date, was for the very narrow purpose of making sure that notwithstanding the fact the debtors otherwise had carte blanche, so to speak, to settle claims and causes of actions after the effective date -- with that one exception after the effective date, they would come back to court.

Moreover, in addition, if you read the definitions of causes of action and the extent to which they vest in the debtors, it's clear that the only causes of action that vest in the reorganized debtors themselves pursuant to the plan are those causes of action that haven't been settled either pursuant to the plan or pursuant to a final order.

So, again, the plan itself contemplates that if a final order is entered by the bankruptcy court or other court

of competent jurisdiction, that those causes of actions could be settled pre-effective date, and obviously they then wouldn't vest in the reorganized debtors.

So the plan itself contemplates this. And what we're proposing today in terms of process is consistent both with the Bankruptcy Code and the terms of the plan, Your Honor. And so we ask that Your Honor proceed to consider the motion that's in the settlement agreement.

THE COURT: Thank you, Mr. Jenkins.

MR. JENKINS: I'm happy to answer any -- happy to answer any questions if I was insufficiently clear.

THE COURT: Let me just be sure that I'm understanding one feature of the proposal. There is this ongoing Gavilan-Sanchez dispute. I anticipate ruling on that this week. Does anything that we might approve today adversely affect the rights of Gavilan or Sanchez if we were to rule particular ways in the adversary proceeding, or does it leave the question as to whether Gavilan, Sanchez, and their distribution agreements in the Comanche field, are subject to their own terms?

MR. JENKINS: So, Your Honor, let me take that -- I think those are both variations of the same question. Every party that was negotiating or involved in the settlement agreement -- and the evidence will show this today -- knew of the Gavilan proceeding, and the intent was not to affect

anything with the settlement agreement. It would alter the range of outcomes that Your Honor might consider in finding in that. I don't think any of us deem or presume to know exactly how you're going to rule, but all of us that were involved with this had to consider the range of outcomes.

And my understanding of this is that it contemplates that range of outcomes. There are a number of conditions precedent that may or -- that have to be met under the settlement agreement before all the financial benefits and rates trigger at the back end. And if you don't meet any of them, then the deal doesn't go forward, the releases don't trigger. But what we do get at the front end is the front end liquidity that the company needs in the form of the $10 million.

So the $10 million comes in, and if Your Honor rules in such a way that the Gavilan pieces of this -- and your decision make it so that any condition precedent can't be met, we'll have to -- the agreement -- if it becomes impossible, we'll have to either renegotiate or strike a different deal.

And the same is true with any other contract counterparty --

THE COURT: Well, let me take the example that you just gave.

MR. JENKINS: Yes.

THE COURT: So if we approve this today and then

Gavilan, in your example, comes in in two weeks and says we don't approve of it and we have the right to approve of it, whether because we have that right as a participant in the venture or we have that right because we're now the operator in the venture, or we have that right because Sanchez is the operator and we have the right to decline to approve what they do -- so is anything about this deal going to preclude that argument or affect that argument by Gavilan? Or will those be fully preserved?

MR. JENKINS: Fully preserved, Your Honor.

THE COURT: Okay. Thank you.

I've got another person that wishes to speak in favor of this, and then we'll go to any that believe I don't -- that I shouldn't, given that we have the pending plan out there. Let me see who I've got.

Mr. Finestone. Mr. Finestone.

MR. FINESTONE: Sorry, Your Honor. My finger slid off the mute button. It's Ben Finestone on behalf of the ad hoc group of unsecured noteholders.

Very briefly, with respect to the plan provision that Your Honor focused on at the last hearing, we read and interpret as a party, not as a legal concluder, Your Honor, that the purpose of that section is to provide incremental burdens and requirements upon the reorganized debtor.

And there was good reason for that. My clients are,

for better or worse, merely contingent stakeholders in the reorganized debtor. It was important to us that when and were and if this debtor is to emerge from bankruptcy, that we had the protections of Rule 9019, an opportunity to be heard, and an opportunity to object to any hypothetical settlement.

We didn't need to negotiate for those protections because Congress already provided them for us prior to the effective date. And so the language that Your Honor was focused on is in fact very important to my clients, but it's protection that we negotiated for post hypothetical effective date, Your Honor. Thank you.

THE COURT: Thank you, Mr. Finestone.

So I have Mr. Perez who wants to talk, and I'm going to let him talk in a moment, but I want to hear if there's anybody else that believes that we should be proceeding notwithstanding the plan provisions.

Mr. Schak.

MR. SCHAK: Thank you, Your Honor. This is Benjamin Schak on behalf of the Official Committee. I just wanted to note that we're in complete agreement with the DIP lenders, with Mr. Finestone, the debtors, on these points, as you I'm sure read in our briefing.

THE COURT: Thank you.

Mr. Perez. Mr. Perez, you may have your own phone muted.

MR. PEREZ: Oh, no, no. I was just waiting for the cue, Your Honor.

THE COURT: Oh, sorry.

MR. PEREZ: This is Alfredo Perez. And, Your Honor, with respect to, you know, whether the Court can proceed or not proceed under the plan, obviously the plan speaks for itself. And I don't know that I have any particular insight. I wasn't part of the negotiations. I wasn't involved in any of that. So I really can't speak to it. But I definitely can speak to the question that the Court asked. And I don't know if you want me to speak to it now or in the context of our -- of my opening.

We had sequenced it so Mr. Basta would go first and I would go second, but I'm happy to address that currently or I'm happy to wait my turn. But I'm very anxious to respond to the Court's question.

THE COURT: I gave them a chance to -- this is a question about whether I was going to be tying anybody's hands about the future assumption.

MR. PEREZ: Yes. Absolutely, Your Honor. And needless to say, we have a big difference of opinion.

THE COURT: So do you have a difference of opinion as to whether this does tie your hands or as to whether it should tie your hands? Because they're telling me it shouldn't tie your hands. And if it does tie your hands, that's a problem

that can be fixed in an order. So tell me where you are on -- go ahead and answer the question, but --

MR. PEREZ: Yeah. Let's go ahead. So, Your Honor, let's -- first of all, let's understand what's happening here, okay? So what's happening here is that if you listen to what the UCC is saying, they are settling -- they're settling claims with an insider, and all of the value that is coming to the other side, who is going to then provide the rate that is coming as a result of these insider claims. And then when you depose the Carnero principals, the only value that they are getting is the volumes that are being diverted from Comanche.

So Sanchez has a 6 percent interest in the entire Comanche field. We are -- the other holders are 94 percent. And all of the value that they say they're getting is the diversion of those volumes to Carnero. So, in essence, the 94 percent of Comanche is paying for the insiders' settlement, according to the UCC. There's no world where that could be appropriate.

THE COURT: But they're telling me that this does not today do that. Are you telling me that it does today do that?

MR. PEREZ: Well -- Your Honor, it purports to do that. It's the basis -- it's the basis for it. I can't imagine they would come to you with something that they view as a nullity. It purports to do that, number one. And the only reason that they're able to do that is because they claim to be

the operator. I mean, that's the only reason. Had this -- had all these things been resolved before, they would not be in a position to direct 94 percent of the volumes. And so --

THE COURT: Well, that's what -- you all are telling me opposite things, not about what should occur, but what is occurring in the order. And there's no reason to have this dispute because we can fix it in an order.

They're telling me that all of your client's rights are fully preserved and that we're not shifting volumes now. And let me hear back from them, because maybe I'm misunderstanding that.

Before we go there, I've read the briefs. I think I was wrong. I do believe that the debtor is authorized to proceed with a 9019. I don't know whether we ought to approve the 9019. And I am very reluctant to approve it if it is going to then make a nullity of my ruling in Gavilan, and for other reasons too. But what I'm being told is -- by one side it isn't, and by the other side it is, and I don't understand why that's not simply a function that I can cure in an order, as opposed to whether this is a good idea or not under 9019.

But I want to have -- I want to go back to whoever is going to speak for the proponents' side and ask whether the order either has or can have a simple declarative sentence that says that there will be no volumes diverted unless it is approved by the parties whose volumes are going to be diverted

in accordance with whatever their rights are after we make our Gavilan decision.

So, Mr. Cavenaugh, you look like --

MR. CAVENAUGH: Yes, Your Honor.

THE COURT: -- you're eager to speak on that. Go ahead.

MR. CAVENAUGH: Your Honor, very simply, and I would very much like for the DIP lender and the UCC to weigh in on this as well. It was argued. The debtor took great pains to preserve all defenses and arguments for everything that we are not trying to decide today. And so to the extent that language is not in there, we would welcome the Court crafting the declaratory type sentence to make sure that those rights are, in fact, preserved.

THE COURT: And let me hear from anyone that believes we should not include such a declaratory sentence in the order. All the lines are -- of anyone that's previously spoken remain active. I have somebody new that may want to speak. I'll recognize them in a moment. But for those that have already spoken, is there any objection to including a declaratory sentence that preserves the rights that Mr. Perez says are being invaded? Go ahead.

Mr. Jenkins.

MR. JENKINS: Sorry. No, Your Honor. I agree with the debtors here that that type of language can be included,

Your Honor. I thought you were asking for anyone that -- could not be included. I agree they can, indeed, be included.

THE COURT: No. You had pressed "five star" again on your phone. So that's why I was just looking to you next. But I'll go ahead and turn that off for a moment. But I'm going to leave your line active.

I've got a couple other people, though, that do want to speak. And let me see who I've got. From the 508 area code, who do we have on the phone?

MR. BASTA: Yes, Your Honor. It's Paul Basta from Paul Weiss.

THE COURT: Mr. Basta, good afternoon.

MR. BASTA: Good afternoon, Your Honor. Thank you. So I just kind of wanted to dive into what the settlement does. I don't have objection to the language that Your Honor has suggested, but I wanted to comment on why it isn't enough.

So when we get into the guts of this thing, what Your Honor is going to say -- Your Honor is going to see, is that the mechanism to move the volumes from Comanche to Carnero narrow is effectuated by the rejection of an agreement with a company called Brasada. And the debtor takes the position that if that rejection occurs, then the volumes automatically move to Carnero.

And so it's true that the debtor is saying that Gavilan's rights -- and UnSub, my client's rights, are

protected to say that after giving effect to the rejection, we do not automatically move our volumes, but the problem here is that the debtor -- the debtor Maverick, who owns Comanche, is irrevocably committing itself to reject Brasada before testing the market and seeing if (audio interference) another viable alternative that can make Comanche work.

So just reserving people's rights to argue that the -- their contractual rights are protected doesn't address the problem with the settlement because the evidence is going to show that there was no business judgment process around getting the best rates for Comanche. And once the settlement order is approved, it's committing the debtor or the reorganized debtor, as the case may be, down the path of rejecting Brasada, and that cannot be turned around.

THE COURT: Let me find out from the advocates again whether, if we approve this, there then becomes an irrevocable transaction that is set into motion where parties who could object today to it won't be able to object --

UNIDENTIFIED: Your Honor --

THE COURT: -- for example, Gavilan.

UNIDENTIFIED: Your Honor, (indiscernible).

MR. CAVENAUGH: Your Honor, this is Matthew Cavenaugh for the debtors.

THE COURT: Go ahead.

MR. CAVENAUGH: The contract that -- the rejection of

Brasada that Mr. Basta just referenced, we are not seeking rejection of that here today. That is one of a number of contracts that was listed on the schedule of contracts to be rejected at a later date.

That process is going to play out, and it is our intent that all parties' rights and defenses as to whether or not those contracts can be rejected, they are preserved. And we intend for them to be preserved. And if there is language that we can add to the order to make that abundantly clear, we are happy to entertain that language, Your Honor.

THE COURT: So who will have standing to object to the Brasada rejection? Will UnSub and Gavilan have the right to say that adversely affects their rights in the Comanche field and therefore you are putting the burden on -- the economic burden on them to have that rejection, rather than on the debtor?

MR. CAVENAUGH: Your Honor, if I could answer it this way. I don't think anything that we are doing today alters their standing. They either have it or they don't. I don't think there's anything in this 9019 that would be altering that standing.

MR. PEREZ: Your Honor, can I be heard?

THE COURT: Go ahead, please.

MR. PEREZ: Couple of things. First of all, obviously, that was less than an unequivocal "yes" that we have

standing. But more importantly, Your Honor, the concern that I have is that the premise of the settlement is you get to keep your $10 million so long as you're prosecuting that rejection. And if you stop for whatever reason in the exercise of your business judgment, as a fiduciary, if you stop as -- in the exercise of your business judgment as a fiduciary, you have to give it up, they have in essence done away with their fiduciary responsibility as a debtor in this case. And that's what it does.

And it does impact us, and Mr. Basta was absolutely correct. What you really have here is a situation where, yeah, they can say we preserve all their rights, but then these other things that they're doing make it irrevocable and we can't actually, you know, have a settlement of the Comanche issues, you know, involving the 94 percent of the Comanche principals.

And obviously, Your Honor, my client is already is bankruptcy and has its full rights. But putting that aside, I just don't think it's appropriate.

MR. BASTA: And Your Honor -- it's Paul Basta. I'm sorry to interrupt in this fluid way, but this is really the guts of the entire matter, what we're talking about right now. And we have laid out in some slides for the Court exactly what our concern is that Mr. Perez has referred to. And we would very much appreciate the ability to walk through methodically what is happening here, because if the Court okays this

settlement, it has very significant ramifications. We would like to walk the Court why we reached the conclusion that that our rights at a later date are practically -- impaired today and cannot be recovered at a later date after giving effect to the settlement.

THE COURT: All right. Thank you.

Mr. Zakia. Mr. Zakia.

MR. ZAKIA: Yes, Your Honor. I had raised my hand a couple minutes ago, but I'll tell you what. It's probably better -- let Mr. Basta go and then I'll speak after he's finished, if that's acceptable to the Court.

THE COURT: All right. Look, I'm going to let you present your slides. But I first want to -- will now move into regular old opening statements, if anybody wants to make one. And you'll get to make your opening statement, but in the normal order where the advocate goes first.

So I don't know if --

MR. ZAKIA: Of course, Your Honor. Thank you.

THE COURT: -- if the debtor wants to make an opening or not.

MR. CAVENAUGH: Yes, Your Honor, I do. I think before I give my opening, I believe Mr. Jenkins also had a response to one of the Court's questions. I don't know if it was sufficiently addressed. But would ask for him to be recognized.

Mr. Jenkins, go ahead, please.

MR. JENKINS: Your Honor, can you hear me?

THE COURT: Yes, sir.

MR. JENKINS: Your Honor, I think since you're moving to openings, I will address it in the opening. I'll just simply say we disagree with what was just said by the objecting parties, that nothing is being rejected today. The opportunities for the objecting parties to object, to the extent something can be rejected or not, is preserved. This is not a point of no return, and we'll lay that out in the openings as -- as they will in their arguments as well, I'm sure. So we can move to openings, Your Honor.

THE COURT: All right. Let me just ask you, Mr. Jenkins. Would your opening -- if this is going to be the focus of everything, make more sense if he does his PowerPoint first, and then you make your opening? Or do you want to make your opening and then have his PowerPoint be in his opening?

MR. JENKINS: If you're saying "his," you mean Mr. Cavenaugh?

THE COURT: No, Mr. Basta's.

MR. JENKINS: I'm sorry. I couldn't hear what you just said.

THE COURT: Mr. Basta's.

MR. JENKINS: Oh, no, Your Honor. I think for our opening I'd like to follow Mr. Cavenaugh.

THE COURT: All right. We'll do the normal way.

Go ahead, Mr. Cavenaugh.

MR. CAVENAUGH: Thank you, Your Honor. And again, for the record, Matthew Cavenaugh of Jackson Walker on behalf of the debtors.

We are here today seeking approval of a settlement agreement pursuant to 9019 of the Federal Rules of Bankruptcy Procedure. It was filed at Docket Number 1309 on June 6th, 23 days ago. In support of this motion, the debtors will present the testimony of Mr. Mo Meghji, the company's chief restructuring officer. And, Your Honor, just if it pleases the Court, I'd like to provide a little bit of background to the extent we haven't covered it in the opening remarks earlier today.

Following my remarks, it sounds like we're going to go into Mr. Jenkins' and others that support the 9019. And Your Honor, I would like to point out at the outset that the 9019 and the relief sought therein is joined by not only the DIP lenders but the unsecured creditors committee and the ad hoc bondholders represented by Mr. Finestone, which in the context of this case is truly extraordinary.

As the Court will recall, Mr. Meghji was appointed the CRO in December of 2019, a few months into this bankruptcy case. And I'd submit the settlement agreement we will consider today reflects the wisdom of that appointment. With this

motion, Your Honor, the debtors are seeking entry of an order approving the settlement agreement executed among the debtors and certain of its midstream counterparties, SNMP and Targa.

The amended settlement agreement is attached to the revised form of order which appears at Docket 1328. As we will hear from Mr. Meghji, as consideration for the settlement, the debtors pay nothing. On the contrary, as part of the settlement, if approved, the debtors receive the following key benefits:

One, an immediate liquidity infusion of $10 million.

Two, commitment from the DIP lenders of $30 million in an exit facility that will allow the debtors to immediately (indiscernible) emerge from bankruptcy.

And finally, Your Honor, as you'll hear from Mr. Meghji, it will also allow a framework that will allow the debtors to go forward and get out of -- get out of those above market midstream contracts and obtain rate relief.

As Mr. Meghji will explain, in consideration for these extremely valuable benefits and associated uplift, the debtors will agree to release SNMP and certain of its officers and directors of potential claims that were identified by the debtors and the UCC.

Those key benefits drove the timing of this motion in a number of ways. First, as you will hear from Mr. Meghji, the settlement negotiations that culminated in the executed

agreement before you today represents an extremely difficult, multi-party negotiation. The parties have been involved in settlement efforts for months, beginning in earnest right after confirmation.

Again and again, those discussions failed and progressed, and stalled and progressed. Getting to this point has been arduous and the parties agree that time is of the essence in putting it before the Court lest the process fall apart yet again and the debtors losing precious liquidity.

While a number of objections have been lodged by other midstream counterparties, working interest owners, and Gavilan, it's important to note that this settlement agreement is supported by the vast majority of the debtors' creditors, the ad hoc group of lenders, the ad hoc group of bondholders represented by Mr. Finestone, and the unsecured creditors' committee.

In fact, with respect to certain of the working interest owners represented by Ms. Yenamandra, I believe -- and I'll let her speak to this --

THE COURT: Let me interrupt you for a minute, Mr. Cavenaugh. Everybody's agreeing this is in the debtors' interest. They're saying you're taking our money away to make it in the debtors' interest. So I don't know that I need to worry too much about whether it's in the debtors' interest. I want to hear whether or not this agreement does in fact take

assets that don't belong to the debtor and divert them for uses that benefit the debtor.

Unless I'm mistaken, Mr. Basta and Mr. Perez will agree that if you can do this, the debtor is better off. It's just the debtor is better off on the backs of other parties. So of course everyone's going to support it if -- if I accept everybody's arguments, everyone will support it except the people whose money you're taking.

Am I missing something, Mr. Basta or Mr. Perez? Do y'all disagree this is in the debtors' best interest?

MR. BASTA: Your Honor, this is Mr. Basta. There is one debtor which is definitely not in their best interest, and that's the debtor that owns the six percent of Comanche. And we will get into that.

THE COURT: Right. But the others, you agree, right?

MR. BASTA: Yes, I do, Your Honor.

THE COURT: Mr. Perez?

MR. PEREZ: Absolutely, Your Honor. And I think the most telling point is what Mr. Cavenaugh said, the debtors are paying nothing for this. We're paying for it.

THE COURT: Well, maybe the six percent.

Go ahead, Mr. Cavenaugh. But I need to focus the agreement on where the objections are.

MR. CAVENAUGH: Understood, Your Honor. And to that point, as Mr. Meghji will testify, the debtors have gone to

great lengths to ensure that no party is unduly prejudiced or denied process through this settlement. While we agree it does provide for a framework for rejecting other midstream agreements, it is the debtors' intent, and by design, all objections, extensions, and rights related to those midstream contracts are reserved for another day.

And to be clear, the debtors are not asking the Court to approve rejection of any executory contract today. That is a fight for another day which will play out in the rejection process and the adversary proceedings recently initiated by some of the objecting parties.

Furthermore, Your Honor, as you will hear from Mr. Meghji, nothing in the settlement agreement, if approved, preordains a party's right with respect to any JOA, ADA, midstream contract, or any other contract. Again, it was the debtors' intent that all of their rights are preserved. And to the extent additional language should be crafted to add to the order to confirm that point, we are open and welcome that language.

Finally, Your Honor, you'll hear from Mr. Meghji that the debtors have long been considering all of their options and will continue to evaluate all other options. They will continue to evaluate all of their options with respect to right-siding its Midstream structure, and the settlement agreement provides them a fiduciary out to do so.

Your Honor, I know the Court is well-familiar with the legal standard for relief here, but I think it's very important to reiterate that settlements are considered a normal process in reorganization. And in Jackson Brewing, we had Jackson Brewing factors. But here, Your Honor, we will go through all of the Jackson factors in detail in Mr. Meghji's testimony, and we will -- Mr. Meghji will share that we -- that we do satisfy them.

So we would ask the Court to consider the paramount interest of creditors with proper deference of their reasonable views. And here, Your Honor, that is why I would like to, again, reiterate there's broad support from the debtors' creditor body.

Understanding that some do object, as Mr. Basta's client and Mr. Perez's client do, the vast majority of the creditors support the relief requested in this motion.

Finally, Your Honor, the settlement arises out of an arm's-length negotiation that is a sound exercise of the debtors' business judgment.

And with that, Your Honor, I will pass the podium to others that support the relief we're requesting.

THE COURT: Thank you, sir.

Mr. Jenkins.

MR. JENKINS: Thank you, Your Honor. Can you hear me?

THE COURT: Yes, sir.

MR. JENKINS: Great. Thank you, Your Honor. Again, for the record, Dennis Jenkins of Morrison Foerster, on behalf of the ad hoc group of DIP lenders and senior secured noteholders.

Your Honor, I know you're focused on the arguments raised by the objecting parties. In my opening, I will get to that -- but if you'll give me a little leeway to set some framework and background for that, I will address that. We disagree strongly with them. More importantly, the arguments they would like to raise today are the arguments that are preserved for them in the future. But I will get to that, Your Honor, shortly, within the context of the opening.

By way of additional background, again, as a reminder, Your Honor, the DIP lenders are in an unusual position here. We have a confirmed plan that's not yet gone effective. The DIP loan is in default. There's been, for lack of a better word, a pause under certain aspects of the DIP facility. The debtors' plan confirmed on April 30th provides for the equitization of DIP claims, and on the effective date DIP lenders will receive 100 percent of the equity of the debtors, subject to the resolution of certain lien-related litigation.

As you would expect under such circumstances, the DIP lenders have been coordinating the transition and related

issues with the debtors, including with respect to the settlement agreement. The DIP lenders join the motion and support the relief requested. And given their interest, again, I'd like to make a few remarks by way of opening statement, Your Honor.

Your Honor, there's an urgent need for approval of this settlement agreement now. The debtors' plan of reorganization contemplates the resolution of assumption and rejection issues after confirmation and even after the effective date.

I'll come back to this in a minute, but there was a process built into the confirmation order that was heavily negotiated with all of the contract counterparties that are objecting today that preserved their rights. We are not changing those rights and will abide by the terms of the confirmation order. But this process was built into the plan and the confirmation order.

Obviously, this is an important issue, because while the debtors' plan discharges approximately $2 billion of funded debt at confirmation, it did not finalize the restructuring to the debtors' midstream and marketing structure, which is weighed down by over-market contracts and rates. The plan provided a 45-day period for going effective, following confirmation, which has been extended to get us to this hearing today. And that period was put into the plan in part to allow

the debtors to get a better view of the midstream and marketing issues before going effective.

The plan also contains a related condition precedent requiring that the DIP lenders be satisfied on the effective date the debtors' 13-week and 12-month projections demonstrate the debtors will have sufficient liquidity to operate in the ordinary course of business.

Second factor -- element of the plans related to the first, obviously. And as I mentioned, liquidity is the most urgent issue today, Your Honor. And the evidence will show the debtors need the liquidity provided by the settlement agreement.

Obviously, there's a global pandemic and a shock to the industry of which all parties were aware at the time of confirmation. And at confirmation, one of the key elements of the plan was the professional fee settlement. If you'll recall, the professionals agreed to reduce their rates and cap them for a period of 45 days, knowing that we had to get out of bankruptcy and that we needed to cut off the spend -- professional fee spend. That professional fee settlement has again been extended, but the pressure building behind that is real.

Third, Your Honor, on April 30th, as we left the confirmation hearing, we learned that Gavilan defaulted on payment of approximately $10 million of JIB payments, and then,

as we know, filed bankruptcy on May 15th, a few days later. That left the debtors with an unanticipated gap of $10 million in their projections. This default under the JDA and the joint operating agreements was not of an insignificant amount, especially for an enterprise valued at confirmation of $85 million. This triggered a lot of extra work that has been ongoing and has led to this settlement agreement.

Key elements of the settlement agreement -- well, the key element of the settlement agreement for today, because the rights to object, as we mentioned, are reserved, is the immediate uplift of $10 million of liquidity that it provides to the debtors. The combination of this liquidity with the opportunity for an improvement in midstream and marketing rates, if all the settlement agreement conditions precedent can be met, is what's now needed for the debtors' plan to go effective.

Now let me turn to the settlement agreement, Your Honor. The debtors identified a framework or a path for the assumption and rejection of contracts to improve their midstream and cost structure. That's not novel. That's what that is supposed to do. They have thousands of contracts. They have a choice. Assume or reject under the Bankruptcy Code.

When the plan of reorganization was confirmed on April 30th, the schedules and contracts to be assumed and

rejected filed at that time were consistent with the framework that is now provided in the settlement agreement. Since at least April, the objecting parties have known this. The settlement agreement does not affect or implement the proposed rejection or assumption framework at all. And importantly, as we mentioned, it reserves the rights of all other third parties, that are not party to this agreement, to object to the assumption and rejections consistent with the provisions of the plan and the confirmation order which I discussed a minute ago.

This motion is not asking for this Court to rule on whether these contracts could be rejected or not. The midstream cost reduction framework described in the settlement agreement itself could be characterized as complicated. And I know that the other parties would like to complicate today's hearing, going into all of those elements as to why it won't work, but that is for another day. But it isn't surprising because this is a very complicated web of contracts to be affected here. But the settlement agreement itself, Your Honor, is not that complicated.

Simply put, by agreeing to reject and assume contracts, as they already identified in the plan in April they would do, the debtors now receive what's basically $10 million in additional liquidity, $8 million in the form of a return letter of credit proceeds, and $2 million in the release of an administrative expense claim for which the debtors had

reserved. And they have the promise for an additional return of letter of credit proceeds, if all of this works, of an additional $6 million. In addition -- so that's $16 million, Your Honor.

In addition, if the rejection and assumptions are successful, a point which all parties are reserving on, key midstream parties, primarily Targa and SNMP, agree to material midstream and marketing rate reductions that increase the value of the debtors' estates.

The settlement agreement also results in value uplift at Comanche, not only for the debtors and SNE of Maverick, but for all other interest holders. By the rejection of these contracts, all of the debtors are in an improved position relative to the contracts they have in place today.

It also, as parties will point out, has material uplift at Catarina, where Sanchez is the 100 percent interest owner. So long as the debtors pursue this path diligently, even if it fails, the debtors will have already obtained $10 million uplift from the return letter of credit proceeds, the waived administrative expense claims, and they will have gone effective with their plan with a financing commitment in hand.

The settlement agreement itself does not effectuate a guarantee of midstream restructuring. It is only a roadmap; and frankly, a roadmap that was already signaled in the schedules filed before the plan was confirmed.

Now, Your Honor, the plan -- as I mentioned, the plan of reorganization -- or the confirmation order built in a complicated set of procedures that provide for the assumption and rejection of contracts after confirmation and even after the effective date. Those provisions are contained in Paragraphs 17 through 25 of the confirmation order.

If Your Honor will recall, we spent quite some time discussing that in the confirmation hearing. Those provisions were hotly negotiated and mentioned by name all of the objecting parties today. Their rights were reserved in a few respects: To object on the basis of whether their contracts, as they had been filed before confirmation, and as we are now proposing -- the debtors are proposing to assume and reject -- they reserve all those rights.

And in addition, pending a resolution of those objections, the debtors agreed in the confirmation order to continue complying with those contracts. All of that is preserved by this. It was hotly negotiated then, and it's preserved hereby, and they knew this was coming.

Now, Your Honor, the key question today isn't whether the contracts can in fact be rejected or assumed. And I'll come back to why. But rather, the question is whether the debtors have considered adequately all the risks and benefits of entering into this settlement agreement, exercise their business judgment in doing so, and whether the agreement meets

the requirements of 9019.

The search for more clarity about the debtor's future midstream and marketing cost structure did not begin at confirmation. The settlement agreement must be considered in a larger context of facts to be presented today, and some of which the Court can take judicial notice.

We are in the middle of a global pandemic and the oil and gas industry has experienced an historic shock. The debtors' midstream and marketing contracts are all above market. The debtors have differing interests and different asset tools, such as Catarina, Palmetto, Comanche, and Maverick. And the debtors have various roles, as interest holder and operator.

There is an ongoing dispute regarding the operation of Comanche and a pending decision by this Court. There are insider transactions subject to investigation and potential litigation, including with key partners such as SNMP. And it has been no secret that the debtors are fighting to avoid liquidation.

In this context -- and you'll hear evidence of this today -- the debtors developed a schedule of contracts to be rejected or assumed. Those schedules were filed in April. With this settlement agreement, the debtors simply have sufficient liquidity to pursue the strategy outlined in the settlement agreement and on the schedule of contracts to be

rejected or assumed.

Now you're going to hear the contract parties, and you already have, suggesting that for one reason for another the debtors would be unable to execute the midstream restructuring described in the settlement agreement. The contract counterparties have above-market contracts. So they have every reason to fight rejection. But these risks of execution were considered and weighed before filing the list of contracts to be assumed or rejected and before executing the settlement agreement. And most importantly, the settlement agreement preserves all third-party rights, consistent with the plan and the confirmation order, to object to the assumption and rejection of their contracts.

Now, it should come as no surprise that the debtors and the joint interest holders for which the debtors serve as operator, all want, they all need, rates lower than those in their existing contracts. There will be no credible evidence today that joint interest holders or the debtors would be better off by assuming their current rates for processing, transportation, and marketing.

Instead, they want the debtors to neither assume nor reject, but renegotiate, even though the counterparties to such contracts have provided no proposal for the debtors to consider.

In any event, the settlement agreement already

acknowledges that there may be a need to continue negotiations with all of these parties. There are many conditions precedent here. And if any one of them cannot be met, the debtors will need to renegotiate terms. The objecting parties simply want more leverage in those negotiations.

In addition, there is nothing in the agreement that prevents the debtors from considering all their options in such negotiations. The settlement agreement allows the debtors to cease pursuing the rejection or assumption framework in this agreement at any time. As mentioned, they need to return the $8 million letter of credit proceeds. And any party may terminate if the conditions precedent haven't been consummated by October 1st. I think -- if I did my count, that's some 95 or so days from now.

There are outs here. This is a framework within which all the parties can work to move through this. By rejecting and assuming the contracts as contemplated by the settlement agreement, the rates for both Comanche and Catarina will improve over the rates they now have. That's a fact.

The rate improvements at Comanche are approximately $7 million on a(indiscernible) basis, and yes, just over $100 million on a (indiscernible) basis at Catarina only if the settlement agreement is fully implemented subject to all the objections we are reserving. Objecting parties mischaracterize this as a diversion of their (indiscernible). It is not.

As the Court will find in the settlement agreement and through the arguments and the evidence today, the foundation of the debtors' framework for rejecting and assuming contracts hinges on the ability of the debtors to reject two agency agreements. It's a bit more complicated than this. But this is the crux of the framework.

In 2017, when UnSub and Gavilan and SNE of Maverick purchased the Comanche assets from Anadarko, Anadarko didn't assign certain midstream and marketing agreements straight out. Instead, Anadarko appointed certain of the debtors as its agent.

In addition, in 2018 -- and this is critical -- all of the joint interest parties signed a backup agreement for certain gathering and processing services with Carnero, dedicating certain of their volumes in the event the Anadarko agreements no longer applied.

So if the agency agreements are rejected, as debtors are allowed to do under the Bankruptcy Code, and as certainly they're allowed to do, subject to all rights of objecting parties to oppose it -- but the joint interest parties agreed already that their volumes would flow to Carnero. That flow is actually cheaper than the contracts they have today.

The debtors have decided to reject these two agency agreements (indiscernible) since April. The objecting parties argue this is a diversion of their volumes. But if the

contracts can be rejected under applicable law, an issue not being decided today -- again, all rights reserved -- then consequences are the result of the contracts that each of these parties already executed with Carnero. In such case, these consequences would be the creature of their own creation.

Bankruptcy law does indeed affect counterparties' rights, and this settlement agreement preserves those bankruptcy rights for the debtors, subject to objecting parties as set forth in the confirmation order.

The potential claims against SNMP has been the source of much discussion as well in these cases. The debtors' independent board and the committee each conducted separate investigations of these claims are great expense to these estates. These have been described in the disclosure statement and highlighted again in the committee's response.

In short, there has been more than sufficient consideration of these claims in the context of these cases for purposes of entering into this settlement agreement today.

The Catarina assets represent perhaps the largest single source of value for the debtors, but the debtors have no viable alternative to move their oil and gas from Catarina to market other than across SNMP's pipes. And the lease for Catarina is terminating at the end of this month.

The combination of factors justify the debtors' focus on finding a solution for the midstream marketing of these

assets as they've done in the settlement agreement. In sum, the settlement agreement provides the framework for the rejection and assumption of contracts by providing an important view into what cost structure may look like if it is successful. It's no guarantee that all the contracts can or will be assumed rejected. But that's not the issue for today. It gives the debtors a chance to work through this complicated midstream structure. They, at any time, can switch gears. They give back the $8 million. And if it's not done by October 1st, they don't have to give the $8 million. They can still terminate in 95 days or so.

