UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CARNERO G&P, LLC,                         §
                                          §
        Appellant,                        §
                                          §
VS.                                       §   CIVIL ACTION NO. 4:23-CV-00587
                                          §
SN EF MAVERICK LLC, *et al.*,             §
                                          §
        Appellees.                        §

## NOTICE OF SETTING

The parties are hereby notified that a status conference regarding Order of USCA (Dkt. No. 68) is set for **March 31, 2026, at 2:00 p.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **571-353-2301**

Conference ID: **973-073-808#**

Conference Password: **963-741#**

Date: March 30, 2026                      NATHAN OCHSNER, CLERK

                                          By: C. Horace, Case Manager to
                                              Judge Kenneth M. Hoyt