In sum, this is the framework that works and allows this company to go effective. And importantly, it will also improve the debtor's liquidity immediately and allow the debtors to exit bankruptcy. Notably, I believe this agreement is supported by the ad hoc group of unsecured noteholders, and the UCC, and the other stakeholders, as has already been outlined.

Your Honor, the Court should find the settlement agreement meets the requirements of 9019. It's fair. It's equitable. It's in the best interest of the estates and the product of our bargaining and not a product of collusion. And if the other parties that do not like the results of the contracts they entered into, and the effects of bankruptcy law over them, then they should think twice about entering into

agreements like this in the future. Their rights are indeed preserved. But we need to find a way to move forward here, Your Honor. Thank you.

THE COURT: Thank you.

All right. Mr. Basta.

MR. FINESTONE: Judge, Mr. Finestone.

THE COURT: Go ahead, please.

MR. FINESTONE: Thank you, Judge. This Court sometimes, in opening remarks, doesn't let lawyers earn their paycheck. Your Honor's comments about protecting -- hypothetically protecting third parties' rights -- direct rights, not derivative rights -- in any order approving this settlement, doesn't leave much and won't leave much to actually be tried today.

As legally irrelevant it may be that my clients support the settlement and the UCC supports the settlement and the debtor is a sympathetic character and the debtor really needs this -- as legally irrelevant as all that may be to Your Honor's analysis, just as factually weak will be the GSO's, UnSub's, and Gavilan's challenges to the debtors' business judgment.

They may not like the fact that the debtor is taking a step towards a course of action that doesn't benefit them derivatively as much as Mr. Meghji made a different business judgment, but they won't actually present evidence that the

estate is not making the right decision for the estate, not for certain subgroups of people who may derivative interests.

And Your Honor, I think that would hypothetically be the end of the analysis, but the debtors are giving more than even that, because what they're -- because the way that this settlement agreement is structured, it actually doesn't even go effective until they successfully reject other contracts.

So I think they should lose today even if they didn't have the second bite at the apple to come back up -- to come back in here and challenge the actual subsequent conditions that need to be -- that need to occur before the derivative harm that they're so concerned about will actually occur, so they have even, I think, a weaker objection than we will see today, Your Honor. That's all.

THE COURT: Thank you.

Mr. Basta, I think you had a presentation you wanted to make.

MR. BASTA: I do, Your Honor. Hopefully, our technology will get our presentation up on the screen, so we'll give that a second.

MR. CAVENAUGH: Your Honor, before -- this is Matthew Cavenaugh. Before Mr. Basta presents the -- puts the presentation on the screen, I'm not trying to get in the way of his opening, but I just wanted to note I have not seen this presentation. I don't know what's in it. But, given their

witness and exhibit list that was filed just a couple hours before the original Thursday hearing, I would just -- I suspect that there is -- just looking at their witness and exhibit list, which only calls Mr. Meghji, I -- I just want to reserve my objection to the extent any of this is evidentiary. I just don't see any of it coming into the evidentiary record based on the witness and exhibit lists that are on file.

THE COURT: I'll let you make objections when he presents it if you believe that he doesn't have an evidentiary proffer that would put this into contest, and you can object to it.

So I'm --

MR. CAVENAUGH: Thank you, Your Honor.

THE COURT: -- passing the presenter role. I think you're 694, Mr. Basta. Go ahead.

MR. BASTA: Yeah, Your Honor. My colleagues are going to put up the presentation and handle the clicker. Does that mean that they need to be the presenter?

THE COURT: Yes.

MR. BASTA: Or should we get this on --

THE COURT: Yeah, whoever wants -- whosever screen we're going to see, they need to just request the presenter role.

MR. BASTA: Okay. My partner, Ms. Eaton, will be the presenter then.

THE COURT: Thank you.

Ms. Eaton, if you'd go ahead and press the request that I transfer the presenter role, or else tell me what your -- there we go. Hold on.

Ms. Eaton, good morning. Ms. Eaton, we should be able to hear from you, and I am now passing you the presenter role.

Ms. Eaton, if your own handset is muted, I won't be able to hear you, but we are now getting your presentation, so -- good. Thank you.

Let me be sure that everyone can see that. Is that -- Mr. Cavenaugh, you can see that. Is that right?

MR. CAVENAUGH: I can, Your Honor.

THE COURT: Thank you.

All right. Go ahead, please.

MR. BASTA: Okay. I'll get started, Your Honor. And Your Honor, it's Paul Basta from Paul Weiss on behalf of GSO, UnSub, and I'm joined by my partners, Ms. Eaton and Andrew Ehrlich. Mr. Ehrlich will handle cross-examination of Mr. Meghji and any evidentiary disputes that might come up.

Let me just remind Your Honor as to who we are. We showed up in the beginning of the case and as -- GSO is the credit fund that is affiliated with BlackStone. And we showed up in the beginning of the case because we have a $500 million preferred stock investment in UnSub, and there were a bunch of

investor redemption events that would have entitled GSO to take control of the board of UnSub. We didn't want to fight about that in the beginning of the case, so we entered into a tolling agreement with the debtors.

At around the time of confirmation, that tolling agreement lapsed. And with agreement with the debtors, GSO took control of the board of UnSub, and now we represent GSO and UnSub.

My presentation is going to provide a summary of the argument. I'm going to spend some time getting into the midstream arrangement. And I think the debtors would like us to say, hey, all of your rights are preserved for a later date. Well, we would like Your Honor to take a peek as to where we're heading, because I think the settlement takes you down a path that we don't think is good for us or for the debtors.

Obviously, the -- how they propose to move Comanche volume has a benefit to SNMP. I'm going to explain why we think at the end of the day that we'll never be able to accomplish this under our contractual rights. We will cover why there was no business judgment process from Maverick, which is the owner of the Comanche asset, and why the settlement does not meet 9019. And we're going to cover why this bifurcated approach, which is, hey, let's run up that $10 million and everybody's are rights reserved doesn't work and significantly impairs us moving forward.

Turning to the next page, we think the settlement agreement is -- is unlawful and should be denied. There is not a path for the debtor to move UnSub's volumes without our consent. The debtors' markets are volumes and have control of them, but that is pursuant to a marketing agreement that has been scheduled for rejection.

Now, we object to the rejection of that agreement, and if we're successful that they can't reject the marketing agreement, then they expressly need our consent to enter into any of these arrangements. And if they succeed in rejecting our marketing agreement, then they lose the right to market our property. And for the reasons we're going to explain, we are not dedicated to Catarina.

In the end, this settlement is intending where Maverick, who owns Comanche, would have to look out for the best interest of Comanche, and the Comanche's working interest owners is exercising a business judgment to reject Brasada for the benefit of affiliates of Maverick, the Catarina affiliates of Maverick.

And Your Honor is going to see there has been no separate business judgment process, and the debtor has done absolutely nothing to try to fix midstream arrangements at Comanche. And the business judgment that they tout is a global (indiscernible) business judgment. There's no particular business judgment that has been conducted by Maverick in the

best interest of the Comanche working interest owners.

If I could go to the next page, please.

Now, I'm going to spend some time, Your Honor, because I think it's very important that Your Honor sees how these relationships work --

MR. CAVENAUGH: Your Honor, Matthew Cavenaugh. May I be heard?

THE COURT: You can be heard if you have an objection, Mr. Cavenaugh.

MR. CAVENAUGH: I object, Your Honor. This assumes facts in evidence. This is not argument. This is evidentiary in nature. I have never seen this slide show presentation. They have no sponsoring witness. I would move to strike these slides.

MR. BASTA: Your Honor, this presentation is based upon agreements that are -- that are stipulated. My slide presentation went to all parties in interest on Friday -- or Thursday, and was recirculated this morning. I would also just add it's a summary of how contractual and relationships work and what the structure chart is. And I would think I could go forward with the presentation. I don't know if Mr. Ehrlich has anything to add.

THE COURT: Mr. Basta, are the documents that support the table stipulated into evidence in this hearing?

MR. BASTA: Mr. Ehrlich.

THE COURT: Let me get him -- we've got Mr. Birnbaum wanted to speak. Let me see who else.

MR. BIRNBAUM: Yes, Your Honor. Michael Birnbaum, Morrison & Foerster. I was going to join that objection and I wasn't aware that these are all stipulated into evidence, but I'll wait for Mr. Ehrlich to speak to that.

THE COURT: All right. Mr. Ehrlich.

MR. EHRLICH: Your Honor, they were not stipulated. But the document, as Mr. Basta said, was provided to all counsel on Thursday of last week and we heard no objection to the demonstrative.

THE COURT: No. I'm sorry. His -- Mr. Basta's argument is that this demonstrative is based on underlying documents that are coming into evidence today by stipulation. Is that agreed or not agreed?

MR. EHRLICH: The documents -- not all the documents that are the basis of the information for the demonstrative are stipulated, but the demonstrative was provided last week to all counsel on Thursday and there was no objection --

THE COURT: Then I'll sustain --

MR. EHRLICH: -- (indiscernible)

THE COURT: Then I'll sustain the objection. The opening statement needs to be -- needs to concern evidence that potentially will come into the record. And if this is beyond what may come into the record, it is not appropriate for

opening.

Let's go to the next slide, please.

MR. BASTA: Mr. Ehrlich -- I'm sorry to communicate this way, Your Honor, given the virtual nature. But Mr. Ehrlich, I believe that through -- that through Mr. Meghji some of the documents are going to be in the record, including some of the primary marketing and midstream agreements.

THE COURT: So the underlying document --

UNIDENTIFIED: (Indiscernible)

THE COURT: I'm sorry. Are the underlying documents on your exhibit list?

MR. EHRLICH: Certain of them are, yes. And the facts certainly can be established by examination of Mr. Meghji (indiscernible)

MR. PEREZ: Your Honor, this is Alfredo Perez. I believe these two documents which show a schematic as to who owns what are largely undisputed, and certainly Mr. Meghji can talk to the fact that, you know, there's no dispute that SN Maverick only owns 6 percent and that the other parties own the other amounts.

And the whole basis of the settlement that they're trying to prove is what's shown on this slide. So I don't believe any of this is -- will be disputed testimony in connection with Mr. Meghji's testimony.

MR. BASTA: And, Your Honor, the purpose of the

demonstrative is to give Your Honor a picture of a very complicated web of agreements, and ultimately the debtor will have full ability to -- if I stated something incorrect in the summary. But I think there's tremendous benefit if the Court can just hear how the structure works. And I believe that the purpose of the objection is to just -- deprive us of the ability to bring the Court up to speed as to how the structure works.

THE COURT: Mr. Cavenaugh, is there a dispute that this will potentially come into evidence with oral testimony --

MR. CAVENAUGH: Yes, Your Honor.

THE COURT: -- from Mr. Meghji?

Take this one, for example.

MR. CAVENAUGH: Yes.

THE COURT: Which part of this do you think Mr. Meghji isn't going to support?

MR. CAVENAUGH: Your Honor, to the extent that a document that is put on GSO's exhibit list, we have not stipulated. We have reserved all rights with respect to it. Mr. Meghji may not be the appropriate witness for some of those documents. I don't think he's got personal knowledge as to many of them. Several of the documents are not signed.

And so I don't know how they're going to get these documents in. And that's why we have not stipulated to their admission. If they are right, then they can certainly use the

-- and they get the underlying documents into evidence, they can certainly use these slides in their closing arguments.

MR. EHRLICH: Your Honor, this is Andrew Ehrlich from Paul Weiss. These are basic facts about the structure about which we can examine Mr. Meghji. And we think they're undisputable, as to the ownership --

THE COURT: On that representation, I'm going to allow the opening to proceed.

Go ahead. I'm overruling the objection. Go ahead, Mr. Basta.

MR. BASTA: Thank you very much, Your Honor. Okay. So the way the structure works, is on the top of the page, you see who the working interest owners are in Comanche basin. And they're laid out here. We see that the debtor, which is the Maverick, has 6 percent, and UnSub has 18 percent, and Mr. Perez's client, that's owned by BlackStone, owns -- has 24 percent. And then we see the other working interest owners.

And if you go down to -- the Comanche field is on the left and the Catarina field is on the right. And today, on the Catarina field, SNMP provides the gathering -- the gathering services to Catarina. And today on the Comanche side, Springfield, which is 50 percent owned by Western, is the gatherer. And Brasada, which you see on the left, that's one of the processors. And right now, 70 percent of the Comanche volumes go through Brasada and 30 percent of the Comanche

volumes are processed through -- through Energy Transfer gas and -- and just a couple of points here, Your Honor. The agreement between Western and Springfield and the debtors, that is an agreement between Sanchez operation, the parent, and -- again, and Springfield.

The Brasada agreement, which is down in the left, that is an agreement between Maverick and -- Maverick and Brasada. And we see that Carnero, which is also a processor, is owned by SNMP and Targa. So there's a tremendous overlap, Your Honor, between gatherers and the processors that are going to be key here.

One thing, Your Honor, is that a lot of the litigation that is brewing and is going to be keyed up as to whether the Western agreements can be -- can be rejected --

MR. BIRNBAUM: Your Honor, Michael Birnbaum. Michael Birnbaum. I just have to renew our objection because we've now gone from talking about what arguably would be undisputed from Mr. Meghji -- I certainly don't think that's the case -- to now arguing about percentages that you haven't heard any representation of who's going to get these numbers in, and now we're arguing from the meeting of evidence that isn't even the evidence, so we'd renew our objection to the exhibit.

THE COURT: Mr. Basta.

MR. BASTA: Your Honor, these are undisputed facts, and Mr. Ehrlich can ask Mr. Meghji. And if Mr. Meghji is not

the right -- is not the right witness, then Your Honor can disregard those facts.

But from my view, this is all being done to stop the education of the Court. There is no one who could possibly object to the veracity of these numbers. It's simple math. It's just a basic fact of how the structure works.

MR. BIRNBAUM: Your Honor, Michael Birnbaum. We certainly have no objection to educating the Court. We just think it should be done through evidentiary witnesses, not lawyer argument at this point.

THE COURT: Overruled.

Go ahead, please, Mr. Basta.

MR. BASTA: Okay. So, Your Honor, this Western agreement has minimum volume commitments in them. And so as drilling activity decreases, that Western agreement is a particular burden both to Comanche and also to the debtors writ large because unless that agreement can be rejected and there's future litigation, we have been telling the debtor for months that it has to fix that agreement because the minimum volume commitment threatens the reorganizability of both of these basins.

If we could turn to the next page.

So what has happened here is that when Maverick, which is charged as a debtor in possession for looking out for the interest of Comanche -- when Maverick rejects Brasada, then

the debtor is relying on what they call streaming dedications that says that if the Brasada went away, then the volumes automatically get committed to Carnero.

And so in the old slide, you see that Carnero didn't have any of the volumes coming from Comanche. But by rejecting -- Maverick rejecting Brasada, all of a sudden, all the working interest owners through this alleged streaming dedication, are all of a sudden going to Carnero. So at the end of the day --

THE COURT: Mr. Basta, what -- go back two slides, if you would, please.

MR. BASTA: Yes, Your Honor.

THE COURT: So what does this proposed compromise do to cause the rejection of the Brasada agreement, other than have the debtors seek to reject it and you would then have all of these arguments at that point? What are we doing now?

MR. BASTA: Okay. Your Honor, I would ask Ms. Eaton to move to Slide -- I'm sorry, Your Honor, I think it's Slide 24.

THE COURT: All right.

MR. BASTA: Okay. So, Your Honor, let's look at what happens in a typical assumption/rejection process. Typically, what would happen is the assumption and the rejection decisions would all be made prior to confirmation, so we know that we have a viable entity on the other side.

And what would happen is that Maverick, who is a

party to the -- Maverick, who is the party to Brasada, would make a business judgment as to whether to reject Brasada. And in doing that, it would go and say what -- how can I get the best processing and gathering rates for Comanche?

And they could go and they would negotiate with Western and they would consult with working interest owners and they would say, hey, Brasada, if you don't come into market, you are going to be rejected, and we are going to test the market and we're going to pick the best rates that are available for the benefit of Comanche. And the evidence will show that Maverick did not do any of that. There was no effort to renegotiate or to get the best deal for Maverick.

Now, under this process, we are -- an assumption/rejection decision is being made after confirmation and after the effective date. The debtor Maverick has committed to reject and they've had -- they committed to reject before doing any work as to whether there was a better deal for Comanche.

And while it's true that the Carnero processing rates are slightly lower than the Brasada rates, they don't make Comanche viable, and no work was done to see whether or not Comanche processing rates -- whether Comanche volumes could be promised to Brasada in exchange for a Western-Brasada cost decline that -- that they did on the Catarina side. The way they got better rates on Catarina midstream is by promising

Comanche volume. There was no effort to take the Comanche volume and say to Brasada, if we can leave those volumes with you, you would give us a better rate.

Now, it's true there's an "out," and they'll focus in on this out, Your Honor. But what the out that they're saying is that they have an ability for $8 million -- if they give back the 8 million bucks to SNMP they have the ability to -- to take a different deal. But that's not a real "out" for the following reason. All of the Sanchez economics are in Catarina. And so when we have asked the debtor what kinds of deal would cause you to not reject Brasada, they say the debtors need a better deal --

MR. BIRNBAUM: Objection, Your Honor.

MR. BASTA: But because --

MR. BIRNBAUM: Objection, Your Honor. Michael Birnbaum. We're now hearing testimony about settlement negotiations that I don't think Mr. Meghji or anybody on this witness list can speak to.

THE COURT: Yeah. Sustained.

MR. BASTA: And that --

THE COURT: Sustained. Sustained.

MR. BASTA: I apologize --

THE COURT: But I don't understand yet --

MR. BASTA: I apologize, Your Honor --

THE COURT: Well, why is there no fiduciary for

Maverick post-confirmation?

MR. BASTA: There is no fiduciary. There's never been a fiduciary for Maverick. There's nothing in the agreement that says that if the Comanche -- no one -- the Comanche working interest owners get access to Western and negotiate for better rates for Comanche, there's nothing in this process that says that if we do a better deal than Carnero for Comanche, that there's a fiduciary in place that has to look at the interest of the Comanche working interests. Because right now it's set up, in order to complete --

THE COURT: Well, who runs SN Maverick after the effective date of the plan? Who is that individual or group?

MR. BASTA: We're not aware -- Your Honor, I'm not going to testify, but we're not aware of any separate fiduciary for Comanche --

THE COURT: Wait. Let's not --

MR. BASTA: We are not aware --

THE COURT: Let's not -- I don't want to talk about the separate fiduciary. There's got to be someone that is in charge of Maverick that would have responsibility to the Gavilans of the world.

MR. BASTA: We agree, Your Honor. We agree. And we believe that if -- we need the ability -- that if the Comanche working interest owners and Gavilan and UnSub negotiate with Western to come up with a deal that makes Comanche viable, that

the decision to reject has to be made by somebody only looking out for Comanche, and they can't deny that deal because they want to benefit Sanchez affiliates that are on the Catarina side.

THE COURT: Yeah, but why -- I guess -- and so that goes back to the fundamental question. If they take action on down the road, to do what -- exactly you have described, and that is to benefit Catarina to the disadvantage of Comanche, why wouldn't I simply reject or deny at that point the motion to reject filed by SN Maverick? What are we doing today that precludes you from making the arguments down the road?

MR. BASTA: Well, Your Honor, I don't think our arguments are precluded, but Mr. Cavenaugh -- who's a dear friend -- mentioned that there's a fiduciary out. There is no fiduciary out. There is an out. And it does not pay -- and post effective date -- the person exercising the out needs to have the same obligations that a debtor in possession would have before the exit.

If Your Honor is moving towards some sort of clarification or compromise, we think that there needs -- there would have to be somebody that is equitably deciding it for -- for the benefit of the Comanche owners, and that the standard in which we evaluate that decision would be what's best for Comanche. And we don't know why we have to come up with $8 million for a breakup fee that is predicated on a settlement

that is all being done on the side of Catarina.

If the Comanche working interest owners can come up with a standalone Comanche plan, we feel like we need the ability to come back to this Court or to Judge Jones or to -- you know, any (indiscernible) court and be able to get that approved or unshackled by limitations that are made on the decision-making of Maverick.

THE COURT: So let me ask, if -- I'm going to interrupt you for a moment. I've heard the debtors say all rights are preserved. This approval would not alter whatever somebody's arguments or rights are later.

Will that include -- am I being told by the debtors that SN Maverick would have to act as a fiduciary with respect to its own post effective date rejection? Because, otherwise, I am changing the world. But I think I was told, no, I'm not changing the world, and that they would still act that way.

MR. CAVENAUGH: Your Honor, Matthew Cavenaugh. That is my understanding.

THE COURT: They would still have to act as a fiduciary to SN Maverick, an independent fiduciary with respect to Comanche, right?

MR. CAVENAUGH: Yes, Your Honor.

THE COURT: Mr. --

MR. PEREZ: Your Honor, this is Alfredo Perez. Can I be heard just for one minute?

THE COURT: Yes, sir.

MR. PEREZ: I have a hard time understanding that, Your Honor, because the entire premise of this proposal is that they will seek to reject this contract through appeal, through everything; and then if they don't, they have to give the money back.

I don't understand how you can be a fiduciary and tie your hands in a way that the key thing that did come forward and the key benefit that they've said is the ability to get this $8 million.

THE COURT: Well, no. There's --

MR. PEREZ: It's a whole --

THE COURT: -- a lot more benefits than that. No, let's back up. The benefit that would remain after they get the 8 is still 32. They're getting $30 million of new financing, as I understand it. And they get to keep the 2 under every circumstance. So there is a benefit here --

MR. PEREZ: Well, Your Honor --

THE COURT: -- that's substantial.

MR. PEREZ: The testimony was that there would be a commitment for the 30. There was nothing that said that they were actually going to fund it. I think -- I believe Mr. Meghji said that they would get a commitment for $30 million, not actually $30 million cash money coming in.

THE COURT: Okay.

MR. PEREZ: So --

THE COURT: But it's not that there are no other benefits. I'm going to want to understand -- if -- and it shouldn't matter to the SN Maverick fiduciary if a different Sanchez reorganized entity has to give back the $8 million. If they can operate as a pure fiduciary, I don't know why I'm worried about this, if -- because I'm not changing the world.

If in fact that fiduciary needs to --

MR. JENKINS: Your Honor --

THE COURT: -- worry about that fiduciary coming up with the $8 million on behalf of SN Maverick, now I understand the argument. But I'm -- want to be sure I follow it.

MR. JENKINS: Your Honor?

THE COURT: Yes.

MR. JENKINS: Dennis Jenkins. Can you hear me?

THE COURT: Yes, sir.

MR. JENKINS: I think you have it right. To put it another way, let's assume you didn't have the settlement agreement today. You'd still be seeking to reject over-market contracts. And all of the arguments as to whether or not you can or cannot reject them, as you pointed out earlier, would be preserved and they could raise those issues. Whether it's a breach of duty, whether it's a breach of contract, all those arguments are preserved.

This is a bankruptcy right, under the Bankruptcy

Code, to reject. And the limits of that are all preserved. If the debtors can, they can. If they can't, they can't. They can raise all of those arguments --

THE COURT: Do you agree --

UNIDENTIFIED: Your Honor --

MR. JENKINS: -- in that context, they can raise --

THE COURT: But do you agree that the SN Maverick fiduciary would have to make a decision for what is best for the SN Maverick, i.e. Comanche, operations without regard to the refund of the $8 million, and without regard to the effect on other Sanchez entities? It's a totally independent decision, right?

MR. JENKINS: Yeah. I believe that -- I believe that corporate law, and I believe that bankruptcy law, already establishes how those decisions are made. And I don't believe anything we're doing here is changing that.

So, even if you didn't have the settlement agreement, all of those issues are still issues and will be addressed, and their rights to raise them are addressed. There's nothing in this settlement agreement that alters them.

THE COURT: Well, I just want to be clear about this. I mean, under corporate law it's not necessarily so that the parent can't make a decision that disadvantages one sub to the benefit of the other. But here, what I'm understanding is we're not -- we are being asked to preserve the status quo as

to objections to that future SN Maverick decision, which means we look at it as to SN Maverick in isolation, without regard to whether some entity might have to repay the $8 million, and without regard to whether there's -- whether there other benefits to Sanchez. It has to work for Comanche, right?

MR. JENKINS: Right. Yes. But I do think that's also the same consequence that you would have without the settlement agreement. I don't think this settlement agreement changes that.

THE COURT: That's the question. As long as it doesn't, then I tend to agree with you. And I'm not -- and Mr. Basta's assumption is --

MR. JENKINS: Yes. I think you're absolutely right.

THE COURT: -- and Mr. Basta's assumption is we're changing that and there's no longer going to be a fiduciary review. But I'm hearing y'all tell me that the order is going to make it clear that the status quo is preserved.

So I'm going to let Mr. Basta continue, but unless I get some evidence in the record, Mr. Basta, that if I put into the order that the status quo is preserved as to what the Court's judgment is going to be based on -- and that is whether the fiduciary obligations of SN Maverick are being met without regard to the $8 million, that others might have to give back, then I'm not sure where your argument's depth is.

MR. BASTA: Your Honor, the -- I'm not going to get

into settlement communications, but the way it was articulated in terms of how it works today to the Court has not been the way that we understood it. And where Your Honor is going is that in order to for the Brasada agreement -- that there would be an independent fiduciary from Maverick that would act as if it were still the debtor in possession making an assumption and rejection decision pre effective date, I would want to consult with Mr. Perez and the folks over at Western around language around that.

But I also would like Your Honor to go back to make it clear that it has to be what's best for the Comanche basin. And I would like to kind of run back through my argument and just see if there's anything else I want to convey to the Court, to make sure that I haven't --

THE COURT: You're using a word that I'm not using. You're using the word an "independent" fiduciary, and I'm using the word "fiduciary." And the decision that I will make later is to be based on fiduciary, but that doesn't necessarily mean an independent fiduciary.

MR. BASTA: Your Honor, we have -- notwithstanding this squabble, we have a great deal of confidence in Mr. Meghji. Mr. Meghji is leaving, and we don't have any insight as to what the governance really is going to be for these reorganized companies.

And so I'm not -- I think, Your Honor, I'm --

obviously whatever the Court decides in terms of fiduciary, but we don't have any insight if there is going to be a fiduciary that is looking out for the Comanche working interest owners.

THE COURT: Yeah. But if no one is -- and that's all I'm taking out is the word "independent" -- if the decision is not made as a fiduciary for the benefit of SN Maverick, I'm not going to approve it. Right? So it's the word "independent" that is causing me some concern here, because I'm not --

MR. BASTA: I don't mean to get hung up on the word "independent," Your Honor.

THE COURT: I don't think I can go back and revise how the plans says governance is going to occur. But I do think I can come back and say that I'm approving the settlement with the two provisions that we have now talked about that are included in the order.

So if you want to take a break -- it's lunchtime anyway -- probably very much lunchtime for some of you guys on the east coast. Y'all want to come back at maybe 1:30 or 1:45 and see if, in fact, there is still a dispute?

MR. BASTA: That would work well for UnSub, Your Honor. Thank you.

THE COURT: Does anyone have any objection to just recessing till 1:45? Or 1:30? I don't care when.

MR. PEREZ: Your Honor, this is Alfredo Perez. No issue with recessing. I do want to highlight one thing. When

Mr. Jenkins said debtors have the absolute right to reject, that's true. That's a true statement. But normally the reason you have that right is so you can negotiate a better contract with your assets, not so that you can benefit another debtor. And I just didn't want that point to go unsaid.

THE COURT: No, that's -- I think I'm hearing everybody tell me that when it comes time to determine whether the contracts that affect the Comanche asset should be rejected, that I'm going to be asked to determine whether there's been a proper exercise of fiduciary duty with respect to the manager of those assets.

And I -- that seems to say that everyone is agreeing to that, which means approval of this has only upside and no downside. But maybe I'm missing something and we'll hear --

MR. BASTA: Your Honor, just other point that I forgot to make that I'd like to make, which is about the sequence -- the sequence of when things are rejected. So from our perspective, Maverick intentionally did not engage with Western on a midstream deal. And we are now, all the working interest owners are kind of scrambling to try to get to a better midstream deal for Comanche.

And if Your Honor is going to hear the rejection of Brasada, we want to make sure that we actually have the time to complete that deal, and that we're not going to be faced with a rejection of Brasada that converts all volumes over to Carnero

before we've been given some amount of time to be able to pull together a Comanche deal.

THE COURT: So that's going to be determined when I get that motion, which I don't have yet. But I don't intend to not figure out the answer.

Let me ask you this. Does any of this get affected by the Gavilan/Sanchez decision that we're going to get out this week?

UNIDENTIFIED: (Indiscernible.)

MR. PEREZ: Your Honor, had we been the operator, Your Honor, none of this would have occurred. I mean, the only reason that they're in a position to do all these things is because they're the operator, because they haven't split the asset, because the operating committee hasn't functioned, because nothing has happened. So --

THE COURT: So it will be affected if there are certain outcomes, right? The rejection of Brasada.

MR. PEREZ: Likely, we wouldn't -- we wouldn't follow through with it, or at least we would have a different view of it. Because the only reason they're in a position to do this is because -- you know, they're wrongfully the operator.

THE COURT: Okay. Does anyone object to coming back at 1:30? We'll adjourn to 1:30 to give y'all an opportunity to see what our disputes are really about. And we'll come back then. Thank you.

MR. CAVENAUGH: Thank you, Your Honor.

UNIDENTIFIED: Thank you, Your Honor.

THE COURT: I'm going to disconnect the phone lines. We'll reconnect at 1:25 or so.

(Recess taken at 12:33 p.m.)

(Proceedings resumed at 1:30 p.m.)

THE COURT: All right. Let's go back on the record in the Sanchez Energy Corporation case. It's 19-34508. The lines have all been re-muted, so I'm going to need anyone that wishes to speak to press "five star" on your phone again if you don't mind, please.

(Pause)

THE COURT: All right. Mr. Cavenaugh, Mr. Perez, Mr. Basta, we'll start with Mr. Cavenaugh. Were you able to make any progress over the lunch hour, Mr. Cavenaugh?

MR. CAVENAUGH: Your Honor, the debtors had proposed three short sentences. I have circulated those sentences that we're proposing be added to the proposed form of order. We hope that addresses the substance of their objections. I did not send it to them until about 10, 15 minutes ago, so I haven't received any comment, and that's completely fine and not surprising given the amount of time.

I'm happy to read those proposed sentences to see if it addresses the comments from the Court, or if we want to circle the table and see if there's been a reaction to those or

if there's other proposed language, but I'm happy to proceed however Your Honor wishes.

THE COURT: All right. Thank you.

Mr. Basta or Mr. Perez, do you all need more time to consider what you've been sent, or are you ready to deal with it now?

MR. BASTA: Your Honor, Mr. Perez has joined. We just -- and he has our response. I think we're pretty close, but Mr. Perez has our response, so I'm not seeing him on the call, though.

THE COURT: He is on --

MR. PEREZ: I am. I am on the call.

THE COURT: He's here. He's here.

MR. BASTA: Okay.

THE COURT: Go ahead, please, Mr. Perez.

MR. PEREZ: Yes, Your Honor. So I think in addition to kind of a general sentence that reserves everybody's rights with respect to, for instance, the operatorship (indiscernible) the fact that we're in bankruptcy and everybody's rights, we would like the following inserted into the order:

That a fiduciary would evaluate and make a decision with respect to all of the Midstream issues at Comanche based on the interest of Comanche in order to maximize value at Comanche. That's number one.

Number two, that the fiduciary would not pursue any

rejection of any contract until that evaluation, you know, as to Comanche has been made.

Three, that the various parties such as Gavilan and UnSub would have standing and an opportunity to be heard with respect to that decision.

And then, four, I think it kind of goes without saying that, to the extent the fiduciary determines that there is a better deal, that they wouldn't have to pay the $8 million tax to get out.

And then, you know, obviously while this is pending, we would have -- you know, ask them to continue to live up to the obligations to continue to perform under the various contracts while this is pending.

THE COURT: Well, look, I'm not going to --

MR. PEREZ: And I --

THE COURT: I'll just tell you --

MR. PEREZ: Mr. Basta or Mr. Zakia, I don't know whether I missed anything, but if you --

THE COURT: Well, I'm not going to include a provision that says the $8 million doesn't have to be paid back. SN Maverick doesn't have to pay back the 8 million, but whoever is paying --

MR. PEREZ: That's all we care about, Your Honor.

THE COURT: Whoever is paying the money has the right to get back their 8 million and -- if that's what occurs. So I

don't know if the debtors needs -- I think what we're doing, though, is we're negotiating sort of publicly, and I don't think that's your fault. It sounds like that it took a while for the debtor to get you something.

Should we just take some time so you all can talk directly, come back in 15 minutes and let you all be on the phone with one another?

MR. PEREZ: Your Honor, that would be acceptable to us, and we'll get on the phone with Mr. Cavenaugh right now.

THE COURT: Mr. Cavenaugh, are you okay with that?

MR. CAVENAUGH: Yes, Your Honor.

THE COURT: Okay. We'll come back at ten 'til 2.

MR. CAVENAUGH: Perfect.

THE COURT: Thank you.

(Recess taken at 1:35 p.m.)

(Proceedings resumed at 1:52 p.m.)

THE COURT: All right. We're going to go back on the record in Sanchez. Have the parties had an opportunity to discuss matters over the break?

(Pause)

THE COURT: Looks like we don't have the parties back. We'll wait a minute or two.

(Pause)

THE COURT: All right. Mr. Perez, Mr. Cavenaugh, do you all have any announcements to make?

MR. CAVENAUGH: Thank you, Your Honor.

THE COURT: Mr. Cavenaugh.

MR. CAVENAUGH: We're -- thank you, Your Honor. Matthew Cavenaugh for the debtors.

I think where we are, Your Honor, is that I think Mr. Basta is correct. Conceptually, I feel like there are -- we are close, but we are far apart on certain discrete issues. I think the parties agreed on that call would it -- it might make sense for the debtors to read into the record their proposed language and then have Mr. Perez and Mr. Basta, you know, weigh in as to why or why that does not cover their concerns.

And then also, Your Honor, we would turn -- we would seek the input (indiscernible) the input from the other silent agreement parties since, you know, they may have a view that this preliminarily alters the deal.

But I think ultimately, Your Honor, I think if we could put that before you, you know, we would very much appreciate your, you know, maybe ability to craft some language to cover the middle ground, which I just -- I do think you've hit.

THE COURT: Mr. Basta or Mr. Perez?

MR. PEREZ: Your Honor, look, I think we have a fundamental difference that perhaps we should just go to right up front because we wanted to make it very clear that there is

going to be a fiduciary who is going to evaluate any rejection on the basis of what's in the best interest of the Comanche assets, what maximizes value, as if SN EF Maverick were the only case and we didn't have to worry about any of the other Sanchez cases.

And I think fundamentally there is a reluctance to do that, and then once that fiduciary makes the determination, they should make that determination first before they pursue the rejection. And then once -- if they intend to do it and we are -- and we don't agree with it, that we want to have the standing to object.

I think any fiduciary acting independently to maximize value, or just acting to maximize value of the Comanche assets, is going to come up with something that's very different than the rejection that we're talking about. But I think that's fundamentally the issue, and if that's not what the proponents are prepared to do, I don't know where we are.

THE COURT: Can I get each of you all to upload the language that you all believe to be appropriate, and then I'm going to write an order, having reviewed what you all believe to be appropriate and we will take a 30-minute break so I can get that done.

MR. CAVENAUGH: Yes, Your Honor.

MR. BASTA: All right.

THE COURT: And we'll come back --

MR. PEREZ: Your Honor, it's going to take me a minute to do it because I just have -- I just have the language in my notes, but it will take me a few minutes to do it.

THE COURT: Okay.

MR. PEREZ: Could I just email it to you --

THE COURT: Look, it doesn't need to be in the form of an order if you just want to upload your proposed additional language kind of thing. I'll figure out where to put it.

Is the debtors' in the form of the order itself?

MR. CAVENAUGH: It will be, Your Honor. Right now it has not been incorporated into the form of the order, but we can file a standalone notice that includes what we would propose to add to the proposed form of order.

THE COURT: Okay. Why don't you all just both put down the proposed language that you propose to add to the order. Can you all get that done in the next 15 minutes do you think, and then we'll come back at 2:45?

MR. CAVENAUGH: Yes, Your Honor.

MR. PEREZ: Yes, Your Honor.

THE COURT: Okay.

MR. BASTA: Thank you, Your Honor.

THE COURT: I'll just leave all the lines hooked up and we'll come back at 2:45, and by that point I'll have an order drafted that -- or my supplemental language drafted then even to go with it. Thank you.

MR. PEREZ: Thank you.

(Recess taken at 1:58 p.m.)

(Proceedings resumed at 2:45 p.m.)

THE COURT: All right. Let's go back on the record in the Sanchez case. I understand that we may be getting something else filed by the debtors, but let me figure out where we are. I also believe that we have a couple people that wanted to talk.

Mr. Cavenaugh, I've activated your line.

Mr. Basta, I'm activating your line.

Mr. Zakia, I'm activating your line.

Mr. Davidson, I've activated your line.

Mr. Jenkins, I've activated your line.

And that's everyone. So, Mr. Cavenaugh, did you all have something --

MR. CAVENAUGH: Yes, Your Honor.

THE COURT: -- here that you needed to file?

MR. CAVENAUGH: Yes, Your Honor. We had -- we filed a revised form of order incorporating the three things that we would propose to add. That is at Docket '05. We also attached a redline. Unfortunately, Your Honor, we were making those changes, again the -- not the most recent, that form of amended order that was uploaded at Docket 1348, and so -- and that -- so it did not take up some changes that were made in Paragraph 2, but other than that, the other revised language in

Paragraphs 5, 6, 7, and 8 are what we would propose to add.

We believe that the language in those paragraphs with the addition of it would preserve the status quo, which is what we're intending to do.

I understand that Mr. Perez has uploaded his own language, which is at Docket 1404, and that Occi had also similarly proposed some language that's on the docket.

And, Your Honor, with respect to those paragraphs, conceptually I felt they were trying to get to the right place, which is to preserve status quo. Mind you that the language proposed by Mr. Perez and Mr. Brookner goes a little bit farther than that.

And so I think, Your Honor, we're -- where we need to go at this point is to submit to Your Honor to see what Your Honor thinks would be (indiscernible) status quo, or to preserve the status quo while also giving SNMP and Targa the benefit of their bargain. And I know that they're going to have comments to the language that is proposed by the other parties.

THE COURT: So are you going to file something in addition to what you filed at 1405? Because that's what I read. Are you also filing something else or --

MR. CAVENAUGH: Yes, Your Honor.

THE COURT: -- or is this -- or is 1405 what you want me to look at?

MR. CAVENAUGH: For right now, Your Honor, if you could look at 1405 with the caveat that we will be making additional clean-up changes to Paragraph 2.

(Pause)

THE COURT: Okay. Anybody else want to address anything right now, go ahead.

MR. ZAKIA: Your Honor, this is Jason Zakia.

THE COURT: Yes, Mr. Zakia.

MR. ZAKIA: Just to explain why we filed the two paragraphs we filed, which were identical to the two that were included in our objection, as Your Honor -- I wasn't sure if Your Honor was just going to read these (indiscernible), so I just wanted to make sure that the language is in front of the Court.

You know, there's been a lot of disagreement among the parties on a lot of things, but there are two things that I think everybody has agreed on. One, this is a fairly novel and unusual situation we find ourselves in with regard to the post-confirmation and potentially post-effectiveness projection.

And two, everybody wants to preserve the status quo, so our language really was intended to do just that. We're not looking for the Court to give us any additional rights, to create any additional rights. We just want to preserve the status quo in two respects.

The one paragraph which can be found in Paragraph 5

of our objection was really we think, Your Honor, just a more precise and careful way of doing what the debtors tried to do with their stipulation, that they will continue to perform their contracts.

The one thing the confirmation order specifically speaks about is the reorganized debtors. Because this could happen post-effectiveness, the language the debtors included in their proposed order today (indiscernible) the debtors who wouldn't want to -- kind of did connect there to imply that the Court was somehow changing something, so our proposed language speaks to both the debtors and the reorganized debtors, and it really intends to do nothing more than reaffirm the restriction and requirements already in the confirmation order that (indiscernible) perform their contracts unless and until the Court orders that they can be rejected. And so our language there we thought was pretty much -- should be noncontroversial.

And then the second thing, Your Honor, is simply meant to preserve any rights that may -- or any claims that may or may not exist. I'm not asking the Court to say that there are such claims or to (indiscernible) such claims, but because it is possible that we could find ourselves in litigation with some of the non-debtor settling parties in some court somewhere, other than the bankruptcy court, litigating potential for some interference or breach of fiduciary duty claims.

We wouldn't want the Court's order, which really, if the Court were to approve this settlement, is doing it only with regard to the perspective of the debtors, as I think we've talked about. It isn't really trying to or required to make any findings with regard to the non-settlement parties' obligations to non-debtor third parties. We just wouldn't want this order to be seen as somehow blessing that transaction in a way that would release any obligations that may or may not exist.

And so this language that we've proposed, which was originally found in Paragraph 4 of our objection, was simply intended to make sure that the status quo would be preserved with regard to that -- those issues. And we're not asking the Court to weigh in one way or the other about whether any claims do or do not exist. If they don't, they don't, and if they do, it certainly doesn't impair them. So that was the reason for those two suggestions, Your Honor.

THE COURT: Thank you.

And Mr. Cavenaugh or whoever wants to address it, what's wrong with those two paragraphs?

MR. CAVENAUGH: Your Honor, I think I'm going to -- with respect to the first part, I only represent the debtors. I do not represent the reorganized debtors, so from my -- from the debtors' point of view, I think that's fine with respect to that first comment.

With respect to the second proposed additional language, I believe counsel for Targa and counsel for SNMP did have a strong opposition to that form of language, and so I'll leave it to them to discuss their opposition.

THE COURT: All right.

MR. DAVIDSON: Your Honor, Tad Davison for SNMP.

THE COURT: Yes, sir.

MR. DAVIDSON: We're fine with claims generally being preserved between non-debtor parties and Mr. Zakia's client. We just don't want to get into specifics and start mentioning tortious interference and certain claims if they may not exist. We think there's too much there to possibly try to do in one sentence.

THE COURT: Mr. Zakia, I don't see why we need to say anything more than everything is preserved. Why do we need to list them?

MR. ZAKIA: Well, Your Honor, that's probably right. I think we listed them because we didn't want there to be any ambiguity. But I think if we took out -- let's see, I think we could replace the list, Your Honor, with any and all claims that may exist.

THE COURT: Good. That works for you, Mr. Davidson?

MR. DAVIDSON: Reluctantly, it works for us, Your Honor.

THE COURT: Thank you, sir. All right. I'm going to

show --

MR. JENKINS: Your Honor?

THE COURT: Yes, go ahead.

MR. JENKINS: Your Honor, Dennis Jenkins of Morris & Foerster here again. I just have one question or concern, and I just want to make sure I'm not missing something. Prevailing law under the Fifth Circuit under Foster Mortgage and Jackson Brewing Company requires that Your Honor make certain findings in order to prove 9019. I think you still need to make those findings to make this work.

I just want to be clear they're not seeking to somehow carve back the findings. We need to be able to have findings that 9019 has met, and I don't think they intend to do that, but I just want clarity that it does not, in fact, take away from the findings that (indiscernible) requires Your Honor to make to prove this.

THE COURT: I don't believe it does, and I'm still going to make the findings.

MR. JENKINS: Thank you, Your Honor.

THE COURT: If we approve it.

MR. ZAKIA: And, Your Honor, since -- Your Honor, this is Jason Zakia. Since you agree with them, it doesn't really matter what I think, but for the record we weren't intending to change this line.

THE COURT: Thank you. All right. Let me show you

all the language that I believe to be appropriate. It's not what either party proposed.

In context, and you'll get further notice of this, at 9:30 on Wednesday morning I'm going to hold a hearing in the Gavilan/Sanchez dispute and announce our findings, conclusions, and results of that hearing, so you might as well put that on your calendars.

And I'm going to open what I believe to be the right language. I also want to say that I don't think -- although I'm trying to be helpful by telling you all language I think works, I am not going to force either side to accept this language. And if either party believes that this language is simply not the right way to go, then we'll just resume the evidentiary -- we'll have the evidentiary hearing and it will resume immediately following the announcement of the Sanchez/Gavilan outcome on Wednesday morning.

So it's not like you're not going to get your hearing if you don't like what I've done. But in terms of trying to do this without hearing everything except for the parties' arguments, this is what I'm going to do, or would do I should say.

And if you all want a minute to -- I'll try and put this all on the screen at one time. Let me change the zoom level. Oh, it didn't work. Hold on. Can you all -- I assume you all can read that.

If you all want a chance to talk to your clients or to each other before you tell me whether this language is generally going to work or whether you want to just proceed with the evidentiary hearing, happy to go either way. But I will say what I've -- from what I've heard so far, I'm comfortable doing what I have in these Paragraphs 1 through 5. Which part --

MR. BASTA: Your Honor, it's Paul Basta.

THE COURT: Go ahead, Mr. Basta.

MR. BASTA: Could I just -- I would just like to speak to Mr. Perez, if it would be possible for us to just take five or ten minutes. I think it's fine. I just want to ask him one thing.

THE COURT: All right. Let me ask Mr. Cavenaugh how you want to proceed and then anyone else.

MR. CAVENAUGH: Your Honor, I think that would be helpful with me to huddle up with the settlement parties and make sure that they're okay with it.

THE COURT: Why don't I do this. Let me just see if there's anyone else that wants to speak right now, and if there isn't, I'm going to just leave this up on my screen so that you don't need to worry too much about your notes. And I'll step down and come back.

MR. DAVIDSON: Your Honor, this is Tad Davidson.

THE COURT: Mr. Davidson.

MR. DAVIDSON: I've got a question about the second item.

THE COURT: All right. Let me just see if we've got anybody else on the phone system.

Mr. Schak and Mr. Brookner.

MR. SCHAK: Your Honor, I had raised my hand before, but I don't actually have anything now. Thank you.

THE COURT: Was that Mr. Schak?

MR. SCHAK: Yes, Your Honor.

THE COURT: Okay. Thank you.

Mr. Brookner?

MR. BROOKNER: Your Honor, I had raised my hand before. Thank you. My screen account is froze and I am now logging back in again because that box that you had in the middle of the screen was stuck over the (indiscernible) and maybe logging back in will fix that for me.

THE COURT: All right. I've got Mr. Wolfshohl and I'm going to get his line activated.

Mr. Wolfshohl.

MR. WOLFSHOHL: Thank you, Your Honor. I think we probably need, if we are about to have the settling parties, we probably need 20 minutes so that we can circle back with our clients and discuss the language.

THE COURT: Okay. And again I'm not going to force anybody to use this language. So we have a question about what

Paragraph 2 means, so go ahead.

MR. DAVIDSON: So (indiscernible) Paragraph 1. So the current settlement agreement contemplates the debtor moving forward (indiscernible) of various agreements with SN Maverick. Is Paragraph 1 intended to have a do-over there, to have a different fiduciary make a different decision, possibly do something different on a different timeline?

THE COURT: So what was represented to me was that whatever language was in the current agreement, that it was still subject to the fiduciary of SN Maverick deciding not to do it if that fiduciary decided not to do it. That's all that I've said, and I didn't mean to say more than that. So either I misunderstand your question or I misunderstood what I was told the current deal was.

Go ahead, Mr. Davidson. I want to be sure that I'm, in fact, answering your question. That wasn't intended to be evasive.

MR. DAVIDSON: Was currently contacted or listed (indiscernible) that are subject to this confirmation procedure. Those have been objected to (indiscernible) refuse to contemplate (indiscernible) new motion to be filed to do that, and that's contrary to the procedure that we're trying to lay out in our settlement agreement. And I'm just trying to understand how this is intended to modify what's already been agreed to by the debtors and what's going to be different going

forward, and that's going to have a serious ramification on the consideration my client's going to have on whether we're going to stick with the agreement that's before the Court, Your Honor.

THE COURT: So are you telling me that right now the fiduciary for SN Maverick under the current proposal, if he decides it's a breach of his fiduciary duty, must proceed to file the motion to reject the contract?

MR. DAVIDSON: I don't think the motion needs to be filed, Your Honor. I think there's a procedure that (indiscernible) under the plan confirmation that says that certain agreements that are on (indiscernible) lists are going to be rejected unless the counterparty objected, and then if they're objected, they need to be litigated.

THE COURT: Okay. But substantively let's assume that the fiduciary decides that that was a mistake and that the contract should not be rejected. What currently happens?

MR. DAVIDSON: What currently happens I think is that there is an ability for the fiduciary to breach the agreement and not go forward with it. We obviously don't want that to happen, but I think that they could do that. And (indiscernible) not to underline (indiscernible).

THE COURT: Right. So if I just take --

MR. JENKINS: Your Honor, the --

THE COURT: But if I just took these words out, that

then puts us back to where we are because those words were garbage words. I didn't need them. Does that work, Mr. Davidson?

MR. DAVIDSON: Well, first of all, it's going to be impossible for me to tell Your Honor whether it works or not without consulting with my client.

THE COURT: Sure, sure.

MR. DAVIDSON: But I'm trying to get some clarity to give -- articulate to my client (indiscernible). So those contracts are currently listed on the rejection list now that said reorganized debtor assumed the (indiscernible) will prosecute the rejection, but now it seems like that's a situation we've remade by (indiscernible) for SN Maverick, or is that only if something new or different happens, Your Honor?

THE COURT: Let me go back to Mr. Cavenaugh because I may have misunderstood something he told me earlier. I thought that earlier I was told that if the fiduciary did not believe it was appropriate to reject the contract, that you all wouldn't be proceeding with the rejection. So I may have misunderstood.

MR. CAVENAUGH: That's correct, Your Honor.

THE COURT: Then I need you to talk to Mr. Davidson because you all are telling me different things about the same deal in terms of -- and it's your deal with him.

MR. JENKINS: Your Honor, Dennis Jenkins here. Can

you hear me?

THE COURT: Yes, sir.

MR. JENKINS: Yeah, maybe I can help here. I think that the way the plan works -- and I also have a question technically what's being said here. A fiduciary has already made a decision to list contracts be assumed or rejected. They were put on a list on April 29th. Then the question now -- I think what happened -- well, I know what happens under the plan. The ability to move the contract from the assumption list to the rejection list continues until the objection -- the later of the objection deadline or if an objection was filed until Your Honor entered the order.

So for a host of contracts that were listed on the schedules to assume or reject by SN EF Maverick and others, they've already -- that deadline has passed, so no one can move them under the plan back to the assumption or rejection list.

For this group of contracts that we're likely talking about here, under the plan they've been listed on the assumption or rejection list, and anyone that filed an objection on July -- I think it was July 22nd [sic], and there are a couple other extended dates coming up, the debtors can still move them from that schedule to another schedule. What now triggers procedurally is the objection.

So you've been put on the list, objections will be made and then resolved. And I think that changing

(indiscernible) as you did made part of it resolve, but when you said any determination by SN EF Maverick or SN Maverick, I think a bunch of determinations have been made and the die is set pursuant to the plan already. In other cases it will be determined pursuant to objection.

THE COURT: Okay. Why don't we find out if we have a principal disagreement because there is no question that I'm getting an objection that's being raised orally, and if you want I can impose on Mr. Perez to put -- commit it in writing. Let's figure out if there is, and if I didn't do well on the -- and I don't mean this defensively. If my drafting didn't quite match what the deal is, that can be fixed. I think the issue is whether this is the deal, and I'm hearing maybe different things as to what your deal is.

All I'm trying to write is that the decision as to whether these are going to be rejected ultimately is going to be made by a fiduciary for SN Maverick, which is what this whole hearing so far has been premised on.

If it isn't premised on that, and if we're setting into motion something that says that there is now going to be a presumption of rejection, that's different than what we've talked about for about four hours now. So you all need to figure out what base we're on.

MR. JENKINS: And I did not mean to change that, Your Honor. I do think it's just a question of some language and

how they (indiscernible).

THE COURT: We can fix the language.

MR. JENKINS: We're just not -- yeah, we're just not (indiscernible) the plan.

MR. BASTA: Your Honor, it's Paul Basta. I do think it's more than a technicality because, you know, one of the points that's embedded in Mr. Perez's language is that were we to get to the evidence, the evidence would show that nobody from Maverick ever looked at whether assumption or rejection was in the best interest of Maverick.

But Mr. Perez's language is saying -- which we thought was consistent with the hearing -- that a fiduciary from Maverick would look at whether this is in the best interest. And so the die has not been cast and we're not rolling down the road for rejection before the fiduciary has actually looked at if this is a good idea. And that was my understanding of what this compromise was achieving.

THE COURT: Well, I think Paragraph 1(b) requires that fiduciary to exercise sufficient due diligence.

What I didn't like about what Mr. Perez had proposed was he indicated a very precise standard that would be followed, and I don't know that I want to limit what standard needs to be followed by the fiduciary. I want the fiduciary to follow the law, but I want there to be a fiduciary and I want them to exercise due diligence.

So we'll take a break, we'll let everybody talk about it. Realistically, if what I have is a drafting change here or there, we'll deal with that. But if what I have is a principal difference as to what this deal is, then there isn't a deal to be made. You know, I'm not being helpful by delaying things, and the hearing will be on Wednesday morning and we'll take the evidence at that point. So I'll come back in 20 minutes. I'll come back at 3:30 and we'll take your announcements. I'll leave all the phones connected. Thank you.

MR. BASTA: Thank you, Your Honor.

(Recess taken at 3:10 p.m.)

(Proceedings resumed at 3:36 p.m.)

THE COURT: All right. We're going to go back on the record in Sanchez. What decisions have been made?

Mr. Cavenaugh? Mr. Cavenaugh, go ahead, please.

MR. CAVENAUGH: Thank you, Your Honor. Matthew Cavenaugh for the debtors.

Your Honor, I was able to confer with one of the settlement parties, Mr. Davidson, for Targa. You know, I was not able to connect with Mr. Wolfshohl, but just based on my discussion with Mr. Davidson, we don't think that there is a fundamental disconnect. I believe there may be a question with regard to sequencing, which I think he still needs some time to go over with his client. But I believe that others would also like to share your view -- their views, but that's my

understanding of at least where it sits between the debtors and SNMP.

THE COURT: Thank you.

MR. JENKINS: Your Honor, Dennis Jenkins here. Can you hear me?

THE COURT: Yes, sir. Go ahead, please.

MR. JENKINS: Okay. Thank you, Your Honor. And again Dennis Jenkins, Morrison & Foerster, on behalf of the Ad Hoc Group of DIP lenders.

Your Honor, I think you did a fine job putting this language together, but I think Mr. Basta and a few others created perhaps more confusion than necessary or appropriate here. And I just want to highlight one important point here. I think that it's probably a truism that SN Maverick is making a determination whether to assume or reject a contract, is that that decision must be made by a fiduciary after exercising due diligence, et cetera.

But contrary to what Mr. Basta keeps saying, the evidence will show -- and frankly their slide on Slide 23 that they put before Your Honor said -- makes it clear that Mr. Meghji did make that determination before putting these contracts on the schedule to assume or reject. And we just can read that on the full non-highlighted language on Page 22 of this slide where Mr. Meghji said -- determined that they would be better off with this assumption or rejection.

So our view is that decision has already been made. The schedules have already been put into place and those contracts are on the schedules. I think that then what we did was, you know, any determination, and all of the rights of the parties to argue about whether, in fact, that did or did not happen will be preserved. And then going forward I think the language captures the idea that changes to that again would have to flow through the same type of determination.

And if that's true and everyone understands that that's the way we view it -- they may view it differently -- then I think that that works. And, in addition, when it speaks to being made by a fiduciary, again I believe that (indiscernible) is a fiduciary, and I believe that we're not amending the plan or disclosure statement with the language, and whatever the fiduciary (indiscernible) under the plan of corporate governance would be the fiduciary that would make this decision.

And if that's what this language means and everyone understands that Mr. Basta's character -- mischaracterization (indiscernible) just wrong, then they reserve the right to (indiscernible) and we reserve the right to say it was settled, and that as it sits now, under the settlement agreement, if we -- if the debtors get a better deal, they can pay the $8 million back, as you pointed out in Paragraph 2, and that decision will be made and they can give that money back. And

if a higher, better offer comes in, that makes sense.

But I understand the language of not trying to chill the bidding so to speak on offers, but also not trying to predetermine whether, in fact, those decisions have been made or have not been made.

As an aside, Your Honor, if that's the understanding everyone is coming from on this, and if they're not having to redo or having to do something over again that's already been done, all right reserved (indiscernible) what's done or not, then I think this does work.

MR. PEREZ: And, Your Honor, this is Alfredo Perez. That's not our understanding at all. I think the testimony was that the standard that Mr. Meghji employed was that they were no worse off, and he did that without consulting with any Comanche party and without negotiating any efforts to negotiate with the Midstream parties.

So we disagree. I thought the whole purpose of B was that somebody looking at it from the standpoint of the one debtor, SN Maverick, as if it were the only debtor who was going to look at it, not as indicated by Mr. Jenkins that, yeah, they looked at it and it benefitted another debtor more than it benefitted and it hurt SN Maverick, and therefore it was in the best interest of -- I fundamentally disagree.

I actually thought that this language that the Court came up with was a fair resolution to this. It wasn't what I -

- exactly what I wanted, but it clearly indicates that the fiduciary has to exercise -- make sufficient diligence to determine whether it's in the best interest of SN Maverick, which we have not had.

THE COURT: Yeah. So what I'm not doing --

MR. JENKINS: Your Honor, Dennis Jenkins --

THE COURT: Hold on. Hold on. What I'm not determining, I'm unwilling to determine without an evidentiary record one way or the other, is whether Mr. Meghji has already made a fiduciary decision after exercising sufficient due diligence to determine whether the assumption or rejection is in the best interest of SN Maverick.

If he has already made that decision, and people are willing to rely on it for their evidentiary record as it is, that may be plenty of proof. And if he hasn't based on this, then that's going to be inadequate proof and I am not going to reach a question today as to whether he has done that or not. I'm not reaching it for either side. That will be a fact question if, as, and when there is that question made.

If it's true that -- as Mr. Perez has alleged that Mr. Meghji made the decision without determining whether it was in the best interest of the SN Maverick, but only determining whether it was in the best interest of the Sanchez cases overall, that may be a perfectly legitimate thing for Mr. Meghji to have done, but it will not satisfy the

requirement of this order.

And if, in fact, he did make a determination as described where he considered everything with respect to whether or not it was in the best interest of SN itself, then it is going to be inadequate, and that will be for another day.

So I'm not going to modify my language and I'm not going to opine which one it means because I don't know. I'm going to leave the language alone based on what everybody is telling me because nobody has a problem with the language, and today is not the day to figure out how the evidence is going to come out as to whether it meets the language.

If you don't like the language, different question. We'll have their evidentiary hearing on Wednesday. But I'm not going to have an oral interpretation of what this written language means. It means what it says.

Who wants to object to it?

MR. CAVENAUGH: Your Honor, Matthew Cavenaugh for the debtors. Just before we move on to objecting, the debtors are in support of this language. Thank you.

THE COURT: Thank you.

Anyone want to object to it? Okay. Then I'm going to approve it with that --

MR. ZAKIA: Your Honor?

THE COURT: I'm sorry, go ahead.

MR. ZAKIA: Sorry, this is Jason Zakia. I don't have

any sort of contextual problem. There was one tweak to Paragraph 5 that I would ask, if this is the language we are going to use, just to make I think a pretty obvious point to be clear, I think, Your Honor, what 5 is intended to mean is that any decision by the debtors to seek rejection or termination, obviously to the extent there is a decision to seek rejection, that would ultimately have to be approved by the Court regardless of whether the operating committee under the Comanche joint development agreement agreed or not. And I don't think the Court was intending to change that. I just wanted to make that one point.

Obviously, you know, to the extent we're the counterparty with a lot of contracts, and to the extent we objected to any effort to reject, that was still required for the order, and I didn't think 5 was intended to change that. I just wanted to correct that.

THE COURT: Thank you.

Any objections?

MR. JENKINS: Your Honor?

THE COURT: Yes, go ahead.

MR. JENKINS: Thank you, Your Honor. Dennis Jenkins. The decision to reject has already been made. The plan is the plan and the schedules on it already have designations of rejections. And Mr. Zakia and Mr. Alfredo Perez, everyone else has objected, and their rights (indiscernible) to object to

that rejection are preserved. But it can't be the case now that having already made the decision to reject, you need yet another order of the Court. That can't be right.

THE COURT: Well, you don't --

UNIDENTIFIED: Your Honor --

THE COURT: I think what I'm hearing is that you don't -- your client doesn't accept this is a way of moving forward, and I have no problem with that. So we'll just have an evidentiary hearing.

MR. JENKINS: No, no. In Paragraph 5, what I'm trying to understand is I think your language was right, any rejection or termination must be determined by order of the Court. Any decision to reject must (indiscernible) order of the Court, so -- but that's already happened. The decision to reject already occurred. Whether or not we can, in fact, reject would be by order of the Court.

But I think what was just said is no, no, no, you have to back up and make any decision to reject subject to the order of the Court. I think the way maybe Your Honor's drafted it is right, just any old rejection will be by order of the Court.

UNIDENTIFIED: Your Honor --

UNIDENTIFIED: Your Honor, that's just --

THE COURT: I think that means this language is okay, right?

MR. JENKINS: Yes, Your Honor.

THE COURT: Okay. Does anybody think the language isn't --

MR. JENKINS: Now it means --

THE COURT: Anybody can make whatever oral statement you want to. I'm going to go by the written document and not by the oral statements people are making. We either do this or we don't do it. And these, of course, are in addition to the two changes that have already been agreed to that Mr. Zakia had suggested with their modifications. Does anyone want to object to our approval of this with this added language?

MR. ZAKIA: Your Honor --

THE COURT: Yes, go ahead.

MR. ZAKIA: So I'm sorry, Your Honor, Jason Zakia. I was really just trying to make a more simple point. Let me -- as drafted, Paragraph 5 says any rejection or termination of any material agreement affecting any Comanche assets or -- and then to either the operating committee under the Comanche joint development agreement in accordance with its terms or order of the Court.

THE COURT: You just want me to take that --

MR. ZAKIA: The only point I was trying to make --

THE COURT: You want me to take that out, right, like that?

MR. ZAKIA: If you took it out, it would address my

concern. If what we're really saying is approval of the rejection decision, I think that has to be made by the Court. I was speculating as to whether there were other things that this would work for. That's not really my issue. I just wanted to make sure that Your Honor is ultimately going to be the one that rules on rejection. It was a very simple point.

THE COURT: Yeah. I'm going to leave the language as it is because this is broader than the one issue, trying to preserve what we're getting ready to do on Wednesday. Any objection to this language? All right.

MR. SCHAK: Your Honor?

THE COURT: Yes.

MR. SCHAK: This is Benjamin Schak from the Committee. We don't have an objection to this language. I just wanted to make sure I had the chance to (indiscernible) the model language in the order before the hearing wraps up.

THE COURT: Okay. Well, we're going to include the language that Mr. Zakia's client suggested along with as modified orally, and then where do you want me to look for the rest of the order?

MR. SCHAK: It's actually just a sentence that we had discussed inserting into the order. We discussed it with the debtors, although it didn't seem to make it into the order that was just uploaded this afternoon, I think just because that was a quick process.

All we wanted, Your Honor, was a sentence that said nothing in this order shall alter in any way the rights of the related litigation creditor representatives under the terms of the plan. That's language pretty much straight out of Footnote 18 from their motion, and we had discussed adding that with the debtors, and I understood there were no objections to that.

THE COURT: Is it right there's no objection, Mr. Cavenaugh?

MR. CAVENAUGH: No objection from the debtors, Your Honor.

THE COURT: Anyone object? All right. Look, I appreciate all the effort that's going into this. I know it's a really important deal, and I just want it to be really clear once again I think everybody is now accepting the language I've drafted. I'm allowing you to object, no hard feelings, and we'll have our hearing on Wednesday. But no one is, so I'm going to go ahead and approve it.

If anybody wants to change their mind, now is the time. Otherwise I'm going to charge the debtor with uploading an order that incorporates the precise language that is up on the screen.

Take a picture of it, Mr. Cavenaugh.

MR. CAVENAUGH: I'm taking a picture right now, Your Honor.

THE COURT: Okay. As well as the language just requested by the Committee as well as the Zakia language with the changed Paragraph 2 that doesn't list any particular items.

MR. CAVENAUGH: I'm sorry, Your Honor. Is that the language that he provided orally?

THE COURT: No. Mr. Zakia's language was the language that they found at ECF Number -- let me pull it back up -- 1406.

MR. ZAKIA: On Spreadsheet 1.

THE COURT: Paragraph 1 was going to be done intact and Paragraph 2 was going to be done basically eliminating, you know, all of that language here and including the generic language that said against anybody about anything.

MR. CAVENAUGH: Understood, Your Honor. We will do that.

THE COURT: All right. Would you contact Ms. Do when it's done and I'll get this order signed probably first thing tomorrow morning is my best guess.

MR. CAVENAUGH: Yes, Your Honor.

THE COURT: All right. Thank you all for putting up with me today. I will be in adjournment --

MR. CAVENAUGH: Thank you, Your Honor.

THE COURT: -- until 4:30 when we'll take up the Lilis Energy case. Thank you.

(Proceedings adjourned at 3:52 p.m.)

**C E R T I F I C A T I O N**

I, Ilene Watson, do hereby certify that the foregoing is a correct transcript from the electronic sound recording provided for transcription and prepared to the best of my professional skills and ability.

_______________________________ July 1, 2020

Ilene Watson

AAERT CET/CER 447

Certified Court Transcriptionist

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS (HOUSTON)

| | |
|---|---|
| IN RE: | Case No. 19-34508 |
| | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, et al., | 515 Rusk<br>Houston, Texas 77002 |
| Debtors. | Tuesday, June 30, 2020<br>9:30 a.m. |

TRANSCRIPT OF CONTINUED TELEPHONIC HEARING
RE: EMERGENCY MOTION OF GAVILAN RESOURCES, LLC,
TO STRIKE CERTAIN PORTIONS OF DEBTORS' REPLY IN SUPPORT OF EMERGENCY MOTION PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER (A) APPROVING A SETTLEMENT WITH CERTAIN MIDSTREAM COUNTERPARTIES AND (B) AUTHORIZING THE ASSUMPTION OF CERTAIN RELATED CONTRACTS, AS AMENDED

**BEFORE THE HONORABLE MARVIN ISGUR**
**UNITED STATES BANKRUPTCY COURT JUDGE**

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For the Debtors: | Jackson Walker, LLP<br>By: MATTHEW D. CAVENAUGH, ESQ.<br>ELIZABETH C. FREEMAN, ESQ.<br>CAMERON SECORD, ESQ.<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>(713) 752-4200 |
| For Gavilan Resources, LLC: | Weil Gotshal, et al.<br>BY: ALFREDO R. PEREZ, ESQ.<br>700 Louisiana, Suite 1700<br>Houston, TX 77002<br>(713) 546-5040 |

TELEPHONIC APPEARANCES CONTINUED.

| | |
|---|---|
| Audio Operator: | Court Personnel |
| Transcription Company: | Access Transcripts, LLC<br>10110 Youngwood Lane<br>Fishers, IN 46038<br>(855) 873-2223<br>www.accesstranscripts.com |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

TELEPHONIC APPEARANCES (Continued):

| | |
|---|---|
| For Occidental Petroleum Corporation: | White & Case, LLP<br>BY: JASON ZAKIA, ESQ.<br>111 South Wacker Drive<br>Chicago, IL 60606-4302<br>(312) 881-5400 |
| | White & Case, LLP<br>BY: CHRISTOPHER SHORE, ESQ.<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>(212) 819 8200 |
| For Western Midstream Partners and Springfield Pipeline, LLC: | Gray Reed & McGraw, LLP<br>BY: JASON BROOKNER, ESQ.<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>(469) 320-6132 |
| | Gray Reed & McGraw LLP<br>BY: JONATHAN M. HYMAN, ESQ.<br>1300 Post Oak Boulevard<br>Suite 2000<br>Houston, TX 77056<br>(713) 986-7000 |
| For Ad Hoc Group of Senior Secured Noteholders and DIP Lenders: | Morrison & Foerster, LLP<br>BY: DENNIS L. JENKINS, ESQ.<br>250 West 55th Street<br>New York, NY 10019-9601<br>(212) 468-8000 |
| For GSO Capital Partners LP and Certain Affiliates: | Paul Weiss Rifkind Wharton Garrison, LLP<br>BY: PAUL M. BASTA, ESQ.<br>ALICE BELISLE EATON, ESQ.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 |

TELEPHONIC APPEARANCES (Continued):

| | |
|---|---|
| For Sanchez Midstream Partners, LP: | Hunton Andrews Kurth, LLP<br>BY: TIMOTHY DAVIDSON, II, ESQ.<br>600 Travis, Suite 4200<br>Houston, TX 77002<br>(713) 220-3810 |
| For Mitsui E&P Texas LP and Mitsui & Co. Energy Marketing & Services (USA), Inc. | Sidley Austin, LLP<br>BY: MAEGAN QUEJADA, ESQ.<br>1000 Louisiana Street,<br>Suite 5900<br>Houston, TX 77002<br>(713) 495-4500 |
| For the Official Committee Committee of Unsecured Creditors: | Milbank Tweed Hadley & McCloy<br>BY: BENJAMIN SCHAK, ESQ.<br>1850 K. Street NW, Suite 1100<br>Washington, DC 20006<br>(212) 530-5000 |
| | Locke Lord, LLP<br>BY: PHILIP EISENBERG, ESQ.<br>JPMorgan Chase Tower<br>600 Travis<br>Suite 2800<br>Houston, TX 77002<br>(713) 226-1200 |
| For Pipeline Company, LLC: | Porter Hedges, LLP<br>BY: JOSHUA W. WOLFSHOHL, ESQ.<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>(713) 226-6000 |
| For Venado: | Kirkland & Ellis, LLP<br>BY: APARNA YENAMANDRA, ESQ.<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 |
| Also Present: | Mohsin Meghji<br>M-III Partners, L.P.<br>CRO for the Debtors |

(Proceedings commence at 9:30 a.m.)

THE COURT: All right. Good morning on the 9:30 docket. We're going to continue the Sanchez hearing from yesterday. It's my understanding from talking to my case manager that a couple people contacted her and said that I failed to use my technology properly and call on people who wanted to speak. I apologize to you all for that.

But I think that it is incumbent upon us, when we have a technology failure, to revisit things and not require people to have to go through great steps in order to get the -- their ability to speak during this time. So if we still have an issue, and I don't know if we do, I want whoever needs to raise it to go ahead and press "five star" on their phone.

(Pause)

THE COURT: All right. Mr. Davidson and Mr. Wolfshohl, first my apologies to you all. And second, you all tell me what the issues are.

MR. DAVIDSON: Thank you, Your Honor. This is Tad Davidson for SNMP. (Indiscernible) for holding this hearing. We appreciate it.

As I mentioned (indiscernible) the hearing yesterday, and I had a few points we want to point out. I think that last night was actually productive. We were able to talk to -- well, I was at least able to talk to my client to get through a number of the items that you have suggested or that you have

ordered be added to the order approving the settlement agreement. I think that we're okay with all but one, and the one item that we've got some concern about, Your Honor, is Item Number 4. And I don't know if you want to pull up your items again or I can read it for the record.

THE COURT: Whichever one you want to do.

MR. DAVIDSON: So Item Number 4 advised that Section 4.5.2 of the of the settlement agreement could not be raised by the parties.

THE COURT: Right.

MR. DAVIDSON: And we were trying to figure out exactly what the intent of that was. For the record, 5.5 -- 4.5.2 does not and never was intended to take away any rights from the other Comanche Working Interest Owners regarding consent, and that we -- our concern is if you read the language that we drafted, Your Honor, it's -- you could read that language to actually provide the other Comanche Working Interest Owners with blocking positions, thus closing argument and us not being able to have the flexibility in the event that some of them did consent for us to actually nevertheless go forward and close the settlement.

And we're comfortable stipulating on the record that any and all consent rights of the other Comanche Working Interest Owners are preserved and will be honored. And that nothing in the settlement agreement or the order is intended or

does affect any of those consent rights, and with that --

THE COURT: So if somebody has a consent right and they don't give it, what I was trying -- here's what I was trying to protect against. This was my own language as you know.

If someone had a consent right, and it's a valid consent right and they don't give the consent, I didn't believe it was appropriate to vest others with the right to waive that in the closing of a deal that would take away their rights where they didn't exercise them. That's what I was trying to accomplish, and if I did that clumsily, we should fix it.

MR. DAVIDSON: Thank you, Your Honor. We'd request that we fix the -- like I said, we can either stipulate on the record that all of the -- any and all consent rights that the Other Comanche Working Interest Holders have are preserved and are not affected by the settlement agreement or the order, which I think should give them some -- there's never been an intent to somehow take away the rights vis-à-vis that provision. So we could make that clear on the record and hopefully delete Item 4.

THE COURT: All right. And what other issues do we have that we need to address today?

MR. DAVIDSON: That's it for SNMP, Your Honor.

THE COURT: Okay.

MR. DAVIDSON: We're (indiscernible) get through the

other items, so with the other items, we're okay with it so long as we fix Item 4, please.

THE COURT: I want to hear from others about that, but I think that everybody's in agreement on what the deal needs to be.

Mr. Wolfshohl?

MR. WOLFSHOHL: Thank you, Your Honor. From Targa's standpoint, we would just echo what Mr. Davidson said. The -- you know, certainly I think there's no problem with the stipulation that Mr. Davidson announced about preserving consent rights. The concern with the language in 4 is that if you have 90 percent of the working for some, and wanted to move forward as to that 90 percent, and the other 10 percent of those parties just hold out and they don't go forward, passing gas through the SECO Pipeline, the other 90 percent, we would want the ability to potentially leave with us whether the deal should close because that has provided incremental value to the settlement parties to go forward anyway.

And we just don't want that to be eliminated because there's one hole or now there's two holes. So that -- that's the reason for the concern, Your Honor.

THE COURT: Yep. No, I think it's a fair concern. I just want to be sure we get it addressed properly.

Let me hear from Mr. Cavenaugh, and then from anyone else that wants to pitch in on that, probably Mr. Basta and

Mr. Perez.

Mr. Cavenaugh?

MR. CAVENAUGH: Thank you, Your Honor. Matthew Cavenaugh for the debtors, along with Liz Freeman.

Your Honor, I don't have any comments. I just wanted to offer -- Ms. Freeman has the document, and she can either -- if the Court wants to have it broadcast on the screen, she can do that. Or we can -- we just wanted to offer to help in terms of if we're going to take this, then we have the document and we're happy to broadcast it, if the Court would like to do that.

THE COURT: Has it been circulated to Mr. Perez and Mr. Basta already or not?

MR. CAVENAUGH: No, it has not, Your Honor.

THE COURT: Okay. Let me hear from them as to this issue and then we'll figure out where we need to go.

Mr. Basta, good morning.

MR. BASTA: Your Honor, it's Paul Basta. Can you hear me?

THE COURT: I can. Good morning to you.

MR. BASTA: Thank you, Your Honor. We're okay with the clarification. We have a preference that we not just rely on the record but that the language that's in it be replaced with what Mr. Davidson said, which is that nothing in the agreement shall impact your valid consent rights or something

to that effect.

THE COURT: All right. Mr. Perez, are you in the same position as Mr. Basta?

MR. PEREZ: Yes, Your Honor, but I'm not quite sure exactly what this -- what it really means. If what they mean is that they will close over our consent and then, you know, because we didn't give the consent, but that they would close and then somehow drag us along like we were in bankruptcy and then 66 and two-thirds and one-half of the number, then I would have a concern that -- you know, that they basically waive the provision that says you can't have all but unanimous, everyone doing it.

So I'm a little -- I'd like to see the language, but I am a little concerned as to what it -- what the operative effect of this is, whether it's basically a drag along or whether it's really -- you are -- I am preserving your rights not to consent.

THE COURT: Yes. So what I heard -- let me just tell you at least what I heard, and we'll have Mr. Davidson and Mr. Wolfshohl clarify this.

So if we have a landowner, and the well is on the landowner's property, and if his consent is required and he won't give it, that landowner will stay with the current processing and delivery system. But other landowners, they could go ahead and take into the system. As to those that have

an interest across all the land, they would obviously need their consent in order to bring any wells in, assuming that the consent was required by that owner.

If -- let me -- if your client, for example, could be outvoted within its own documentation, then of course it could get outvoted. But beyond that, this won't give somebody the right to drag you in absent a non-bankruptcy voting right.

Mr. Davidson and Mr. Wolfshohl, did I capture correctly what you're trying to do in that paragraph?

MR. DAVIDSON: It is correct, Your Honor, and we have some language that we can suggest to the Court that may address this.

THE COURT: Great. Do you -- how do you have that language done? Is it already incorporated into what Mr. Cavenaugh has or do you have it separately from that?

MR. DAVIDSON: Mr. Cavenaugh has the language. I'm not so sure that he's forwarded the proposed order, but I can read it out loud slowly.

THE COURT: Mr. Cavenaugh, is it in your written documentation yet, or can you put that document -- that particular language up on the screen?

MR. CAVENAUGH: Yes, Your Honor. I believe Ms. Freeman has the -- has it ready, and if she could request the presenter role, I think we can put that up.

THE COURT: All right. So --

MR. CAVENAUGH: Mr. Davidson, if you want to read it, I think Ms. Freeman can type it in as you read.

MR. DAVIDSON: "Nothing in the settlement agreement or this order requires any Other Comanche Working Interest Holder," --

MR. CAVENAUGH: If you could slow down just a little bit, Mr. Davidson, that was --

THE COURT: Or we could get a better damned typist on the phone.

MR. DAVIDSON: I'll start over. "Nothing in the settlement agreement or this order requires any Other Comanche Working Interest Holder to deliver to and transport hydrocarbons through the SECO Pipeline to the extent such other Comanche Working Interest Owners" -- and I think it's Owners, not Holders -- "consent is necessary and such consent has been obtained."

MR. PEREZ: I believe that's "has not been obtained."

MR. DAVIDSON: Has not been obtained. Yes, sorry. That's my error.

THE COURT: So if you don't mind reading that again slowly so she can go back and pick up a couple words that got dropped out. I think right after -- the third line where it says Comanche Working Interest Holder, it should say "consent" down one line. Right after the word "Holder," it needs to have the word "consent."

Why don't you read it again now slowly, Mr. Davidson.

MR. DAVIDSON: Yes, sir. "Nothing in the settlement agreement or this order requires any Other Comanche Working Interest Holder to deliver to and transport its hydrocarbons through the SECO Pipeline to the extent that Other Comanche Working Interest Holders' consent is necessary and such consent has not been obtained."

MR. BASTA: Your Honor, it's Paul Basta. May I provide a comment?

THE COURT: Sure.

MR. BASTA: I'm just not and I just don't know whether our consent rights are limited to the SECO Pipeline aspect of the settlement agreement. It's not that I know that there are other consents required, but I would ask that the language be broader to say if anything that they're doing requires consent, then those consents will be respected.

THE COURT: Let's just add another sentence that says, "This same principle." This same principle applies to other matters on which an Other Comanche Working Interest Holders' consent is necessary and such consent has not been obtained."

Does that do it, Mr. Basta?

MR. BASTA: Yes. Thank you, Your Honor.

THE COURT: And does that cause you any heartburn at all?

MR. BASTA: And Your Honor --

THE COURT: Let me hear from first Mr. Davidson, if that causes him any concern.

MR. DAVIDSON: I do not believe that causes me any concern. I'm going to consult real quick with my client.

THE COURT: All right. And let's see if anyone else has any further comments now.

MR. PEREZ: Actually, Your Honor, Alfredo Perez. Can you hear me?

THE COURT: I can.

MR. PEREZ: Your Honor, recognizing that we are also a debtor in bankruptcy, I mean, I really need to have all my rights preserved, not just consent rights.

THE COURT: I don't even know what that means.

MR. PEREZ: Well, Your Honor, it -- conceivably, we may need to file a motion to reject, so I just want to make sure that nothing here -- I mean, because this is limited. The way 4.2 -- you know, 4 point -- you know, the way 4.5.2 was written, it was an obligation on the part of SN.

The way this is written, it's a limitation on the Comanche Working Interest Owners. So we basically flipped the burden, if you will. And so, in my mind, I just want to make sure that this doesn't affect any of my rights vis-à-vis this contract or any other contract, and that's my only point.

THE COURT: Yeah. I'm overruling that objection. It

doesn't do that and so I'm not too worried about it.
MR. PEREZ: Okay. Thank you.
THE COURT: All right.
MR. CAVENAUGH: Your Honor, Matthew Cavenaugh. I want to, if I could, the fourth line down, it's to add the -- for my part, that sentence where it says, "Consent has been not obtained," I think just to reword it to "has not been obtained."
THE COURT: All right.
MR. DAVIDSON: And the last sentence, Your Honor, where it says "on which another Comanche Working Interest Holder's consent," is that "an other" or "another"?
THE COURT: It -- yes. It should be "an other," yes. Basically I'm trying to mirror the sentence that you dictated to apply to everything else. Okay.
MR. DAVIDSON: So it ends up -- one other point. The proposed order I think, looking around, previously included your language in Item 4. So this Paragraph 7 will replace your language from Item 4 and that language will be deleted from the order, correct, Your Honor?
THE COURT: Correct.
MR. DAVIDSON: Thank you.
THE COURT: All right. So, Ms. Freeman, what is best? Do you want to -- let me see who I've got here. I've got Mr. Jenkins wants to make a comment.

We'll get to you in just a second, Mr. Jenkins.

Do you all want to try and look at this on the screen? Is that going to be the most effective way to do this and be sure we've got the right paragraphs in and the right paragraphs out? Why don't we at least attempt that? So if you'll go to the beginning, up there, Ms. Freeman. Let me go and get Mr. Jenkins to speak.

Mr. Jenkins, good morning.

MR. JENKINS: Good morning, Your Honor. I just have one comment to that last sentence on the words "other matters."

THE COURT: All right.

MR. JENKINS: I assume what we need it to say is the principle applies to other matters relating to the settlement agreement or this order. It -- that's what we're talking about, right?

THE COURT: Yes.

MR. JENKINS: Not beyond that? Okay. It would -- I would feel much better if it said "other matters related to the settlement agreement."

THE COURT: That's fine.

Mr. Brookner?

MR. BROOKNER: Your Honor, thank you. I raised my hand. Thank you, Your Honor. I raised my hand before you decided to put the whole order up on the screen because we had not seen it and did not know if our proposed paragraphs had

been properly included in the form of order.

THE COURT: Okay. Well, let's go up to the top of the order and see what we've got.

Ms. Freeman, if this is in redline form, it might be easier for people to read. But if not, we'll deal with it the way that it is.

Mr. Cavenaugh, do you -- she hasn't pressed "five star." Do you know whether it is available in redlining or --

MR. CAVENAUGH: She's generating a redline right now, Your Honor.

THE COURT: Oh, thank you.

(Pause)

THE COURT: Can you go back up? I think you substituted the words "thinks" for "things," and I don't think you mean to do that. I think "therefore" is now misspelled, right?

(Pause)

THE COURT: All right.

MR. DAVIDSON: Your Honor, I don't know if Mr. Jenkins' language made it into Paragraph 2.

THE COURT: Can we go back up to Paragraph 2?

MR. CAVENAUGH: Yes.

MR. DAVIDSON: No, no, starting with Paragraph 7, sorry.

MR. BROOKNER: And the last sentence, I think it was

the same --

THE COURT: Right.

MR. BROOKNER: -- (indiscernible) in any manner related to the settlement agreement.

THE COURT: Correct. So somehow it didn't make it into the redline. Is that just -- that may be because she ran the slightly earlier version.

(Pause)

THE COURT: Let's go through the rest of it. Then we'll look at the clean version of Paragraph 7 in a minute.

(Pause)

MR. DAVIDSON: Your Honor, can we get back up to Paragraph 9, which I think is the language that Mr. Brookner was referring to?

THE COURT: All right.

MR. DAVIDSON: So the end of this, "and all defenses are preserved," because I think this is just preserving their claims.

THE COURT: Sorry, I'm missing your point.

MR. DAVIDSON: Yes. So this language appears to preserve some of Mr. Brookner's clients' claims, I believe, and won't our defenses be preserved as well?

THE COURT: All right.

MR. DAVIDSON: That language -- and, you know, any and all defenses are likewise preserved.

THE COURT: So the last sentence in Paragraph 9 can just have that language.

MR. CAVENAUGH: Yes, Your Honor.

MR. BASTA: Your Honor, It's Paul Basta. Could you or could someone go to Paragraph 8? I didn't see UnSub or Gavilan listed and I'm just trying to look at it again to see if we should be listed in 8.

THE COURT: Okay. Let's finish this and we'll go back up.

MR. BASTA: Thank you.

THE COURT: All right. Now let's go back up to 8.

(Pause)

MR. BASTA: I hate to do this on the phone, but Mr. Perez, don't our entities need to be listed?

MR. PEREZ: I agree. I agree.

(Pause)

MR. CAVENAUGH: Mr. Basta, could you state for the record the name of the entity that you would like to have Ms. Freeman enter here?

MR. BASTA: For UnSub, it's SN EF UnSub, LP.

MS. FREEMAN: Oh, I can (indiscernible).

MR. BASTA: Yeah, but with (indiscernible).

MS. FREEMAN: Yes. If Mr. Perez could likewise send me an email with the names, that would be appreciated.

MR. PEREZ: Yes.

THE COURT: So we have three other people that had asked to speak. You all go ahead.

MR. ZAKIA: Your Honor, this is Jason Zakia. I just wanted to get unmuted in case I needed to jump in, but I'm just reading the language now. I think I'm okay.

THE COURT: Thank you.

MR. EHRLICH: Your Honor, it's Andrew Ehrlich. I was un-muting myself to respond to an earlier question, but it's been mooted.

THE COURT: All right. Thank you.

MR. WOLFSHOHL: Your Honor (indiscernible) on behalf of Targa. I'm just going to point now on Paragraph 7.

THE COURT: You are breaking up. Can I get your closer to your phone, please?

MR. WOLFSHOHL: Yes. Can you hear me now, Your Honor?

THE COURT: You're very faint, but we can try.

MR. WOLFSHOHL: Hold on. I can take it off speaker. Is that better?

THE COURT: That is better. Thank you.

MR. WOLFSHOHL: Okay. In Paragraph 7, I believe that the last -- in the last sentence, Other Comanche Working Interest Holder, the "other" should be capitalized because I believe it's a defined term.

THE COURT: All right.

MR. WOLFSHOHL: And actually there's another place where it's capped. That's it.

THE COURT: Okay. Thank you.

MR. WOLFSHOHL: That'll do it.

THE COURT: Thank you.

MR. WOLFSHOHL: Thank you, Your Honor.

MR. ZAKIA: Your Honor, this is Jason Zakia.

THE COURT: Mr. Zakia?

MR. ZAKIA: I was just looking at the language in Paragraph 9. I think a clause that was not part of what we had said would be deleted got dropped, and I would just like to ask that it get added back in. I think in the original language, there was a parenthetical, since we believe (indiscernible) would no longer be a parenthetical. I'll just read it --

THE COURT: Let -- hold on, let me let her finish Paragraph 8 and then we'll come back to 9.

So Ms. Freeman --

MR. ZAKIA: I apologize.

THE COURT: Yeah, that's okay.

Ms. Freeman, go ahead if you will and finish 8.

MS. FREEMAN: I am just waiting for another email with the entities noted.

THE COURT: Okay. So you're ready to go to 9?

MS. FREEMAN: Yes.

THE COURT: I'm just trying to be cooperative since I

offended you before.

Go ahead, Mr. Zakia.

MR. ZAKIA: Thank you, Your Honor. So at the end of what is now Paragraph 9, in our language, after the list of all the claims I understand will be deleted and will be a parenthetical, I think now it would not be a parenthetical because it's not a parenthetical to anything. But if we just say, "And nothing contained in this order shall create a justification or a privilege for any alleged interference."

(Pause)

MR. JENKINS: Your Honor, Dennis Jenkins here. Can you hear me?

THE COURT: Yes, sir.

MR. JENKINS: I think that was the language yesterday that I had addressed and said my understanding is that, notwithstanding that language, defined as necessary in requisite to meet 9019 of the standards are not otherwise affected. So as long as that remains the case, then that language is not cutting back the requirements under 9019. And so I'm fine with that, with that clarification, so long as it still applies.

THE COURT: Thank you.

Ms. Freeman, what do you need them to do for you?

MS. FREEMAN: Well, I was trying to figure out the best way to insert the language that Mr. Zakia had clarified,

if he could actually go ahead and repeat it, I would appreciate it.

THE COURT: Thank you.

MR. ZAKIA: Of course. On my screen, I don't know why but on my screen, it's still showing Paragraph 8. Would you be able to scroll down to 9, or maybe I'm --

THE COURT: I think you need to refresh your screen because she's on 9.

MR. ZAKIA: Okay. Sorry, Your Honor.

THE COURT: That's okay.

MR. ZAKIA: Okay, I'll give it a shot.

MR. BROOKNER: Your Honor, it's Jason Brookner. If Mr. Zakia's having a problem with his screen, I can give him an assist here (indiscernible).

THE COURT: All right.

MR. ZAKIA: Thank you.

(Pause)

MR. BROOKNER: Mr. Zakia, do you have the screen or do you need me to handle it?

MR. ZAKIA: No, no, go ahead. I think, Jason, it goes right on the -- I'm sorry to do this. I think it goes right at the end, probably before the provision that Mr. Davidson added about reserving (indiscernible), but I'm still on 8, so if you could add that, Jason, that would be helpful.

MR. BROOKNER: Yes, I believe that's correct. So Ms. Freeman, right there, where you have the cursor, insert the words, please, "And nothing contained in this Order shall create a justification or a privilege for any alleged interference."

And then maybe put -- yep. No, I think there's no "a" in front of privilege. Just "a justification or privilege."

MR. ZAKIA: And I think interference is misspelled as well.

MR. BROOKNER: That's correct.

THE COURT: All right. Do you have the --

MR. BASTA: This is Paul Basta. Could I have you screen in to show where other -- the phrase -- the term "Other Comanche Working Interest" is defined in this order? I cannot see it.

UNIDENTIFIED: In the settlement agreement.

MR. BASTA: I think it had said that if it's not defined in the order, it's defined in the settlement agreement?

MR. DAVIDSON: Mr. Basta, the Other Comanche Working Interest Holders are defined as Gavilan, Eagle Ford TX LP, Mitsui, SN EF UnSub LP, and Venado EF.

MR. BASTA: Okay. Thank you.

THE COURT: So did we get the name into 7 yet?

MS. FREEMAN: Yes.

THE COURT: Or 8? Okay. All right.

So 13 is coming out, correct?

MR. DAVIDSON: Right. That's correct.

MR. PEREZ: And, Your Honor, I would like to talk about 14, though.

THE COURT: Well, one --

MR. PEREZ: One thing at a time.

THE COURT: Let's get 13 out first.

All right. And the new 13? Mr. Perez?

MR. PEREZ: Yes, Your Honor. So the new 13 basically says that with respect to the adoption of any material agreement affecting the Comanche assets, it has to be either approved by the Operating Committee or a court order.

This settlement purports to have SN EF Maverick enter into a new SECO Pipeline Agreement. And so I'm a little concerned that what we're doing here is we're reading little "I" out of the -- out of 13, and it's not -- it's like if you don't want to go to the Operating Committee, you just get a court order. I don't think that's what the intent of this paragraph was, but I just wanted to highlight that to the Court.

THE COURT: So after the word "term," under little (I), can we just insert under 13(I), right after the word "terms," if required under the terms of the agreement -- under the terms of the Comanche Joint Development Agreement -- comma,

if required under the terms of the Comanche Joint Development Agreement.

MR. PEREZ: So --

MS. FREEMAN: Sorry.

MR. PEREZ: -- the way I read that, Your Honor, if it's required under the terms of the Comanche Joint Operating Agreement, that would have to be -- that approval would have to be obtained first.

THE COURT: So --

MR. PEREZ: -- before there was any resorting to a court order.

THE COURT: Let's -- let me try this. Then, comma, if required under the terms of the Comanche Joint Development Agreement. Then go to little (ii), and right before the word "Order," otherwise by. That's it. Does that work for everybody?

MR. PEREZ: Perfect. Yes, Your Honor.

THE COURT: Anybody else have any problem with that?

Okay. So it looks like we have an agreement.

MR. ZAKIA: Your Honor?

THE COURT: Yes, sir. Go ahead.

MR. ZAKIA: Your Honor, it's Jason Zakia. So I think we're about to say the same thing. I had -- we had two paragraphs, Your Honor, that we wanted to have included. We talked about one. I did not see the other. It's possible I

missed it.

THE COURT: Okay.

MR. ZAKIA: Ms. Freeman, if it's included, if you could just point us in the right direction, please. If not, we'd ask that it be added.

THE COURT: I thought they were included, but I may have forgotten one of them too. So I think it was back up around --

MR. ZAKIA: I --

THE COURT: -- Paragraph 2 or 3. It was pretty high up, Ms. Freeman.

MR. ZAKIA: And I apologize. I could have missed it, Judge.

MS. FREEMAN: So that's probably --

UNIDENTIFIED: Your Honor --

MS. FREEMAN: Paragraphs (indiscernible).

MR. ZAKIA: Oh the paragraph that begins, "Notwithstanding anything to the contrary in this Order, the Motion, the Assumed Agreements, the New SECO Pipeline Agreements or the Settlement Agreement," you can still have continuing (indiscernible) and actually in accordance with 23 and 24 of the Confirmation Order. And that one we weren't changing, so it's pretty easy. I just didn't see it.

MR. BROOKNER: It doesn't appear to be --

MS. FREEMAN: But that --

MR. BROOKNER: This is Jason Brookner.

MS. FREEMAN: I thought that was the one that we cut out and replaced with Paragraph 7. I might --

MR. ZAKIA: Yeah, I think 7 addresses a different issue. And to make it easier, Ms. Freeman, at Docket Number 1406, which is the thing we filed yesterday, it's Paragraph Number 1 on the first page. And I think unlike 2, there were no changes to that paragraph, so you can just paste it in.

THE COURT: Mr. Schak, I've authorized your line, but let's let her get this done and I'll have you speak.

MR. SCHAK: Thank you.

MR. ZAKIA: Your Honor, I've just emailed it to Ms. Freeman if that's easier for her to cut and paste from the email.

THE COURT: All right.

MS. FREEMAN: Okay. So it's this language in Paragraph 1?

MR. ZAKIA: Yes, ma'am.

MS. FREEMAN: Okay.

MR. WOLFSHOHL: Your Honor --

MR. ZAKIA: Thank you very much.

MR. WOLFSHOHL: This is Josh Wolfshohl, Your Honor. I just need to clarify to the Court that Paragraph 9, the sentence PUT in there, it's --

THE COURT: Hold on. Wait, wait. Let's get this one at a time. Let's get this copied in and then we'll go to everybody else's comments.

(Pause)

THE COURT: All right. We're going to go to Mr. Schak, and then there was somebody else with a comment after that. I'm not sure who was speaking.

Mr. Schak, go ahead.

MR. SCHAK: Thank you, Your Honor. I had read one sentence in the record yesterday that I understood the debtors were going to add. I didn't see it on the screen here, but it may simply be that we haven't scrolled far enough down yet. So I was just asking Ms. Freeman if that sentence reserving the unsecured representatives' rights made it into this order or if she could put it in there.

MS. FREEMAN: I had missed that. Can you please read that to me again?

MR. SCHAK: Yes. And I just emailed it to you, as well, so you can copy and paste over. But it says, "Nothing in this Order," then it says --

MS. FREEMAN: Mm-hmm.

THE COURT: All right. And then we had a person with a comment on Paragraph 9, and I'm not sure who was speaking.

MR. WOLFSHOHL: Joshua Wolfshohl on behalf of Targa.

THE COURT: All right. Go ahead, Mr. Wolfshohl.

MR. WOLFSHOHL: We -- Paragraph 9 is a lot broader than I think was discussed yesterday, and I don't have my client's authority on the current version of it. And so, to the extent that we're moving forward, I'm going to need to have a recess to be able to talk to my client about it because it -- I think it's broader than what was discussed at the hearing yesterday.

THE COURT: I think it is.

UNIDENTIFIED: Your Honor?

THE COURT: Yes.

UNIDENTIFIED: If I could --

MR. ZAKIA: So, Your Honor, this is the exact same language with the exception of deleting the part that Mr. Davidson has asked us to delete, which we did. Other than that, it's the exact same language that was in our objections. It's the exact same language we filed yesterday. So it's exactly the same with the exception of that one list, the positive action list that we --

MR. WOLFSHOHL: Your Honor, I'm not saying that it's not what they were suggesting. That was never something that we agreed to. Yesterday at the hearing, I believe what the Court said was that we were going to put something in the order that -- to the effect of nobody's claims are being released and all rights are reserved. This to me is much, much broader than that, and it's certainly not something that my client's given

me the authority to approve.

THE COURT: That's fine. How long do you need?

MR. WOLFSHOHL: Well, Your Honor, I'd like to have the order look more like what we talked about yesterday, and then I wouldn't even need to talk to my client. But if this is the language that is being requested, I'm going to need probably 20 minutes at least.

THE COURT: Okay. Anybody else have any final comments on this draft order? All right.

MR. BASTA: Your Honor, it's Paul Basta. I have one other comment, which is that the objection deadline to object to the initial list of assumption rejections that was scheduled in the plan was I believe, on June 22nd. And the order here preserves, to the extent we had standing, our ability to object to, for example, the Brasada rejection, but it could be others. And I just want to make sure that the -- allowing the passage of June 22nd is not a -- couldn't be used to prevent us from objecting as the situation unfolds.

UNIDENTIFIED: Your Honor, when we put in our objections, we were not aware of the implications of the settlement agreement, and therefore we didn't object to -- at the time to the Brasada rejection. But as a result of the settlement agreement, there's a renewed focus in how the (indiscernible) assumption/rejection decisions are being utilized to impact our rights, and we would like to preserve

our ability to object.

THE COURT: That's not an argument for this order. That's an argument for if you do make an objection, whether it's already gone or not. I'm not going to address that today.

Mr. Wolfshohl, I'm going to let you determine whether your client wants to consent or object.

Ms. Freeman, if it turns out that you don't have an agreement between the disputing parties on that paragraph, upload two forms of order. I'm going to determine what I'll do and I'll issue an order.

Hopefully we can upload one, but I'll let you all confer with all the parties on that one paragraph. There will be no other changes.

Can you let Ms. Do know, and if we have to have two orders, I'll review them and see which one we're -- I'm prepared to do, but you'll get an order.

MS. FREEMAN: Yes, Your Honor.

THE COURT: All right.

MS. FREEMAN: Thank you.

THE COURT: Let Ms. Do know. Thank you. We're in adjournment until this afternoon.

(Proceedings concluded at 10:18 a.m.)

* * * * *

**C E R T I F I C A T I O N**

I, Ilene Watson, do hereby certify that the foregoing is a correct transcript from the electronic sound recording provided for transcription and prepared to the best of my professional skills and ability.

Ilene Watson ____________________________ July 1, 2020

Ilene Watson
AAERT CET/CER 447
Certified Court Transcriptionist

United States Bankruptcy Court Southern - Texas
ENTERED
06/28/2021

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | ) | Case No. 19-34508 (MI) |
| Debtors. | ) | (Jointly Administered) |

**STIPULATION OF DISMISSAL AND AGREED ORDER**

This stipulation of dismissal and agreed order (the "Stipulation and Agreed Order"),[2] is made, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules, made applicable by Rules 7041 and 9014 of the Federal Rules of Bankruptcy Procedure, between (i) GSO,[3] (ii) SN EF UnSub, LP ("UnSub"), (iii) SN EF UnSub GP, LLC ("UnSub GP," and together with UnSub, the "UnSub Entities"), (iv) Mesquite, (v) Reorganized Debtor SN EF Maverick, LLC ("Maverick"), and (vi) Reorganized Debtor SN UR Holdings, LLC ("Holdings"). GSO, UnSub, UnSub GP, Mesquite, Maverick, and Holdings are each a "Party" and collectively the "Parties."

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). Upon the effective date of the Debtors' plan of reorganization, each of the Debtors emerged as a "Reorganized Debtor", and Sanchez Energy Corporation changed its name to Mesquite Energy, Inc. ("Mesquite"). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

2 Capitalized terms used but not herein defined shall have the meanings ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Case No. 19-34508, Docket No. 1205] (as amended or supplemented from time to time, the "Plan").

3 "GSO" refers collectively to the following entities: (1) GSO Capital Partners LP; (2) GSO ST Holdings LP; (3) GSO ST Holdings Associates LLC; (4) GSO Capital Opportunities Fund III LP; (5) GSO Capital Solutions Fund II (Luxembourg) S.A.R.L.; (6) GSO Capital Solutions Fund II LP; (7) GSO Credit Alpha Trading (Cayman) LP; (8) GSO Energy Market Opportunities Fund II LP; (9) GSO Energy Partners-A LP; (10) GSO Energy Partners-B LP; (11) GSO Energy Partners-C LP; (12) GSO Energy Partners-C II LP; (13) GSO Energy Partners-D LP; (14) GSO Energy Select Opportunities Fund LP; (15) GSO Harrington Credit Alpha Fund (Cayman) L.P.; (16) GSO Capital Solutions Fund II AIV-2A LP; (17) GSO COF III AIV-2A LP; and (18) GSO ESOF AIV-2A LP.

## RECITALS

**WHEREAS**, the Parties are party to a number of agreements relating to the acquisition by certain of the Debtors and UnSub of oil and gas assets in South Texas from Anadarko Petroleum Corporation in March 2017 (collectively, the "Comanche Agreements");

**WHEREAS**, on June 17, 2020, the Debtors filed the *Fourth Amended Exhibits B and C of the Plan Supplement for the Joint Chapter 11 Plan of Sanchez Energy Corporation and its Debtor Affiliates* [Case No. 19-34508, Docket No. 1326] (the "Rejection Schedules") seeking to reject or assume certain Comanche Agreements pursuant to the Plan,[4] including that certain Hydrocarbons Purchase and Marketing Agreement, dated as of January 12, 2017, between the applicable Debtors and UnSub (as amended and supplemented prior to the date hereof, the "Marketing Agreement");

**WHEREAS**, on June 22, 2020, GSO and the UnSub Entities filed the *Objection of GSO ST Holdings LP, GSO ST Holdings Associates LLC, SN EF UnSub GP, LLC, and SN EF UnSub, LP to Debtors' Rejection of the Comanche Agreements* [Case No. 19-34508, Docket No. 1354] (the "Rejection Objection") and the *Objection of GSO ST Holdings LP, GSO ST Holdings Associates LLC and SN EF UnSub, LP to Debtors' Assumption of the Ratification Agreement* [Case No. 19-34508, Docket No. 1356] (the "June 22 Assumption Objection"), and on July 14, 2020, the *Objection of GSO ST Holdings LP, GSO ST Holdings Associates LLC, and SN EF UnSub, LP to Debtors' Rejection of the Agency Agreements* [Case No. 19-34508, Docket No. 1465] (the "July 14 Objection"; together with the Rejection Objection, the June 22 Assumption Objection and with related litigation, the "Comanche Rejection Litigation");

**WHEREAS**, concurrent with the filing of the Rejection Objection, GSO and the UnSub Entities commenced an adversary proceeding before the Court at Case No. 20-03197 (the "GSO-

[4] A list of the Comanche Agreements is set forth on Exhibit 1 hereto.

Sanchez Adversary Proceeding") regarding certain legal issues in connection with the Comanche Rejection Litigation;

**WHEREAS**, on July 14, 2020, GSO and the UnSub Entities filed the amended complaint in the GSO-Sanchez Adversary Proceeding to add Carnero G&P LLC ("Carnero") as a defendant and include a fourth claim for declaratory judgment ("Count IV") regarding certain contractual relationships between the parties, in response to which the Debtors and Carnero filed motions to dismiss;

**WHEREAS**, on October 14, 2020, the Court held a hearing on the motions to dismiss Count IV and on November 20, 2020, the Court held a hearing on the Debtors' and GSO and the UnSub Entities' cross-motions for summary judgment on Counts I-III in the GSO-Sanchez Adversary Proceeding and took matters under advisement;

**WHEREAS**, on March 5, 2021, GSO and the UnSub Entities filed the *Statement and Reservation of Rights of GSO and UnSub* [Case No. 19-34508, Docket No. 1824] (the "Statement") and purported to accept a repudiation of the Marketing Agreement, a copy of which acceptance is attached as Exhibit B to the Statement (the "Acceptance");

**WHEREAS**, on March 9, 2021, GSO and the UnSub Entities filed the *Motion to Dismiss Sanchez's Motion to Reject the Marketing Agreement for Lack of Subject Matter Jurisdiction* [Case No. 19-34508; Docket No. 1846] (the "Motion to Dismiss" and, together with the Statement, the Comanche Rejection Litigation and the GSO-Sanchez Adversary Proceeding, the "Pending Litigation");

**WHEREAS**, on March 30, 2021, the Reorganized Debtors filed their *Opposition to GSO and UnSub's Motion to Dismiss Sanchez's Motion to Reject the Marketing Agreement for Lack of Subject Matter Jurisdiction* [Case No. 19-34508, Docket No. 1870], in response to which GSO

and the UnSub Entities filed a *Reply in Support of Their Motion to Dismiss Sanchez's Motion to Reject the Marketing Agreement for Lack of Subject Matter Jurisdiction* [Case No. 19-34508, Docket No. 1871];

**WHEREAS**, on March 31, 2021, the Court held a hearing on the Motion to Dismiss and requested that the Parties submit supplemental briefing, which was filed at Case No. 19-34508, Docket Nos. 1909 and 1910;

**WHEREAS**, the Parties have since engaged in good faith and arm's length negotiations and reached a global settlement (the "Settlement"), pursuant to which, among other things, the Parties agreed to the rejection or assumption, as applicable, of the Comanche Agreements pursuant to the Plan and to enter into an amended and restated Marketing Agreement in accordance with the terms of the Settlement and mutually release certain claims in connection with the Pending Litigation (the "Release") upon entry of this Stipulation and Agreed Order; and

**WHEREAS**, in connection with the Settlement, GSO and the UnSub Entities agreed to withdraw the Rejection Objection, the July 14 Objection, the June 22 Assumption Objection, the Statement, Acceptance, and the Motion to Dismiss with prejudice and the Parties have agreed to dismiss with prejudice the GSO-Sanchez Adversary Proceeding (except Count IV shall not be dismissed with respect to Carnero) upon entry of this Stipulation and Agreed Order.

**NOW, THEREFORE, IT IS STIPULATED, AGREED, AND ORDERED** as follows:

1. This Stipulation and Agreed Order shall only be effective and enforceable upon its approval and entry by this Court on the docket for these Chapter 11 Cases, and then it shall be immediately effective and enforceable. If it is not approved by this Court, this Stipulation and Agreed Order shall be null and void, and of no force or effect.

2. GSO and the UnSub Entities hereby consent to and agree to the dismissal of the GSO-Sanchez Adversary Proceeding in accordance with the *Stipulation of Dismissal* to be filed in the GSO-Sanchez Adversary Proceeding upon entry of this Stipulation and Agreed Order.

3. GSO and the UnSub Entities hereby shall be deemed to consent and agree (i) to the Debtors' assumption or rejection, as applicable, of the Comanche Agreements pursuant to and as set forth on Exhibit 1 hereto, and (ii) to such assumptions or rejections, as applicable, being effective under the Plan, as of June 1, 2021.

4. GSO and the UnSub Entities shall be deemed to and hereby do withdraw the Rejection Objection, the July 14 Objection, the June 22 Assumption Objection, the Statement, the Acceptance, and the Motion to Dismiss, in each case, with prejudice, and any related contested matter is hereby dismissed.

5. Without further order of the Court, notice, or action by any party, UnSub shall have, and the Reorganized Debtors agree pursuant to Article VII.B of the Plan, a single Allowed General Unsecured Claim in the amount of $114,400,000. For purposes of the Claims Register, such Claim shall be the total Allowed amount for proof of claim number 439 filed on January 10, 2020 by UnSub against Sanchez Energy Corporation. Such Claim shall be classified in and receive the treatment provided for Class 5—General Unsecured Claims under the Plan. All other claims (including, but not limited to, Cure Claims) of UnSub and/or GSO against the Debtors shall be Disallowed and shall receive no distributions under the Plan.

6. Subject to the immediately preceding paragraph, all Proofs of Claim filed by UnSub or GSO against the Debtors (excluding only Proof of Claim numbered 439, solely for purposes of reflecting the Allowed Claim referenced above), including but not limited to the Proofs of Claim identified on <u>Schedule 1</u> hereto, shall be deemed withdrawn and expunged.

7. Without further order of the Court, the Parties are authorized to take all actions necessary to effectuate this Stipulation and Agreed Order.

8. Upon entry of this Stipulation and Agreed Order, the Parties shall stipulate to the voluntary dismissal of the GSO-Sanchez Adversary Proceeding with prejudice (except Count IV shall not be dismissed with respect to Carnero).

9. Each Party is to bear its own costs, expenses, and attorneys' fees and costs.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Stipulation and Agreed Order.

11. This Stipulation and Order does not dismiss the adversary proceeding captioned *Occidental Petroleum Corp. v. Sanchez Energy Corp.*, Adv. Case No. 20-3198 (Bankr. S.D. Tex. June 22, 2020), or overrule the related rejection objection pending in the bankruptcy cases captioned *In re Sanchez Energy Corp.*, Case No. 19-34508 (Bankr. S.D. Tex. Aug. 11, 2019), or dismiss the pending appeals captioned *Occidental Petroleum Corp. v. Sanchez Energy Corp.*, Case Nos. 21-cv-01734 and 21-cv-01697, or authorize a present rejection of any Exhibit 1 contract to which any of the Oxy Parties or Wes Parties (each as defined below) is a party. For purposes of this Stipulation and Order, the "Oxy Parties" means Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko Energy Services Company, Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, and the "Wes Parties" means Western Midstream Partners LP, WGR Operating, LP, and Springfield Pipeline, LLC.

**IT IS SO ORDERED.**

Signed: June 27, 2021

Marvin Isgur
United States Bankruptcy Judge

43838880.8

**ACCEPTED AND AGREED:**

*/s/ Thomas A. Woolley, III*

**MCCLOSKEY ROBERSON, PLLC**
Thomas A. Woolley, III
State Bar No. 24042193
945 Heights Blvd.
Houston, Texas 77008
Telephone: (713) 337-3910
Facsimile: (713) 868-1275
Email: rwoolley@mccloskeypllc.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Andrew J. Ehrlich (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
Justin D. Ward (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
aeaton@paulweiss.com
aehrlich@paulweiss.com
smitchell@paulweiss.com
jward@paulweiss.com

*Counsel to GSO and Special Counsel to the UnSub Entities*

*/s/ John P. Melko*

**FOLEY & LARDNER LLP**
John P. Melko
State Bar No. 13919600
Sharon M. Beausoleil
State Bar No. 24025245
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmelko.@foley.com
sbeausoleil@foley.com

**MORRISON & FOERSTER LLP**
Jamie A. Levitt (admitted *pro hac vice*)
Michael D. Birnbaum (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
mbirnbaum@mofo.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Dennis L. Jenkins (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: djenkins@willkie.com
bmiller@willkie.com

*Counsel to the Reorganized Debtors*

**Exhibit 1**[1]

Assumed Contracts

| Agreement | Date | Parties |
|---|---|---|
| Amended and Restated Limited Liability Company Agreement | March 1, 2017 | SN EF UnSub GP, LLC, GSO ST Holdings Associates, LLC, SN UR Holdings, LLC |
| Ratification and Assumption Agreement | April 1, 2018 | SN EF UnSub, SN EF Maverick, LLC, Carnero G&P LLC |

[1] For the avoidance of doubt, nothing contained in this Exhibit or the Stipulation of Dismissal and Agreed Order to which it is attached (the "Stipulation of Dismissal") shall alter or otherwise affect the assumption or rejection of any agreement by and among one or more of the Parties and any other contract counterparty that is not set forth herein. The treatment of any and all such agreements not scheduled herein shall be governed by the Plan (as defined in the Stipulation of Dismissal) and the *Order Approving Disclosure Statement and Confirming Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and Its Debtor Affiliates* [Case No. 19-34508, Docket No. 1212].

Rejected Contracts

| Agreement | Date | Parties |
|---|---|---|
| Joint Development Agreement | March 1, 2017 | Gavilan Resources LLC, SN EF Maverick, SN EF UnSub, Sanchez Energy Corporation |
| Memorandum of Joint Development Agreement (as filed in Dimmit, LaSalle, Maverick, Webb, and Zavala Counties, TX) | March 1, 2017 | Gavilan Resources LLC, Sanchez Energy Corporation, SN EF Maverick, SN EF UnSub |
| Hydrocarbons Purchasing and Marketing Agreement | January 12, 2017 | SN EF Maverick, SN EF Unsub |
| Letter Agreement | January 12, 2017 | Sanchez Energy Corporation, SN EF Maverick, SN EF Unsub |
| Securities Purchase Agreement | January 12, 2017 | Sanchez Energy Corporation, SN UR Holdings, LLC, SN EF UnSub GP, SN EF UnSub, SN EF Unsub Holdings, LLC, GSO ST Holdings Associates LLC, GSO ST Holdings LP |
| Amended and Restated Securities Purchase Agreement | February 28, 2017 | Sanchez Energy Corporation, SN UR Holdings, LLC, SN EF UnSub GP, SN EF UnSub, SN EF Unsub Holdings, LLC, GSO ST Holdings Associates LLC, GSO ST Holdings LP, Intrepid Private Equity V-A LLC |
| Purchase and Sale Agreement, (and amendments March 1, 2017 (first), March 1, 2017 (second) and June 28, 2017 (third)) | January 12, 2017 | Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LLP, SN EF Maverick, SN EF UnSub, Aguila Production, LLC |
| Development Agreement (Drilling Commitment Agreement) | March 1, 2017 | Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, SN EF UnSub, Gavilan Resources, LLC |

| Agreement | Date | Parties |
|---|---|---|
| Memorandum of Development Agreement (as filed in Dimmit, LaSalle, Maverick, Webb, Zavala Counties) | July 1, 2016 | Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC |
| Retained Marketing Contracts Services Agreement | May 30, 2017 | SN EF Maverick, LLC, SN Catarina, LLC, Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, Anadarko Energy Services Company |
| Retained Midstream Contracts Services Agreement | June 1, 2017 | SN EF Maverick, LLC, Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP |
| Non-Solicitation Agreement | March 1, 2017 | GSO Capital Partners, LP, Sanchez Energy Corporation, Sanchez Oil & Gas Corporation |
| Non-Solicitation Agreement | March 1, 2017 | Intrepid Private Equity V-A, LLC, Sanchez Energy Corporation, Sanchez Oil & Gas Corporation |
| Registration Rights Agreements | March 1, 2017 | Sanchez Energy Corporation, GSO Capital Opportunities Fund III, GSO Energy Select Opportunities Fund LP, GSO Energy Partners-A LP, GSO Energy Partners-B LP, GSO Energy Partners-C LP, GSO Energy Partners-C II LP, GSO Energy Partners-D LP, GSO Credit Alpha Trading (Cayman) LP, GSO Harrington Credit Alpha Fund (Cayman) LP, GSO Capital Solutions Fund II LP |
| Registration Rights Agreements | March 1, 2017 | Sanchez Energy Corporation, Intrepid Private Equity V-A |
| The Standstill and Voting Agreement | February 6, 2017, as amended on March 1, 2017 | Sanchez Energy Corporation, GSO Capital Opportunities Fund III, GSO Energy Select Opportunities Fund LP, GSO Energy Partners-A LP, GSO Energy Partners-B LP, GSO Energy Partners-C LP, GSO Energy Partners-C II LP, GSO Energy Partners-D LP, GSO Energy Market Opportunities Fund II LP, GSO Credit Alpha Trading (Cayman) LP, GSO Harrington Credit Alpha Fund (Cayman) LP, GSO Capital Solutions |

| Agreement | Date | Parties |
|---|---|---|
| | | Fund II (Luxembourg) SARL, GSO Capital Solutions Fund II (Luxembourg) SARL, GSO Capital Solutions Fund II LP |
| The Warrant Agreement | March 1, 2017 | Sanchez Energy Corporation, GSO Capital Opportunities Fund III, GSO Energy Select Opportunities Fund LP, GSO Energy Partners-A LP, GSO Energy Partners-B LP, GSO Energy Partners-C LP, GSO Energy Partners-C II LP, GSO Energy Partners-D LP, GSO Credit Alpha Trading (Cayman) LP, GSO Harrington Credit Alpha Fund (Cayman) LP, GSO Capital Solutions Fund II LP |
| The Warrant Agreement | March 1, 2017 | Sanchez Energy Corporation, Intrepid Private Equity V-A |

**COMPLX, LEAD, COMPLX**

# U.S. Bankruptcy Court
# Southern District of Texas (Houston)
# Bankruptcy Petition #: 19-34508

*Date filed:* 08/11/2019
*Plan confirmed:* 04/30/2020
*341 meeting:* 10/10/2019

*Assigned to:* Marvin Isgur
Chapter 11
Voluntary
Asset

***Debtor***
**Sanchez Energy Corporation**
700 Milam
Suite 600
Houston, TX 77002
HARRIS-TX
Tax ID / EIN: 45-3090102

represented by **Alexander F Antypas**
Akin Gump et al
2001 K St, NW
Washington, DC 20006-1037
202-887-4519

**Sharon Marie Beausoleil**
Foley & Lardner LLP
1000 Louisiana Street
Suite 2000
Houston, Tx 77002
713-276-5086
Email: sbeausoleil@foley.com

**Marty L Brimmage**
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2885
Fax : 214-969-4343
Email: mbrimmage@akingump.com

**Michael Byun**
Akin Gump et al
1999 Avenue of the Stars
Ste 600
Los Angeles, CA 90067-6022
310-229-1051

**Matthew D Cavenaugh**
Jackson Walker LLP
1401 McKinney Street
Ste 1900
Houston, TX 77010
713-752-4200
Email: mcavenaugh@jw.com

**Ira Dizengoff**

Akin Gump
One Bryant Park
NYC, NY 10036-6745
212-872-1000

**Elizabeth Carol Freeman**
The Law Office of Liz Freeman
PO Box 61209
Houston, TX 77208-1209
832-779-3580
Email: liz@lizfreemanlaw.com

**Robin Christopher Gibbs**
Gibbs & Bruns
1100 Louisiana
Ste 5300
Houston, TX 77002
713-650-8805
Email: rgibbs@gibbsbruns.com

**John P Melko**
Foley & Lardner LLP
1000 Louisiana
Ste 2000
Houston, TX 77002
713-276-5727
Fax : 713-276-5555
Email: jmelko@foley.com

**Naomi Moss**
Akin Gump et al
One Bryant Pk
New York, NY 10036-6745
212-872-1000
Email: nmoss@akingump.com

**Lenard M. Parkins**
Parkins & Rubio LLP
Pennzoil Place
700 Milam Street
Suite 1300
Houston, TX 77002
713-542-7225
Email: lparkins@parkinsrubio.com

**Jason P Rubin**
Akin Gump et al
One Bryant Park
New York, NY 10036
212-872-7489

**James Savin**
Akin Gump et al
2001 K St, NW

Washington, DC 20006
202-887-4417

**Cameron A. Secord**
Jackson Walker LLP
1401 McKinney St
Ste 1900
Houston, TX 77010
713-752-4362
Email: csecord@jw.com

**Clay Marshall Taylor**
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street
Suite 1000
Ft Worth, TX 76102
817-405-6900
Fax : 817-405-6902
Email: clay.taylor@bondsellis.com

**Miles Taylor**
Akin Gump et al
2001 K St, NW
Washington, DC 20006-1037
202-887-4592

***Debtor***
**SN Palmetto, LLC**
700 Milam
Suite 600
Houston, TX 77002
HARRIS-TX
Tax ID / EIN: 45-3193696

represented by **Alexander F Antypas**
(See above for address)

**Sharon Marie Beausoleil**
(See above for address)

**Michael Byun**
(See above for address)

**Ira Dizengoff**
(See above for address)

**Elizabeth Carol Freeman**
(See above for address)

**John P Melko**
(See above for address)

**Naomi Moss**
(See above for address)

**Jason P Rubin**
(See above for address)

**James Savin**
(See above for address)

**Miles Taylor**

(See above for address)

**Jennifer F Wertz**
Jackson Walker LLP
100 Congress Ave
Suite 1100
Austin, TX 78701
512-236-2247
Fax : 512-391-2147
Email: jwertz@jw.com

| | | |
|---|---|---|
| ***Debtor***<br>**SN Marquis LLC**<br>700 Milam<br>Suite 600<br>Houston, TX 77002<br>HARRIS-TX<br>Tax ID / EIN: 45-3090102 | represented by | **Alexander F Antypas**<br>(See above for address)<br><br>**Sharon Marie Beausoleil**<br>(See above for address)<br><br>**Michael Byun**<br>(See above for address)<br><br>**Matthew D Cavenaugh**<br>(See above for address)<br><br>**Ira Dizengoff**<br>(See above for address)<br><br>**Elizabeth Carol Freeman**<br>(See above for address)<br><br>**John P Melko**<br>(See above for address)<br><br>**Naomi Moss**<br>(See above for address)<br><br>**Jason P Rubin**<br>(See above for address)<br><br>**James Savin**<br>(See above for address)<br><br>**Miles Taylor**<br>(See above for address) |
| ***Debtor***<br>**SN Cotulla Assets, LLC**<br>700 Milam<br>Suite 600<br>Houston, TX 77002<br>HARRIS-TX<br>Tax ID / EIN: 45-3090102 | represented by | **Alexander F Antypas**<br>(See above for address)<br><br>**Sharon Marie Beausoleil**<br>(See above for address)<br><br>**Michael Byun**<br>(See above for address)<br><br>**Ira Dizengoff** |

(See above for address)

**Elizabeth Carol Freeman**
(See above for address)

**John P Melko**
(See above for address)

**Naomi Moss**
(See above for address)

**Jason P Rubin**
(See above for address)

**James Savin**
(See above for address)

**Miles Taylor**
(See above for address)

**Jennifer F Wertz**
(See above for address)

***Debtor***
**SN Operating, LLC**
700 Milam
Suite 600
Houston, TX 77002
HARRIS-TX
Tax ID / EIN: 45-3902143

represented by **Alexander F Antypas**
(See above for address)

**Sharon Marie Beausoleil**
(See above for address)

**Benjamin David Betner**
Gibson, Dunn & Crutcher LLP
811 Main St.
Suite 3000
Houston, TX 77002
346-718-6665
Email: bbetner@gibsondunn.com

**Michael Byun**
(See above for address)

**Matthew D Cavenaugh**
(See above for address)

**Crystal Del Toro**
The Buzbee Law Firm
600 Travis
Suite 7300
Houston, TX 77002
713-223-5909
Email: cdeltoro@txattorneys.com

**Ira Dizengoff**
(See above for address)

**Elizabeth Carol Freeman**
(See above for address)

**John P Melko**
(See above for address)

**Naomi Moss**
(See above for address)

**Michael Alan Rosenthal**
Gibson Dunn & Crutcher
200 Park Ave
47th Floor
New York, NY 10166
212-351-4000
Fax : 212-351-4035
Email: mrosenthal@gibsondunn.com

**Jason P Rubin**
(See above for address)

**James Savin**
(See above for address)

**Miles Taylor**
(See above for address)

***Debtor***
**SN TMS, LLC**
700 Milam
Suite 600
Houston, TX 77002
HARRIS-TX
Tax ID / EIN: 45-3090102

represented by **Alexander F Antypas**
(See above for address)

**Sharon Marie Beausoleil**
(See above for address)

**Michael Byun**
(See above for address)

**Ira Dizengoff**
(See above for address)

**Elizabeth Carol Freeman**
(See above for address)

**John P Melko**
(See above for address)

**Naomi Moss**
(See above for address)

**Jason P Rubin**
(See above for address)

**James Savin**
(See above for address)

**Miles Taylor**
(See above for address)

**Jennifer F Wertz**
(See above for address)

*Debtor*
**SN Catarina, LLC**
700 Milam
Suite 600
Houston, TX 77002
HARRIS-TX
Tax ID / EIN: 45-3090102

represented by **Alexander F Antypas**
(See above for address)

**Sharon Marie Beausoleil**
(See above for address)

**Benjamin David Betner**
(See above for address)

**Michael Byun**
(See above for address)

**Matthew D Cavenaugh**
(See above for address)

**Ira Dizengoff**
(See above for address)

**Elizabeth Carol Freeman**
(See above for address)

**John P Melko**
(See above for address)

**Naomi Moss**
(See above for address)

**Michael Alan Rosenthal**
(See above for address)

**Jason P Rubin**
(See above for address)

**James Savin**
(See above for address)

**Miles Taylor**
(See above for address)

*Debtor*
**Rockin L Ranch Company, LLC**
700 Milam
Suite 600
Houston, TX 77002
HARRIS-TX
Tax ID / EIN: 45-3090102

represented by **Alexander F Antypas**
(See above for address)

**Sharon Marie Beausoleil**
(See above for address)

**Michael Byun**
(See above for address)

**Ira Dizengoff**
(See above for address)

**Elizabeth Carol Freeman**
(See above for address)

**John P Melko**
(See above for address)

**Naomi Moss**
(See above for address)

**Jason P Rubin**
(See above for address)

**James Savin**
(See above for address)

**Miles Taylor**
(See above for address)

**Jennifer F Wertz**
(See above for address)

***Debtor***
**SN EF Maverick, LLC**
700 Milam
Suite 600
Houston, TX 77002
HARRIS-TX
Tax ID / EIN: 45-3090102

represented by **Alexander F Antypas**
(See above for address)

**Sharon Marie Beausoleil**
(See above for address)

**Benjamin David Betner**
(See above for address)

**Michael Byun**
(See above for address)

**Matthew D Cavenaugh**
(See above for address)

**Samuel William Cruse, III**
Gibbs & Bruns LLP
1100 Louisiana
Ste 5300
Houston, TX 77002
713-650-8805
Fax : 713-750-0903
Email: scruse@gibbsbruns.com

**Ira Dizengoff**
(See above for address)

**Eva S Engelhart**
Ross Banks May Cron and Cavin PC
7700 San Felipe

Suite 550
Houston, TX 77063
713-626-1200
Fax : 713-623-6014
Email: eengelhart@rossbanks.com

**Elizabeth Carol Freeman**
(See above for address)

**Robin Christopher Gibbs**
(See above for address)

**John P Melko**
(See above for address)

**Naomi Moss**
(See above for address)

**Michael Alan Rosenthal**
(See above for address)

**Jason P Rubin**
(See above for address)

**James Savin**
(See above for address)

**Miles Taylor**
(See above for address)

***Debtor***
**SN Payables, LLC**
700 Milam
Suite 600
Houston, TX 77002
HARRIS-TX
Tax ID / EIN: 45-3090102

represented by **Alexander F Antypas**
(See above for address)

**Sharon Marie Beausoleil**
(See above for address)

**Michael Byun**
(See above for address)

**Ira Dizengoff**
(See above for address)

**Elizabeth Carol Freeman**
(See above for address)

**John P Melko**
(See above for address)

**Naomi Moss**
(See above for address)

**Jason P Rubin**
(See above for address)

**James Savin**
(See above for address)

**Miles Taylor**
(See above for address)

**Jennifer F Wertz**
(See above for address)

*Debtor*
**SN UR Holdings, LLC**
700 Milam
Suite 600
Houston, TX 77002
HARRIS-TX
Tax ID / EIN: 45-3090102

represented by **Alexander F Antypas**
(See above for address)

**Sharon Marie Beausoleil**
(See above for address)

**Michael Byun**
(See above for address)

**Matthew D Cavenaugh**
(See above for address)

**Ira Dizengoff**
(See above for address)

**Elizabeth Carol Freeman**
(See above for address)

**John P Melko**
(See above for address)

**Naomi Moss**
(See above for address)

**Jason P Rubin**
(See above for address)

**James Savin**
(See above for address)

**Miles Taylor**
(See above for address)

*Debtor*
**Mesquite Energy, Inc.,** ***Reorganized Debtor***
1000 Main Street
Ste. 3000
Houston, TX 77002
HARRIS-TX

represented by **Benjamin David Betner**
(See above for address)

**Samuel William Cruse, III**
(See above for address)

**Eric Thomas Haitz**
Gibson, Dunn & Crutcher LLP
811 Main street
Ste 3000
Houston, TX 77002
346-718-6648

Email: ehaitz@gibsondunn.com

**John P Melko**
(See above for address)

**Lenard M. Parkins**
(See above for address)

**Michael Alan Rosenthal**
(See above for address)

**Charles Michael Rubio**
Parkins & Rubio LLP
100 Park Avenue
Suite 1600
New York, NY 10017
646-419-0181
Fax : 713-715-1699
Email: crubio@parkinsrubio.com

***In Re***
**Venado Oil & Gas LLC, *Sanchez Energy Corporation***

represented by **Jonathan G.C. Fombonne**
Kirkland & Ellis LLP
609 Main Street
Houston, TX 77002
713-836-3336
Email: jonathan.fombonne@kirkland.com
*TERMINATED: 02/22/2021*

**Kenneth Alan Young**
Kirkland and Ellis LLP
600 Travis Street
Suite 3300
Houston, TX 77002
713-835-3748
Email: kenneth.young@kirkland.com

***Plaintiff***
**Ricardo Fernandez**

represented by **Noah Michael Wexler**
Arnold Itkin LLP
6009 Memorial Dr
Houston, TX 77007
713-222-3800
Email: nwexler@arnolditkin.com

***U.S. Trustee***
**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
(713) 718-4650

represented by **Alicia Lenae Barcomb**
DOJ-Ust
515 Rusk Ave.
Suite 3516
Houston, TX 77002
713-718-4661
Email: alicia.barcomb@usdoj.gov

**Hector Duran, Jr**
U.S. Trustee

515 Rusk
Ste 3516
Houston, Tx 77002
7137184650
Email: Hector.Duran.Jr@usdoj.gov

**Stephen Douglas Statham**
Office of US Trustee
515 Rusk
Ste 3516
Houston, TX 77002
713-718-4650 Ext 252
Fax : 713-718-4670
Email: stephen.statham@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**

represented by **Philip G Eisenberg**
Locke Lord et al
600 Travis
Ste 3400
Houston, TX 77002
713-226-1304
Email: peisenberg@lockelord.com

**Evan R Fleck**
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
212-530-5567
Email: efleck@milbank.com

**Elizabeth M Guffy**
Locke Lord LLP
600 Travis
Suite 2800
Houston, TX 77002
713-226-1328
Email: eguffy@lockelord.com

**Andrew M. Leblanc**
Milbank Tweed Hadley & McCloy
1850 K. Street NW
Ste 1100
Washington, DC 20006
212-530-5000

**Simon Richard Mayer**
Locke Lord LLP
600 Travis, Suite 2800
Houston, TX 77002
713 226 1507
Fax : 713 223 3717
Email: simon.mayer@lockelord.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/29/2021 | 2143 (1 pg) | Courtroom Minutes. Time Hearing Held: 11:02 am - 11:20 am. Appearances: See attached. Time reserved for the parties on 12/8/21 at 1:30 pm regarding the settlements announced on the record. Parties may self-calendar for that time what motions are required to implement the settlement. As stated on the record, adversary proceeding 20-03198 is abated, any party involved may move to terminate the abatement at any time. (Related document(s):1957 Motion For Summary Judgment, 1960 Motion For Summary Judgment) (TylerLaws) (Entered: 10/29/2021) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | ) | Case No. 19-34508 (MI) |
| Reorganized Debtors.[1] | ) | (Jointly Administered) **Re: Docket Nos. 1326 and 2071** |

**STIPULATION AND AGREED ORDER AUTHORIZING ASSUMPTION OF COMANCHE NON-OPS' PRODUCTION MARKETING AGREEMENTS**

On October 14, 2021, Venado EF L.P., Eagle Ford TX LP, and Mitsui E&P Texas LP (collectively, the "Comanche Non-Ops") filed the *Limited Objection and Reservation of Rights of Comanche Non-Ops with Respect to Assumption of Production Marketing Agreements* [Docket No. 2071] (the "Objection"), objecting on a limited basis to the assumption by Reorganized Debtor SN EF Maverick, LLC ("Maverick" and together with the Comanche Non-Ops, the "Parties") of the executory contracts listed on Exhibit 1 attached hereto (collectively, the "PMAs"), pursuant to the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1205] (as amended or supplemented from time to time, the "Plan").[2]

The Comanche Non-Ops and Maverick, by and through their respective counsel, have agreed to the entry of this stipulation and agreed order ("Order") by this Court, without trial or

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102) (collectively the "Reorganized Debtors"). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

[2] Capitalized terms used but not herein defined shall have the meanings ascribed to them in Plan.

adjudication of any issue of fact or law. The Parties having requested that the Court enter this Order, it is therefore ORDERED, ADJUDGED, AND DECREED as follows:[3]

## FINDINGS

A. This Court has jurisdiction over this matter pursuant to the Plan and 28 U.S.C. §1334; and this is a core proceeding pursuant to 28 U.S.C. §157.

B. The Comanche Non-Ops each own certain working interests in oil and gas properties in South Texas, referred to as the "Comanche Assets".

C. The Comanche Non-Ops[4] entered into their respective PMAs with Anadarko Energy Services Company and Anadarko E&P Onshore LLC (collectively, "Anadarko") between 2010 and 2012, pursuant to which, the Comanche Non-Ops agreed to sell, and Anadarko agreed to purchase the Comanche Non-Ops' oil and gas production associated with the Comanche Assets and thereafter arrange for the gathering, treating, transportation, marketing and/or sale of its own (and its affiliates') production volumes together with those of the Comanche Non-Ops.

D. Maverick, SN EF UnSub, LP ("UnSub"), and Gavilan Resources, LLC ("Gavilan"), the predecessor in interest to Mesquite Comanche Holdings, LLC ("MCom"), purchased Anadarko's working interest in the Comanche Assets in 2017 (the "Comanche Purchase Transaction").[5]

---

[3] Each finding of fact set forth or incorporated herein, to the extent it is or may be deemed a conclusion of law, shall also constitute a conclusion of law. Each conclusion of law set forth or incorporated herein, to the extent it is or may be deemed a finding of fact, shall also constitute a finding of fact.

[4] References to "Comanche Non-Ops" in this paragraph refer to the Comanche Non-Ops and/or their respective predecessors in interest in the Comanche Assets, as applicable.

[5] As of December 3, 2021, Maverick, UnSub, MCom, and the Comanche Non-Ops own all the working interests in the Comanche Assets.

E. Pursuant to the Comanche Purchase Transaction, Maverick became and continues to be the operator of the Comanche Assets pursuant to applicable joint operating agreements, and Anadarko assigned the PMAs to Maverick.

F. The PMAs facilitate Maverick's efficient operation of the Comanche Assets and also enable the Reorganized Debtors to maximize the value of the Comanche Assets for themselves and all the other working interest owners of the Comanche Assets by, among other things, allowing Maverick to negotiate the gathering, treating, processing, and transportation of the oil and gas production from the Comanche Assets on an aggregate basis, including production of the Reorganized Debtors and the Comanche Non-Ops. Currently, the Reorganized Debtors sell the Comanche Non-Ops' oil and gas production through certain agreements (the "Agency Agreements") with Occidental Petroleum Corporation, Western Midstream Partners LP, and their respective affiliates (collectively, "Oxy/WES"). The Reorganized Debtors have also been engaged in ongoing litigation with Oxy/WES with respect to rejection or assumption of the Agency Agreements (the "Oxy/WES Litigation").

G. Consistent with this Court's *Order Approving Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization; (III) Approving the Form of Ballot, and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 1110] ("Solicitation Procedures Order") and the Plan and Confirmation Order, on or about May 29, 2020, prior to the Plan's Effective Date, the Debtors listed each of the PMAs on the Schedule of Assumed Executory Contracts and Unexpired Leases, as contracts to be assumed under the Plan; and the PMAs have remained on that schedule ever since.

H. The "Contract Objection Deadline" for the Comanche Non-Ops to object to the proposed assumption of their respective PMAs—originally set in the Confirmation Order as May 20, 2020—was extended multiple times, consistent with the Confirmation Order and with the mutual consent of the parties, to October 14, 2021.

I. From the Effective Date of the Plan through the date of this Order, each of the PMAs is, and has at all relevant times been, an Executory Contract.

J. As set forth in the Objection, the Comanche Non-Ops raised issues with respect to adequate assurances for the assumption of the PMAs under section 365 of the Bankruptcy Code.

K. As of the Effective Date of the Plan, no Cure Claims with respect to the PMAs existed.

L. The Debtors' and Reorganized Debtors' decision, as applicable, to assume the PMAs is a reasonable exercise of the Debtors' and Reorganized Debtors', as applicable, business judgment and is consistent with the process for assuming agreements set forth in the Plan, the Confirmation Order, and otherwise applicable law.

## ASSUMPTION

**IT IS FURTHER ORDERED that**:

1. The Comanche Non-Ops hereby withdraw the Objection.

2. For purposes of clarification, nothing in this Order is intended to alter the rights of the Comanche Non-Ops, if any, to receive copies of, or notices with respect to, any new or amendments to existing "Commitment Agreements" (as such term is defined in the applicable PMAs), if any, in connection with the settlement of the Oxy/WES Litigation, in each case to the extent required by the terms of the applicable PMAs. For the avoidance of doubt, the following agreements, which Maverick has informed the Comanche Non-Ops it intends to assume in

connection with the settlement of the Oxy/WES Litigation, are not "Commitment Agreements": (i) the Retained Marketing Contracts Services Agreement, dated as of June 1, 2017 by and among Maverick, Catarina, Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, Anadarko Energy Services Company and Sanchez Energy Corporation; and (ii) the Retained Midstream Contracts Services Agreement, dated as of June 1, 2017 by and among Maverick, Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP and Sanchez Energy Corporation, as each may be assumed, amended, modified, or supplemented from time to time.

3. Maverick is authorized and directed to assume the PMAs, effective as of the Effective Date, pursuant to the Plan. All requirements for assumption of the PMAs, as of the Effective Date of the Plan, pursuant to the Plan and pursuant to 11 U.S.C. §§365 and 1123 are deemed satisfied.

4. Except as otherwise provided in this paragraph, all defaults, if any, arising under the PMAs on account of actions or inactions of any party to such PMAs as of the date of entry of this Order are hereby mutually waived, released, and discharged by the Parties; *provided, however,* the foregoing waiver, release, and discharge shall not constitute a waiver, release, or discharge of any default arising from or relating to Maverick's obligation to pay ordinary course amounts to each of the Comanche Non-Ops pursuant to a PMA for its respective production of hydrocarbons, solely relating to amounts not yet invoiced or otherwise paid by Maverick as the date of this Order for hydrocarbons either previously purchased by or delivered to Maverick (A) for gas and natural gas liquids, between September 1, 2021 and the date of this Order, and (B) for oil, between October 1, 2021, and the date of this Order. For the avoidance of doubt, notwithstanding the release, waiver, and discharge of defaults in this paragraph, the Comanche Non-Ops and Reorganized Debtors shall each retain their respective unexpired audit rights under the PMAs.

5. The PMAs shall remain in full force and effect and shall be binding upon each of the parties thereto in accordance with their terms, and the PMAs shall be enforceable in accordance with their terms pursuant to otherwise applicable law. For purposes of clarification, in connection with the entry of this Order, the Reorganized Debtors and the Comanche Non-Ops have not agreed to any amendments or modifications to the terms of the PMAs.

6. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

7. Without further order of the Court, the Debtors and Reorganized Debtors, as applicable, and the Comanche Non-Ops are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order, including, without limitation, the impact of the Debtors' or Reorganized Debtors', as applicable, assumption and/or rejection of any other executory contract on the parties' respective rights and obligations under the PMAs.

**IT IS SO ORDERED.**

Signed: ____________________, 2021

______________________________________
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**ACCCEPTED AND AGREED:**

*/s/* Aparna Yenamandra
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Aparna Yenamandra (admitted *pro hac vice*)
Conor P. McNamara (admitted *pro hac vice*)
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: conor.mcnamara@kirkland.com
aparna.yenamandra@kirkland.com

*Counsel to Venado Oil & Gas, LLC and each of its direct and indirect subsidiaries (including, without limitation, Venado EF L.P. and its subsidiaries)*

*/s/* Duston McFaul
**SIDLEY AUSTIN LLP**
Duston McFaul (TX Bar No. 24003309)
Michael Fishel (TX Bar No. 24082998)
Maegan Quejada (TX Bar No. 24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 459-7799
Email: dmcfaul@sidley.com
mquejada@sidley.com

*Counsel to Mitsui E&P Texas LP*

*/s/* Julia Frost-Davis
**MORGAN LEWIS LLP**
Julia Frost-Davies (admitted *pro hac vice*)
Amy Kyle (admitted *pro hac vice*)
One Federal Street
Boston, Massachusetts 02110
Telephone: (617) 341-7700
Facsimile: (617) 341-7701
Email: julia.frost-davies@morganlewis.com
amy.kyle@morganlewis.com

*Counsel to Eagle Ford TX LP*

*/s/* John P. Melko
**FOLEY & LARDNER LLP**
John P. Melko
State Bar No. 13919600
Sharon M. Beausoleil
State Bar No. 24025245
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmelko.@foley.com
sbeausoleil@foley.com

*/s/* Jamie A. Levitt
**MORRISON & FOERSTER LLP**
Jamie A. Levitt (admitted *pro hac vice*)
Michael D. Birnbaum (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
mbirnbaum@mofo.com

-and-

*/s/* Dennis L. Jenkins
**WILLKIE FARR & GALLAGHER LLP**
Dennis L. Jenkins (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: djenkins@willkie.com
bmiller@willkie.com

*Counsel to the Reorganized Debtors*

**EXHIBIT 1**

**PRODUCTION MARKETING AGREEMENTS**

1) Maverick Crude Oil Production Marketing Agreement, dated effective as of April 14, 2011 by and among SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company and Anadarko E&P Onshore LLC) and Eagle Ford TX LP

2) Maverick Residue Gas Marketing Agreement, dated effective as of April 14, 2011 by and among SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company and Anadarko E&P Onshore LLC) and Eagle Ford TX LP, as amended, including by that First Amendment to Maverick Natural Gas Liquids Marketing Agreement, dated February 1, 2014

3) Maverick Natural Gas Liquids Marketing Agreement, dated effective as of April 14, 2011 by and among SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company and Anadarko E&P Onshore LLC) and Eagle Ford TX LP

4) Maverick Oil Production Marketing Agreement, dated effective as of October 1, 2010 by and among SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company and Anadarko E&P Onshore LLC) and Venado EF L.P. (as successor to SM Energy Company)

5) Maverick Residue Gas Marketing Agreement, dated effective as of October 1, 2010 by and among SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company and Anadarko E&P Onshore LLC) and Venado EF L.P. (as successor to SM Energy Company)

6) Maverick Natural Gas Liquids Marketing Agreement, dated effective as of October 1, 2010 by and among SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company and Anadarko E&P Onshore LLC) and Venado EF L.P. (as successor to SM Energy Company), as amended, including by that First Amendment to Maverick Natural Gas Liquids Marketing Agreement, dated as of February 1, 2014

7) Maverick Oil Production Marketing Agreement, dated effective as of January 1, 2012 by and among SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company and Anadarko E&P Onshore LLC) and Mitsui E&P Texas LP

8) Maverick Residue Gas Marketing Agreement, dated effective as of January 1, 2012 by and among SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company and Anadarko E&P Onshore LLC) and Mitsui E&P Texas LP

9) Maverick Natural Gas Liquids Marketing Agreement, dated effective as of January 1, 2012 by and among SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company and Anadarko E&P Onshore LLC) and Mitsui E&P Texas LP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | ) | Case No. 19-34508 (MI) |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |

**STIPULATION AND AGREED ORDER**

This Stipulation and Agreed Order (the "Order") is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (applicable herein pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure), between (i) Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, Anadarko Energy Services Company, and Kerr-McGee Oil & Gas Onshore LP (collectively, the "Occidental Entities"), (ii) Western Midstream Partners LP, WGR Operating, LP and Springfield Pipeline, LLC (collectively, the "Western Entities," and together with the Occidental Entities, "OXY/WES") and (iii) Mesquite Energy, Inc. ("Mesquite") (formerly known as Sanchez Energy Corporation), SN Catarina, LLC ("SN Catarina"), and SN EF Maverick, LLC ("SN Maverick," and together with Mesquite and SN Catarina, the "Mesquite Entities"). Each of the Occidental Entities, each of the Western Entities and each of the Mesquite Entities is a "Party" and collectively are the "Parties" to this Order.[2]

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102) (collectively the "Reorganized Debtors"). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

[2] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1205] (as amended or supplemented from time to time, the "Plan").

## RECITALS

**WHEREAS**, certain of the Parties are party to multiple agreements related to certain working interests in oil and gas properties in South Texas (collectively, the "Comanche Agreements"), including with respect to the gathering, transportation, processing and marketing of hydrocarbons extracted from such working interests;

**WHEREAS**, on June 17, 2020, Sanchez Energy Corporation and certain of its affiliates (collectively, the "Debtors") filed in the above-captioned Chapter 11 cases the *Fourth Amended Exhibits B and C of the Plan Supplement for the Joint Chapter 11 Plan of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1326], seeking to reject or assume the Comanche Agreements pursuant to the Plan;

**WHEREAS**, on June 22, 2020, OXY/WES filed the *Objection to Schedule of Rejected Executory Contracts and Unexpired Leases* [Docket No. 1355] (the "Rejection Objection"), commencing a contested matter with respect to the proposed rejection of certain of the Comanche Agreements (the "Comanche Rejection Litigation");

**WHEREAS**, concurrent with the filing of the Rejection Objection, OXY/WES filed a complaint (the "Complaint") commencing the adversary proceeding captioned *Occidental Petroleum Corp. v. Sanchez Energy Corp.*, Adv. Pro. No. 20-03198 (S.D. Tex.) (the "OXY/WES Adversary Proceeding") regarding certain legal issues in connection with the Comanche Rejection Litigation;

**WHEREAS**, on October 1, 2020, the Court held a hearing on the Debtors' and OXY/WES' cross-motions for summary judgment on certain limited issues, as ordered by the Court pursuant to a Scheduling Order [Adv. Pro. No. 20-03198, Docket No. 46] and took matters under advisement;

**WHEREAS**, on May 6, 2021, the Court entered its Opinion and Order (the "Partial Rejection Order") with respect to certain Comanche Agreements [Adv. Pro. No. 20-03198, Docket Nos. 89-90; *see also* Main Case Docket Nos. 1923-1924];

**WHEREAS**, on May 18, 2021, the Court granted its own motion to reconsider, in part, the Partial Rejection Order with respect to whether the Debtors had exercised proper business judgment in connection with seeking to reject (i) the Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated effective as of June 1, 2017 by and between Springfield Pipeline LLC and Sanchez Energy Corporation, as amended, including by that First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated effective as of August 14, 2017, and (ii) the Second Amended and Restated Lease Dedication and Oil Gathering Agreement, dated effective as of June 1, 2017 by and between Springfield Pipeline LLC and Sanchez Energy Corporation (collectively, the "Springfield Agreements") [Adv. Pro. No. 20-03198, Docket No. 94];

**WHEREAS**, on May 19, 2021, the Western Entities filed their *Motion for Reconsideration of Rejection Order and Certain Elements of Memorandum Opinion with Respect to Springfield Agreements* [Adv. Pro. Docket No. 97] (the "Reconsideration Motion") in the OXY/WES Adversary Proceeding, requesting that the Court reconsider and modify its Partial Rejection Order to find that the Springfield Agreements are reject*able* rather than reject*ed*, pending the Court's determination of whether the Debtors exercised proper business judgment in seeking to reject the Springfield Agreements;

**WHEREAS**, the Reconsideration Motion remains pending before the Court;

**WHEREAS**, by notice dated May 19, 2021, the Occidental Entities appealed certain aspects of the Partial Rejection Order (the "Appeal"), which Appeal remains pending as of the date hereof;

**WHEREAS**, on June 16, 2021, the Parties filed cross-motions for summary judgment on Count V of the Complaint and the Rejection Objection [Adv. Pro. Docket Nos. 124 and 127], which were fully briefed on June 30, 2021;

**WHEREAS**, OXY/WES and the Mesquite Entities have since engaged in good faith and arm's length negotiations and reached a global settlement (the "Settlement"), pursuant to which, among other things, the Parties agreed to (i) the assumption of the Comanche Agreements identified on Exhibit 1 to this Order (the "Assumed Comanche Agreements") by the Reorganized Debtors pursuant to the Plan; (ii) the rejection of the Comanche Agreements identified on Exhibit 2 to this Order (the "Rejected Comanche Agreements") by the Reorganized Debtors pursuant to the Plan;[3] (iii) resolution of the Rejection Objection and the Motion for Reconsideration; (iv) dismissal of the OXY/WES Adversary Proceeding; and (v) dismissal of the Appeal; and

**WHEREAS**, the Parties, in connection with the Settlement, by and through their undersigned counsel, have agreed to the entry of, and request that the Court enter, this Order.

**NOW, THEREFORE, IT IS STIPULATED, ORDERED, ADJUDGED, AND DECREED**, as follows:[4]

1. This Court has jurisdiction over this matter pursuant to the Plan and 28 U.S.C. §1334; and this is a core proceeding pursuant to 28 U.S.C. §157.

---

[3] Certain of the agreements identified in Schedules 1 and 2 to the Complaint were previously assumed by the applicable Debtor(s) in connection with the *Stipulation of Dismissal and Agreed Order* [Docket No. 1973] and the *Stipulation and Agreed Order Authorizing Assumption of Comanche Non-Ops' Production Marketing Agreements* [Docket No. 2201].

[4] Each finding of fact set forth or incorporated herein, to the extent it is or may be deemed a conclusion of law, shall also constitute a conclusion of law. Each conclusion of law set forth or incorporated herein, to the extent it is or may be deemed a finding of fact, shall also constitute a finding of fact.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon the occurrence of all of the following events: (a) entry by this Court on the docket of these Chapter 11 Cases; (b) the entry by this Court of the Stipulation of Dismissal in the form attached hereto as Exhibit 3 (the "AP Dismissal Stipulation") in the OXY/WES Adversary Proceeding; and (c) the filing on the Main Case docket of a notice of effective date of the Settlement signed by counsel for OXY/WES and counsel for the Mesquite Entities (the "Order Effective Date"). Notwithstanding anything in this Order to the contrary, if the Order Effective Date does not occur, this Order shall not be binding on the Parties and shall be of no force or effect.

3. The Reconsideration Motion is hereby granted as of the Order Effective Date, and the Partial Rejection Order is hereby amended and modified, effective as of May 6, 2021, to provide that the Springfield Agreements are not, and have not been, rejected. All other elements of the Partial Rejection Order shall remain in full force and effect, including but not limited to the finding that Springfield was granted certain real property interests pursuant to the Springfield Agreements.

4. The Parties are deemed to agree, and it is hereby found, that, as of the Order Effective Date, each of the Assumed Comanche Agreements is an Executory Contract that is capable of assumption pursuant to the Plan and each of the Rejected Comanche Agreements is an Executory Contact that is capable of rejection pursuant to the Plan; *provided, however*, consistent with the Partial Rejection Order, characterization of the Springfield Agreements as Executory Contracts does not alter or otherwise impact the real property interests granted to Springfield in the Springfield Agreements.

5. It is hereby found, and each of the Parties hereby agrees, that each applicable Mesquite Entity, as a Reorganized Debtor, is and shall be entitled, pursuant to the Plan and 11

U.S.C. §§365 and 1123, to assume each of the Assumed Comanche Agreements and to reject each of the Rejected Comanche Agreements, and all requirements for assumption or rejection, as applicable, pursuant to the Plan, the Confirmation Order, any other Orders of this Court in these proceedings or relating proceedings, and 11 U.S.C. §§365 and 1123 are hereby deemed satisfied.

6. All objections to the assumption and rejection of the Assumed Comanche Agreements and Rejected Comanche Agreements as contemplated by this Order, including but not limited to the Rejection Objection, are hereby deemed withdrawn or overruled, with prejudice, and all related contested matters are dismissed.

7. On the Order Effective Date, each of the applicable Mesquite Entities is hereby authorized and directed to assume each of the Assumed Comanche Agreements, and the Occidental Entities and the Western Entities shall be deemed to consent and agree to the assumption of the Assumed Comanche Agreements, in each case to the extent required by the Settlement effective as of the Effective Date of the Plan.

8. On the Order Effective Date, each of the applicable Debtors is hereby authorized to reject each of the Rejected Comanche Agreements, and the Occidental Entities and the Western Entities shall be deemed to consent and agree to the rejection of the Rejected Comanche Agreements, with such rejections being effective as of the Effective Date of the Plan.

9. Upon assumption pursuant to the Settlement and this Order, each of the Assumed Comanche Agreements, including the Springfield Agreements, as each may be amended, shall remain in full force and effect, and be binding upon each of the parties thereto in accordance with their respective terms and otherwise applicable law.

10. As a condition to assumption of the Springfield Agreements, Mesquite shall pay to Springfield Pipeline LLC (i) $51,832,780.72 in the aggregate and (ii) an amount equal to all unpaid

amounts, if any, (x) invoiced and (y) due and payable in the ordinary course of business between December 17, 2021 and the effective date of the Settlement pursuant to the Springfield Agreements and/or any applicable gas or oil gathering agreements with Gavilan Resources, LLC, in each case only as required by the Settlement (the "Springfield Cure Amount"). As a condition to assumption of the Assumed Comanche Agreements to which the Occidental Entities or Eagle Ford Midstream, LP are a party, Mesquite shall pay to the Occidental Entities and Eagle Ford Midstream, LP $0 on account of defaults occurring prior to December 1, 2021 and shall pay all amounts due and owing under the such agreements from and after December 1, 2021 in the ordinary course of business (the "OXY Cure Amount"). Other than the Springfield Cure Amount and the OXY Cure Amount, no Cure Claims with respect to the Assumed Comanche Agreements exist or shall otherwise be due or payable in connection with the assumption of the Assumed Comanche Agreements, and no adequate assurances for assumption of the Assumed Comanche Agreements shall be required by this Order or the Plan as a condition to the assumptions contemplated hereby. Subject to payment of the Springfield Cure Amount and the OXY Cure Amount, the Debtors and Reorganized Debtors shall also be deemed to be in compliance with each of the Assumed Comanche Agreements through the date of this Order for all purposes of the Confirmation Order.

11. Without further order of the Court, the Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

12. Each Party is to bear its own costs, expenses and attorneys' fees.

13. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed: ____________________, 2021

____________________________________
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**STIPULATED AND AGREED AS TO FORM AND CONTENT:**

*/s/ Lydia R. Webb*
**GRAY REED & McGRAW LLP**
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com
lwebb@grayreed.com

*Counsel to the Western Entities*

*/s/ Thomas MacWright*
**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Philip Abelson (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
philip.abelson@whitecase.com
tmacwright@whitecase.com

*Counsel to the Occidental Entities*

*/s/ Dennis L. Jenkins*
**FOLEY & LARDNER LLP**
John P. Melko
State Bar No. 13919600
Sharon M. Beausoleil
State Bar No. 24025245
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmelko@foley.com
sbeausoleil@foley.com

**MORRISON & FOERSTER LLP**
Jamie A. Levitt (admitted *pro hac vice*)
Michael D. Birnbaum (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
mbirnbaum@mofo.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Dennis L. Jenkins (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: djenkins@willkie.com
bmiller@willkie.com

*Counsel to the Reorganized Debtors*

**EXHIBIT 1**
**ASSUMED COMANCHE AGREEMENTS**

1) Second Amended and Restated Lease Dedication and Gas Gathering Agreement, by and between Springfield Pipeline LLC and Sanchez Energy Corporation, effective as of June 1, 2017 as amended and supplemented, from time to time*

2) Second Amended and Restated Lease Dedication and Oil Gathering Agreement, by and between Springfield Pipeline LLC and Sanchez Energy Corporation, effective as of June 1, 2017, as amended and supplemented, from time to time, including by that First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated as of August 14, 2017*

3) Agreement to Amend Gas Gathering Agreements, dated June 1, 2017 between Springfield Pipeline LLC, Sanchez Energy Corporation and Gavilan Resources, LLC

4) The Retained Marketing Contracts Services Agreement, dated as of June 1, 2017 by and among Maverick, Catarina, Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, Anadarko Energy Services Company and Sanchez Energy Corporation, as amended, including by that First Amendment to Retained Marketing Contracts Services Agreement, dated effective as of June 28, 2017 and that Second Amendment to Retained Marketing Contracts Services Agreement, dated effective as of September 15, 2017*

5) The Retained Midstream Contracts Services Agreement, dated as of June 1, 2017 by and among Maverick, Anadarko E&P Onshore LLC, Kerr-McGee Oil& Gas Onshore LP and Sanchez Energy Corporation*

6) Purchase and Sale Agreement, dated January 12, 2017 by and among Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation, as amended, including by that Amendment to Purchase and Sale Agreement, dated as of March 1, 2017, that Second Amendment to Purchase and Sale Agreement, dated effective as of March 1, 2017 and that Third Amendment to Purchase and Sale Agreement, dated June 28, 2017*

7) Assignment and Consent to Assignment Agreement, dated effective as of June 28, 2017 by and among Anadarko Energy Services Company, SN EF Maverick, LLC and Eagle Ford Midstream, LP

8) Firm Intrastate Gas Transportation Agreement, dated effective as of January 17, 2012 between Eagle Ford Midstream, LP and SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company), as amended, including by that First Amendment to Firm Intrastate Gas Transportation Agreement, dated as of June 27, 2016

9) Firm NGPA Section 311 Gas Transportation Agreement, dated effective as of January 17, 2012 between Eagle Ford Midstream, LP and SN EF Maverick, LLC (as assignee of

* Assumed as amended pursuant to terms of the Settlement Agreement.

Anadarko Energy Services Company), as amended, including by that First Amendment to Firm NGPA Section 311 Gas Transportation Agreement, dated as of June 27, 2016.

10) Joint Operating Agreement, dated effective as of March 1, 2017 by and between SN EF Maverick, LLC, Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF UnSub, LP and Gavilan Resources, LLC

11) Non-Exclusive Data Use License and Access Agreement, dated March 1, 2017 between Anadarko E&P Onshore LLC, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC*

12) Non-Exclusive Seismic Data Use License, dated March 1, 2017 by and between Anadarko Petroleum Corporation, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC*

13) Springfield Gathering Assumption Agreement, dated as of June 1, 2017 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, Sanchez Energy Corporation, and Gavilan Resources, LLC

14) Downstream Marketing Agreements Assumption Agreement, dated as of June 1, 2017 by and between Anadarko Energy Services Company and SN EF Maverick, LLC

15) Specified Midstream Assumption Agreement, dated as of June 1, 2017 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP and SN EF Maverick, LLC

16) Amended and Restated Marketing Transition Services Agreement, dated effective as of March 1, 2017 by and among SN EF Maverick, LLC, SN Catarina, LLC, Anadarko Energy Services Company, Kerr-McGee Oil & Gas Onshore LP, Anadarko E&P Onshore LLC and Sanchez Energy Corporation

17) Specified Gathering Assumption Agreement, dated as of June 1, 2017 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP and Gavilan Resources, LLC

18) Firm Intrastate Gas Transportation Services Agreement, dated March 1, 2013, by and between Springfield Pipeline LLC and SN EF Maverick (as assignor of Anadarko E&P Onshore LLC), including any Attachment to Firm Intrastate Gas Transportation Service Agreement

**EXHIBIT 2**
**REJECTED COMANCHE AGREEMENTS**

1) Development Agreement, dated March 1, 2017 by and among Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

2) Memorandum of Development Agreement (Dimmit County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

3) Memorandum of Development Agreement (La Salle County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

4) Memorandum of Development Agreement (Maverick County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

5) Memorandum of Development Agreement (Webb County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

6) Memorandum of Development Agreement (Zavala County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

**EXHIBIT 3**
**FORM OF AP DISMISSAL STIPULATION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | ) | Case No. 19-34508 (MI) |
| Debtors.[1] | ) | (Jointly Administered) |
| OCCIDENTAL PETROLEUM CORP., ANADARKO PETROLEUM CORPORATION, ANADARKO E&P ONSHORE LLC, ANADARKO ENERGY SERVICES COMPANY, KERR-MCGEE OIL & GAS ONSHORE LP, WESTERN MIDSTREAM PARTNERS LP, WGR OPERATING, LP, and SPRINGFIELD PIPELINE, LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. Proc. No. 20-03198 |
| SANCHEZ ENERGY CORPORATION, SN CATARINA, LLC, and SN EF MAVERICK, LLC, | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL AND AGREED ORDER**

This Stipulation of Dismissal and Agreed Order (the "Order")[2] is made, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure(applicable herein pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure), between (i) Plaintiffs Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, Anadarko Energy

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

[2] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Case No. 19-34508, Docket No. 1205] (as amended or supplemented from time to time, the "Plan").

Services Company, and Kerr-McGee Oil & Gas Onshore LP (collectively, the "Occidental Entities"), (ii) Plaintiffs Western Midstream Partners LP, WGR Operating, LP and Springfield Pipeline LLC (collectively, the "Western Entities," and together with the Occidental Entities, "OXY/WES") and (iii) Defendants Mesquite Energy, Inc. ("Mesquite") (formerly known as Sanchez Energy Corporation), SN Catarina, LLC ("SN Catarina"), and SN EF Maverick, LLC ("SN Maverick," and together with Mesquite and SN Catarina, the "Mesquite Entities"). Each of the Occidental Entities, each of the Western Entities and each of the Mesquite Entities is a "Party" and collectively are the "Parties" to this Order.

**RECITALS**

**WHEREAS**, certain of the Parties are party to a number of agreements related certain working interests in oil and gas properties in South Texas (collectively, the "Comanche Agreements"), including with respect to the gathering, transportation, processing and marketing of hydrocarbons extracted from such working interests;

**WHEREAS**, on June 17, 2020, Sanchez Energy Corporation and certain of its affiliates (collectively, the "Debtors") filed in their Chapter 11 cases the *Fourth Amended Exhibits B and C of the Plan Supplement for the Joint Chapter 11 Plan of Sanchez Energy Corporation and its Debtor Affiliates* [Case No. 19-34508, Docket No. 1326] seeking to reject or assume certain Comanche Agreements pursuant to the Plan;

**WHEREAS**, on June 22, 2020, OXY/WES filed the *Objection to Schedule of Rejected Executory Contracts and Unexpired Leases* [Case No. 19-34508, Docket No. 1355] (the "Rejection Objection"), commencing a contested matter with respect to the proposed rejection of certain of the Comanche Agreements (the "Comanche Rejection Litigation");

**WHEREAS**, concurrent with the filing of the Rejection Objection, OXY/WES filed a complaint (the "Complaint") commencing this adversary proceeding (this "Adversary Proceeding") regarding certain legal issues in connection with the Comanche Rejection Litigation;

**WHEREAS**, on October 1, 2020, the Court held a hearing on the Debtors' and OXY/WES' cross-motions for summary judgment on certain limited issues, as ordered by the Court pursuant to a Scheduling Order [Docket No. 46] and took matters under advisement;

**WHEREAS**, on May 6, 2021, the Court entered its Opinion and Order (the "Partial Rejection Order") with respect to certain Comanche Agreements [Adv. Pro. No. 20-03198, Docket Nos. 89, 90; *see also* Main Case Docket Nos. 1923-1924];

**WHEREAS**, on May 18, 2021, the Court granted its own motion to reconsider, in part, the Partial Rejection Order with respect to whether the Debtors had exercised proper business judgment in connection with seeking to reject (i) the Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated effective as of June 1, 2017 by and between Springfield Pipeline LLC and Sanchez Energy Corporation, as amended, including by that First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated effective as of August 14, 2017, and (ii) the Second Amended and Restated Lease Dedication and Oil Gathering Agreement, dated effective as of June 1, 2017 by and between Springfield Pipeline LLC and Sanchez Energy Corporation (collectively, the "Springfield Agreements") [Adv. Pro. No. 20-03198, Docket No. 94];

**WHEREAS**, on May 19, 2021, the Western Entities filed their *Motion for Reconsideration of Rejection Order and Certain Elements of Memorandum Opinion with Respect to Springfield Agreements* [Docket No. 97] (the "Reconsideration Motion") in this Adversary Proceeding, requesting that the Court reconsider and modify its Partial Rejection Order, to find that the

Springfield Agreements are reject*able* rather than reject*ed*, pending the Court's determination of whether the Debtors exercised proper business judgment in seeking to reject the Springfield Agreements;

**WHEREAS**, the Reconsideration Motion remains pending before the Court;

**WHEREAS**, by notice dated May 19, 2021, the Occidental Entities appealed certain aspects of the Court's Partial Rejection Order (the "Appeal"), which Appeal remains pending as of the date hereof;

**WHEREAS**, on June 16, 2021, the Parties filed cross-motions for summary judgment on Count V of the Complaint and the Rejection Objection [Adv. Pro. Docket Nos. 124 and 127], which were fully briefed on June 30, 2021;

**WHEREAS**, OXY/WES and the Mesquite Entities have since engaged in good faith and arm's length negotiations and reached a global settlement (the "Settlement"), pursuant to which, among other things, such Parties agreed to (i) the assumption of the Comanche Agreements identified on Exhibit 1 to the *Stipulation and Agreed Order* (the "Contested Matter Order")[3] filed in the Debtors' Chapter 11 cases (the "Assumed Comanche Agreements") by the Reorganized Debtors pursuant to the Plan; (ii) the rejection of the Comanche Agreements identified on Exhibit 2 to the Contested Matter Order (the "Rejected Comanche Agreements") by the Reorganized Debtors pursuant to the Plan; (iii) resolution of the Rejection Objection and the Motion for Reconsideration; (iv) dismissal of this Adversary Proceeding; and (v) dismissal of the Appeal;

**WHEREAS**, the Parties, in connection with the Settlement, by and through their undersigned counsel, have agreed to the entry of, and request that the Court enter, this Order.

---

[3] The form of Contested Matter Order is attached hereto as Exhibit 1.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED**, as follows:[4]

1. This Court has jurisdiction over this matter pursuant to the Plan and 28 U.S.C. §1334; and this is a core proceeding pursuant to 28 U.S.C. §157.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon (a) its approval and entry by this Court on the docket for this Adversary Proceeding; (b) entry of the Contested Matter Order by this Court in the Debtors' Chapter 11 cases; and (c) the filing on the Main Case docket of a notice of effective date of the Settlement signed by counsel for OXY/WES and counsel for the Mesquite Entities (the "Order Effective Date"). Notwithstanding anything in this Order to the contrary, if the Order Effective Date does not occur, this Order shall not be binding on the Parties and shall be of no force or effect.

3. The Reconsideration Motion is hereby granted as of the Order Effective Date, and the Partial Rejection Order is hereby amended and modified, effective as of May 6, 2021, to provide that the Springfield Agreements are not, and have not been, rejected. All other elements of the Partial Rejection Order shall remain in full force and effect, including but not limited to the finding that Springfield was granted certain real property interests pursuant to the Springfield Agreements.

4. As of the Order Effective Date, except to the extent expressly set forth in this Order otherwise, this Adversary Proceeding, including Counts I, II, III, IV, and V, is dismissed, with prejudice.

[4] Each finding of fact set forth or incorporated herein, to the extent it is or may be deemed a conclusion of law, shall also constitute a conclusion of law. Each conclusion of law set forth or incorporated herein, to the extent it is or may be deemed a finding of fact, shall also constitute a finding of fact.

5. Without further order of the Court, the Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and to effectuate the relief granted pursuant to this Order.

6. Each Party is to bear its own costs, expenses, and attorneys' fees.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed: __________________, 2021

____________________________________
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**ACCCEPTED AND AGREED:**

*/s/ Lydia R. Webb*
**GRAY REED & McGRAW LLP**
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com
lwebb@grayreed.com

*Counsel to the Western Entities*

/s/ *Thomas MacWright*
**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Philip Abelson (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
philip.abelson@whitecase.com
tmacwright@whitecase.com

*Counsel to the Occidental Entities*

*/s/ Dennis L. Jenkins*
**FOLEY & LARDNER LLP**
John P. Melko
State Bar No. 13919600
Sharon M. Beausoleil
State Bar No. 24025245
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmelko@foley.com
sbeausoleil@foley.com

**MORRISON & FOERSTER LLP**
Jamie A. Levitt (admitted *pro hac vice*)
Michael D. Birnbaum (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
mbirnbaum@mofo.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Dennis L. Jenkins (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: djenkins@willkie.com
bmiller@willkie.com

*Counsel to the Reorganized Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | ) | Case No. 19-34508 (MI) |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |

**NOTICE OF (I) FILING PROPOSED STIPULATION AND AGREED ORDER REGARDING ASSUMPTION AND REJECTION OF CERTAIN OXY/WES AGREEMENTS AND (II) SETTLEMENT IMPLEMENTATION HEARING**

**PLEASE TAKE NOTICE** that on December 21, 2021, (i) Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, Anadarko Energy Services Company, and Kerr-McGee Oil & Gas Onshore LP (collectively, the "Occidental Entities"), (ii) Western Midstream Partners LP, WGR Operating, LP and Springfield Pipeline, LLC (collectively, the "Western Entities," and together with the Occidental Entities, "OXY/WES") and (iii) Mesquite Energy, Inc. ("Mesquite") (formerly known as Sanchez Energy Corporation), SN Catarina, LLC ("SN Catarina"), and SN EF Maverick, LLC ("SN Maverick," and together with Mesquite and SN Catarina, the "Mesquite Entities"), filed that certain *Stipulation and Agreed Order* [Docket No. 2249] (the "Agreed Order"). As set forth more fully therein, the Agreed Order seeks (i) approval of the Reorganized Debtors' assumption or rejection of certain agreements with OXY/WES as set forth on Exhibit 1 and 2 thereto and (ii) dismissal of related litigation, as more fully described in the form of Agreed Order.

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102) (collectively the "Reorganized Debtors"). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **Tuesday, December 21, 2021 at 1:30 PM (prevailing Central Time)** before United States Bankruptcy Judge Marvin Isgur to consider entry of the Order and approval of the relief requested therein.

Respectfully submitted this 21st day of December, 2021.


*/s/ Lydia R. Webb*
**GRAY REED & McGRAW LLP**
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com
lwebb@grayreed.com

*Counsel to the Western Entities*

*/s/ Thomas MacWright*
**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Philip Abelson (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
philip.abelson@whitecase.com
tmacwright@whitecase.com

*Counsel to the Occidental Entities*

*/s/ Dennis L. Jenkins*
**FOLEY & LARDNER LLP**
John P. Melko
State Bar No. 13919600
Sharon M. Beausoleil
State Bar No. 24025245
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmelko@foley.com
sbeausoleil@foley.com

**MORRISON & FOERSTER LLP**
Jamie A. Levitt (admitted *pro hac vice*)
Michael D. Birnbaum (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
mbirnbaum@mofo.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Dennis L. Jenkins (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: djenkins@willkie.com
bmiller@willkie.com

*Counsel to the Reorganized Debtors*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of December, 2021, she caused a true and correct copy of the foregoing pleading to be served via CM/ECF on all parties who have subscribed for electronic notice in this case.

*/s/ Lydia R. Webb*
Lydia R. Webb

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 21, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | ) | Case No. 19-34508 (MI) |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |

**STIPULATION AND AGREED ORDER**

This Stipulation and Agreed Order (the "Order") is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (applicable herein pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure), between (i) Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, Anadarko Energy Services Company, and Kerr-McGee Oil & Gas Onshore LP (collectively, the "Occidental Entities"), (ii) Western Midstream Partners LP, WGR Operating, LP and Springfield Pipeline, LLC (collectively, the "Western Entities," and together with the Occidental Entities, "OXY/WES") and (iii) Mesquite Energy, Inc. ("Mesquite") (formerly known as Sanchez Energy Corporation), SN Catarina, LLC ("SN Catarina"), and SN EF Maverick, LLC ("SN Maverick," and together with Mesquite and SN Catarina, the "Mesquite Entities"). Each of the Occidental Entities, each of the Western Entities and each of the Mesquite Entities is a "Party" and collectively are the "Parties" to this Order.[2]

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102) (collectively the "Reorganized Debtors"). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

[2] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1205] (as amended or supplemented from time to time, the "Plan").

**RECITALS**

**WHEREAS**, certain of the Parties are party to multiple agreements related to certain working interests in oil and gas properties in South Texas (collectively, the "Comanche Agreements"), including with respect to the gathering, transportation, processing and marketing of hydrocarbons extracted from such working interests;

**WHEREAS**, on June 17, 2020, Sanchez Energy Corporation and certain of its affiliates (collectively, the "Debtors") filed in the above-captioned Chapter 11 cases the *Fourth Amended Exhibits B and C of the Plan Supplement for the Joint Chapter 11 Plan of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1326], seeking to reject or assume the Comanche Agreements pursuant to the Plan;

**WHEREAS**, on June 22, 2020, OXY/WES filed the *Objection to Schedule of Rejected Executory Contracts and Unexpired Leases* [Docket No. 1355] (the "Rejection Objection"), commencing a contested matter with respect to the proposed rejection of certain of the Comanche Agreements (the "Comanche Rejection Litigation");

**WHEREAS**, concurrent with the filing of the Rejection Objection, OXY/WES filed a complaint (the "Complaint") commencing the adversary proceeding captioned *Occidental Petroleum Corp. v. Sanchez Energy Corp.*, Adv. Pro. No. 20-03198 (S.D. Tex.) (the "OXY/WES Adversary Proceeding") regarding certain legal issues in connection with the Comanche Rejection Litigation;

**WHEREAS**, on October 1, 2020, the Court held a hearing on the Debtors' and OXY/WES' cross-motions for summary judgment on certain limited issues, as ordered by the Court pursuant to a Scheduling Order [Adv. Pro. No. 20-03198, Docket No. 46] and took matters under advisement;

**WHEREAS**, on May 6, 2021, the Court entered its Opinion and Order (the "Partial Rejection Order") with respect to certain Comanche Agreements [Adv. Pro. No. 20-03198, Docket Nos. 89-90; *see also* Main Case Docket Nos. 1923-1924];

**WHEREAS**, on May 18, 2021, the Court granted its own motion to reconsider, in part, the Partial Rejection Order with respect to whether the Debtors had exercised proper business judgment in connection with seeking to reject (i) the Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated effective as of June 1, 2017 by and between Springfield Pipeline LLC and Sanchez Energy Corporation, as amended, including by that First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated effective as of August 14, 2017, and (ii) the Second Amended and Restated Lease Dedication and Oil Gathering Agreement, dated effective as of June 1, 2017 by and between Springfield Pipeline LLC and Sanchez Energy Corporation (collectively, the "Springfield Agreements") [Adv. Pro. No. 20-03198, Docket No. 94];

**WHEREAS**, on May 19, 2021, the Western Entities filed their *Motion for Reconsideration of Rejection Order and Certain Elements of Memorandum Opinion with Respect to Springfield Agreements* [Adv. Pro. Docket No. 97] (the "Reconsideration Motion") in the OXY/WES Adversary Proceeding, requesting that the Court reconsider and modify its Partial Rejection Order to find that the Springfield Agreements are reject*able* rather than reject*ed*, pending the Court's determination of whether the Debtors exercised proper business judgment in seeking to reject the Springfield Agreements;

**WHEREAS**, the Reconsideration Motion remains pending before the Court;

**WHEREAS**, by notice dated May 19, 2021, the Occidental Entities appealed certain aspects of the Partial Rejection Order (the "Appeal"), which Appeal remains pending as of the date hereof;

**WHEREAS**, on June 16, 2021, the Parties filed cross-motions for summary judgment on Count V of the Complaint and the Rejection Objection [Adv. Pro. Docket Nos. 124 and 127], which were fully briefed on June 30, 2021;

**WHEREAS**, OXY/WES and the Mesquite Entities have since engaged in good faith and arm's length negotiations and reached a global settlement (the "Settlement"), pursuant to which, among other things, the Parties agreed to (i) the assumption of the Comanche Agreements identified on Exhibit 1 to this Order (the "Assumed Comanche Agreements") by the Reorganized Debtors pursuant to the Plan; (ii) the rejection of the Comanche Agreements identified on Exhibit 2 to this Order (the "Rejected Comanche Agreements") by the Reorganized Debtors pursuant to the Plan;[3] (iii) resolution of the Rejection Objection and the Motion for Reconsideration; (iv) dismissal of the OXY/WES Adversary Proceeding; and (v) dismissal of the Appeal; and

**WHEREAS**, the Parties, in connection with the Settlement, by and through their undersigned counsel, have agreed to the entry of, and request that the Court enter, this Order.

**NOW, THEREFORE, IT IS STIPULATED, ORDERED, ADJUDGED, AND DECREED**, as follows:[4]

1. This Court has jurisdiction over this matter pursuant to the Plan and 28 U.S.C. §1334; and this is a core proceeding pursuant to 28 U.S.C. §157.

---

[3] Certain of the agreements identified in Schedules 1 and 2 to the Complaint were previously assumed by the applicable Debtor(s) in connection with the *Stipulation of Dismissal and Agreed Order* [Docket No. 1973] and the *Stipulation and Agreed Order Authorizing Assumption of Comanche Non-Ops' Production Marketing Agreements* [Docket No. 2201].

[4] Each finding of fact set forth or incorporated herein, to the extent it is or may be deemed a conclusion of law, shall also constitute a conclusion of law. Each conclusion of law set forth or incorporated herein, to the extent it is or may be deemed a finding of fact, shall also constitute a finding of fact.

Case 20-32021 Document 2227 Filed 04/29/21 in TXSB Page 5 of 20

2. The terms and conditions of this Order shall be immediately effective and enforceable upon the occurrence of all of the following events: (a) entry by this Court on the docket of these Chapter 11 Cases; (b) the entry by this Court of the Stipulation of Dismissal in the form attached hereto as Exhibit 3 (the "AP Dismissal Stipulation") in the OXY/WES Adversary Proceeding; and (c) the filing on the Main Case docket of a notice of effective date of the Settlement signed by counsel for OXY/WES and counsel for the Mesquite Entities (the "Order Effective Date"). Notwithstanding anything in this Order to the contrary, if the Order Effective Date does not occur, this Order shall not be binding on the Parties and shall be of no force or effect.

3. The Reconsideration Motion is hereby granted as of the Order Effective Date, and the Partial Rejection Order is hereby amended and modified, effective as of May 6, 2021, to provide that the Springfield Agreements are not, and have not been, rejected. All other elements of the Partial Rejection Order shall remain in full force and effect, including but not limited to the finding that Springfield was granted certain real property interests pursuant to the Springfield Agreements.

4. The Parties are deemed to agree, and it is hereby found, that, as of the Order Effective Date, each of the Assumed Comanche Agreements is an Executory Contract that is capable of assumption pursuant to the Plan and each of the Rejected Comanche Agreements is an Executory Contact that is capable of rejection pursuant to the Plan; *provided, however*, consistent with the Partial Rejection Order, characterization of the Springfield Agreements as Executory Contracts does not alter or otherwise impact the real property interests granted to Springfield in the Springfield Agreements.

5. It is hereby found, and each of the Parties hereby agrees, that each applicable Mesquite Entity, as a Reorganized Debtor, is and shall be entitled, pursuant to the Plan and 11

Case 20-33900 Document 2249 Filed 04/29/21 in TXSB Page 6 of 20

U.S.C. §§365 and 1123, to assume each of the Assumed Comanche Agreements and to reject each of the Rejected Comanche Agreements, and all requirements for assumption or rejection, as applicable, pursuant to the Plan, the Confirmation Order, any other Orders of this Court in these proceedings or relating proceedings, and 11 U.S.C. §§365 and 1123 are hereby deemed satisfied.

6. All objections to the assumption and rejection of the Assumed Comanche Agreements and Rejected Comanche Agreements as contemplated by this Order, including but not limited to the Rejection Objection, are hereby deemed withdrawn or overruled, with prejudice, and all related contested matters are dismissed.

7. On the Order Effective Date, each of the applicable Mesquite Entities is hereby authorized and directed to assume each of the Assumed Comanche Agreements, and the Occidental Entities and the Western Entities shall be deemed to consent and agree to the assumption of the Assumed Comanche Agreements, in each case to the extent required by the Settlement effective as of the Effective Date of the Plan.

8. On the Order Effective Date, each of the applicable Debtors is hereby authorized to reject each of the Rejected Comanche Agreements, and the Occidental Entities and the Western Entities shall be deemed to consent and agree to the rejection of the Rejected Comanche Agreements, with such rejections being effective as of the Effective Date of the Plan.

9. As between the Parties, upon assumption pursuant to the Settlement and this Order, each of the Assumed Comanche Agreements, including the Springfield Agreements, as each may be amended, shall remain in full force and effect, and be binding upon each of the parties thereto in accordance with their respective terms and otherwise applicable law.

10. As a condition to assumption of the Springfield Agreements, Mesquite shall pay to Springfield Pipeline LLC (i) $51,832,780.72 in the aggregate and (ii) an amount equal to all unpaid

amounts, if any, (x) invoiced and (y) due and payable in the ordinary course of business between December 17, 2021 and the effective date of the Settlement pursuant to the Springfield Agreements and/or any applicable gas or oil gathering agreements with Gavilan Resources, LLC, in each case only as required by the Settlement (the "Springfield Cure Amount"). As a condition to assumption of the Assumed Comanche Agreements to which the Occidental Entities or Eagle Ford Midstream, LP are a party, Mesquite shall pay to the Occidental Entities and Eagle Ford Midstream, LP $0 on account of defaults occurring prior to December 1, 2021 and shall pay all amounts due and owing under the such agreements from and after December 1, 2021 in the ordinary course of business (the "OXY Cure Amount"). Other than the Springfield Cure Amount and the OXY Cure Amount, no Cure Claims with respect to the Assumed Comanche Agreements exist or shall otherwise be due or payable in connection with the assumption of the Assumed Comanche Agreements, and no adequate assurances for assumption of the Assumed Comanche Agreements shall be required by this Order or the Plan as a condition to the assumptions contemplated hereby. As between the Parties, subject to payment of the Springfield Cure Amount and the OXY Cure Amount, the Debtors and Reorganized Debtors shall also be deemed to be in compliance with each of the Assumed Comanche Agreements through the date of this Order for all purposes of the Confirmation Order.

11. Without further order of the Court, the Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

12. Each Party is to bear its own costs, expenses and attorneys' fees.

13. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Signed: December 21, 2021

Marvin Isgur
United States Bankruptcy Judge

4879-7488-3847.1

**IT IS SO ORDERED.**

This Order is issued subject to entry of an order in Appeal No. 4:21-CV-1734 authorizing the undersigned judge to enter the order signed on this date in adversary proceeding 20-3198.

Case 4:23-cv-04578 Document 2-49 Filed on 12/12/23 in TXSD Page 1396 of 1448

**STIPULATED AND AGREED AS TO FORM AND CONTENT:**

*/s/ Lydia R. Webb*
**GRAY REED & McGRAW LLP**
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com
lwebb@grayreed.com

*Counsel to the Western Entities*

*/s/ Thomas MacWright*
**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Philip Abelson (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
philip.abelson@whitecase.com
tmacwright@whitecase.com

*Counsel to the Occidental Entities*

*/s/ Dennis L. Jenkins*
**FOLEY & LARDNER LLP**
John P. Melko
State Bar No. 13919600
Sharon M. Beausoleil
State Bar No. 24025245
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmelko@foley.com
sbeausoleil@foley.com

**MORRISON & FOERSTER LLP**
Jamie A. Levitt (admitted *pro hac vice*)
Michael D. Birnbaum (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
mbirnbaum@mofo.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Dennis L. Jenkins (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: djenkins@willkie.com
bmiller@willkie.com

*Counsel to the Reorganized Debtors*

**EXHIBIT 1**
**ASSUMED COMANCHE AGREEMENTS**

1) Second Amended and Restated Lease Dedication and Gas Gathering Agreement, by and between Springfield Pipeline LLC and Sanchez Energy Corporation, effective as of June 1, 2017 as amended and supplemented, from time to time*

2) Second Amended and Restated Lease Dedication and Oil Gathering Agreement, by and between Springfield Pipeline LLC and Sanchez Energy Corporation, effective as of June 1, 2017, as amended and supplemented, from time to time, including by that First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated as of August 14, 2017*

3) Agreement to Amend Gas Gathering Agreements, dated June 1, 2017 between Springfield Pipeline LLC, Sanchez Energy Corporation and Gavilan Resources, LLC

4) The Retained Marketing Contracts Services Agreement, dated as of June 1, 2017 by and among Maverick, Catarina, Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, Anadarko Energy Services Company and Sanchez Energy Corporation, as amended, including by that First Amendment to Retained Marketing Contracts Services Agreement, dated effective as of June 28, 2017 and that Second Amendment to Retained Marketing Contracts Services Agreement, dated effective as of September 15, 2017*

5) The Retained Midstream Contracts Services Agreement, dated as of June 1, 2017 by and among Maverick, Anadarko E&P Onshore LLC, Kerr-McGee Oil& Gas Onshore LP and Sanchez Energy Corporation*

6) Purchase and Sale Agreement, dated January 12, 2017 by and among Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation, as amended, including by that Amendment to Purchase and Sale Agreement, dated as of March 1, 2017, that Second Amendment to Purchase and Sale Agreement, dated effective as of March 1, 2017 and that Third Amendment to Purchase and Sale Agreement, dated June 28, 2017*

7) Assignment and Consent to Assignment Agreement, dated effective as of June 28, 2017 by and among Anadarko Energy Services Company, SN EF Maverick, LLC and Eagle Ford Midstream, LP

8) Firm Intrastate Gas Transportation Agreement, dated effective as of January 17, 2012 between Eagle Ford Midstream, LP and SN EF Maverick, LLC (as assignee of Anadarko Energy Services Company), as amended, including by that First Amendment to Firm Intrastate Gas Transportation Agreement, dated as of June 27, 2016

9) Firm NGPA Section 311 Gas Transportation Agreement, dated effective as of January 17, 2012 between Eagle Ford Midstream, LP and SN EF Maverick, LLC (as assignee of

* Assumed as amended pursuant to terms of the Settlement Agreement.

Case 19-34508 Document 2427 Filed in TXSB on 12/19/21 Page 113 of 201

Anadarko Energy Services Company), as amended, including by that First Amendment to Firm NGPA Section 311 Gas Transportation Agreement, dated as of June 27, 2016.

10) Joint Operating Agreement, dated effective as of March 1, 2017 by and between SN EF Maverick, LLC, Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF UnSub, LP and Gavilan Resources, LLC

11) Non-Exclusive Data Use License and Access Agreement, dated March 1, 2017 between Anadarko E&P Onshore LLC, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC*

12) Non-Exclusive Seismic Data Use License, dated March 1, 2017 by and between Anadarko Petroleum Corporation, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC*

13) Springfield Gathering Assumption Agreement, dated as of June 1, 2017 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, Sanchez Energy Corporation, and Gavilan Resources, LLC

14) Downstream Marketing Agreements Assumption Agreement, dated as of June 1, 2017 by and between Anadarko Energy Services Company and SN EF Maverick, LLC

15) Specified Midstream Assumption Agreement, dated as of June 1, 2017 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP and SN EF Maverick, LLC

16) Amended and Restated Marketing Transition Services Agreement, dated effective as of March 1, 2017 by and among SN EF Maverick, LLC, SN Catarina, LLC, Anadarko Energy Services Company, Kerr-McGee Oil & Gas Onshore LP, Anadarko E&P Onshore LLC and Sanchez Energy Corporation

17) Specified Gathering Assumption Agreement, dated as of June 1, 2017 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP and Gavilan Resources, LLC

18) Firm Intrastate Gas Transportation Services Agreement, dated March 1, 2013, by and between Springfield Pipeline LLC and SN EF Maverick (as assignor of Anadarko E&P Onshore LLC), including any Attachment to Firm Intrastate Gas Transportation Service Agreement

**EXHIBIT 2**
**REJECTED COMANCHE AGREEMENTS**

1) Development Agreement, dated March 1, 2017 by and among Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

2) Memorandum of Development Agreement (Dimmit County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

3) Memorandum of Development Agreement (La Salle County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

4) Memorandum of Development Agreement (Maverick County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

5) Memorandum of Development Agreement (Webb County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

6) Memorandum of Development Agreement (Zavala County), dated effective as of July 1, 2016 by and between Anadarko E&P Onshore LLC, Kerr-McGee Oil & Gas Onshore LP, SN EF Maverick, LLC, SN EF UnSub, LP, Gavilan Resources, LLC (f/k/a Aguila Production, LLC) and Sanchez Energy Corporation

Case 19-34508 Document 2349 Filed in TXSB on 04/29/21 Page 13 of 20

**EXHIBIT 3**
**FORM OF AP DISMISSAL STIPULATION**

Case 19-34508 Document 2429 Filed in TXSB on 04/19/21 Page 1 of 20

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>SANCHEZ ENERGY CORPORATION, *et al.*,<br><br>Debtors.[1] | ) | Chapter 11<br><br>Case No. 19-34508 (MI)<br><br>(Jointly Administered) |
| OCCIDENTAL PETROLEUM CORP., ANADARKO PETROLEUM CORPORATION, ANADARKO E&P ONSHORE LLC, ANADARKO ENERGY SERVICES COMPANY, KERR-MCGEE OIL & GAS ONSHORE LP, WESTERN MIDSTREAM PARTNERS LP, WGR OPERATING, LP, and SPRINGFIELD PIPELINE, LLC,<br><br>Plaintiffs,<br>v.<br><br>SANCHEZ ENERGY CORPORATION, SN CATARINA, LLC, and SN EF MAVERICK, LLC,<br><br>Defendants. | ) | Adv. Proc. No. 20-03198 |

**<u>STIPULATION OF DISMISSAL AND AGREED ORDER</u>**

This Stipulation of Dismissal and Agreed Order (the "<u>Order</u>")[2] is made, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure(applicable herein pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure), between (i) Plaintiffs Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, Anadarko Energy

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

[2] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Case No. 19-34508, Docket No. 1205] (as amended or supplemented from time to time, the "<u>Plan</u>").

Services Company, and Kerr-McGee Oil & Gas Onshore LP (collectively, the "Occidental Entities"), (ii) Plaintiffs Western Midstream Partners LP, WGR Operating, LP and Springfield Pipeline LLC (collectively, the "Western Entities," and together with the Occidental Entities, "OXY/WES") and (iii) Defendants Mesquite Energy, Inc. ("Mesquite") (formerly known as Sanchez Energy Corporation), SN Catarina, LLC ("SN Catarina"), and SN EF Maverick, LLC ("SN Maverick," and together with Mesquite and SN Catarina, the "Mesquite Entities"). Each of the Occidental Entities, each of the Western Entities and each of the Mesquite Entities is a "Party" and collectively are the "Parties" to this Order.

**RECITALS**

**WHEREAS**, certain of the Parties are party to a number of agreements related certain working interests in oil and gas properties in South Texas (collectively, the "Comanche Agreements"), including with respect to the gathering, transportation, processing and marketing of hydrocarbons extracted from such working interests;

**WHEREAS**, on June 17, 2020, Sanchez Energy Corporation and certain of its affiliates (collectively, the "Debtors") filed in their Chapter 11 cases the *Fourth Amended Exhibits B and C of the Plan Supplement for the Joint Chapter 11 Plan of Sanchez Energy Corporation and its Debtor Affiliates* [Case No. 19-34508, Docket No. 1326] seeking to reject or assume certain Comanche Agreements pursuant to the Plan;

**WHEREAS**, on June 22, 2020, OXY/WES filed the *Objection to Schedule of Rejected Executory Contracts and Unexpired Leases* [Case No. 19-34508, Docket No. 1355] (the "Rejection Objection"), commencing a contested matter with respect to the proposed rejection of certain of the Comanche Agreements (the "Comanche Rejection Litigation");

**WHEREAS**, concurrent with the filing of the Rejection Objection, OXY/WES filed a complaint (the "Complaint") commencing this adversary proceeding (this "Adversary Proceeding") regarding certain legal issues in connection with the Comanche Rejection Litigation;

**WHEREAS**, on October 1, 2020, the Court held a hearing on the Debtors' and OXY/WES' cross-motions for summary judgment on certain limited issues, as ordered by the Court pursuant to a Scheduling Order [Docket No. 46] and took matters under advisement;

**WHEREAS**, on May 6, 2021, the Court entered its Opinion and Order (the "Partial Rejection Order") with respect to certain Comanche Agreements [Adv. Pro. No. 20-03198, Docket Nos. 89, 90; *see also* Main Case Docket Nos. 1923-1924];

**WHEREAS**, on May 18, 2021, the Court granted its own motion to reconsider, in part, the Partial Rejection Order with respect to whether the Debtors had exercised proper business judgment in connection with seeking to reject (i) the Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated effective as of June 1, 2017 by and between Springfield Pipeline LLC and Sanchez Energy Corporation, as amended, including by that First Amendment to Second Amended and Restated Lease Dedication and Gas Gathering Agreement, dated effective as of August 14, 2017, and (ii) the Second Amended and Restated Lease Dedication and Oil Gathering Agreement, dated effective as of June 1, 2017 by and between Springfield Pipeline LLC and Sanchez Energy Corporation (collectively, the "Springfield Agreements") [Adv. Pro. No. 20-03198, Docket No. 94];

**WHEREAS**, on May 19, 2021, the Western Entities filed their *Motion for Reconsideration of Rejection Order and Certain Elements of Memorandum Opinion with Respect to Springfield Agreements* [Docket No. 97] (the "Reconsideration Motion") in this Adversary Proceeding, requesting that the Court reconsider and modify its Partial Rejection Order, to find that the

Springfield Agreements are reject*able* rather than reject*ed*, pending the Court's determination of whether the Debtors exercised proper business judgment in seeking to reject the Springfield Agreements;

**WHEREAS**, the Reconsideration Motion remains pending before the Court;

**WHEREAS**, by notice dated May 19, 2021, the Occidental Entities appealed certain aspects of the Court's Partial Rejection Order (the "Appeal"), which Appeal remains pending as of the date hereof;

**WHEREAS**, on June 16, 2021, the Parties filed cross-motions for summary judgment on Count V of the Complaint and the Rejection Objection [Adv. Pro. Docket Nos. 124 and 127], which were fully briefed on June 30, 2021;

**WHEREAS**, OXY/WES and the Mesquite Entities have since engaged in good faith and arm's length negotiations and reached a global settlement (the "Settlement"), pursuant to which, among other things, such Parties agreed to (i) the assumption of the Comanche Agreements identified on Exhibit 1 to the *Stipulation and Agreed Order* (the "Contested Matter Order")[3] filed in the Debtors' Chapter 11 cases (the "Assumed Comanche Agreements") by the Reorganized Debtors pursuant to the Plan; (ii) the rejection of the Comanche Agreements identified on Exhibit 2 to the Contested Matter Order (the "Rejected Comanche Agreements") by the Reorganized Debtors pursuant to the Plan; (iii) resolution of the Rejection Objection and the Motion for Reconsideration; (iv) dismissal of this Adversary Proceeding; and (v) dismissal of the Appeal;

**WHEREAS**, the Parties, in connection with the Settlement, by and through their undersigned counsel, have agreed to the entry of, and request that the Court enter, this Order.

[3] The form of Contested Matter Order is attached hereto as Exhibit 1.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED**, as follows:[4]

1. This Court has jurisdiction over this matter pursuant to the Plan and 28 U.S.C. §1334; and this is a core proceeding pursuant to 28 U.S.C. §157.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon (a) its approval and entry by this Court on the docket for this Adversary Proceeding; (b) entry of the Contested Matter Order by this Court in the Debtors' Chapter 11 cases; and (c) the filing on the Main Case docket of a notice of effective date of the Settlement signed by counsel for OXY/WES and counsel for the Mesquite Entities (the "Order Effective Date"). Notwithstanding anything in this Order to the contrary, if the Order Effective Date does not occur, this Order shall not be binding on the Parties and shall be of no force or effect.

3. The Reconsideration Motion is hereby granted as of the Order Effective Date, and the Partial Rejection Order is hereby amended and modified, effective as of May 6, 2021, to provide that the Springfield Agreements are not, and have not been, rejected. All other elements of the Partial Rejection Order shall remain in full force and effect, including but not limited to the finding that Springfield was granted certain real property interests pursuant to the Springfield Agreements.

4. As of the Order Effective Date, except to the extent expressly set forth in this Order otherwise, this Adversary Proceeding, including Counts I, II, III, IV, and V, is dismissed, with prejudice.

[4] Each finding of fact set forth or incorporated herein, to the extent it is or may be deemed a conclusion of law, shall also constitute a conclusion of law. Each conclusion of law set forth or incorporated herein, to the extent it is or may be deemed a finding of fact, shall also constitute a finding of fact.

5. Without further order of the Court, the Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and to effectuate the relief granted pursuant to this Order.

6. Each Party is to bear its own costs, expenses, and attorneys' fees.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed: __________________, 2021

_____________________________________
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

**ACCCEPTED AND AGREED:**

*/s/ Lydia R. Webb*
**GRAY REED & McGRAW LLP**
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com
lwebb@grayreed.com

*Counsel to the Western Entities*

/s/ *Thomas MacWright*
**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Philip Abelson (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
philip.abelson@whitecase.com
tmacwright@whitecase.com

*Counsel to the Occidental Entities*

*/s/ Dennis L. Jenkins*
**FOLEY & LARDNER LLP**
John P. Melko
State Bar No. 13919600
Sharon M. Beausoleil
State Bar No. 24025245
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmelko@foley.com
sbeausoleil@foley.com

**MORRISON & FOERSTER LLP**
Jamie A. Levitt (admitted *pro hac vice*)
Michael D. Birnbaum (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
mbirnbaum@mofo.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Dennis L. Jenkins (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: djenkins@willkie.com
bmiller@willkie.com

*Counsel to the Reorganized Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | ) | Case No. 19-34508 (MI) |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |

**NOTICE OF EFFECTIVE DATE OF OXY/WES SETTLEMENT**

**PLEASE TAKE NOTICE** that on December 21, 2021, the United States Bankruptcy Court for the Southern District of Texas entered that certain *Stipulation and Agreed Order* [Docket No. 2253] (the "Agreed Order") by and between (i) Occidental Petroleum Corporation, Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC, Anadarko Energy Services Company, and Kerr-McGee Oil & Gas Onshore LP (collectively, the "Occidental Entities"), (ii) Western Midstream Partners LP, WGR Operating, LP and Springfield Pipeline, LLC (collectively, the "Western Entities," and together with the Occidental Entities, "OXY/WES") and (iii) Mesquite Energy, Inc. ("Mesquite") (formerly known as Sanchez Energy Corporation), SN Catarina, LLC ("SN Catarina"), and SN EF Maverick, LLC ("SN Maverick," and together with Mesquite and SN Catarina, the "Mesquite Entities").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Agreed Order, OXY/WES and the Mesquite Entities hereby give notice that the effective date of the Settlement occurred on December 23, 2021.

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102) (collectively the "Reorganized Debtors"). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Agreed Order.

**PLEASE TAKE FURTHER NOTICE** that the Order Effective Date has occurred, and the Agreed Order has full force and effect and is binding on the Parties.

Respectfully submitted this 23rd day of December, 2021.

*/s/ Lydia R. Webb*
**GRAY REED & McGRAW LLP**
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email: jbrookner@grayreed.com
lwebb@grayreed.com

*Counsel to the Western Entities*

*/s/ Thomas MacWright*
**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Philip Abelson (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
philip.abelson@whitecase.com
tmacwright@whitecase.com

*Counsel to the Occidental Entities*

*/s/ Dennis L. Jenkins*
**FOLEY & LARDNER LLP**
John P. Melko
State Bar No. 13919600
Sharon M. Beausoleil
State Bar No. 24025245
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmelko@foley.com
sbeausoleil@foley.com

**MORRISON & FOERSTER LLP**
Jamie A. Levitt (admitted *pro hac vice*)
Michael D. Birnbaum (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
mbirnbaum@mofo.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Dennis L. Jenkins (admitted *pro hac vice*)
Brett H. Miller (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: djenkins@willkie.com
bmiller@willkie.com

*Counsel to the Reorganized Debtors*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of December, 2021, she caused a true and correct copy of the foregoing pleading to be served via CM/ECF on all parties who have subscribed for electronic notice in this case.

*/s/ Lydia R. Webb*
Lydia R. Webb

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| | ) CASE NO: 19-34508 |
| SANCHEZ ENERGY CORPORATION, et al., | ) Houston, Texas |
| Debtor. | ) Tuesday, December 21, 2021 |
| | ) 1:27 p.m. to 2:24 p.m. |

HEARING

BEFORE THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

| | |
|---|---|
| For GSO Capital Partners LP: | SEAN MITCHELL<br>Paul Weiss et al<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| For Occidental Petroleum Corp.: | J. CHRISTOPHER SHORE<br>White & Case LLP<br>1221 6th Avenue<br>New York, NY 10020 |
| For West Entity: | LYDIA R. WEBB<br>JASON BROOKNER<br>PHILIP JORDAN<br>Gray Reed & McGraw LLP<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201 |
| For Mesquite Energy: | DENNIS L. JENKINS<br>MARK T. STANCIL<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 |
| Court Reporter: | UNKNOWN |
| Courtroom Deputy: | UNKNOWN |

Transcribed by: Veritext Legal Solutions
330 Old Country Road, Suite 300
Mineola, NY 11501
Tel: 800-727-6396

Proceedings recorded by electronic sound recording; Transcript produced by transcription service.

HOUSTON, TEXAS; TUESDAY, DECEMBER 21, 2021; 1:27 PM

(Call to Order)

THE COURT: All right. We are here in adversarial proceeding 203198, which is the Occidental Petroleum adversary proceeding and in main case 19-34508, which is the Sanchez Energy Corporation bankruptcy case. If you wake an appearance today and haven't already done so electronically, if you would please press five-star. If you wish to speak today at the hearing, please press five-star and then we'll get you recognized.

Mr. Mitchell, good morning. Good morning, Mr. Mitchell.

MR. MITCHELL: Oh, good afternoon, Your Honor.

THE COURT: Or good afternoon. Sorry. Yeah. Sorry.

MR. MITCHELL: Sean Mitchell -- good afternoon, Your Honor. Sean Mitchell with Paul Weiss on behalf of (indiscernible). I am on the phone with my colleagues, Al Eaton and Andrew Foley.

THE COURT: Thank you. Mr. Shore. Mr. Shore?

MR. SHORE: Yes, Your Honor. It asked me to turn my video on, I can do that.

THE COURT: All right.

MR. SHORE: Good afternoon. Chris Shore from

White and Case on behalf of Occidental Petroleum. And on the phone with me is Thomas MacWright.

THE COURT: Thank you. Good afternoon, Mr. Shore. Ms. Webb?

MS. WEBB: Good afternoon, Your Honor. Lydia Webb, Jason Brookner, and Philip Jordan on behalf of the West entity.

THE COURT: Okay. Mr. Jenkins?

MR. JENKINS: Good afternoon, Your Honor. Can you hear me okay?

THE COURT: I can.

MR. JENKINS: Great. It's Dennis Jenkins with my partner Mark Stancil of Willkie, Farr and Gallagher on behalf of Mesquite Energy, Inc. and its affiliated New York and (indiscernible) debtor share.

THE COURT: You all been working, Mr. Jenkins. Tell me what all we have.

MR. JENKINS: Thank you, Your Honor. I drew the straw today. If Your Honor is liking where we filed within the last few hours, the stipulation and agreed order in the main case, that's at Docket 2249, and a stipulation of dismissal and agreed order into adversary proceeding case, that's at Docket 157. I will tell you I think everyone on this phone call wanted to have those to you earlier. But I can also tell you, Your Honor, there are a lot of tired

people on this call who have worked literally through the night and many long days leading up to this to get to this point.

So, the (indiscernible) part, I'd like to give you a general update and then explain what we'll need to proceed from Your Honor today. Does that make sense?

THE COURT: I'm fine with that. Thank you.

MR. JENKINS: Okay. So, Your Honor, as you may recall a few weeks ago, at the last status conference, I mentioned to Your Honor that we had agreement in principle for a settlement of Oxy West litigation before you. I'm happy to report that we have been able to resolve many issues and come to a settlement among all the parties. And the next step in that settlement process is simply to dismiss old Oxy West litigation pursuant to the stipulation here before you. And I'll come back, in a minute, to those stipulations because I know we just filed them and I want to explain them to you.

But I do want to just take a moment to, again, emphasize how important this settlement is to the reorganized debtors. As I mentioned a few weeks ago, there -- in the act of the bankruptcy -- or at the time of the confirmation, there were three existential threats facing this company still. They didn't have enough money or liquidity for their plan to be effective, they paid for loss

of operatorship in their fight with -- of the Comanche assets that's on account of their fight with Gavilan, and they haven't restructured their bottom market midstream costs. So, as I reported a few weeks ago, the first two issues have been resolved. And today I can report that this third threat that -- to the company, the issue of cost structure is being resolved pursuant to the settlement can be arrived at and be implemented now through the dismissal of this litigation.

Exactly how that is, Your Honor, generally speaking, let me describe that. I've come to a new appreciation over the last couple of months with this case that one of the jobs of counsel is to put puzzles together, particularly for bankruptcy attorneys. This has been one of the more complicated puzzles I've ever done in my life, not because we didn't have all the pieces. We always had the right pieces in front of us. But we weren't quite sure what the picture was we were putting together. And at times, it felt like we were putting a puzzle together without a picture in front of us.

Over time, it became clear that the right option for -- to put this back together was to go back to where we started and to have the reorganized debtors put and keep in play the same midstream gathering, transportation, processing, and marketing structure that was in place before

the bankruptcy and has remained in place during the bankruptcy, that -- and has remained in place after the effective date for the debtor. And we're keeping that -- essentially, that same structure in place. Once we kind of came to that conclusion, I wish I could say this was simple to put all of the pieces together. It's been quite complicated. But the principal difference, really, is that there's significantly better economics for the reorganized debtors now and, indeed, for the other working interest donors of the Comanche Assets.

So, let me start by putting out that we're not here on a 9019 motion to approve the settlement. And the reason for that is it's not necessary given the process that we've built into our plan of reorganization and confirmation order. And so, instead, broadly speaking, what our agreed orders do are three things and it's fairly narrow and quite simple. First, these orders in these two cases provide for the amendment and modification of this Court's partial rejection order. That's the one, Your Honor, entered on May 6, 2020, Docket 89290, which is presently subject to a pending motion for reconsideration to make clear that the Springfield agreements are rejectable but have not been rejected.

So, if Your Honor recalls, we have and ordered entered that is subject -- that is speaking with respect to

the rejectability of those two Springfield agreements. This order makes it clear that the motion for reconsideration is granted not -- and find that the Springfield agreements are rejectable, have not been rejected. And then those agreements will actually be assumed. In addition, Your Honor, it provides for the dismissal of the Oxy West litigation, both the contested matter commenced by the objections can be assumptions and rejections in this adversary proceedings.

And then there's assumption of 18 agreements and the rejection of 6 agreements. Generally, there are no cure-alls for these contracts with one exception of the Springfield cure that's referenced in paragraph 10. And that's $51,832,780.12 that will be payable to cure the Springfield contract. Importantly, all parties to the contract, to assumption or rejection, set forth in the order, with one exception, has executed the order. The one exception is Eagle Ford Midstream, LP, who is party to three agreements forming part of the Midstream framework. Those three agreements are listed -- it's contracts 7, 8, 9 on the exhibit of the stipulation.

I could represent -- we've been authorized to represent that Eagle Ford has been provided with a copy of this order, has no objections to this entry today. And I can also say that the working interest owners who will

benefit from the settlements and really peace coming from all this litigation are aware of any support of this settlement and what it means for them.

So, I also want to point out, Your Honor, in -- there's a mechanic in this form of order that what we seek is to have this -- the order entered in the main case and the order entered in the adversary proceeding case. And there's still two conditions that have to be met before this order would become effective and we would file on the main case, after these two orders are entered, a notice of effective date of the settlement which would be signed by counsel for Oxy West and counsel for Mesquite and then the orders would become effective.

The purpose for that, Your Honor, was, there were a few conditions preceding and signing issues that we didn't know how else to deal with. For example, the payment of $50 million, we wanted entered to be dismissal orders and then the ability to go and make payment, have it become effective, and then have these orders dismissed the -- in the proceedings.

So, Your Honor, I can go back through the plan and confirmation orders, remind you why it is we didn't need a (indiscernible) but do need a structure here. I'm happy to do that. But if Your Honor's got a great recollection and remembers, then I won't waste the time. But I am prepared

to kind of walk you through why we don't need that and indeed why everything we're doing here, we can do without Court authority except, obviously, dismissing the proceedings.

Though we believe we've complied with all the requirements of the plan, all prior orders of Your Honor, and we've done everything we need to do to move forward with this, it's taken an enormous amount of work. And you know, before I pause here for questions from Your Honor, I do want to mention and thank all of the counsel from the parties of Oxy West, (indiscernible), and the many others who have worked countless hours achieving this point and many late nights to get this done. And it was really yeoman's work, yeowoman's work as well. And I appreciate all the efforts of everyone to help us get to this point.

So, I'll pause there and ask if you have questions. But to put it quite simply, we'd like to dismiss these proceedings and have these orders entered so that we can go ahead, make a payment, do the rest of the plumbing, and move on with this construction.

THE COURT: Let me ask you a couple -- just a couple of preliminary questions. First, when are you anticipating an effective date for your settlement?

MR. JENKINS: Your Honor, I believe that, you know, it would take a little time to get wires put together.

But I would anticipate this would be something in the matter of days, not weeks. You know, perhaps the next seven days. I don't want to speak for everyone else on the phone. There are a couple of (indiscernible) provisions, but I think those could happen quickly, we hope to happen quickly. And if I could do it by the end of the week, I would. And I'd push for that. But realistically, the way everything in this case has worked, it feels like a week.

THE COURT: What complicating factors are there on my ability to do this with the currently pending appeal?

MR. JENKINS: And by that -- oh, Your Honor. Okay. With the current pending -- I should've mentioned to you. On the effective date, Ms. Webb -- we've agreed to dismiss that appeal. I don't know if that answers your question, but --

THE COURT: Well, I'm not sure -- no, no. My -- I didn't ask --

MR. JENKINS: Called upon --

THE COURT: I didn't ask the question very well. So, I have a pending appeal and -- look, I read through the order, but very quickly, not to the point that I understand it at this point. But one thing I understood was, is that I was going to alter the outcome of the adversary proceeding by agreement of the parties. That does not cause me heartburn, by the way, especially if I made a mistake and

said they were rejected and I should've said they were rejectable. You're not going to get pushback from me about that concept.

But I don't know that I have authority to do it if it's pending appeal right now. And I may need to -- I got to figure that out before I can do anything and I wonder if it -- which district judge has the appeal? Let me ask that. Because I want to get you all to a point where we can get this done, but we got to get it done where you don't have a void order or something like that out there too.

MR. JENKINS: Right.

THE COURT: And I can look and see which district judge has it if you want me to.

MR. JENKINS: Well, I know that either Chris Shore or the folks from Gray Reed, someone, if you could chime in and help me here. I know you're closer to that appeal since it was one of yours, but particularly, White and Case, do you want to -- could you just chime in and answer that?

THE COURT: And again, I can look it up if I need to.

MS. WEBB: Your Honor.

THE COURT: Yeah, go ahead.

MS. WEBB: I just wanted to clarify; I don't have the answer for that because the appeal is not related to my client. That is related to Mr. Shore's client, the Oxy

party. Just to be clear, the only thing that the West party has pending and that we're asking for you to order relief (indiscernible) clear assumption and rejection of contract, is the pending motion for reconsideration of the adversary proceeding, which we believe is (indiscernible) strict, new jurisdiction to consider the Springfield component. We're only talking about the development agreements which are being opposed and rejected pursuant to the order.

THE COURT: If I understood you, I don't think I can -- if the district court now is the only one with jurisdiction, and it's a timing issue in terms of the motion for reconsideration, who retains authority over that. I don't know if that appeal has been docketed. I don't know what the status is. We ought to just find a way to cut through the problem. I don't think that a district judge is going to have a problem working on a solution either.

Mr. Shore, do you know who the district judge is? And I can look it up if you need me.

MR. SHORE: I do not know the district -- I do not know who the district judge is. But I do think -- and maybe Ms. Webb can confirm -- I don't think that West appealed yet. So, the order that was divesting from jurisdiction -- or the rule that you would be divested from jurisdiction on your order on appeal, does not apply to the provisions of the order, which Webb is asking you to modify.

THE COURT: Yeah, I just -- I think the appeal --

MS. WEBB: That's correct.

THE COURT: Well, I don't want to speak too much off the top of my head. I don't think an appeal takes part of a case if it's an adversary proceeding. This isn't like a discreet appeal within a bankruptcy case. Was the appeal out of the main case? Or was the appeal out of the -- even then, I think if there's a particular order that is partially on appeal, it's not clear to me I can change another part of the order. Let me see who the district judge is. This shouldn't be hard to figure out. My recollection is that it's Judge Rosenthal, but I could just be completely wrong on that.

MS. WEBB: Your Honor, not -- if by any means step in the middle of this, but I do recall the parties looked at this issue back when we were closer to the entry of your order. And Bankruptcy Rule 6006(g) does say that, you know, the finality of any order respecting executory contract or unexpired lease included in an omnibus motion shall be determined as though such contract or lease had been the subject of a separate motion. And I think that's how the parties are comfortable with this split process here of the Oxy parties appealing the rejection of their orders versus the West parties not appealing, at that time, the rejection of their -- or our contracts and instead proceeding down

this path with the motion for reconsideration. I don't know if that helps just process it out.

THE COURT: So, what part of 6006 again? I just opened it up to look at it.

MS. WEBB: 6006(g) which speaks to, you know, omnibus proceedings. But the way that the Debtor has chosen to proceed here would be (indiscernible) supplement with --

THE COURT: Right.

MS. WEBB: -- schedule that's in the rejected contract is very normal.

THE COURT: Can you give me the names of the parties to the appeal that I'm worried about? Occidental, I guess, is one of the parties, right?

MR. SHORE: Occidental Petroleum would be the lead appellant. I'm just trying to pull the brief out. I'm not quite sure. I'm going to search for it in my emails.

MR. JENKINS: Yeah, I have it here. The appeals caption is --

THE COURT: Do you have the number of the appeal?

MR. JENKINS: It's Occidental -- yes. It's Case Number 4:21-CV-01697.

THE COURT: Okay. I can find it that way pretty quickly. If my computer can respond to me, I can find it quickly. We'll see.

MR. JENKINS: I mean, Your Honor, I have -- my

client told me it's Judge Hoyt.

THE COURT: Okay. And all parties to the appeal are in agreement to use the process and if Judge Hoyt would enter an order that temporarily sent it back to me, even if it doesn't -- it's not required, can I tell Judge Hoyt that all the parties have agreed to that? So, the appeal could still be there but he would send it back to me to issue other interim orders.

MR. SHORE: We have no objection to that procedure for Occidental. For us, no.

THE COURT: Okay. And the other parties to it?

MAN 1: Your Honor --

MR. SHORE: (Indiscernible).

MAN 1: Yeah, for the reorganized debtors, Your Honor, we have no objection to that.

THE COURT: Okay. So, that appeal was consolidated under 21-1734. 21-1734 is also assigned to Judge Hoyt. He entered an order on November 23rd holding the appeal in obeyance. See what that order says, pending the settlement. Given this order by him, the one that he issued on November 22nd, it's ECF23, I'm pretty confident that if I call Judge Hoyt, he's going to tell me fine. So, I'm going to just -- I don't know if he's here. It's Christmastime. Let me go see if I can just call him right now so that we can come back and sort of know where we are.

And if he'll orally tell me I'm authorized to do it, we'll then figure out whether we ought to proceed today or maybe, you know, give people a few days to object and then come back middle of next week or something like that, probably without a hearing. We'll just keep -- give people notice of an opportunity to object.

So, if you all would think about that. And I'm gathering no one objects to me calling Judge Hoyt, I'm going to step down and do that and just leave this hearing pending. I'll come right back and tell you all one way or the other if I could reach him. We okay with all that?

MR. JENKINS: Thank you. No objection, Your Honor.

THE COURT: Okay. Be right back.

(Off the record at 1:52 p.m.)

THE COURT: All right. We're going to go back on the record in the Occidental Sanchez matters. Judge Hoyt sends his greetings. He has instructed his staff to let him know when you all have filed a two or three sentence order that authorizes me to consider the settlement. If you will send an email to his staff when you get that on file, he intends to sign that order that authorizes me to consider the settlement and expects to do so by dinnertime. He said, tell them they can get on their laptop right now and type it up.

So, I don't think that that's going to turn out to be a roadblock. So, what do you think we need to do on notice? And then I want to hear from anyone else that wants to make a statement, Mr. Jenkins.

MR. JENKINS: Okay. Your Honor, thank you very much for taking the time to do that. We'll work with the Occidental group to get that on file.

In terms of notice, Your Honor, I guess I would first point out that this hearing has been set for quite some time. People have known about it for quite some time. Our ability to settle this, putting aside the jurisdictional issue, is one that doesn't require coming to the Bankruptcy Court other than to just dismiss in the first place. So, I don't think very much notice is needed. My hope would be that Your Honor could enter the order today after the -- Judge Hoyt refers it to you. But I would let the other parties chime in if they have a different view.

THE COURT: Let me hear from others. So, in the adversary proceeding, the order does something I think I'm authorized to do, which is to grant and existing -- once I get full authority back from the district court, I think I can grant -- because I've got all the parties to the adversary proceeding here -- the motion to reconsider. And I think you have the right at any point to jointly dismiss. And so, I can sign an order that dismisses. I think the

adversary proceeding side is pretty easy.

Is the same true on the main case side where I think that order does maybe a little bit more than that?

MR. JENKINS: Could I -- let me address this and this was what I was happy, if it made sense, to go into. But let me remind Your Honor that the procedural context here, right. So, as Your Honor recalls in April -- April 30th, 2020, we confirmed our plan of reorganization and we came up with a process that would, for lack of a better word, put off assumptions and rejections at -- even after the effective date of the plan --

THE COURT: Right.

MR. JENKINS: -- in the hope that our plan provides, right -- so, our plan in the confirmation order provides that we can deal with any positive action. So, we can dismiss any positive action, resolve claims and interests without supervision or approval by the Bankruptcy Court, free of any restrictions of the Bankruptcy Court or Bankruptcy Rules. That's the bad thing about that provision in Article 4(g). There's a similar provision in Article 4(m) of the plan that says that we can compromise, release, withdraw, litigate to judgment any positive action (indiscernible) without the consent or approval of any third-party or further notice to or action order approval of the Bankruptcy Court.

And then the provision on assumption and rejection, without that provision in Article 5(a), it says that the bankruptcy confirmation order will generally be the order approving assumptions and rejections, although if people file objections -- and then this is -- this follows throughout the plan and confirmation order. There is always ability for parties to agree otherwise. So, so long as the parties to the contract agree, they can resolve their disputes, assume or reject contracts, it can be done -- everyone who was standing there who objects to approving it. And here, we have everyone with the parties in agreement approving the assumption or rejection of their contract. So, in the confirmation order of paragraph 17, provides formally that executory contracts or unexpired leases that weren't being -- or were not assumed or deemed to be assumed or rejected until after the effective date, they could be assumed or rejected obviously pursuant to an order of this Court and now including -- or as maybe (indiscernible) by the debtors -- the reorganized debtors in the counter party.

So, I believe we set up this precise process so that we didn't have to bother others, so long as those who have standing and a stake in it could agree that they would -- to assumption or rejection. So, this order, as I mentioned, does dismiss the litigation -- I was going to -- as you point out, you know, deal with motion for

reconsideration. And then it, really, is an assumption and rejection order. And the confirmation order also provides that the agreement to cure requires no further notice to any party or any action, order, or approval by the Court for resolution of a cure claim.

So, I believe we've already been granted that authority and set this process pursuant to the plan and confirmation order, Your Honor.

THE COURT: And I've told you, I'm going to find a way to get this done, so please don't read these questions wrong. I just want to be sure I can do it. Take a look at the last sentence of paragraph 10.

MR. JENKINS: The order you're looking at?

THE COURT: Of the main case stipulation and order. Which doesn't seem like an offensive sentence in any way at all. But I'm trying to figure out, if I enter that in the main case and if there is a third-party out there, not parties to this, that says that there is some default that they have a right rely on me -- I don't even -- I don't want to make up facts. If that sentence only amounts to a stipulation by the parties, I have zero problem with that. If that amounts to my order that that's the case, there may need to be some more notice because of the affect that order could have on third parties. And since I'm not sure why that sentence is there, it -- first of all --

MR. JENKINS: Certainly.

THE COURT: -- it may be a really easy cure, just to say, as between the parties, comma, to this stipulation. Then I actually have zero problem doing it. But if I'm going to be binding other people like a normal main case order does, I may need a little more to do because this isn't just, this is my order; it's not just your agreement at that point. Do you follow that concern I've got?

MR. JENKINS: Right. Right. And you're looking at paragraph 10 on the -- where we have the assumption on the Springfield agreements --

THE COURT: Correct.

MR. JENKINS: -- and the amounts being paid? That's -- right. So --

THE COURT: And all of that first (indiscernible), you're going to pay such and such amounts, that is all bilateral and I really don't have a problem with you all reaching those bilateral agreements. If that last sentence were to simply -- if I were to add to it, "as between the parties to this stipulation," comma, then I don't think I'm doing anything that hurts a third party anyway because you all can always do that, like you said, without me. Or I can take that sentence out and you all have agreed to it.

But right now, you have me ordering it without notice and that's -- I want to look and see if there's

anything else like that. But that's about the only thing I'm seeing that looks problematic.

MR. JENKINS: Well, so -- and maybe I'm being a little dense here. So, all the parties to the agreements being assumed were -- that are subject to this, have signed this and agreed to this order and that the cure amounts are set forth herein -- and just to make sure I'm (indiscernible) -- your concerned there might be some other third party that's not a party to these contracts would have standing to speak to the cure amount between -- I believe between two parties in the contract?

THE COURT: No, not such --

MR. JENKINS: Is that about right?

THE COURT: I don't think it's to the cure amount. I don't know what's happening. So, you got to put me in a -- you got to deal with somebody that is --

MR. JENKINS: Right.

THE COURT: -- basically, lacks knowledge as to ongoing events. I know that you all were having an ongoing dispute with Carnero because you all just filed an adversary proceeding against Carnero. I don't know if this sentence matters to someone like Carnero, where they're trying to figure out who's on first and who's on second. It may not. It may. And if I make it as between the parties, that's -- if it's only between the parties, I am happy with it. To

the extent it has third-party effect, and I don't have a good enough understanding to know whether it has third-party effect, that's why I'm raising the concern. I guess it's a similar problem --

MR. JENKINS: Right.

THE COURT: -- with paragraph 9, I will tell you. I'm just trying to look through this.

MR. JENKINS: Uh-huh.

THE COURT: I think it's only those two paragraphs.

MR. JENKINS: So, it does -- you know, I can't -- I'm not sure that I can fully appreciate here how it is that anyone could object to that. It should -- you know, I take your point that this is an agreement between two parties. But I think part of the settlement requires that order for both of those parties, not necessarily third parties. So, I think they do want it -- the effect of an order to be by date so that (indiscernible) in fact have to pay the cure amount and have an order that reflects that. And so, you have not just a contractual breach in the agreement, but also an order where we can come back in course.

So, I'm not sure we can back away from this. And I know a lot of time has been spent landing on this. I'm not sure -- again, I'm not sure how another party could have standing to object about it or how it could affect the, so

it's just hard for me guess in the abstract. But obviously, you know, your owner knows that providing notice, questions, those kind of things out. The problem we have is we need deadlines before the end of the year. It's just -- it's taken so long to get here, to get to -- I mean, just running up against that time. But do take your point.

THE COURT: Well, let me -- first of all, I should let anyone else speak that wants to speak. And then what I'll do is I'll put your draft order on the screen and I will insert into it language that will eliminate the concern for me, but I think solve the problem that you've identified. But let me hear from anyone else that wants to speak to this.

Okay. I'm not hearing from anyone else. Let me open up that order and just show you the kind of language I'm talking about. That's it. So, I would only make those two changes and I would make no changes to the dismissal order in the adversary proceeding. Those may be problematic for the parties and I have that -- I know that. And so, I want to hear objections to it, which I'll solve with notice. But I think I have a hard time doing it without either notice or including those changes.

Mr. Jenkins, your line has gone silent.

MR. JENKINS: Oh, sorry. Can you hear me now?

THE COURT: I can. Thank you.

MR. JENKINS: Yes, I do follow those changes, Your Honor. I have a number of texts from others that are online. I think if it's as simple as that, we would take the order as entered, hopefully, you know, after the situation referred to you today and move on. We think that's -- we understand your concern and at least from my perspective, speaking for the debtors, I can say that would be acceptable.

THE COURT: Mr. Wolfshohl.

MR. WOLFSHOHL: Your Honor, Joshua Wolfshohl on behalf of Carnero, and I agree with the changes that Your Honor has made.

THE COURT: All right. Thank you. And Mr. Wolfshohl, I am expressing no view about Carnero and whether it has any dog in this fight. I just -- that was sort of active in my mind and you shouldn't take my comments as having any meaning other than I'm just trying to meet the notice requirements that I think are required.

Does anyone else have any --

MR. WOLFSHOHL: Yeah, and I appreciate that, Your Honor.

THE COURT: Anyone else have any --

MR. WOLFSHOHL: I appreciate that, Your Honor.

THE COURT: -- any issues? Okay.

Then I think that this basically is bilateral now

-- or I say bilateral, whatever it is, quadrilateral -- between the parties to it. And I don't have any problem doing the two orders. I can either just have them be presented to me in the morning and I will sign it like you were seeing it on the screen. Or I'll enter a legend at the bottom of each order that the order will be effective upon a reference by the district court authorizing these to become effective. Which one would you --

MR. JENKINS: The latter -- yeah, I'd like for number two, Your Honor.

THE COURT: Okay.

MR. JENKINS: And having it just become automatically effective if that's okay. Of course, Your Honor, there are provisions in it that won't become effective until we file that notice.

THE COURT: Right.

MR. JENKINS: So, that's just one more condition, but I think that's fine.

THE COURT: Right.

MR. JENKINS: And Your Honor, just sort of calling -- I think that language needs to go both in the order on the adversary proceeding and in the main case, despite -- I'm not sure it appears in bold. I don't remember, but we should just check. It may not.

THE COURT: I'll do it.

MR. JENKINS: But it may be.

THE COURT: It will not hurt to do it in both because the -- you're not going to have one order effective and the other one not effective. You're going to want them both done, I think. So, I mean, I'm going to let you all watch everything I do before anything gets entered.

I've been thinking of teaching a PDF altering -- how do you alter a PDF document class. It's now my side job.

MR. JENKINS: I would definitely appreciate that class.

THE COURT: Yeah, it's --

MR. JENKINS: I would appreciate that class.

THE COURT: It's become a side job.

MS. WEBB: Your Honor, I did quickly check the adversary procedure order. Assuming we weren't speaking on assumption or rejection in those -- in the adversary procedure order, I don't think it has to be a (indiscernible). There is no -- you know.

THE COURT: I agree.

MS. WEBB: So, that is --

THE COURT: But it's still -- I'll just need the legend over there. But I wasn't going to make any changes to that.

MS. WEBB: Oh, yes. I understand. Excuse me,

Your Honor.

MR. JENKINS: Your Honor, I think we're adversaries. It's small text, but at least -- go a word up.

THE COURT: Thank you. Okay. Give me one second.

Let me hear objections by any party to substance or form. I do think this resolves the Judge Hoyt order where -- given that he's orally instructed me, I can proceed. I'm not at all uncomfortable with doing it this way. But I want the formality of that order being entered to be sure that a year from now no one can say that it was entered inappropriately and challenge it. So, any objections at all by anyone to the two orders?

Okay. So, I get to wish you all a merry Christmas. Is there anything else I get to do today? Or is this all that you're presenting to me?

MR. JENKINS: Your Honor, that is all Debtor is presenting and I think for -- on behalf of everyone here, thanking you for your time and wishing you a merry Christmas and happy holidays as well. Thank you very much.

THE COURT: Thank you. I do want to say something, if I -- if you don't -- if you'll give me the latitude to do that just for a moment. Every time that I've had to go to our district court and ask for accommodation in a bankruptcy case on a procedural matter, whether it's going to the district court and saying, it's not clear that we

have authority to rule on this class action, and the district judge will say, well, why don't we sit together and do it. Or when I need an accommodation like this so the parties can get their way, our district court has just been wonderful in being sure that these cases get handled right. And I just -- I feel, you know, so pleased that I can call Judge Hoyt, who's not in the office today, and I waited less than a minute for him to call me back and to listen to what I had to say and to try to accommodate the parties. And so, it's just such a pleasure to work for a district court that does that. As you all know, we're all dependent on them for even getting cases referred to us. They can't fire me, but they can sure be mean to me if they want to be. And --

MR. JENKINS: Uh-huh.

THE COURT: -- they're always so cooperative about what needs to be done and I just have a great debt of gratitude up to Judge Hoyt in this case and to other district judges throughout the years who've been helpful. And I just -- I wanted to say that because I don't get to say that very often.

Thank you for your comments. Thank you all.

MR. JENKINS: Well, Your Honor.

THE COURT: Yes, sir.

MR. JENKINS: Your Honor, please extend our gratitude to Judge Hoyt as well. I know I speak for

everyone, that was very helpful, thank you.

THE COURT: I will do that. And it's just, generally, I'm -- I can't tell you what a great district court we have here and a great bench we have on our district court. So, it's nice to have -- I thank you all. If there's nothing else we need to do, I've sent these to docketing and they're going to be docketed, I suspect, within the next 20 minutes or so. So, thank you all. We'll see you all next year, something will come up. All righty. Bye-bye.

(Proceedings adjourned at 2:24 p.m.)

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.



Sonya Ledanski Hyde

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: January 10, 2022

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | ) | Case No. 19-34508 (MI) |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |

**STIPULATION AND AGREED ORDER RESOLVING**
**PROOF OF CLAIM NO. 720 FILED BY**
**1000 MAIN, LLC, A DELAWARE LIMITED LIABILITY COMPANY**

This stipulation and agreed order ("Stipulation and Agreed Order") is made and entered into by and among Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) ("Mesquite" or "Reorganized Debtor") and 1000 Main, LLC, a Delaware limited liability company ("1000 Main") regarding Proof of Claim No. 720 filed by 1000 Main. The Reorganized Debtor and 1000 Main are each a "Party" and collectively are referred to as the "Parties." The Parties hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on August 11, 2019 ("Petition Date"), Sanchez Energy Corporation (n/k/a Mesquite), and certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

WHEREAS, 1000 Main filed an unsecured claim in the amount of $6,335,854.80 against Sanchez Energy Corporation and was assigned Claim No. 720;

WHEREAS, the Reorganized Debtor and 1000 Main have been in discussions and have reached an agreement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Claim No. 720 is allowed as a general unsecured claim in the reduced amount of $6,242,595.92.

2. The Court shall have exclusive jurisdiction to resolve any and all disputes arising from this Stipulation and Order or the interpretation or enforcement hereof.

**IT IS SO ORDERED.**

Dated: March ______, 2022

______________________________________
MARVIN ISGUR,
UNITED STATES BANKRUPTCY JUDGE

**AGREED AND ACCEPTED**:

FOLEY & LARDNER

*<u>/s/ Sharon M. Beausoleil</u>*
John P. Melko
State Bar No. 13919600
Email: jmelko@foley.com
Sharon M. Beausoleil
State Bar No. 24025245
Email: sbeausoleil@foley.com
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: 713-276-5500
Facsimile: 713-276-5555

**ATTORNEYS FOR THE REORGANIZED DEBTORS**

SSL Law Firm LLP

*<u>/s/ Ivo Keller</u>*
Ivo Keller
California State Bar No. 245909
Email: ivo@ssllawfirm.com
505 Montgomery Street, Suite 620
San Francisco, CA 94111
Telephone: 415-243-2687

**COUNSEL FOR 1000 MAIN, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | ) | Case No. 19-34508 (MI) |
| Reorganized Debtors.[1] | ) | (Jointly Administered) |

**NOTICE OF DISMISSAL AND WITHDRAWAL OF CLAIMS OBJECTIONS AND NOTICE OF TREATMENT OF CERTAIN CLAIMS[2]**
[Related to Dkt Nos. 2132, 2133, 2134, 2135, and 2136]

PLEASE TAKE NOTICE of the following: (i) the proofs of claim listed on Exhibit A attached hereto, excluding claim 472, including all claims evidenced thereby, are hereby withdrawn with prejudice; (ii) the Debtors' and Reorganized Debtors' objections listed on Exhibit B attached hereto are hereby withdrawn as moot, and any remaining, related contested matters are hereby voluntarily dismissed pursuant to Bankruptcy Rule 7041(a)(1)(A)(i); (iii) proof of claim No. 472 filed by Anadarko E&P Onshore LLC is Allowed as a single General Unsecured Claim in Class 5 under the Plan against SN EF Maverick, LLC in the amount set forth on Exhibit A hereto;[3] and (iv) the Claims Register will be adjusted accordingly.

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.
[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates*, Dkt. No. 1212, Ex.1 (the "Plan").
[3] This Allowed Claim and the treatment of claims otherwise described herein was agreed to as part of the "Settlement," as defined in the Stipulation and Agreed Order entered on December 21, 2021, Dkt. No. 2253.

*/s/ Dennis Jenkins*
Dennis Jenkins
Joseph Bretschneider
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8276
Facsimile: (212) 728-8111
djenkins@willkie.com
jbretschneider@willkie.com

*/s/ Sharon M. Beausoleil*
John P. Melko
State Bar No. 13919600
Email: jmelko@foley.com
Sharon M. Beausoleil
State Bar No. 24025245
Email: sbeausoleil@foley.com
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: 713-276-5500
Facsimile: 713-276-5555

**COUNSEL FOR THE REORGANIZED DEBTORS**

*/s/ Thomas MacWright*
Thomas E Lauria (Texas Bar No. 11998025)
Amanda Parra Criste (admitted *pro hac vice*)
**WHITE & CASE LLP**
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: tlauria@whitecase.com
aparracriste@whitecase.com

-AND-

J. Christopher Shore (admitted *pro hac vice*)
Philip Abelson (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:
cshore@whitecase.com
philip.abelson@whitecase.com
tmacwright@whitecase.com

**COUNSEL FOR ANADARKO E&P ONSHORE LLC, ANADARKO ENERGY SERVICES COMPANY, ANADARKO PETROLEUM CORPORATION, KERR-MCGEE OIL & GAS ONSHORE LP, AND OCCIDENTAL PETROLEUM CORPORATION**

# EXHIBIT A

Anadarko E&P Onshore LLC filed the following claims:

| Claim No. | Debtor | Secured/Unsecured |
|---|---|---|
| 426 | Sanchez Energy Corporation | Secured |
| 468 | SN Catarina, LLC | Secured |
| 470 | SN Marquis LLC | Secured |
| 471 | SN UR Holdings, LLC | Secured |
| 472 | SN EF Maverick, LLC | Secured[4] |
| 725 | SN EF Maverick, LLC | Unsecured |
| 726 | SN Catarina, LLC | Unsecured |

Anadarko Energy Services Company filed the following claims:

| Claim No. | Debtor | Secured/Unsecured |
|---|---|---|
| 473 | Sanchez Energy Corporation | Secured |
| 474 | SN Catarina, LLC | Secured |
| 475 | SN EF Maverick, LLC | Secured |

Anadarko Petroleum Corporation filed the following claim:

| Claim No. | Debtor | Secured/Unsecured |
|---|---|---|
| 476 | SN EF Maverick, LLC | Secured |

Kerr-McGee Oil & Gas Onshore LP filed the following claims:

| Claim No. | Debtor | Secured/Unsecured |
|---|---|---|
| 477 | Sanchez Energy Corporation | Secured, Priority |
| 478 | SN Catarina, LLC | Secured, Priority |
| 479 | SN EF Maverick, LLC | Secured, Priority |
| 480 | SN UR Holdings, LLC | Secured, Priority |
| 724 | SN EF Maverick, LLC | Unsecured |
| 727 | Sanchez Energy Corporation | Unsecured |

Occidental Petroleum Corporation filed the following claims:

| Claim No. | Debtor | Secured/Unsecured |
|---|---|---|
| 483 | SN Catarina, LLC | Secured |
| 484 | SN EF Maverick, LLC | Secured |

[4] Claim 472 is reclassified as an unsecured claim and Allowed in the amount of one hundred and sixty one million dollars as a single General Unsecured Claim in Class 5.

# EXHIBIT B

## CLAIM OBJECTIONS

| Objection | Docket No. | Date Filed |
|---|---|---|
| Objection to Claim Nos. 426, 468, 470, 471, 472, 725, and 726 Filed by Anadarko E&P OnshoreLLC | 2132 | 10/28/2021 |
| Objection to Claim Nos 473, 474, and 475 Filed by Anadarko Energy Services Company | 2133 | 10/28/2021 |
| Objection to Claim No. 476 Filed by Anadarko Petroleum Corporation Against SN EF Maverick, LLC | 2134 | 10/28/2021 |
| Objection to Claim Nos. 477, 478, 479, 480, 724, and 727 filed by Kerr-McGee Oil & Gas Onshore LP | 2135 | 10/28/2021 |
| Objection to Claim Nos. 438 and 484 Filed by Occidental Petroleum Corporation | 2136 | 10/28/2021 |